**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MOOG INC.,

               Plaintiff,

               v.

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and
DOES Nos. 1-50,

               Defendants.

Case No.22-187

**NOTICE OF MOTION FOR A TEMPORARY**
**RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

    **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law,

Declaration of Michael Hunter, Declaration of Todd Schmidt, Declaration of Paul Stoelting,

Declaration of Jorge Lopez, Declaration of Ian Bagnald, Declaration of Jamie Daly, Declaration

of William Michael Johnnie, Declaration of Bruce Pixley, together with all exhibits to those

declarations, the accompanying Motion for an Expedited Hearing, and upon the Complaint and

all proceedings had herein, Plaintiff Moog Inc. ("Moog"), by and through their undersigned

counsel, Sheppard, Mullin, Richter & Hampton LLP and Hodgson Russ LLP, hereby move this

Court for an order, pursuant to Federal Rule of Civil Procedure 65 and Western District of New

York Local Civil Rule 65, enjoining Defendants Skyryse, Inc., Robert Alin Pilkington, and

Misook Kim ("Defendants") and their agents, servants, employees, officers, attorneys,

successors, licensees, partners, and assigns, and all other persons acting in concert with them,

from continuing to possess or use Moog's confidential and trade secret information, as well as

other related relief, as requested in the accompanying motion papers and as set forth in the

1

accompanying [Proposed] Order Re Plaintiff's Motion for Temporary Restraining Order and the [Proposed] Order Re Plaintiff's Motion for Preliminary Injunction.

     PLEASE TAKE FURTHER NOTICE, that a hearing on Moog's request for a temporary restraining Order is scheduled for _____ before the Honorable _____.

     PLEASE TAKE FURTHER NOTICE, that unless otherwise provided by the Court, answering papers on Moog's request for a preliminary injunction, if any, shall be served within fourteen (14) business days after service of moving papers, pursuant to Local Rule 7(b)(2)(B).

     PLEASE TAKE FURTHER NOTICE, that unless otherwise provided by the Court, reply papers, if any, shall be served within seven (7) days after service of the answering papers, pursuant to Local Rule 7(b)(2)(B).


Dated: New York, New York
      March 7, 2022


            **SHEPPARD, MULLIN, RICHTER &**
            **HAMPTON LLP**
            *Attorneys for Plaintiff Moog Inc.*


            By:    s/Rena Andoh
               Rena Andoh
               Travis J. Anderson (*pro hac vice* forthcoming)
               Tyler E. Baker (*pro hac vice* forthcoming)
               Kazim A. Naqvi (*pro hac vice* forthcoming)
            30 Rockefeller Plaza
            New York, New York 10112
            Telephone:  (212) 653-8700

            and

**HODGSON RUSS LLP**

By:    s/Robert Fluskey
       Robert J. Fluskey, Jr.
       Melissa N. Subjeck
       Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000