Kazim A. Naqvi
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 653-8700

# UNITED STATES DISTRICT COURT
## Western District of New York

| | |
|---|---|
| MOOG INC., Plaintiff(s) | **CASE NUMBER:** 1:22-cv-00187 |
| v. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| SKYRYSE, INC., et al   Defendant(s) | *(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☑ summons    ☐ first amended complaint    ☐ third party complaint
      ☑ complaint    ☐ second amended complaint    ☐ counter claim
      ☐ alias summons    ☐ third amended complaint    ☐ cross claim
      ☑ other *(specify):* **Additional Documents attached hereto**

2. **Person served:**

   a. ☑ Defendant *(name:)* **ROBERT ALIN PILKINGTON**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☑ Address where the papers were served: **777 SOUTH AVIATION BOULEVARD EL SEGUNDO, CA 90245**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☑ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☑ **Papers were served on** *(date):* **3/8/2022 at** *(time):* **12:12 PM**

   b. ☐ By **Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date):* at *(time):*

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      **Title of person served:**

      **Date and time of service:** *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Alan Juarez**
   ProLegal Reg#: 2017025418
   P.O. Box 54846
   Los Angeles, CA 90054
   (888) 722-6878

   a. Fee for service: $ **251.88**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☑ Registered California process server
      Registration # :**4799**
      County: **Los Angeles**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 8, 2022**        **Alan Juarez**
                               *Type or Print Server's Name*                    *(Signature)*



**PERSON/ENTITY TO SERVE:** ROBERT ALIN PILKINGTON
**CUSTOMER REFERENCE NUMBER:** 02HL-350124
**PROLEGAL REFERENCE NUMBER:** 3016580

**DOCUMENTS SERVED:**

Civil Cover Sheet; MOTION for Preliminary Injunction , MOTION for Temporary Restraining Order by Moog Inc.. (Attachments: # 1 Memorandum in Support of Plaintiff's Motion for a TRO and Preliminary Injunction, # 2 Declaration Michael Hunter, # 3 Exhibit A - Signed Acknowledgments of Moog's Employee Handbook, # 4 Exhibit B - Moog Employee Handbook, # 5 Exhibit C - Moog's current IP Policy, # 6 Exhibit D - Transcription of Moog's Trade Secret training, # 7 Exhibit E - Internal Moog Log, # 8 Declaration of Todd Schmidt, # 9 Declaration of Paul Stoelting, # 10 Exhibit A - 2018 NDA, # 11 Exhibit B - 2019 NDA, # 12 Exhibit C - Statement of Work, # 13 Exhibit D - Terms and Conditions, # 14 Exhibit E - Skyryse issued a request for a quote, # 15 Exhibit F - Moog's bid response to RFQ, # 16 Declaration of Jorge Lopez, # 17 Exhibit A - Text message communications with Ms Morisie from November 2021, # 18 Declaration of Ian Bagnald, # 19 Exhibit A - File log of external hard drive November 19, 2021, # 20 Declaration of Jamie Daly, # 21 Exhibit A - Exit form signed on December 17, 2021 by Ms. Kim, # 22 Exhibit B - Letter, # 23 Declaration of William Michael Johnnie, # 24 Exhibit A - Photos of Western Digital My Passport, # 25 Exhibit B - Picture of Samsung PSSD T7 SCSI Disk Device, # 26 Exhibit C - Picture of the separate back cover of Ms. Kim's Moog issued laptop, # 27 Exhibit D - Annotation of picture in Ex. C, # 28 Declaration Bruce W. Pixley, # 29 Exhibit A - Curriculum Vitae, # 30 Witness List, # 31 Exhibit List, # 32 Text of Proposed Order Proposed Order for TRO, # 33 Text of Proposed Order Proposed Order for Preliminary Injunction); 4) MOTION to Expedite Hearings on TRO and Preliminary Injunction by Moog Inc.. (Attachments: # 1 Declaration of Robert J. Fluskey, Jr., # 2 Text of Proposed Order Granting Expedited Hearings on TRO & Preliminary Injunction); 5) to Expedite Discovery (Attachments: # 1 Memorandum in Support of Plaintiff's Motion for Expedited Discovery, # 2 Text of Proposed Order Granting Motion for Expedited Discovery); and 6) Motion to Seal