**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOOG INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>              Defendants. | Case No. 1:22-cv-00187 |

**DECLARATION OF MISOOK KIM IN SUPPORT OF DEFENDANTS ROBERT ALIN PILKINGTON AND MISOOK KIM'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

1

## **DECLARATION OF MISOOK KIM**

I, Misook Kim, declare and state as follows:

1. I am the Senior Software Engineer, Flight Control, for defendant Skyryse, Inc. ("Skyryse"). The facts set forth herein are true of my own personal knowledge, and, if called upon to testify thereto, I could and would competently do so under oath.

2. I am currently domiciled in the state of California and have been since 1974. In particular, my current residence where I live is in Torrance, California. I am not a resident of New York or any other state.

3. During the entire time I was employed by plaintiff Moog Inc. ("Moog") from on or about January 21, 2013 through December 17, 2021, I worked at Moog's facility in Torrance, California. I lived in Santa Monica, California from January 21, 2013 through June 2017 and have lived in Torrance, California since June 2017.

4. I was never stationed at another location while I was employed by Moog besides their Torrance facility.

5. On or about January 21, 2013, I signed a form at Moog's Torrance, California facility acknowledging that I received Moog's employee handbook.

6. On or about December 17, 2021, I signed forms for Moog titled, "Supervisor Termination Checklist" and "Exit Acknowledgement Regarding Moog IP" in their Torrance, California office during my last day of employment at Moog.

7. During my employment at Skyryse which commenced on December 20, 2021, I have always worked at Skyryse's offices in El Segundo, California.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on March 29, 2022 at Torrance, California.

MISOOK KIM