# EXHIBIT B



# Moog Inc. Celebrates 25 Years in Torrance, CA

## Contact Us

Click Here to contact us

East Aurora, NY Moog Inc. (NYSE: MOG.A and MOG.B) will celebrate the 25th anniversary of the Moog Aircraft Group facility in Torrance, CA. Acquired in 1994 from the Allied Signal Company, the facility supports a broad portfolio of global aerospace programs focused on flight control actuation systems.  The facility hosts design engineering, manufacturing and aftermarket support functions.

The business has grown to over 700 employees with over 250,000 square feet at three locations in Torrance including the main facility on Western Avenue.

"Our Torrance Operation has played a critical role in Moog's growth into an industry leader in providing advanced flight control systems for Military and Commercial aircraft worldwide. We are proud to celebrate the 25th anniversary of their becoming a part of the Moog family," said Mark Trabert, President, Moog Aircraft Group.

As part of the local community Moog Torrance proudly takes part in community events to support local schools and community outreach programs such as Operation Teddy Bear, The Salvation Army, cancer awareness and more.  In addition, Moog regularly holds area recruiting events to add to its ever-growing team of outstanding employees.

For information on job opportunities at our Torrance location, visit: www.moog.careers.com today!





Moog Inc. is a worldwide designer, manufacturer, and integrator of precision control components and systems. Moog's high-performance systems control military and commercial aircraft, satellites and space vehicles, launch vehicles, missiles, automated industrial machinery, marine and medical equipment. Additional information about the company can be found at www.moog.com.

## About Moog

Aircraft Operating Group
Industrial Operating Group
Space & Defense Operating Group
Certifications
Privacy Policy
Data Privacy for Employees
Our Global Websites
Our Brands

## Investors

Your Shares
Account Access
Recent Financial Performance
Analyst Coverage of Moog
Investor FAQ
SEC Filings
Webcasts
Corporate Governance Guidelines
Investor Relations

## Industries

Aircraft
Construction
Defense
Energy
Entertainment
Industrial Machinery
Marine
Medical OEM
Motorsport
Oil & Gas
Space
View All

## Careers

Find Our Jobs

## Products

Actuators & Servoactuators
Controllers, Controls & Software
Fiber Optic Rotary Joints
Flight Controls
Medical Pump Systems
Motors & Servomotors
Multiplexers & Media Converters
Pitch Solutions
Radial Piston Pumps
Servo Valves & Proportional Valves
Slip Rings
View All

## News & Events

Corporate Press Releases
Operating Group News
Events
Articles
Blogs

## Contact Us

AOG Hotline
Moog Facilities

## Services

Field Service Support



© 2022 Moog Inc.   |   Privacy Policy   |   All rights reserved.

Cookies Settings