UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                    Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

**NOTICE OF DEFENDANT SKYRYSE'S CONTINGENT MOTION TO DISMISS COUNTS I, II, V, VI, IX, AND X OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Please take notice that Defendant Skyryse, Inc. ("Skyryse") respectfully requests that the Court dismiss Plaintiff's Counts I, II, V, VI, IX, and X against Skyryse. Dismissal is warranted under Federal Rule of Civil Procedure 12(b)(6). Pursuant to Local Rule 7(a)(1), Skyryse intends to file reply papers in support of this motion.

In support of this motion, we submit the following document:

1. Defendant Skyryse's Memorandum of Law in Support of its Contingent Motion to Dismiss Counts I, II, V, VI, IX, and X of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: March 29, 2022

/s/ Terrance P. Flynn

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
(716) 200-5050
tflynn@harrisbeach.com

**GIBSON, DUNN & CRUTCHER LLP**
Josh Krevitt, Esq. (Admitted *Pro Hac Vice*)
Katherine Dominguez, Esq. (Admitted *Pro Hac Vice*)
Ilissa Samplin, Esq. (*Pro Hac Vice* forthcoming)
Angelique Kaounis, Esq. (Admitted *Pro Hac Vice*)
Justine M. Goeke, Esq. (Admitted *Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
(212) 351-4000
JKrevitt@gibsondunn.com
KDominguez@gibsondunn.com
ISamplin@gibsondunn.com
AKaounis@gibsondunn.com
JGoeke@gibsondunn.com

*Attorneys for Defendant, Skyryse, Inc.*