# Exhibit A

**Exhibit A**

To: +1 (650) 353-8682

iMessage
Wed, Oct 13, 5:36 PM

**Hi Todd - Gonzalo here. Could we talk? (After work hours your time works best for me)**

Wed, Oct 13, 7:26 PM

> Heya Gonzalo. Hope all is well. Tonight is bad. Tomorrow maybe?

**Sounds good. Does 8pm your time work? At this number? Looking forward to catching up!**

> 8:30 would be better if that would work for you

**8:30 then**

> Sounds good, yes this number

Fri, Oct 22, 11:34 AM

**So what did your wife say? Good news by the way: we closed the round and we have about 2x the $$ I think it will take to go to market in the bank. Our recruiting will go on overdrive and I would love to have you assembling a kick ass systems engineering team.**

Fri, Oct 22, 3:06 PM

> Hi Gonzalo. Sorry for the delayed response and thanks for reaching out. My wife and I have been debating this all week. There is a lot of resistance, mainly due to children in school. I appreciate the chance to interview but the timing just isn't right for us right now so I have to pass.

**Would working remotely be an option? If so, with a little travel (e.g. a week a month) and if you find good lieutenants we can work things out.**

> I think working remote my value to you is not much honestly, and I am not one that can work effectively at home.

**I can see that. We have adapted during COVID to remote work. Our control laws manager works from Vancouver. Our certification lead from Toronto, and so on. We have a tight work organization with daily standups and a good Jira-based work tracking. Our requirements work is in a very good tool call Polarion. We put flight tests on Zoom with telemetry so we can follow the test and talk to the pilot. The team doing the FBW equipment is all remote and dispersed. It took us several months to adapt and it was hard work. But we got there. So give it some thought - even we need to rent office space where you can have a distraction-free zone, it's worth it to me.**

Mon, Oct 25, 9:55 PM

**https://www.nytimes.com/2021/10/25/technology/automated-flight-helicopter-skyryse.html**

**It may help explain the opportunity to your wife...**

Tue, Oct 26, 8:46 AM

> Thanks for sending, will pass it along

Delivered