UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                              Plaintiff,

    v.                                              Case No.: No. 22-cv-00187

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                              Defendants.

---

**NOTICE OF MOTION FOR ADOPTION AND
ENTRY OF PROPOSED INSPECTION PROTOCOL**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Motion for Adoption of Inspection Protocol, Declaration of Rena Andoh, together with all exhibits to those declarations and affidavits, and upon the Complaint and all proceedings had herein, Plaintiff Moog Inc. ("Moog") by and through their undersigned counsel, Sheppard, Mullin, Richter & Hampton, LLP, and Hodgson Russ LLP, hereby move this court for an Order adopting and entering Moog's proposed protocol for inspection of electronic devices and other data produced by defendants Skyryse, Inc., Misook Kim, and Robert Alin Pilkington to the selected neutral forensic firm, iDiscovery Solutions ("iDS").

Dated: New York, New York
May 11, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
*Attorneys for Moog Inc.*

By: s/Rena Andoh
Rena Andoh
Travis J. Anderson (*pro hac vice*)
Tyler E. Baker (*pro hac vice*)
Kazim A. Naqvi (*pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
212.653.8700

**HODGSON RUSS LLP**
*Attorneys for Moog Inc.*

By: s/Melissa N. Subjeck
Robert J. Fluskey, Jr.
Melissa N. Subjeck
Reetuparna Dutta
Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY  14202-4040
716.856.4000