UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

### NOTICE, STIPULATION, AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SKYRYSE, INC.

Pursuant to Rule 83.2 of the Local Civil Rules for the United States District Court for the Western District of New York, the undersigned hereby stipulate and consent to the substitution of the law firm Latham & Watkins LLP, by and through its attorneys Douglas E. Lumish, Joseph H. Lee, and Gabriel S. Gross, as attorneys of record for Defendant Skyryse, Inc. in the above-captioned action in place and instead of the law firm of Gibson, Dunn & Crutcher LLP, and its attorneys Josh Krevitt, Katherine Dominguez, Angelique Kaounis, Ilissa Samplin, Justine Goeke, and Michael Polka. Please take notice that all filings in this matter should be served upon counsel at the address set forth for incoming counsel. A supporting declaration pursuant to Local Civil Rule 83.2 is being submitted herewith. The undersigned hereby request this Court to so-order the substitution.

Dated: New York, New York
May 13, 2022

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LATHAM & WATKINS, LLP |
| /s/ *Josh Krevitt* | /s/ *Douglas E. Lumish* |
| Josh Krevitt | Douglas E. Lumish |
| 200 Park Avenue | 140 Scott Drive |
| New York, New York 10166-1983 | Menlo Park, CA 94025 |
| Tel: (212) 351-2490 | Tel: (650) 463-2633 |
| *Outgoing Counsel for Defendant Skyryse, Inc.* | *Incoming Counsel for Defendant Skyryse, Inc.* |
| WINGET, SPADAFORA & SCHWARTZBERG, LLP | SKYRYSE, INC. |
| /s/ *Anthony D. Green* | [signature] |
| Anthony D. Green | Jeri Looney |
| 45 Broadway, 32nd Floor | |
| New York, NY 10006 | |
| Tel: (212) 221-6900 | *On Behalf of Defendant Skyryse, Inc.* |
| *Counsel for Individual Defendants Misook Kim & Alin Pilkington* | |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | |
| /s/ *Rena Andoh* | |
| Rena Andoh | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| Tel: (212) 653-8700 | |
| *Counsel for Plaintiff Moog, Inc.* | |

SO ORDERED:

By: _____

Dated: Buffalo, NY

_____, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MOOG, INC.,

        Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

        Defendants.

Case No. 1:22-cv-00187-LVJ-JJM

### DECLARATION OF JOSH KREVITT IN SUPPORT OF NOTICE, STIPULATION, AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SKYRYSE, INC.

I, Josh Krevitt, swear or affirm as follows:

1. I am an active member in good standing of the bar of the State of New York and an attorney at the law firm Gibson, Dunn & Crutcher LLP ("Gibson Dunn").

2. Defendant Skyryse, Inc. is currently represented in the above-captioned action by Gibson Dunn, and I am one of the attorneys of record for defendant Skyryse, Inc..

3. I submit this declaration in support of the notice, stipulation, and [proposed] order to substitute the law firm of Latham & Watkins LLP and its attorneys Douglas E. Lumish, Joseph H. Lee, and Gabriel S. Gross as the attorneys of record for defendant Skyryse, Inc. in this action in place and instead of their current counsel at Gibson Dunn.

4. A notice of appearance of successor counsel has been filed.

5. No trial has been scheduled, and pursuant to the letter submitted by Plaintiff Moog, Inc. on May 4, 2022, Moog likewise seeks to amend the Stipulation and Proposed Order Re Expedited

2

Discovery Procedures and Briefing Schedule for Preliminary Injunction Motion for reasons independent of the requested substitution of counsel. The substitution of new counsel is not expected to materially affect the schedule. No Case Management Order has been entered.

6. Skyryse, Inc. has consented to the substitution of attorneys.

7. All counsel of record have executed the Notice, Stipulation, and [Proposed] Order accompanying this declaration.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: May 13, 2022

_____
Josh Krevitt

3