# EXHIBIT G

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10156-0193
Tel 212.351.4000
www.gibsondunn.com

Kate Dominguez
Direct: +1 212.351.2338
Fax: +1 212.716.0839
KDominguez@gibsondunn.com

May 5, 2022

VIA E-MAIL

Rena Andoh
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112

Re: *Moog, Inc. v. Skyryse, Inc. et al.*, No. 22-cv-187 (W.D.N.Y.)

Counsel:

We write regarding an additional production Skyryse is making today pursuant to the parties' March 11, 2022 Stipulation and Order (ECF Nos. 25, 28) (the "March 11 Order"). As it relates to today's production, we further reviewed search results from applying the 32 search terms Moog's counsel provided on April 12 (the "Moog Search Terms") against Skyryse's Gitlab source code repository. We identified two identical files from the repository that hit on a Moog Search Term. The files are found within directories containing files pertaining to the "Skyryse Desktop Test Environment" ("SDTE"). Because the files in these directories on their face are labeled Skyryse, we are producing the files to iDS, in compliance with the March 11 Order.

The files are being produced to iDS on a Seagate Ultra touch USB hard drive (Host Serial NAB25PKM).

As Skyryse continues reviewing its document and code repositories, as well as continues its searches of Skyryse-issued devices and email accounts of former Moog employees, Skyryse will produce any additional information responsive to the March 11 Order to Moog and/or to iDS, if such information is located.

The production of this information is not a concession or an admission that the information includes Moog's non-public data, and no such concession or admission should be inferred. Skyryse reserves all arguments to the contrary.

Sincerely,

Kate Dominguez