**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MOOG INC.,

                                           Plaintiff,                        Case No.: 22-cv-187-LJV-JJM

                                              vs.                              **ORAL ARGUMENT**
                                                                                 **REQUESTED**
SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK
KIM, and DOES NOS. 1-50

                                           Defendants.
-------------------------------------------------------------------------X

**ROBERT ALIN PILKINGTON AND MISOOK KIM'S NOTICE OF MOTION**
**TO DISMISS COUNTS SIX, NINE, AND TEN PURSUANT TO Fed. R. Civ. P. 12(b)(6)**

      **PLEASE TAKE NOTICE** that upon the annexed memorandum of law in support of this motion and upon all prior pleadings and proceedings herein, Defendants Robert Alin Pilkington and Misook Kim, by and through their undersigned attorneys, will move this Court before the Honorable Lawrence J. Vilardo, United States District Judge, at the United States District Courthouse, located at 2 Niagara Square Buffalo, New York 14202, on a date to be set by the Court, for an Order dismissing sixth, ninth, and tenth counts from the summons and complaint, pursuant to Fed. R. Civ. P. 12, along with such further relief as the Court may deem just and proper.

Dated: New York, New York              By:   */s/ Alexander A. Truitt*
         May 31, 2021                             Anthony D. Green, Esq.
                                                               Alexander A. Truitt, Esq.
                                                              Winget, Spadafora &
                                                              Schwartzberg, LLP
                                                              45 Broadway – 32nd Floor
                                                              New York, NY 10006
                                                              P: (212) 221-6900
                                                              F: (212) 221-6989
                                                              Green.A@wssllp.com
                                                              Truitt.A@wssllp.com

                                                             *Attorneys for Robert Alin Pilkington*
                                                             *and Misook Kim*