UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>     Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

**NOTICE OF MOTION TO COMPEL TRADE SECRET IDENTIFICATION**

**PLEASE TAKE NOTICE THAT**, upon the accompanying Motion to Compel Trade Secret Identification, Memorandum of Law, and Declaration of Gabriel S. Gross, together with all exhibits, Defendant Skyryse Inc. by and through its undersigned counsel, Latham & Watkins LLP, hereby moves this Court for an order requiring plaintiff Moog Inc. to immediately:

1. answer in full Skyryse's Interrogatory No. 1 calling for Moog to identify with particularity every alleged trade secret it intends to assert in this action including through a narrative response and not solely by invoking Rule 33(d); and

2. supplement its responses to Skyryse's Interrogatory Nos. 2-9 calling for information regarding the trade secrets Moog discloses in response to Interrogatory No. 1.

In accordance with Local Rule 7(a)(1), Skyryse reserves the right to file and serve reply papers. Skyryse respectfully requests the Court hear oral argument on Skyryse's Motion during the conference already scheduled for July 15, 2022, or at the Court's earliest convenience, and that opposition and reply briefing be scheduled accordingly in advance of the July 15 conference.

| | |
|---|---|
| Dated: June 21, 2022 | /s/ Gabriel S. Gross |

**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
          gabe.gross@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive
20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com

Counsel for Defendant Skyryse, Inc.