# EXHIBIT D

```
17:27:33   1                UNITED STATES DISTRICT COURT

           2                WESTERN DISTRICT OF NEW YORK

           3   ***SEALED TRANSCRIPT****
               - - - - - - - - - - - - - - - X
           4   MOOG INC.,                     )   22-CV-187
                              Plaintiff       )
           5   vs.
                                                  Buffalo, New York
           6   SKYRYSE, INC., et al           )   May 5, 2022
                              Defendant.
           7   - - - - - - - - - - - - - - - X
               STATUS CONFERENCE
           8   Proceeding held via Zoom for Government Platform

           9                  TRANSCRIPT OF PROCEEDINGS
                    BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
          10              UNITED STATES MAGISTRATE JUDGE

          11
               FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
          12                  BY: RENA ANDOH, ESQ.
                                  LAI YIP, ESQ.
          13                      KAZIM A. NAQVI, ESQ.
                                  TRAVIS J. ANDERSON, ESQ.
          14                       -and-
                              HODGSON RUSS, LLP
          15                  BY: ROBERT J. FLUSKEY, JR, ESQ.

          16   FOR DEFENDANT: GIBSON DUNN & CRUTCHER, LLP
               SKYRYSE        BY: KATHERINE DOMINGUEZ, ESQ.
          17                      JUSTINE M. GOEKE, ESQ.
                                       -and-
          18                  HARRIS BEACH, LLP
                              BY: TERRANCE P. FLYNN, ESQ.
          19                       -and-
                              LATHAM & WATKINS, LLP
          20                  BY: DOUGLAS E. LUMISH, ESQ.
                                  GABRIEL S. GROSS, ESQ.
          21   FOR DEFENDANT:
               PILKINGTON/KIM LOCKE LORD, LLP
          22                  BY: RORY S. MILLER, ESQ.

          23
               COURT REPORTER: Karen J. Clark, Official Court Reporter
          24                   Karenclark1013@AOL.com
                               100 State Street
          25                   Rochester, New York 14614
```

```
               1           MOOG, INC VS. SKYRYSE, INC, ET AL
15:23:05       2  place.  That is Moog's view.  And, obviously, we're not
15:23:08       3  looking to delay the document production further.  We're
15:23:10       4  the ones who are asking for the Court to impose, you
15:23:14       5  know, the discovery schedule that we attached.  But I
15:23:19       6  think we would be concerned about producing actual,
15:23:23       7  actual trade secret sensitive documents without having
15:23:27       8  some kind of a protective order that actually has been
15:23:30       9  ordered.
15:23:31      10           MS. DOMINGUEZ:  To be clear, your Honor,
15:23:33      11  what we have suggested and we're willing to abide by was
15:23:37      12  Skyryse was and is willing to make document productions
15:23:41      13  designated subject to the draft order without that order
15:23:45      14  being entered, understanding among all of the parties
15:23:48      15  that the order would be filed until such time that a
15:23:51      16  final order is entered.
15:23:52      17           MAGISTRATE JUDGE MCCARTHY:  Does anybody
15:23:53      18  have -- that is a statement that has just been made on
15:23:56      19  the record, and if everyone agrees on the record that
15:23:58      20  that is how it's going to be applied, then, I mean, de
15:24:05      21  facto, the protective order is governing unless and
15:24:08      22  until a different order is entered.
15:24:15      23           MR. FLUSKEY:  Your Honor, could be I heard
15:24:17      24  on that?
15:24:18      25           MAGISTRATE JUDGE MCCARTHY:  Yes, go ahead.
```

|  |  |
|---|---|
| | 1              MOOG, INC VS. SKYRYSE, INC, ET AL |
| 16:07:36 | 2            Now, in terms of what we find problematic |
| 16:07:39 | 3  with Skyryse's proposed protocol, their protocol |
| 16:07:43 | 4  basically blocks all of our access.  Under their |
| 16:07:47 | 5  protocol we get zero access to the forensic images.  All |
| 16:07:51 | 6  we get is to provide search terms to the neutral vendor, |
| 16:07:56 | 7  which must be agreed to by Skyryse in advance.  The |
| 16:08:00 | 8  neutral vendor then runs those search terms, provides |
| 16:08:05 | 9  the resulting files to the Defendants for a privilege |
| 16:08:07 | 10  review, and we get whatever is left over after their |
| 16:08:10 | 11  privilege review.  We would then review those documents |
| 16:08:13 | 12  and determine if further searches are needed and then |
| 16:08:16 | 13  the process begins again and we do this again and again |
| 16:08:19 | 14  and again.  This approach will not only take a very long |
| 16:08:23 | 15  time, way more time than we have to spare in this case |
| 16:08:28 | 16  across 50, nearly 60 devices.  It will be totally |
| 16:08:34 | 17  ineffectual in uncovering the facts and the truth in |
| 16:08:37 | 18  this case.  For example, searching for search terms will |
| 16:08:43 | 19  not enable us to fully uncover the spoliation, the |
| 16:08:48 | 20  extensive spoliation that we believe has occurred on |
| 16:08:51 | 21  these devices.  To find spoliation, searching for words |
| 16:08:57 | 22  is not enough.  You have to look at underlying metadata, |
| 16:09:00 | 23  which will indicate where data has been deleted. |
| 16:09:04 | 24  Second, as I mentioned earlier, at least over 1.3 |
| 16:09:07 | 25  million files have been stolen, which covers a huge |

CONFIDENTIAL

```
           1            MOOG, INC VS. SKYRYSE, INC, ET AL
16:09:11   2    diversity of file types and projects and many of these
16:09:15   3    files are not chiefly composed of words that can be
16:09:19   4    searched for such as drawings, designs, schematics,
16:09:24   5    executables, images models diagrams, there are
16:09:28   6    hand-drawn figures that are at issue, object files and
16:09:31   7    so forth.  And as another example, unrelatedly, much of
16:09:38   8    the use and Ms. Andoh touched on this earlier much of
16:09:41   9    the use is not literal copying at all like taking an
16:09:45  10    image and copying it over from one directory to another.
16:09:48  11    It's adapting Moog's processes.  Their data flows, their
16:09:53  12    algorithms, their structure, their architecture.  Again,
16:09:59  13    searching for words will not be sufficient to find
16:10:02  14    evidence of this type of use and theft.  So, from our
16:10:30  15    view, to adequately uncover the kinds of
16:10:34  16    misappropriation that I have just identified, you really
16:10:37  17    need a human being to look at the file, to compare them
16:10:41  18    side by side and to draw from their experience and their
16:10:44  19    expertise and their judgment to follow the truth of
16:10:48  20    misappropriation that we believe has taken place.  You
16:10:52  21    can't just do this kind of brute force mechanical search
16:10:56  22    for words, which is what Skyryse is proposing.  That is
16:11:01  23    not going to work here.  What we believe is that what we
16:11:06  24    need to do here is a much more sophisticated nuanced
16:11:10  25    analysis to be able to uncover the full extent of the
```