# EXHIBIT F

| | |
|---|---|
| **From:** | Kazim Naqvi |
| **To:** | Alexander Truitt; Lauren Doucette; Annabel Mireles |
| **Cc:** | Anthony Green; Rena Andoh; SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Lai Yip; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Travis Anderson; Doug.Lumish@lw.com |
| **Subject:** | RE: Moog/Skyryse |
| **Date:** | Thursday, August 4, 2022 5:33:28 PM |
| **Attachments:** | image001.png<br>image002.png<br>RE Moog v. Skyryse (22-cv-187) - Employee Files.msg<br>MoogSkyryse - Moog"s Document Production.msg<br>Moog v. Skyryse - Document Production.msg<br>Moog v. Skyryse.msg<br>MoogSkyryse - Document Production.msg<br>MoogSkyryse.msg<br>RE Moog v. Skyryse Moog Production.msg |

Alex:

The production transmission e-mails are attached. It appears that your firm was inadvertently not copied on Productions Nos. 3, 5 and 6 given that they were made in response to meet and confer correspondence with Skyryse in response to its discovery requests. However, I understand that all productions were re-produced to your firm on July 29 (Nos. 1, 3, 4) and August 1 (Nos. 2, 4, 5, 7).

Thank you,
Kazim

**Kazim Naqvi**
**SheppardMullin** | Los Angeles
+1 424-288-5336 | ext. 15336

**From:** Alexander Truitt <truitt.a@wssllp.com>
**Sent:** Thursday, August 4, 2022 1:20 PM
**To:** Lauren Doucette <LDoucette@sheppardmullin.com>; Annabel Mireles <mireles.a@wssllp.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Rena Andoh <RAndoh@sheppardmullin.com>; SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Travis Anderson <TAnderson@sheppardmullin.com>; Doug.Lumish@lw.com
**Subject:** RE: Moog/Skyryse

Good Afternoon Kazim,

Following up on this again.  Based on the Court's questions concerning timeline, this issue needs to be resolved immediately.

**From:** Alexander Truitt
**Sent:** Wednesday, August 3, 2022 2:24 PM
**To:** Lauren Doucette <LDoucette@sheppardmullin.com>; Annabel Mireles <mireles.a@wssllp.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Rena Andoh <RAndoh@sheppardmullin.com>;

SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Travis Anderson <TAnderson@sheppardmullin.com>; Doug.Lumish@lw.com
**Subject:** RE: Moog/Skyryse

Good Afternoon Kazim,

Just following up on this. If you could drop copies of messages transmitting the seven productions into a responsive email, that should resolve it.

---

**From:** Alexander Truitt
**Sent:** Monday, August 1, 2022 7:12 PM
**To:** Lauren Doucette <LDoucette@sheppardmullin.com>; Annabel Mireles <mireles.a@wssllp.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Rena Andoh <RAndoh@sheppardmullin.com>; SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Travis Anderson <TAnderson@sheppardmullin.com>; Doug.Lumish@lw.com
**Subject:** RE: Moog/Skyryse

Received. Thank you, Lauren.

Kazim, would Plaintiff please confirm the date(s) it sent each production and the email address the production was sent to?  We can't tell if this was a firewall issue, or the emails were caught in the spam filter, etc.  If possible, we would like to avoid repeating this in the future.

---

**From:** Lauren Doucette <LDoucette@sheppardmullin.com>
**Sent:** Monday, August 1, 2022 12:33 PM
**To:** Alexander Truitt <truitt.a@wssllp.com>; Annabel Mireles <mireles.a@wssllp.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Rena Andoh <RAndoh@sheppardmullin.com>; SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Travis Anderson <TAnderson@sheppardmullin.com>; Doug.Lumish@lw.com
**Subject:** RE: Moog/Skyryse

**I'm using Mimecast to share large files with you. Please see the attached instructions.**

Please find them attached, as well as volume 007 with the proper load file.

Let me know if you have any technical difficulties accessing these records.  Thanks!

**Lauren E. Doucette, RCA** | Senior eDiscovery Project Manager
+1 619-338-6656 | direct
LDoucette@sheppardmullin.com

**Sheppard**Mullin

501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com

---

**From:** Alexander Truitt <truitt.a@wssllp.com>
**Sent:** Friday, July 29, 2022 5:17 PM
**To:** Lauren Doucette <LDoucette@sheppardmullin.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>; Annabel Mireles <mireles.a@wssllp.com>
**Cc:** Gabe.Gross@lw.com; RFluskey@hodgsonruss.com; SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Doug.Lumish@lw.com; pmuto@hodgsonruss.com; Lai Yip <LYip@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Anthony Green <green.a@wsslp.com>
**Subject:** RE: Moog/Skyryse

Good Evening Lauren,

Thank you for volumes 1, 3 and 4. When you have a moment, could you please also send volumes five and six as well? If you've clocked out for the day, this can wait until Monday. Thanks.

