# EXHIBIT G

# REDACTED – FILED

# UNDER SEAL