UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                    Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM<br><br>**DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF SKYRYSE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY NECESSARY FOR FURTHER TRADE SECRET IDENTIFICATION** |

I, Arman Zahoory, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in support of Skyryse's August 17, 2022 Opposition to Plaintiff's Motion to Compel Discovery Necessary for Further Trade Secret Identification .

3. Attached hereto as Exhibit A is true and correct copy of email correspondence from Kazim Naqvi to counsel, dated August 4, 2022.

Dated:        August 17, 2022

_____
Arman Zahoory