UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                    Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM<br><br>**NOTICE OF MOTION TO SEAL** |

    PLEASE TAKE NOTICE that Defendant Skyryse, Inc. respectfully submits this motion for an order to file under seal limited excerpts of the Declaration of C. Douglass Locke, Ph.D. filed in support of Skyryse's August 17, 2022 Opposition to Moog's Motion to Compel Discovery Necessary for Further Trade Secret Identification and Production of Documents.

    The Locke Declaration references file paths and file names from devices produced to iDS, which are presumptive designated as "OUTSIDE COUNSEL AND ATTORNEYS' EYES ONLY" under the iDS Protocol.

    This Motion is based on the Declaration of Arman Zahoory in Support of the Motion to Seal.

- 2 -

Dated: August 17, 2022               By: /s/ *Gabriel S. Gross*

**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
       gabe.gross@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: 714-755-8290
Email: joseph.lee@lw.com

and

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com