UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50. <br><br> Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM <br><br> **DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF MOTION TO SEAL** |

I, Arman Zahoory, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in support of Skyryse's Motion to Seal, which seeks an order permitting the filing under seal of limited excerpts of the Declaration of C. Douglass Locke, Ph.D. filed in support of Skyryse's August 17, 2022 Opposition to Moog's Motion to compel Discovery Necessary for Further Trade Secret Identification.

3. Limited portions of the Declaration of C. Douglass Locke, Ph.D. expressly identify file paths and file names contained in devices produced to iDS, which are presumptive designated as "OUTSIDE COUNSEL AND ATTORNEYS' EYES ONLY" under the iDS Protocol. The proposed redactions are narrowly tailored to protect such information.

Dated:  August 17, 2022

_____
Arman Zahoory