UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                           Plaintiff,<br><br>                v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                         Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM<br><br>**[PROPOSED] ORDER** |

Defendant Skyryse, Inc. has submitted a motion for an order to file under seal limited excerpts of the Declaration of C. Douglass Locke, Ph.D. filed in support of Skyryse's August 17, 2022 Opposition to Moog's Motion to Compel Discovery Necessary for Further Trade Secret Identification.

Upon review of Skyryse's motion and accompanying declaration and for the reasons stated therein, the Court GRANTS the Motion. The Clerk of the Court shall file an unredacted version of the document identified therein under seal.

The Court further orders that all unsealed or unredacted versions of this document remain confidential pending further order of this Court.

Dated: _____                    _____
                                            The Honorable Jeremiah J. McCarthy
                                            United States Magistrate Judge