UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                    Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

## SKYRYSE'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY

Defendant Skyryse, Inc. respectfully submits this Motion for Leave to File a Supplemental Reply in connection with its pending Motion to Dismiss or, Alternatively, to Transfer Venue (ECF 48, amended at ECF 117). Skyryrse filed a supplemental brief in support of its motion on August 10, 2022 (ECF 224), and Moog filed a supplemental opposition on August 17, 2022 that raised new issues (ECF 239.)

Skyryrse respectfully requests the opportunity to respond to arguments Moog raised for the first time in its supplemental opposition, and in two emails to the Court which were sent after Skyryrse filed its supplemental brief on August 10, 2022. (Ex. B, August 11 email from R. Fluskey to the Court and August 12 email from R. Andoh to the Court). Specifically, in its opposition and in these emails, Moog for the first time argued that Skyryrse consented to jurisdiction and venue for the preliminary injunction motion when it entered into two procedural stipulations on March 11 and March 17. (ECF 25, 33.) Skyryrse respectfully requests the opportunity to respond to this argument.

1

In response to Moog's August 12, 2022 email, the Court explicitly stated that "anything that could underlie any decisions which I make should be part of the formal record." (Ex. B, August 12 email from the Court). Skyryrse now requests leave to file a supplemental reply to ensure that its response to this argument, which Moog raised for the first time only after Skyryrse filed its supplemental brief on August 10, 2022 (ECF 224), is part of the formal record in this case.

For these reasons, Skyryse respectfully seeks the Court's leave to file the supplemental reply attached as **Exhibit A** in support of its Motion to Dismiss or, Alternatively, to Transfer Venue.

Dated: August 23, 2022                     /s/ Gabriel S. Gross

**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
Arman Zahoory (Admitted *Pro Hac Vice*)
Ryan Banks (Admitted *Pro Hac Vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
         gabe.gross@lw.com
         arman.zahoory@lw.com
         ryan.banks@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

Julianne C. Osborne (Admitted *Pro Hac Vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Email: julianne.osborne@lw.com

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com

Counsel for Defendant Skyryse, Inc.