UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                    Plaintiff,<br><br>               v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                    Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

## **[PROPOSED] ORDER**

On August 23, 2022, Defendant Skyryse, Inc. moved this Court for an order granting Skyryse leave to submit a supplemental reply in connection with its pending Motion to Dismiss or, Alternatively, to Transfer Venue (ECF 48, amended at ECF 117, supplemented at ECF 224). Having considered the Motion for Leave and all papers filed in support of and opposition thereto, and good cause appearing therefor, the Court hereby orders as follows:

1. Skyryse's motion is GRANTED.

2. Within five days of this order, Skyryse shall file its Supplemental Reply attached as Exhibit A to the Declaration of Julianne Osborne, the Declaration of Jeri Rouse Looney, and supporting Exhibits 1-3.

Dated: _____        _____
                                The Honorable Jeremiah J. McCarthy
                                United States Magistrate Judge