Name and address:

Alexander A. Truitt
c/o Winget Spadafora & Schwartzberg LLP
45 Broadway, 32nd Floor
New York, NY 10006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moog, Inc.<br><br>v.<br><br>Plaintiff(s)<br><br>Skyryse, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-09094-GW-MAR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Truitt, Alexander, A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212 221 6900    212 221 6989
*Telephone Number*    *Fax Number*

truitt.a@wssllp.com
*E-Mail Address*

of

Alexander A. Truitt
c/o Winget Spadafora & Schwartzberg LLP
45 Broadway, 32nd Floor
New York, NY 10006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendants Robert Alin Pilkington and Misook Kim.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Agnetti, Melissa A.
*Designee's Name (Last Name, First Name & Middle Initial)*

311426    (310) 836-4800    (310) 836-4801
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

agnetti.m@wssllp.com
*E-Mail Address*

of

Winget Spadafora & Schwartzberg, LLP
1990 Avenue of the Stars
Suite 450
Los Angeles, California 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____                    _____
                                            **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1