Rena Andoh
Sheppard Mullin Richter Hampton LLP
30 Rockefeller Plaza, New York, NY 10112
Tel: 212.653.8700
Email: randoh@sheppardmullin.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moog Inc., <br><br> Plaintiff(s) <br> v. <br><br> Skyryse, Inc. et al., <br><br> Defendant(s). | **CASE NUMBER** <br><br> CV 22-9094-GW-MARx <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Andoh, Rena — *Applicant's Name (Last Name, First Name & Middle Initial)*
212-653-8700 — *Telephone Number*
212-653-8701 — *Fax Number*
randoh@sheppardmullin.com — *E-Mail Address*

of Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Moog Inc.
*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Naqvi, Kazim A. — *Designee's Name (Last Name, First Name & Middle Initial)*
300438 — *Designee's Cal. Bar No.*
424.288.5336 — *Telephone Number*
424.288.5773 — *Fax Number*
knaqvi@sheppardmullin.com — *E-Mail Address*

of Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: December 22, 2022

*/s/ George H. Wu*
HON. GEORGE H. WU, U.S. District Judge