| | |
|---|---|
| Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Ryan T. Banks (SBN 318171)<br>  ryan.banks@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>*Attorneys for Defendant Skyryse, Inc.* | Rena Andoh<br>  randoh@sheppardmullin.com<br>Travis J. Anderson<br>  tanderson@sheppardmullin.com<br>Kazim A. Naqvi<br>  knaqvi@sheppardmullin.com<br>Tyler E. Baker<br>  tbaker@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 655-1721<br>*Attorneys for Plaintiff Moog Inc.* |

Anthony D. Green (*pro hac vice* forthcoming)
  Green.A@wssllp.com
Alexander A. Truitt (*pro hac vice* pending)
  Truitt.A@wssllp.com
**WINGET, SPADAFORA & SCHWARTZBERG, LLP**
45 Broadway – 32nd Floor
New York, NY 10006
Telephone: (212) 221-6900
Facsimile: (212) 221-6989
*Attorneys for Defendants Robert Alin Pilkington and Misook Kim*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>  Defendants. | Civil Action No. 2:22-cv-09094-GW-MAR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SKYRYSE TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: March 7, 2022<br>Current response date: December 29, 2022<br>New response date: January 30, 2023 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

CASE NO. 2:22-cv-09094-GW-MAR
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
SKYRYSE TO RESPOND TO INITIAL COMPLAINT

Plaintiff Moog Inc. and Defendants Skyryse, Inc., Robert Alin Pilkington, and Misook Kim hereby stipulate and agree to the following:

WHEREAS, Moog filed the Complaint in the above-captioned action on March 7, 2022 in the United States District Court for the Western District of New York (Dkt. 1);

WHEREAS, when responsive pleadings were due on March 29, 2022, Defendants filed motions to dismiss for lack of personal jurisdiction or improper venue or, alternatively, to transfer venue to the Central District of California (Dkts. 47, 48);

WHEREAS, Defendants Robert Alin Pilkington and Misook Kim filed a motion to dismiss counts six, nine, and ten of the complaint for failure to state a claim upon which relief can be granted on May 31, 2022 (Dkt. 131), and that motion remains pending;

WHEREAS, on December 15, 2022, the Honorable Lawrence J. Vilardo of the United States District Court for the Western District of New York denied without prejudice Defendants' motions to dismiss for lack of personal jurisdiction and improper venue and granted Defendants' motions to transfer, and ordered that the case be transferred to this Court (Dkt. 297);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendant Skyryse's deadline to respond to the Complaint currently is December 29, 2022; and

WHEREAS, in light of the upcoming holidays, the Parties have agreed to stipulate pursuant to Local Rule 8-3 to a thirty (30) day extension of time for Skyryse to file its response to the Complaint;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that the deadline for Skyryse to respond to Plaintiff's Complaint is January 30, 2023.

**IT IS SO STIPULATED.**

Dated: December 23, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Kazim Naqvi
Counsel for Plaintiff Moog Inc.

LATHAM & WATKINS LLP

By: /s/ Gabriel S. Gross
Counsel for Defendant Skyryse, Inc.

WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: /s/Alexander Truitt (pro hac vice pending)
Counsel for Defendant
Robert AlinPilkington

WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: /s/Alexander Truitt (pro hac vice pending)
Counsel for Defendant
Misook Kim

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: December 23, 2022                                   /s/ Gabriel S. Gross

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

CASE NO. 2:22-cv-09094-GW-MAR
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT
SKYRYSE TO RESPOND TO INITIAL COMPLAINT