Name and address:

Alexander A. Truitt
c/o Winget Spadafora & Schwartzberg LLP
45 Broadway, 32nd Floor
New York, NY 10006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moog, Inc.<br><br>v.<br>Plaintiff(s)<br><br>Skyryse, Inc., et al.<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-09094-GW-MAR<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Truitt, Alexander, A.                                    of    Alexander A. Truitt
*Applicant's Name (Last Name, First Name & Middle Initial)*          c/o Winget Spadafora & Schwartzberg LLP
212 221 6900              212 221 6989                           45 Broadway, 32nd Floor
*Telephone Number*           *Fax Number*                              New York, NY 10006
truitt.a@wssllp.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendants Robert Alin Pilkington and Misook Kim.

Name(s) of Party(ies) Represented            ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Agnetti, Melissa A.                                      of    Winget Spadafora & Schwartzberg, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          1990 Avenue of the Stars
311426         (310) 836-4800         (310) 836-4801              Suite 450
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*             Los Angeles, California 90067
agnetti.m@wssllp.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   December 22, 2022                                    /s/ George H. Wu
                                                             U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1