1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Civil Action No. 2:22-cv-09094-GW-MAR <br><br> **<u>ORDER GRANTING STIPULATION [319] TO EXTEND TIME FOR DEFENDANT SKYRYSE TO RESPOND TO INITIAL COMPLAINT</u>** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The Stipulation to Extend Time for Defendant Skyryse, Inc. to respond to Plaintiff Moog Inc.'s Initial Complaint is approved.

2. Skyryse shall respond to the Complaint on or before January 30, 2023.

**IT IS SO ORDERED.**

Dated: December 27, 2022

The Honorable George H. Wu
United States District Judge