1  Douglas E. Lumish (SBN 183863)
     doug.lumish@lw.com
2  Gabriel Gross (SBN 254672)
     gabe.gross@lw.com
3  Arman Zahoory (SBN 306421)
     arman.zahoory@lw.com
4  Ryan T. Banks (SBN 318171)
     ryan.banks@lw.com
5  **LATHAM & WATKINS LLP**
6  140 Scott Drive
   Menlo Park, CA 94025
7  Telephone: (650) 328-4600
   Facsimile: (650) 463 2600
8
9  Joseph H. Lee (SBN 248046)
     joseph.lee@lw.com
10 **LATHAM & WATKINS LLP**
   650 Town Center Drive
11 20th Floor
   Costa Mesa, CA 92626
12 Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
13
14 Attorneys for Defendant Skyryse, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC. | CASE NO. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **DECLARATION OF KELLEY M. STOREY IN SUPPORT OF APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** |
| v. | |
| SKYRYSE, INC., et al. | |
| Defendant. | |

I, Kelley M. Storey, hereby declare as follows:

1. I am an associate at the law firm of Latham & Watkins LLP and serve as counsel for Skyryse, Inc. in connection with the above matter.

2. I was admitted to practice in the State of North Carolina on August 31, 2020 and in the District of Columbia on December 7, 2021. I have also been admitted to the United States Court of Appeals for the Federal Circuit on August 31, 2021, and the United States District Court for the District of Columbia on February 7, 2022.

3. I am and have always been a member in good standing of the bar of the State of North Carolina and the bar of the District of Columbia. Further, there is no record of any public discipline against me.

4. My office requested a Certificate of Good Standing from the issuing authority in North Carolina, the Supreme Court of North Carolina, on or about December 22, 2022, and at that time were informed by the Supreme Court of North Carolina that, because of the winter holidays, my certificate would be mailed in one to two weeks. Therefore, we have not been able to obtain this certificate from the Supreme Court of North Carolina, and will not be able to receive it by December 28, 2022, when my *pro hac* application is due. I will provide this certificate to the Court upon receipt.

5. As an attempt to provide this court with alternative evidence of my good standing with the Supreme Court of North Carolina, attached herewith as Exhibit A is a true and correct copy of my attorney registration information retrieved on December 23, 2022 from the North Carolina State Bar Association, showing that my registration is current and that I am presently eligible to practice law in the State of North Carolina.

6. I respectfully request that, under the circumstances, the court consider this evidence sufficient to permit my *pro hac* admission in this action.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed on December 27, 2022, in St. Louis, Missouri.

*[Signature]*
Kelley M. Storey

# EXHIBIT A

# Membership Information

## Ms. Kelley Marie Storey - Attorney

**Bar #:**
56607
**Name:**
Ms. Kelley Marie Storey
**Address:**
4121 Illinois Avenue NW
**City:**
Washington
**State:**
DC
**Zip Code:**
20011
**Work Phone:**
**Email:**

**Status:**
[ Active ]
The lawyer is presently eligible to practice law in North Carolina.
**Date Admitted:**
08/31/2020
**Status Date:**
08/31/2020
**Judicial District:**

Back to Results          Print          Back to Home