Tyler E. Baker
Sheppard Mullin Richter Hampton LLP
30 Rockefeller Plaza, New York, NY 10112
Tel: 212.653.8700
Email: tbaker@sheppardmullin.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Moog Inc., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-09094-GW-MAR |
| v. | |
| Skyryse, Inc. et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Baker, Tyler E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-653-8700          212-653-8701
*Telephone Number*      *Fax Number*

tbaker@sheppardmullin.com
*E-Mail Address*

of  Sheppard Mullin Richter & Hampton LLP
    30 Rockefeller Plaza
    New York, NY 10112

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Moog Inc.
*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Naqvi, Kazim A.
*Designee's Name (Last Name, First Name & Middle Initial)*

300438          424.288.5336        424.288.5773
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

knaqvi@sheppardmullin.com
*E-Mail Address*

of  Sheppard Mullin Richter & Hampton LLP
    1901 Avenue of the Stars
    Suite 1600
    Los Angeles, CA  90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.                                    _____
                                                                          **U.S. District Judge/U.S. Magistrate Judge**