| | |
|---|---|
| Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>Tyler E. Baker (*pro hac vice* forthcoming)<br>  tbaker@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER &**<br>**HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>Travis J. Anderson (SBN 265540)<br>  tanderson@sheppardmullin.com<br>12275 El Camino Real<br>Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Facsimile: (858) 509-3691<br><br>Kazim A. Naqvi (SBN 300438)<br>  knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars<br>Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br><br>Attorneys for Plaintiff Moog Inc. | Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Ryan T. Banks (SBN 318171)<br>  ryan.banks@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendant Skyryse, Inc.<br><br>Anthony D. Green<br>  Green.A@wssllp.com<br>Alexander A. Truitt<br>  Truitt.A@wssllp.com<br>**WINGET, SPADAFORA &**<br>**SCHWARTZBERG, LLP**<br>45 Broadway – 32nd Floor<br>New York, NY 10006<br>Telephone: (212) 221-6900<br>Facsimile: (212) 221-6989<br><br>Attorneys for Defendants Misook Kim and<br>Robert Alin Pilkington |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>    Defendants. | Civil Action No. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE FROM JANUARY 9, 2023 TO JANUARY 23, 2023**<br><br>Complaint Filed: March 7, 2022<br>Current Status Conference: January 9, 2023 at 8:30 a.m.<br>Proposed Status Conference: January 23, 2023 at 8:30 a.m. |

IT IS HEREBY STIPULATED by and between Plaintiff Moog Inc. ("Plaintiff") and Defendants Skyryse, Inc., Robert Alin Pilkington, and Misook Kim (collectively with Plaintiff, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on December 20, 2022, the Court scheduled a Status Conference on January 9, 2023, with the Parties to file a joint status report by Noon on January 5, 2023 (ECF 299);

WHEREAS, lead counsel for Plaintiff will be traveling internationally during the week of January 9, 2023 in a reverse time zone, and will not be able to attend the Status Conference as scheduled;

WHEREAS, Defendants are amenable to a short continuance of the Status Conference to accommodate Plaintiff's counsel's schedule, and indicated they are available on January 23, 2023 for a Status Conference; and

WHEREAS, counsel for Plaintiff informed the Court clerk of this issue, and the Court clerk responded that the Parties can continue the Status Conference to January 23, 2023;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree to continue the Status Conference from January 9, 2023 at 8:30 a.m. to January 23, 2023 at 8:30 a.m., and the parties are to file a joint status report by Noon on January 19, 2023.

**IT IS SO STIPULATED.**

Dated: December 30, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Kazim A. Naqvi
     Kazim A. Naqvi
Counsel for Plaintiff Moog Inc.

|   |   |
|---|---|
| 1 |   |
| 2 | LATHAM & WATKINS LLP |
| 3 |   |
| 4 | By: */s/ Gabriel S. Gross* |
| 5 | Gabriel S. Gross<br>Counsel for Defendant Skyryse, Inc. |
| 6 |   |
| 7 |   |
| 8 | WINGET, SPADAFORA & SCHWARTZBERG, LLP |
| 9 |   |
| 10 | By: */s/ Alexander A. Truitt* |
| 11 | Counsel for Defendant<br>Robert Alin Pilkington |
| 12 |   |
| 13 | WINGET, SPADAFORA & SCHWARTZBERG, LLP |
| 14 |   |
| 15 |   |
| 16 | By: */s/ Alexander A. Truitt*<br>Counsel for Defendant |
| 17 | Misook Kim |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: December 30, 2022                                                          */s/ Kazim A. Naqvi*