**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>        Defendants. | Civil Action No. CV 22-9094-GW-MARx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE FROM JANUARY 9, 2023 TO JANUARY 23, 2023** |

1 | The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

    1. The Stipulation to Continue Status Conference from January 9, 2023 to January 23, 2023 is approved.

    2. The Status Conference is rescheduled for January 23, 2023 at 8:30 a.m.

    3. The Parties shall file a joint status report by Noon on January 19, 2023.

**IT IS SO ORDERED.**

Dated: January 3, 2023

_____
The Honorable George H. Wu
United States District Judge