Anthony D. Green
c/o Winget Spadafora & Schwartzberg LLP
45 Broadway, 32nd Floor
New York, NY 10006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moog, Inc.<br><br>v.<br><br>Skyryse, Inc., et al.<br><br>Plaintiff(s)<br>Defendant(s). | **CASE NUMBER**<br>CV 22-9094-GW-MARx<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Green, Anthony D.** of Winget Spadafora & Schwartzberg LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   45 Broadway, 32nd Floor
212 221 6900       212 221 6989      New York, NY 10006
*Telephone Number*   *Fax Number*

green.a@wssllp.com
*E-Mail Address*               *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Defendants Robert Alin Pilkington and Misook Kim

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)   ☒ Defendant(s)   Other: ___

and designating as Local Counsel

**Agnetti, Melissa A.** of Winget Spadafora & Schwartzberg, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   1900 Avenue of the Stars
311426    (310) 836-4800    (310) 836-4801      Suite 450
                                    Los Angeles, California 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

agnetti.m@wssllp.com
*E-Mail Address*                *Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: Applicant resides in California; ☐ previous Applications listed indicate Applicant
      is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded, ☐ not be refunded.

Dated January 9, 2023            /s/ George H. Wu
                                HON. GEORGE H. WU, U.S. District Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1