Name and address
Daniel P. Quinlan
Winget, Spadafora & Schwartzberg, LLP
One Canterbury Green
201 Broad Street, Suite 1000
Stamford, CT 06901

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Moog, Inc.

Plaintiff(s)

v.

Skyryse, Inc., et al.

Defendant(s)

**CASE NUMBER:** CV 22-9094-GW-MARx

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Quinlan, Daniel P. — *Applicant's Name (Last Name, First Name & Middle Initial)*

of Winget Spadafora & Schwartzberg LLP
One Canterbury Green
201 Broad Street, Suite 1000
Stamford, CT 06901
*Firm/Agency Name & Address*

(203) 328-1200 — *Telephone Number*
(203) 328-1212 — *Fax Number*
quinlan.d@wssllp.com — *E-Mail Address*

for permission to appear and participate in this case on behalf of

Robert Alin Pilkington
Misook Kim

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   Other: _____

and designating as Local Counsel

Agnetti, Melissa A. — *Designee's Name (Last Name, First Name & Middle Initial)*

of Winget Spadafora & Schwartzberg, LLP
1990 Avenue of the Stars
Suite 450
Los Angeles, California 90067
*Firm/Agency Name & Address*

311426 — *Designee's Cal. Bar No.*
(310) 836-4800 — *Telephone Number*
(310) 836-4801 — *Fax Number*
agnetti.m@wssllp.com — *E-Mail Address*

HEREBY ORDERS THAT the Application be:

☒ GRANTED.

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4: Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee ☒ paid: ☐ be refunded ☒ not be refunded.

Dated January 18, 2023

*[Signature: George H. Wu]*

HON. GEORGE H. WU, U.S. District Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE   Page 1 of 1