UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | January 23, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kasim A. Naqvi | Arman Zahoory |
| Lai L. Yip | Joseph H. Lee |
| Rena Andoh | Douglas E. Lumish |
| Travis J. Anderson | Gabriel S. Gross |
| Robert J. Fluskey, Jr. | Anthony D. Green |

**PROCEEDINGS:**   **TELEPHONIC CONFERENCE**

Court and counsel confer. For reasons stated on the record, the status conference is continued to March 2, 2023 at 8:30 a.m. The parties are to file a joint scheduling report of pending motions and trial dates by February 27, 2023. Plaintiff will provide the trade secret identifications to Defendants by February 20, 2023.

: 21

Initials of Preparer   JG