UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Hector Munoz | 2a. Contact Phone Number: (213) 891-8351 | 3a. Contact E-mail Address: hector.munoz@lw.com |
| 1b. Attorney Name (if different): Gabriel S. Gross | 2b. Attorney Phone Number: (650) 328-4600 | 3b. Attorney E-mail Address: gabe.gross@lw.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Latham and Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

5. Name & Role of Party Represented: Skyryse Inc. / Defendant

6. Case Name: Moog, Inc. v. Skyryse, Inc.

7a. District Court Case Number: 2:22-cv-09094-GW-MAR

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) (*CM/ECF access included with purchase of transcript.*)

c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*)

d. DELIVERY TYPE *30-day, 14-day, 7-day, 3-day, Daily, Hourly*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Release restriction) | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/23/23 | 343 | Wu | Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● ___ | 3-Day ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ___ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 24, 2023   Signature: /s/ Gabriel S. Gross

G-120 (06/18)