**LATHAM & WATKINS LLP**
   Douglas E. Lumish (SBN 183863)
   *doug.lumish@lw.com*
   Gabriel S. Gross (SBN 254672)
   *gabe.gross@lw.com*
   Arman Zahoory (SBN 306421)
   *arman.zahoory@lw.com*
   Ryan T. Banks (SBN 318171)
   *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS** <br><br> Judge: Hon. George H. Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2, Defendant and Counterclaimant Skyryse, Inc. hereby applies for an order permitting the following documents filed in connection with Skyryse's Answer, Defenses, and Counterclaims to be filed under seal with the Court.

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Skyryse's Answer, Defenses, and Counterclaims | Skyryse | Highlighted portions in the unredacted version at pages 42:3-23; 42:26-28; 43:1-2; 43:7-23; 43:25; 43:27-28; 44:10-11; 44:24-28; 45:1-3; 45:5-7; 45:15-19; 46:4-7; 46:25; 47:24; 47:28; 49:1-2; 52:3-7; 52:9-12; 52:23-25; 52:27; 53:1-2; 53:5-14; 55:21-23; 55:26-27; 57:15; 61:8. |
| Skyryse's Answer, Defenses, and Counterclaims | Moog | Highlighted portions in the unredacted version at pages 12:17-18; 38:25-27; 39:3-16; 39:18-27; 40:13-14; 51:8-10; 52:3-7; 52:9-12; 52:23-25; 52:27; 53:1-2; 53:16; 53:24-28; 54:1-3; 54:5; 54:7-13; 54:17-20; 54:27-28; 55:1; 55:3-5; 62:25. |
| Ex. C to Zahoory Decl. (May 31, 2019 Statement of Work (the "SOW 1")) | Skyryse | Sealed in its entirety. |

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Ex. D to Zahoory Decl. (June 3, 2019 Terms and Conditions (the "Terms and Conditions")) | Skyryse | Highlighted portions in the unredacted version at pages 5, 8. |

The material Skyryse requests to file under seal is the type of information that Skyryse does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Skyryse's competitors to secure unfair competitive advantage against Skyryse and cause irreparable business harm. The material Skyryse seeks to file under seal includes portions of the Answer, Defenses, and Counterclaims and Exhibit D (Terms and Conditions), which contain Skyryse's confidential information regarding its business plans and strategies, development roadmaps, confidential contract terms, trade secrets, and other confidential business and technical information. Skyryse has proposed narrowly-tailored redactions to those documents and requests that the Court grant this application to file under seal the redacted portions. Exhibit C (SOW 1) contains highly confidential business and technical information and Skyryse requests that the Court grant this application to seal that document in its entirety.

Skyryse also has provisionally lodged under seal portions of its Answer, Defenses, and Counterclaims and accompanying documents that refer to, describe, or quote documents that Plaintiff and Counterclaim-Defendant Moog, Inc. has designated as Protected Material under the Protective Order entered in this action, dated May 5, 2022 (Dkt. No. 89), or that Skyryse believes may be considered confidential information by Moog. Accordingly, pursuant to paragraph 12.1 of the Protective Order, Skyryse seeks to provisionally lodge these documents under seal until such time as Moog withdraws its confidentiality designations or the Court rules

on a forthcoming application from Moog to justify that these documents, or portions of thereof, remain under seal.

This application is further based upon the accompanying Declaration of Arman Zahoory in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

On January 26, 2023 counsel for Skyryse conferred via email with counsel for Moog regarding this Application, and identified the documents Skyryse had proposed to file under seal, in whole or in part.  On January 30, 2023 counsel for Moog informed Skyryse "Moog will currently maintain its position that all of the below-listed documents constitute Protected Material and/or confidential information that otherwise should be filed under seal. We are continuing to review, and will advise if we believe any of these documents should not be sealed." Moog later confirmed that it does not object to two attached NDAs being filed publicly.

Dated:  January 30, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By:  */s/ Gabriel S. Gross*

Douglas E. Lumish (SBN 183863)
Gabriel S. Gross (SBN 254672)
Arman Zahoory (SBN 306421)
Ryan Banks (SBN 318171)
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
gabe.gross@lw.com
arman.zahoory@lw.com
ryan.banks@lw.com

Joseph H. Lee (SBN 248046)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

|   |   |
|---|---|
| 1 | Julianne C. Osborne (SBN 342870) |
| 2 | Alexa Solimano (SBN 335740) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
|   | Email: julianne.osborne@lw.com |
| 5 | alexa.solimano@lw.com |
| 6 | Attorneys for Defendant and |
| 7 | Counterclaimant, Skyryse, Inc. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

APPL. TO FILE UNDER SEAL DOCUMENTS FILED WITH
SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS