**LATHAM & WATKINS LLP**
   Douglas E. Lumish (SBN 183863)
   *doug.lumish@lw.com*
   Gabriel S. Gross (SBN 254672)
   *gabe.gross@lw.com*
   Arman Zahoory (SBN 306421)
   *arman.zahoory@lw.com*
   Ryan T. Banks (SBN 318171)
   *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**PROOF OF SERVICE**<br><br>Hon. George H. Wu |
| SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>v<br><br>MOOG INC.,<br><br>    Counterclaim-Defendant. | |

## PROOF OF SERVICE

I am employed in San Francisco, California, I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On **January 30, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS**

- **UNREDACTED COPY OF DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS**

- **UNREDACTED COPY OF EXHIBITS C-D TO DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **January 30, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **January 30, 2023,** at San Francisco, CA.

**Alexa Solimano**

# SERVICE LIST
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Alexander Asher Truitt**<br>Winget, Spadafora and Schwartzberg, LLP<br>45 Broadway 32nd Floor<br>New York, NY 10006 | Attorneys for Defendants Robert Alin Pilkington and Misook Kim |

| | |
|---|---|
| 212-221-6900<br>Fax: 212-221-6989<br>Email: truitt.a@wssllp.com<br><br>**Anthony D. Green**<br>Winget Spadofora and Schwartzberg LLP<br>45 Broadway, 32nd Floor<br>New York, NY 10006<br>212-221-6900<br>Fax: 212-221-6989<br>Email: green.a@wssllp.com<br><br>**Daniel P. Quinlan**<br>Winget Spadafora and Schwartzberg LLP<br>One Canterbury Green<br>201 Broad Street, Suite 1000<br>Stamford, CT 06901<br>203-328-1200<br>Fax: 203-328-1212<br>Email: quinlan.d@wssllp.com<br><br>**Melissa Anne Agnetti**<br>Winget Spadafora Schwartzberg, LLP<br>1900 Avenue of the Stars Suite 450<br>Los Angeles, CA 90067<br>310-836-4800<br>Email: agnetti.m@wssllp.com | |