1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S ANSWER, DEFENSES, AND COUNTERCLAIMS** <br><br> Hon. George H. Wu |

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to File Documents Under Seal in Support of Defendant and Counterclaimant Skyryse's Answer, Defenses, and Counterclaims, and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be filed under seal:

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Skyryse's Answer, Defenses, and Counterclaims | Skyryse | Highlighted portions in the unredacted version at pages 42:3-23; 42:26-28; 43:1-2; 43:7-23; 43:25; 43:27-28; 44:10-11; 44:24-28; 45:1-3; 45:5-7; 45:15-19; 46:4-7; 46:25; 47:24; 47:28; 49:1-2; 52:3-7; 52:9-12; 52:23-25; 52:27; 53:1-2; 53:5-14; 55:21-23; 55:26-27; 57:15; 61:8. |
| Skyryse's Answer, Defenses, and Counterclaims | Moog | Highlighted portions in the unredacted version at pages 12:17-18; 38:25-27; 39:3-16; 39:18-27; 40:13-14; 51:8-10; 52:3-7; 52:9-12; 52:23-25; 52:27; 53:1-2; 53:16; 53:24-28; 54:1-3; 54:5; 54:7-13; 54:17-20; 54:27-28; 55:1; 55:3-5; 62:25. |
| Ex. C to Zahoory Decl. (May 31, 2019 Statement of Work) | Skyryse | Sealed in its entirety. |

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Ex. D to Zahoory Decl. (June 3, 2019 Terms and Conditions) | Skyryse | Highlighted portions in the unredacted version at pages 5, 8. |

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
Hon. George H. Wu
United States District Judge