NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
Gabriel S. Gross (SBN 254672)
gabe.gross@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600

ATTORNEY(S) FOR: Defendant and Counterclaimant Skyryse, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOOG INC. <br><br> Plaintiff(s), | CASE NUMBER: | 2:22-cv-09094-GW-MAR |
| v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant and Counterclaimant Skyryse, Inc.___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Skyryse, Inc. | Defendant and Counterclaimant; a non-governmental corporate party in the above-captioned action, and no publicly held corporation owns ten percent (10%) or more of the shares of Skyryse. |
| MOOG INC. | Plaintiff, Counterclaim-Defendant |
| ROBERT ALIN PILKINGTON | Defendant |
| MISOOK KIM | Defendant |
| Scottsdale Insurance Company | Insurance Carrier |

February 2, 2023
Date

/s/ Gabriel S. Gross
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant and Counterclaimant Skyryse, Inc.