| | |
|---|---|
| Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>**SHEPPARD, MULLIN, RICHTER &**<br>**HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>Travis J. Anderson (SBN 265540)<br>  tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br><br>Kazim A. Naqvi (SBN 300438)<br>  knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>Attorneys for Plaintiff and<br>Counterdefendant MOOG INC. | Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Ryan T. Banks (SBN 318171)<br>  ryan.banks@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendant and<br>Counterclaimant SKYRYSE, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>  Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION TO EXPAND WORD LIMITS ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S FORTHCOMING MOTION TO DISMISS COUNTERCLAIMS AND DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S OPPOSITION THERETO**<br><br>Complaint Filed:     March 7, 2022<br>Counterclaims Filed: January 30, 2023 |

1       IT IS HEREBY STIPULATED by and between Plaintiff Moog Inc. ("Plaintiff") and Defendants Skyryse, Inc. ("Skyryse") (collectively with Plaintiff, the "Parties") through their respective attorneys of record, as follows:

      WHEREAS, on March 7, 2022, Moog filed its Complaint (Dkt. 1);

      WHEREAS, on January 30, 2023, Skyryse filed its Answer, Defenses, and Counterclaims in response to Moog's Complaint (Dkt. 350);

      WHEREAS, Moog intends to file a Motion to Dismiss Skyryse's Counterclaims pursuant to Fed. R. Civ. P. 12 (the "Motion to Dismiss");

      WHEREAS, L.R. 11-6.1 provides that "[e]xcept as otherwise provided in this rule or ordered by a judge," "no memorandum of authorities, pretrial brief, trial brief, or posttrial brief may exceed 7,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits";

      WHEREAS, in its Motion to Dismiss, Moog intends to move to dismiss all nine of Skyryse's counterclaims, including by addressing conflict of law issues, statute of limitations issues, and documents attached to and otherwise referenced in Skyryse's Counterclaims;

      WHEREAS, Moog contends that it requires more than the 7,000 words as prescribed under L.R. 11-6.1 in its Motion to Dismiss;

      WHEREAS, the Parties have stipulated and agreed that word limit for Moog's Motion to Dismiss, and Skyryse's opposition thereto, is expanded to 9,000 words including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits; and

      WHEREAS, the Parties have stipulated and agreed that Moog's reply in support of its Motion to Dismiss will be limited to 7,000 words as prescribed under L.R. 11-6.1.

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that the word limit for Moog's Motion to Dismiss, and Skyryse's Opposition thereto, is expanded to 9,000 words, and that Moog's reply in support of its Motion to Dismiss will be limited to 7,000 words as prescribed under L.R. 11-6.1.

**IT IS SO STIPULATED.**

Dated: February 14, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Kazim A. Naqvi
Kazim A. Naqvi
Counsel for Plaintiff and Counterdefendant Moog Inc.

LATHAM & WATKINS LLP

By: /s/ Gabriel S. Gross
Gabriel S. Gross
Counsel for Defendant and Counterclaimant Skyryse, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: February 14, 2023          /s/ Kazim A. Naqvi