# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>    Defendants. | Case No. CV 22-9094-GW-MARx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXPAND WORD LIMITS ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S FORTHCOMING MOTION TO DISMISS COUNTERCLAIMS AND DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S OPPOSITION THERETO** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The word limit for Plaintiff and Counterdefendant Moog Inc.'s Motion to Dismiss Defendant and Counterclaimant Skyryse's Counterclaims, and Skyryse's Opposition thereto, is expanded to 9,000 words including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

2. Moog's reply in support of its Motion to Dismiss will be limited to 7,000 words as prescribed under L.R. 11-6.1.

**IT IS SO ORDERED.**

Dated: February 14, 2023

_____
HON. GEORGE H. WU,
United States District Judge