Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real
Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>Plaintiff,<br><br>v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>Defendants. | Case No. 2:22-cv-09094-GW-MAR<br>*Hon. George H. Wu*<br><br>**DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT AND COUNTER-CLAIMANT SKYRYSE INC.'S COUNTERCLAIMS** |

[*Filed concurrently with Notice of Motion and Motion; [Proposed] Order*]

Date:   March 23, 2023
Time:   8:30 a.m.
Ctrm.:  9-D

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Complaint Filed: March 7, 2022
Counterclaims Filed: January 30, 2023

DECL OF KAZIM A. NAQVI ISO MOOG'S MOTION TO DISMISS

# DECLARATION OF KAZIM A. NAQVI

1.     KAZIM NAQVI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2.     My name is Kazim Naqvi.  I am an associate at Sheppard, Mullin, Richter & Hampton LLP.   I am over the age of 18 years old.  I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff and counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's Notice of Motion and Motion to Dismiss Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") Counterclaims ("CC") Pursuant to Fed. R. Civ. P. 12(b)(2), (3), and (6) (collectively, the "Motion").

3.     Throughout its CC, Skyryse references or quotes from certain documents to support its causes of action, without attaching those documents as exhibits to the CC. Therefore, under the incorporation by reference doctrine, Moog hereby introduces into evidence several of those documents. A court may "take into account documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached [to] the [plaintiff's] pleading." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) ("[A] defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.") (citation and internal quotation marks omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) (rule extends to documents upon which the plaintiff's complaint "necessarily relies" but which are not explicitly incorporated in the complaint). This doctrine "prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims." *McGovney v. Aerohive Networks, Inc.*, 2019 WL 8137143, at *7 (N.D. Cal. Aug. 7, 2019); *In re NVIDIA*

*Corp. Sec. Litig*., 768 F.3d 1046, 1058 n.10 (9th Cir. 2014) (a document may be "consider[ed] ... in its entirety" where Plaintiffs "rel[ied] on portions of it in their complaint"); *Shenwick v. Twitter, Inc.*, 282 F. Supp. 3d 1115, 1122 (N.D. Cal. 2017) ("The Court may consider the entire document, even if only portions were quoted or referenced in the Complaint.").

4.      In Paragraphs 17-22 of its CC, Skyryse references and quotes from a 2017 strategic options assessment prepared by third party Avascent for Moog. A true and correct copy of this document is attached hereto as Exhibit "A." This document has been produced by Moog in this litigation as MOOG0010796-10837, and designated as "ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 89).

5.      In Paragraph 24 of its CC, Skyryse references and quotes from an August 30, 2018 e-mail from Jeffrey Ehret of Moog to a general Skyryse e-mail account. A true and correct copy of this document is attached hereto as Exhibit "B." This document has been produced by Skyryse in this litigation as SKY_00088932-934, and designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

6.      In Paragraph 42 of its CC, Skyryse references and quotes from a January 17, 2019 e-mail from Marc Groden of Skyryse to Gonzalo Rey of Skyryse and various Moog personnel. A true and correct copy of this document is attached hereto as Exhibit "C." This document has been produced by Skyryse in this litigation as SKY_00020434-20435, and designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

7.      In Paragraph 50 of its CC, Skyryse references and quotes from a September 20, 2019 e-mail from John Scannell of Moog to Gonzalo Rey and Marc Groden of Skyryse. A true and correct copy of this document is attached hereto as Exhibit "D." This document has been produced by Skyryse in this litigation as SKY_00078692-94, and designated as "CONFIDENTIAL" under the Protective

1  Order (Dkt. 89).

2      8.    In Paragraph 53 of its CC, Skyryse references and quotes from a

3  March 6, 2020 letter from Alan Kresse of Moog to Skyryse. A true and correct

4  copy of this document is attached hereto as Exhibit "E." This document has been

5  produced by Skyryse in this litigation as SKY_00078748, and designated as

6  "CONFIDENTIAL" under the Protective Order (Dkt. 89).

7      9.    In Paragraphs 55-56 of its CC, Skyryse references and quotes from

8  e-mail correspondence from March 6, 2020 to March 9, 2020 between Gonzalo

9  Rey and Mark Groden of Skyryse and Alan Kresse, David Norman, Timothy

10 Abbott, Lauri Wierzbicki, Elizabeth Wang, and Paul Stoelting from Skyryse. A

11 true and correct copy of this document is attached hereto as Exhibit "F." This

