| | |
|---|---|
| 1 | Rena Andoh (admitted *pro hac vice*) |
| | randoh@sheppardmullin.com.com |
| 2 | **SHEPPARD, MULLIN, RICHTER** |
| | **& HAMPTON LLP** |
| 3 | 30 Rockefeller Plaza |
| | New York, NY 10112 |
| 4 | Telephone: (212) 653-8700 |
| | Facsimile: (212) 653-8701 |
| 5 | |
| 6 | Lai L. Yip (SBN 258029) |
| | lyip@sheppardmullin.com |
| 7 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111 |
| 8 | Telephone: (415) 434-9100 |
| | Facsimile: (415) 434-3947 |
| 9 | |
| 10 | Travis J. Anderson (SBN 265540) |
| | tanderson@sheppardmullin.com |
| 11 | 12275 El Camino Real |
| | Suite 100 |
| 12 | San Diego, CA 92130 |
| | Telephone: (858) 720-8900 |
| | Facsimile: (858) 509-3691 |
| 13 | |
| 14 | Kazim A. Naqvi (SBN 300438) |
| | knaqvi@sheppardmullin.com |
| 15 | 1901 Avenue of the Stars |
| | Suite 1600 |
| 16 | Los Angeles, CA 90067 |
| | Telephone: (310) 228-3700 |
| | Facsimile: (310) 228-3701 |
| 17 | |
| 18 | Attorneys for Plaintiff and Counterdefendant Moog Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(2), (3), and (6)** |
| v. | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, | |
| Defendants. | |

The Court, having considered Moog, Inc.'s ("Moog") Motion to Dismiss Counts One through Nine of Skyryse Inc.'s ("Skyryse") Counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(2), (3), and (6) (the "Motion"), along with other documents in support of and in opposition to the Motion, being fully advised in the matter, and good cause appearing, hereby **ORDERS THAT**:

1. Moog's Motion is GRANTED;
2. Counts One through Nine of Skyryse's Counterclaims are dismissed, with prejudice, and without leave to amend.

**IT IS SO ORDERED.**

Dated: March _____, 2023

_____
The Honorable George H. Wu
United States District Court Judge