**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Honorable George H. Wu* |
| v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendant. | |
| SKYRYSE, INC., | |

-1-

| | |
|---|---|
| 1 | Counter-Claimant, |
| 2 | v. |
| 3 | MOOG, INC., |
| 4 | Cross-Defendant. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **February 21, 2023**, I served true copies of the following document(s) described as:

1. **UNREDACTED COPY OF MOOG, INC.'S MOTION TO DISMISS COUNTS 1 THROUGH 9 IN SKYRYSE'S COUNTER-CLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(2),(3), and (6); AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **UNREDACTED COPY OF DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS IN MOOG, INC.'S MOTION TO DISMISS SKYRYSE'S COUNTER-CLAIMS; and**

3. **UNREDACTED COPY OF EXHIBITS A – Q TO THE DECLARATION OF KAZIM A. NAQVI ISO MOOG, INC.'S MOTION TO DISMISS SKYRYSE'S COUNTER-CLAIMS.**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **February 21, 2023**:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 21, 2023**, at Los Angeles, California.

/s/ Kazim A. Naqvi
Kazim A. Naqvi

# SERVICE LIST

U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone:  650.328.4600<br>Fax:  650.463.2600<br>Douglas E. Lumish<br>Email:  doug.lumish@lw.com<br>Gabriel S. Gross<br>Email:  gabe.gross@lw.com<br>Joseph H, Lee<br>Email:  joseph.lee@lw.com<br>Arman Zahoory<br>Email:  arman.zahoory@lw.com<br>Ryan T. Banks<br>Email:  ryan.banks@lw.com<br>Kelley M. Storey<br>Email:  kelley.storey@lw.com<br>Cassandra M. Baloga<br>Email:  cassandra.baloga@lw.com<br>Julianna C. Osborne<br>Email:  julianne.bruaer@lw.com | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
| **HODGSON RUSS LLP**<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Phone:  716.848.1688<br>Fax:  716.849.0349<br>Robert J. Fluskey, Jr.<br>Email:  rfluskey@hodgsonruss.com | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
| **WINGET, SPADAFORA AND SCHWARTZBERG, LLP**<br>45 Broadway, 32nd Floor<br>New York, NY 10006<br>Phone:  212-221-6900<br>Fax:  212-221-6989<br>Alexander Asher Truitt<br>Email:  truitt.a@wssllp.com<br>Anthony D. Green<br>Email:  green.a@wssllp.com<br>Maria A. Mireles<br>Email:  mireles.a@wssllp.com | *Attorneys for Defendants ROBERT ALIN PILKINGTON, and MISOOK KIM* |
| **WINGET SPADAFORA AND SCHWARTZBERG, LLP**<br>One Canterbury Green<br>201 Broad Street, Suite 1000<br>Stamford, CT 06901<br>Phone:  203-328.1200<br>Fax:  203-328.1212 | |

1  Daniel P. Quinlan
   Email:      quinlan.d@wssllp.com
2
   **WINGET SPADAFORA**
3  **SCHWARTZBERG, LLP**
   1900 Avenue of the Stars, Suite 450
4  Los Angeles, CA 90067
   Phone:      310.836.4800
5  Melissa Anne Agnetti
   Email:      agnettim@wssllp.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:4883-6124-5778.1

-5-

Case No. 2:22-cv-09094-GW-MAR
PROOF OF SERVICE