1  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
   Rena Andoh (admitted *pro hac vice*)
2    randoh@sheppardmullin.com.com
   30 Rockefeller Plaza
3  New York, NY 10112
   Telephone: (212) 653-8700
4  Facsimile: (212) 653-8701

5  Lai L. Yip (SBN 258029)
     lyip@sheppardmullin.com
6  Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111
7  Telephone: (415) 434-9100
   Facsimile: (415) 434-3947

8

9  Travis J. Anderson (SBN 265540)
     tanderson@sheppardmullin.com
   12275 El Camino Real, Suite 100
10 San Diego, CA 92130
   Telephone: (858) 720-8900
11 Facsimile: (858) 509-3691

12 Kazim A. Naqvi (SBN 300438)
     knaqvi@sheppardmullin.com
13 1901 Avenue of the Stars
   Suite 1600
14 Los Angeles, CA 90067
   Telephone: (310) 228-3700
15 Facsimile: (310) 228-3701

16 *Attorney for Plaintiff and Counter-Defendant Moog Inc.*

17

18

19                    **UNITED STATES DISTRICT COURT**

20                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21  MOOG INC., | Case No.  CV 22-9094-GW-MARx |
| 22          Plaintiff, | **ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMAINT SKYRYSE INC.'S COUNTERCLAIMS PURSUANT TO FED R. CIV. P. 12(b)(2), (3), and (6)** |
| 23       v. | |
| 24  SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| 25          Defendants. | |

| | |
|---|---|
| SKYRYSE, INC.,<br>  Counterclaimant,<br> vs.<br>MOOG INC.,<br>  Counter-Defendant. | Judge: Hon. George H. Wu |

1  The Court, having considered Plaintiff and Counterdefendant Moog Inc.'s
2  Application for Leave to File Documents Under Seal in Support of Moog's Motion
3  to Dismiss Skyryse's Counterclaims, and all evidence and argument in support and
4  opposing it, and with compelling reason being shown, hereby GRANTS the
5  Application and ORDERS that the following documents or portions thereof
6  identified in Moog's Application be filed under seal:

| DOCUMENT | DESIGNATING PARTY | RULING |
|---|---|---|
| Highlighted portions of Moog's Memorandum of Points and Authorities at pages 15:11-13, 16:6-15, 16:17-23, 17:1-2, 17:4-11, 17:14-16, 21:12-18, 23:3-5, 23:11-12 | Moog | Sealed |
| Exhibits A, N, O, P, and Q to the Naqvi Declaration | Moog | Sealed |
| Highlighted portions of Moog's Memorandum of Points and Authorities at pages 15:17-22, 15:21, 18:11, 19:4-5, 19:13-15, 19:17-18, 20:1-6, 20:12-13, 20:25, 21:1-2. 21:4-8, 21:20, 21:22, 22:7-10 | Skyryse | Provisionally lodged under seal |
| Exhibits B, C, D, E, F, G, H, I, J, K, L and M to the Naqvi Declaration | Skyryse/Moog | Provisionally lodged under seal |

SMRH:4867-8274-7985.2  [PROPOSED] ORDER GRANTING MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

**IT IS SO ORDERED.**

DATED: February 22, 2023

_____
HON. GEORGE H. WU,
United States District Judge