| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | **LATHAM & WATKINS LLP** |
| Rena Andoh (*admitted pro hac vice*) | Douglas E. Lumish (SBN 183863) |
|   randoh@sheppardmullin.com |   doug.lumish@lw.com |
| 30 Rockefeller Plaza | Gabriel S. Gross (SBN 254672) |
| New York, NY 10112 |   gabe.gross@lw.com |
| Telephone: (212) 653-8700 | Arman Zahoory (SBN 306421) |
| Facsimile: (212) 653-8701 |   arman.zahoory@lw.com |
| | Ryan T. Banks (SBN 318171) |
| Lai L. Yip (SBN 258029) |   ryan.banks@lw.com |
|   lyip@sheppardmullin.com | 140 Scott Drive |
| Four Embarcadero Center, 17th Floor | Menlo Park, CA 94025 |
| San Francisco, CA 94111 | Telephone: (650) 328-4600 |
| Telephone: (415) 434-9100 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 434-3947 | |
| | *Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |
| *Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.* | |

*Additional counsel listed after caption page*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br>             Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br>             Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO DISMISS COUNTERCLAIMS** <br><br> Complaint filed: March 7, 2022 <br> Counterclaims filed: January 30, 2023 |
| SKYRYSE, INC., <br><br>             Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br>             Counterclaim-Defendant. | |

1

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Travis J. Anderson (SBN 265540)
 tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
 knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

**HODGSON RUSS LLP**

Robert J. Fluskey (*pro hac vice* forthcoming)
 rfluskey@hodgsonruss.com
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000
Facsimile: (716) 819-4718

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

2

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. and Defendant and Counterclaimant Skyryse, Inc. (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on February 21, 2023, Moog filed a Motion to Dismiss Skyryse's Counterclaims (Dkt. 360) and noticed a hearing date of March 23, 2023;

WHEREAS, Skyryse will oppose Moog's motion and its counsel have conflicts with a hearing on March 23, 2023, or the next available hearing date of March 27, 2023;

WHEREAS, Skyryse believes it requires additional time to prepare its opposition to Moog's motion, in addition to the eight days that would be allowed under Civil Local Rule 7-9 in light of the currently noticed hearing date;

WHEREAS, the Parties' counsel have conferred and are available for a hearing on Moog's motion (and potentially other pending motions) on April 13, 2023;

NOW, THEREFORE, the Parties stipulate and agree, pursuant to Civil Local Rules 7-9 and 7-10 and subject to the Court's approval, to the following hearing and briefing schedule on Moog's motion:

- March 16, 2023 – Skyryse's Opposition to Moog's Motion to Dismiss
- March 30, 2023 – Moog's Reply
- April 13, 2023 – Motion to Dismiss Hearing.

**IT IS SO STIPULATED.**

Dated: February 24, 2023

**SHEPPARD, MULLIN, RICHTER &HAMPTON LLP**

By: */s/ Kazim Naqvi*
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: */s/ Gabriel Gross*
Counsel for Defendant and Counterclaimant Skyryse, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: February 24, 2023                    */s/ Gabriel Gross*