# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO DISMISS COUNTERCLAIMS** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. Skyryse's Opposition is due by March 16, 2023.
2. Moog's Reply is due by March 30, 2023.
3. The Motion to Dismiss hearing is set for April 13, 2023.

**IT IS SO ORDERED.**

Dated: February _____, 2023

By: _____
The Honorable George H. Wu
United States District Court Judge