|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MOOG INC., | CASE NO. CV 22-9094-GW-MARx |
|---|---|
| Plaintiff, | |
| v | **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO DISMISS COUNTERCLAIMS** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

1

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. Skyryse's Opposition is due by March 16, 2023.
2. Moog's Reply is due by March 30, 2023.
3. The Motion to Dismiss hearing is set for April 13, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: February 24, 2023

By: _____
The Honorable George H. Wu
United States District Judge