UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | March 2, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kasim A. Naqvi | Arman Zahoory |
| Lai L. Yip | Joseph H. Lee |
| Rena Andoh | Gabriel S. Gross |
| Travis J. Anderson | Anthony D. Green |

**PROCEEDINGS:**   TELEPHONIC CONFERENCE

Court and counsel discuss the Joint Status Report [365] filed on February 27, 2023. The Court sets the following:

1.   Any motions to compel or discovery motions are referred to Magistrate Judge Rocconi for her determination.

2.   Defendants Robert Alin Pilkington and Misook Kim's Motion to Dismiss Counts Six, Nine, and Ten Pursuant to Fed. R. Civ. P. 12(b)(6) [131], and Plaintiff and Counter-defendant Moog Inc.'s Motion to Dismiss Counts 1 Through 9 in Defendant and Counter-claimant Skyryse Inc.'s Counterclaims Pursuant to Fed R. Civ. P. 12(b)(2), (3), and (6) [360] are set for hearing on April 13, 2023 at 8:30 a.m.

3.   The Court will allow Plaintiff to file a stipulation re preliminary injunction or if parties cannot agree, a renewed motion for a preliminary injunction in compliance with Local Rule 6.

4.   Non-discovery motions may be filed on any date the parties choose as long as in compliance with Local Rule 6.

5.   Motions to enforce are to be filed and referred to Magistrate Judge Rocconi for her determination.

6.   The Court allows Defendant Skyryse's to file its motion to stay the action as long as motion

|  | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | March 2, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

complies with Local Rule 6.

7.      The Court sets a scheduling conference for April 20, 2023 at 8:30 a.m. The parties are to file a joint Rule 26(f) report by noon on April 17, 2023.

|  | : | 15 |
|---|---|---|
| | Initials of Preparer | JG |