**LATHAM & WATKINS LLP**
    Douglas E. Lumish (SBN 183863)
    *doug.lumish@lw.com*
    Gabriel S. Gross (SBN 254672)
    *gabe.gross@lw.com*
    Arman Zahoory (SBN 306421)
    *arman.zahoory@lw.com*
    Ryan T. Banks (SBN 318171)
    *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant*
*Skyryse, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **PROOF OF SERVICE** |
| v | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | Hon. George H. Wu |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

# PROOF OF SERVICE

I am employed in San Francisco, California, I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On **March 3, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF DEFENDANT SKYRYSE, INC.'S ANSWER, DEFENSES, AND COUNTERCLAIMS**

- **UNREDACTED COPY OF EXHIBITS C AND D TO DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF SKYRYSE, INC.'S ANSWER, DEFENSES, AND COUNTERCLAIMS**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **March 3, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **March 3, 2023,** at San Francisco, CA.

**Alexa Solimano**

PROOF OF SERVICE

**SERVICE LIST**
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Alexander Asher Truitt**<br>Winget, Spadafora and Schwartzberg, LLP<br>45 Broadway 32nd Floor<br>New York, NY 10006 | Attorneys for Defendants Robert Alin Pilkington and Misook Kim |

212-221-6900
Fax: 212-221-6989
Email: truitt.a@wssllp.com

**Anthony D. Green**
Winget Spadofora and Schwartzberg
LLP
45 Broadway, 32nd Floor
New York, NY 10006
212-221-6900
Fax: 212-221-6989
Email: green.a@wssllp.com

**Daniel P. Quinlan**
Winget Spadafora and Schwartzberg
LLP
One Canterbury Green
201 Broad Street, Suite 1000
Stamford, CT 06901
203-328-1200
Fax: 203-328-1212
Email: quinlan.d@wssllp.com

**Melissa Anne Agnetti**
Winget Spadafora Schwartzberg, LLP
1900 Avenue of the Stars Suite 450
Los Angeles, CA 90067
310-836-4800
Email: agnetti.m@wssllp.com