## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MOOG, INC.,

                                   **PLAINTIFF(S)**

        v.

SKYRYSE, INC., et al.,

                                  **DEFENDANT(S).**

CASE NUMBER

**CV 22-9094-GW-MARx**

ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| March 2, 2023 | 371 and 372 | Request to Withdraw Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

Docket Numbers 371 and 372 are stricken for the reason(s) stated in the Notice [373] filed on March 3, 2023. Documents are to be flattened prior to placing on the docket.

Also, pursuant to L.R. 5-4.4.2, email the proposed order in either Word or WordPerfect to Judge Wu's email address at GW_chambers@cacd.uscourts.gov.

Dated: March 6, 2023

By: _George H. Wu_

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**