# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MOOG INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-09094-GW-MAR |
| v. | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, Defendant(s) | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Misook Kim ☐ Plaintiff ☒ Defendant ☐ Other

*Name of Party*

to substitute Grant B. Gelberg and Catherine H. Thompson of Halpern May Ybarra Gelberg LLP who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

550 S. Hope Street, Suite 2330

*Street Address*

Los Angeles, California 90071                      Grant.Gelberg@halpernmay.com

*City, State, Zip*                                  *E-Mail Address*

(213) 402-1900         (213) 402-1901         229454 / 313391

*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of Anthony D. Green, Alexander Asher Truitt, Daniel P. Quinlan,

*List **all** attorneys from same firm or agency who are withdrawing.*

Maria Annabel Mireles, and Melissa Anne Agnetti

is hereby   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____         _____
                                        U. S. District Judge/U.S. Magistrate Judge