# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>Plaintiff(s)<br>v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>Defendant(s) | CASE NUMBER<br><br>2:22-cv-09094-GW-MAR<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Robert Alin Pilkington    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Rachel L. Fiset _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

Zweiback Fiset & Zalduendo LLP, 315 W. 9th Street, Suite 1200
*Street Address*

Los Angeles                                                rachel.fiset@zfzlaw.com
*City, State, Zip*                                          *E-Mail Address*

213-266-5170              213-289-4025              240828
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Anthony D. Green, Alexander Asher Truitt, Daniel P. Quinlan,
*List **all** attorneys from same firm or agency who are withdrawing.*
Maria Annabel Mireles, and Melissa Anne Agnetti

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.


Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge