# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff(s) <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendant(s) | **CASE NUMBER** <br><br> CV 22-9094-GW-MARx <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Misook Kim    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Grant B. Gelberg and Catherine H. Thompson of Halpern May Ybarra Gelberg LLP    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

550 S. Hope Street, Suite 2330
*Street Address*

Los Angeles, California 90071                Grant.Gelberg@halpernmay.com
*City, State, Zip*                               *E-Mail Address*

(213) 402-1900          (213) 402-1901          229454 / 313391
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of Anthony D. Green, Alexander Asher Truitt, Daniel P. Quinlan,
*List **all** attorneys from same firm or agency who are withdrawing.*
Maria Annabel Mireles, and Melissa Anne Agnetti

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated March 7, 2023

*/s/ George H. Wu*
HON. GEORGE H. WU, U. S. District Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY