# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff(s) <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendant(s) | CASE NUMBER <br><br> CV 22-9094-GW-MARx <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Robert Alin Pilkington  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Rachel L. Fiset who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Zweiback Fiset & Zalduendo LLP, 315 W. 9th Street, Suite 1200
*Street Address*

Los Angeles                                         rachel.fiset@zfzlaw.com
*City, State, Zip*                                  *E-Mail Address*

213-266-5170              213-289-4025              240828
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of Anthony D. Green, Alexander Asher Truitt, Daniel P. Quinlan,
*List **all** attorneys from same firm or agency who are withdrawing.*
Maria Annabel Mireles, and Melissa Anne Agnetti

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated March 7, 2023

*/s/ George H. Wu*
HON. GEORGE H. WU, U.S. District Judge

G-01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY