# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Shirley L. James |
| 2a. Contact Phone Number | 310.228.6142 |
| 3a. Contact E-mail Address | sljames@sheppardmullin.com |
| 1b. Attorney Name (if different) | Kazim Naqvi |
| 2b. Attorney Phone Number | 424.288.5336 |
| 3b. Attorney E-mail Address | knaqvi@sheppardmullin.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Sheppard Mullin Richter & Hampton LLP, 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6017 |
| 5. Name & Role of Party Represented | Plaintiff, Moog Inc. |
| 6. Case Name | Moog Inc. v. Skyryse, Inc., et al. |
| 7a. District Court Case Number | 2:22-cv-09094-GW-MAR |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*: ☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD   ☐ In forma pauperis

10. TRANSCRIPT(S) REQUESTED

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | 370 | George Wu | Telephonic Conference | ● | ● | ○ | ○ | ○ | ● | | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.

Plaintiff requests the transcript to prepare for a forthcoming motion.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 7, 2023   Signature: /s/ Kasim A. Naqvi

G-120 (06/18)