**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant.. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF DEFENDANT SKYRYSE, INC.'S MOTION FOR A TEMPORARY STAY** <br><br> Hearing:   April 13, 2023 <br> Time:       8:30a.m. <br> Judge:      Hon. George H. Wu <br> Location: Courtroom 9D 9th Floor |

I, Arman Zahoory, hereby declare and state as follows:

1. I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I submit this declaration in support of Skyryse's Motion for a Temporary Stay.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email exchange dated March 10, 2023, regarding "Moog v. Skyryse/Subpoena for records produced to iDS," which has been excerpted and highlighted for the Court's convenience.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the November 10, 2022 hearing before the Honorable Jeremiah J. McCarthy in the above-captioned matter, which has been excerpted and highlighted for the Court's convenience.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email exchange dated August 24, 2022, between Robert J. Fluskey, Jr. (counsel of record for Plaintiff Moog, Inc.) and Magistrate Judge McCarthy, regarding the above-captioned matter, which has been excerpted and highlighted for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 15, 2023 in Menlo Park, California.

Arman Zahoory