**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SKYRYSE, INC.'S MOTION FOR A TEMPORARY STAY** <br><br> Date: April 13, 2023 <br> Time: 8:30 a.m. <br> Ctrm: 9D <br> Hon. George H. Wu |

Having considered Defendant and Counterclaimant Skyryse, Inc.'s Motion for a Temporary Stay, and all briefing, evidence, and arguments of counsel from all parties, and good cause appearing therefor, the Court hereby **GRANTS** the Motion and **ORDERS** that:

1. All proceedings in this action, including any deadlines or schedules, are hereby stayed in their entirety for six months effective as of the date of this Order.
2. Any party may seek to renew or extend the stay by moving the Court and showing good cause, which motion shall be filed in a timely manner to arrange a hearing date before the expiration of the six-month stay ordered herein.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George H. Wu
United States District Judge