**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION** |

SMRH:4856-7581-3205.1

| | |
|---|---|
| SKYRYSE, INC., | Judge: Hon. George H. Wu |
| Counterclaimant, | |
| vs. | |
| MOOG INC., | |
| Counter-Defendant. | |

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal certain excerpts and documents (the "Designated Materials") from Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion").

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include documents that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89) and excerpts from the Motion and concurrently-filed declarations of Kazim Naqvi, Bruce Pixley and Kevin Crozier that reference, describe, or cite to those documents. The material that Moog requests to file under seal is the type of information that Moog does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Moog's competitors to secure unfair competitive advantage and cause irreparable business harm. Specifically, Moog seeks to file the following Designated Materials under seal:  (1) highlighted portions of Moog's Memorandum of Points and Authorities in Support of its Motion at pages 18:20-21; (2) highlighted portions of the Declaration of Bruce Pixley at pages 9:4-21; 10:5-6, 11-28; 11:1-3, 15-17; 13:22-23; 15:7-8; 16:1-2, 7, and the embedded figure in the unredacted version at page 5; (3) highlighted portions of the Declaration of Kevin Crozier at pages 7:11-13, 19-28; 8:2-17; 9:6, 10-28; 10:1-8, 23-25; 11:3-4; 13:1-2, 27-28; 14:19, 21-22, 24; 16:2; 18:6-27; 19:1, 11-14, 25-28; 20:1-28; 21:1-7; 21:19-21; 51:16-27; 52:1-24; 53:2-24; 54:1-7; 56:26; 57:1, 5, 9, 13, 17, 20; 61:13, and the embedded figures in the unredacted version at pages 15:2-12; 23:3-13; 24:2-13; 25:2-14; 26:2-20; 29:2-17; 31:2-21; 34:2-13; 36:2-20; 39:2-14;

40:2-20; 42:2-20; 45:2-12; 46:2-13; 47:2-12; 58:11-16; 59:2-24; (4) Exhibit B to the Declaration of Kazim Naqvi; (5) Exhibits A, B, C, D, E, F, G, H, I, J, K, L to the Declaration of Bruce Pixley; and (6) Exhibits A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-11, A-12, B-1, B-2, B-3, B-5, B-6, B-7, C-1, C-2, C-4, C-5, C-6, E-1, E-2, E-5, F-3, F-5, G-1, G-2 to the Declaration of Kevin Crozier.

      Moog also seeks to provisionally lodge under seal the following Designated Materials, which refer to, describe, or quote documents that Skyryse has identified as Protected Material under the Protective Order, or which Moog believes that Skyryse may consider to be Skyryse's own confidential information: (1) highlighted portions of the Declaration of Bruce Pixley at pages 6:15, 24-28; 7:1-8, 14; 16:11-12; 17:5-9, 12-15; 18:8-9, 12, 19, 21-27; 19:1, 10-14; (2) highlighted portions of the Declaration of Kevin Crozier at pages 12:4-6; 13:8-11; 17:3-7; 22:14-16, 21-22; 28:11; 30:1; 32:1; 33:8; 35:1; 37:1; 38:11-12, 14-15; 40:1; 43:1; 44:14; 45:14; 46:15; 48:1; 49:19-22; 50:16-19; 51:9-11, 16-27; 52:1-24; 53:3-27; 54:1-7, 23-28; 55:1-3, 13-19; 56:2-7; 56:22-28; 57:3-23; 62:27; 63:1-4, 6, 8, 10-11, and the embedded figures in the unredacted version at pages 15:16-23; 23:16-26; 24:15-27; 25:17-27; 27:1-26; 30:1-24; 32:1-22; 35:1-17; 37:1-23; 39:18-25; 41:1-19; 43:2-23; 45:14-26; 46:16-27; 48:1-17; 58:19-28; 60:2-24; 62:9-14; (4) Exhibits M, N, O, and P to the Declaration of Bruce Pixley; and (5) Exhibits A-8, A-9, A-10, B-4, C-3, D-1, D-2, D-3, D-4, D-5, D-6, E-3, D-4, F-1, F-2, F-4, G-3, H-1 to the Declaration of Kevin Crozier.  Accordingly, pursuant to paragraph 12.1 of the Protective Order, Moog seeks to provisionally lodge these documents under seal until such time as Skyryse withdraws its confidentiality designations or the Court rules on a forthcoming application from Skyryse to justify that these documents, or portions of thereof, remain under seal.

      This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

Moog's counsel conferred with Skyryse's counsel via e-mail on March 13, 2023 regarding all of the Skyryse Designated Materials referenced above, and whether Skyryse contends that the filing of any such materials, or any portions thereof, should be public. As of 9:00 a.m. on March 16, 2023, Skyryse's counsel had not provided any response. Accordingly, Moog will conditionally lodge under seal all Skyryse Designated Materials and any quotes or references thereto.

Dated:  March 16, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Kazim A. Naqvi*
       Kazim A. Naqvi

Attorney for Plaintiff and Counter-Defendant
MOOG INC.