**LATHAM & WATKINS LLP**
   Douglas E. Lumish (SBN 183863)
   *doug.lumish@lw.com*
   Gabriel S. Gross (SBN 254672)
   *gabe.gross@lw.com*
   Arman Zahoory (SBN 306421)
   *arman.zahoory@lw.com*
   Ryan T. Banks (SBN 318171)
   *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant*
*Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF SKYRYSE, INC.'S OPPOSITION TO MOOG'S MOTION TO DISMISS COUNTS 1 THROUGH 9** |
| v | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | Judge: Hon. George H. Wu |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2, Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") hereby applies for an order permitting certain portions of Skyryse's Opposition to Moog's Motion to Dismiss Counts 1 Through 9 ("Opposition") to be filed under seal with the Court.

| Document | Designating Party | Text to be Filed/Lodged under Seal |
|---|---|---|
| Skyryse's Opposition to Moog's Motion to Dismiss Counts 1 Through 9 | Skyryse | Highlighted portions in the unredacted version at pages 2:24, 3:1-2, 3:4-8, 3:10-11, 7:3, 14:14-16, 16:2-3, 16:7, 16:19, 20:2, 20:9-11, 20:23, 25:18 |
| Skyryse's Opposition to Moog's Motion to Dismiss Counts 1 Through 9 | Moog | Highlighted portions in the unredacted version at pages 19:8-9, 21:16-19, 22:20-21, 24:18, 25:16, 27:4-9, 27:17 |

The material Skyryse requests to file under seal is material that the Court previously ordered to be sealed in connection with Skyryse's Answer, Defenses, and Counterclaims. (Dkt. 353.) As Skyryse previously explained in connection with its Application for Leave to File Under Seal Documents Filed with Skyryse's Answer, Defenses, and Counterclaims (Dkt. 348), the material Skyryse requests to file under seal is the type of information that Skyryse does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Skyryse's competitors to secure unfair competitive advantage against Skyryse and cause irreparable business harm. The material Skyryse seeks to file under seal includes certain portions of the Opposition, which contain Skyryse's confidential information regarding its business plans and strategies, development roadmaps, confidential contract terms, trade secrets, and other confidential business

1   and technical information. Skyryse has proposed narrowly-tailored redactions to the

2   Opposition and requests that the Court grant this application to file under seal the

3   redacted portions.

4       Skyryse also has provisionally lodged under seal certain portions of its

5   Opposition that refer to, describe, or quote documents that Plaintiff and

6   Counterclaim-Defendant Moog, Inc. has designated as Protected Material under the

7   Protective Order entered in this action, dated May 6, 2022 (Dkt. 89), or that Skyryse

8   believes may be considered confidential information by Moog. Accordingly,

9   pursuant to paragraph 12.1 of the Protective Order, Skyryse seeks to provisionally

10  lodge these materials under seal until such time as Moog withdraws its

11  confidentiality designations or the Court rules on a forthcoming application from

12  Moog to justify that these documents, or portions of thereof, remain under seal.

13      This application is further based upon the accompanying Declaration of

14  Arman Zahoory in Support of this Application; any pleadings, files, and records in

15  this action; and any further evidence or argument as this Court may consider.

16      On March 13, 2023 counsel for Skyryse conferred via email with counsel for

17  Moog regarding this Application and stated that Skyryse proposed to file under seal

18  portions of documents that Moog had previously requested to be sealed in

19  connection with Skyryse's Counterclaims (Dkts. 350, 355). On March 14, 2023

20  counsel for Moog informed Skyryse that with respect to the information sealed in

21  Skyryse's Counterclaims, "Moog's position has not changed."

22

23  Dated:  March 16, 2023              Respectfully submitted,

24                                      LATHAM & WATKINS LLP

25                                      By:  /s/ Gabriel S. Gross

26                                          Douglas E. Lumish (SBN 183863)
                                            Gabriel S. Gross (SBN 254672)
27                                          Arman Zahoory (SBN 306421)
                                            Ryan Banks (SBN 318171)
28                                          Menlo Park, California 94025

1    Telephone: (650) 328-4600
     Facsimile: (650) 463-2600

2    Email: doug.lumish@lw.com
     gabe.gross@lw.com

3    arman.zahoory@lw.com
     ryan.banks@lw.com

4

5    Joseph H. Lee (SBN 248046)
     650 Town Center Drive, 20th Floor
     Costa Mesa, California 92626

6    Telephone: (714) 540-1235
     Facsimile: (714) 755-8290

7    Email: joseph.lee@lw.com

8    Julianne C. Osborne (SBN 342870)
     Alexa Solimano (SBN 335740)

9    505 Montgomery Street, Suite 2000
     San Francisco, California 94111

10   Telephone: (415) 391-0600
     Facsimile: (415) 395-8095

11   Email: julianne.osborne@lw.com
     alexa.solimano@lw.com

12

13   Attorneys for Defendant and
     Counterclaimant, Skyryse, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28