**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
 doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
 gabe.gross@lw.com
Arman Zahoory (SBN 306421)
 arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
 ryan.banks@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and*
*Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>      Plaintiff,<br><br>      v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>      Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**[PROPOSED] ORDER DENYING MOOG'S MOTION TO DISMISS COUNTS 1 THROUGH 9 OF SKYRYSE'S COUNTERCLAIMS**<br><br>Date: April 13, 2023<br>Time: 8:30 a.m.<br>Ctrm: 9D<br>Hon. George H. Wu |
| SKYRYSE, INC.,<br><br>      Counterclaimant,<br><br>      v<br><br>MOOG INC.,<br><br>      Counterclaim-Defendant. | |

1       Having considered Plaintiff and Counterclaim-Defendant Moog Inc.'s Motion

2   to Dismiss Counts 1 Through 9 of Defendant and Counterclaimant Skyryse Inc.'s

3   Counterclaims ("Motion"), Skyryse's Opposition to the Motion, and all other

4   briefing, evidence, and arguments of counsel from all parties, the Court hereby

5   **DENIES** the Motion.  Moog is directed to file its answer within 14 days after the

6   date of this Order.

7

8       **IT IS SO ORDERED.**

9

10

11  Dated: _____

12                         Hon. George H. Wu
                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28