Rena Andoh (admitted *pro hac vice*)
 randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
 lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
 tanderson@sheppardmullin.com
12275 El Camino Real  Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
 knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>  Defendants. | Case No. 2:22-cv-09094-GW-MAR<br>*Hon. George H. Wu*<br><br>**DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[*Filed concurrently with Notice of Motion and Motion; Declaration of Bruce Pixley; Declaration of Kevin Crozier; [Proposed] Order*]

Date:   April 13, 2023
Time:   8:30 a.m.
Ctrm.:  9-D

Complaint Filed: March 7, 2022
Counterclaims Filed: January 30, 2023

## DECLARATION OF KAZIM A. NAQVI

1. KAZIM NAQVI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2. My name is Kazim Naqvi. I am an associate at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff and counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's Notice of Motion and Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion").

3. On or about October 25, 2022, Moog served a subpoena for documents to former Moog employee and current or former Skyryse personnel Lori Bird. On or about November 17, 2022, Bird produced approximately 90 documents in response to the subpoena.

4. On or about October 25, 2022, Moog served a subpoena for documents to third party Hummingbird Aero, LLC ("Hummingbird"), an entity that does business with defendant Skyryse, Inc. ("Skyryse"). On or about January 17, 2023, Hummingbird (through outside counsel) produced approximately 90 documents in response to the subpoena.

5. On or about October 25, 2022, Moog served a subpoena for documents to third party Rex Hyde, an employee of Hummingbird. On or about February 6, 2023, Hyde (through outside counsel) produced 196 documents in response to the subpoena.

6. Without any advanced notice or warning, on February 17, 2023 at 9:08 p.m. PT (the business day before Moog's trade secret identification was due for service), Skyryse produced 2,920 documents (totaling 24,821 pages) from its current or former personnel Lori Bird. Attached hereto as Exhibit "A" is a true and

correct copy of a cover letter from Skyryse's counsel accompanying the February 17, 2023 production.

7. Attached hereto as Exhibit "B" is a true and correct copy of a 44-page February 21, 2023 letter from Moog's counsel to Skyryse's counsel describing Skyryse's ongoing violations of the March 11, 2022 Stipulated TRO (Dkt. 25) (the "Letter").

8. Attached hereto as Exhibit "C" is a true and correct copy of a March 6, 2023 response letter from Skyryse's counsel to Moog.

9. I graduated law school in 2014. I am a C1 level associate at Sheppard Mullin, and my discounted billing rate is $850/hour. I spent approximately 24 hours in connection with the investigation and preparation of the Letter, including working with Moog's experts to analyze the various document productions from multiple third parties and Skyryse. I was the leading attorney in terms of analyzing, researching, and drafting the Letter. I spent approximately 15 hours in connection with the research, preparation, and drafting of the Motion. I was the leading attorney in terms of analyzing, researching, and drafting the Motion. I anticipate spending 10 hours in connection with the research, preparation, and drafting of the Reply Brief in support of the Motion, as well as an additional 2 hours to prepare for and attend any argument on the Motion. With a total of 41 hours in connection with the Letter and Motion, Moog has incurred at least $34,850 in attorneys' fees. This amount does not account for fees and costs incurred by Moog for: 1) dozens of hours of work from Moog's experts in connection with the Letter and Motion, including the preparation of the concurrently filed declarations of experts Bruce Pixley and Kevin Crozier; 2) several hours in attorneys' fees from other Sheppard Mullin team members in reviewing and editing the Letter and Motion.

///

///

///

1       I declare that the foregoing is true and correct under penalty of perjury
2 under the laws of the United States of America.
3       Executed this 16th day of March, 2023, in Los Angeles, California.

Dated: March 16, 2023

                                                    /s/ *Kazim Naqvi*
                                                  Kazim Naqvi