# EXHIBIT A
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT C
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT D
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT E
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT F
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT G
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT H
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT I
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT J
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT K
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT L
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT M
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT N
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT O
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT P
# TO PIXLEY DECLARATION - REDACTED VERSION PROPOSED TO BE FILED UNDER SEAL