Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>                     Plaintiff,<br><br>     v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>                     Defendants. | Case No. 2:22-cv-09094-GW-MAR<br>*Hon. George H. Wu*<br><br>**DECLARATION OF KEVIN CROZIER IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

[*Filed concurrently with Notice of Motion and Motion; Declaration of Kazim Naqvi; Declaration of Bruce Pixley; [Proposed] Order*]

Date:    April 13, 2023
Time:   8:30 a.m.
Ctrm.:  9-D

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Complaint Filed: March 7, 2022
Counterclaims Filed: January 30, 2023

## DECLARATION OF KEVIN CROZIER

1.     KEVIN CROZIER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

**I.     BACKGROUND**

2.     My name is Kevin Crozier. I provide this declaration in support of Moog Inc.'s ("Moog") Motion to Enforce Compliance With the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse inference Sanctions for Contempt and Spoliation. I am over the age of 18 years. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein.

3.     I have been retained by Sheppard, Mullin, Richter & Hampton LLP, counsel for Moog Inc. ("Moog" or "Company") to, among other things, analyze and opine on defendant Skyryse, Inc.'s ("Skyryse") flight control source code, software, and other software related documents to determine to what extent Skyryse has misappropriated, copied, or otherwise used Moog's trade secrets.

4.     I have a Bachelor of Science degree in Electrical Engineering with a Minor in Computer Science from Rensselaer Polytechnic Institute and Master of Science degree in Electronics Engineering from the University of Illinois. I am a Federal Aviation Administration (FAA) consultant Designated Engineering Representative (DER) for safety critical avionics software with more than two decades of hands-on industry experience in software development. I have specialized technical experience in embedded systems and software development, compiler design and implementation, processor architecture, multi-core network processors (NPUs), software simulation, and network security protocols.

5.     From 1999-2000, I worked for Hewlett Packard (HP), developing compiler technologies for 64-bit microprocessors using C++. At HP, I was granted 2 patents for floating-point code optimizations that I developed and implemented.

6.     From 2000-2005, I worked for Teja Technologies, where I designed and implemented a C-like language to express state machines used to program multicore NPUs.   I was the technical team leader for the Teja toolchain port to AMCC NPU from requirement definition through implementation.  I was also a lead software architect on customer projects, with tasks that included defining software architectures, creating IXP processor microcode, writing embedded C for the VxWorks real-time operating system, analyzing performance, and performing functional testing.

7.     From 2005 to 2013, I worked from Cavium Networks (now Marvell) as the lead customer applications architect for ARM-based networking, set-top box, and wireless display system-on-chip (SOC) products, the OCTEON multicore MIPS-based processor, the NITROX security co-processor, and the ECONA multicore ARM-based processor.  I architected numerous designs for strategic customers, including integrated service routers, enterprise IPSec security platforms, network service platforms, SSL load balancers, application load balancers, storage networking modules, enterprise wireless access points, enterprise wireless controllers, home router-gateways, home wireless access points, satellite networking equipment, consumer NAS devices, and network test equipment.  I also developed device drivers and embedded networking applications in C, C++, and assembly for platforms based on Linux v2.6 as well as bare metal MIPS, and u-boot.

8.     From 2013 to 2016, I worked for BendixKing by Honeywell as the director of software engineering and chief software architect on a suite of next-generation avionics and flight displays for general aviation aircraft.  I co-led a successful hardware and software prototype effort to prove software and hardware platform feasibility for GPS/FMS product and communication radio product.  I developed a streamlined system and software development process based on Agile methodologies to optimize the efficiency of a small co-located development team

1  for a fully integrated and modular primary and multi-function flight display.  I

2  helped define the system requirements and software architecture and led software

3  design, development, and review in C, C++, and assembly.  I successfully

4  developed, implemented, and refined a DO-178C software process and

5  infrastructure from the ground up, including requirements capture and review, code

6  development and testing, and quality assurance.

7      9.    Since 2016, I have worked as an FAA consultant DER ensuring that

8  engineering data for aircraft software systems compile with the FAA's

9  airworthiness standards.  My FAA designation allows me to approve software

10  engineering data on small and large airplanes (parts 23 and 25) and helicopters

11  (parts 27 and 29) up to the highest level of safety critically (DAL A).

12      10.    I am also a commercial pilot and certified flight instructor with over

13  2900 hours of total flight time and over 700 hours of dual instruction given.

14  **II.    EXECUTIVE SUMMARY OF OPINIONS AND FINDINGS**

15      11.    Data produced by third party Hummingbird Aero, LLC

16  ("Hummingbird") in January 2023 contains substantial evidence that Skyryse

17  personnel (using Skyryse e-mail accounts and devices) were possessing, disclosing

18  to third parties, accessing, and using Moog non-public information.  This

19  information includes Moog software process documents and checklists.

20      12.    Data produced by third party Rex Hyde in February 2023 contains

21  substantial evidence that Skyryse personnel (using Skyryse e-mail accounts and

22  devices) were possessing, disclosing to third parties, accessing, and using Moog

23  non-public information.  This information includes Moog software process

24  documents and checklists.

25      13.    Data produced by former Moog employee and current or former

26  Skyryse personnel Lori Bird in November and December 2022 contains substantial

27  evidence that Skyryse personnel were possessing, accessing, and using Moog non-

28

public information.  This information includes Moog software process documents and checklists.

14. Data produced by Skyryse on behalf of Lori Bird in February 2023 contains substantial evidence that Skyryse personnel were possessing, disclosing to third parties, accessing, and using Moog non-public information.  This information includes Moog software process documents and checklists.

15. Substantial evidence in the above-referenced data productions shows that Skyryse personnel continued to use Moog non-public information after March 11, 2022.  This data includes the use of Moog's non-public information within Skyryse's SDTE test software, sRTOS operating system, and software process documents.

16. In January 2022, evidence indicates Skyryse personnel copied data to a Google drive location and shared that data with Skyryse and other third parties, including Hummingbird.  This Google Drive has never been made available for investigation and needs to be produced to determine to what extent it contains Moog non-public information.

17. To date, the Moog investigation team (including myself) has had limited access to the Skyryse Git source code repository and no access to the Skyryse Polarion document repository. Complete access to the Skyryse Polarion and Git repositories is needed to determine to what extent Skyryse personnel are continuing to access and use Moog non-public information.

18. The Moog investigation team (including myself) has had no access to a Mac Laptop which evidence indicates former Skyryse employee and defendant Misook Kim was using for the purposes of software testing using SDTE.  Access to this laptop is required to determine the extent to which Skyryse personnel (including Kim) had access to and was using Moog non-public information.

