# <u>EXHIBIT A-1</u>
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT A-2**
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT A-3**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-4**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-5**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-6**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-7**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-8**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-9**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-10**
## **REDACTED VERSION**
## **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-11**
## **REDACTED VERSION**
## **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT A-12**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# <u>EXHIBIT B-1</u>
## REDACTED VERSION
## PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT B-2**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT B-3**
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B-4
## REDACTED VERSION
## PROPOSED TO BE FILED UNDER SEAL

# **<u>EXHIBIT B-5</u>**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT B-6**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT B-7**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT C-1**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT C-2**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# <u>EXHIBIT C-3</u>
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT C-4**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT C-5**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **<u>EXHIBIT C-6</u>**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT D-1**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT D-2**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT D-3**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT D-4**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# <u>EXHIBIT D-5</u>
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT D-6**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# <u>EXHIBIT E-1</u>
## REDACTED VERSION
## PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT E-2**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT E-3**
## **REDACTED VERSION**
## **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT E-4**
## **REDACTED VERSION**
## **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT E-5**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT F-1**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT F-2**
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# <u>EXHIBIT F-3</u>
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT F-4**
## **REDACTED VERSION**
## **PROPOSED TO BE FILED UNDER SEAL**

# <u>EXHIBIT F-5</u>
# REDACTED VERSION
# PROPOSED TO BE FILED UNDER SEAL

# **EXHIBIT G-1**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT G-2**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT G-3**
# **REDACTED VERSION**
# **PROPOSED TO BE FILED UNDER SEAL**

# **EXHIBIT H-1**
**REDACTED VERSION**
**PROPOSED TO BE FILED UNDER SEAL**