Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MOOG INC.,

             Plaintiff,

      v.

SKYRYSE, INC., ROBERT
ALIN PILKINGTON, MISOOK
KIM, and DOES NOS.1-50,

             Defendants.

Case No. 2:22-cv-09094-GW-MAR

**NOTICE OF LODGING
[PROPOSED] ORDER GRANTING
PLAINTIFF MOOG INC.'S MOTION
TO ENFORCE COMPLIANCE WITH
THE MARCH 11, 2022 STIPULATED
TRO (DKT. 25), AND FOR
MONETARY AND ADVERSE
INFERENCE SANCTIONS FOR
CONTEMPT AND SPOLIATION**