Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION** |

The Court, having considered Moog, Inc.'s ("Moog") Motion To Enforce Compliance with the March 11, 2022 Stipulated Temporary Restraining Order (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion") along with other documents in support of and in opposition to the Motion, being fully advised in the matter, and good cause appearing, hereby **ORDERS THAT**:

1. Moog's Motion is GRANTED;
2. The Court will issue an adverse inference for defendant Skyryse, Inc.'s permanent spoliation of 32 potentially relevant files, in the form of an instruction to the jury at any trial that the deleted files were unfavorable to Skyryse, and also that Moog is permitted to address the spoliation at trial;
3. Within 30 days of the Court's order, Moog's experts shall conduct a physical inspection of Skyryse's systems and electronic devices in Skyryse's offices on a mutually agreeable week to identify any remaining Moog non-public information on Skyryse's systems;
4. Within 14 days of the Court's order:
   - Skyryse shall produce all Skyryse-issued electronic devices issued to Lori Bird, Chris Smith, Hussein Khimji, Stephen Wang, Ian Young, Reid Raithel, Ilan Paz, Norman Butler, Amir Hallajpour, Diane Li, Paul Kapuan, David Lee, Mario Brenes, Glenn Shintaku, and Thusa Dinh;
   - Skyryse shall produce Skyryse's Google Drive Account;
   - Skyryse shall permit Moog's inspection of Skyryse's Polarion Repository;
   - Skyryse shall permit inspection of Skyryse's flight control software source code, updated through the date of this Order; and
   - Skyryse shall produce defendant Misook Kim's Mac Laptop.

5. Monetary sanctions for reasonable attorneys' fees and costs in the amount of $34,850 incurred in connection with the Motion are entered in favor of Moog against Skyryse and its counsel, jointly and severally, and payable within 30 days of this Court's order.

**IT IS SO ORDERED.**

Dated: April _____, 2023

_____
The Honorable George H. Wu
United States District Court Judge