# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF SKYRYSE, INC.'S OPPOSITION TO MOOG'S MOTION TO DISMISS COUNTS 1 THROUGH 9** <br><br> Hon. George H. Wu |

1  The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to File Documents Under Seal in Support of Skyryse's Opposition to Moog's Motion to Dismiss Counts 1 Through 9, and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be filed under seal (in the case of material designated by Skyryse), or remain lodged under seal for 4 days following the filing of the Application (in the case of material designated by Moog):

/ /
/ /
/ /

| Document | Designating Party | Ruling |
|---|---|---|
| Highlighted portions of Skyryse's Memorandum of Points and Authorities in support of its Opposition to Moog's Motion to Dismiss Counts 1 Through 9 at pages 2:24, 3:1-2, 3:4-8, 3:10-11, 7:3, 14:14-16, 16:2-3, 16:7, 16:19, 20:2, 20:9-11, 20:23, 25:18 | Skyryse | Sealed |
| Highlighted portions of Skyryse's Memorandum of Points and Authorities in support of its Opposition to Moog's Motion to Dismiss Counts 1 Through 9 at pages 19:8-9, 21:16-19, 22:20-21, 24:18, 25:16, 27:4-9, 27:17 | Moog | Provisionally lodged under seal |

**IT IS SO ORDERED.**

Dated: March 17, 2023

_____
Hon. George H. Wu
United States District Judge