**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MOOG INC.,

Plaintiff,

v.

SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

Defendants.

Case No. CV 22-9094-GW-MARx

**ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

| | |
|---|---|
| SKYRYSE, INC.,<br>Counterclaimant,<br>vs.<br>MOOG INC.,<br>Counter-Defendant. | Judge: Hon. George H. Wu |

The Court, having considered Plaintiff and Counterdefendant Moog Inc.'s Application for Leave to File Documents Under Seal in Support of Moog's Motion to Enforce Compliance With the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation, and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Moog's Application be filed under seal:

| DOCUMENT | DESIGNATING PARTY | RULING |
|---|---|---|
| Highlighted portions of Moog's Memorandum of Points and Authorities at pages 18:20-21. | Moog | Sealed |
| Exhibit B to the Naqvi Declaration. | Moog | Sealed |
| Highlighted portions of the Pixley Declaration at pages 9:4-21; 10:5-6, 11-28; 11:1-3, 15-17; 13:22-23; 15:7-8; 16:1-2, 7, and the embedded figure in the unredacted version at page 5. | Moog | Sealed |
| Exhibits A, B, C, D, E, F, G, H, I, J, K, L to the Pixley Declaration. | Moog | Sealed |
| Highlighted portions of the Crozier Declaration at pages 7:11-13, 19-28; 8:2-17; 9:6, 10-28; 10:1-8, 23-25; 11:3-4; 13:1-2, 27-28; 14:19, 21-22, 24; 16:2; 18:6-27; 19:1, 11-14, 25-28; 20:1-28; 21:1-7; 21:19-21; 51:16-27; 52:1-24; 53:2-24; 54:1-7; 56:26; 57:1, 5, 9, 13, 17, 20; 61:13. | Moog | Sealed |

| | | |
|---|---|---|
| Embedded figures in the unredacted version at pages 15:2-12; 23:3-13; 24:2-13; 25:2-14; 26:2-20; 29:2-17; 31:2-21; 34:2-13; 36:2-20; 39:2-14; 40:2-20; 42:2-20; 45:2-12; 46:2-13; 47:2-12; 58:11-16; 59:2-24. | | |
| Exhibits A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-11, A-12, B-1, B-2, B-3, B-5, B-6, B-7, C-1, C-2, C-4, C-5, C-6, E-1, E-2, E-5, F-3, F-5, G-1, G-2 to the Crozier Declaration. | Moog | Sealed |
| Highlighted portions of the Pixley Declaration at pages 6:15, 24-28; 7:1-8, 14; 16:11-12; 17:5-9, 12-15; 18:8-9, 12, 19, 21-27; 19:1, 10-14. | Skyryse | Provisionally lodged under seal |
| Exhibits M, N, O, and P to the Pixley Declaration. | Skyryse | Provisionally lodged under seal |
| Highlighted portions of the Crozier Declaration at pages 12:4-6; 13:8-11; 17:3-7; 22:14-16, 21-22; 28:11; 30:1; 32:1; 33:8; 35:1; 37:1; 38:11-12, 14-15; 40:1; 43:1; 44:14; 45:14; 46:15; 48:1; 49:19-22; 50:16-19; 51:9-11, 16-27; 52:1-24; 53:3-27; 54:1-7, 23-28; 55:1-3, 13-19; 56:2-7; 56:22-28; 57:3-23; 62:27; 63:1-4, 6, 8, 10-11.<br><br>Embedded figures in the unredacted version at pages 15:16-23; 23:16-26; 24:15-27; 25:17-27; 27:1-26; 30:1-24; 32:1-22; 35:1-17; 37:1-23; 39:18-25; | Skyryse | Provisionally lodged under seal |

| | | |
|---|---|---|
| 41:1-19; 43:2-23; 45:14-26; 46:16-27; 48:1-17; 58:19-28; 60:2-24; 62:9-14. | | |
| Exhibits A-8, A-9, A-10, B-4, C-3, D-1, D-2, D-3, D-4, D-5, D-6, E-3, D-4, F-1, F-2, F-4, G-3, H-1 to the Crozier Declaration. | Skyryse | Provisionally lodged under seal |

**IT IS SO ORDERED.**

DATED: March 17, 2023

The Honorable George H. Wu
United States District Judge