**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant*
*Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>Plaintiff,<br><br>v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**PROOF OF SERVICE**<br><br>Hon. George H. Wu |
| SKYRYSE, INC.,<br><br>Counterclaimant,<br><br>v<br><br>MOOG INC.,<br><br>Counterclaim-Defendant. | |

# PROOF OF SERVICE

I am employed in San Francisco County, California, I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On **March 20, 2023,** I caused the service of a true copy of the following document described as:

- **DECLARATION OF ARMAN ZAHOORY IN RESPONSE TO MOOG'S APPLICATION TO FILE UNDER SEAL (DKT. 400)**

- **UN-REDACTED COPIES OF THE FOLLOWING EXHIBITS TO THE DECLARATION OF KEVIN CROZIER IN SUPPORT OF MOOG'S MOTION:**

  - **EX. B-4 (BIRD_SR_00011016)**
  - **EX. D-3 (BIRD_SR_00000262, 20435)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **March 20, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **March 20, 2023,** at San Francisco, CA.

**Alexa L. Solimano**

PROOF OF SERVICE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

| | |
|---|---|
| **SERVICE LIST**<br>United States District Court<br>Case No. 2:22-cv-09094-GW-MAR | |
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com | |
| **Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com | |
| **Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Rachel Fiset**<br>Zweiback Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 950<br>Los Angeles, CA 90015<br>213-266-5172 | Attorneys for Defendant Robert Alin Pilkington |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

| | |
|---|---|
| Email: rachel.fiset@zfzlaw.com<br><br>**Scott D. Tenley**<br>Zweiback Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 950<br>Los Angeles, CA 90015<br>(213) 266-5174<br>scott.tenley@zfzlaw.com | |
| **Grant B. Gelberg**<br>Halpern May Ybarra Gelberg LLP<br>550 S. Hope St., Suite 2330<br>Los Angeles, CA 90071<br>213-402-1900<br>Email:Grant.Gelberg@halpernmay.com | Attorney for Defendant Misook Kim |