| | |
|---|---|
| Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>**SHEPPARD, MULLIN, RICHTER<br>& HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>Travis J. Anderson (SBN 265540)<br>  tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br><br>Kazim A. Naqvi (SBN 300438)<br>  knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>Attorneys for Plaintiff and<br>Counterdefendant MOOG INC.<br><br>Rachel L. Fiset (SBN 240828)<br>  rachel.Fiset@zfzlaw.com<br>Scott D. Tenley (SBN 298911)<br>  scott.Tenley@zfzlaw.com<br>**ZWEIBACK FISET &<br>ZALDUENDO LLP**<br>315 W. 9th Street, Suite 1200<br>Los Angeles, California 90015<br>Telephone: (213) 266-5170<br><br>Attorneys for Defendant ROBERT ALIN PILKINGTON | Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Ryan T. Banks (SBN 318171)<br>  ryan.banks@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendant and<br>Counterclaimant SKYRYSE, INC.<br><br>Grant B. Gelberg (SBN 229454)<br>  grant.Gelberg@halpernmay.com<br>Kevin H. Scott (SBN 274605)<br>  kevin.Scott@halpernmay.com<br>Alyssa L. Titche (SBN 313296)<br>  alyssa.Titche@halpernmay.com<br>Catherine Thompson (SBN 313391)<br>catherine.Thompson@halpernmay.com<br>**HALPERN MAY YBARRA &<br>GELBERG LLP**<br>550 South Hope Street, Suite 2330<br>Los Angeles, California 90071<br>Telephone: (213) 402-1900<br><br>Attorneys for Defendant MISOOK KIM |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>　　　　Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION TO EXPAND WORD LIMITS ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S FORTHCOMING OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S MOTION TO STAY AND INDIVIDUAL DEFENDANTS' JOINDER TO THE MOTION TO STAY**<br><br>Complaint Filed:　　March 7, 2022<br>Counterclaims Filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog"), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse"), Defendant Robert Alin Pilkington ("Pilkington"), and Defendant Misook Kim ("Kim") (Kim and Pilkington are collectively referred to as the "Individual Defendants") (Moog, Skyryse, and the Individual Defendants are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on March 15, 2023 Skyryse filed its Notice of Motion and Motion for a Temporary Stay (the "Motion to Stay") (Dkt. 392);

WHEREAS, on March 16, 2023, the Individual Defendants filed a Joinder to the Motion to Stay (the "Joinder") (Dkt. 393);

WHEREAS, L.R. 11-6.1 provides that "[e]xcept as otherwise provided in this rule or ordered by a judge," "no memorandum of authorities, pretrial brief, trial brief, or posttrial brief may exceed 7,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits";

WHEREAS, Moog intends to oppose the Motion to Stay and Joinder;

WHEREAS, given that it will be opposing both the Motion to Stay and the Joinder, Moog contends that it requires more than the 7,000 words as prescribed under L.R. 11-6.1 in Opposition to the Motion to Stay;

WHEREAS, the Parties have stipulated and agreed that word limit for Moog's Opposition to Motion to Stay, is expanded to 8,000 words including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits; and

WHEREAS, any reply brief in support of either the Motion to Stay or Joinder will be limited to 7,000 words as generally prescribed under L.R. 11-6.1.

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that the word limit for Moog's Opposition to Skyryse's Motion to Stay and the Individual Defendants' Joinder is expanded to 8,000 words.

**IT IS SO STIPULATED.**

Dated: March 21, 2023

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By: /s/ Kazim A. Naqvi
              Kazim A. Naqvi
              Counsel for Plaintiff and Counterdefendant Moog Inc.

          LATHAM & WATKINS LLP

          By: /s/ Gabriel S. Gross
              Gabriel S. Gross
              Counsel for Defendant and Counterclaimant Skyryse, Inc.

          ZWEIBACK FISET & ZALDUENDO LLP

          By: /s/ Rachel L. Fiset
              Rachel L. Fiset
              Counsel for Defendant Robert Alin Pilkington

          HALPERN MAY YBARRA & GELBERG LLP

          By: /s/ Grant B. Gelberg
              Grant B. Gelberg
              Counsel for Defendant Misook Kim

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: March 21, 2023　　　　/s/  Kazim A. Naqvi