1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

13

14

15

16

17

18

19

20

21

22

23

24

| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
|---|---|
| Plaintiff, | |
| v | **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE HEARING ON MOOG's MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO, AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | |
| v | |
| MOOG INC., | Judge: Hon. George H. Wu |
| Counterclaim-Defendant.. | Crtrm: 9D |

25
26
27
28

1       Having considered Skyryse's *Ex Parte* Application and finding good cause

2 therefore,

3       **IT IS HEREBY ORDERED** that the *Ex Parte* Application for an Order

4 Continuing the Hearing on Moog's Motion to Enforce Compliance with the

5 March 11, 2022 Stipulated TRO, and for Adverse Inference Sanctions for Contempt

6 and Spoliation is **GRANTED.** The Hearing on Moog's Motion to Dismiss is

7 continued from April 13, 2023 at 8:30 a.m. to May 15, 2023 making Skyryse's

8 Opposition due on April 24, 2023 and Moog's Reply due on May, 1 2023.

9

10

11 Dated: _____      _____

12                                      Hon. George H. Wu
<br>                                     United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SKYRYSE'S EX
PARTE APPLICATION