# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC<br><br>Plaintiff(s),<br><br>v.<br><br>SKYRYSE, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–09094–GW–MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   3/21/2023

Document No.:   414

Title of Document:   JOINT STIPULATION TO EXPAND WORD LIMITS

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Stipulation

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  March 22, 2023          By:  /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS