**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>    Defendants. | Case No. CV 22-9094-GW-MARx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXPAND WORD LIMIT ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S FORTHCOMING OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S MOTION TO STAY AND INDIVIDUAL DEFENDANTS' JOINDER TO THE MOTION TO STAY** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The word limit for Moog's Opposition to Skyryse's Motion to Stay and the Individual Defendants' Joinder to the Motion to Stay is expanded to 8,000 words including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED.**

Dated: March 22, 2023

_____
Honorable George H. Wu
United States District Judge