# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-9094-GW-MARx | Date | March 22, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - RULING ON DEFENDANT'S EX PARTE APPLICATION TO CONTINUE HEARING [416]

Before the Court is Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") *ex parte* application for an order continuing the hearing on Plaintiff and Counter-Defendant Moog's ("Moog") Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (the "Motion"), pursuant to Local Rule 7-19. *See* Docket No. 416. Having considered Skyryse's *ex parte* application and Moog's opposition, *see* Docket No. 418, the Court grants the application. For good cause shown, it is ORDERED that the hearing on the Motion is continued to May 15, 2023 at 8:30 a.m.. The three pending motions in this case, *see* Docket Nos. 131, 360 & 392, shall remain on calendar for April 13, 2023.

| | : |
|---|---|
| Initials of Preparer | JG |