**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMAINT SKYRYSE INC.'S COUNTERCLAIMS** |

| | |
|---|---|
| SKYRYSE, INC.,<br>      Counterclaimant,<br>  vs.<br>MOOG INC.,<br>      Counter-Defendant. | Hon. George H. Wu<br><br>Complaint Filed:    March 7, 2022<br>Counterclaims Filed: January 30, 2023 |

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal certain excerpts and documents (the "Designated Materials") from Moog's Reply (the "Reply") in Support of its Motion to Dismiss Defendant and Counterclaimant Skyryse Inc.'s ("Skyryse") Counterclaims ("Motion to Dismiss").

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include excerpts from Moog's Reply that reference, describe or cite documents that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89). The material that Moog requests to file under seal is the type of information that Moog does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Moog's competitors to secure unfair competitive advantage and cause irreparable business harm. Specifically, Moog seeks to file the following Designated Materials under seal: (1) highlighted portions of Moog's Memorandum of Points and Authorities In Support of its Reply at pages 12:5, 7-8, 11-22; 15:18-21, 23-24. This Court already granted Moog's prior application that these excerpts and the underlying documents be filed under seal in connection with Moog's Motion to Dismiss. (Dkts. 358, 362). Accordingly, pursuant to paragraph 12.1 of the Protective Order, Moog seeks to provisionally lodge these documents under seal until such time as Skyryse withdraws its confidentiality designations or the Court rules on a forthcoming application from Skyryse to justify that these documents, or portions of thereof, remain under seal.

Moog also seeks to provisionally lodge under seal the following Designated Materials, which refer to, describe, or quote documents that Skyryse has identified as Protected Material under the Protective Order (as set forth in its prior Application

to Seal at Dkt. 395), or which Moog believes that Skyryse may consider to be Skyryse's own confidential information: highlighted portions of Moog's Reply at pages 15:2, 25-26; 16:11; 17:13; 18:21; 27:21-22.  This Court already granted Skyryse's prior application that these excerpts and the underlying documents be filed under seal in connection with Skyryse's Opposition to Moog's Motion to Dismiss. (Dkts. 395, 408).

This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

On March 27, 2023, Moog's counsel conferred with Skyryse's counsel regarding the Skyryse Designated Materials referenced above, and whether Skyryse's position has changed with respect to any such materials that Skyryse's previously moved to have filed under seal.  On March 28, 2023, Skyryse's counsel informed Moog's counsel that its sealing positions had not changed.  Accordingly, Moog will conditionally lodge under seal all quotes or references to Skyryse Designated Materials.

Dated:  March 30, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Kazim A. Naqvi
             Kazim A. Naqvi

Attorney for Plaintiff and Counter-Defendant
MOOG INC.