**SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:   212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:   415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:   858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Honorable George H. Wu* |
| v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendant. | |
| SKYRYSE, INC., | |

-1-

1           Counter-Claimant,

2        v.

3 MOOG, INC.,

4           Cross-Defendant.

SMRH:4885-7988-9754.1

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **March 30, 2023**, I served true copies of the following document(s) described as:

1.  **DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMAINT SKYRYSE'S COUNTERCLAIMS**

2.  **MOOG INC.'S UNREDACTED REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS 1 THROUGH 9 IN DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S COUNTERCLAIMS**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **March 30, 2023**:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.


Executed on **March 30, 2023**, at Los Angeles, California.


_/s/ Kazim A. Naqvi_
Kazim A. Naqvi

Case No. 2:22-cv-09094-GW-MAR
PROOF OF SERVICE

| | |
|---|---|
| 1 | <div align="center">**SERVICE LIST**</div> |
| 2 | <div align="center">U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR</div> |
| 3 | **LATHAM & WATKINS LLP**         *Attorneys for Defendant and Counter-* |

**LATHAM & WATKINS LLP**                    *Attorneys for Defendant and Counter-*
140 Scott Drive                             *Claimant SKYRYSE, INC.*
Menlo Park, CA 94025
Phone:        650.328.4600
Fax:          650.463.2600
Douglas E. Lumish
Email:        doug.lumish@lw.com
Gabriel S. Gross
Email:        gabe.gross@lw.com
Joseph H, Lee
Email:        joseph.lee@lw.com
Arman Zahoory
Email:        arman.zahoory@lw.com
Ryan T. Banks
Email:        ryan.banks@lw.com
Kelley M. Storey
Email:        kelley.storey@lw.com
Cassandra M. Baloga
Email:        cassandra.baloga@lw.com
Julianna C. Osborne
Email:        julianne.bruaer@lw.com

**HODGSON RUSS LLP**                        *Admitted Pro Hac Vice for Plaintiff,*
Guaranty Building                           *MOOG, INC.*
140 Pearl Street, Suite 100
Buffalo, NY 14202
Phone:        716.848.1688
Fax:          716.849.0349
Robert J. Fluskey, Jr.
Email:    rfluskey@hodgsonruss.com

**HALPERN MAY YBARRA**                      *Attorneys for Defendant MISOOK KIM*
**GELBERG LLP**
Grant B. Gelberg
Kevin H. Scott
Catherine H. Thompson
Alyssa L. Titche
550 South Hope Street, Suite 2330
Los Angeles, CA 90071
Phone: (213) 402-1900
Fax:    (213) 402-1901
Email:
grant.gelberg@halpernmay.com
Kevin.scott@halpernmay.com
Catherine.thompson@halpernmay.com
Alyssa.titche@halpernmay.com

| | | |
|---|---|---|
| 1 | **ZWEIBACK FISET AND** | *Attorneys for Defendant ROBERT ALIN* |
| 2 | **ZALDUENDO LLP** | *PILKINGTON* |
| | Scott D. Tenley | |
| 3 | Rachel L. Fiset | |
| 4 | 315 West 9th Street, Suite 1200 | |
| | Los Angeles, CA 90015 | |
| 5 | Phone: (213) 266-5170 | |
| 6 | Fax:     (213) 289-4025 | |
| | Email:   scott.tenly@zfzlaw.com | |
| 7 |              Rachel.fiset@zfzlaw.com | |