**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>  Defendants.<br><br>SKYRYSE, INC.,<br><br>  Counterclaimant,<br><br>  v<br><br>MOOG INC.,<br><br>  Counterclaim-Defendant.. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DECLARATION OF RACHEL S. HORN IN SUPPORT OF DEFENDANT SKYRYSE, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR A TEMPORARY STAY**<br><br>Hearing:  April 13, 2023<br>Time:    8:30a.m.<br>Judge:   Hon. George H. Wu<br>Location: Courtroom 9D 9th Floor |

I, Rachel S. Horn, hereby declare and state as follows:

1. I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I submit this declaration in support of Skyryse's Reply in Support of its Motion for a Temporary Stay.

2. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the July 27, 2022 hearing before the Honorable Jeremiah J. McCarthy in the above-captioned matter, which has been excerpted for the Court's convenience.

4. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the August 4, 2022 hearing before the Honorable Jeremiah J. McCarthy in the above-captioned matter, which has been excerpted for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 30, 2023 in Menlo Park, California.

Rachel S. Horn