# Exhibit A

```
13:29:38   1                 UNITED STATES DISTRICT COURT

           2                  WESTERN DISTRICT OF NEW YORK

           3
               - - - - - - - - - - - - - - X
           4   MOOG INC.,                   )      22-CV-187
                           Plaintiff        )
           5   vs.
                                                   Buffalo, New York
           6   SKYRYSE, INC., et al         )      July 27, 2022
                           Defendant.              1:00 p.m.
           7   - - - - - - - - - - - - - - X
               ORAL ARGUMENT
           8   Proceeding held via Zoom for Government Platform
               All parties appeared remotely.
           9
                              TRANSCRIPT OF PROCEEDINGS
          10         BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
                         UNITED STATES MAGISTRATE JUDGE
          11

          12   FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
                           BY: RENA ANDOH, ESQ.
          13                   LAI YIP, ESQ.
                               KAZIM A. NAQVI, ESQ.
          14                     -and-
                           HODGSON RUSS, LLP
          15               BY: ROBERT J. FLUSKEY, JR, ESQ.
                               PAULINE MUTO, ESQ.
          16
               FOR DEFENDANT:   LATHAM & WATKINS, LLP
          17               BY: DOUGLAS E. LUMISH, ESQ.
                               GABRIEL S. GROSS, ESQ.
          18                   KELLEY STOREY, ESQ.
                               CASSANDRA M. BALOGA, ESQ.
          19                   JULIANNE CATHERINE OSBORNE, ESQ.
                               RYAN T. BANKS, ESQ.
          20                   JOSEPH LEE, ESQ.
                               ARMAN ZAHOORY, ESQ.
          21

          22   FOR DEFENDANT
               PILKINGTON/KIM: WINGET, SPADAFORA & SCHWARTZBERG, LLP
          23               BY: ALEXANDER ASHER TRUITT, ESQ.
                               ANTHONY D. GREEN, ESQ.
          24                   ANNABEL MIRALES, ESQ.

          25   COURT REPORTER: Karen J. Clark, Official Court Reporter
                               Karenclark1013@AOL.com
```

|  |  |  |
|--|--|--|
|  | 1 | MOOG, INC. VS. SKYRYSE, INC. ET AL |
| 13:55:41 | 2 | they are considering pursuing.  But, I will simply point |
| 13:55:45 | 3 | out criminal statutes are very different than civil |
| 13:55:49 | 4 | common law claims and civil statutes.  So, to the extent |
| 13:55:53 | 5 | they are being pursued for theft, for example, your |
| 13:55:56 | 6 | Honor, I don't think there is particular analogy between |
| 13:55:59 | 7 | the government's case against the individual defendants |
| 13:56:00 | 8 | and ours with respect to trade secret identification.  I |
| 13:56:03 | 9 | will say, your Honor, that with respect to the question |
| 13:56:06 | 10 | of what we turned over to the FBI, as we've been told by |
| 13:56:11 | 11 | the FBI, that both sets of individual, both the |
| 13:56:13 | 12 | individual Defendants and Skyryse have been subpoenaed |
| 13:56:16 | 13 | as well as us, we actually reached out to counsel to try |
| 13:56:20 | 14 | and reach an agreement that all parties would exchange |
| 13:56:23 | 15 | the full productions that they have given to the |
| 13:56:26 | 16 | government.  We made that proposal about a week and a |
| 13:56:28 | 17 | half ago.  We were basically told, no, not basically, we |
| 13:56:33 | 18 | were actually told no by Skyryse, and told we would only |
| 13:56:37 | 19 | produce materials that were directly responsive to our |
| 13:56:41 | 20 | document request.  I think Skyryse remains fully |
| 13:56:43 | 21 | prepared, and, I'm sorry, Moog, remains fully prepared |
| 13:56:48 | 22 | and willing to do a full exchange of full production |
| 13:56:50 | 23 | that all of the parties have gave to the FBI, which, |
| 13:56:53 | 24 | frankly, to us, makes infinite sentence.  It seems to |
| 13:56:57 | 25 | us, based on what I know, and which is obviously more |

```
            1            MOOG, INC. VS. SKYRYSE, INC. ET AL
13:57:01    2   limited based on what I know of the Government's case,
13:57:03    3   the Government's case is a subset of the claims we're
13:57:06    4   making in a civil case.  So I continue to find it very
13:57:08    5   difficult to conceive that anything that was turned over
13:57:10    6   by the individual Defendants or by Skyryse to the FBI
13:57:14    7   would not also be relevant to these claims.  But, again,
13:57:17    8   your Honor, that is an issue that we were trying to
13:57:19    9   negotiate through meet and confer, and have not yet
13:57:22   10   brought to your Honor's attention because our belief was
13:57:25   11   that we may be able to reach resolution before we get to
13:57:29   12   that.  As far as a stay in general, your Honor, I think
13:57:32   13   going back to the question of whether or not they are
13:57:35   14   entitled to one or not, what I don't see here is I don't
13:57:38   15   see the Government coming in and asking for a stay.
13:57:40   16   I've had plenty of cases where there have been
13:57:43   17   government investigations and even individuals of
13:57:46   18   companies that were charged with crimes where the
13:57:48   19   Government has not requested a stay of the case and
13:57:52   20   allowed the case to continue and only requested a
13:57:55   21   partial stay and the remainder of the case is able to
13:57:58   22   continue.  Again, I think we should be able to brief
13:57:59   23   this issue fully, but I don't think the interest of the
13:58:02   24   individual Defendant with respect to taking the Fifth
13:58:04   25   Amendment is an overriding factor in favor of a stay in
```

```
15:04:18   2              MR. LUMISH:  We're all over the map, it's
15:04:19   3   pretty bad.  The drought is quite bad and the fires that
15:04:24   4   stem are awful.
15:04:25   5              MAGISTRATE JUDGE MCCARTHY:  My sympathies.
15:04:29   6   You know Buffalo has ideal weather.  I'm not trying to
15:04:33   7   gloat, but so far so good all right folks take care.
15:04:36   8              MR. LUMISH:  Thank you very much, your
15:04:36   9   Honor.
15:04:37  10              MS. ANDOH:  Thank you, your Honor.
15:04:38  11              MR. GREEN:  Take care.
          12
          13                       *     *     *
          14              CERTIFICATE OF REPORTER
          15
          16      I certify that the foregoing is a correct transcript
          17   of the record of proceedings in the above-entitled
          18   matter.
          19
          20   S/ Karen J. Clark,  RPR
          21
               Official Court Reporter
          22
          23
          24
          25
```