# Exhibit B

```
 1                UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF NEW YORK

 3

    - - - - - - - - - - - - - - - X
 4  MOOG INC.,                     )    22-CV-187
                    Plaintiff      )
 5  vs.
                                        Buffalo, New York
 6  SKYRYSE, INC., et al           )    August 4, 2022
                    Defendant.
 7  - - - - - - - - - - - - - - - X
    DISCOVERY HEARING
 8  Proceeding held via Zoom for Government Platform
    All parties appeared remotely.
 9  Transcribed from audio of Zoom for Government Platform

10                TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
11              UNITED STATES MAGISTRATE JUDGE

12
    FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
13              BY: RENA ANDOH, ESQ.
                    LAI YIP, ESQ.
14                  KAZIM A. NAQVI, ESQ.
                    TRAVIS ANDERSON, ESQ.
15                       -and-
                HODGSON RUSS, LLP
16              BY: ROBERT J. FLUSKEY, JR, ESQ.
                    PAULINE MUTO, ESQ.
17
    FOR DEFENDANT:  LATHAM & WATKINS, LLP
18              BY: DOUGLAS E. LUMISH, ESQ.
                    GABRIEL S. GROSS, ESQ.
19                  KELLEY STOREY, ESQ.
                    CASSANDRA M. BALOGA, ESQ.
20                  JULIANNE CATHERINE OSBORNE, ESQ.
                    RYAN T. BANKS, ESQ.
21                  JOSEPH LEE, ESQ.
                    ARMAN ZAHOORY, ESQ.
22
    FOR DEFENDANT
23  PILKINGTON/KIM: WINGET, SPADAFORA & SCHWARTZBERG, LLP
                BY: ALEXANDER ASHER TRUITT, ESQ.
24                  ANTHONY D. GREEN, ESQ.
                    ANNABEL MIRALES, ESQ.
25  COURT REPORTER: Karen J. Clark, Official Court Reporter
                    Karenclark1013@AOL.com
```

```
 1              MOOG, INC. VS. SYRYSE, INC, ET AL
 2  want to focus, for today's purposes, on what
 3  precipitated Ms. Andoh's August 1st e-mail, the fact
 4  that the individual Defendants, I guess, shortly after
 5  our conference last week, advised Moog that they were
 6  going to rescind permission to access any of their
 7  devices due to potential Fifth Amendment concerns.  And
 8  I guess my initial question is why didn't -- I know we
 9  talked during the conference last week about the
10  possibility of a stay and the possible consequences of
11  Fifth Amendment concerns, and, in fact, I set a briefing
12  schedule on the motion to stay, which was going to be
13  argued in September, but I'm wondering why the fact that
14  the individual Defendants were going to prohibit access
15  to their devices wasn't put on the table during our
16  conference last week.
17              Mr. Green, I guess I'll ask you that.
18              MR. GREEN:  Well, it came after
19  consideration of what we discussed in that conference,
20  and also further review of documents that indicated that
21  Moog has been acting hand in glove with the FBI and
22  acting almost as an agent of the government.  And at
23  this point, given we're going to deal with the motion to
24  stay anyway, we're going to deal with Fifth Amendment
25  issues, it seems prudent to have -- to halt access, at
```

```
 1                MOOG, INC. VS. SYRYSE, INC, ET AL
 2   this point, while we determine whether we need to assert
 3   Fifth Amendment privileges.  Because, by the time that
 4   we performed our privilege review, it was for
 5   attorney/client privilege, not the Fifth Amendment
 6   privilege.  This issue arose later, and I believe we do
 7   need to go through those devices once we receive the
 8   information I believe we need.
 9                MAGISTRATE JUDGE MCCARTHY:  Well, let me
10   just say, and we'll get into the merits of that, but
11   I'll just say at the outset that I really would have
12   preferred that that would have been put in issue during
13   our last conference because then I'm hit with a ton of
14   e-mails going back and forth.  And these things could
15   have been at least flushed out in a somewhat more
16   orderly fashion had I been aware last week that this was
17   in the offing.  But, be that as it may, let me ask
18   Moog's counsel, and if there is some reason work product
19   privilege or whatever else you want to raise as to why
20   you don't want to answer this question, I'll certainly
21   consider that, but whose idea was it to commence a
22   criminal investigation?  I mean, did the Government, on
23   its own, just decide to do that, maybe reading something
24   in the paper somewhere, or did Moog precipitate the
25   criminal investigation?
```

```
 1              MOOG, INC. VS. SYRYSE, INC, ET AL
 2   then I really appreciate that clarification.  That would
 3   be fine with Skyryse.
 4              MAGISTRATE JUDGE MCCARTHY:  Consider it
 5   clarified.
 6              MR. GROSS:  Thank you.
 7              MAGISTRATE JUDGE MCCARTHY:  All right.  Then
 8   I will -- we'll proceed along those timelines.  And,
 9   again, the other motions that were filed, we will get to
10   them, but we'll take it from there.  And thank you all
11   and I brought it in with seven minutes to spare.  So
12   there we go.  Thank you all.
13              MR. GREEN:  Thank you, your Honor.
14              MS. ANDOH:  Thank you, your Honor.
15              MR. GROSS:  Thank you, your Honor.
16                         *    *    *
17                    CERTIFICATE OF REPORTER
18
19     I certify that the foregoing is a correct transcript
20   of the record to the best of my ability of proceedings
21   transcribed from the audio in the above-entitled matter.
22
23   S/ Karen J. Clark,   RPR
24   Official Court Reporter
25
```