**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No.  CV 22-9094-GW-MARx <br><br> **ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMAINT SKYRYSE INC.'S COUNTERCLAIMS** |
| SKYRYSE, INC., <br><br> Counterclaimant, <br> vs. <br> MOOG INC., <br><br> Counter-Defendant. | Judge: Hon. George H. Wu <br><br> Complaint Filed:     March 7, 2022 <br> Counterclaims Filed: January 30, 2023 |

-1-

SMRH:4856-4469-0265 [PROPOSED] ORDER GRANTING MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

The Court, having considered Plaintiff and Counterdefendant Moog Inc.'s Application for Leave to File Documents Under Seal in Support of Moog's Reply in Support of its Motion to Dismiss Skyryse's Counterclaims, and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Moog's Application be filed under seal:

| DOCUMENT | DESIGNATING PARTY | RULING |
|---|---|---|
| Highlighted portions of Moog's Reply at pages 12:5, 7-8, 11-22; 15:18-21, 23-24 | Moog | Sealed |
| Highlighted portions of Moog's Reply at pages 15:2, 25-26; 16:11; 17:13; 18:21; 27:21-22 | Skyryse | Provisionally lodged under seal |

IT IS SO ORDERED.

DATED: April 3, 2023

_____
The Honorable George H. Wu
United States District Judge