Rena Andoh (admitted *pro hac vice*)
 randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
 lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
 tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
 knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and Counterdefendant Moog Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. George H. Wu* <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH THE COURT'S ORDERS (DKTS. 25, 109 253, 272, 292), AND FOR MONETARY SANCTIONS FOR CONTEMPT** |

The Court, having considered Moog, Inc.'s ("Moog") Motion To Enforce the Court's Orders (Dkts. 25, 109, 253, 272, 292) and for Monetary Sanctions for Contempt (the "Motion"), along with other documents in support of and in opposition to the Motion, being fully advised in the matter, and good cause appearing, hereby **ORDERS THAT**:

1. Moog's Motion is GRANTED;

2. Within 7 days of the Court's order, the Individual Defendants shall produce all communications between March 7, 2019 through December 31, 2020 from five electronic devices produced to discovery vendor iDiscovery Solutions, Device Nos. 0003, 0004, 0014, 0021, and 0022; and

3. Monetary sanctions for reasonable attorneys' fees and costs in the amount of $9,350 incurred in connection with the Motion are entered in favor of Moog against the Individual Defendants and their counsel, jointly and severally, and payable within 30 days of this Court's order.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable George H. Wu
United States District Court Judge