**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **PROOF OF SERVICE** <br><br> Hon. George H. Wu |

## PROOF OF SERVICE

I am employed in San Francisco, California, I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On **April 3, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS 1 THROUGH 9 IN DEFENDANT AND COUNTERCLAIMANT SKYRYSE INC.'S COUNTERCLAIMS**

- **DECLARATION OF ARMAN ZAHOORY IN RESPONSE TO MOOG'S APPLICATION TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT AND COUNTERCLAIMAINT SKYRYSE'S COUNTERCLAIMS (DKT. 426)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **April 3, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **April 3, 2023,** at San Francisco, CA.

**Alexa Solimano**

# SERVICE LIST
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Rachel Fiset**<br>Zweiback Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 950<br>Los Angeles, CA 90015<br>213-266-5172 | Attorneys for Defendant Robert Alin Pilkington |

| | |
|---|---|
| Email: rachel.fiset@zfzlaw.com<br><br>**Scott D. Tenley**<br>Zweiback Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 950<br>Los Angeles, CA 90015<br>(213) 266-5174<br>scott.tenley@zfzlaw.com | |
| **Grant B. Gelberg**<br>Halpern May Ybarra Gelberg LLP<br>550 S. Hope St., Suite 2330<br>Los Angeles, CA 90071<br>213-402-1900<br>Email:Grant.Gelberg@halpernmay.com | Attorney for Defendant Misook Kim |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

4