Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Attorneys for Plaintiff and Counterdefendant MOOG INC.

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant and Counterclaimant SKYRYSE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>Plaintiff,<br><br>v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE ON MOOG'S PENDING MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)**<br><br>Complaint Filed:    March 7, 2022<br>Counterclaims Filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on March 16, 2023, Moog filed against Skyryse a Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25) and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion to Enforce"), with the hearing originally noticed for April 13, 2023 (Dkts. 399, 400);

WHEREAS, on March 21, 2023, Skyryse filed an *Ex Parte* Application to continue to hearing date on Moog's Motion to Enforce from April 13, 2023 to May 15, 2023 (Dkt. 416), which was granted by the Court on March 23, 2023 (Dkt. 420);

WHEREAS, Skyryse's assessment of Moog's Motion to Enforce is that it encompasses numerous discrete issues with significant bearing on this case, incorporates by reference 82 pages of expert declarations, and refers to approximately 4,000 pages of documentary exhibits, and Skyryse therefore believes it requires at least 9,000 words to respond to Moog's motion, and Moog believes it requires at least 9,000 words to respond to Skyryse's opposition;

WHEREAS, the Parties have met and conferred and agreed to a schedule and parameters for limited depositions of any experts that submit declarations in support of or in opposition to Moog's Motion to Enforce;

WHEREAS, Moog's two experts who submitted declarations in support of the Motion to Enforce are scheduled to be deposed on April 17, 2023;

WHEREAS, Moog intends to depose any Skyryse expert who submits a declaration in opposition to Moog's Motion to Enforce on May 1 and 2, 2023, although such Skyryse experts have not yet been disclosed;

///

///

WHEREAS, Moog believes it requires at least two weeks from the filing of Skyryse's Opposition to the Motion to Enforce to complete the limited expert depositions and file its reply brief;

WHEREAS, the Parties have agreed that Skyryse's Opposition to the Motion to Enforce is due on April 24, 2023 and that the word count for Skyryse's Opposition will be expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

WHEREAS, the Parties have also agreed that the hearing on Moog's Motion to Enforce shall be continued from May 15, 2023 to May 22, 2023 (subject to the Court's ability), making Moog's reply brief due on May 8, 2023 and that the word count for Moog's Reply will be expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

WHEREAS, Moog reserves the right to seek a further continuance of the hearing on the Motion to Enforce if, after receiving Skyryse's Opposition and opposing declarations, it believes additional time for depositions and filing its reply brief is needed; and

WHEREAS, Skyryse also reserves the right to seek a further continuance of the hearing, to seek further discovery, or to submit further briefing, if after deposing Moog's experts or receiving Moog's Reply, it believes such relief is necessary.

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that:

1. The word count for Skyryse's Opposition to the Motion to Enforce, which is due on April 24, 2023, is expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the

caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

2. Moog's Reply in Support of its Motion to Enforce is due on May 8, 2023, and the word count for Moog's reply is expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

3. The hearing on Moog's Motion to Enforce shall be continued from May 15, 2023 to May 22, 2023 (subject to the Court's availability).

**IT IS SO STIPULATED.**

Dated: April 14, 2023

SHEPPARD, MULLIN, RICHTER &HAMPTON LLP

By: */s/ Kazim A. Naqvi*
   Kazim A. Naqvi
   Counsel for Plaintiff and Counterdefendant Moog Inc.

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*
   Gabriel S. Gross
   Counsel for Defendant and Counterclaimant Skyryse, Inc.

# ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: April 14, 2023          /s/  *Kazim A. Naqvi*