UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | April 13, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Damon Berry | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi<br>Rena Andoh<br>Travis J. Anderson | Arman Zahoory<br>Grant B. Gelberg<br>Douglas E. Lumish<br>Gabriel S. Gross<br>Scott D. Tenley |

**PROCEEDINGS:** DEFENDANTS ROBERT ALIN PILKINGTON AND MISOOK KIM'S NOTICE OF MOTION TO DISMISS COUNTS SIX, NINE, AND TEN PURSUANT TO Fed. R. Civ. P. 12(b)(6) [131], PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION TO DISMISS COUNTS 1 THROUGH 9 IN DEFENDANT AND COUNTERCLAIMANT SKYRYSE INC.'S COUNTERCLAIMS PURSUANT TO FED R. CIV. P. 12(b)(2), (3), and (6) [360], DEFENDANT SKYRYSE, INC.'S MOTION FOR A TEMPORARY STAY [392]

The case is called and counsel make their appearance.

Court and counsel confer.

For reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

|  | : | 33 |
|---|---|---|
|  | Initials of Preparer | DBE |