# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE ON MOOG'S PENDING MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The word count for Skyryse's Opposition to Moog's Motion to Enforce (Dkt. 400), which is due on April 24, 2023, is expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

2. Moog's Reply in Support of its Motion to Enforce is due on May 8, 2023, and the word count for Moog's Reply will be expanded from 7,000 to 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits;

3. The hearing on Moog's Motion to Enforce shall be continued from May 15, 2023 to May 22, 2023 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:  April 17, 2023

                                                                      _____
                                                                      HON. GEORGE H. WU,
                                                                      United States District Judge