Name and address:
Joseph H. Lee (Bar No. 248046)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Moog Inc.

v.

Skyryse, Inc. et al

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:22-cv-09094-GW-MAR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mangas, Russell    of    LATHAM & WATKINS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    330 North Wabash Avenue, Suite 2800
312.876.7700    312.993.9767    Chicago, IL 60611
*Telephone Number*    *Fax Number*
russell.mangas@lw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Skyryse, Inc

☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counterclaimant

*Name(s) of Party(ies) Represented*
and designating as Local Counsel
Lee, Joseph H.    of    LATHAM & WATKINS LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    650 Town Center Drive, 20th Floor
248046    714.540.1235    714.755.8290    Costa Mesa, CA 92626
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
joseph.lee@lw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____    _____
U.S. District Judge/U.S. Magistrate Judge