1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF SKYRYSE, INC.'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION AND ACCOMPANYING DECLARATIONS AND EXHIBITS** <br><br> Hon. George H. Wu |

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to Lodge Documents Under Seal in Support of Skyryse's Opposition to Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation, and accompanying declarations and exhibits and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be lodged and remain lodged under seal for 4 days following the filing of the Application:

| Document | Designating Party | Ruling |
| --- | --- | --- |
| Highlighted portions of Skyryse's Opposition to Moog's Motion to Enforce and for Sanctions at pages | Moog | Provisionally lodged under seal. |
| Exhibits to Declaration of A. Solimano | Moog | Provisionally lodged under seal. |
| Declaration of N. Baer | Moog | Provisionally lodged under seal. |
| Declaration of N. Baer | A. Pilkington | Provisionally lodged under seal. |
| Exhibits to Declaration of N. Baer | A. Pilkington | Provisionally lodged under seal. |
| Declaration of M. Dreikorn | Moog | Provisionally lodged under seal. |

**IT IS SO ORDERED.**

Dated: _____      _____
                            Hon. George H. Wu
                            United States District Judge