**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>  v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants.<br><br>SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>  v<br><br>MOOG INC.,<br><br>    Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DECLARATION OF ALEXA SOLIMANO IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**<br><br>Judge: Hon. George H. Wu<br><br>Date: May 22, 2023<br>Time: 8:30 a.m.<br>Ctrm: 9D |

I, Alexa Solimano, hereby declare and state as follows:

1. I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify to all facts set forth herein. I provide this declaration in support of Skyryse's Opposition to Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (Dkt. 400.)

2. Skyryse produced 140 of the 180 Hyde and Hummingbird documents cited in Moog's February 21, 2023 letter and Mr. Pixley's declaration at paragraphs 33 and 39, prior to Moog's February 21, 2023 service of the letter and its trade secret identification. Skyryse produced the remaining 40 documents on April 19, 2023.

3. Attached hereto as Exhibit A1 is a true and correct copy of emails dated August 2-17, 2022 from Lai Yip and Mike Kim to Cassandra Baloga, Arman Zahoory, Kelley Storey, Terrance Flynn, and a listserv email for Skyryse's counsel.

4. Attached hereto as Exhibit A2 is a true and correct excerpt of Skyryse's Third Supplemental Responses and Objections to Moog Inc.'s First Set of Interrogatories which were served to Moog on June 24, 2022.

5. Attached hereto as Exhibit A3 is a true and correct copy of a letter dated April 15, 2022 from Kate Dominguez to counsel for Moog.

6. Attached hereto as Exhibit A4 is a true and correct copy of excerpts of the April 26, 2022 Hearing Transcript which was unsealed by the Court on June 29, 2022. (Dkt. 172.)

7. Attached hereto as Exhibit A5 is a true and correct copy of a letter dated May 4, 2022 from Rena Andoh to the Court.

8. Attached hereto as Exhibit A6 is a true and correct copy of a letter dated June 27, 2022 from Douglas Lumish to Rena Andoh.

2

DECLARATION OF ALEXA SOLIMANO ISO SKYRYSE'S OPP. TO MOOG'S MOT. TO ENFORCE COMPLIANCE WITH MARCH 11 STIP. TRO AND SANCTIONS

9. Attached hereto as Exhibit A7 is a true and correct copy of a letter dated June 30, 2022 from Kazim Naqvi to Douglas Lumish, Gabriel S. Gross, Joseph H. Lee, Cassandra Baloga, Kelley Storey, Julianne Osborne, Arman Zahoory, and Ryan Banks.

10. Attached hereto as Exhibit A8 is a true and correct copy of an email dated March 29, 2023 from Kazim Naqvi to Alexa Solimano, Lai Yip, Rena Andoh, and Travis Anderson.

11. Attached hereto as Exhibit A9 is a true and correct copy of the transcript of the deposition of Bruce Pixley taken on April 17, 2023.

12. Attached hereto as Exhibit A10 is a true and correct copy of the transcript of the deposition of Kevin Crozier taken on April 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 24, 2023 in San Francisco, California.

_____
Alexa Solimano

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

3

DECLARATION OF ALEXA SOLIMANO ISO SKYRYSE'S OPP. TO MOOG'S MOT. TO ENFORCE COMPLIANCE WITH MARCH 11 STIP. TRO AND SANCTIONS