# EXHIBIT A9

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY