# EXHIBIT B1

Pages / JIRA 6 Documentation / JIRA Administrator's Guide

# Configuring Security

Created by ADMIN on 02/26/2013

When configuring security for your JIRA instance, there are two areas to address:

- permissions within JIRA itself
- security in the external environment

## Configuring permissions within JIRA

JIRA has a flexible security system which allows you to configure who can access JIRA, and what they can do/see within JIRA.

There are five types of security within JIRA:

1. Global permissions — these apply to JIRA as a whole (e.g. who can log in).
2. Project permissions — organised into permission schemes, these apply to projects as a whole (e.g. who can see the project's issues ('Browse' permission), create, edit and assign them).
3. Issue security levels — organised into security schemes, these allow the visibility of individual issues to be adjusted, within the bounds of the project's permissions.
4. Comment visibility — allows the visibility of individual comments (within an issue) to be restricted.
5. Work-log visibility — allows the visibility of individual work-log entries (within an issue) to be restricted. Does not restrict visibility of progress bar on issue time tracking.

**On this page:**

- Configuring permissions within JIRA
    - Diagram: People and permissions
- Configuring security in the external environment
- Other security resources

**In this section:**

- Configuring Issue-level Security
- Managing Project Permissions
- Managing Project Roles
- Managing Global Permissions
- Configuring Secure Administrator Sessions
- Preventing Security Attacks
- JIRA Cookies
- JIRA Admin Helper
- Password Policy for JIRA

**Diagram: People and permissions**



## Configuring security in the external environment

If your JIRA instance contains sensitive information, you may want to configure security in the environment in which your JIRA instance is running. Some of the main areas to consider are:

> Unknown macro: 'conditionaltext'

- File system — you should restrict access to the following directories (but note that the user which your JIRA instance is running as will require full access to these directories):
    - Index directory
    - Attachments directory

## Other security resources

> Unknown macro: 'conditionaltext'

Securing JIRA with Apache HTTP Server

JIRA Cookies

User and Group Management

Tomcat security best practices

Security Advisories

Configuring project specific security

Configuring Security

security   ssl   permissions   security-resources

Powered by a free **Atlassian Confluence Open Source Project License** granted to NORTH TECOM . Evaluate Confluence today.

This Confluence installation runs a Free Gliffy License - Evaluate the Gliffy Confluence Plugin for your Wiki!