# EXHIBIT B4

Jira Service Management Support | Get started | Documentation | Resources

Contact | Log in

Atlassian Support / Jira Service Managem... / Resources / Get started with Jira Se... / Dive into the issue vie...

Cloud | Data Center and Server

# See everyone involved in a request

You can find everyone involved in a customer request in the issue view. This panel in the sidebar shows the service project agent working on the issue, the customer, and other people involved.

Here are the people you might see:

- **Assignee**: The person tasked with resolving the issue.
- **Reporter**: The customer who sent the request.
- **Request participants** and **Organizations**: Customers and groups of customers who can view and comment on the issue. They might be included if they're interested in the outcome of the issue.
- **Votes**: People who vote for an issue are people who want the issue resolved.
- **Watchers**: Team members on your Jira site who receive notifications about the issue.
- **Approvers**: If the issue has approvers, this field displays people who are tasked with approving or declining the request.

**Dive into the issue view of a customer request**

- See everyone involved in a request
- Talk to the customer or service project team members
- Close a request when you finish helping a customer
- Transition an issue through its workflow
- Go to the issue view of a customer request

**Community**

Questions, discussions, and articles

| Was this helpful? | Yes | No | Provide feedback about this article |

**Additional Help**

Ask the Community

Up next:  

**Talk to the customer or service project team members**

Learn what the Activity section of the issue view is used for, how to comment internally, or share comments with the customer.

View topic

ATLASSIAN   Privacy Policy   Terms of Use   Security   ©2023 Atlassian