# EXHIBIT B7

Products   Interests   Groups

Ask the community  +   [Search]   Sign up   Log in

Community / Products / Jira / Team-managed projects / Questions / issues in jira that are moved to differed state as "resolved". Due to this, all issues are moving t

# issues in jira that are moved to differed state as "resolved". Due to this, all issues are moving t


**Mahendar Daripalli**
Feb 14, 2019

How to prevent the issues which are moving from one sprint to other sprint

Answer   · Watch   ·   Like   Mahendar likes this   ·   Share   ·   961 views

**2 answers**

 0 votes


**Mahendar Daripalli**
Feb 17, 2019

- Hi Gabi,

  this is my workflow  here the deferred status issues are moving into next sprint this transition resolution was default "unresolved"  but am confused to mention where  i have to put resolution field.



**Gabriele Franck**   ATLASSIAN TEAM
Feb 19, 2019

Hi, Mahendar

You'll need to set a resolution everytime you move an issue to a concluded status (green color), in this case, to the status CLOSE of your workflow.

Was this helpful?   Yes   No   

This post-function will automatically set a resolution for every issue you move to CLOSE status.

You can follow this doc to make this configuration: Advanced workflow configuration.

Let me know if this helps! :)

Gabi

Like

Reply

  0 votes

 **Gabriele Franck**   ATLASSIAN TEAM
Feb 14, 2019

Hi, Mahendar

This completed issues moving to the next sprint problem could be happening for two reasons:

1. You don't have this 'resolved' status mapped in your board
2. You don't have a resolution value set for those issues

Could you please check if one of them apply to your scenario?

Gabi

 **Mahendar Daripalli**
Feb 17, 2019

Thank you Gabi. i will check and update with you

Like

Reply

## Suggest an answer

Log in or sign up to answer



### Still have a question?

Get fast answers from people who know.

**Sign up for free**   Log in

 Team-managed projects

**TAGS**

agile   jira

### Related Community content

Updating due-dates when moving the issues

Issues Moving

Why can't I move the parent issue to done state?

Issue stuck in invalid state and cannot be moved

**Was this helpful?**



**Catch up on what you missed at this year's Team '23**

Team '23 sessions and keynotes are now available on demand. Watch keynotes from epic guest speakers, in-depth product demos, and hear the latest Atlassian product updates.

Watch now ↗

---

**Upcoming Team-managed projects Events**

Rise and Shine with Atlassian - Upper Arlington →
📅 Apr 28    📍 Columbus, OH (US)

Choosing the right career path: Web3 vs Web2 →
📅 Apr 29    📍 Federal Capital Ter, Federal Capital Territory (NG)

Team '23 Recap With Atlassian →
📅 May 3    📍 New York City, NY (US)

See all events

---

**ATLASSIAN**

FAQ    Community Guidelines    About    Privacy policy    Terms of use    © 2023 Atlassian

Was this helpful?