# EXHIBIT B11

**WIKIMEDIA COMMONS**

# File:Revision controlled project visualization 28022019.svg

From Wikimedia Commons, the free media repository



Size of this PNG preview of this SVG file: 527 × 191 pixels.

Original file (SVG file, nominally 527 × 191 pixels, file size: 28 KB)

| Open in Media Viewer | |

| **File information** | **Structured data** |

| **Captions** | | **Edit** |
|---|---|---|
| English | Visualisation of a merge based version control graph | |

## Summary

| | |
|---|---|
| **Description** | **English:** Visualisation of a merge based version control graph |
| **Date** | 28 February 2019 |
| **Source** | File:Revision_controlled_project_visualization-2010-24-02.svg |
| **Author** | Revision controlled project visualization.svg: *Subversion project visualization.svg: Traced by User:Stannered, original by en:User:Sami Kerola (https://en.wikipedia.org/wiki/User:Sami_Kerola)<br><br>derivative work: User:Moxfyre<br><br>derivative work: User:Echion2 |

| | derivative work: User:Alpenfuchs |
|---|---|

## Licensing



This file is licensed under the Creative Commons Attribution-Share Alike 3.0 Unported (https://creativecommons.org/licenses/by-sa/3.0/deed.en) license.

You are free:

- **to share** – to copy, distribute and transmit the work
- **to remix** – to adapt the work

Under the following conditions:

- **attribution** – You must give appropriate credit, provide a link to the license, and indicate if changes were made. You may do so in any reasonable manner, but not in any way that suggests the licensor endorses you or your use.
- **share alike** – If you remix, transform, or build upon the material, you must distribute your contributions under the same or compatible license (https://creativecommons.org/share-your-work/licensing-considerations/compatible-licenses) as the original.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | **15:43, 28 February 2019** | | 527 × 191 (28 KB) | Alpenfuchs (talk \| contribs) | User created page with UploadWizard |

You cannot overwrite this file.

## File usage on Commons

There are no pages that use this file.

## File usage on other wikis

The following other wikis use this file:

- Usage on ckb.wikipedia.org

- کۆنترۆڵی وەشان

## Metadata

This file contains additional information such as Exif metadata which may have been added by the digital camera, scanner, or software program used to create or digitize it. If the file has been modified from its original state, some details such as the timestamp may not fully reflect those of the original file. The timestamp is only as accurate as the clock in the camera, and it may be completely wrong.

Retrieved from "https://commons.wikimedia.org/w/index.php?title=File:Revision_controlled_project_visualization_28022019.svg&oldid=718363017"

**This page was last edited on 21 December 2022, at 04:39.**

Files are available under licenses specified on their description page. All structured data from the file namespace is available under the Creative Commons CC0 License; all unstructured text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and the Privacy Policy.