# EXHIBIT B16

# Technical Standard Edition 2.1

**Download this document here** (http://www.opengroup.org/bookstore/catalog/c145.htm)

## Overview:



**Download this document here** (http://www.opengroup.org/bookstore/catalog/c145.htm)

The Open Group Technical Standard for the Future Airborne Capability Environment (FACE™), Edition 2.1 embodies a set of requirements and descriptions referred to as the FACE Standard. The FACE Standard defines the software computing environment and interfaces designed to support the development of portable components across the general-purpose, safety, and security profiles. FACE uses industry standards for distributed communications, programming languages, graphics, operating systems, and other areas as appropriate.

This document begins with an architectural overview, followed by a detailed description of each architectural segment, the FACE Data Model, and interfaces outlining requirements and functions of each component within the reference architecture. FACE-specific terms are outlined in the Glossary. Finally, the appendices provide the specific Application Programming Interfaces (APIs) required for the FACE Standard as well as other applicable standards.

The goal of FACE is to reduce software development and integration costs and reduce time to field new avionics capabilities. FACE establishes a common computing software infrastructure supporting portable, capability-specific software components across Department of Defense (DoD) avionics systems.

Sponsor-Level Members

   

 



(https://www.linkedin.com/groups/4127663/)

(https://www.youtube.com/playlist?list=PL4uhUsJo0STm3ypYiR6bBHIMH55eHf0SV)

(https://twitter.com/theopengroup)

The Open Group (/)   Privacy (/privacy)   Legal (/legal)

© 1995-2023 The Open Group