# EXHIBIT B19

VirgilYP / peng  Public

Code    Issues    Pull requests    Actions    Projects    Security    Insights

94451b22fc

**peng** / ext / hal / nxp / imx / drivers / **ccm_imx7d.c**

diegosueiro ext/hal/nxp/imx: Import the nxp imx7 freertos bsp …    History

1 contributor

85 lines (76 sloc) | 3.76 KB

```
 1  /*
 2   * Copyright (c) 2015, Freescale Semiconductor, Inc.
 3   * All rights reserved.
 4   *
 5   * Redistribution and use in source and binary forms, with or without modification,
 6   * are permitted provided that the following conditions are met:
 7   *
 8   * o Redistributions of source code must retain the above copyright notice, this list
 9   *   of conditions and the following disclaimer.
10   *
11   * o Redistributions in binary form must reproduce the above copyright notice, this
12   *   list of conditions and the following disclaimer in the documentation and/or
13   *   other materials provided with the distribution.
14   *
15   * o Neither the name of Freescale Semiconductor, Inc. nor the names of its
16   *   contributors may be used to endorse or promote products derived from this
17   *   software without specific prior written permission.
18   *
19   * THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND
20   * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED
21   * WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE
22   * DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR
23   * ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES
24   * (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
25   * LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON
26   * ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
27   * (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS
28   * SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.
29   */
```

```c
30
31   #include "ccm_imx7d.h"
32
33   /*******************************************************************************
34    * Code
35    ******************************************************************************/
36
37   /*FUNCTION**********************************************************************
38    *
39    * Function Name : CCM_SetDivider
40    * Description   : Set root clock divider
41    *
42    *END**************************************************************************/
43   void CCM_SetRootDivider(CCM_Type * base, uint32_t ccmRoot, uint32_t pre, uint32_t post)
44   {
45       assert (pre < 8);
46       assert (post < 64);
47
48       CCM_REG(ccmRoot) = (CCM_REG(ccmRoot) &
49                           (~(CCM_TARGET_ROOT_PRE_PODF_MASK | CCM_TARGET_ROOT_POST_PODF_MASK))) |
50                           CCM_TARGET_ROOT_PRE_PODF(pre) | CCM_TARGET_ROOT_POST_PODF(post);
51   }
52
53   /*FUNCTION**********************************************************************
54    *
55    * Function Name : CCM_GetDivider
56    * Description   : Get root clock divider
57    *
58    *END**************************************************************************/
59   void CCM_GetRootDivider(CCM_Type * base, uint32_t ccmRoot, uint32_t *pre, uint32_t *post)
60   {
61       assert (pre && post);
62
63       *pre = (CCM_REG(ccmRoot) & CCM_TARGET_ROOT_PRE_PODF_MASK) >> CCM_TARGET_ROOT_PRE_PODF_SHIFT;
64       *post = (CCM_REG(ccmRoot) & CCM_TARGET_ROOT_POST_PODF_MASK) >> CCM_TARGET_ROOT_POST_PODF_SHIFT
65   }
66
67   /*FUNCTION**********************************************************************
68    *
69    * Function Name : CCM_UpdateRoot
70    * Description   : Update clock root in one step, for dynamical clock switching
71    *
72    *END**************************************************************************/
73   void CCM_UpdateRoot(CCM_Type * base, uint32_t ccmRoot, uint32_t mux, uint32_t pre, uint32_t post)
74   {
75       assert (pre < 8);
76       assert (post < 64);
77
78       CCM_REG(ccmRoot) = (CCM_REG(ccmRoot) &
```

```
79                      (~(CCM_TARGET_ROOT_MUX_MASK | CCM_TARGET_ROOT_PRE_PODF_MASK | CCM_TARGET_R
80                      CCM_TARGET_ROOT_MUX(mux) | CCM_TARGET_ROOT_PRE_PODF(pre) | CCM_TARGET_ROOT_
81  }
82
83  /*************************************************************************
84   * EOF
85   *************************************************************************/
```