# EXHIBIT B20

VirgilYP / peng  Public

Code   Issues   Pull requests   Actions   Projects   Security   Insights

94451b22fc

**peng** / ext / hal / nxp / imx / drivers / **ccm_imx7d.h**

diegosueiro ext/hal/nxp/imx: Import the nxp imx7 freertos bsp …   History

1 contributor

470 lines (432 sloc) | 22.7 KB

```
 1  /*
 2   * Copyright (c) 2015-2016, Freescale Semiconductor, Inc.
 3   * All rights reserved.
 4   *
 5   * Redistribution and use in source and binary forms, with or without modification,
 6   * are permitted provided that the following conditions are met:
 7   *
 8   * o Redistributions of source code must retain the above copyright notice, this list
 9   *   of conditions and the following disclaimer.
10   *
11   * o Redistributions in binary form must reproduce the above copyright notice, this
12   *   list of conditions and the following disclaimer in the documentation and/or
13   *   other materials provided with the distribution.
14   *
15   * o Neither the name of Freescale Semiconductor, Inc. nor the names of its
16   *   contributors may be used to endorse or promote products derived from this
17   *   software without specific prior written permission.
18   *
19   * THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND
20   * ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED
21   * WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE
22   * DISCLAIMED. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR
23   * ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES
24   * (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES;
25   * LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON
26   * ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT
27   * (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS
28   * SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.
29   */
```

```c
30
31   #ifndef __CCM_IMX7D_H__
32   #define __CCM_IMX7D_H__
33
34   #include <stdint.h>
35   #include <stdbool.h>
36   #include <stddef.h>
37   #include <assert.h>
38   #include "device_imx.h"
39
40   /*!
41    * @addtogroup ccm_driver
42    * @{
43    */
44
45   /*******************************************************************************
46    * Definitions
47    ******************************************************************************/
48   #define CCM_REG_OFF(root, off) (*((volatile uint32_t *)((uint32_t)root + off)))
49   #define CCM_REG(root)          CCM_REG_OFF(root, 0)
50   #define CCM_REG_SET(root)      CCM_REG_OFF(root, 4)
51   #define CCM_REG_CLR(root)      CCM_REG_OFF(root, 8)
52
53   /*! @brief Root control names for root clock setting. */
54   enum _ccm_root_control
55   {
56       ccmRootM4    = (uint32_t)(&CCM_TARGET_ROOT1),   /*!< ARM Cortex-M4 Clock control name.*/
57       ccmRootAxi   = (uint32_t)(&CCM_TARGET_ROOT16),  /*!< AXI Clock control name.*/
58       ccmRootAhb   = (uint32_t)(&CCM_TARGET_ROOT32),  /*!< AHB Clock control name.*/
59       ccmRootIpg   = (uint32_t)(&CCM_TARGET_ROOT33),  /*!< IPG Clock control name.*/
60       ccmRootQspi  = (uint32_t)(&CCM_TARGET_ROOT85),  /*!< QSPI Clock control name.*/
