# EXHIBIT B21

yulei / **amk**   Public

<> **Code**    Issues    Pull requests    Actions    Projects    Security    Insights

b6d1333a17 ▾

**amk** / **main** / **drivers** / **pca9535.c**

yulei initial addd macro implementation                    History

1 contributor

116 lines (98 sloc)   2.51 KB

```c
/**
 * @file pca9535.c
 */

#include "pca9535.h"
#include "i2c.h"
#include "amk_printf.h"

#ifndef PCA9535_DEBUG
#define PCA9535_DEBUG 0
#endif

#if PCA9535_DEBUG
#define pca9535_debug  amk_printf
#else
#define pca9535_debug(...)
#endif

#define PCA9535_INPUT_PORT0     0x00
#define PCA9535_INPUT_PORT1     0x01

#define PCA9535_OUTPUT_PORT0    0x02
#define PCA9535_OUTPUT_PORT1    0x03

#define PCA9535_POLARITY_PORT0  0x04
#define PCA9535_POLARITY_PORT1  0x05

#define PCA9535_CONF_PORT0      0x06
#define PCA9535_CONF_PORT1      0x07
```

```
30
31   #define TIMEOUT                 100
32
33   #ifndef PCA9535_I2C_ID
34   #define PCA9535_I2C_ID      I2C_INSTANCE_1
35   #endif
36
37   static i2c_handle_t i2c_inst;
38
39   void pca9535_init(void)
40   {
41       if (!i2c_inst) {
42           i2c_inst = i2c_init(PCA9535_I2C_ID);
43       }
44   }
45
46   static void write_port(uint8_t p, uint8_t d)
47   {
48       i2c_write_reg(i2c_inst, PCA9535_ADDR, p, &d, 1, TIMEOUT);
49   }
50
51   static uint8_t read_port(uint8_t port)
52   {
53       uint8_t data = 0;
54       i2c_read_reg(i2c_inst, PCA9535_ADDR, port, &data, 1, TIMEOUT);
55       return data;
56   }
57
58   void pca9535_write_config(PCA9535_PORT port, uint8_t data)
59   {
60       switch(port) {
61           case PCA9535_PORT0:
62               write_port(PCA9535_CONF_PORT0, data);
63               break;
64           case PCA9535_PORT1:
65               write_port(PCA9535_CONF_PORT1, data);
66               break;
67           default:
68               pca9535_debug("PCA9535: unknown config port:%d\n", port);
69               break;
70       }
71   }
72
73   void pca9535_write_polarity(PCA9535_PORT port, uint8_t data)
74   {
75       switch(port) {
76           case PCA9535_PORT0:
77               write_port(PCA9535_POLARITY_PORT0, data);
78               break;
```

Exhibit B21, page 967

```
 79            case PCA9535_PORT1:
 80                write_port(PCA9535_POLARITY_PORT1, data);
 81                break;
 82            default:
 83                pca9535_debug("PCA9535: unknown polarity port:%d\n", port);
 84                break;
 85        }
 86    }
 87
 88    void pca9535_write_port(PCA9535_PORT port, uint8_t data)
 89    {
 90        switch(port) {
 91            case PCA9535_PORT0:
 92                write_port(PCA9535_OUTPUT_PORT0, data);
 93                break;
 94            case PCA9535_PORT1:
 95                write_port(PCA9535_OUTPUT_PORT1, data);
 96                break;
 97            default:
 98                pca9535_debug("PCA9535: unknown output port:%d\n", port);
 99                break;
100        }
101    }
102
103    uint8_t pca9535_read_port(PCA9535_PORT port)
104    {
105        switch(port) {
106            case PCA9535_PORT0:
107                return read_port(PCA9535_INPUT_PORT0);
108            case PCA9535_PORT1:
109                return read_port(PCA9535_INPUT_PORT1);
110            default:
111                pca9535_debug("PCA9535: unknown input port:%d\n", port);
112                break;
113        }
114
115        return 0;
116    }
```