# EXHIBIT C1



# Michael R. Bandemer

**EnCE, CITP, PI, CPA, CFF, CMA**
Managing Director

P: 619.823.8867
mbandemer@thinkbrg.com

## Summary

Michael Bandemer is a Managing Director with Berkeley Research Group and leader of its Discovery and Forensic Technology Services group. He provides expert witness and strategic consulting services to law firms and corporate clients in the areas of Computer Forensics, Investigations, eDiscovery, Data Analytics and Data Privacy/Data Breach. Prior to joining Berkeley Research Group, Mr. Bandemer was a Managing Director with Huron Legal, an international advisory and business services firm, and previously served as the national practice leader of LECG's Legal Technology and Analytics Consulting group (LTAC).

For over 20 years, Mr. Bandemer has led the preservation, forensic collection, analysis and search of electronically stored information ("ESI") and forensic artifacts in over 1,000 matters ranging from corporate/federal investigations to commercial litigation. For several years he has been recognized in the Who's Who Legal: Global Leader, Investigations Digital Forensic Experts.

Mr. Bandemer has provided expert testimony in declarations, reports, depositions, and at trial. He has also served many times as a neutral computer forensics examiner, either by court appointment or stipulation. He has also served and testified as a 30(b)(6)/1442 corporate representative in the areas of Digital Forensics, Data Systems and eDiscovery.

Mr. Bandemer's case experience includes areas such as theft of trade secrets, spoliation of evidence, internal investigations, employment disputes, government/regulatory inquiries, and fraud.



## Professional Experience:

| | | |
|---|---|---|
| Berkeley Research Group, LLC | Managing Director | 2014 to Present |
| Huron Consulting Group | Managing Director | 2011 to 2014 |
| LECG (Mack\|Barclay, Inc.) | Partner | 1994 to 2011 |
| Peterson Consulting, L.P. | Senior Consultant | 1990 to 1994 |
| Phelps Dodge Corporation | IT Associate | 1988 to 1990 |

## Education and Certifications:

Bachelor of Science in Finance, Arizona State University 1990, Cum Laude graduate. Awarded member of the Golden Key Honor Society and selected for Who's Who Among Students in American Universities and Colleges

Certificate Blockchain Essentials, 2021, Cornell University

Licensed Private Investigator – Texas, 2020

Certified EnCase Computer Examiner, 2003

Certified Financial Forensics, 2008

Certified Information Technology Professional, 2001

Certified Public Accountant - California, 1998

Certified Management Accountant, 1995

Continuing education as lecturer and participant to law firms and corporations.

## Patent Held:

System and Method for Managing Observational Information Items; United States 7,107,278 B1, Issued September 12, 2006 - Structural relational database and interface developed for managing electronic information, photos, and digitized field drawings/notes and other information in construction defect matters.



## Professional Associations:

High Technology Crime Investigation Association, Chapter President; International Board Member

The Sedona Conference:
- Working Group 1: Electronic Document Retention and Production
- Working Group 12: Forensic Issues in Trade Secret Disputes

American Institute of Certified Public Accountants

California State Society of Certified Public Accountants

Association of Certified Fraud Examiners

Institute of Management Accountants

## Publications:

Digital Forensics in Trade Secret Investigations - Trade Secret Litigation and Protection in California
    Section Co-contributor, State Bar of California, Third Edition, December 2014

The Changing ESI Landscape: How a Proactive eDiscovery Program can Control Litigation Costs
    XPRT Forum Magazine, March 2010

The Rising Costs of Litigation
    Fox Business Channel, March 2010

Anatomy of an IP Theft: A Case Study of a Forensic Computer Investigation
    e-Discovery Law & Strategy, September 2007, Volume 4, Number 5

You Want Me to do What? A Practical Look at the Question of Proper Preservation of Electronically Stored Information in Today's Business Litigation Environment with Sergio D Kopelev
    Nevada Lawyer, October 2006

Computer Forensics, an Effective HR Tool
    Employers Group People & Productivity Newsletter, April/May 2002, Volume 59

## Board Experience:

International Board of Directors - High Technology Crimes Investigation Association (HTCIA)

Youth Tennis San Diego–Board of Directors, Past President