# EXHIBIT C2



# TurboCAD 2021 User Guide Publication

Enables you to specify the folders where TurboCAD places several types of program files.



**Templates** (.tct)* - Files in which you save settings as well as block libraries, symbol libraries, and scripts, that you can use to start a new drawing.

==Backups (.bak)* - Backups that are created if you check Make Backup Copies option in the General page.==

**AutoSave Files** (.asv)* - Files that are saved automatically, if this option is turned on in the **General** page. These files allow you to restore work after a system crash.

**Symbol Library Files** (.slw)* - Sets of related symbols, saved to one common *.slw file or a set of drawing files saved to a specified folder.

**Drawings** (.tcw)* - Drawings and models you create in TurboCAD.

**Publish to HTML Files** - Files created using **File / Publish to HTML**. **Print Styles:** See [Print Style Options](#)

**Shapes** (.shx):* Shape files (*.shx) used in the creating of line styles. (This is not the same as *.shx font files.) See [Line Styles](#)

**Tip:** If you have two disk drives (or access to a network drive), it is wise to have your backup files automatically saved to a second drive.

# General Setup

235

# TurboCAD 2021 User Guide Publication

**Default UI Menu:** Options/Program Setup/General

**Ribbon UI Menu:**



Sets file opening and saving parameters, as well as user information



**New document from:** Select how files will be opened when using **File / New**.
**Default template for new files:** If no template is specified when creating a file, a default template will be used. This option sets the default template.
**Prompt for template name:** You will be prompted for a template each time you start a new file. If you want to use the default template without being prompted, clear this box.
**Open all files as read-only:** If checked, files cannot be edited.
**Make backup copies:** If checked, select **On First Save** or **On Every Save** to determine how often backups will be made. Backup files have the extension .bak. By default, backup files are saved in the same folder as your primary drawing files, but you can change this on the File Locations page.
**Save drawings every:** If checked, autosave copies (.asv files) will be made at the specified intervals. After a system crash, TurboCAD will open the autosave version of

---

236