# EXHIBIT C4



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 1 | 02/13/2022 20:04:16 | Created | File | | 5f7b5f1e01b83767.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 2 | 02/16/2022 21:27:33 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 3 | 02/16/2022 21:27:33 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 4 | 02/16/2022 21:27:33 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 5 | 02/16/2022 21:29:04 | Created | File | | 14565599fabd2c03.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 6 | 02/16/2022 23:14:08 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 7 | 02/16/2022 23:14:08 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 8 | 02/16/2022 23:14:08 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 9 | 02/16/2022 23:43:54 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 10 | 02/16/2022 23:43:54 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 11 | 02/16/2022 23:43:54 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Documents\TurboCAD 2021 x64\Drawings\Samples\2D Samples\WiringDiagram4.TCW | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 12 | 02/22/2022 23:30:13 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 13 | 02/22/2022 23:30:13 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |

Page 1 of 11

**BRG**
**Berkeley Research Group**

044555 - Moog v. Skyryse
Exhibit D - Alex Wang - Related Forensic Artifacts

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 14 | 02/24/2022 18:59:23 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 15 | 02/24/2022 18:59:23 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |
| 16 | 02/24/2022 18:59:23 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\E101_REV_A_EMA_HARNESS.tcw | C:\ (Unallocated Clusters) |
| 17 | 02/24/2022 18:59:23 | Created | File | | E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw |
| 18 | 02/25/2022 03:07:34 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |
| 19 | 02/25/2022 03:07:34 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 20 | 03/07/2022 19:50:40 | Last Access Date/Time - (UTC) | Unknown | App ID | 14565599fabd2c03 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 21 | 03/07/2022 19:55:29 | Last Access Date/Time - (UTC) | Unknown | App ID | 14565599fabd2c03 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 22 | 03/08/2022 21:40:57 | Target File Created Date/Time - (UTC) | Unknown | App ID | 5f7b5f1e01b83767 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 23 | 03/08/2022 21:40:57 | Created Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 24 | 03/08/2022 21:40:57 | Created | File | | DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\Desktop\Harness Design\DATA_HARNESS_E_SIZE.tcw |
| 25 | 03/08/2022 21:40:57 | Created | File | | DATA_HARNESS_E_SIZE.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 26 | 03/11/2022 23:43:14 | Start Time Date/Time - (UTC) | Chrome Downloads | Download Source | about:blank | C:\Users\Alex Wang\AppData\Local\Google\Chrome\User Data\Profile 1\History |
| 27 | 03/11/2022 23:43:14 | End Time Date/Time - (UTC) | Chrome Downloads | Download Source | about:blank | C:\Users\Alex Wang\AppData\Local\Google\Chrome\User Data\Profile 1\History |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 28 | 03/11/2022 23:47:01 | Created | File | | f065ac336abcaa3e.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 29 | 03/12/2022 00:18:00 | Target File Created Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 30 | 03/12/2022 00:18:00 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 31 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 32 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 33 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 34 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 35 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 36 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 37 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 38 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 39 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbdaaf5-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 40 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 41 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 42 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 43 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 44 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 45 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |
| 46 | 03/12/2022 01:02:39 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |
| 47 | 03/12/2022 01:02:39 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |
| 48 | 03/12/2022 01:04:49 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 49 | 03/12/2022 01:04:49 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbdaaf5-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 50 | 03/12/2022 01:04:49 | Target File Created Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 51 | 03/12/2022 01:04:49 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 52 | 03/12/2022 01:04:49 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 53 | 03/12/2022 01:07:21 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbdaaf5-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 54 | 03/12/2022 01:07:21 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 55 | 03/12/2022 01:07:21 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 56 | 03/12/2022 01:07:21 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 57 | 03/12/2022 01:07:21 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\My Drive\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 58 | 03/12/2022 02:01:41 | Last Access Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 59 | 03/12/2022 02:04:53 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 60 | 03/12/2022 02:04:53 | Last Access Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 61 | 03/12/2022 02:06:00 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 62 | 03/12/2022 02:06:00 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | 5f7b5f1e01b83767 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 63 | 03/14/2022 17:21:00 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 64 | 03/14/2022 17:21:00 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 65 | 03/16/2022 01:54:43 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 66 | 03/16/2022 01:54:43 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |
| 67 | 03/16/2022 01:54:43 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\E101_REV_A_EMA_HARNESS.tcw | C:\ (Unallocated Clusters) |
