# EXHIBIT D1



**DR. MICHAEL J. DREIKORN**
**CURRICULUM VITAE**
03/02/2023

Name:        Michael J. Dreikorn, Ed.D.

Location:    POB 1457, Vieques, PR 00765

DoB:         08/05/1961

Languages:   English and German

Citizenship: USA

Area of Expertise:

> With 43 years of global industry experience, Dr. Michael Dreikorn has unique capabilities to provide leadership and technical investigation into complex issues related to civil regulatory requirements, military contract requirements, mergers and acquisitions, global business development, design, production, aircraft operations, maintenance, supply-chain, certification and knowledge-management within the Aviation, Space, Defense, Maritime and regulated high-tech industries.

Education:

> Doctorate of Education in Human Resource and Organizational Development; The George Washington University, Washington, D.C. (2009)
>
>> Dissertation: *Exploring the application of process mapping in the ontological engineering of a body of knowledge for the supplier quality engineer profession.*
>
> UTC Executive Program (Certificate); Darden School of Business, University of Virginia, Charlottesville, VA (2002)
>
> Masters of Science in Management; Friends University, Wichita, KS (1994)
>
>> Thesis: *Developing a model of harmonization: ISO9000 and the Federal Aviation Regulations.*
>
> Bachelor of Science in Professional Aeronautics; Embry-Riddle Aeronautical University, Daytona Beach, FL (1988)

Exhibit D1, page 69

Employment:

2002 – Present

PRESIDENT

The IPL Group, LLC; *Aerospace and Defense Consulting, Auditing, Training, and Engineering* (Bokeelia, FL) and ASD Experts, LLC; *Expert Witness Services* ('09-present) (Vieques, PR)

Executive in-charge of the organizational and business development of a program management, engineering, consulting, training, and auditing firm to the aviation, space, defense, and maritime industries.  Responsible for all services and products provided to clients of the firm.  Examples of products and services include: due diligence in mergers and acquisitions; troubleshooting complex organizational challenges; development of design control, production and repair systems; conduct FAA and EASA supplemental type certification projects; execution of supplier quality management and technical process risk assessments and audits for major aerospace manufacturers; risk/gap assessments between quality standards; valuation of intellectual properties for acquisition; design and deployment of professional knowledge management systems; and certification (FAA, EASA, CASA, NASA, DoE, MoD and DoD) support of various aviation, defense, and nuclear products and organizational systems.

The diversity of products and services requires the ability to rapidly understand new and evolving technologies and applications; network with industry experts to identify possible solutions and leverage common resources; manage fiscal and human resources to leverage execution of parallel projects; negotiate contracts with suppliers and customers; and expert knowledge of the aviation, space, defense, and maritime industries.

1998 – 2002

VICE PRESIDENT QUALITY ASSURANCE AND PRODUCT INTEGRITY/REGULATORY COMPLIANCE

Pratt & Whitney; *Aircraft Engines and Space Propulsion* (Hartford, CT)

Executive responsible for the compliance of the design, production and repair systems and product conformance of turbine propulsion systems at Pratt & Whitney and its extended supplier base, including risk mitigation for mergers and acquisitions.  Managing an annual organizational budget of $26-million and a direct professional workforce of over 400, provided quality, supplier control, and laboratory services to ensure the effective program execution of new and existing product lines.  Examples include the production support of the RL-10 rocket motor; development and testing of the F-135 engines for the Joint Strike Fighter (F-22 and F-35); and development, production, and certification support for the PW6000 turbo-fan for Airbus and Boeing installations, as well as various other engine models.  Dreikorn was a member of the organizational safety board and material review board and was the ultimate organizational authority for airworthiness determination.  In response to urgent

industry-wide issues, Dreikorn regularly represented the corporation to the industry and government to develop industry-wide solutions (e.g., Fastener Quality Act).

Dreikorn was responsible for management system compliance to AS9100 and customer/government requirements, performed as company liaison with airline and military customers, as well as, with various regulatory agencies, and ensured organizational resources were capable of meeting business needs.  As part of developing a world-class workforce, Dreikorn led company efforts to define business-based knowledge and skill requirements, conduct measurement of existing talent, and develop solutions to fill identified gaps.  He was also directly responsible for many of the organization's lean/six-sigma (ACE and high-impact teams) and the quality ERP (SAP) deployment.

1995 – 1998

ASSISTANT DIVISION MANAGER, PRODUCTION AND AIRWORTHINESS (AIR-201)

Federal Aviation Administration; *USA civil aviation regulatory authority* (Washington, D.C.)

As Assistant Division Manager, of the FAA's Production and Airworthiness Division (AIR-201), Dreikorn was responsible for supporting the division manager in the development of policy and regulation related to aircraft design and production systems for the U.S. civil aviation industry.  Responsibilities included, managing organizational budget of this headquarters role, which also provided core resources to the various regional and field offices.  These resources included the development of central IT solutions; training of the professional workforce; and development of an ISO9001 compliant management system.

