# EXHIBIT D5

THIS TECHNICAL DATA/DRAWING/DOCUMENT CONTAINS...

| REVISIONS |
|---|

| ZONE | REV | DESCRIPTION | DATE | APPROVED |
|---|---|---|---|---|
| | B | SEE EO UE1039N14 | 20110205 | RJM/MEL |
| | C | SEE EO UE10A3810 | 20170508 | MJN/RJM |
| | D | SEE EO UE104M95 | 20180215 | MJN/RJM |
| | E | SEE EO UE106A996 | 20191017 | MJN/RJM |
| | F | SEE EO UE10A9386 | 20210313 | MJN/RJM |

**NOTES:**

1. FLUIDS AND SEAL MATERIALS:

   FLUID TYPE: DEPENDENT ON SEAL MATERIAL.

   SEAL MATERIAL:
   PETROLEUM BASE: BUNA OR VITON
   WATER-GLYCOL: BUNA
   PHOSPHATE ESTER: VITON

   RECOMMENDED VISCOSITY RANGE AT 100°F (38°C): 10 TO 97 MM²/S (cSt).

   CLEANLINESS LEVEL PER ISO 4406:
   NORMAL LIFE: 17/14/11
   LONG LIFE: 15/13/10

2. STANDARD AMBIENT TEMPERATURE RANGE: (22°F (50°C) MAX).
   FLUID TEMPERATURE RANGE: -20°F TO 275°F (-29°C TO 135°C).

3. POLARITY OPERATION: FLOW OUT CONTROL PORT "B" WHEN:
   SERIES COILS: A+, D-, B & C TIED
   PARALLEL COILS: A & D TIED +, B & D TIED -
   SINGLE COIL: A+, B- OR C+, D-

4. POLARITY OPERATION: FLOW OUT CONTROL PORT "B" WHEN:
   SINGLE COIL: A+, B- OR C+, D- OR E+, F-

5. ELECTRICAL CONNECTOR MATES WITH:
   4-PIN: MS3106-14S-2S OR EQUIVALENT
   6-PIN: MS3106-14S-6S OR EQUIVALENT

6. DIMENSIONS ARE FOR REFERENCE ONLY.
   DIMENSIONS IN BRACKETS [ ] ARE IN MILLIMETERS.

7. PORTS P, T, A, B:
   ⌴ .746 [18.95] I.D. X .937 [23.8] O.D. ⌓ .052 [1.32].
   O-RINGS: .801 [20.35] I.D. X .070 [1.78] CROSS SECTION (UNIVERSAL SIZE -019).

8. PORT X:
   ⌴ .31 [7.9] I.D. X .502 [12.75] O.D. ⌓ .052 [1.32].
   O-RING: .364 [9.25] I.D. X .070 [1.78] CROSS SECTION (UNIVERSAL SIZE -012)

6-PIN ELECTRICAL CONNECTOR (OPTIONAL)

4-PIN ELECTRICAL CONNECTOR (STANDARD)

9. VALVES ARE SUPPLIED WITH PROVISIONS FOR EITHER INTERNAL OR EXTERNAL PORTING OF PILOT STAGE SUPPLY.

10. FLOW OUT CONTROL PORT B: INCREASES WITH CLOCKWISE ROTATION.

11. SURFACE TO WHICH VALVE IS MOUNTED REQUIRES 63/ [1.6/] ⌓ .002 [0.05].

12. SUGGESTED MOUNTING SCREWS:
    3/8-16 X 2.00 LONG (M10 X 50 LONG) SOCKET HEAD CAP SCREWS.

13. APPROXIMATE WEIGHT:
    ALUMINUM MATERIALS (3000 PSI)....8 LBS.
    STEEL MATERIALS (5000 PSI)......16 LBS.

ELECTRICAL SCHEMATIC (A B C D)

ELECTRICAL SCHEMATIC (A B C D E F)

4X Ø .406 [10.31] THRU
MOUNTING HOLES

1.69 [43.7]
2.875 [73.02]
1.688 [42.88]
3.375 [85.72]
2.01 [51.1]
4.02 [102.1]
3.03 [77]

REPLACEABLE FILTER ACCESS COVER

2.75 [69.8]
1.97 [50]

OPTIONAL CONNECTOR ORIENTATION OVER CONTROL PORT A

5.17 [131.2]
2.24 [56.0]
3.89 [98.8]
Ø 2.38 [60.5] BOTH ENDS

BX  A
P

6.70 [170.2]

OPTIONAL MAGNETIC NULL ADJUST
OPTIONAL MECHANICAL NULL ADJUST

4.65 [118]
3.27 [83.1]
1.50 [38.1]
2.75 [69.8]

LOCATING PIN
Ø .250 [6.35]
.28 [7.1]
1.38 [34.9]
MOUNTING HEIGHT

1.000 [25.4]
.750 [19.05]
2.000 [50.8]

PILOT PRESSURE PORT "X"
PRESSURE PORT "P"
CONTROL PORT "A"
.750 [19.05]
1.500 [38.1]
2.000 [50.8]
1.000 [25.4]

CONTROL PORT "B"
RETURN PORT "T"

REFERENCE MOUNTING PATTERN SPECIFICATION
ISO 10372-06-05-0-92

**MOOG**
MOOG INC., EAST AURORA, NY 14052

INSTALLATION,
-072 SERIES,
MAGNETIC NULL ADJUST

CA7966B
E 94697

INTERNATIONAL PART