# EXHIBIT D6



# SUPPORTED HARDWARE
## TEST SOFTWARE 3.24

SUMMARY OF SUPPORTED HARDWARE FOR TEST APPLICATION SOFTWARE

ISSUE: Q20210128_JK_1
DATE: JANUARY 2021

WHAT MOVES YOUR WORLD

MOOG



# MOOG TEST SOFTWARE 3.24 RELEASE; SUPPORTED HARDWARE

| Moog Test Controller | |
|---|---|
| Module | Partnumber |
| Central Processing Unit (CPU) | CB88617-301 |
| UNO-2483G INDUSTRIAL PC | CC15225-101 |
| Test Controller Unit (TCU) | CB88612-302 |
| Manifold Controller Unit (MCU) | CB88613-302 |
| Bridge Conditioning Unit (BCU) | CC35416-301 |
| General Purpose IO Unit (GPIOU) | CC35415-301 |
| Field Coupler Unit (FCU) | CB88614-301 |

| Legacy Test Controller** | |
|---|---|
| Module | Partnumber |
| Portable Test Controller (PTC) (1.8GHz) | STO03014-204<br>STO03014-205<br>STO03014-206 |
| Modular Test Controller (MTC) | CA88427-303<br>CA88427-304 |
| STX Supervisor Rack (STX) (1.8GHz) | STX06009-202<br>STX06009-203<br>STX06009-204 |
| SmarTest Controller Unit (SCU) | SCU04200-401<br>SCU04200-402<br>SCU04200-403<br>SCU04200-405 |
| Fnet Manifold Controller Unit | CA67777-301 |
| Test Controller Unit (SCU incl.LVDT2 & acc) | SCU04200-405 |
| Test Dig I/O 8In 8Out (incl. Interface Panel 3U/4HP and flatcable) | SDF03017 |
| Test High Current Dig I/O (incl. Interface Panel 3U/8HP and flatcable) | UIO06113-305 |
| Test Thermocouple Card (excl. panel & cable) | CA70760-301 |
| Test Straingage Ampl. 6Ch incl. add-on board | SSA06345-201 |
| Test Vibration Controller pcb 6Ch Accel. Input & 8 Ch An Output | SVC04280-301 |
| Test An I/O 8 Ch pcb | SAI03180-403 |
| Test An In 16 Ch pcb | SAI06220-400 |
| EtherCAT UHI module | CB20326-301 |

** Legacy Test Controller modules have published End-of-Life dates

Moog Proprietary and Confidential Information
This Document contains information that is proprietary to, and is the express property of Moog Inc., or Moog Inc. subsidiaries except as expressly granted by contract or by operation of law and is restricted to use by only Moog employees and other persons authorized in writing by Moog or as expressly granted by contract or by operation of law. No portion of this Document shall be reproduced or disclosed or copied or furnished in whole or in part to others or used by others for any purpose whatsoever except as specifically authorized in writing by Moog Inc. or a Moog Inc. subsidiary.

1

# TAKE A CLOSER LOOK.

Moog designs a range of products that complement the performance of those featured in this document. Visit our website for more information and the Moog facility nearest you.

**Argentina**
+54 11 4326 5916
info.argentina@moog.com

**Australia**
+61 3 9561 6044
info.australia@moog.com

**Brazil**
+55 11 3572 0400
info.brazil@moog.com

**Canada**
+1 716 652 2000
info.canada@moog.com

**China**
+86 21 2893 1600
info.china@moog.com

**Finland**
+358 10 422 1840
info.finland@moog.com

**France**
+33 1 4560 7000
info.france@moog.com

**Germany**
+49 7031 622 0
info.germany@moog.com

**Hong Kong**
+852 2 635 3200
info.hongkong@moog.com

**India**
+91 80 4057 6605
info.india@moog.com

**Ireland**
+353 21 451 9000
info.ireland@moog.com

**Italy**
+39 0332 421 111
info.italy@moog.com

**Japan**
+81 46 355 3767
info.japan@moog.com

**Korea**
+82 31 764 6711
info.korea@moog.com

**Luxembourg**
+352 40 46 401
info.luxembourg@moog.com

**The Netherlands**
+31 252 462 000
test@moog.com

**Norway**
+47 6494 1948
info.norway@moog.com

**Russia**
+7 8 31 713 1811
info.russia@moog.com

**Singapore**
+65 677 36238
info.singapore@moog.com

**South Africa**
+27 12 653 6768
info.southafrica@moog.com

**Spain**
+34 902 133 240
info.spain@moog.com

**Sweden**
+46 31 680 060
info.sweden@moog.com

**Switzerland**
+41 71 394 5010
info.switzerland@moog.com

**Turkey**
+90 216 663 6020
info.turkey@moog.com

**United Kingdom**
+44 1684 858 000
info.uk@moog.com

**USA**
+1 716 652 2000
info.usa@moog.com

**www.moog.com/industrial**

Moog is a registered trademark of Moog Inc. and its subsidiaries. All trademarks as indicated herein are the property of Moog Inc. and its subsidiaries.
©2021 Moog Inc. All rights reserved. All changes are reserved.

**WHAT MOVES YOUR WORLD**

MOOG