# EXHIBIT D7

# MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE

# Moog Controls Corporation

**MOOG PROPRIETARY AND CONFIDENTIAL INFORMATION**

This technical Data/Drawing/Document contains information that is proprietary to, and is the express property of Moog Inc., or Moog Inc. subsidiaries except as expressly granted by contract or by operation of law and is restricted to use by only Moog employees and other persons authorized in writing by Moog or as expressly granted by contract or by operation of law.  No portion of this Data/Drawing/Document shall be reproduced or disclosed or copied or furnished in whole or in part to others or used by others for any purpose whatsoever except as specifically authorized in writing by Moog Inc. and Moog Inc. subsidiary.

This document contains U.S. export controlled technical data as regulated by the U.S. Export Administration Regulations 15 CFR Parts 730-774, export, disclosure or transfer contrary to U.S. law is prohibited.

| BY | G. PRESAS | 20180823 | © Moog Inc | REVISIONS | | |
|---|---|---|---|---|---|---|
| APPROVED | | | REV | DESCRIPTION | DATE | APPROVED |
| Manager, Materials | K. MILWARD | | - | PBA000562 | | MMR |
| Manager, Supply Chain | T. ALDROW | | | | | |
| Manager, Global Logistics AG | D. VELASQUEZ | | | | | |
| Configuration Coordinator | M. RAMIREZ | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| MOOG Controls Corp., Baguio City Phil. | CAGE CODE SFM38 | Page 1 of 15 | MRM53618 |
|---|---|---|---|

Rev.: -

## TABLE OF CONTENTS

| SECTION OR PARAGRAPH | TITLE | PAGE NUMBER |
|---|---|---|
| 1 | PURPOSE | 3 |
| 2 | SCOPE | 3 |
| 2.1 | DOCUMENT CUSTODIAN | 3 |
| 3 | SHIPMENT TYPES | 3 |
| 4 | MOOG BAGUIO CONTRACTED FORWARDER AND COURIERS, ASSIGNED SERVICES AND WEIGHT ALLOWANCES | 4 |
| 5 | AIR FREIGHT CONOLIDATION | 5 |
| 5.1 | UNITED STATES CONSOLIDATION | 5 |
| 5.1.1 | BOOKING AND PICK UP | 5 |
| 5.1.2 | FOR SUPPLIER SELF-DELIVERIES TO DHL GLOBAL FORWARDING ASSEMBLY HUB JFK OR LAX | 5 |
| 5.1.3 | US CONSOLIDATION DETAIL FOR AIRFREIGHT CARGO ONLY | 6 |
| 5.2 | SINGAPORE CONSOLIDATION | 7 |
| 5.2.1 | CONTACTS | 7 |
| 5.2.2 | SCHEDULES AND OTHER DETAILS | 8 |
| 5.3 | UNITED KINGDOM CONSOLIDATION | 8 |
| 5.3.1 | CONTACTS | 8 |
| 5.3.2 | SCHEDULES AND OTHER DETAILS | 8 |
| 6 | AOG AND BACK TO BACK EXPRESS SHIPMENTS | 8 |
| 7 | OCEAN OR SEA SHIPMENTS | 9 |
| 8 | SMALL PACKAGE SHIPMENTS | 10 |
| 8.1 | SHIPMENTS UTILIZING MOOG ACCOUNT | 10 |
| 8.2 | IMPORT CONTROL | 10 |
| 8.3 | PREPAID SHIPMENTS NOT UTILIZING MOOG'S ACCREDITED FORWARDERS, COURIERS AND BROKERS | 10 |
| 9 | DECLARED VALUE | 11 |
| 10 | PACKAGING | 11 |
| 10.1 | REQUIREMENT | 11 |
| 10.2 | PACKAGING FOR SMALL PARCELS | 11 |
| 10.3 | SHIPMENTS WITH RAW WOOD PACKAGING MATERIAL | 12 |
| 11 | DOCUMENTS, LABELS AND INFORMATION NEEDED | 12 |
| 11.1 | DOCUMENT ISSUES | 12 |
| 11.2 | LABELS FOR SHIPMENTS VIA CONSOLIDATION | 12 |
| 11.3 | BARCODE LABELS | 12 |
| 11.4 | PURCHASE ORDER NUMBER | 12 |
| 11.5 | COMMERCIAL INVOICE | 12 |
| 11.6 | CARGO DETAILS | 13 |
| 11.7 | FREIGHT TERMS | 13 |
| 11.8 | SHIPPING HAZARDOUS MATERIALS | 14 |
| 11.9 | ULTIMATE CONSIGNEE | 14 |
| 11.10 | REQUIRED DOCUMENTS FOR CUSTOMS CLEARANCE | 14 |
| 12 | CONTACT DETAILS | 14 |



MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE     Rev.: -

Moog Controls Corporation

1. **PURPOSE**

This guide provides direction and requirements on handling shipments going to Moog Controls Corporation - Philippines Branch (MOOG Baguio) (MCC). If there are specific shipping instructions incorporated in the terms and conditions of the purchase order, they will take precedence over this guide.

MCC has provided this Shipping Instructions to show approved carriers for transporting shipments to Moog Controls Corporation. MCC has negotiated contracts with these carriers and should satisfy MCC's logistics needs on a worldwide basis.

There are different shipment types described in this guide. Your MCC buyer will inform you of the preferred shipment type when issuing the purchase order.

2. **SCOPE**

This Inbound Freight Routing Guide applies to all international shipments going to Moog Controls Corporation either via Consolidation or Direct Shipments, via Forwarders or Couriers, Moog-arranged or Supplier-arranged, via Sea or Air and via different service levels.

2.1. Document Custodian – Gem Presas is the custodian of this Inbound Freight Routing Guide. Any questions regarding the proper interpretation of the requirements of this guide shall be referred to him.

3. **SHIPMENT TYPES**

| Shipment Type | AOG/ Express Freight | Freight Direct/ BTB | Consolidated /Air Economy | Small Package Express/ International Priority | Small Package Expedited/ International Economy | Ocean (FCL/LCL) |
|---|---|---|---|---|---|---|
| Mode | Air | Air | Air | Air | Air | Sea |
| Estimated Leadtime (days)* | 2 to 3 | 3 to 4 | 8 to 11 | 3 to 4 | 5 to 7 | Port Dependent |
| Special Moog Approval Required? | YES (PTA** required) | YES | NO | NO | NO | YES |
| Greenlight*** Requirement Weight Threshold (kg) | <70kgs >200 kgs | <70 kgs >300 kgs | <70 kgs | >70 kgs | >70kgs | <200kgs |

*Please take note of the Estimated Lead times. Always avail of Small Package Expedited, International Economy and Air Economy services whenever possible.*

*\*\*For PTA references, please contact your specific Baguio Supply Chain Contacts.*

*\*\*\*Greenlight is an approval to be provided by the concurrent Moog Logistics Manager for all shipments being arranged beyond the specified weight threshold. It is the responsibility of the Forwarder or Courier to avail of this approval once they received any booking categorized under Greenlight instructions.*


Controls Corp., Baguio City Phil. | CAGE CODE SFM38 | Page 3 of 14 | MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 517

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**  Rev.: -

**Moog Controls Corporation**

4. **MOOG BAGUIO CONTRACTED FORWARDERS AND COURIERS, ASSIGNED SERVICES AND WEIGHT ALLOWANCES**

| Forwarder/Courier | Service | Chargeable Weight Allowances (kgs) |
|---|---|---|
| DHL GLOBAL FORWARDING | Consolidated Shipments | >20 kgs |
| | AOG | NA |
| | BTB | >70 |
| | Sea LCL (Non US) | >200 <5000 |
| | Sea FCL (Non US) | >5000 |
| UPS SCS | EC (Economy) | >70 |
| | CA (Express) | >70 |
| AGILITY INTERNATIONAL LOGISTICS | Sea LCL (Non US) | >200 <5000 |
| | Sea FCL (Non US) | >5000 |
| MOHAWK | Sea LCL (US) | >200 <5000 |
| | Sea FCL (US) | >5000 |
| UPS SP* | Express Saver | <70 |
| | Expedited | <70 |
| FEDEX* | International Priority | <70 |
| | International Economy | <70 |
| DHL EXPRESS* | Express | <70 |

