# EXHIBIT D10

| | | | | |
|---|---|---|---|---|
| | **Document Ref:** | | | |
| | **Issue No. :** | <00X> | **Issue Date :** | <DD/MM/YYYY> |
| | **Copy No. :** | 01 02 03 04 05 | **No. of Pages :** | < total no .of pages > |
| | **Group :** | < Group Name> | | |
| | **Document Classification :** | ☐Secret    ☐Confidential<br><br>☐Restricted    ☐Unrestricted | | |
| **Title:** | | | **Project/System :** | |
| Software Configuration Management Plan<br><br>of <LRU/Module Name><br><br>for <Platform name> | | | **<System/Project Name>** | |
| | | | **Software Criticality Level :** | |
| | | | DO-178B Level <A/B/C/D> | |
| | **Name & Designation** | | **Signature** | |
| Prepared By | <Design Rep Name>, < Designation> | | | |
| Reviewed By | <Project Leader Name>, <Designation><br><br><AWG/QA HOD Name>, <Designation><br><br><RCMA Rep Name>, <Designation> | | | |
| Approved By | < Design Head name>,<Designation><br><br><RD,RCMA  Name>, <Designation> | | | |

```
<Design Firm Name & Address>
```

**Document Copy Distribution List**

| Copy No. | DESIGNATION OF THE COPY HOLDER | ORGANISATION/DEPARTMENT |
|---|---|---|
| 01 | Design Group Head | Design Agency |
| 02 | RD | RCMA, Hyderabad |
| 03 | HOD | QC/ AWG, Design agency |
| 04 | Coordinator | Customer |

**Amendment History**

| Issue No. | Issue Date | Brief Description of Amendment | Change Request Ref. | Affected Pages | Affected Section | Change Effective From (Version/ Date) |
|---|---|---|---|---|---|---|
| 001 | | Initial Issue | NA | NA | NA | Initial |
| 002 | | | | | | |

# 1. Introduction

# 2. Purpose and Scope

# 3. Environment

A description of the SCM environment to be used, including procedures, tools, methods, standards, organizational responsibilities, and interfaces.

# 4. Activities

## 4.1. Configuration identification

Items to be identified, when they will be identified, the identification methods for software life cycle data (for example, part numbering), and the relationship of software identification and airborne system or equipment identification.

## 4.2. Baselines and traceability

The means of establishing baselines, what baselines will be established, when these baselines will be established, the software library controls, and the configuration item and baseline traceability.

## 4.3. Problem reporting

The content and identification of problem reports for the software product and software life cycle processes, when they will be written, the method of closing problem reports, and the relationship to the change control activity.

## 4.4. Change control

Configuration items and baselines to be controlled, when they will be controlled, the problem/change control activities that control them, pre-certification controls, post-certification controls, and the means of preserving the integrity of baselines and configuration items.

## 4.5. Change review

The method of handling feedback from and to the software life cycle processes; the methods of assessing and prioritizing problems, approving changes, and handling their

resolution or change implementation; and the relationship of these methods to the problem reporting and change control activities.

### 4.6. Configuration status accounting

The data to be recorded to enable reporting configuration management status, definition of where that data will be kept, how it will be retrieved for reporting, and when it will be available.

### 4.7. Archive, retrieval, and release

The integrity controls, the release method and authority, and data retention.

### 4.8. Software load control

A description of the software load control safeguards and records.

### 4.9. Software life cycle environment controls

Description of access and change controls for the tools used to develop, build, verify and load the software. This includes control of tools to be qualified.

### 4.10. Software life cycle data controls

Description of access and change Controls associated with Control Category 1 and Control Category 2 data.

## 5. Transition criteria

The transition criteria for entering and the exit from the SCM process.

## 6. SCM data

A definition of the software life cycle data produced by the SCM process, including SCM Records, the Software Configuration Index and the Software Life Cycle Environment Configuration Index.

## 7. Supplier control

The means of applying SCM process requirements to sub-tier suppliers

## 8. Abbreviations

## 9. Glossary