# EXHIBIT D15

## 05+000Software Conformity Review Audit
### Version 1.0 01+000

**Skyryse** ✳                                                                    05+000

PROPRIETARY & CONFIDENTIAL
This document contains information, data, and/or drawings which is proprietary and confidential to, and is the express property of Skyryse, Inc. except as may be expressly granted by contract and is restricted to use only by Skyryse employees and other companies and persons authorized in writing by Skyryse.  No portion of this document or any information contained herein shall be reproduced or disclosed or copied or furnished or reengineered in whole or in part to others or used by others for any purpose whatsoever except as specifically authorized in writing by an authorized signatory of Skyryse, Inc.

| | | |
|---|---|---|
| **Review Identifier** | | |
| **Review Date** | | |
| **Reviewer(s)** | Name | Role |
| | | |
| | | |
| | | |
| **Project/Program/System Name** | | |
| **Software/System Part Number** | | |
| **Data Items Under Review** | Identification | Version |
| | | |
| | | |
| | | |
| **Standards Used** | RTCA DO-178C | |

CONFIDENTIAL                                                          SKY_00128739

## 05+000 Software Conformity Review Audit

Version 1.0 01+000                                                05+000

| Checklist Item | DO-178C Ref. | Appl. DAL | Yes, No, NA | Comments, Notes, Reasons, Questions | Action Log # |
|---|---|---|---|---|---|
| **Completion of Plans and Adherence to life cycle process:** | NA | NA | No | | |
| 1. Have the Planned software life cycle process activities for certification credit, including the generation of software life cycle data, been completed and records of their completion are retained in CM environment? | 8.3.a | NA | No | | |
| 2. Are all required data/artifacts completed, approved and signed | 8.3.a | NA | No | | |
| 3. Are Software life cycle data developed from specific system requirements, safety-related requirements, or software requirements are traceable to those requirements? | 8.3.b | NA | No | | |
| 4. Was the trace data complete and accurate? | 8.3.b | NA | No | | |
| 5. Is the Software Accomplishment Summary in accordance with DO-178C, 11.20? | NA | NA | No | | |
| 6. Is the Software Life Cycle Environment Configuration Index in accordance with DO-178C, 11.15? Does the software life cycle data comply with software plans and standards, and controlled in accordance with the SCM Plan? | 8.3.c | NA | No | | |
| 7. Is the Software Configuration Index in accordance with DO-178C, 11.16? | NA | NA | No | | |
| 8. Is there any software requirement deviations, if so are they recorded and approved? | 8.3.e | NA | No | | |
| **Problem Report Evaluation:** | NA | NA | No | | |
| 9. Does Evidence exists that Problem Reports have been evaluated and have their status recorded? | 8.3.d | NA | No | | |

CONFIDENTIAL                                              SKY_00128740

Exhibit D15, page 756

05+000Software Conformity Review Audit

Version 1.0 01+000                                                    05+000

| Checklist Item | DO-178C Ref. | Appl. DAL | Yes, No, NA | Comments, Notes, Reasons, Questions | Action Log # |
|---|---|---|---|---|---|
| 10.  Are there any Open Problem Reports deferred from a previous software conformity review?  If so, have they been re-evaluated to determine their status? | 8.3.h | NA | No | | |
| 11.  Are there any open problem reports that affect safety? | NA | NA | No | | |
| 12.  Are there any open problem reports that affect operations? | NA | NA | No | | |
| **Software Build and Load Assessment:** | NA | NA | No | | |
| Perform a build and load, using the applicant's approved instructions (SCI/SECI): | NA | NA | No | | |
| 13.  Can the Executable Object Code and Parameter Data Item Files, be regenerated from the archived (configured) Source Code? | 8.3.f | NA | No | | |
| 14.  Does the Executable Object Code matches the configured version in the CM (using CRC or Checksum)? | NA | NA | No | | |
| 15.  Can the approved software be loaded successfully through the use of released instructions as defined in SCI/SECI? | 8.3.f | NA | No | | |
| 16.  Are the software build/load instructions (in SCI and/or SECI) repeatable and easily understood? | NA | NA | No | | |
| 17.  Was the Software Load to the Target Computer Successful? | 8.3.f | NA | No | | |
| 18.  Was the approved software loaded successfully through the use of released instructions? | 8.3.g | NA | No | | |
| 19.  What method of Load Verification (using CRC or Checksum) was provided by the applicant's defined process (e.g. SCI)? | NA | NA | No | | |

Page 2 of 2

CONFIDENTIAL                                                    SKY_00128741

05+000Software Conformity Review Audit

Version 1.0 01+000                                                                                          05+000

| Checklist Item | DO-178C Ref. | Appl. DAL | Yes, No, NA | Comments, Notes, Reasons, Questions | Action Log # |
|---|---|---|---|---|---|
| 20.  If certification credit is sought for the use of previously developed software, was the current software product baseline traceable to the previous baseline and the approved changes to that baseline? | 8.3.i | NA | No | | |

CONFIDENTIAL

Exhibit D15, page 758

SKY_00128742

## 05+000 Software Conformity Review Audit

Version 1.0     01+000

| Cmp Log # | Issues Log # | Comments, Notes, Reasons, Questions, Findings | Document Section/Table Figure | Raised By | Action Resolution Evidence Problem Report # | Status |
|---|---|---|---|---|---|---|
| No | 0 | 0 | | | | Open |
| No | 0 | | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |
| No | 0 | 0 | | | | Open |

CONFIDENTIAL

SKY_00128743