1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants.<br><br>SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>v<br><br>MOOG INC.,<br><br>    Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF AND COUNTERCLAIM-DEFENDANT MOOG'S MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO, AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**<br><br>Judge: Hon. George H. Wu<br>Crtrm: 9D |

Having considered Plaintiff and Counterclaim-Defendant Moog Inc.'s Motion To Enforce Compliance With The March 11, 2022 Stipulated TRO, And For Monetary And Adverse Inference Sanctions ("Motion"), Skyryse's Opposition to the Motion, and all other briefing, evidence, and arguments of counsel from all parties, the Court hereby **DENIES** the Motion.

**IT IS SO ORDERED.**

Dated: _____  _____
Hon. George H. Wu
United States District Judge