Joseph H. Lee (Bar No. 248046)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Moog Inc.

Plaintiff(s)

v.

Skyryse, Inc. et al

Defendant(s).

CASE NUMBER

CV 22-9094-GW-MARx

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mangas, Russell
*Applicant's Name (Last Name, First Name & Middle Initial)*
312.876.7700    312.993.9767
*Telephone Number*    *Fax Number*

*E-Mail Address*

of LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Skyryse, Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counterclaimant

and designating as Local Counsel

Lee, Joseph H.
*Designee's Name (Last Name, First Name & Middle Initial)*
248046    714.540.1235    714.755.8290
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

*E-Mail Address*

of LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: April 25, 2023

*[signature]*

HON. GEORGE H. WU, U.S. District Judge