1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

13

14

15

16

17

18

19

20

MOOG INC.,

Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,

Defendants.

Case No. 2:22-cv-09094-GW-MAR

*Hon. George H. Wu*

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE FOR MOOG'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, AND DEFENDANTS' RESPONSES THERETO**

21
22
23
24
25
26
27
28

1    The Court, having reviewed the stipulation submitted concurrently herewith,

2  and good cause appearing therefore, hereby **ORDERS THAT:**

3       1.    In lieu of an Amended Complaint filed by May 10, 2023 solely in

4             response to the limited leave granted in the Court's MTD Order (Dkt.

5             439), Moog may file on or before May 20, 2023 a Motion for Leave to

6             File an Amended Complaint by which Moog can seek to add

7             additional claims or parties to this lawsuit, unless the Parties stipulate

8             (subject to the Court's approval) on or prior to that date that Moog

9             may file the Amended Complaint, in which case Moog would file an

10            Amended Complaint instead of a Motion for Leave to Amend;

11      2.    Defendants may oppose Moog's forthcoming Motion for Leave to

12            File an Amended Complaint in the ordinary course and under the

13            procedures set forth under the Local Rules;

14      3.    Defendants' deadline to respond to any Amended Complaint filed by

15            Moog (including Skyryse's deadline to file any Amended

16            Counterclaims), is 21 days from the later of: a) the Court's ruling on

17            Moog's forthcoming Motion for Leave to File an Amended

18            Complaint; or b) the entry of any Amended Complaint filed by Moog.

19

20  **IT IS SO ORDERED.**

21  Dated:  April _____, 2023

22

23                                                    _____
                                                      The Honorable George H. Wu
24                                                    United States District Court Judge

25

26

27

28