Rachel L. Fiset (Cal. Bar No. 240828)
Scott D. Tenley (Cal. Bar No. 298911)
**ZWEIBACK, FISET & ZALDUENDO, LLP**
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170
rachel.fiset@zfzlaw.com
scott.tenley@zfzlaw.com

Attorneys for Defendant
ROBERT ALIN PILKINGTON

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., <br><br>  Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., et al, <br><br> Defendants. | No. 2:22-cv-09094-GW-MAR <br><br> *Honorable George H. Wu* <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 315 W 9th Street, Suite 1200, Los Angeles, CA 90015.

1. On May 1, 2023, I served true copies of the following document(s) described as:[SEALED] DECLARATION OF SCOTT D. TENLEY IN RESPONSE TO SKYRYSE'S APPLICATION TO FILE UNDER SEAL (DKT. 451) to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on May 1, 2023:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2023, at Los Angeles, California.

By: */s/ Scott D. Tenley*
SCOTT D. TENLEY

**SERVICE LIST**

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Rena Andoh (admitted pro hac vice)<br>randoh@sheppardmullin.com.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br><br>Lai L. Yip<br>lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>Travis J. Anderson<br>tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br><br>Kazim A. Naqvi<br>knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700 | *Attorneys for Plaintiff and Counterdefendant* Moog Inc. |

1

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Douglas E. Lumish, Esq.<br>Gabriel S. Gross, Esq.<br>Arman Zahoory, Esq.<br>Rachel S. Horn, Esq.<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br>(650) 463-2600/Fax<br>doug.lumish@lw.com<br>gabe.gross@lw.com<br>arman.zahoory@lw.com<br>rachel.horn@law.com<br><br>Joseph H. Lee<br>Ryan Banks<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br>Email: joseph.lee@lw.com<br><br>Russell Mangas (Pro Hac Vice application pending)<br>330 North Wabash Avenue, Suite 28000<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: russell.mangas@lw.com<br><br>Julianne C. Osborne<br>Alexa Solimano<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: julianne.osborne@lw.com<br>alexa.solimano@lw.com<br><br>Via email to:<br>SKYRYSEMOOG.LWTEAM@lw.com | *Attorneys for Defendant and Counterclaimant*<br>SKYRYSE, INC |

2

| | |
|---|---|
| **Halpern May Ybarra Gelberg LLP**<br>Grant B. Gelberg, Esq.<br>Catherine H Thompson, Esq.<br>550 S. Hope St., Suite 2330<br>Los Angeles, CA 90071<br>(213) 402-1900<br>Grant.Gelberg@halpernmay.com<br>Catherine.Thompson@halpernmay.com | *Attorneys for Defendant*<br>Misook Kim |