**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **PROOF OF SERVICE** <br><br> Hon. George H. Wu |

**PROOF OF SERVICE**

I am employed in San Francisco, California, I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On **May 1, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**

- **UNREDACTED COPY OF EXHIBITS A1, A9, AND A10 TO DECLARATION OF ALEXA SOLIMANO IN SUPPORT OF SKYRYSE'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**

- **UNREDACTED COPY OF DECLARATION OF NIKOLAUS BAER IN SUPPORT OF SKYRYSE'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**

- **UNREDACTED COPY OF EXHIBITS B8 AND B14 TO DECLARATION OF NIKOLAUS BAER IN SUPPORT OF SKYRYSE'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**

- **UNREDACTED COPY OF DECLARATION OF MICHAEL J. DREIKORN IN SUPPORT OF SKYRYSE'S OPPOSITION TO MOOG'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 STIPULATED TRO AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS**

to be served in the following manner:

**BY ELECTRONIC MAIL**

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **May 1, 2023:**

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **May 1, 2023,** at San Francisco, CA.

**Alexa Solimano**

# SERVICE LIST
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Rachel L. Fiset**<br>**Scott D. Tenley**<br>**Ben Heller**<br>Zweiback, Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 1200 | Attorneys for Defendants Robert Alin Pilkington and Misook Kim |

| | |
|---|---|
| Los Angeles, CA 90015<br>213-266-5170<br>Fax: 213-289-4025<br>Email: rachel.fiset@zfzlaw.com<br> scott.tenley@zfzlaw.com<br> ben.heller@zfzlaw.com<br><br>**Grant B. Gelberg**<br>**Catherine H. Thompson**<br>**Alyssa L. Titche**<br>**Kevin H. Scott**<br>Halpern May Ybarra Gelberg LLP<br>550 S. Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>213-402-1900<br>Fax: 213-402-1901<br>Email: grant.gelberg@halpernmay.com<br> catherine.thompson@halpernmay.com<br> alyssa.titche@halpernmay.com<br> kevin.scott@halpernmay.com | |