**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>         Defendants. | Case No. CV 22-9094-GW-MARx<br><br>*Hon. George H. Wu*<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE FOR MOOG'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, AND DEFENDANTS' RESPONSES THERETO** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. In lieu of an Amended Complaint filed by May 10, 2023 solely in response to the limited leave granted in the Court's MTD Order (Dkt. 439), Moog may file on or before May 20, 2023 a Motion for Leave to File an Amended Complaint by which Moog can seek to add additional claims or parties to this lawsuit, unless the Parties stipulate (subject to the Court's approval) on or prior to that date that Moog may file the Amended Complaint, in which case Moog would file an Amended Complaint instead of a Motion for Leave to Amend;

2. Defendants may oppose Moog's forthcoming Motion for Leave to File an Amended Complaint in the ordinary course and under the procedures set forth under the Local Rules;

3. Defendants' deadline to respond to any Amended Complaint filed by Moog (including Skyryse's deadline to file any Amended Counterclaims), is 21 days from the later of: a) the Court's ruling on Moog's forthcoming Motion for Leave to File an Amended Complaint; or b) the entry of any Amended Complaint filed by Moog.

**IT IS SO ORDERED.**

Dated: May 1, 2023

_____
HON. GEORGE H. WU,
United States District Judge