| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Rena Andoh (*admitted pro hac vice*)<br>  randoh@sheppardmullin.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*<br>*Additional counsel listed after caption page* | **LATHAM & WATKINS LLP**<br>Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel S. Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Rachel S. Horn (SBN 335737)<br>  rachel.horn@lw.com<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>*Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)**<br><br>Complaint filed: March 7, 2022<br>Counterclaims filed: January 30, 2023 |

| | | |
|---|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | **LATHAM & WATKINS LLP** |

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

**HODGSON RUSS LLP**

Robert J. Fluskey (*pro hac vice* forthcoming)
  rfluskey@hodgsonruss.com
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000
Facsimile: (716) 819-4718

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

**LATHAM & WATKINS LLP**
Joseph H. Lee (SBN 248046)
  joseph.lee@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Russell Mangas
  russell.mangas@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. and Defendant and Counterclaimant Skyryse, Inc. (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on March 16, 2023, Moog filed against Skyryse a Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25) and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion to Enforce"), with the hearing originally noticed for April 13, 2023 (Dkts. 399, 400);

WHEREAS, on March 21, 2023, Skyryse filed an *Ex Parte* Application to continue the hearing date on Moog's Motion to Enforce from April 13, 2023 to May 15, 2023 (Dkt. 416), which was granted by the Court on March 23, 2023 (Dkt. 420);

WHEREAS, on April 24, 2023, Skyryse filed an Opposition to Moog's Motion to Enforce (Dkt. 453);

WHEREAS, on April 25, 2023, Moog served a notice of deposition and subpoena to Michael R. Bandemer, a Skyryse-retained expert who provided a declaration in support of Skyryse's Opposition to Moog's Motion to Enforce (Dkt. 454-5);

WHEREAS, Moog noticed Mr. Bandemer's deposition for May 3, 2023;

WHEREAS, on April 26, 2023, Skyryse's counsel learned that Mr. Bandemer is currently dealing with an urgent family health emergency and is unable to proceed with a deposition;

WHEREAS, on April 27, 2023, Skyryse's counsel immediately communicated Mr. Bandemer's unavailability to Moog's counsel;

WHEREAS, the Parties' counsel have conferred and agree that a continuance of the hearing on Moog's Motion to Enforce would be appropriate to allow the parties time to attempt to reschedule Mr. Bandemer's deposition, and to allow the

Court at least 14 days to review all filings in connection with the Motion to Enforce in advance of any hearing, pursuant to Civil Local Rule 7-11;

WHEREAS, the Parties' counsel have conferred and are available for a hearing on Moog's Motion to Enforce on June 8, 2023;

WHEREAS, the Parties will cooperate to reschedule the deposition of Mr. Bandemer to take place at least three days before the filing of Moog's reply brief in support of the Motion to Enforce, unless impracticable due to Mr. Bandemer's continuing family health emergency, in which case the Parties agree to further meet and confer in good faith to reach a resolution;

WHEREAS, pursuant to Civil Local Rules 7-10 and 7-11, continuing the hearing on Moog's Motion to Enforce would extend Moog's deadline to file its Reply in Support of Its Motion to Enforce from May 8, 2023 to May 25, 2023;

NOW, THEREFORE, the Parties stipulate and agree, pursuant to Civil Local Rule 7-11 and subject to the Court's approval, to continue the hearing on Moog's Motion to Enforce from May 15, 2023 to June 8, 2023 (or anytime thereafter that is convenient for the Court).

**IT IS SO STIPULATED.**

Dated: May 3, 2023

**SHEPPARD, MULLIN, RICHTER &HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: */s/ Gabriel S. Gross*
Counsel for Defendant and Counterclaimant Skyryse, Inc.

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: May 3, 2023                                                             */s/ Gabriel S. Gross*