1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant.. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS** <br><br> Judge: Hon. George H. Wu <br> Crtrm: 9D |

Having considered the stipulation submitted concurrently herewith and finding good cause therefore,

**IT IS HEREBY ORDERED** that the hearing on Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO, and for Adverse Inference Sanctions for Contempt and Spoliation shall be continued from May 15, 2023 to June 8, 2023, making Moog's Reply due on May 25, 2023.

Dated: May __, 2023

_____
Hon. George H. Wu
United States District Judge