**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant.. | CASE NO. CV 22-9094-GW-MARx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS**<br><br>Judge: Hon. George H. Wu<br>Crtrm: 9D |

1    Having considered the stipulation submitted concurrently herewith and
2    finding good cause therefore,
3    **IT IS HEREBY ORDERED** that the hearing on Moog's Motion to Enforce
4    Compliance with the March 11, 2022 Stipulated TRO, and for Adverse Inference
5    Sanctions for Contempt and Spoliation shall be continued from May 22, 2023 to
6    June 8, 2023 at 8:30 a.m., making Moog's Reply due on May 25, 2023.

Dated: May 4, 2023

_____
Hon. George H. Wu
United States District Judge