**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION AND ACCOMPANYING DECLARATIONS AND EXHIBITS** <br><br> Hon. Margo A. Rocconi |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2(b), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") hereby applies for an order permitting the following documents filed in connection with the parties' Joint Stipulation Re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification ("Joint Stipulation") to be lodged under seal with the Court.

| Document | Designating Party | Text to be Filed/Lodged under Seal |
|---|---|---|
| Joint Stipulation Re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification | Moog | Highlighted portions in the unredacted version at pages: 14:24-25, 14:28-15:6, 15:9, 15:17-19, 16:21, 29:4, 29:22-25 |
| Exhibits to Declaration of K. Storey | Moog | Exhibits D and E in their entirety |
| Exhibits to Declaration of K. Naqvi | Moog | Exhibit 1 in its entirety |

As the Filing Party, Skyryse has provisionally lodged under seal certain portions of the Joint Stipulation and accompanying documents that Plaintiff and Counterclaim-Defendant Moog, Inc. has designated as Protected Material under the Protective Order entered in this action, dated May 6, 2022 (Dkt. 89), or that Moog has otherwise requested to be sealed. Accordingly, pursuant to paragraph 12.1 of the Protective Order, Skyryse seeks to provisionally lodge these materials under seal until such time as Moog withdraws its confidentiality designations or the Court rules on a forthcoming application from Moog to justify that these documents, or portions of thereof, remain under seal. Skyryse reserves all rights under the Protective Order to challenge Moog's designations of the identified materials as Protected Material.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIP RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION

This application is further based upon the accompanying Declaration of Rachel S. Horn in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

Between April 27, 2023 and May 8, 2023, counsel for Skyryse conferred via email with counsel for Moog regarding the Joint Stipulation. On May 8, 2023, counsel for Moog approved the Joint Stipulation and accompanying documents for filing, but requested to redact certain portions of the Joint Stipulation from the public docket and file them under seal. Counsel for Moog stated that Moog's proposed redactions involved references to sensitive government programs and substantive quotations from Moog's trade secret identification. Counsel for Skyryse followed up via email and confirmed that the identified materials would be provisionally lodged under seal under Local Rule 79-5.2.2(b) based on Moog's request, subject to Moog's declaration establishing that all or part of the designated material is sealable.

Dated: May 9, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Gabriel S. Gross

Douglas E. Lumish (SBN 183863)
Gabriel S. Gross (SBN 254672)
Arman Zahoory (SBN 306421)
Rachel S. Horn (SBN 335737)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
gabe.gross@lw.com
arman.zahoory@lw.com
rachel.horn@lw.com

Joseph H. Lee (SBN 248046)
Ryan Banks (SBN 318171)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com
ryan.banks@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

3

APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIP RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION

| | |
|---|---|
| 1 | |
| 2 | Russell Mangas (Admitted *Pro Hac Vice*)<br>330 North Wabash Avenue, Suite 28000<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: russell.mangas@lw.com |
| 6 | Julianne C. Osborne (SBN 342870)<br>Alexa Solimano (SBN 335740)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>Email: julianne.osborne@lw.com<br>alexa.solimano@lw.com |
| 11 | *Attorneys for Defendant and Counterclaimant, Skyryse, Inc.* |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

4   APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIP RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION