**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION** <br><br> Discovery Cut-Off: April 12, 2024 <br> Pre-Trial Conference: August 12, 2024; 8:30 a.m. <br> Trial: August 27, 2024 <br><br> Hearing: May 31, 2023 <br> Time: 11:00 a.m. <br> Judge: Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

**TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 11 a.m. on May 31, 2023, or as soon thereafter as the matter may be heard before the Honorable Judge Margo A. Rocconi in Courtroom 790 of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendant and Counterclaimant Skyryse, Inc. will and hereby does move to enforce the Court's Decision and Order that granted in relevant part Skyryse's motion to compel Plaintiff and Counterclaim-Defendant Moog, Inc. to provide its trade secret identification, and ordered Moog, *inter alia*, to "identify its trade secrets with a reasonable degree of precision and specificity that is particular enough as to separate the trade secret from matters of general knowledge." (Dkt. 205.)

Pursuant to Local Civil Rule 37-1, the parties conducted a conference of counsel on March 8, 2023. After the parties determined they had reached impasse, pursuant to the Honorable Judge Rocconi's discovery motion procedures, Skyryse emailed the courtroom deputy on March 8, 2023, seeking a telephone conference with the court. On March 28, 2023, the courtroom deputy emailed the parties instructing that Skyryse may file this motion without a telephonic conference.

This motion is based on this notice of motion and Skyryse's portion of the accompanying Joint Stipulation, the accompanying Declaration of Kelley M. Storey and its exhibits, the records and papers on file in this action, any material of which this Court takes judicial notice, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

| | |
|---|---|
| Dated: May 9, 2023 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| | By */s/ Gabriel S. Gross* |
| | Douglas E. Lumish (SBN 183863) |
| | Gabriel S. Gross (SBN 254672) |
| | Arman Zahoory (SBN 306421) |
| | Rachel S. Horn (SBN 335737) |
| | Menlo Park, California 94025 |
| | Telephone: (650) 328-4600 |
| | Facsimile: (650) 463-2600 |
| | Email: doug.lumish@lw.com |
| | gabe.gross@lw.com |
| | arman.zahoory@lw.com |
| | rachel.horn@lw.com |
| | |
| | Joseph H. Lee (SBN 248046) |
| | Ryan Banks (SBN 318171) |
| | 650 Town Center Drive, 20th Floor |
| | Costa Mesa, California 92626 |
| | Telephone: (714) 540-1235 |
| | Facsimile: (714) 755-8290 |
| | Email: joseph.lee@lw.com |
| | ryan.banks@lw.com |
| | |
| | Russell Mangas (Admitted *Pro Hac Vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |
| | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| | Email: russell.mangas@lw.com |
| | |
| | Julianne C. Osborne (SBN 342870) |
| | Alexa Solimano (SBN 335740) |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111 |
| | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| | Email: julianne.osborne@lw.com |
| | alexa.solimano@lw.com |

| | |
|---|---|
| 1 | Kelley M. Storey (Admitted *Pro Hac Vice*) |
| 2 | 555 Eleventh Street NW, Suite 1000 |
| 3 | Washington, D.C. 20004 |
| | Telephone: (202) 637-2200 |
| 4 | Facsimile: (202) 637-2201 |
| 5 | Email: kelley.storey@lw.com |
| 6 | Cassandra M. Baloga (Admitted *Pro Hac Vice)* |
| 7 | 1271 Avenue of the Americas |
| | New York, New York 10020 |
| 8 | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| 9 | Email: cassandra.baloga@lw.com |
| 10 | |
| 11 | Attorneys for Defendant and Counterclaimant, Skyryse, Inc. |