**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION** <br><br> Hearing: May 31, 2023 <br> Time: 11:00 a.m. <br> Judge: Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

1  Joseph H. Lee (SBN 248046)
   Ryan Banks (SBN 318171)
2  650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626
   Telephone: (714) 540-1235
4  Facsimile: (714) 755-8290
   Email: joseph.lee@lw.com
5  ryan.banks@lw.com

6  Russell Mangas (Admitted *Pro Hac Vice*)
7  330 North Wabash Avenue, Suite 2800
   Chicago, Illinois 60611
8  Telephone: (312) 876-7700
   Facsimile: (312) 993-9767
9  Email: russell.mangas@lw.com

10
   Julianne C. Osborne (SBN 342870)
11 Alexa Solimano (SBN 335740)
   505 Montgomery Street, Suite 2000
12 San Francisco, California 94111
   Telephone: (415) 391-0600
13 Facsimile: (415) 395-8095
   Email: julianne.osborne@lw.com
14 alexa.solimano@lw.com

15
   Kelley M. Storey (Admitted *Pro Hac Vice*)
16 555 Eleventh Street NW, Suite 1000
   Washington, D.C. 20004
17 Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
18 Email: kelley.storey@lw.com

19
   Cassandra M. Baloga (Admitted *Pro Hac Vice*)
20 1271 Avenue of the Americas
   New York, New York 10020
21 Telephone: (212) 906-1200
22 Facsimile: (212) 751-4864
   Email: cassandra.baloga@lw.com
23

24 *Attorneys for Defendant and Counterclaimant, Skyryse, Inc*

25

26

27

28

Having considered Defendants' Motion to Enforce Order Compelling Trade Secret Identification, and all briefing, evidence, and arguments of counsel from all parties, and good cause appearing therefor, the Court hereby **GRANTS** the Motion and **ORDERS** Plaintiff and Counterclaim-Defendant Moog Inc. to comply in full with the Court's Decision and Order requiring Moog to provide its trade secret identification (Dkt. 205). Within 14 days of the date of this Order, Moog shall serve a new and amended trade secret identification that complies with Dkt. 205. Moog shall be precluded from taking further discovery from Skyryse unless and until it serves a new amended trade secret identification that complies with Dkt. 205 and shall be precluded from asserting any trade secrets that it fails to sufficiently disclose.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Margo A. Rocconi
United States Magistrate Judge