**LATHAM & WATKINS LLP**
　Douglas E. Lumish (SBN 183863)
　*doug.lumish@lw.com*
　Gabriel S. Gross (SBN 254672)
　*gabe.gross@lw.com*
　Arman Zahoory (SBN 306421)
　*arman.zahoory@lw.com*
　Rachel S. Horn (SBN 335737)
　*rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DECLARATION OF KELLEY STOREY IN SUPPORT OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION**<br><br>Discovery Cut-Off: April 12, 2024<br>Pre-Trial Conference: August 12, 2024; 8:30 a.m.<br>Trial: August 27, 2024<br><br>Hearing:　May 31, 2023<br>Time:　　11:00 a.m.<br>Judge:　　Hon. Margo A. Rocconi<br>Location: Courtroom 790, 7th Floor |

DECLARATION OF KELLEY STOREY ISO JOINT STIPULATION RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION

1

I, Kelley Storey, hereby declare and state as follows:

1. I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify to all facts set forth herein. I provide this declaration in support of Skyryse's Portions of the Joint Stipulation re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification.

2. Attached hereto as exhibit A is a true and correct copy of a letter dated June 27, 2022 from Doug Lumish to Rena Andoh.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the July 15, 2022 Hearing transcript.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the July 27, 2022 Hearing transcript.

5. Attached hereto as Exhibit D is a true and correct copy of the document titled "Moog's Trade Secret ID (CUI)" with Exhibits 1 and 2 served by Moog on February 1, 2023.

6. Attached hereto as Exhibit E is a true and correct copy of the document titled "Moog's Trade Secret ID (Non-CUI)" with Exhibit A served by Moog on February 1, 2023.

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated March 24, 2023 from Kazim Naqvi to Douglas Lumish, Gabriel Gross, Joseph Lee, Cassandra Baloga, Kelley Storey, Julianne Osborne, Arman Zahoory, and Ryan Bans.

8. Attached hereto as Exhibit G is a true and correct copy of the April 19, 2023 Scheduling Order.

2

DECLARATION OF KELLEY STOREY ISO JOINT STIPULATION
RE: DEFENDANTS' MOTION TO ENFORCE ORDER
COMPELLING TRADE SECRET IDENTIFICATION

1  I declare under penalty of perjury that the foregoing is true and correct and
2  that this declaration was executed on May 9, 2023 in Washington, District of
3  Columbia.

_____
Kelley Storey

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

3

DECLARATION OF KELLEY STOREY ISO JOINT STIPULATION
RE: DEFENDANTS' MOTION TO ENFORCE ORDER
COMPELLING TRADE SECRET IDENTIFICATION