# Exhibit A

**Douglas E. Lumish**
Direct Dial: +1 (650) 463-263
doug.lumish@lw.com

# LATHAM&WATKINS LLP

140 Scott Drive
Menlo Park, California 94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 27, 2022

VIA E-MAIL

Rena Andoh
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
randoh@sheppardmullin.com

File No. 072290-0003

Re:   *Moog Inc. v. Skyryse, Inc., et al.*, W.D.N.Y – Case No. 1:22-cv-00187

Dear Rena,

As Gabe Gross and I mentioned to you roughly five weeks ago on May 18, 2022, Skyryse has made it a priority to identify and get rid of any allegedly proprietary or trade secret Moog information that might have made its way into Skyryse through the actions of certain individuals. Skyryse never wanted or intended to obtain such information, and denies that it ever misappropriated any Moog trade secrets or worked in concert with anyone to do so. Nonetheless, Skyryse has been taking steps to ensure that any information Moog may contend constitutes its trade secrets has not made its way onto Skyryse's systems or into its product development, or, to the extent any such information made its way into the company, that it is located and extricated—even if the facts do not suggest the information ever was used by or known to Skyryse or that the information rises to the level of trade secrets.

As we did when we spoke earlier, I write to invite input from Moog into this process. In the interest of avoiding disputes about whether Moog thinks Skyryse's process is or has been satisfactory, we would like to work together with you so we can obtain Moog's input on what it thinks needs to be done to ensure that Skyryse has effectively eliminated any possible alleged Moog trade secrets or proprietary information. Having Moog's cooperation, of course, would reduce the potential for disputes going forward and, hopefully, lead to a more efficient process that would benefit both sides by better identifying any alleged Moog information that needs to be removed from Skyryse's systems or software—a result Skyryse seeks and we assume Moog does as well.

We were surprised and disappointed not to hear back from you in the weeks that have passed since we first made this request. We assumed Moog would cooperate with Skyryse in this effort both to mitigate any alleged damages and to help safeguard any alleged Moog trade secret or proprietary information. We hope this time you will respond promptly. Either way, Skyryse will continue taking the steps it deems necessary to locate and remove of any information it thinks

Rena Andoh
**June 27, 2022**
Page 2

**LATHAM & WATKINS**LLP

Moog might reasonably allege to be proprietary to or trade secrets of Moog.  Please let us know at your earliest convenience if Moog will participate in this effort or not.

Very truly yours,

Douglas E. Lumish

cc:    Lai Yip
       Travis Anderson
       Tyler Baker
       Kazim Naqvi