# Exhibit C

```
13:29:38   1                    UNITED STATES DISTRICT COURT

           2                     WESTERN DISTRICT OF NEW YORK

           3
               - - - - - - - - - - - - - X
           4   MOOG INC.,                 )     22-CV-187
                           Plaintiff      )
           5   vs.
                                                Buffalo, New York
           6   SKYRYSE, INC., et al       )     July 27, 2022
                           Defendant.           1:00 p.m.
           7   - - - - - - - - - - - - - X
               ORAL ARGUMENT
           8   Proceeding held via Zoom for Government Platform
               All parties appeared remotely.
           9
                                 TRANSCRIPT OF PROCEEDINGS
          10         BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
                           UNITED STATES MAGISTRATE JUDGE
          11

          12   FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
                              BY: RENA ANDOH, ESQ.
          13                       LAI YIP, ESQ.
                                   KAZIM A. NAQVI, ESQ.
          14                           -and-
                              HODGSON RUSS, LLP
          15                  BY: ROBERT J. FLUSKEY, JR, ESQ.
                                   PAULINE MUTO, ESQ.
          16
               FOR DEFENDANT:   LATHAM & WATKINS, LLP
          17                    BY: DOUGLAS E. LUMISH, ESQ.
                                    GABRIEL S. GROSS, ESQ.
          18                        KELLEY STOREY, ESQ.
                                    CASSANDRA M. BALOGA, ESQ.
          19                        JULIANNE CATHERINE OSBORNE, ESQ.
                                    RYAN T. BANKS, ESQ.
          20                        JOSEPH LEE, ESQ.
                                    ARMAN ZAHOORY, ESQ.
          21

          22   FOR DEFENDANT
               PILKINGTON/KIM: WINGET, SPADAFORA & SCHWARTZBERG, LLP
          23                   BY: ALEXANDER ASHER TRUITT, ESQ.
                                   ANTHONY D. GREEN, ESQ.
          24                       ANNABEL MIRALES, ESQ.

          25   COURT REPORTER: Karen J. Clark, Official Court Reporter
                               Karenclark1013@AOL.com
```

|  |  |
|---|---|
| 1 | MOOG, INC. VS. SKYRYSE, INC. ET AL |
| 13:39:11  2 | Now, turning to my July 22nd decision, I |
| 13:39:20  3 | hope I was self explanatory.  I'm sure, knowing you all, |
| 13:39:25  4 | that there will be some discussion as to what I |
| 13:39:29  5 | intended, but here is what I do intend.  I recognize |
| 13:39:34  6 | that everybody is interested in moving this case along |
| 13:39:37  7 | as quickly as possible, as am I, but I think it has to |
| 13:39:42  8 | be moved along in a manner that is as efficient as |
| 13:39:49  9 | possible, recognizing considerations of proportionality |
| 13:39:53 10 | and so forth.  And for that reason, I think, as I said |
| 13:40:01 11 | in my decision, that I'm going to sequence discovery. |
| 13:40:04 12 | And I want to focus, first and foremost, on Moog's |
| 13:40:10 13 | identification in a considerable level of detail, as I |
| 13:40:15 14 | discussed in my decision, of the trade secrets which it |
| 13:40:19 15 | considers to be at issue for purposes of the preliminary |
| 13:40:22 16 | injunction hearing.  Once those are identified, then the |
| 13:40:27 17 | parties can proceed to drill down further both in terms |
| 13:40:33 18 | of their research as to whether a particular item |
| 13:40:37 19 | claimed to be a trade secret is, perhaps, known |
| 13:40:41 20 | elsewhere or whether it has been properly protected as a |
| 13:40:46 21 | trade secret, but unless and until we get to that |
| 13:40:51 22 | identification, I don't see the point in proceeding on |
| 13:40:54 23 | other discovery.  And I recognize that this may cause |
| 13:40:58 24 | some further delay, but I think that is unavoidable |
| 13:41:02 25 | under the circumstances.  And I reread the transcript of |

```
               1            MOOG, INC. VS. SKYRYSE, INC. ET AL
13:50:25       2    be.  I mean, for example, Ms. Andoh did say at, you
13:50:28       3    know, at the July 15th proceeding, that you're dealing
13:50:32       4    with potentially a huge number of trade secrets in this
13:50:35       5    case.  I think she mentioned the figure of a million.
13:50:42       6    But, obviously, nobody is going to go to Judge Vilardo
13:50:46       7    on a preliminary injunction hearing with a million trade
13:50:50       8    secrets.  You can do that, but I can predict your
13:50:53       9    reception would not be overly favorable.  So, they are
13:50:57      10    going to have to be culled down in some fashion into a,
13:51:03      11    you know, a coherent presentation to Judge Vilardo.
13:51:08      12    But, again, my hope is that when that time comes for
13:51:12      13    Moog to identify the trade secrets on which it will seek
13:51:17      14    relief at the preliminary injunction hearing, that it
13:51:21      15    will be, you know a reasonably narrow scope.  So, I
13:51:26      16    guess I'll throw it back to counsel for Moog and Skyryse
13:51:33      17    just to react to Mr. Green's suggestion about what will
13:51:40      18    doubtless be incorporated in a letter that he is going
13:51:45      19    to be submitting, either a complete or partial stay.
13:51:49      20    Anybody want to react to that?
13:51:52      21            MR. LUMISH:  Maybe I should go fist.
13:51:53      22            MAGISTRATE JUDGE MCCARTHY:  Excuse me, Mr.
13:51:54      23    Lumish, somebody just said before.  Mr. Green?
13:51:58      24            MR. GREEN:  Yes, your Honor.
13:51:59      25            MAGISTRATE JUDGE MCCARTHY:  Back to Mr.
```