# Exhibit D

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY