# Exhibit E

# DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY