# Exhibit G

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-9094-GW-MARx | Date | April 19, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (ECF No. 441) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the April 20, 2023 scheduling conference date is taken off calendar. This action appears to be a somewhat complicated trade secrets and breach of contract litigation with concomitant counterclaims. The Court has already issued a ruling on the parties' motions to dismiss which summarize the case (ECF No. 439).

The Court sets the following dates:

1. Given the Court's ruling on Defendants' motion to dismiss, the plaintiff is given until May 10, 2023 to file an amended pleading and Defendants shall respond by May 31, 2023. Thereafter, any further amendments must be made by motion under Rule 16.

2. A post-mediation status conference is set for May 9, 2024 at 8:30 a.m., with mediation to be completed by May 6. The parties can chose to mediate either through a private mediation service or the magistrate judge. The parties will make arrangements so that the mediation can be completed by May 6 and a joint report filed with the Court by May 7.

3. All regular discovery will be completed by April 12, 2024. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date. All discovery disputes shall be heard by the magistrate judge.

4. All expert discovery will be completed by May 31, 2024. The parties are to meet and agree in writing

|  | : | 21 |
|---|---|---|
| Initials of Preparer | JG | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | April 19, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is July 8, 2024.

6. The pre-trial conference will be held on August 12, 2024 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (Docket No. 300).

7. Jury trial will begin on August 27, 2024 at 9:00 a.m.

|  | : | 21 |
|---|---|---|
| Initials of Preparer | JG | |