| | |
|---|---|
| 1 | Rena Andoh (admitted *pro hac vice*) |
| 2 | randoh@sheppardmullin.com.com<br>**SHEPPARD, MULLIN, RICHTER** |
| 3 | **& HAMPTON LLP**<br>30 Rockefeller Plaza |
| 4 | New York, NY 10112<br>Telephone: (212) 653-8700 |
| 5 | Facsimile: (212) 653-8701 |
| 6 | Lai L. Yip (SBN 258029)<br>lyip@sheppardmullin.com |
| 7 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 8 | Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947 |
| 9 | |
| 10 | Travis J. Anderson (SBN 265540)<br>tanderson@sheppardmullin.com |
| 11 | 12275 El Camino Real<br>Suite 100 |
| 12 | San Diego, CA 92130<br>Telephone: (858) 720-8900 |
| 13 | Facsimile: (858) 509-3691 |
| 14 | Kazim A. Naqvi (SBN 300438)<br>knaqvi@sheppardmullin.com |
| 15 | 1901 Avenue of the Stars<br>Suite 1600 |
| 16 | Los Angeles, CA 90067 |
| 17 | Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701 |
| 18 | |
| 19 | Attorneys for Plaintiff and<br>Counterdefendant Moog Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF JOINT STIPULATION RE: PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION** |
| v. | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, | |
| Defendants. | Judge:   Hon. Margo A. Rocconi<br>Location: Courtroom 790, 7th Floor |

**DECLARATION OF KAZIM A. NAQVI**

1. KAZIM NAQVI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2. My name is Kazim Naqvi. I am an associate at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff and counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's portions of the Joint Stipulation which oppose Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") Motion to Enforce Order Compelling Trade Secret Identification.

3. Attached hereto as **Exhibit 1** are true and correct copies of screen captures from the excel spreadsheets containing the file listings referenced in Moog's trade secret identification (served on May 21, 2023), which were originally attached, in native excel format, to Moog's trade secret identification as exhibit 2 (non-CUI file listing) and exhibit A (CUI file listing). The screen captures demonstrate that the non-CUI file listing was broken into 48 separate excel tabs keyed to specific trade secrets (with each separate tab reflected at the bottom of each screen capture), and the CUI file listing was broken into 6 separate excel tabs keyed to specific trade secrets.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a publicly available version of the identification of trade secrets from *WeRide Corp. v. Kun Huang*, Case No. 5:18-cv-07233-EJD, Dkts. 33-28 (Dec. 26, 2018).

5. Attached hereto as **Exhibit 3** is a true and correct copy of the law school journal article by Charles Tait Graves & Brian D. Range, <u>Identification of Trade Secret Claims in Litigation: Solutions for A Ubiquitous Dispute</u>, 5 Nw. J. Tech. & Intell. Prop. 68 (2006), as it appears in the Westlaw database.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed this 4th day of May, 2023, in Los Angeles, California.

Dated: May 4, 2023

                                      */s/ Kazim A. Naqvi*
                                        Kazim Naqvi

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: May 9, 2023            */s/ Gabriel S. Gross*
                              Gabriel S. Gross