# EXHIBIT 1
# DOCUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY