| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*<br>*Additional counsel listed after caption page* | **LATHAM & WATKINS LLP**<br>Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel S. Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Rachel S. Horn (SBN 335737)<br>  rachel.horn@lw.com<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>*Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants.<br><br>SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>    v<br><br>MOOG INC.,<br><br>    Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**STIPULATION AND JOINT REQUEST TO MODIFY PROTECTIVE ORDER**<br><br>Complaint Filed: March 7, 2022<br>Counterclaims Filed: January 30, 2023<br><br>Judge: Hon. Margo A. Rocconi<br>Crtrm: 790, 7th Floor |

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Travis J. Anderson (SBN 265540)<br>　tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Facsimile: (858) 509-3691<br><br>Kazim A. Naqvi (SBN 300438)<br>　knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br><br>**HODGSON RUSS LLP**<br>Robert J. Fluskey (*pro hac vice* forthcoming)<br>　rfluskey@hodgsonruss.com<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Facsimile: (716) 819-4718<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*<br><br>**ZWEIBACK FISET & ZALDUENDO LLP**<br>Rachel L. Fiset (SBN 240828)<br>　rachel.fiset@zfzlaw.com<br>Scott D. Tenley (SBN 298911)<br>　scott.tenley@zfzlaw.com<br>315 W. 9th Street, Suite 1200<br>Los Angeles, California 90015<br>Telephone: (213) 266-5170<br>Facsimile: (213) 289-4025<br><br>*Attorneys for Defendant Robert Alin Pilkington* | **LATHAM & WATKINS LLP**<br>Joseph H. Lee (SBN 248046)<br>　joseph.lee@lw.com<br>Ryan T. Banks (SBN 318171)<br>　ryan.banks@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br><br>Russell Mangas<br>　russell.mangas@lw.com<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br><br>*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*<br><br>**HALPERN MAY YBARRA & GELBERG LLP**<br>Grant B. Gelberg (SBN 229454)<br>　grant.gelberg@halpernmay.com<br>Kevin H. Scott (SBN 274605)<br>　kevin.scott@halpernmay.com<br>Alyssa L. Titche (SBN 313296)<br>　alyssa.titche@halpernmay.com<br>Catherine Thompson (SBN 313391)<br>　catherine.thompson@halpernmay.com<br>550 South Hope Street, Suite 2330<br>Los Angeles, California 90071<br>Telephone: (213) 402-1900<br>Facsimile: (213) 402-1901<br><br>*Attorneys for Defendant Misook Kim* |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Moog Inc. ("Moog"), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse"), Defendant Robert Alin Pilkington ("Pilkington"), and Defendant Misook Kim ("Kim") (Kim and Pilkington are collectively referred to as the "Individual Defendants") (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, Jeri Rouse Looney is no longer employed by Skyryse.

WHEREAS, Blake Bilstad is the current General Counsel of Skyryse.

WHEREAS, the Parties stipulate and agree to amend Paragraph 1.5 of the Protective Order (Dkt. 89) to remove the reference to Ms. Looney and replace it with a reference to Mr. Bilstad, so the amended paragraph will read as follows:

"1.5 <u>Designated In-House Counsel</u> means In-House Counsel who seek access to "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" information in this action. Unless otherwise agreed to by the Parties, Designated In-House Counsel means Jeffrey T. Williams, counsel for Moog Inc. and Blake Bilstad, counsel for Skyryse, Inc."

NOW, THEREFORE, the Parties stipulate and agree, subject to the Court's approval, to so modify the Protective Order.

**IT IS SO STIPULATED.**

Dated: May 10, 2023

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: /s/ *Gabriel S. Gross*
Counsel for Defendant and
Counterclaimant Skyryse, Inc.

**ZWEIBACK FISET & ZALDUENDO LLP**

By: /s/ *Scott D. Tenley*
Counsel for Defendant Robert Alin Pilkington

**HALPERN MAY YBARRA & GELBERG LLP**

By: /s/ *Grant B. Gelberg*
Counsel for Defendant Misook Kim

# **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: May 10, 2023                                    */s/ Gabriel S. Gross*