1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY PROTECTIVE ORDER**<br><br>Judge: Hon. Margo A. Rocconi<br>Crtrm: 790, 7th Floor |
| SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>    v<br><br>MOOG INC.,<br><br>    Counterclaim-Defendant. | |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER GRANTING STIP. AND
JOINT REQUEST TO MODIFY PROTECTIVE
ORDER

1    Having considered the stipulation and joint request to modify the protective

2 order (Dkt. 89) submitted concurrently herewith and finding good cause therefor,

3    IT IS HEREBY ORDERED that the request is GRANTED and the

4 protective order is amended as stated in the stipulation.

5

6 Dated: May __, 2023                    _____

7                                         Hon. Margo A. Rocconi
                                          United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIP. AND JOINT REQUEST TO MODIFY PROTECTIVE ORDER