1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION AND ACCOMPANYING DECLARATIONS AND EXHIBITS** <br><br> Hon. Margo A. Rocconi |

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to Lodge Under Seal Joint Stipulation Re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification, and accompanying declarations and exhibits and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be lodged and remain lodged under seal for 4 days following the filing of the Application:

| Document | Designating Party | Ruling |
|---|---|---|
| Highlighted portions of Joint Stipulation Re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification at pages: 14:24-25, 14:28-15:6, 15:9, 15:17-19, 16:21, 29:4, 29:22-25 | Moog | Provisionally lodged under seal. |
| Exhibits D and E to Declaration of K. Storey | Moog | Provisionally lodged under seal. |
| Exhibit 1 to Declaration of K. Naqvi | Moog | Provisionally lodged under seal. |

**IT IS SO ORDERED.**

Dated: May 10, 2023

Hon. Margo A. Rocconi
United States Magistrate Judge