UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　　　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY PROTECTIVE ORDER<br><br>Judge: Hon. Margo A. Rocconi<br>Crtrm: 790, 7th Floor |

Having considered the stipulation and joint request to modify the protective order (Dkt. 89) submitted concurrently herewith and finding good cause therefor,

IT IS HEREBY ORDERED that the request is GRANTED and the protective order is amended as stated in the stipulation.

Dated: May 10, 2023

_____
Hon. Margo A. Rocconi
United States Magistrate Judge