Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Attorneys for Plaintiff and
Counterdefendant MOOG INC.

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant and
Counterclaimant SKYRYSE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. Margo A. Rocconi* <br><br> **JOINT STIPULATION TO CONTINUE HEARING DATE ON SKYRYSE'S MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION (DKT. 475)** <br><br> Complaint Filed:    March 7, 2022 <br> Counterclaims Filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on May 9, 2023, Skyryse filed its Joint Stipulation Re: Motion to Enforce Order Compelling Trade Secret Identification (the "Motion to Enforce"), with the hearing date noticed for in-person hearing on May 31, 2023 at 11:00 a.m. in Courtroom 790 before the Honorable Margo A. Rocconi (Dkts. 474, 475);

WHEREAS, counsel for Moog now has a conflict and cannot appear for an in-person hearing as noticed on May 31, 2023 at 11:00 a.m.;

WHEREAS, the Parties have conferred and have agreed to continue the hearing date on Skyryse's Motion to Enforce to June 7, 2023 at 11:00 a.m., subject to the Court's availability;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. The hearing date on Skyryse's Motion to Enforce shall be continued from May 31, 2023 at 11:00 a.m. to June 7, 2023 at 11:00 a.m. in Courtroom 790 before the Honorable Margo A. Rocconi, subject to the Court's availability.

**IT IS SO STIPULATED.**

Dated: May 12, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Kazim A. Naqvi*
Kazim A. Naqvi
Counsel for Plaintiff and Counterdefendant Moog Inc.

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*
    Gabriel S. Gross
    Counsel for Defendant and Counterclaimant
    Skyryse, Inc.

### **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: May 12, 2023        */s/ Kazim A. Naqvi*