# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. Margo A. Rocconi* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON SKYRYSE'S MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION (DKT. 475)** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The hearing date on Skyryse's Motion to Enforce (Dkts. 474, 475) shall be continued from May 31, 2023 at 11:00 a.m. to June 7, 2023 at 11:00 a.m. in Courtroom 790 before the Honorable Margo A. Rocconi, subject to the Court's availability.

**IT IS SO ORDERED.**

Dated: May _____, 2023

_____
The Honorable Margo A. Rocconi
United States Magistrate Judge