1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| | |
|---|---|
| MOOG INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>   Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>*Hon. Margo A. Rocconi*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE ON SKYRYSE'S MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION (DKT. 475)** |

21
22
23
24
25
26
27
28

1   The Court, having reviewed the stipulation submitted concurrently herewith,
2 and good cause appearing therefore, hereby **ORDERS THAT:**
3   1.   The hearing date on Skyryse's Motion to Enforce (Dkts. 474, 475) shall be continued from May 31, 2023 at 11:00 a.m. to June 7, 2023 at 11:00 a.m. in Courtroom 790 before the Honorable Margo A. Rocconi, subject to the Court's availability.

**IT IS SO ORDERED.**

Dated:  May __16__, 2023

_____
The Honorable Margo A. Rocconi
United States Magistrate Judge