Sincerely,

**Alexander A. Truitt, Esq.**
*Associate*
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, N.Y. 10006
Tel. (212)221-6900
Fax (212)221-6989

www.WSSLLP.com



PLEASE NOTE THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT OR OTHERWISE HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY RETURN EMAIL, AND DELETE THIS MESSAGE AND ALL ATTACHMENTS FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE, WE INFORM YOU THAT: ANY U.S. TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ATTACHMENTS) WAS NOT WRITTEN TO BE USED

FOR AND CANNOT BE USED FOR (I) PURPOSES OF AVOIDING ANY TAX RELATED PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAWS, OR (II) THE PROMOTION, MARKETING OR RECOMMENDING TO ANOTHER PARTY OF ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

---

**From:** Lauren Doucette <LDoucette@sheppardmullin.com>
**Sent:** Friday, July 29, 2022 5:22 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>; Annabel Mireles <mireles.a@wssllp.com>
**Cc:** Gabe.Gross@lw.com; RFluskey@hodgsonruss.com; SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Doug.Lumish@lw.com; pmuto@hodgsonruss.com; Lai Yip <LYip@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Anthony Green <green.a@wssllp.com>; Alexander Truitt <truitt.a@wssllp.com>
**Subject:** RE: Moog/Skyryse

I'm using Mimecast to share large files with you. Please see the attached instructions.

Please find volumes 1, 3, and 4 attached.

**Lauren E. Doucette, RCA** | Senior eDiscovery Project Manager
+1 619-338-6656 | direct
LDoucette@sheppardmullin.com

**Sheppard**Mullin
501 West Broadway, 19th Floor
San Diego,  CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com

---

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Friday, July 29, 2022 12:41 PM
**To:** Annabel Mireles <mireles.a@wssllp.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Alexander Truitt <truitt.a@wssllp.com>; Doug.Lumish@lw.com; Gabe.Gross@lw.com; SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; Lauren Doucette <LDoucette@sheppardmullin.com>
**Subject:** RE: Moog/Skyryse

Counsel:

It is our understanding that the Individual Defendants' counsel was copied via e-mail on all document productions to date. Moog's initial document production (MOOG0001-124) was certainly produced directly to the Individual Defendants' prior counsel.

Regardless, I am copying Lauren Doucette from my firm here who will provide you with Moog

Productions Nos. 1, 3, 4, 5 and 6.

Thank you,
Kazim

**Kazim Naqvi**
**SheppardMullin** | Los Angeles
+1 424-288-5336 | ext. 15336

---

**From:** Annabel Mireles <mireles.a@wssllp.com>
**Sent:** Friday, July 29, 2022 12:37 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** Anthony Green <green.a@wssllp.com>; Alexander Truitt <truitt.a@wssllp.com>; Doug.Lumish@lw.com; Gabe.Gross@lw.com; SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com
**Subject:** RE: Moog/Skyryse

Counsel:

To date we are only in receipt of two Moog document productions: Moog002, containing bates range MOOG00000125-MOOG0020141, produced on June 6, 2022 and Moog007, containing bates range MOOG0028324 - MOOG0028335, which was produced last night. Given the gap in the bates ranges, it appears we are missing some of Moog's document productions, including its initial production containing bates range MOOG00000001- MOOG00000124. Please verify if Moog has made any other document productions, and if so, please provide the missing productions.

Thank you,
Annabel

---

**Annabel Mireles**
Associate
Winget, Spadafora and Schwartzberg, LLP
45 Broadway 32nd Floor
New York, NY 10006
212-221-6900
mireles.a@wssllp.com



Connect with us



Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Thursday, July 28, 2022 11:57 PM
**To:** Doug.Lumish@lw.com; Gabe.Gross@lw.com
**Cc:** SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>; Muto, Pauline T. <pmuto@hodgsonruss.com>; Anthony Green <green.a@wssllp.com>; Alexander Truitt <truitt.a@wssllp.com>
**Subject:** Moog/Skyryse

Counsel:

Please find attached Moog's document production, Bates Range: MOOG0028324 - MOOG0028335.

Please let me know if any issues.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

**Sheppard**Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.