12 document has been produced by Skyryse in this litigation as SKY_00080517-19,

13 and designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

14     10.   In Paragraphs 59-60 of its CC, Skyryse references and quotes from

15 e-mail correspondence from March 19, 2020 to March 25, 2020 between Gonzalo

16 Rey of Skyryse and David Norman, Timothy Abbott, and Paul Stoelting from

17 Skyryse. A true and correct copy of this document is attached hereto as

18 Exhibit "G." This document has been produced by Skyryse in this litigation as

19 SKY_00081571-75, and designated as "CONFIDENTIAL" under the Protective

20 Order (Dkt. 89).

21     11.   In Paragraph 61 of its CC, Skyryse references and quotes from a

22 March 31, 2020 letter from Gonzalo Rey of Skyryse to David Norman of Moog. A

23 true and correct copy of this document is attached hereto as Exhibit "H." This

24 document has been produced by Moog in this litigation as MOOG0000254, and

25 designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

26     12.   In Paragraph 64 of its CC, Skyryse references and quotes from a

27 May 22, 2020 letter from Tim Baptist of Skyryse to Timothy Abbott of Moog. A

28 true and correct copy of this document is attached hereto as Exhibit "I." This

1  document has been produced by Moog in this litigation as MOOG0003397-98, and

2  designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

3      13.    In Paragraph 66 of its CC, Skyryse references and quotes from a June

4  17, 2020 letter from Timothy Abbott of Moog to Tim Baptist of Skyryse. A true

5  and correct copy of this document is attached hereto as Exhibit "J." This document

6  has been produced by Skyryse in this litigation as SKY_00007247-48, and

7  designated as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

8      14.    In Paragraph 68 of its CC, Skyryse references and quotes from e-mail

9  correspondence from August 14, 2020 to August 19, 2020 between Tim Baptist of

10  Skyryse and David Norman from Skyryse. A true and correct copy of this

11  document is attached hereto as Exhibit "K." This document has been produced by

12  Skyryse in this litigation as SKY_00007249-51, and designated as

13  "CONFIDENTIAL" under the Protective Order (Dkt. 89).

14      15.    In Paragraph 69 of its CC, Skyryse references and quotes from an

15  August 12, 2020 e-mail from Tim Baptist to Gonzalo Rey of Skyryse. A true and

16  correct copy of these documents is attached hereto as Exhibit "L." This document

17  has been produced by Skyryse in this litigation as SKY_00000430, and designated

18  as "CONFIDENTIAL" under the Protective Order (Dkt. 89).

19      16.    In Paragraph 69 of its CC, Skyryse references and quotes from August

20  17, 2020 chat correspondence between Tim Baptist and Gonzalo Rey of Skyryse.

21  A true and correct copy of this document is attached hereto as Exhibit "M." This

22  document has been produced by Skyryse in this litigation as SKY_000014939, and

23  designated as "HIGHLY CONFIDENTIAL" under the Protective Order (Dkt. 89).

24      17.    In Paragraphs 75-78 of its CC, Skyryse references and quotes from an

25  internal Moog presentation titled "Moog Autonomous Rotorcraft Roadmap." A

26  true and correct copy of this document is attached hereto as Exhibit "N." This

27  document has been produced by Moog in this litigation as MOOG0020552-54, and

28  designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL AND

EXPERTS' EYES ONLY" under the Protective Order (Dkt. 89).

18.     In Paragraphs 75-78 of its CC, Skyryse references and quotes from an internal 2021 Moog presentation. A true and correct copy of this document is attached hereto as Exhibit "O." This document has been produced by Moog in this litigation as MOOG0020503-12, and designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL AND EXPERTS' EYES ONLY" under the Protective Order (Dkt. 89).

19.     In Paragraphs 75-78 of its CC, Skyryse references and quotes from an internal Moog presentation. A true and correct copy of this document is attached hereto as Exhibit "P." This document has been produced by Moog in this litigation as MOOG0020555-57, and designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL AND EXPERTS' EYES ONLY" under the Protective Order (Dkt. 89).

20.     In Paragraphs 82-84, and 87 of its CC, Skyryse references and quotes from a November 19, 2021 e-mail from David Norman to John Scannell, Mark Trabert, and George Small of Moog. A true and correct copy of this document is attached hereto as Exhibit "Q." This document has been produced by Moog in this litigation as MOOG0029942-44, and designated as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 89).

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed this 21st day of February, 2023, in Los Angeles, California.

Dated:  February 21, 2023

_____
            */s/ Kazim Naqvi*
              Kazim Naqvi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL OF KAZIM A. NAQVI ISO MOOG'S MOTION TO DISMISS

# EXHIBIT A

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT B

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT C

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT D

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT E

## REDACTED VERSION OF DOCUMENT

## PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT F

## REDACTED VERSION OF DOCUMENT

## PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT G

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT H

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT I

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT J

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT K

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT L

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT M

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT N

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT O

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT P

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**

# EXHIBIT Q

**REDACTED VERSION OF DOCUMENT**

**PROPOSED TO BE FILED UNDER SEAL**