///

///

III.   **DETAILS OF ANALYSIS AND FINDINGS**

A.   **Evidence of Moog Non-Public Information in Hummingbird's Production (1/18/2023)**

19.   In January 2023, Hummingbird Aero produced 120 documents in response to Moog's subpoena for documents. Having reviewed the entire production, my assessment is that the production contains substantial evidence of Skyryse personnel (using Skyryse e-mail accounts and devices) possessing, disclosing to third parties, accessing, and using Moog non-public information.

20.   For example, in HB0000700, an email sent on 11/18/2021, Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail account) sends Hummingbird personnel Rex Hyde and Jonathan Lynch an email that states, ███ ████████████████████████████████████████████████████ ████████████████████ Attached to this email are 3 Word documents and 13 Excel spreadsheets (HB0000660 – HB0000699).  I have reviewed these documents, and they are visually identical to the corresponding Moog DPA checklist document, including as shown as follows.

| Hummingbird Production Number | Evidence of Moog Non-Public Information |
|---|---|
| HB0000660 | Visually identical to ███████ (MOOG0030624) |
| HB0000661 | Visually identical to ████████ (MOOG0030625) |
| HB0000662 | Visually identical to █████████ (MOOG0030626) |
| HB0000663 | Visually identical to ███████ (MOOG0030628) |
| HB0000664 | ████████████████████ |
| HB0000665 | Visually identical to █████████ (MOOG0030627) |
| HB0000666 | Visually identical to ██████ (MOOG0030628) |
| HB0000667 | Visually identical to ██████████ |

| HB0000668 | Visually identical to ███████ (MOOG0030629) |
| HB0000669 | Document is ████████████ – Contains MOOG Aircraft Group on title page. Section 2.2 references to ███████████ which are all Moog non-public documents. Section 4.1 references has various references to "Moog". (See sections 2.2 and 4.1 of MOOG0030782) |
| HB0000683 | ████████████ – Modified version of HB0000683 with title page removed, references to Moog removed and Moog logo removed. Section 2 still retains references to ████████████ which are all Moog non-public documents. (See section 2.2 of MOOG0030782) |
| HB0000695 | Visually identical to ███████ (MOOG0030618) |
| HB0000696 | Visually identical to ███████ (MOOG0030622) |
| HB0000697 | Visually identical to ███████ (MOOG0030621) |
| HB0000698 | Visually identical to ███████ (MOOG0030620) |
| HB0000699 | Visually identical to ███████ (MOOG0030623) |

21.   A true and correct copy of HB0000700, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "A-1." True and correct copies of the 16 documents comprising HB0000660-699, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-2." True and correct copies of the 13 documents comprising the corresponding Moog DPA Checklists, MOOG0030618-629 and MOOG0030782, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-3."

22.    As another example, in HB0000659, an email sent on 11/22/2021, Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail account) sends Hummingbird personnel Rex Hyde and Jonathan Lynch an email that states, ██████████████████████████████████████ ██████████████████████████████ Attached this email are 20 Excel spreadsheets (HB0000639 – HB0000658). I have reviewed these documents and they are visually identical to the corresponding Moog DPA checklist documents, including as shown as follows.

| Hummingbird Production Number | Evidence of Moog Non-Public Information |
|---|---|
| HB0000639 | Visually identical to ████████ (MOOG0030633) |
| HB0000640 | Visually identical to ████████ (MOOG0030634) |
| HB0000641 | Visually identical to ████████x (MOOG0030632) |
| HB0000642 | Visually identical to ████████ (MOOG0030631) |
| HB0000643 | Visually identical to ████████ (MOOG0030630) |
| HB0000644 | Visually identical to ████████ (MOOG0030603) |
| HB0000645 | Visually identical to ████████ (MOOG0030604) |
| HB0000646 | Visually identical to ████████ (MOOG0030605) |
| HB0000647 | Visually identical to ████████ (MOOG0030607) |
| HB0000648 | Visually identical to ████████ (MOOG0030606) |
| HB0000649 | Visually identical to ████████ (MOOG0030609) |
| HB0000650 | Visually identical to ████████ (MOOG0030608) |
| HB0000651 | Visually identical to ████████ (MOOG0030612) |
| HB0000652 | Visually identical to ████████ (MOOG0030610) |

| HB0000653 | Visually identical to ████████████ (MOOG3030611) |
| HB0000654 | Visually identical to ████████████ (MOOG0030615) |
| HB0000655 | Visually identical to ████████████ (MOOG0030614) |
| HB0000656 | Visually identical to ████████████ (MOOG0030617) |
| HB0000657 | Visually identical to ████████████ (MOOG0030613) |
| HB0000658 | Visually identical to ████████████ (MOOG0030616) |

23.   A true and correct copy of HB0000659, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "A-4." True and correct copies of the 20 documents comprising HB0000639-658, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-5." True and correct copies of the 20 documents comprising the corresponding Moog DPA Checklists, MOOG0030603-617 and MOOG0030630-634, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-6."

24.   Lori Bird frequently communicated with other Skyryse personnel and Hummingbird personnel about possessing, transferring, and using Moog non-public information at Skyryse. For example, in HB0000629, an email sent on 12/17/2021, Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail address) asks Hummingbird personnel Rex Hyde from Hummingbird: ████ ████████████████████████████████████████████████ A true and correct copy of HB0000629, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "A-7."

25.     Again on 12/17/2021, Lori Bird (using her lori.bird@skyryse.com e-mail address) also sends former Skyryse employee Alin Pilkington an email that states, ███████████████████████████████████████████████

████████████████████████████████████████████

(BIRD_SR_00000420).  The documents that Lori Bird is requesting provide detailed instructions on how to use JIRA and SVN in the Moog configuration management system.  JIRA is a web-based problem reporting and tracking tool. Subversion (SVN) is a free/open-source version control system (VCS). A VCS manages files and directories, and the changes made to them, over time. This allows users to recover older versions of data or examine the history of how data changed. In this regard, many people think of a version control system as a sort of "time machine."  JIRA and SVN are used at Moog as two of the primary tools of their configuration management system.  Based on these emails and the Skyryse Software Configuration Management Plan (SCMP), Skyryse is using Git and JIRA as part of their configuration management system.  Git is a free and open-source distributed version control system alternative to Subversion.  A true and correct copy of BIRD_SR_00000420, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "A-8."

26.     Additional emails are sent on 12/19/2021 by Lori Bird (using her lori.bird@skyryse.com e-mail address) to Hummingbird personnel Rex Hyde and former Skyryse employee Alin Pilkington, continuing to ask for these Moog documents.  Alin Pilkington responds with "Text me in an hour when I'm home and I'll find something." (BIRD_SR_00000433, BIRD_SR_00000434).  True and correct copies of BIRD_SR_00000433-434, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-9."