61       ccmRootCan1  = (uint32_t)(&CCM_TARGET_ROOT89),  /*!< CAN1 Clock control name.*/
62       ccmRootCan2  = (uint32_t)(&CCM_TARGET_ROOT90),  /*!< CAN2 Clock control name.*/
63       ccmRootI2c1  = (uint32_t)(&CCM_TARGET_ROOT91),  /*!< I2C1 Clock control name.*/
64       ccmRootI2c2  = (uint32_t)(&CCM_TARGET_ROOT92),  /*!< I2C2 Clock control name.*/
65       ccmRootI2c3  = (uint32_t)(&CCM_TARGET_ROOT93),  /*!< I2C3 Clock control name.*/
66       ccmRootI2c4  = (uint32_t)(&CCM_TARGET_ROOT94),  /*!< I2C4 Clock control name.*/
67       ccmRootUart1 = (uint32_t)(&CCM_TARGET_ROOT95),  /*!< UART1 Clock control name.*/
68       ccmRootUart2 = (uint32_t)(&CCM_TARGET_ROOT96),  /*!< UART2 Clock control name.*/
69       ccmRootUart3 = (uint32_t)(&CCM_TARGET_ROOT97),  /*!< UART3 Clock control name.*/
70       ccmRootUart4 = (uint32_t)(&CCM_TARGET_ROOT98),  /*!< UART4 Clock control name.*/
71       ccmRootUart5 = (uint32_t)(&CCM_TARGET_ROOT99),  /*!< UART5 Clock control name.*/
72       ccmRootUart6 = (uint32_t)(&CCM_TARGET_ROOT100), /*!< UART6 Clock control name.*/
73       ccmRootUart7 = (uint32_t)(&CCM_TARGET_ROOT101), /*!< UART7 Clock control name.*/
74       ccmRootEcspi1 = (uint32_t)(&CCM_TARGET_ROOT102), /*!< ECSPI1 Clock control name.*/
75       ccmRootEcspi2 = (uint32_t)(&CCM_TARGET_ROOT103), /*!< ECSPI2 Clock control name.*/
76       ccmRootEcspi3 = (uint32_t)(&CCM_TARGET_ROOT104), /*!< ECSPI3 Clock control name.*/
77       ccmRootEcspi4 = (uint32_t)(&CCM_TARGET_ROOT105), /*!< ECSPI4 Clock control name.*/
78       ccmRootFtm1  = (uint32_t)(&CCM_TARGET_ROOT110), /*!< FTM1 Clock control name.*/
```

```c
79        ccmRootFtm2    = (uint32_t)(&CCM_TARGET_ROOT111), /*!< FTM2 Clock control name.*/
80        ccmRootGpt1    = (uint32_t)(&CCM_TARGET_ROOT114), /*!< GPT1 Clock control name.*/
81        ccmRootGpt2    = (uint32_t)(&CCM_TARGET_ROOT115), /*!< GPT2 Clock control name.*/
82        ccmRootGpt3    = (uint32_t)(&CCM_TARGET_ROOT116), /*!< GPT3 Clock control name.*/
83        ccmRootGpt4    = (uint32_t)(&CCM_TARGET_ROOT117), /*!< GPT4 Clock control name.*/
84        ccmRootWdog    = (uint32_t)(&CCM_TARGET_ROOT119), /*!< WDOG Clock control name.*/
85    };
86
87    /*! @brief Clock source enumeration for ARM Cortex-M4 core. */
88    enum _ccm_rootmux_m4
89    {
90        ccmRootmuxM4Osc24m      = 0U, /*!< ARM Cortex-M4 Clock from OSC 24M.*/
91        ccmRootmuxM4SysPllDiv2  = 1U, /*!< ARM Cortex-M4 Clock from SYSTEM PLL divided by 2.*/
92        ccmRootmuxM4EnetPll250m = 2U, /*!< ARM Cortex-M4 Clock from Ethernet PLL 250M.*/
93        ccmRootmuxM4SysPllPfd2  = 3U, /*!< ARM Cortex-M4 Clock from SYSTEM PLL PFD2.*/
94        ccmRootmuxM4DdrPllDiv2  = 4U, /*!< ARM Cortex-M4 Clock from DDR PLL divided by 2.*/
95        ccmRootmuxM4AudioPll    = 5U, /*!< ARM Cortex-M4 Clock from AUDIO PLL.*/
96        ccmRootmuxM4VideoPll    = 6U, /*!< ARM Cortex-M4 Clock from VIDEO PLL.*/
97        ccmRootmuxM4UsbPll      = 7U, /*!< ARM Cortex-M4 Clock from USB PLL.*/
98    };
99
100   /*! @brief Clock source enumeration for AXI bus. */
101   enum _ccm_rootmux_axi