| 68 | 03/16/2022 16:32:19 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\E101_REV_A_EMA_HARNESS.tcw | C:\ (Unallocated Clusters) |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 69 | 03/16/2022 17:46:18 | Accessed Date/Time - (UTC) | Edge/Internet Explorer 10-11 Main History | URL | file:///C:/Users/Alex Wang/Desktop/temp print/E101_A_EMA_HARNESS_1.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\WebCache\WebCacheV01.dat |
| 70 | 03/16/2022 17:46:18 | Accessed Date/Time - (UTC) | Edge/Internet Explorer 10-11 Main History | URL | file:///C:/Users/Alex Wang/Desktop/temp print/E101_A_EMA_HARNESS_1.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 71 | 03/16/2022 17:46:18 | Accessed Date/Time - (UTC) | Edge/Internet Explorer 10-11 Main History | Entry ID | 324 | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\WebCache\WebCacheV01.dat |
| 72 | 03/16/2022 17:46:18 | Accessed Date/Time - (UTC) | Edge/Internet Explorer 10-11 Main History | URL | file:///C:/Users/Alex Wang/Desktop/temp print/E101_A_EMA_HARNESS_1.pdf | C:\System Volume Information\{c6c664df-b5b8-11ec-aa94-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 73 | 03/16/2022 17:51:14 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 74 | 03/16/2022 17:51:14 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 75 | 03/16/2022 17:51:14 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 76 | 03/16/2022 17:51:14 | Target File Created Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 77 | 03/16/2022 17:51:14 | Target File Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\ (Unallocated Clusters) |
| 78 | 03/16/2022 17:52:36 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 79 | 03/16/2022 17:52:36 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 80 | 03/16/2022 18:00:48 | Last Modified Date/Time - (UTC) | PDF Documents | Filename | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 81 | 03/16/2022 18:00:48 | Created Date/Time - (UTC) | PDF Documents | Filename | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 82 | 03/16/2022 18:00:49 | Target File Last Modified Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 83 | 03/16/2022 18:00:49 | File System Last Modified Date/Time - (UTC) | PDF Documents | Filename | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 84 | 03/16/2022 18:00:49 | Target File Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\ (Unallocated Clusters) |
| 85 | 03/16/2022 18:00:49 | Modified | File | | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 86 | 03/16/2022 18:02:49 | File System Created Date/Time - (UTC) | PDF Documents | Filename | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 87 | 03/16/2022 18:02:49 | File System Last Accessed Date/Time - (UTC) | PDF Documents | Filename | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 88 | 03/16/2022 18:02:49 | Accessed | File | | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 89 | 03/16/2022 18:02:49 | Created | File | | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 90 | 03/16/2022 18:02:49 | MFT modified | File | | E101_A_EMA_HARNESS.pdf | C:\Users\Alex Wang\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\VU85PODW\E101_A_EMA_HARNESS.pdf |
| 91 | 03/16/2022 18:22:41 | Target File Created Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 92 | 03/16/2022 18:22:41 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 93 | 03/18/2022 17:50:59 | Last Access Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 94 | 03/18/2022 19:12:25 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\System Volume Information\{4dbda18b-b4f0-11ec-aa93-00090ffe0001}{3808876b-c176-4e48-b7ae-04046e6cc752} |
| 95 | 03/18/2022 19:12:25 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |
| 96 | 03/19/2022 00:24:41 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\temp print\E101_A_EMA_HARNESS.pdf | C:\ (Unallocated Clusters) |
| 97 | 03/23/2022 01:53:47 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 98 | 03/23/2022 01:53:47 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 99 | 03/23/2022 01:53:47 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\ (Unallocated Clusters) |
| 100 | 03/24/2022 16:49:39 | Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 101 | 03/24/2022 16:49:39 | Created | File |  | EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 102 | 03/24/2022 19:20:42 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 103 | 03/25/2022 18:40:30 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |
| 104 | 03/25/2022 18:40:56 | Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 105 | 03/25/2022 18:40:56 | Created | File |  | E101_REV_A_EMA_HARNESS_old.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 106 | 03/25/2022 18:41:20 | Created Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 107 | 03/25/2022 18:41:20 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 108 | 03/25/2022 18:41:20 | Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 109 | 03/25/2022 18:41:20 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\ee083243ff44ae07.automaticDestinations-ms |
| 110 | 03/25/2022 18:41:20 | Created | File | | Harness_System_Interconnect_Diagram.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 111 | 03/25/2022 18:41:20 | Modified | File | | Harness_System_Interconnect_Diagram.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 112 | 03/25/2022 18:41:20 | MFT modified | File | | Harness_System_Interconnect_Diagram.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 113 | 03/28/2022 16:13:16 | Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\Harness_System_Interconnect_Diagram.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 114 | 03/28/2022 16:13:16 | Accessed | File | | Harness_System_Interconnect_Diagram.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\Harness_System_Interconnect_Diagram.lnk |
| 115 | 03/28/2022 17:47:06 | Target File Last Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 116 | 03/28/2022 17:47:06 | Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 117 | 03/28/2022 17:47:06 | Modified | File | | E101_REV_A_EMA_HARNESS_old.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 118 | 03/28/2022 17:47:06 | MFT modified | File | | E101_REV_A_EMA_HARNESS_old.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 119 | 03/28/2022 17:59:33 | MFT modified | File | | E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw |
| 120 | 03/28/2022 17:59:33 | Modified | File | | E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw |
| 121 | 03/28/2022 19:38:28 | Accessed | File | | E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw |
| 122 | 03/29/2022 15:28:21 | Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\Harness Design\archive\E101_REV_A_EMA_HARNESS_old.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |
| 123 | 03/29/2022 15:28:21 | Accessed | File | | E101_REV_A_EMA_HARNESS_old.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\E101_REV_A_EMA_HARNESS_old.lnk |