While at the FAA, Dreikorn managed the national production surveillance program (ACSEP).  This entailed establishing an annual risk-based evaluation schedule; assignment of audit resources; performance of risk-response audits; analysis of evaluation data; and development and publishing of an annual industry evaluation report.  In efforts to harmonize production oversight practices, Dreikorn assisted the civil aviation authorities of Brazil, Israel, France, and UK in the deployment of their own national production oversight programs.

1995 – 1995

DIRECTOR QUALITY AND OPERATIONS

Edge Technologies; *Advanced Positioning/Sensor Systems* (Ames, IA)

As the Director of Operations and Quality for a high-tech micro-positioning research and development organization, Dreikorn was responsible for the development of production methods, quality control processes, development and compliance of management systems, and the commercialization of products.  The products utilized

rare-earth magnets to establish micro-positioning qualities for application in space, aviation, defense, intelligence, automotive, and printing industries.

1991 – 1994

### DIRECTOR QUALITY AND OPERATIONS

<u>Buderus Sell Aviation</u>; *Commercial Aircraft Interior Structures* (Wichita, KS)

Dreikorn was responsible for the development of design, production, and quality systems for the green-field start-up and full-production operations of a European commercial aircraft interior manufacturer.  As a member of a two-member executive team, located and constructed production facilities to enable cost-effective production of European designs in the United States.  Dreikorn, ensured facility construction met production flow and rate requirements, ensure the design and production of manufacturing and test equipment were conforming and delivered on-time and within budget, ensure knowledge transferred was successfully delivered to new-hire staff and professional personnel, and ensure that product production and inspection/test processes were capable and efficient.

Within 12 months of site selection, the organization obtained Boeing and FAA production approval.  Within 18 months, the organization received certification as an FAA-approved 14 CFR 145 repair station.  Within 24 months, the organization received the Boeing President's Award for 100% on-time delivery with 100% quality.

1987 – 1991

### QUALITY SECTION MANAGER/QUALITY PROCUREMENT SPECIALIST

<u>McDonnell Douglas Aircraft</u>; *T-45 and Commercial Programs (MD-90/MD-11)* (Long Beach, CA and Switzerland)

While at McDonnell Douglas, Dreikorn performed as a Section Manager in Development Quality of the T-45 jet-trainer aircraft and as a Quality Procurement Specialist for commercial programs in central and northern Europe.  As Section Manager, Dreikorn was responsible for program quality through development and flight testing.  This required the ability to lead a team of quality inspectors and quality engineers in the planning and deployment of product verification and validation methods and alignment of professional skill sets.  These included the planning of tool control methods, performance of first article and conformity inspections, management of material review activities, oversight and performance of validation tests such as drop and test flight, and coordination with onsite AFPRO/NAVPRO representatives.

As Quality Procurement Specialist, stationed in Europe, Dreikorn was responsible for the product and system compliance of 36 suppliers in 12 countries and the coordination of technical resources to ensure on-time quality delivery.  In addition to traditional quality methods, Dreikorn was also responsible for FAA product certification, monitoring of export controls, ensuring compliant technology transfer, and supplier cost compliance.

1987 – 1987

QUALITY ENGINEER

Northrop Electronics Division; *MX Missile Program* (Hawthorne, CA)

As a quality engineer in a class 1000 clean room environment, performed product verification activities on the guidance system of the ICBM MX (Peacekeeper) missile.

1983 – 1983

HELICOPTER MECHANIC

Airspur Helicopters; *Westland 30 commuter helicopter operations based at LAX* (Los Angeles, CA)

As a certified airframe and powerplant mechanic, Dreikorn conducted light and medium maintenance and repairs on commuter helicopters operating between LAX and regional airports.  In this role, Dreikorn also provided ramp support, including baggage control and aircraft refueling.

1980 – 1987

NONCOMISSIONED OFFICER IN CHARGE (NCOIC)

US Army; *Helicopter Operations, Maintenance, and Inspection* (W. Germany)

Served over 7 years in the U.S. Army, mostly in West Germany (1st Armored Division), performing the responsibilities of helicopter mechanic, crew chief, and technical inspector on OH-58A, UH-1H, and AH-1 helicopters.  Dreikorn was also responsible for providing leadership, as the non-commissioned officer in charge, of a remotely located flight detachment and airport operations.  Management and leadership responsibilities included planning and performance of routing and phased maintenance, planning and control of parts inventory and fuel, coordination of flight planning, and ensuring organizational skills were appropriately aligned to assigned tasks.  While in the Army, Dreikorn attended various technical schools and leadership courses, including the noncommissioned officer academy.