*Small Package Couriers can cater more than 60 kgs as long as instructed by Moog Supply Chain Buyers and/or Moog Logistics Team

**NOTE: ALL SHIPMENTS BELOW 20 KGS, UNLESS INSTRUCTED TO BE ARRANGED UNDER AOG, MUST BE SHIPPED DIRECTLY THROUGH ACCREDITED SMALL PACKAGE COURIERS ONLY.**



**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**          Rev.: -

**Moog Controls Corporation**

5. **AIR FREIGHT CONSOLIDATION**

   **5.1 UNITED STATES CONSOLIDATION**

   **5.1.1 BOOKING AND PICKUP**

Moog Supplier pickups for Airfreight Consolidation will be coordinated by DHL Global Forwarding Customer Care Center (CCC)
Actual pickup will be done by DHL Domestic or UPS.   The CCC will determine which carrier will facilitate the pickup based on shipment weight.
For shipments moving to an assembly point, the CCC may direct the supplier to ship UPS 2day air to the assembly if the ground transit time lies outside of a 2 day transit to the assembly.

- Supplier will inform DHL Global Forwarding Customer Care Center (CCC) via phone for Export bookings –Phone # 1-888-823-1000.
- Supplier is to call the pick-up in to the CCC no later than 1:00 pm local time on the day of the required pickup.
- Documents (Commercial invoice and *Packing List*) should be sent to Moog.Pickup@dhl.com no later than 1:00 pm local time to ensure same day receipt of shipping label from the CCC.
    - Note: If documentation is received later than 1:00 pm, pick up same day cannot be guaranteed.
    - Note: It is required to have pcs/weight/dims in the body of the email with freight readiness confirmation and their warehouse open/close time.
    - Supplier is to include the purchase order number on the Commercial Invoice and in the body of the email to the CCC.
- DHL Global Forwarding CCC will advise the supplier which inland carrier will be used for the pick-up and provide supplier with shipping label or Bill of Lading via email return.
- Supplier is to attach the shipping label or bill of lading to the freight and have the freight available for pick up between 3:00 and 5:00 local time.
    - Note:  if pick up is being facilitated by UPS, The supplier is to have cargo available for pick up with their UPS Daily House Stop.  If the Supplier does not have a daily house stop with UPS, the CCC can request the pickup – Supplier will need to advise CCC if required.

   **5.1.2 FOR SUPPLIER SELF-DELIVERIES TO DHL GLOBAL FORWARDING ASSEMPLY HUB JFK, OR LAX:**

- Supplier to contact DHL Global Forwarding Customer Care Center to advise cargo being sent
- Material <u>must</u> be delivered to the DHL Global Forwarding Hub no later than 11:00 am local time.

*** Suppliers are NOT to tender cargo for Moog Baguio Philippines to local DHL Global Forwarding office.  All freight for this program must be called into DHL Global Forwarding CCC. All Suppliers violating this instruction maybe charged on any incremental freight charges arising to wrong booking protocol.*


*Controls Corp., Baguio City Phil.*

CAGE CODE SFM38          Page  5  of  14          MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 519

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**   Rev.: -

**Moog Controls Corporation**

### 5.1.3 US CONSOLIDATION DETAILS FOR AIRFREIGHT CARGO ONLY

Supplier's shipments will move from one of two designated US DHL Global Forwarding hubs.