27.     The Moog documents referenced in the December 19, 2021 correspondence between Lori Bird, Rex Hyde, and Alin Pilkington are ultimately sent to Lori Bird's Skyryse email as attachments by Rex Hyde from his Hummingbird email on 12/19/21 (BIRD_SR_00000745); ███████████████ ████████████████████ (BIRD_SR_00001322); and █████████████ ████████████████████████ (BIRD_SR_00001268). The title pages on both BIRD_SR_00001322 and BIRD_SR_00001268 have a legend that states "MOOG PROPRIETARY AND CONFIDENTIAL INFORMATION This technical Data/Drawing/Document contains information that is proprietary to, and is the express property of Moog Inc., or Moog Inc. subsidiaries except as expressly granted by contract or by operation of law and is restricted to use by only Moog employees and other persons authorized in writing by Moog or as expressly granted by contract or by operation of law.  No portion of this Data/Drawing/Document shall be reproduced or disclosed or copied or furnished in whole or in part to others or used by others for any purpose whatsoever except as specifically authorized in writing of Moog Inc. or Moog Inc. subsidiary".

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_00001268 | Contains Moog proprietary title page legend |
| BIRD_SR_00001322 | Contains Moog proprietary title page legend |

True and correct copies of BIRD_SR_00001322 and 1268, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "A-10."

28.     In HB0000406, an email sent on 3/11/2022, Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail account) sends Hummingbird

1  personnel Matt Neffinger an email with the subject ███████████

2  ██████ and attaches 9 Word documents (HB0000390, 366, 333, 287, 271, 245,

3  203, 201, 197).  These Word documents comprise the Skyryse software plans and

4  standards for the Skyryse Flight OS.  Three of these documents will be discussed

5  in detail later in this document, as portions of them are derived from corresponding

6  Moog documents and templates.

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| HB0000366 | ████████████████ – See paragraphs 70-79 below. |
| HB0000333 | ████████████ – See paragraphs 80-93 below. |
| HB0000271 | ████████████ – See paragraphs 64-70 below. |

13      29.   A true and correct copy of HB0000406, designated by Moog under

14  the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'

15  EYES ONLY," is attached hereto as Exhibit "A-11." True and correct copies of the

16  3 documents comprising HB0000366, 333, 271, designated by Moog under the

17  Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'

18  EYES ONLY," are attached hereto as Exhibit "A-12."

19      **B.   Evidence of Misappropriation in Rex Hyde Production (2/6/2023)**

20      30.   In February 2023, third party Rex Hyde produced 162 documents in

21  response to Moog's subpoena for documents. Having reviewed the entire

22  production, my assessment is that the production contains substantial evidence of

23  Skyryse personnel (using Skyryse e-mail accounts and devices) possessing,

24  disclosing to third parties, accessing, and using Moog non-public information.

25      31.   For example, in HYDE0001789, Skyryse personnel Lori Bird (using

26  her lori.bird@skyryse.com e-mail account) sends an email on February 1, 2022, to

27  Skyryse and Hummingbird personnel requesting comments on ████████████

28  ██████████████. Two of the attached software checklists are Moog checklist

-13-

templates. (HYDE0001768, 1769) with "MOOG Salt Lake Operations" in the
Company metadata.

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| HYDE0001768 | Contains "MOOG Salt Lake Operations" in Company metadata. |
| HYDE0001769 | Contains "MOOG Salt Lake Operations" in Company metadata |

32.   A true and correct copy of HYDE0001789, designated by Moog under
the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'
EYES ONLY," is attached hereto as Exhibit "B-1." True and correct copies of the
2 documents comprising HYDE0001768, 1769, designated by Moog under the
Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'
EYES ONLY," are attached hereto as Exhibit "B-2."

33.   As another example, in HYDE0001545, an email sent on 2/9/2021,
Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail account) and
Hummingbird personnel Rex Hyde have an exchange in which Lori Bird asks Rex
Hyde to create a chart for the software part numbers (            for the Skyryse
Flight Control Computer (FCC). Rex Hyde replies that he can do that and requests
an example. Lori Bird asks if Rex has a previous copy of a Moog PSAC that he
could look at. Rex replies,

The corresponding image referenced in Rex Hyde's e-mail,
<image002.png>, was not included in the document produced by Hyde. The
intended figure below is from the Moog            (MOOG0030721)
showing the software part structure:

1
2
3
4
5
6
7
8
9
10
11
12
13

14    34.    The figure shown below is from the Skyryse PSAC Draft 13

15  document (BIRD_SR_00011016) which was updated by Lori Bird:

16
17
18
19
20
21
22
23
24    35.    These figures are nearly identical in structure and form with Skyryse

25  version reflecting the necessary changes for their specific part numbering scheme.

26
27
28

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_00011016 | Contains figure derived from Moog ████████ <br> MOOG0030721 |

36.     A true and correct copy of HYDE00001545, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL— ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "B-3." A true and correct copy of BIRD_SR_00011016, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "B-4."  True and correct copies of the PSAC documents MOOG0030721, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "B-5."

37.     Finally, in HYDE0000532, on 6/8/2022, Skyryse personnel Lori Bird (using her lori.bird@skyryse.com e-mail account) sends an email to Hummingbird personnel indicating that she has asked David Nguyen (Skyryse's Designated Engineering Representative (DER)) to schedule their SOI 1 audit (an activity in which the certification authority reviews the applicants software planning documents) on 6/23/22. Attached to this email are 5 Word files which comprise most of the Skyryse software planning documents (HYDE0000509, 466, 405, 378, 268).  For this audit to occur, Skyryse must baseline and formalize their software process using these documents.  Three of the documents attached to this email are based on the Moog templates (HYDE0000509, 466, 268).  These documents will be discussed in detail later in this declaration.

-16-

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| HB0000509 | ████████████ – See paragraphs 70-79 below. |
| HB0000466 | ████████████ – See paragraphs 80-93 below. |
| HB0000268 | ████████████ – See paragraphs 58-63 below. |

38.     A true and correct copy of HYDE0000532, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "B-6." True and correct copies of the 5 documents comprising HYDE000509, 466, 268, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "B-7."

**C.     Evidence of Misappropriation in Lori Bird's Production (11/17/2022, 12/06/2022)**

39.     In November 2022, Lori Bird produced 80 documents in response to Moog's subpoena for documents. Having reviewed the entire production, my assessment is that the production contains substantial evidence of Skyryse personnel Lori Bird and Alin Pilkington possessing, disclosing to third parties, accessing, and using Moog non-public information.