102   {
103       ccmRootmuxAxiOsc24m      = 0U, /*!< AXI Clock from OSC 24M.*/
104       ccmRootmuxAxiSysPllPfd1  = 1U, /*!< AXI Clock from SYSTEM PLL PFD1.*/
105       ccmRootmuxAxiDdrPllDiv2  = 2U, /*!< AXI Clock DDR PLL divided by 2.*/
106       ccmRootmuxAxiEnetPll250m = 3U, /*!< AXI Clock Ethernet PLL 250M.*/
107       ccmRootmuxAxiSysPllPfd5  = 4U, /*!< AXI Clock SYSTEM PLL PFD5.*/
108       ccmRootmuxAxiAudioPll    = 5U, /*!< AXI Clock AUDIO PLL.*/
109       ccmRootmuxAxiVideoPll    = 6U, /*!< AXI Clock VIDEO PLL.*/
110       ccmRootmuxAxiSysPllPfd7  = 7U, /*!< AXI Clock SYSTEM PLL PFD7.*/
111   };
112
113   /*! @brief Clock source enumeration for AHB bus. */
114   enum _ccm_rootmux_ahb
115   {
116       ccmRootmuxAhbOsc24m      = 0U, /*!< AHB Clock from OSC 24M.*/
117       ccmRootmuxAhbSysPllPfd2  = 1U, /*!< AHB Clock from SYSTEM PLL PFD2.*/
118       ccmRootmuxAhbDdrPllDiv2  = 2U, /*!< AHB Clock from DDR PLL divided by 2.*/
119       ccmRootmuxAhbSysPllPfd0  = 3U, /*!< AHB Clock from SYSTEM PLL PFD0.*/
120       ccmRootmuxAhbEnetPll125m = 4U, /*!< AHB Clock from Ethernet PLL 125M.*/
121       ccmRootmuxAhbUsbPll      = 5U, /*!< AHB Clock from USB PLL.*/
122       ccmRootmuxAhbAudioPll    = 6U, /*!< AHB Clock from AUDIO PLL.*/
123       ccmRootmuxAhbVideoPll    = 7U, /*!< AHB Clock from VIDEO PLL.*/
124   };
125
126   /*! @brief Clock source enumeration for IPG bus. */
127   enum _ccm_rootmux_ipg
```

```c
128     {
129         ccmRootmuxIpgAHB = 0U, /*!< IPG Clock from AHB Clock.*/
130     };
131
132     /*! @brief Clock source enumeration for QSPI peripheral. */
133     enum _ccm_rootmux_qspi
134     {
135         ccmRootmuxQspiOsc24m      = 0U, /*!< QSPI Clock from OSC 24M.*/
136         ccmRootmuxQspiSysPllPfd4  = 1U, /*!< QSPI Clock from SYSTEM PLL PFD4.*/
137         ccmRootmuxQspiDdrPllDiv2  = 2U, /*!< QSPI Clock from DDR PLL divided by 2.*/
138         ccmRootmuxQspiEnetPll500m = 3U, /*!< QSPI Clock from Ethernet PLL 500M.*/
139         ccmRootmuxQspiSysPllPfd3  = 4U, /*!< QSPI Clock from SYSTEM PLL PFD3.*/
140         ccmRootmuxQspiSysPllPfd2  = 5U, /*!< QSPI Clock from SYSTEM PLL PFD2.*/
141         ccmRootmuxQspiSysPllPfd6  = 6U, /*!< QSPI Clock from SYSTEM PLL PFD6.*/
142         ccmRootmuxQspiSysPllPfd7  = 7U, /*!< QSPI Clock from SYSTEM PLL PFD7.*/
143     };
144
145     /*! @brief Clock source enumeration for CAN peripheral. */
146     enum _ccm_rootmux_can
147     {
148         ccmRootmuxCanOsc24m      = 0U, /*!< CAN Clock from OSC 24M.*/
149         ccmRootmuxCanSysPllDiv4  = 1U, /*!< CAN Clock from SYSTEM PLL divided by 4.*/
150         ccmRootmuxCanDdrPllDiv2  = 2U, /*!< CAN Clock from SYSTEM PLL divided by 2.*/
151         ccmRootmuxCanSysPllDiv1  = 3U, /*!< CAN Clock from SYSTEM PLL divided by 1.*/
152         ccmRootmuxCanEnetPll40m  = 4U, /*!< CAN Clock from Ethernet PLL 40M.*/
153         ccmRootmuxCanUsbPll      = 5U, /*!< CAN Clock from USB PLL.*/
154         ccmRootmuxCanExtClk1     = 6U, /*!< CAN Clock from External Clock1.*/
155         ccmRootmuxCanExtClk34    = 7U, /*!< CAN Clock from External Clock34.*/