Page 9 of 11

Exhibit C4, page 38



**044555 - Moog v. Skyryse**
Exhibit D - Alex Wang - Related Forensic Artifacts

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 124 | 03/30/2022 01:35:45 | Last Access Date/Time - (UTC) | Unknown | App ID | 5f7b5f1e01b83767 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 125 | 03/30/2022 01:35:45 | Target File Last Accessed Date/Time - (UTC) | Unknown | App ID | 5f7b5f1e01b83767 | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 126 | 03/30/2022 01:37:03 | Last Modified Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 127 | 03/30/2022 01:37:03 | Accessed Date/Time - (UTC) | LNK Files | Linked Path | C:\Users\Alex Wang\Desktop\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.pdf | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 128 | 03/30/2022 01:37:03 | Last Access Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 129 | 03/30/2022 01:37:03 | Accessed | File | | EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 130 | 03/30/2022 01:37:03 | Modified | File | | EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 131 | 03/30/2022 01:37:03 | MFT modified | File | | EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\EXAMPLE_E101_REV_A_EMA_HARNESS_draft.lnk |
| 132 | 03/30/2022 01:44:16 | Last Modified Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 133 | 03/30/2022 01:44:16 | Accessed Date/Time - (UTC) | LNK Files | Linked Path | G:\.shortcut-targets-by-id\1mkmcE2mjDlj8xEMyAHsBCXYh96vfmdZu\RYSEEE\DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 134 | 03/30/2022 01:44:16 | Accessed | File | | DATA_HARNESS_E_SIZE.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 135 | 03/30/2022 01:44:16 | Modified | File | | DATA_HARNESS_E_SIZE.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 136 | 03/30/2022 01:44:16 | MFT modified | File | | DATA_HARNESS_E_SIZE.lnk | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\DATA_HARNESS_E_SIZE.lnk |
| 137 | 03/30/2022 02:01:04 | Modified | File | | DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\Desktop\Harness Design\DATA_HARNESS_E_SIZE.tcw |
| 138 | 03/30/2022 02:01:04 | MFT modified | File | | DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\Desktop\Harness Design\DATA_HARNESS_E_SIZE.tcw |



**044555 - Moog v. Skyryse**
**Exhibit D - Alex Wang - Related Forensic Artifacts**

| Ref # | Date/time | Date/time attribute | Type | Item name | Item value | Source |
|---|---|---|---|---|---|---|
| 139 | 03/30/2022 18:33:08 | Accessed | File | | DATA_HARNESS_E_SIZE.tcw | C:\Users\Alex Wang\Desktop\Harness Design\DATA_HARNESS_E_SIZE.tcw |
| 140 | 03/31/2022 17:53:55 | Last Access Date/Time - (UTC) | Unknown | App ID | f065ac336abcaa3e | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 141 | 04/06/2022 17:07:28 | Modified | File | | f065ac336abcaa3e.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 142 | 04/06/2022 17:07:28 | MFT modified | File | | f065ac336abcaa3e.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 143 | 04/06/2022 17:07:29 | Accessed | File | | f065ac336abcaa3e.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\f065ac336abcaa3e.automaticDestinations-ms |
| 144 | 04/06/2022 17:16:51 | Modified | File | | 14565599fabd2c03.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 145 | 04/06/2022 17:16:51 | MFT modified | File | | 14565599fabd2c03.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 146 | 04/06/2022 17:18:38 | Accessed | File | | 14565599fabd2c03.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\14565599fabd2c03.automaticDestinations-ms |
| 147 | 04/06/2022 17:21:49 | Accessed | File | | 5f7b5f1e01b83767.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 148 | 04/06/2022 17:21:49 | Modified | File | | 5f7b5f1e01b83767.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |
| 149 | 04/06/2022 17:21:49 | MFT modified | File | | 5f7b5f1e01b83767.automaticDestinations-ms | C:\Users\Alex Wang\AppData\Roaming\Microsoft\Windows\Recent\AutomaticDestinations\5f7b5f1e01b83767.automaticDestinations-ms |