Certificates:

Federal Aviation Administration: Airframe and Powerplant Mechanic (1983 - Present)

Federal Aviation Administration: Inspection Authorization (1987 - Present)

Federal Aviation Administration:   Designated Airworthiness Representative – Unlimited Manufacturing Ratings (DAR) (2003-2008)

International Register of Certificated Auditors: Lead Auditor – Aerospace Quality Management Systems (1993-1999)

International Civil Aviation Organization (ICAO): Trainair Plus Certified Training Developer (2013 – Present)

US Department of Labor:  Journeyman Helicopter Mechanic (1986 - Present)

Special Appointments:

    Co-evaluator (SME) for the Sheik Mohammed bin Rashid Government Excellence Award of the UAE federal agencies Space Agency, General Civil Aviation Authority, and Telecommunications and Digital Regulatory Agency (2021)

    Co-evaluator (SME) for the Abu Dhabi Excellence Award (2017) of the Abu Dhabi Ports

    Co-evaluator (SME) for the Sheik Mohammed bin Rashid Government Excellence Award of the General Civil Aviation Authority of the UAE (2016)

    Appointed by the Secretary of the Navy to the Expert Consulting Team to the Secretary of the Navy Advisory Committee to Investigate U.S. Navy Acquisition Processes (2009)

    Leader of Blue Ribbon Investigation Panel for the Lycoming Engines Crankshaft Failures (2002-2005)

Professional Awards:

    Fellow: American Society for Quality (2013)

    The William Goeller Award of Excellence: American Society for Quality, Aviation, Space & Defense Division (03/2009)

    Service Award: International Aerospace Quality Group (2004)

    Various military medals and awards: U.S. Army (1980-1987)

Listing of Publications:

- <u>The Standard of Knowledge for the Aviation, Space and Defense Industry Quality Practitioner:  The AS&D Quality Body of Knowledge (BoK): Version 1</u> (The CPK Publishing, 2012) Book

- <u>Development and Sustainment of Process-Based Ontological Engineering based Bodies of Knowledge: KMS 10001:2011</u> (The Center for Professional Knowledge, 2011) Standard

- <u>The Aviation, Space and Defense Industry Quality Body of Knowledge (BoK) – General Narrative of the AS&D Quality Profession: ADLI-Q001:2011</u> (The Aerospace and Defense Learning Institute, 2011) Standard

- <u>What's on the horizon: More changes in the air for the U.S. aviation industry</u> (Quality Progress, November, 2009) Journal Article

- <u>Exploring the application of process mapping in the ontological engineering of a Body of Knowledge of the Supplier Quality Engineer profession</u> (The George Washington University, December 5, 2008) Dissertation

- <u>Operationalizing Communities of Practice</u> (Chief Learning Officer, October 2007) Journal Article

- The Synergy of One: Creating High Performing Sustainable Organizations through Integrated Performance Leadership; (Quality Press 2004) Book

- Turbulence Forecasted for AS&D Industry: (Quality Progress, March 2004) Journal Article

- ASQ Comment on Columbia Shuttle Accident Report (Quality Progress, September 2003) Journal Article

- Aviation Industry Quality Systems: ISO9000 and The Federal Aviation Regulations; (Quality Press/TSI, 1995) Book


Listing of Major Conference Presentations:

- Understanding Product Liability Risks Associated with Special Conditions in Civil Aviation Design Approvals; The 10th Annual McGill Conference on International Aviation Liability & Insurance; Montreal, Canada (Jun 2017)

- Personal Responsibility for Professional Growth and Performance; The American Society for Quality Technical Communities Conference; Orlando, FL (Oct 2014)

- Identifying and Managing Risk in the Aviation and Aerospace Industry:  Evolving Compliance Challenges; Product Liability Conference of the Defense Review Institute; Las Vegas, Nevada (Apr 2012)

- Understanding and Managing Changes in the Aviation Industry; The 18th International Conference of the Israel Society for Quality (Nov 2010); Tel Aviv, Israel

- "The Synergy of One" as it Applies to the Aerospace Industry; 17th Annual International Conference on ISO 9000 (Mar 2009); Orlando, Florida

- The Aging AS&D Workforce: Developing a Process-Based Body of Knowledge for the AS&D Industry; 2008 Conference on Quality for the Space and Defense Industries (Mar 2008); Cape Canaveral, Florida

- Leading in a Climate of Change (Keynote Address); American Society for Quality – Management Division Conference (Feb 2008); Orlando, Florida

- Managing Value Stream Risk; Society of Automotive Engineers AeroTech Congress (Sep 2007); Los Angeles, California

- Applying Root Cause and Corrective Action in the Aerospace and Defense Industry; NASA Quality Leadership Forum (Mar 2007); Cape Canaveral, Florida

- Developing an Industry Certification Scheme: An update to the Development of the Aviation, Space & Defense Body of Knowledge ; 2007 Conference on Quality for the Space and Defense Industries (Mar 2007); Cape Canaveral, Florida

- Integrating Reliability and Building a Safety Culture: Systems and People; 2006 Aviation Week Lean Six Sigma Forum (Nov 2006); Phoenix, Arizona

- Managing Knowledge in the Aviation, Space, and Defense Industry; NASA Quality Leadership Forum (Sep 2006); Los Angeles, California

- <u>The Aviation, Space & Defense Body of Knowledge</u>; 2006 Conference on Quality for the Space and Defense Industries (Mar 2006); Cape Canaveral, Florida