| JFK HUB | | | | LAX HUB |
|---|---|---|---|---|
| Connecticut | Pennsylvania | Alabama | Mississippi | Arizona |
| Delaware | Rhode Island | Arkansas | Missouri | California |
| Maine | South Carolina | Florida | Montana | Colorado |
| Maryland | Vermont | Georgia | Nebraska | Idaho |
| Massachusetts | Virginia | Illinois | New Mexico | Nevada |
| New Hampshire | West Virginia | Iowa | North Dakota | Oregon |
| New Jersey | | Indiana | Ohio | Utah |
| New York | | Kansas | Oklahoma | Washington |
| North Carolina | | Kentucky | South Dakota | Wyoming |
| | | Louisiana | Tennessee | Texas |
| | | Michigan | | |
| | | Minnesota | Wisconsin | |

Shipments from Ontario, Quebec and Western Canada will be dealt with separately on a case-by-case

    a. **US Consolidation Hub Address**

        i. **US West Coast (LAX)**

DHL Global Forwarding
As agent for Moog Controls Corporation (Philippines Branch)
4000 Redondo Beach Avenue, Suite 103
Redondo Beach, CA 90278 USA

        ii. **US East Coast (JFK)**

DHL Global Forwarding
As agent for Moog Controls Corporation (Philippines Branch)
Cargo Building 89
JFK International Airport
Jamaica, New York 11430 USA

   **\*\* *Supplier Cargo is to be labeled showing the applicable DHL Global Forwarding Hub.***



**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE** Rev.: -

**Moog Controls Corporation**

b. **Consolidation Schedule**

| Station | Booking Cutoff - Call DHL CCC by | Cargo Ready for pickup At Supplier's facility | Cargo at DHL Global Forwarding Hub | Depart United States | Arrive Manila, Philippines | Arrival Baguio, Philippines |
|---|---|---|---|---|---|---|
| LAX | 1:00 pm Local | *See Supplier Inland Transit Guide* | Tue, 1pm | Wed | Fri | Sat |
| LAX | 1:00 pm Local | | Fri, 1pm | Sun | Tue | Wed |
| JFK | 1:00 pm Local | | Tue, 9am | Wed | Thu | Sat |
| JFK | 1:00 pm Local | | Thurs, 9am | Sun | Mon | Wed |

Supplier cargo will be shipped per assembly program based on the following shipping schedule.

It is the supplier responsibility to ship the cargo in time to meet the cut off at the DHL Global Forwarding hub as noted in the above matrix. Time will need to be allotted for inland transit to the DHL Global Forwarding Hub.

c. **Consolidation Rule**

When an Assembly departure date falls on a US holiday, it shall move on the previous business day.

d. **DHL Global Forwarding Commercial Care Center (CCC)**

| Name | Title | E-mail | Contact No. |
|---|---|---|---|
| General | MAIN CONTACT | Moog.Pickup@dhl.com | 1-888-823-1000 |

**5.2 SINGAPORE CONSOLIDATION**

**5.2.1 CONTACTS**

For all Shippers located in Singapore intending to send shipments through consolidation, please contact below:

    **Group Email:** dgf-airexp-aviation@dhl.com

    Aerospace Export Team
    **DHL Global Forwarding**
    81 Alps Avenue
    Singapore 498803
    Direct Call Center: +65 6318 6888



CAGE CODE SFM38    Page 7 of 14    MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**   Rev.: -

**Moog Controls Corporation**

    5.2.2    SCHEDULES AND OTHER DETAILS

| SCHEDULES AND OTHER DETAILS | |
|---|---|
| Consolidation Departure SIN-MNL | Every Tuesdays, Thursday, Saturdays |
| Booking Cut off | 16:00 (Mon-Fri) |
| Flight No. SQ0910 | ETD SIN:09:35/ETA MNL:13:10 |
| Consolidation Address: | DHL Global Forwarding Pte Ltd. |
| | 81 Alps Avenue, Singapore 498803 |

  5.3    UNITED KINGDOM CONSOLIDATION

    5.3.1    CONTACTS

For all Shippers located in United Kingdom intending to send shipments through consolidation, please contact below:

    DHL Global Forwarding (UK) Limited
    Dawley Park, Danzas House, Kestrel Way
    Hayes, UB3 IHJ, UK

    Contact Number: +44 (0) 208 754 5056

    5.3.2    SCHEDULES AND OTHER DETAILS

| SCHEDULES AND OTHER DETAILS | |
|---|---|
| Consolidation Departure LON-MNL | Wednesdays, Fridays |
| Booking Cut off | 16:00 (Mon-Fri) |
| Flight: QR/PR | |
| Consolidation Address: | DHL Global Forwarding (UK) Ltd |
| | Dawley Park |

**6.  AOG AND BACK TO BACK EXPRESS SHIPMENTS**

Strictly NO Expedited, AOG and Back-to-Back shipments shall be used without advance instruction and approval from Moog Baguio.

All AOG shipments will be handled by DHL Global Forwarding and requires Priority Transportation Authorization from Supply Chain Buyers or Baguio Logistics Manager. Below describes the PTA Issuance Process:

6.1  Moog buyer sends and email to the supplier with a PTA authorization.  Email shall state PO number with "PTA" in the subject line.  MOOG buyer shall copy in CCC (moog.pickup@dhlcom) to enable them to have the PTA# in advance. PTA shall contain the following details:


Controls Corp., Baguio City Phil.

CAGE CODE SFM38    Page 8 of 14    MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**     Rev.: -

**Moog Controls Corporation**

1. Supplier Name
2. Supplier Location with contact person details (phone / e-mail)
3. PO Number
4. Expedite Mode (Express Air, AOG, Courier, etc.) with expected delivery date to consignee.

When the supplier subsequently book shipment, the PTA authorization should be included with the booking documents.

6.2 When shipper arranged a shipment through CCC as assembly and shipment need to be upgraded to Expedited service, MOOG Buyer/Manager will have to notify DHL Global by providing shipment details with the PTA number on the email subject. The following information shall be included in the PTA:

1. Supplier Name
2. Supplier Location with contact person details (phone / e-mail)
3. PO Number
4. Tracking Information
5. Expedite Mode (Express Air, AOG, Courier, etc.) with expected delivery date to consignee

6.3 For US Suppliers requiring Weekend AOG Pickups:
Pickup scheduled on weekends must be properly coordinated with Moog Baguio Supply Chain and can be advised on below email details on or before 3:00PM of Friday:

Moog Afterhours (DHL US) moogah.pickup@dhl.com
Main Office +1 310-297-4401

6.4 For Non-US Suppliers requiring weekend pickups, please coordinate with Baguio Supply Chain Buyers. Specific instructions for this kind of arrangements will be coming from Baguio Logistics Manager only.

**7. OCEAN OR SEA SHIPMENTS**

7.1 Regular Ocean shipments from US (Raw Materials and Factory Supplies):
All Regular Ocean shipments will be handled by Mohawk Global. Contact details below:

Mohawk Global Logistics
4455 Genesee Street, Suite 521
Buffalo, NY 14225
Office number: 716-332-0414
FAX: 716-932-7852
Group Email: bufexport@mohawkglobal.com
Direct Line: 716-901-0812

7.2 Containerized or LCL Ocean Shipments Arranged by Suppliers under CFR Incoterm:
Any containerized shipments arranged for and paid by Suppliers using their own Forwarders and Carriers under CFR Incoterm, must utilize DGF as clearance agent and indicate the following on the Notify Party portion:


Controls Corp., Baguio City Phil.

CAGE CODE SFM38     Page 9 of 14     MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE  Rev.: -

Moog Controls Corporation

Notify Party:

DHL GLOBAL FORWARDING (Philippines), Inc.
8/F Star Cruises Center
100 Andrews Ave., Newport Cybertourism Zone
Pasay City, Philippines 1309
Telephone Numbers +63 2 9023 345 loc

7.3 For Non-US Ocean Shipments, please contact you MCC Supply Chain buyers. Instructions will be provided in coordination with Moog Baguio Logistics.