40.     The first portion of the 11/17/2022 production from Lori Bird consists of 38 Excel files which are Moog software process checklists.  Based on the information contained in BIRD0000001, these documents were attached to an email (BIRD_SR_00000536) sent from former Skyryse personnel Alin Pilkington (using his alinp@mac.com) to Skyryse personnel Lori Bird (using her redpenturbo@gmail.com) sent on December 18, 2021 at 8:33pm.  Most of these documents contain Moog in the company metadata and/or text of the documents,

including as shown in the chart below.  A true and correct copy of BIRD0000001,

designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY

CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit

"C-1."

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD0000089 | ████████ – MOOG in Company metadata. |
| BIRD0000090 | ████████ – MOOG in Company metadata. |
| BIRD0000091 | ██████ x – MOOG in Company metadata. |
| BIRD0000097 | ██████ x – MOOG in Company metadata. |
| BIRD0000098 | ██████ x – MOOG in Company metadata. |
| BIRD0000099 | ████████ – MOOG in Company metadata. |
| BIRD0000100 | ████████ – MOOG in Company metadata. |
| BIRD0000101 | ██████ – MOOG in Company metadata. |
| BIRD0000102 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000103 | ██████ – MOOG in Company metadata. |
| BIRD0000106 | ██████ – MOOG Salt Lake Operations in Company metadata. |
| BIRD0000107 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000108 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000109 | ██████ – Moog Inc in Company metadata. |
| BIRD0000111 | ████████ – MOOG Salt Lake Operations in Company metadata. |
| BIRD0000112 | ██████ – MOOG Salt Lake Operations in Company metadata. |
| BIRD0000113 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000114 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000115 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000116 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000118 | ██████ – Moog Inc. in Company metadata. |
| BIRD0000119 | ████████ – Moog Inc. in Company metadata. |
| BIRD0000120 | ████████ – Moog Inc. in Company metadata. |
| BIRD0000124 | ██████ – MOOG Salt Lake Operations in Company metadata. |
| BIRD0000125 | ██████ – MOOG Salt Lake Operations in Company metadata. |

| BIRD0000126 | ▓▓▓▓▓▓▓▓▓▓ – Moog Inc. in Company metadata |
|---|---|

41.     True and correct copies of the 26 documents comprising BIRD0000089-91, 97-103, 106-109, 111-120, 124-126, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "C-2."

42.     The second portion of the 11/17/2022 production consists of 37 Excel files and 1 Word file which are Moog software DPA checklists. All documents contain Moog in the company metadata and/or text of the documents, including as shown in the chart below.  Included also are 2 Word documents which are Moog software planning documents.  BIRD0000020 is Moog document ▓▓▓▓▓ identified as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and BIRD0000008 is Moog document ▓▓▓▓▓ identified as ▓▓▓▓▓▓▓▓▓▓ Based on the information contained in BIRD0000001, these documents were attached to an email (BIRD_SR_00000466) sent from former Skyryse personnel Alin Pilkington (using his alinp@mac.com) to Skyryse personnel Lori Bird (using her redpenturbo@gmail.com) sent on December 18, 2021 at 7:46pm.  A true and correct copy of BIRD_SR_00000466, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "C-3."

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD0000008 | Moog proprietary title page legend; Moog Inc., SLC in Company Metadata |
| BIRD0000020 | Moog proprietary title page legend |
| BIRD0000051 | ▓▓▓▓▓▓ – Moog Inc. in Company metadata |
| BIRD0000052 | ▓▓▓▓▓▓ – MOOG in Company metadata |
| BIRD0000053 | ▓▓▓▓▓▓ – Moog Inc. in Company metadata |
| BIRD0000054 | ▓▓▓▓▓▓ – Moog Inc. in Company metadata |
| BIRD0000055 | ▓▓▓▓▓▓ – Moog Inc. in Company metadata |

| BIRD0000056 | ████████████ – Moog Inc. in Company metadata |
| BIRD0000057 | ███████ – Moog Inc. in Company metadata |
| BIRD0000058 | ███████ – Moog Inc. in Company metadata |
| BIRD0000059 | ███████ – Moog Inc. in Company metadata |
| BIRD0000060 | ███████ – Moog Inc. in Company metadata |
| BIRD0000061 | ███████ – Moog Inc. in Company metadata |
| BIRD0000062 | █████████ – Moog Inc. in Company metadata |
| BIRD0000063 | ████████ – Moog Inc. in Company metadata |
| BIRD0000064 | ███████ – Moog Aircraft, Salt Lake Operations in Company metadata |
| BIRD0000065 | ███████ – Moog Inc. in Company metadata |
| BIRD0000066 | ███████ – Moog Inc. in Company metadata |
| BIRD0000067 | ███████ – Moog Aircraft, Salt Lake Operations in Company metadata |
| BIRD0000068 | ███████ – Moog Inc. in Company metadata x |
| BIRD0000069 | ███████ – Moog Inc. in Company metadata |
| BIRD0000070 | ███████ – Moog Inc. in Company metadata |
| BIRD0000071 | ███████ x – Moog Aircraft, Salt Lake Operations in Company metadata |
| BIRD0000072 | █████████ – Moog Inc. in Company metadata |
| BIRD0000073 | ████████ – Moog Aircraft, Salt Lake Operations in Company metadata |
| BIRD0000074 | █████████ – Moog Aircraft, Salt Lake Operations in Company metadata |
| BIRD0000075 | █████████ – Moog Inc. in Company metadata |
| BIRD0000076 | ██████████ – Moog Inc. in Company metadata |
| BIRD0000077 | ████████ – Moog Inc. in Company metadata |
| BIRD0000078 | █████████ – Moog Inc. in Company metadata |
| BIRD0000079 | ████████ – Moog Inc. in Company metadata |
| BIRD0000080 | ███████ – Moog Inc. in Company metadata |
| BIRD0000081 | ███████ – Moog Inc. in Company metadata |

| BIRD0000082 | ████████ – Moog Inc. in Company metadata |
| BIRD0000083 | ████████████ – Moog Inc. in Company metadata |
| BIRD0000084 | ████████████ – Moog Inc. in Company metadata |
| BIRD0000085 | ████████████ – Moog Inc. in Company metadata |
| BIRD0000086 | ████████████ – Moog Inc. in Company metadata |
| BIRD0000087 | ██████████ – Moog Inc. in Company metadata |
| BIRD0000088 | ██████████████ – Moog Inc. in Company metadata |

43.    True and correct copies of the 2 documents comprising BIRD0000020, BIRD0000008, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "C-4."

44.    True and correct copies of the 37 documents comprising BIRD0000051-BIRD0000088, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "C-5."

45.    On 12/06/2022 Lori Bird provided an additional production which consists of two Moog documents: ████████████████ ████████████████████ ████████████████ (BIRD0000182, BIRD0000128).  These documents were sent by Rex Hyde to Lori Bird as described in paragraph 27 and are Moog documents with explicit Moog proprietary legends. In paragraph 48 below it is shown that the Moog JIRA document was the basis the Skyryse JIRA document.