156     };
157
158     /*! @brief Clock source enumeration for ECSPI peripheral. */
159     enum _ccm_rootmux_ecspi
160     {
161         ccmRootmuxEcspiOsc24m     = 0U, /*!< ECSPI Clock from OSC 24M.*/
162         ccmRootmuxEcspiSysPllDiv2 = 1U, /*!< ECSPI Clock from SYSTEM PLL divided by 2.*/
163         ccmRootmuxEcspiEnetPll40m = 2U, /*!< ECSPI Clock from Ethernet PLL 40M.*/
164         ccmRootmuxEcspiSysPllDiv4 = 3U, /*!< ECSPI Clock from SYSTEM PLL divided by 4.*/
165         ccmRootmuxEcspiSysPllDiv1 = 4U, /*!< ECSPI Clock from SYSTEM PLL divided by 1.*/
166         ccmRootmuxEcspiSysPllPfd4 = 5U, /*!< ECSPI Clock from SYSTEM PLL PFD4.*/
167         ccmRootmuxEcspiEnetPll250m = 6U, /*!< ECSPI Clock from Ethernet PLL 250M.*/
168         ccmRootmuxEcspiUsbPll     = 7U, /*!< ECSPI Clock from USB PLL.*/
169     };
170
171     /*! @brief Clock source enumeration for I2C peripheral. */
172     enum _ccm_rootmux_i2c
173     {
174         ccmRootmuxI2cOsc24m       = 0U, /*!< I2C Clock from OSC 24M.*/
175         ccmRootmuxI2cSysPllDiv4   = 1U, /*!< I2C Clock from SYSTEM PLL divided by 4.*/
176         ccmRootmuxI2cEnetPll50m   = 2U, /*!< I2C Clock from Ethernet PLL 50M.*/
```

```c
        ccmRootmuxI2cDdrPllDiv2     = 3U, /*!< I2C Clock from DDR PLL divided by .*/
        ccmRootmuxI2cAudioPll       = 4U, /*!< I2C Clock from AUDIO PLL.*/
        ccmRootmuxI2cVideoPll       = 5U, /*!< I2C Clock from VIDEO PLL.*/
        ccmRootmuxI2cUsbPll         = 6U, /*!< I2C Clock from USB PLL.*/
        ccmRootmuxI2cSysPllPfd2Div2 = 7U, /*!< I2C Clock from SYSTEM PLL PFD2 divided by 2.*/
    };

    /*! @brief Clock source enumeration for UART peripheral. */
    enum _ccm_rootmux_uart
    {
        ccmRootmuxUartOsc24m      = 0U, /*!< UART Clock from OSC 24M.*/
        ccmRootmuxUartSysPllDiv2  = 1U, /*!< UART Clock from SYSTEM PLL divided by 2.*/
        ccmRootmuxUartEnetPll40m  = 2U, /*!< UART Clock from Ethernet PLL 40M.*/
        ccmRootmuxUartEnetPll100m = 3U, /*!< UART Clock from Ethernet PLL 100M.*/
        ccmRootmuxUartSysPllDiv1  = 4U, /*!< UART Clock from SYSTEM PLL divided by 1.*/
        ccmRootmuxUartExtClk2     = 5U, /*!< UART Clock from External Clock 2.*/
        ccmRootmuxUartExtClk34    = 6U, /*!< UART Clock from External Clock 34.*/
        ccmRootmuxUartUsbPll      = 7U, /*!< UART Clock from USB PLL.*/
    };

    /*! @brief Clock source enumeration for FlexTimer peripheral. */
    enum _ccm_rootmux_ftm
    {
        ccmRootmuxFtmOsc24m      = 0U, /*!< FTM Clock from OSC 24M.*/
        ccmRootmuxFtmEnetPll100m = 1U, /*!< FTM Clock from Ethernet PLL 100M.*/
        ccmRootmuxFtmSysPllDiv4  = 2U, /*!< FTM Clock from SYSTEM PLL divided by 4.*/
        ccmRootmuxFtmEnetPll40m  = 3U, /*!< FTM Clock from Ethernet PLL 40M.*/
        ccmRootmuxFtmAudioPll    = 4U, /*!< FTM Clock from AUDIO PLL.*/
        ccmRootmuxFtmExtClk3     = 5U, /*!< FTM Clock from External Clock 3.*/
        ccmRootmuxFtmRef1m       = 6U, /*!< FTM Clock from Refernece Clock 1M.*/
        ccmRootmuxFtmVideoPll    = 7U, /*!< FTM Clock from VIDEO PLL.*/
    };