- <u>Body of Knowledge for the Quality Practitioner</u>; American Society for Quality World Quality Congress (May 2006); Milwaukee, Wisconsin

- <u>Integrated Knowledge Management</u>; American Society for Quality World Quality Congress (May 2005); Seattle, Washington

- <u>Waiting for the Right Queue: Cultivating a Quality Culture That Could Keep The Maritime Industry Afloat;</u> American Society for Quality World Quality Conference (May 2005) Seattle Washington

- <u>Leading for Performance</u>; Korea 2005 International Aviation Symposium (May 2005); Seoul, Korea

- <u>Applying AS9100B</u>; NASA Quality Leadership Forum (Dec 2004); Lake Buena Vista, Florida

- <u>Cost Effectiveness and Productivity: Focusing on Safety, Reliability, Maintenance and Cost Effectiveness in Today's Environment (Panelist)</u>; 2004 Civil Aviation Safety Symposium (Sep 2004); Dallas, Texas

- <u>Leading for Integration</u>; 2004 Civil Aviation Safety Symposium (Sep 2004); Dallas, Texas

- <u>VISION Process, Centers, and Networks;</u> American Society for Quality World Quality Congress (May 2004); Toronto, Canada

- <u>The Synergy of One</u>; American Society for Quality – Management Division Conference (Mar 2004); Orlando, Florida

- <u>Introducing Integrated Performance Leadership;</u> American Society for Quality World Quality Congress (May 2003); Kansas City, Missouri

- <u>Leading for Sustainable Performance;</u> American Society for Quality – Flight into the Future Conference (Oct 2003), Van Nuys, CA

- <u>Achieving Competitive Advantage</u>; 7th Annual Florida Sterling Quality Conference (Jul 1999); Orlando, Florida


Professional Affiliations

- American Society for Quality: Fellow (1993-present)

  Aviation, Space & Defense Division: Board Member (1996-2006); Chairman (2001-2006); Executive champion for the Body of Knowledge (BoK) development project (2005-2009); Education Chair (2006-2016)

- Performance Review Institute – Nadcap (SAE): Board Member (1998-2002)

  Responsible for bringing the UTC family of aerospace companies into the Nadcap process

- KPMG Quality Registrar:  Technical Advisory Committee (1996-2002)

- International Aerospace Quality Group – Founding Council Member (1998-2002); Member (1998-present)

    One of the original authors of AS9100, AS9110, and AS9102

- The Aviation, Space & Defense Learning Institute – Founder/Executive Director (2005–present)

    Author of the ADLI AS&D Body of Knowledge

- Society for Organizational Learning (at MIT): Founding Research Committee Member (1998-2002); Member (1998-2009)

- Government and Industry Quality Liaison Panel: FAA representative for implementation of Single Process Initiative (SPI) (1996-1998)

    SPI lead to the process of block changes allowing ISO9001 to replace MIL-STD-9858A in government contracts

- American Institute for Aeronautics and Astronautics: Senior Member (1993-present)

- Aeronautical Repair Station Association: Member (2004-present)

- Society for Automotive Engineers: Member (2007-present)

- Professional Aircraft Mechanics Association: Member (1987–present)

- Society of Naval Architects Quality Committee – Founding Member (2010-present)


Civic Engagment:

- President of the Bokeelia Civic Association (2007-present)

- Board Member Freedom and Virtue Institute (501(c)3) (2016-2018)

- Commissioner for Matlacha/Pine Island Fire Control District (2015-2022)

- Board Member, Greater Pine Island Water Association (2015-present)

- Candidate for Florida State Senate (2014)

- Candidate for U.S. Congress – FL CD-19 (2014)


Prior Testimony (7):

- <u>MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc.</u>, June 21-22, 2021, Federal (Jury) Trial Testimony in Dallas, TX (Engaged by MAG through Jackson Walker, LLP); U.S. District Court Northern District of Texas, Dallas Division, In Cause 3:9-CV-01378-S.

- <u>TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc.</u>, 02/26/2021, Testimony to International Tribunal (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

- Gershfeld vs. Champion Aerospace, Inc.; March 18-19, 2019, Bench Trial in Santa Ana, CA (Engaged by Champion through Jones Day); Superior Court of the State of California, County of Orange; In Case 30-2012-00621608-CU-MT-CXC.

- Skurka Aerospace vs. Eaton Aerospace;  April 5, 2012, Federal (Jury) Trial Testimony in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Raytheon Co. vs. Anixter, Inc.; August 24-25, and September 30, 2010, Arbitration Trial Testimony in Tucson, AZ (Engaged by Anixter through Cozen O'Connor); American Arbitration Association, Case No.: AAA 76 125 Y 000158 JMLE

- Skurka Aerospace vs. Eaton Aerospace;  December 15-16, 2009, Federal Trial Testimony in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Huck International, Inc. vs. Southwire Company; March 24-26, 2004;  Arbitration Testimony in Los Angeles, CA (Engaged by Huck Intl/Alcoa through Leboeuf, Lamb, Greene & McRae, LLP)  Judicial Arbitration and Mediation Services


Prior Depositions (23):

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Virtual Deposition on 02/24/2023 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Estate of William Goldman et. al vs Cirrus Design Corporation et. al, Deposition on 02/20/2023 (Engaged by Reed Smith, LLP on behalf of Lycoming), Superior Court of the State of California for the County of San Mateo, Case Number: 19-CIV-03871.