7.4 AD HOC Ocean Shipments like Machines shall be coordinated with Moog Logistics Manager.

7.5 BILL OF LADING NATURE CODE. Please always indicate BL Nature code "24" on B/Ls and Manifest

7.6 All sea shipments must be either under TELEX RELEASE, BL SURRENDERED or EXPRESS RELEASE. Only shipments under Letter of Credit shall utilize Original BLs.

8. **SMALL PACKAGE SHIPMENTS**
   8.1 **SHIPMENTS UTILIZING MOOG ACCOUNT**
      8.1.1 All shipments below 20 kgs must be shipped directly using MCC's accredited small package couriers, unless otherwise instructed to move via AOG. Do not send to Consolidation Hubs. For your assigned courier, please contact you MCC Supply Chain Buyer.
      8.1.2 All Shipments below 60kgs, it is recommended to be shipped directly to MCC, especially if you are too far from the consolidation hub. For your assigned courier, please contact your MCC Supply Chain Buyer.
      8.1.3 Suppliers can still utilize Small Package Couriers for shipments above 60 kgs as long as it is   properly coordinated with MCC Supply Chain and Moog Logistics.
      8.1.4 MULTIPLE PACKAGES SHOULD NOT BE SENT ON INDIVIDUAL MOTHER AWBs. Only one (1) Mother AWB should be booked on a daily basis. The courier will assign Child AWBs (or tracking numbers) on other packages. Invoices should always be consolidated if sending multiple packages.

   8.2 **IMPORT CONTROL.**
      For any suppliers having difficulty in sending small package shipments via MCC's accredited couriers, please contact your respective MCC SC buyers with the following documents – Copy of Invoice and Packing List. The MCC buyer will then coordinate with Moog Shipping for Import Control. Moog Shipping, through the SC buyers, will then send copy of AWB label copies and corresponding pickup ID authorization.

   8.3 **PREPAID SHIPMENTS NOT UTILIZING MOOG'S ACCREDITED FORWARDERS COURIERS AND BROKERS**

      8.3.1 **CFR and DAP Shipments.** For shipments where the shipper is paying for and absorbing the freight costs under CFR and DAP arrangements and not using any of Moog's accredited Forwarder and Couriers, it is recommended that DHL Global Forwarding be selected to facilitate customs clearance and inland freight movements, as such notify party should be:


Controls Corp., Baguio City Phil.

CAGE CODE SFM38    Page 10 of 14    MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 524

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**  Rev.: -

**Moog Controls Corporation**

Notify Party:

DHL GLOBAL FORWARDING (Philippines), Inc.
8/F Star Cruises Center
100 Andrews Ave., Newport Cybertourism Zone
Pasay City, Philippines 1309
Telephone Numbers +63 2 9023 345 loc

8.3.2 **DDU shipments.** If the supplier/shipper will be using their own forwarder/carrier as they are paying for and absorbing the air freight costs under DDU term and not utilizing any of the accredited Moog Forwarders and Couriers, please ensure that your clearance agents immediately contact Moog Logistics for Import Permit Coordination and Filing prior to the arrival of the shipment.

8.3.3 MCC strongly discourage usage of any forwarders and couriers not included in its accredited list.

## 9  DECLARED VALUE

All suppliers will not declare any value for insurance purposes be it on Air Way Bill, Shipper's Letter of Instruction or any Web-based booking facility, unless directed to by the terms of the purchase order. If the Supplier does declare a value without the Buyer's permission, all insurance charges shall be deducted from the suppliers invoice.

## 10 PACKAGING

### 10.1 REQUIREMENT

Moog Controls Corporation requires the supplier to use best standard practice for commercial packaging unless otherwise specified. This practice establishes minimum requirements for packaging of supplies and equipment, exclusive of hazardous materials, as covered in Title 49 Subtitle A of the Code of Federal Regulations. If there are MIL-spec packaging requirements, these will be called out in the purchase order.