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD0000182 | Moog proprietary title page legend |
| BIRD0000128 | Moog proprietary title page legend |

46.    True and correct copies of the 2 documents comprising
BIRD0000182, BIRD0000128, designated by Moog under the Protective Order
(Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are
attached hereto as Exhibit "C-6."

**D.    Evidence of Misappropriation in Skyryse's Production (2/17/2023)**

47.    On 2/17/2023, Skyryse produced 2,920 documents (totaling 24,821
pages) on behalf of its current or former personnel Lori Bird.  The result of this
production shows how various Moog software engineering plan templates and
checklists were incorporated into the formal Skyryse software engineering plans
and checklists, including well after March 11, 2022.

48.    This production shows that a Moog document, ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ became the foundation of the Skyryse
document ▮▮▮▮▮▮▮▮▮▮▮▮ (BIRD_SR_00001465).  Lori Bird
sends this to several Skyryse and Hummingbird email addresses on January 5,
2022 (BIRD_SR_00001464).  This Skyryse document has nearly identical
structure and numerous identical word-for-word passages as the Moog document.
Below is a comparison showing just a few examples of copying from the Moog
document and the eventual refinement into the ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮(BIRD_SR_00024768). A true and correct copy of
BIRD_SR_00001464 designated by Moog under the Protective Order (Dkt. 89) as
"HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto
as Exhibit "D-1."

49.    Moog Table of Contents Excerpt from BIRD0000182:



50.    Skyryse Table of Contents Excerpt from BIRD_SR_00001465:

51.    Moog Section 7.2.1 from BIRD0000182



52.    Skyryse Section 6.2.1 from BIRD_SR_00001465

53.    Moog Figure from BIRD0000182

54.    Skyryse figure from BIRD_SR_00001465

55.     Moog Figure from BIRD0000182

56.    Skyryse Figure from BIRD_SR_00001465

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_000001465 | Identical structure and numerous identical word-for-word passages as the Moog document (BIRD0000182). |
| BIRD_SR_000024768 | Identical structure and numerous identical word-for-word passages as the Moog document (BIRD0000182). |

57.    True and correct copies of BIRD_SR_00001465, and BIRD_SR-00024768, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "D-2".

58.    ███████████ (BIRD_SR_00000262) dated 12/3/2021 is based on the Moog PSAC template (MOOG0030635).  Due to the nature of this document, it needs to be heavily customized when it is applied to a particular project. However, usage of the Moog template is evident in the nearly identical document structures and numerous copied word-for-word passages.  This document was continuously edited and revised by Lori Bird and various Skyryse personnel, and it sent to numerous Skyryse and Hummingbird personnel from December 2021 to June 2022. The latest version of the PSAC with a revision date 6/12/2022 (BIRD_SR_00020435) (showing use of Moog non-public information after March 11, 2022), which removes not applicable Moog references but still retains the Moog document structure and numerous word-for-word passages and sections, including as shown as follows.

59.    Moog PSAC Template Table of Contents Excerpt (MOOG0030635)

60.   Skyryse  Table of Contents Excerpt (BIRD_SR_00020435)

61.    Moog PSAC Template Table of Contents Excerpt (MOOG0030635)

62. Skyryse ▮▮▮▮▮▮▮▮▮▮ Table of Contents Excerpt (BIRD_SR_00020435)



| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_00000262 | Nearly identical document structure and numerous word-for word passages to Moog template document. |

| BIRD_SR_00020435 | Nearly identical document structure and numerous word-for word passages to Moog template document |
|---|---|

63.     True and correct copies of BIRD_SR_00000262, 20435, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "D-3".

64.     ▆▆▆▆▆▆▆▆▆▆ (BIRD_SR_00001795) was sent to Alin Pilkington by Lori Bird (using her Skyryse e-mail account) on 1/10/2022. This document is nearly identical to the Moog SQAP. This is evident in the nearly identical document structures and numerous copied word-for-word passages.  This document is continuously edited and revised by Lori Bird and it sent to numerous Skyryse and Hummingbird personnel from December 2021 to June 2022. A final version of the SQAP with a revision date 7/11/2022 (BIRD_SR_00024065) (showing use of Moog non-public information after March 11, 2022) removes not applicable Moog references but still retains the Moog document structure and numerous word-for-word passages and sections.  The figures below show a few examples of the document structure and word-for-word duplication.

65.    Moog SQAP Template Table of Contents (MOOG0030798)

66.   Skyryse ████████████ Table of Contents (BIRD_SR_00024065)

67.     Moog SQAP Template Section 4 (MOOG0030798)

68.    Skyryse ▮▮▮▮▮▮▮▮▮ Section 6 (BIRD_SR_00024065)

**6   ACTIVITIES, TIMING, AND METHODS**

69.    These examples show that the Skyryse SQAP (BIRD_SR_00024065) is based on the Moog SQAP template and contains Moog non-public information, and that Skyryse was continuously editing these documents using Moog non-public information several months after March 11, 2022.

| Production Number | Evidence of Moog non-public Information |
|---|---|
| BIRD_SR_00001795 | Nearly identical document structure and numerous word-for word passages to Moog template document. |
| BIRD_SR_00024065 | Nearly identical document structure and numerous word-for word passages to Moog template document. |

70.     True and correct copies of BIRD_SR_00001795, 24065, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "D-4".

71.     ████████████████ (BIRD_SR_00001444) is nearly identical to the Moog ████████ (MOOG0030674).  These documents contain nearly identical document structures and numerous copied word-for-word passages.  The Skyryse document includes references to ████████████████ ████████ This is a tool used by Moog for requirements management and change control. Based on my personal inspection of Skyryse's source code, it is not in use nor has it ever been used or even discussed at Skyryse.  This  Skyryse document is continuously edited and revised by Lori Bird and it sent to numerous Skyryse and Hummingbird personnel from December 2021 to June 2022. A final version of the SCMP with a revision date 7/11/2022 (BIRD_SR_00023903) (showing use of Moog non-public information after March 11, 2022) removes not applicable Moog references but still retains the Moog document structure and numerous word-for-word passages and sections.

72.     Moog SCMP Template Section 3.3 (MOOG0030674).

## 3.3      Software Configuration Management Tools

The SCM tools are listed in Table 1. Sufficient resources for all tools will be obtained so that the necessary personnel will have uninterrupted access to all the software tools required at each phase of the program.