    /*! @brief Clock source enumeration for GPT peripheral. */
    enum _ccm_rootmux_gpt
    {
        ccmRootmuxGptOsc24m      = 0U, /*!< GPT Clock from OSC 24M.*/
        ccmRootmuxGptEnetPll100m = 1U, /*!< GPT Clock from Ethernet PLL 100M.*/
        ccmRootmuxGptSysPllPfd0  = 2U, /*!< GPT Clock from SYSTEM PLL PFD0.*/
        ccmRootmuxGptEnetPll40m  = 3U, /*!< GPT Clock from Ethernet PLL 40M.*/
        ccmRootmuxGptVideoPll    = 4U, /*!< GPT Clock from VIDEO PLL.*/
        ccmRootmuxGptRef1m       = 5U, /*!< GPT Clock from Refernece Clock 1M.*/
        ccmRootmuxGptAudioPll    = 6U, /*!< GPT Clock from AUDIO PLL.*/
        ccmRootmuxGptExtClk      = 7U, /*!< GPT Clock from External Clock.*/
    };

    /*! @brief Clock source enumeration for WDOG peripheral. */
    enum _ccm_rootmux_wdog
    {
```

```
226        ccmRootmuxWdogOsc24m        = 0U, /*!< WDOG Clock from OSC 24M.*/
227        ccmRootmuxWdogSysPllPfd2Div2 = 1U, /*!< WDOG Clock from SYSTEM PLL PFD2 divided by 2.*/
228        ccmRootmuxWdogSysPllDiv4     = 2U, /*!< WDOG Clock from SYSTEM PLL divided by 4.*/
229        ccmRootmuxWdogDdrPllDiv2     = 3U, /*!< WDOG Clock from DDR PLL divided by 2.*/
230        ccmRootmuxWdogEnetPll125m    = 4U, /*!< WDOG Clock from Ethernet PLL 125M.*/
231        ccmRootmuxWdogUsbPll         = 5U, /*!< WDOG Clock from USB PLL.*/
232        ccmRootmuxWdogRef1m          = 6U, /*!< WDOG Clock from Refernece Clock 1M.*/
233        ccmRootmuxWdogSysPllPfd1Div2 = 7U, /*!< WDOG Clock from SYSTEM PLL PFD1 divided by 2.*/
234    };
235
236    /*! @brief CCM PLL gate control. */
237    enum _ccm_pll_gate
238    {
239        ccmPllGateCkil       = (uint32_t)(&CCM_PLL_CTRL0),  /*!< Ckil PLL Gate.*/
240        ccmPllGateArm        = (uint32_t)(&CCM_PLL_CTRL1),  /*!< ARM PLL Gate.*/
241        ccmPllGateArmDiv1    = (uint32_t)(&CCM_PLL_CTRL2),  /*!< ARM PLL Div1 Gate.*/
242        ccmPllGateDdr        = (uint32_t)(&CCM_PLL_CTRL3),  /*!< DDR PLL Gate.*/
243        ccmPllGateDdrDiv1    = (uint32_t)(&CCM_PLL_CTRL4),  /*!< DDR PLL Div1 Gate.*/
244        ccmPllGateDdrDiv2    = (uint32_t)(&CCM_PLL_CTRL5),  /*!< DDR PLL Div2 Gate.*/
245        ccmPllGateSys        = (uint32_t)(&CCM_PLL_CTRL6),  /*!< SYSTEM PLL Gate.*/
246        ccmPllGateSysDiv1    = (uint32_t)(&CCM_PLL_CTRL7),  /*!< SYSTEM PLL Div1 Gate.*/
247        ccmPllGateSysDiv2    = (uint32_t)(&CCM_PLL_CTRL8),  /*!< SYSTEM PLL Div2 Gate.*/
248        ccmPllGateSysDiv4    = (uint32_t)(&CCM_PLL_CTRL9),  /*!< SYSTEM PLL Div4 Gate.*/
249        ccmPllGatePfd0       = (uint32_t)(&CCM_PLL_CTRL10), /*!< PFD0 Gate.*/
250        ccmPllGatePfd0Div2   = (uint32_t)(&CCM_PLL_CTRL11), /*!< PFD0 Div2 Gate.*/
251        ccmPllGatePfd1       = (uint32_t)(&CCM_PLL_CTRL12), /*!< PFD1 Gate.*/
252        ccmPllGatePfd1Div2   = (uint32_t)(&CCM_PLL_CTRL13), /*!< PFD1 Div2 Gate.*/
253        ccmPllGatePfd2       = (uint32_t)(&CCM_PLL_CTRL14), /*!< PFD2 Gate.*/
254        ccmPllGatePfd2Div2   = (uint32_t)(&CCM_PLL_CTRL15), /*!< PDF2 Div2.*/
255        ccmPllGatePfd3       = (uint32_t)(&CCM_PLL_CTRL16), /*!< PDF3 Gate.*/