- United States of America, Ex Rel. Peter J. Bonzani, Jr., vs. Raytheon Technologies Corp, Pratt & Whitney Division, Virtual Deposition on 07/19/2022 (Engaged by Day Pitney, LLP on behalf of Pratt & Whitney), United States District Court District of Connecticut, Civil Action No., 3:16-cv-1730.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Virtual Deposition on 01/31/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf of Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Byrd el al. vs Lycoming Engines, et al., Deposition in Providence, RI on 11/02/2021 (Engaged by Womble Bond Dickson, LLP on behalf of Lycoming); State of North Caroline County of Buncombe in the General Court of Justices, Superior Court Division, in civil action 17 CVS 1977.

- MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc., Deposition in Dallas, TX on 02/03/2021, (Engaged by MAG through Jackson Walker, LLP); U.S. District Court Northern District of Texas, Dallas Division, In Cause 3:9-CV-01378-S.

- Kevin Murphy vs Precision Castparts Corp, Deposition in New York City on 07/23/2019 (Engaged by Labaton Sucharow LLP on behalf of Murphy (Class)); United States District Court, District of Oregon, Portland Division, in case 3:16-CV-00521.

- MD Helicopters, Inc. vs The Boeing Company, Deposition in Phoenix, AZ on 01/15/2019 (Engaged by LeClair Ryan on behalf of MD Helicopters); United States District Court for the State of Arizona, in Case No. 2:17-cv-02598-JAT.

- Gershfeld vs. Champion Aerospace, Inc.; Deposition in Ft. Myers Beach, FL on June 13, 2017 (Engaged by Champion through Jones Day); Superior Court of the State of California, County of Orange; In Case 30-2012-00621608-CU-MT-CXC.

- Avco Corp, et al. vs. Turn & Bank Holdings, LLC et al.; Deposition in Ft. Myers, FL on February 03, 2017 (Engaged by Avco through Chamberlain, Hrdlicka, White, Williams & Aughtry, LLP); U.S. District Court, Middle District of Pennsylvania; In Case No. 4:12-CV-01313-MWB.

- Stewart, et al. vs. American Eurocopter Inc, et al.; Deposition in Ft. Myers, FL on January 26, 2017 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. CV2010-051913, CV2010-033223, CV2012-003839, and CV2012-003920 (Consolidated).

- Jerome Louis Spaulding vs. State Farm Mutual Automobile Insurance Company; Deposition in Ft. Myers, FL on September 28, 2016 (Engaged by State Farm through Lewis, Brisbois, Bisgaard & Smith, LLP); U.S. District Court for Washington in Seattle; in Civil Action No. 2:14-cv-00307 SMJ

- Spirit AeroSystems, Inc v. SPS Technologies, LLC et al., October 04, 2012 (Engaged by SPS Technologies, LLC, through Stoel Rives, LLP); Deposition in Chicago, IL; United States District Court for the District of Kansas, in Civil Action No. 09-cv-1144-EFM-DWB

- The United States of America ex rel vs. The Boeing Co., et al.; June 25-26, 2012, Deposition in Chicago, IL (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Skurka Aerospace vs. Eaton Aerospace;  December 19, 2011, Deposition in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- The United States of America, ex rel. vs. Lockheed Martin, Corp.; September 27, 2011 Deposition in Cincinnati, OH (Engaged by Lockheed Martin through Vorys, Sater, Seymour and Pease LLP); U.S. District Court, Southern District of Ohio, Western Division; In Case No. 1:99-CV-285

ASD
EXPERTS
Responsive. Credible. Relevant.

- Scott vs. MD Helicopters, Inc.; June 28, 2011 Deposition in Ft. Myers, FL (Engaged by Scott through Monsees, Miller, Mayer, Presley and Amick, P.C.); U.S. District Court, Middle District of Florida; Case 8:09-CV-00986-VMC

- Raytheon Co. vs. Anixter, Inc.; August 10, 2010, Deposition in Tucson, AZ (Engaged by Anixter through Cozen O'Connor); In American Arbitration Association, Case No.: AAA 76 125 Y 000158 JMLE

- Skurka Aerospace vs. Eaton Aerospace;  December 08, 2009, Deposition in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Romeo Bravo, Inc, et al. vs. Lycoming Engines; February 13, 2008 Deposition in Cleveland, OH; Class action certified in the Eastern District of California; (Engaged by Lycoming Engines through Ryan & Fong, LLP; and Jones Day, LLP)

- Dean & Weiler vs. Raytheon Aircraft Company; November 06, 2006; Deposition in Ft. Myers, Florida (Engaged by Raytheon Aircraft Company through Martin, Pringle, Oliver, Wallace & Bauer, LLP)