Supplier Packaging MUST be compliant with the guidelines stated in the Purchase Order Terms & Conditions and the ASTM standard D3951 requirement.

MCC goal, in conjunction with our suppliers, is to have the product arrive on time, with zero deficiencies. Using this best standard practice gives the latitude to package the product in a manner that best suits the selected transportation mode and that guarantees delivery of the product to the designated destination safely and intact.

Damaged freight that is the result of insufficient packaging will be the supplier's responsibility. MCC accredited forwarders and couriers have the right to refuse cargo with packaging not fit for international shipping.

### 10.2 PACKAGING FOR SMALL PARCELS
To ensure that all small items will not be lost or misplaced, please observe that minimum package (box) should be 10in x10in x 10in.


Controls Corp., Baguio City Phil.

CAGE CODE SFM38   Page 11 of 14   MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**   Rev.: -

Moog Controls Corporation

 

10.3  SHIPMENT WITH RAW WOOD PACKAGING MATERIAL

All raw wood packaging materials should be treated and marked in accordance with ISPM 15.

Under ISPM 15, all WPM (such as pallets, crates, boxes, and dunnage used to transport cargo) must be either:

Heat treated to a minimum wood core temperature of 56ºC for a minimum of 30 minutes; or, Fumigated with methyl bromide and corresponding fumigation certificate is presented

## 11 DOCUMENTS, LABELS, AND INFORMATION REQUIRED

11.1  Document Issues

Please insure that all boxes and containers have the correct Invoice, Packing slips and Certificate of Conformance (COC) stamped with your Inspection Delegation (ID) stamp or our Inspector's stamp (where appropriate). It is advantageous to have an additional packing slip attached to the outside of the package and, in the event of multiple containers used (labeled box X of Y); it should be indicated which container houses the packing slip. In addition, a packing slip should be put inside the box(es).

11.2  Labels for shipments via Consolidation Hubs

Ship to Label on each package to be addressed as follows, (Same format follows for other consolidation sites):

| US West Coast (LAX) | US East Coast (JFK) |
|---|---|
| DHL Global Forwarding<br>As agent for Moog Controls Corporation ( Philippines Branch)<br>4000 Redondo Beach Avenue, Suite 103<br>Redondo Beach, CA 90278 USA | DHL Global Forwarding<br>As agent for Moog Controls Corporation (Philippines Branch)<br>Cargo Building 89<br>JFK International Airport<br>Jamaica, New York 11430 USA |

11.3  Barcode Labels

Moog is requesting suppliers to provide a bar-coded label for each lot shipped generated via Alltogather portal. This will facilitate ease of processing product upon receipt at Moog and preference to complying suppliers. Any issues on complying on this requirement, please contact your Moog Baguio buyer.

11.4  Purchase Order Number

In order to identify the package contents quickly and sort appropriately, we are requesting that suppliers include the Purchase Order Number on the shipping address label or the regular address label when shipping.

11.5  Commercial Invoice



Controls Corp., Baguio City Phil.   CAGE CODE SFM38   Page 12 of 14   MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 526

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**     Rev.: -

**Moog Controls Corporation**

The following information must be included in the commercial invoice and be made available to the Carrier

1. Name and address of the U. S. Principal Party of Interest ("USPPI").
2. USPPI's Employer Identification Number or Social Security Number.
3. U.S Customs requires the USPPI to identify Consignee Type as one of the below shown 4 choices:
   D……….Direct Consumer
   G………Government Entity
   R………Reseller
   O………Other//Unknown
4. All suppliers shall put this information on their paperwork for every shipment.
5. Origin (State, Country).
6. Foreign Trade Zone (if applicable).
7. **Moog Specific Part Description and equivalent part number.**
8. Origin of goods indicator: Domestic (D) or Foreign (F).
9. Schedule B or HTSUSA, Classification Commodity Code.
10. Quantities / units of measure.
11. Value.
12. Export Control Classification Number (ECCN) or sufficient technical information to determine the ECCN.
13. All licensing information necessary to file the EEI for commodities where the Department of State, the Department of Commerce, or other U.S. Government Agency issues a license for the commodities being exported, or the merchandise is being exported under a license exemption or with license exception.
14. Any information that is known will affect the determination of license Authorization.
15. Freight Term
16. Purchase Order number