73.      Skyryse ▓▓▓▓▓▓ Section 4.3 (BIRD_SR_00001444)

74.   Moog SCMP Template  Table of Contents (MOOG0030674)

75.   Skyryse ███████████ Table of Contents (BIRD_SR_00023903)

76.   Moog SCMP Template Section 4 Excerpt (MOOG0030674)

77.   Skyryse ███████████ Section 5 Excerpt (BIRD_SR_00023903)

78.   These examples show that the Skyryse SQAP (BIRD_SR_00024065) is based heavily on the Moog SQAP template and contains use of Moog non-public information, including after March 11, 2022.

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_00001444 | Nearly identical document structure and numerous word-for word passages to Moog template document; References to tools used at Moog and not used at Skyryse. |
| BIRD_SR_00023903 | Nearly identical document structure and numerous word-for-word passages to Moog template document. |

79.   True and correct copies of BIRD_SR_00001444, 23903, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "D-5".

80.   SDP ███████████ (BIRD_SR_00001622) is derived from the Moog SDP template.  Due to the nature of this document, it needs to be heavily customized when it is applied to a particular project.  However, this document still retains the structure and numerous word-for-word passages of the Moog template. This document was continuously edited and revised by Lori Bird and various Skyryse personnel and it sent to numerous Skyryse and Hummingbird personnel from December 2021 to June 2022.  A final version of the SDP with a revision date 7/11/2022 (BIRD_SR_00024624) (showing use of Moog non-public information after March 11, 2022) removes not applicable Moog references but still retains the Moog document structure and numerous word-for-word passages and sections, including as shown as follows.

///

///

///

///

81.   Moog SDP Table of Contents Excerpt (MOOG0030694)

82.   Skyryse ▓▓▓▓▓▓▓▓▓▓ Table of Contents Excerpt (BIRD_SR_00024624)

83.    Moog SDP Template Tracing Figure (MOOG0030694)



84.    Skyryse ███████████ Tracing Figure (BIRD_SR_00024624)

85.    Moog SDP Template Excerpt (MOOG0030694)

86.  Skyryse ▬▬▬▬▬ Excerpt (BIRD_SR_00024624)



| Production Number | Evidence of Moog Non-Public Information |
|---|---|
| BIRD_SR_00001622 | Nearly identical document structure and numerous word-for word passages to Moog template document. |
| BIRD_SR_00024624 | Nearly identical document structure and numerous word-for word passages to Moog template document |

87.  True and correct copies of BIRD_SR_00001622, 24624, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "D-6".

-48-

**E.     Evidence of Misappropriation and Use of Moog Data After March 11, 2022**

88.     Even after entry of the March 11, 2022 Stipulated Temporary Restraining Order in this case (Dkt. 25), Skyryse continued to use and incorporate Moog data into their software process documents, software testing framework and the SRTOS operating system for their flight control computers.

89.     As described in the previous section, Skyryse based their software plans on Moog templates.  They continuously updated and revised these plans from December 2021 through June 2022.  On June 7, 2022, Lori Bird (using a Skyryse e-mail account) sent Skyryse personnel Thusa Dinh, David Lee, and Glenn Shintaku, and Designated Engineering Representative (DER) David Nguyen, various software plan and checklist templates. (HYDE0000532). The thread shows that Bird asked Nguyen about Skyryse's Stage of Involvement (SOI) 1 on June 23, 2022.

90.     A true and correct copy of HYDE0000532, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "E-1".

91.     SOI 1 generally comprises a planning audit where the DER would audit Skyryse's software planning documents (such as PSAC, SDP, SVP, SCMP, SQAP, and standards). Three of the documents attached to this email ███████ ███████████████████ (HYDE0000509), ██████████████████ (HYDE0000466), ████████████████████ (HYDE0000268) have been shown in detail above to be derived from Moog templates.

| Production Number | Additional Evidence of Use after 3/11/2022 |
|---|---|
| HYDE0000509 | Document derived from Moog data attached to email dated 6/8/2023 |
| HYDE0000466 | Document derived from Moog data attached to email dated 6/8/2023 |

| HYDE0000268 | Document derived from Moog data attached to email dated 6/8/2023 |
|---|---|

92.    True and correct copies of HYDE0000509, 466, 268, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL— ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "E-2".

93.    Evidence shows that on or about 7/11/2022 Skyryse management personnel approved these plans.  With this approval, these plans become the formal guidance for the methods and procedures the Skyryse software team would use to develop software and cannot be changed without following the formal change procedure detailed in the SCMP.  This formally incorporates many portions of the Moog software engineering process into the Skyryse software process, thus furthering the use and reliance on Moog non-public data continuously until the Skyryse software process is changed to eliminate the incorporated Moog processes completely. As previously described, these planning documents, which include Moog non-public information are ███████████████████████████████ ███████████████(BIRD_SR_00023903), ███████████████████ ███████████(BIRD_SR_00024624), ██████████████████████████ ███████████(BIRD_SR_00024065) ███████████

| Production Number | Evidence of Use after 3/11/2022 |
|---|---|
| BIRD_SR_00023903 | Title page block shows Rev A Release Data 11-Jul-2022. |
| BIRD_SR_00024624 | Title page block shows Rev A Release Data 11-Jul-2022. |
| BIRD_SR_00024065 | Title page block shows Rev B Release Data 11-Jul-2022. |

94.    True and correct copies of BIRD_SR_00023903, 24624, 24065, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY

1  CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit

2  "E-3".

3       95.    Based on data provided for discovery at third party discovery vendor

4  iDiscovery Solutions ("iDS"), Skyryse continues to use the Skyryse Desk Top

5  Environment (SDTE) test framework for its software testing activities. The SDTE

6  framework is a nearly identical copy of the Moog Desktop Environment (MDTE)

7  test framework that is employed at Moog. My analysis of the SDTE source code

8  files shows that they are nearly identical, with the majority of changes involving

9  changing the text "MDTE" to "SDTE". In fact, the ██████ file still has ████████