256        ccmPllGatePfd4       = (uint32_t)(&CCM_PLL_CTRL17), /*!< PDF4 Gate.*/
257        ccmPllGatePfd5       = (uint32_t)(&CCM_PLL_CTRL18), /*!< PDF5 Gate.*/
258        ccmPllGatePfd6       = (uint32_t)(&CCM_PLL_CTRL19), /*!< PDF6 Gate.*/
259        ccmPllGatePfd7       = (uint32_t)(&CCM_PLL_CTRL20), /*!< PDF7 Gate.*/
260        ccmPllGateEnet       = (uint32_t)(&CCM_PLL_CTRL21), /*!< Ethernet PLL Gate.*/
261        ccmPllGateEnet500m   = (uint32_t)(&CCM_PLL_CTRL22), /*!< Ethernet 500M PLL Gate.*/
262        ccmPllGateEnet250m   = (uint32_t)(&CCM_PLL_CTRL23), /*!< Ethernet 250M PLL Gate.*/
263        ccmPllGateEnet125m   = (uint32_t)(&CCM_PLL_CTRL24), /*!< Ethernet 125M PLL Gate.*/
264        ccmPllGateEnet100m   = (uint32_t)(&CCM_PLL_CTRL25), /*!< Ethernet 100M PLL Gate.*/
265        ccmPllGateEnet50m    = (uint32_t)(&CCM_PLL_CTRL26), /*!< Ethernet 50M PLL Gate.*/
266        ccmPllGateEnet40m    = (uint32_t)(&CCM_PLL_CTRL27), /*!< Ethernet 40M PLL Gate.*/
267        ccmPllGateEnet25m    = (uint32_t)(&CCM_PLL_CTRL28), /*!< Ethernet 25M PLL Gate.*/
268        ccmPllGateAudio      = (uint32_t)(&CCM_PLL_CTRL29), /*!< AUDIO PLL Gate.*/
269        ccmPllGateAudioDiv1  = (uint32_t)(&CCM_PLL_CTRL30), /*!< AUDIO PLL Div1 Gate.*/
270        ccmPllGateVideo      = (uint32_t)(&CCM_PLL_CTRL31), /*!< VIDEO PLL Gate.*/
271        ccmPllGateVideoDiv1  = (uint32_t)(&CCM_PLL_CTRL32), /*!< VIDEO PLL Div1 Gate.*/
272    };
273
274    /*! @brief CCM CCGR gate control. */
```

```c
275   enum _ccm_ccgr_gate
276   {
277       ccmCcgrGateSimWakeup = (uint32_t)(&CCM_CCGR9),   /*!< Wakeup Mix Bus Clock Gate.*/
278       ccmCcgrGateIpmux1    = (uint32_t)(&CCM_CCGR10),  /*!< IOMUX1 Clock Gate.*/
279       ccmCcgrGateIpmux2    = (uint32_t)(&CCM_CCGR11),  /*!< IOMUX2 Clock Gate.*/
280       ccmCcgrGateIpmux3    = (uint32_t)(&CCM_CCGR12),  /*!< IPMUX3 Clock Gate.*/
281       ccmCcgrGateOcram     = (uint32_t)(&CCM_CCGR17),  /*!< OCRAM Clock Gate.*/
282       ccmCcgrGateOcramS    = (uint32_t)(&CCM_CCGR18),  /*!< OCRAM S Clock Gate.*/
283       ccmCcgrGateQspi      = (uint32_t)(&CCM_CCGR21),  /*!< QSPI Clock Gate.*/
284       ccmCcgrGateAdc       = (uint32_t)(&CCM_CCGR32),  /*!< ADC Clock Gate.*/
285       ccmCcgrGateRdc       = (uint32_t)(&CCM_CCGR38),  /*!< RDC Clock Gate.*/
286       ccmCcgrGateMu        = (uint32_t)(&CCM_CCGR39),  /*!< MU Clock Gate.*/
287       ccmCcgrGateSemaHs    = (uint32_t)(&CCM_CCGR40),  /*!< SEMA HS Clock Gate.*/
288       ccmCcgrGateSema1     = (uint32_t)(&CCM_CCGR64),  /*!< SEMA1 Clock Gate.*/
289       ccmCcgrGateSema2     = (uint32_t)(&CCM_CCGR65),  /*!< SEMA2 Clock Gate.*/
290       ccmCcgrGateCan1      = (uint32_t)(&CCM_CCGR116), /*!< CAN1 Clock Gate.*/
291       ccmCcgrGateCan2      = (uint32_t)(&CCM_CCGR117), /*!< CAN2 Clock Gate.*/
292       ccmCcgrGateEcspi1    = (uint32_t)(&CCM_CCGR120), /*!< ECSPI1 Clock Gate.*/
293       ccmCcgrGateEcspi2    = (uint32_t)(&CCM_CCGR121), /*!< ECSPI2 Clock Gate.*/
294       ccmCcgrGateEcspi3    = (uint32_t)(&CCM_CCGR122), /*!< ECSPI3 Clock Gate.*/
295       ccmCcgrGateEcspi4    = (uint32_t)(&CCM_CCGR123), /*!< ECSPI4 Clock Gate.*/