- New Piper vs. Textron Lycoming;  May 23 2006 Deposition in Taipei, Taiwan; Arbitration filed in Pittsburg, PA; (Engaged by Textron Lycoming through Jones Day, LLP)

- Huck International, Inc. (division of Alcoa) vs. Southwire Company; March 19, 2004; Judicial Arbitration and Mediation Services in Los Angeles, California (Engaged by Huck Intl/Alcoa through Leboeuf, Lamb, Greene & McRae, LLP)


Prior Expert Reports/Affidavits/Declarations (63)

- Ricks et. al v Cadorath Aerospace Lafayette, Expert Report on 03/02/2023 (Engaged by JonesFussell, LLP on behalf of Cadarath), 15th Judicial District Court Parish of Lafayette, State of Louisiana, Case No. 15-6686.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Expert Report Revision on 01/30/2023 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Starr Indemnity & Liability Co, (Starr) vs. StandardAero Business Aviation Services, LLC, Expert Report on 11/13/2022 (Engaged by Siboni Law Firm on behalf of Starr), United States District Court Middle District of Florida Fort Myers Division, Case No. 2:21-CV-00747-JLB-NPM.

- Colombian Air Force Purchasing Agency (ACOFA) vs. Union Temporal OVL-CVRA Helicopteros 2018 LLC, Revised Preliminary Expert Report on 10/29/2022 (Engaged by Rodriguez-Albizu Law on behalf of ACOFA).

- United States of America, Ex Rel. Peter J. Bonzani, Jr., vs. Raytheon Technologies Corp, Pratt & Whitney Division, Expert Report 06/21/2022 (Engaged by Day Pitney,

LLP on behalf of Pratt & Whitney), United States District Court District of Connecticut, Civil Action No., 3:16-cv-1730.

- <u>Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company</u>, Declaration on 03/21/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- <u>Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company</u>, Declaration on 03/18/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- <u>Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company</u>, Revised Expert Report on 01/30/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- <u>Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company</u>, Expert Rebuttal Report on 01/22/2022 (Engaged by Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- <u>Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company</u>, Expert Report on 12/21/2021 (Engaged by Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- <u>Colombian Air Force Purchasing Agency (ACOFA) vs. Union Temporal OVL-CVRA Helicopteros 2018 LLC</u>, Preliminary Expert Report on 10/12/2021 (Engaged by Rodriguez-Albizu Law on behalf of ACOFA).

- <u>TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc.</u>, Supplemental Expert Report on 12/01/2020 (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

- <u>MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc.</u>, Rebuttal Expert Report on 10/12/2020 (Engaged by Jackson Walker L.L.P on behalf of MAG Aerospace); United States District Court for the Northern District of Texas, Dallas Division, Cause No.: 3:9-CV-01378-S.

- <u>MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc.</u>, Expert Report on 08/24/2020 (Engaged by Jackson Walker L.L.P on behalf of MAG Aerospace); United States District Court for the Northern District of Texas, Dallas Division, Cause No.: 3:9-CV-01378-S.

- <u>MD Helicopters, Inc vs. The Boeing Company</u>, Expert Report on 07/13/2020 (Engaged by LeClair Ryan, LLP on behalf of MD Helicopters); United States District Court for the State of Arizona, Case No.: 2:17-cv-02598-JAT.

- TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc., Expert Report on 05/15/2020 (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

- Byrd el al. vs Lycoming Engines, Expert Report on 01/30/2020 (Engaged by Womble Bond Dickson, LLP on behalf of Lycoming); State of North Caroline County of Buncombe in the General Court of Justices, Superior Court Division, in civil action 17 CVS 1977.

- Turn and Bank Holdings, LLC and Precision Airmotive, LLC vs AVCO Corporation and Avstar Fuel Systems, Inc, Affidavit on 10/11/2019 (Engaged by Crowell & Moring, LLP on behalf of Avstar); United States District Court, Middle District of North Carolina, in case 1:19-CV-0503-CCE-LPA.

- Raven's Holdings Aviation, LLC vs Dallas Airmotive, Expert Report on 09/11/2019 (Engaged by Siboni & Buchanan, PLLC on behalf of Raven's); United States District Court, Middle District of Florida, Ocala Division, in case 5:18-cv-00547-JSM-PRL.

- Kevin Murphy vs Precision Castparts Corp, Expert Report on 03/22/2019 (Engaged by Labaton Sucharow LLP on behalf of Murphy (Class)); United States District Court, District of Oregon, Portland Division, in case 3:16-CV-00521.

- Jetsuite vs Textron Aviation, et al., Submission for Mediation on 01/22/2019 (Engaged by Shook, Hardy & Bacon L.L.P. behalf of Jetsuite); Superior Court of the State of California for the County of Orange.

- MD Helicopters, Inc. vs The Boeing Company, Expert Report on 07/13/2018 (Engaged by LeClair Ryan on behalf of MD Helicopters); United States District Court for the State of Arizona, in Case No. 2:17-cv-02598-JAT.