Above information to be supplied via commercial invoice or SLI (Shipper Letter of Instructions)

**11.6    Cargo Details**

The following information must be provided to DHL at the time of booking.

- Weight (LBS or KG)
- Dimensions (Inches or Metric)
- Piece count (SLAC – Shipper Load and Count)
- Hazardous – if applicable (If Hazardous, please see section X.7)
- License/License Number – if applicable
- Service mode (Ocean freight or Airfreight)
- Required dock date at Moog Baguio

**11.7    Freight Terms**

MCC Buyers will include the freight term in the Purchase Order. Where this is missing, please contact your MCC Buyer



CAGE CODE SFM38     Page 13 of 14     MRM53618

Controls Corp., Baguio City Phil.

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 527

**MOOG BAGUIO INBOUND FREIGHT ROUTING GUIDE**  Rev.: -

**Moog Controls Corporation**

**11.8  Shipping Hazardous Materials**

MOOG Baguio should be informed or be given an invoice containing the description of the hazardous materials/chemicals, including the MSDS in advance of the shipment arriving, for classification purposes by Phil. Drug Enforcement Agency (PDEA). This is needed for the release of the goods from Customs. Shipment will only commence upon the go signal of MOOG Baguio.

Hazardous goods cannot be consolidated with general cargo production items. For Hazardous Items, please contact MCC Supply Chain Buyer or Moog Logistics.

**11.9  Ultimate Consignee:**

A.  **For Non-Baguio Repair Station**
MOOG CONTROLS CORPORATION (Philippines Branch)
Baguio City Economic Zone
Loakan Road, Baguio City
Philippines 2600
*(Variations of this address are not allowed)*

B.  **For Baguio Repair Station**
MOOG CONTROLS CORPORATION (Philippine Branch)
Baguio Repair Station
Baguio City Economic Zone
Loakan Road, Baguio City
Philippines, 2600

**11.10  REQUIRED DOCUMENTS FOR CUSTOMS CLEARANCE**

**For Air Shipments** – Please send copy of **Air Way Bill**, **Invoice and Packing List** to your respective MCC SC buyers and to MCC Shipping group email: Baguio_External_Logistics@moog.com

**For Sea Shipments** – Please send copy of **Bill of Lading, Invoice and Packing List** to your respective MCC SC buyer and to MCC Shipping group email: Baguio_External_Logistics@moog.com

## 12  CONTACT DETAILS

**12.1** Moog Controls Corporation - Philippines Branch (MOOG Baguio)

| Name | Function | Email | Direct | Mobile |
|---|---|---|---|---|
| Eduardo V. Serrano | External Logistics Coordinator | eserrano@moog.com | +63 74 447 3355 Ext. 476 | +63 917808 8139 |
| Efren Buenavista | External Logistics Coordinator | ebuenavista@moog.com | +63 74 447 3355 Ext. 500 | +63 977 803 8141 |
| Gem Presas | Logistics Manager | gpresas@moog.com | +63 74 447 3355 Ext 477 | +63 917 808 8050 |
| Group Email | Various | Baguio_External_Logistics@moog.com | NA | NA |

**Note: This Inbound Freight Routing Guide is a controlled document and may be updated periodically.  It is the supplier's responsibility to check for updates via Moog website.  Any printed copies are considered non-controlled reference copies only.**



Controls Corp., Baguio City Phil.

CAGE CODE SFM38 — Page 14 of 14 — MRM53618

USE OF DATA RESTRICTED, SEE PAGE 1

Exhibit D7, page 528