10  ██ in the header and there is a Readme.txt file in the ██████████ directory

11  which still references MDTE. The table below highlights each source file in

12  MDTE and SDTE and the differences noted by my investigation.

13

| Moog MDTE Files | Skyryse SDTE Files | Differences (If Any) |
|---|---|---|
| **File Path:** ████████ ████ ████████ █ | ██████ ████████ ████ | |
| ████████ █u ██ MOOG0030586 | ████████ SKY_IDS_0001578 | Changing "MDTE" to "SDTE" |
| ████████ █ MOOG0030585 | ████████ SKY_IDS_0001583 | Changing "MDTE" to "SDTE"; Adjustments to file paths for visual studio location |
| ████████ ████ MOOG0030584 | ████████ SKY_IDS_0001587 | Changing "MDTE" to "SDTE" |

| | | |
|---|---|---|
| ███████████ MOOG0030583 | ███████████ SKY_IDS_0001603 | Changing "MDTE" to "SDTE" |
| ██████████ MOOG0030582 | ██████████ SKY_IDS_0001607 | Changing "MDTE" to "SDTE"; Version 0.82 vs. 0.80e |
| ██████████ MOOG0030581 | ██████████ SKY_IDS_0001646 | Changing "MDTE" to "SDTE" |
| ██████████ MOOG0030580 | ██████████ SKY_IDS_0001647 | Changing "MDTE" to "SDTE" |
| ██████████ MOOG0030579 | ██████████ SKY_IDS_0001652 | Files are identical |
| **File Path:** ██████████ ████ TE_US/MDTEHos ███ | **File Path:** ███████████████ ██████ | |
| ██████████ MOOG0030592 | ██████████ SKY_IDS_0001654 | Changing "MDTE" to "SDTE" and git hash values instead of ██████ ████████ ████ |
| ██████████ MOOG0030591 | ██████████ SKY_IDS_0001665 | Changing "MDTE" to "SDTE" |
| ██████████ MOOG0030590 | ██████████ SKY_IDS_0001668 | Additional comments / Some additional code to for handling |

| | | non-ASCII charts |
|---|---|---|
| ██████ MOOG0030589 | ██████ SKY_IDS_0001727 | Files are identical |
| ██████ MOOG0030588 | ██████ SKY_IDS_0001731 | Changing "MDTE" to "SDTE" |
| ██████ MOOG0030587 | ██████ SKY_IDS_0001909 | Files are identical |
| **File Path:** ████████ ███ ████████ ██ | **File Path:** ██████████ ████ | |
| ████ MOOG0030602 | ████ SKY_IDS_0001912 | Changing "MDTE" to "SDTE" |
| ████ MOOG0030601 | ████ SKY_IDS_0001949 | Changing "MDTE" to "SDTE" |
| ██████ MOOG0030600 | ██████ SKY_IDS_0001956 | Changing "MDTE" to "SDTE" |
| █████ MOOG0030599 | █████ SKY_IDS_0002002 | Changing "MDTE" to "SDTE" |
| ████ MOOG0030597 | ████ SKY_IDS_0002005 | Changing "MDTE" to "SDTE" – Contains reference to MDTE at Line 3 |
| ███ MOOG0030598 | ███ SKY_IDS_0002009 | Changing "MDTE" to "SDTE" Contains ██ ████ in header. |

| | | |
|---|---|---|
| ▮▮▮▮▮▮ <br> MOOG0030596 | ▮▮▮▮▮▮ <br> SKY_IDS_0002006 | Changing "MDTE" to "SDTE" |
| ▮▮▮▮▮▮ <br> MOOG0030595 | ▮▮▮▮▮▮ <br> SKY_IDS_0002013 | Changing "MDTE" to "SDTE" |
| ▮▮▮▮▮▮ <br> MOOG0030594 | ▮▮▮▮▮▮ <br> SKY_IDS_0002016 | Changing "MDTE" to "SDTE" |
| ▮▮▮▮▮▮ <br> MOOG0030593 | ▮▮▮▮▮▮ <br> SKY_IDS_0002069 | Changing "MDTE" to "SDTE" |

96.   True and correct copies of SKY_IDS_0001578, 1583, 1587, 1603, 1607, 1646, 1647, 1652, 1654, 1665, 1668, 1727, 1731, 1909, 1912, 1949, 1956, 2002, 2005, 2006, 2009, 2013, 2016, 2069, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—SOURCE CODE," are attached hereto as Exhibit "E-4". True and correct copies of MOOG0030579-602, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—SOURCE CODE," are attached hereto as Exhibit "E-5".

97.   In December 2022, I conducted an on-site inspection of Skyryse's source code and Git repository. However, these source code and Git repositories were only made available as of 4/15/2022. Based on my inspection, evidence suggests that Skyryse is using the SDTE for software testing as of 4/15/2022. In addition, the following file paths from iDS Device No. 00021 contain dozens of SDTE files that were used and/or modified after March 11, 2022, including into April 2022:



98.     The architecture, structure, theory of operation, and design documentation for Skyryse's sRTOS program is essentially identical to Moog's eRTOS program. Alin Pilkington spearheaded the development of eRTOS at Moog before joining Skyryse and based on the discovery evidence was using an identical structure and design to build sRTOS. There is substantial evidence that Skyryse was still developing and using sRTOS after the entry of the March 11, 2022 Stipulated TRO. For example, the following file paths from iDS Device No. 00021 contain dozens of sRTOS files which were used and/or modified after March 11, 2022, including into April 2022:

99.     These are just representative samples. Further, the files in these file paths show that numerous Skyryse and Hummingbird personnel (including but not limited to Mario Brenes, Eric Chung, Phil Gillaspy, Minnie Yoo, and Joshua Choi) possessed and worked on these files.

**F.     Evidence of Use of Moog Non-Public Information in Skyryse Google Drive**

100.    Both Alin Pilkington and Misook Kim were provided access to a Skyryse Google Drive. (SKY_IDS_0002254, 2255, 2256, 2677). On January 7, 2022, Pilkington sent a Google Drive invite to 16 people, including 9 Skyryse

employees and 6 Hummingbird employees. (SKY_IDS_0007274). The invite was for the purpose of sharing a Google Drive folder called ███████████ ████████  In the invite, Pilkington states: ███████████████████████ ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████

101.   The Skyryse ███████████ file is an initial draft of the software design document for the Skyryse Flight OS.  This .chm is file is automatically generated using python scripts that are property of Moog.  These scripts were sent as an attachment by former Skyryse personnel Alin Pilkington from his alinp@mac.com account to his alin.pilkington@skyryse.com email account on 2/20/2022 (SKY_00000109). The python scripts along with software application called Doxygen scan the software source code directories and generate HTML documentation that is used to produce a design document that is required for FAA software certification. These scripts are virtually identical to corresponding Moog python scripts, and even reference certain Moog programs by name, as shown further below.  True and correct copies of SKY_00000109, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "F-1".