296       ccmCcgrGateGpt1      = (uint32_t)(&CCM_CCGR124), /*!< GPT1 Clock Gate.*/
297       ccmCcgrGateGpt2      = (uint32_t)(&CCM_CCGR125), /*!< GPT2 Clock Gate.*/
298       ccmCcgrGateGpt3      = (uint32_t)(&CCM_CCGR126), /*!< GPT3 Clock Gate.*/
299       ccmCcgrGateGpt4      = (uint32_t)(&CCM_CCGR127), /*!< GPT4 Clock Gate.*/
300       ccmCcgrGateI2c1      = (uint32_t)(&CCM_CCGR136), /*!< I2C1 Clock Gate.*/
301       ccmCcgrGateI2c2      = (uint32_t)(&CCM_CCGR137), /*!< I2C2 Clock Gate.*/
302       ccmCcgrGateI2c3      = (uint32_t)(&CCM_CCGR138), /*!< I2C3 Clock Gate.*/
303       ccmCcgrGateI2c4      = (uint32_t)(&CCM_CCGR139), /*!< I2C4 Clock Gate.*/
304       ccmCcgrGateUart1     = (uint32_t)(&CCM_CCGR148), /*!< UART1 Clock Gate.*/
305       ccmCcgrGateUart2     = (uint32_t)(&CCM_CCGR149), /*!< UART2 Clock Gate.*/
306       ccmCcgrGateUart3     = (uint32_t)(&CCM_CCGR150), /*!< UART3 Clock Gate.*/
307       ccmCcgrGateUart4     = (uint32_t)(&CCM_CCGR151), /*!< UART4 Clock Gate.*/
308       ccmCcgrGateUart5     = (uint32_t)(&CCM_CCGR152), /*!< UART5 Clock Gate.*/
309       ccmCcgrGateUart6     = (uint32_t)(&CCM_CCGR153), /*!< UART6 Clock Gate.*/
310       ccmCcgrGateUart7     = (uint32_t)(&CCM_CCGR154), /*!< UART7 Clock Gate.*/
311       ccmCcgrGateWdog1     = (uint32_t)(&CCM_CCGR156), /*!< WDOG1 Clock Gate.*/
312       ccmCcgrGateWdog2     = (uint32_t)(&CCM_CCGR157), /*!< WDOG2 Clock Gate.*/
313       ccmCcgrGateWdog3     = (uint32_t)(&CCM_CCGR158), /*!< WDOG3 Clock Gate.*/
314       ccmCcgrGateWdog4     = (uint32_t)(&CCM_CCGR159), /*!< WDOG4 Clock Gate.*/
315       ccmCcgrGateGpio1     = (uint32_t)(&CCM_CCGR160), /*!< GPIO1 Clock Gate.*/
316       ccmCcgrGateGpio2     = (uint32_t)(&CCM_CCGR161), /*!< GPIO2 Clock Gate.*/
317       ccmCcgrGateGpio3     = (uint32_t)(&CCM_CCGR162), /*!< GPIO3 Clock Gate.*/
318       ccmCcgrGateGpio4     = (uint32_t)(&CCM_CCGR163), /*!< GPIO4 Clock Gate.*/
319       ccmCcgrGateGpio5     = (uint32_t)(&CCM_CCGR164), /*!< GPIO5 Clock Gate.*/
320       ccmCcgrGateGpio6     = (uint32_t)(&CCM_CCGR165), /*!< GPIO6 Clock Gate.*/
321       ccmCcgrGateGpio7     = (uint32_t)(&CCM_CCGR166), /*!< GPIO7 Clock Gate.*/
322       ccmCcgrGateIomux     = (uint32_t)(&CCM_CCGR168), /*!< IOMUX Clock Gate.*/
323       ccmCcgrGateIomuxLpsr = (uint32_t)(&CCM_CCGR169), /*!< IOMUX LPSR Clock Gate.*/
```

```c
324     };
325
326     /*! @brief CCM gate control value. */
327     enum _ccm_gate_value
328     {
329         ccmClockNotNeeded    = 0x0U,    /*!< Clock always disabled.*/
330         ccmClockNeededRun    = 0x1111U, /*!< Clock enabled when CPU is running.*/
331         ccmClockNeededRunWait = 0x2222U, /*!< Clock enabled when CPU is running or in WAIT mode.*/
332         ccmClockNeededAll    = 0x3333U, /*!< Clock always enabled.*/
333     };
334
335     /*******************************************************************************
336      * API
337      ******************************************************************************/
338
339     #if defined(__cplusplus)
340     extern "C" {
341     #endif
342
343     /*!