- MAG Aerospace Industries, Inc. vs. Aveox, Inc., Expert Report on 06/05/2018 (Engaged by Kilpatrick Townsend & Stockton, LLP on behalf of MAG); Superior Court of the State of California for the County of Los Angeles, in Case No. BC62919.

- Robinson vs. Bell Helicopter Textron, Inc., Expert Report on 01/24/2018 (Engaged by Baum, Hedlund, Aristei & Goldman PC on behalf of Robinson); United States District Court for the Central District of California, in Case No. 2:17-cv-05709-R-AFM.  LAFD Fire 3 matter.

- Stewart, et al. vs. American Eurocopter Inc, et al.; Affidavit on 09/04/2017 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. CV2010-051913, CV2010-033223, CV2012-003839, AND CV2012-003920 (Consolidated).

- Gershfeld vs. Champion Aerospace, Inc.; Expert Report on 04/07/2017 (Engaged by Champion through Jones Day, LLP); Superior Court of the State of California, County of Orange, Civil Complex Center; Class Action; Case No. 30-2012-00621608-CU-MT-CXC.

- Skybolt Aeromotive Corp. vs. MilSpec Products, Inc. et al.; Affidavit on 04/07/2017 (Engaged by MilSpec through South Milhausen, LLP); United States District Court,

Middle District of Florida, Ocala Division; In Civil Action Case No.: 5:16-CV-616-OC-30PRL.

- Avco Corp, et al. vs. Turn & Bank Holdings, LLC et al.; Expert Report on 12/12/2016 (Engaged by Avco through Chamberlain, Hrdlicka, White, Williams & Aughtry, LLP); U.S. District Court, Middle District of Pennsylvania; In Case No. 4:12-CV-01313-MWB.

- Stewart, et al. vs. American Eurocopter Inc, et al.; Expert Report on 06/30/2016 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. Case No.:  CV2010-051913, CV2010-033223, CV2012-003839, AND CV2012-003920 (Consolidated).

- Rotor Maxx Support, Ltd vs. Minister of Transport; Expert Affidavit on 03/29/2016 (Engaged by Rotor Maxx through Parlee McLaws, LLP); Canadian Federal Court in Action No. T-2586-14

- Jerome Louis Spaulding vs. State Farm Mutual Automobile Insurance Company; Expert Report on 07/07/2015 (Engaged by State Farm through Lewis, Brisbois, Bisgaard & Smith, LLP); U.S. District Court for Washington in Seattle; in Civil Action No. 2:14-cv-00307 SMJ

- The United States of America ex rel vs. The Boeing Co., et al. ; Expert Declaration on 04/11/2013 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- The United States of America ex rel vs. The Boeing Co., et al. ; Expert Rebuttal Report on 10/31/2012 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Spirit AeroSystems, Inc v. SPS Technologies, LLC et al., Expert Report on 08/24/2012 (Engaged by SPS Technologies, LLC, through Stoel Rives, LLP); United States District Court for the District of Kansas, in Civil Action No. 09-cv-1144-EFM-DWB

- The United States of America, ex rel. v. DSE, Inc. et al., Declaration on 07/19/2012 (Engaged by Kaman Precision Products, Inc. through Crowell & Moring LLP); United States District Court for the Middle District of Florida, in Case No. 8:08-cv-02416-SDM-EAJ

- The United States of America, ex rel. v. DSE, Inc. et al., Expert Report on 04/02/2012 (Engaged by Kaman Precision Products, Inc. through Crowell & Moring LLP); United States District Court for the Middle District of Florida, in Case No. 8:08-cv-02416-SDM-EAJ

- The United States of America, ex rel. vs. Lockheed Martin, Corp.; Expert Report on 07/21/2011 (Engaged by Lockheed Martin through Vorys, Sater, Seymour and Pease LLP); U.S. District Court, Southern District of Ohio, Western Division; In Case No. 1:99-CV-285

- Enpat, Inc. vs. Harry Shannon; Declaration on 05/31/2011 (Engaged by Enpat through Hayworth, Chaney & Thomas, PA); U.S. District Court, Middle District of Florida; In Case No. 8:10-cv-02013-VMC-AEP

- Enpat, Inc. vs. Harry Shannon; Expert Report on 03/31/2011 (Engaged by Enpat through Hayworth, Chaney & Thomas, PA); U.S. District Court, Middle District of Florida; In Case No. 8:10-cv-02013-VMC-AEP

- The United States of America ex rel vs. The Boeing Co., et al. ; Declaration on 03/23/2011 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Scott vs. MD Helicopters, Inc.; Expert Report on 02/21/2011 (Engaged by Scott through Monsees, Miller, Mayer, Presley and Amick, P.C.); U.S. District Court, Middle District of Florida; Case 8:09-CV-00986-VMC