| Production Number | Evidence of Moog Non-Public Information |
|---|---|
|  | ████████████████ |
| SKY_00000122 | Visually Identical to Moog file (MOOG0030772) |
|  | ██████████████████████ |
|  | Filename contains reference to Moog Program ████████. |
| SKY_00000128 | Visually Identical to Moog file (MOOG0030774) |
| SKY_00000134 | ███████████████████████ |

| | |
|---|---|
| | Filename contains reference to Moog Program ██████ ". |
| | Visually Identical to Moog file (MOOG0030775) |
| | ████████████████████████ |
| | Filename contains reference to Moog Program ███████ |
| SKY_00000140 | Visually Identical to Moog file (MOOG0030776) |
| | ████████████████ |
| | Filename contains reference to Moog Program ████████ |
| | ██████. |
| SKY_00000145 | Visually Identical to Moog file (MOOG0030777) |
| | █████████ |
| SKY_00000148 | Visually Identical to Moog file (MOOG0030778) |
| | █████████ |
| | Filename contains reference to Moog Program ██████. |
| SKY_00000179 | Visually Identical to Moog file (MOOG0030779) |
| | ███████████ |
| | Filename contains reference to Moog Program ███████ |
| SKY_00000211 | Visually Identical to Moog file (MOOG0030773) |
| | █████████████ |
| | Filename contains reference to Moog Program ████████ |
| | ██████. |
| SKY_00000219 | Visually Identical to Moog file (MOOG0030780) |
| | ███████ |
| SKY_00000250 | Visually Identical to Moog file (MOOG0030781) |

102.   True and correct copies of SKY_00000122, 128, 134, 140, 145, 148, 179, 211, 219, 250, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—SOURCE CODE," are attached hereto as Exhibit "F-2". True and correct copies of MOOG0030772-781, designated by Moog under

1 the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—SOURCE

2 CODE," are attached hereto as Exhibit "F-3".

3     103.   My analysis of SRTOS html files which are eventually compiled to

4 the .chm file ( chm file is a compress html file) shows that it contains numerous

5 identical or slightly modified figures (i.e.: SRTOS replaces eRTOS), identical

6 document structure and number word-for-word passages to Moog eRTOS.chm

7 files.  This preliminary design document along with source code provided during

8 discovery suggests that the Skyryse SRTOS operating system is copied directly

9 from the Moog eRTOS operating system.

10     104.   eRTOS Design Document Excerpt (MOOG0030814)



18     105.   SRTOS Design Document Excerpt (SKY_IDS_0000567)

106.   eRTOS Design Document Excerpt (MOOG0030814)



107.   SRTOS Design Document Excerpt (SKY_IDS_0000536)



108.   One of the missing figures from excerpt above (SKY_IDS_0001447)



109.   True and correct copies of SKY_IDS_0000536, 567, 1447, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit

1  "F-4". True and correct copies of MOOG0030814, designated by Moog under the

2  Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'

3  EYES ONLY," are attached hereto as Exhibit "F-5".

4        **G.    Limited Access to Skyryse Polarion and Git Repositories**

5        110.  I was granted limited access to the Skyryse source code from a

6  snapshot of the Skyryse Git repository in December 2022 during an on-site

7  inspection.  This snapshot was of the Skyryse Git repository taken on 4/15/2022,

8  and no Skyryse source code after 4/15/22 was made available for my review.

9  Apart from this inspection, I discovered relevant evidence at iDS image for Device

10  No. S0019, including email conversations in September 2022, from Skyryse

11  personnel Mario Brenes from his Skyryse email account with Hummingbird and

12  Skyryse personnel (HB0000100).  Therein, Skyryse personnel David Lee states

13  [redacted]  This statement and attached files

14  board support files (HB0000094, 87, 77, 73, 56, 51, 28, 22, 9, 5) (BSP) indicate

15  that Skyryse is continuing development of their sRTOS based software.  The BSP

16  is the low level driver layer of an operating system. Access to a more recent

17  iteration of the Git repository source code is required to determine to what extent

18  SRTOS development has continued.  This access will show additional if there has

19  been further use and reliance on Moog non-public information continuing past

20  April 15, 2022. For example, a Git repository snapshot from December 31, 2022

21  would be expected to include evidence of changes made in September of 2022.

22        111.  A true and correct copy of HB0000100, designated by Moog under

23  the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS'

24  EYES ONLY," is attached hereto as Exhibit "G-1".

25        112.  True and correct copies of HB0000094, 87, 77, 73, 56, 51, 28, 22, 9,

26  5, designated by Moog under the Protective Order (Dkt. 89) as "HIGHLY

27  CONFIDENTIAL—ATTORNEYS' EYES ONLY," are attached hereto as Exhibit

28  "G-2".

113.   Moog investigators have never had any access to the Skyryse Polarion repository.  Per the Skyryse SCMP, this is the repository where software documents are stored.  To the extent Skyryse's SOI 1 occurred on or after June 23, 2022, as indicated in BIRD_SR_00024065, then the Skyryse software plans are now finalized and would be baselined in Skyryse's Polarion system. As referenced above, the SOI 1 shows strong evidence of being derived from Moog non-public information.

114.   Excerpt from BIRD_SR_00024065 showing revision due to SOI 1



115.   A true and correct copy of BIRD_SR_00024065, designated by Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," is attached hereto as Exhibit "G-3".

116.   Access to this repository is required to determine if Skyryse has continued to use and rely on Moog non-public information, including Moog Software Engineering Process documents.

**H.    Misook Kim's Mac Laptop**

117.   Moog's investigation has revealed that Misook Kim used a Mac computer while at Skyryse. It is unclear whether this Mac computer is personal or Skyryse-issued, but it has not been produced to iDS for investigation.  On January 9, 2022, Kim (using misook.kim@skyryse.com) sent an e-mail to Pilkington (using alin.pilkington@skyryse.com), titled ███████████ (SKY_IDS_0002189). In the e-

1   mail, Kim advises Pilkington, in relevant part: ███████████████████

2   ████████████████████████████████████████████████

3   ████████████████████████████████████████████████

4   ████████████████████████████████████████████

5   (SKY_IDS_0002195). The e-mail contains a zip file with an Excel spreadsheet

6   titled ███████████████ (SKY_IDS_0002190). Kim expressly states that she

7   attempting to run SRTE, which later becomes SDTE, with the excel test procedure

8   file on Parallels. Further, the excel attachment (████████████ is a derivative of

9   an excel spreadsheet created by Eric Chung in June 2015 while working at Moog

10  ███████████████). This Moog spreadsheet is referred to as a ███████████

11  ███████████ and is the driver file for the MDTE / SDTE software.  This Mac

12  computer nor the Parallels virtual file system on the computer have been made

13  available for discovery.  Access to this data is required to determine if Skyryse has

14  continued to use and rely on Moog non-public information

15      118.   True and correct copies of SKY_IDS_0002195, 2190, designated by

16  Skyryse under the Protective Order (Dkt. 89) as "HIGHLY CONFIDENTIAL—

17  ATTORNEYS' EYES ONLY," are attached hereto as Exhibit "H-1".

18

19      I declare that the foregoing is true and correct under penalty of perjury under

20  the laws of the United States of America.

21      Executed on this 16th day of March, 2023.

22

23

24                      /s/ *Kevin Crozier*
                         Kevin Crozier

25

26

27

28