344      * @name CCM Root Setting
345      * @{
346      */
347
348     /*!
349      * @brief Set clock root mux
350      *
351      * @param base CCM base pointer.
352      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
353      * @param mux Root mux value (see @ref _ccm_rootmux_xxx enumeration)
354      */
355     static inline void CCM_SetRootMux(CCM_Type * base, uint32_t ccmRoot, uint32_t mux)
356     {
357         CCM_REG(ccmRoot) = (CCM_REG(ccmRoot) & (~CCM_TARGET_ROOT_MUX_MASK)) |
358                             CCM_TARGET_ROOT_MUX(mux);
359     }
360
361     /*!
362      * @brief Get clock root mux
363      *
364      * @param base CCM base pointer.
365      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
366      * @return root mux value (see @ref _ccm_rootmux_xxx enumeration)
367      */
368     static inline uint32_t CCM_GetRootMux(CCM_Type * base, uint32_t ccmRoot)
369     {
370         return (CCM_REG(ccmRoot) & CCM_TARGET_ROOT_MUX_MASK) >> CCM_TARGET_ROOT_MUX_SHIFT;
371     }
372
```

```c
373     /*!
374      * @brief Enable clock root
375      *
376      * @param base CCM base pointer.
377      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
378      */
379     static inline void CCM_EnableRoot(CCM_Type * base, uint32_t ccmRoot)
380     {
381         CCM_REG_SET(ccmRoot) = CCM_TARGET_ROOT_SET_ENABLE_MASK;
382     }
383
384     /*!
385      * @brief Disable clock root
386      *
387      * @param base CCM base pointer.
388      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
389      */
390     static inline void CCM_DisableRoot(CCM_Type * base, uint32_t ccmRoot)
391     {
392         CCM_REG_CLR(ccmRoot) = CCM_TARGET_ROOT_CLR_ENABLE_MASK;
393     }
394
395     /*!
396      * @brief Check whether clock root is enabled
397      *
398      * @param base CCM base pointer.
399      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
400      * @return CCM root enabled or not.
401      *          - true: Clock root is enabled.
402      *          - false: Clock root is disabled.
403      */
404     static inline bool CCM_IsRootEnabled(CCM_Type * base, uint32_t ccmRoot)
405     {
406         return (bool)(CCM_REG(ccmRoot) & CCM_TARGET_ROOT_ENABLE_MASK);
407     }
408
409     /*!
410      * @brief Set root clock divider
411      *
412      * @param base CCM base pointer.
413      * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
414      * @param pre Pre divider value (0-7, divider=n+1)
415      * @param post Post divider value (0-63, divider=n+1)
416      */
417     void CCM_SetRootDivider(CCM_Type * base, uint32_t ccmRoot, uint32_t pre, uint32_t post);
418
419     /*!
420      * @brief Get root clock divider
421      *
```

```c
     * @param base CCM base pointer.
     * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
     * @param pre Pointer to pre divider value store address
     * @param post Pointer to post divider value store address
     */
    void CCM_GetRootDivider(CCM_Type * base, uint32_t ccmRoot, uint32_t *pre, uint32_t *post);

    /*!
     * @brief Update clock root in one step, for dynamical clock switching
     *
     * @param base CCM base pointer.
     * @param ccmRoot Root control (see @ref _ccm_root_control enumeration)
     * @param root mux value (see @ref _ccm_rootmux_xxx enumeration)
     * @param pre Pre divider value (0-7, divider=n+1)
     * @param post Post divider value (0-63, divider=n+1)
     */
    void CCM_UpdateRoot(CCM_Type * base, uint32_t ccmRoot, uint32_t mux, uint32_t pre, uint32_t post);

    /*@}*/

    /*!
     * @name CCM Gate Control
     * @{
     */

    /*!
     * @brief Set PLL or CCGR gate control
     *
     * @param base CCM base pointer.
     * @param ccmGate Gate control (see @ref _ccm_pll_gate and @ref _ccm_ccgr_gate enumeration)
     * @param control Gate control value (see @ref _ccm_gate_value)
     */
    static inline void CCM_ControlGate(CCM_Type * base, uint32_t ccmGate, uint32_t control)
    {
        CCM_REG(ccmGate) = control;
    }

    /*@}*/

#if defined(__cplusplus)
}
#endif

/*! @}*/

#endif /* __CCM_IMX7D_H__ */
/**********************************************************************
 * EOF
 **********************************************************************/
```