- The United States of America ex rel vs. The Boeing Co., et al.; Declaration on 02/11/2011 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- The United States of America ex rel vs. The Boeing Co., et al. ; Expert Report on 12/22/2010 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Skurka Aerospace vs. Eaton Aerospace; Expert Report on 12/13/2010 (Engaged by Skurka through Porter Wright Morris and Arthur, LLP); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Eagle Helicopter AG vs. McTurbine, Inc et al.; Expert Report on 11/18/2010 (Engaged by McTurbine through Brown, Dean, Wiseman, Proctor, Hart, & Howell L.L.P); In the United States District Court, Southern District of Texas, Corpus Christi Division, Civil Action No. 09-262

- Paullus vs. McTurbine, Inc et al.; Expert Report on 06/25/2010 (Engaged by McTurbine through Hartline, Dacus, Barger, Dreyer & Kern, L.L.P); In the Court of Law No. 2, Nueces County, Texas, Cause No. 08-60524-2

- Raytheon Co. vs. Anixter, Inc.; Expert Disclosure on 06/18/2010 (Engaged by Anixter through Cozen O'Connor); In American Arbitration Association, Case No. AAA 76 125 Y 000158 JMLE

- BCM Majestic Corp. vs. PATS Aviation, LLC; Expert Report on 04/28/2010 (Engaged by BCM through Conner & Winters, LLP); In the United States District Court for the District of Delaware, Case No. 1:09-CV-0058-SLR

- Cherry et al., vs. Lycoming Engines et al., Expert Report on 04/08/2010 (Engaged by Lycoming Engines through Cozen O'Connor); In the Circuit Court of the County of Chesterfield, Virginia, Case No. CL-09-11981

- Pridgen et al. vs. Lycoming Engines et al.; Affidavit on 03/15/2010 (Engaged by Lycoming Engines through Cozen O'Connor); In the Court of Common Pleas of Philadelphia County; July Term 2001; Case No. 003838 and 004008

- McCarty vs. Precision Airmotive et al.; Expert Report on 11/09/2009 (Engaged by Lycoming Engines through Banker Lopez Gassler P.A.); In the Twelfth District Judicial Court in and for Sarasota County, State of Florida; Case No. 2006CA4596NC

- Skurka Aerospace vs. Eaton Aerospace; Supplemental Affidavit on 05/27/2010 and Affidavit on 11/04/2009 (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Melissa Air vs. Big Sky Aviation, et al.; Expert Report on 06/02/2009 (Engaged by Melissa Air through L. Duffy, PA)

- Stewart vs. Precision Airmotive, et al.; Expert Report on 05/04/2009 (Engaged by Precision Airmotive through Perkins Coie); Court of Common Pleas Philadelphia County; 2007; Case No. 003200

- Berenholz (Titov) vs. Precision, et al.; Expert Report on 19 February, 2009 (Engaged by Precision Airmotive through Perkins Coie); Court of Common Pleas of Philadelphia County, March Term 2007, Case No. 001017

- Estate of Robert James Little, et al. vs. Piper Aircraft Company, et al.; Expert report on 16 January, 2009 (Engaged by Precision Airmotive through Perkins Coie); U.S. District Court Central District of California, Case No. CV 07-1815 VFB(FFMx)

- Estate of John O. Swanstrom, et al. vs. Teledyne Continental Motors, et. al.; Affidavit on 03 October, 2008 (Engaged by Continental through McKenna, Long & Aldridge, LLP); Circuit Court of Mobile County, Alabama, Case No. CV-04-730

- Estate of Michael Young, Deceased, et al. vs. Precision Airmotive, Lycoming Engines, et al.; Expert report 30 September, 2008 (Engaged by Precision and Lycoming through Perkins Coie; and Wiles, Boyle, Burkholder & Bringardner Co., LPA); Cuyahoga County Court of Common Pleas, Ohio, Case No. CV 07 618137

- Romeo Bravo, Inc, et al. vs. Lycoming Engines; Expert report 25 January, 2008; Class action certified in the Eastern District of California (Engaged by Lycoming Engines through Ryan & Fong, LLP; and Jones Day, LLP)

- Nenov vs. Richardson, Weinstein, Chromalloy Gas Turbine Corp., and Sequa Corp.; Expert report July 06, 2007 (Engaged by Nenov) U.S. Dept. of Labor Administrative Court

- Dean & Weiler vs. Raytheon Aircraft Company; Expert report 25 August, 2006; (Engaged by Raytheon Aircraft Company through Martin, Pringle, Oliver, Wallace & Bauer, LLP)

- Bradley Haubrich, et al. vs BTS Enterprises, Inc, et. al; Expert report June 15, 2006 (Engaged by Textron Lycoming through Cowles & Thompson, LLP) 67th Judicial District Court of Tarrant County, Texas

- New Piper vs. Textron Lycoming;  Expert report May 15, 2006; Arbitration, (Engaged by Textron Lycoming through Jones Day, LLP)

- <u>Michael Robinson vs. Textron Lycoming</u>; May 15, 2006 (Engaged by Textron Lycoming through Hagerty & Brady, LLP) U.S. Federal Court in New York

Listing of specialized aviation related training available upon request.