| | |
|---|---|
| 1 | Rena Andoh (admitted *pro hac vice*) |
| 2 | randoh@sheppardmullin.com.com |
|   | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 3 | 30 Rockefeller Plaza |
| 4 | New York, NY 10112 |
|   | Telephone: (212) 653-8700 |
| 5 | Facsimile: (212) 653-8701 |
| 6 | Lai L. Yip (SBN 258029) |
|   | lyip@sheppardmullin.com |
| 7 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, CA 94111 |
| 8 | Telephone: (415) 434-9100 |
|   | Facsimile: (415) 434-3947 |
| 9 | |
| 10 | Travis J. Anderson (SBN 265540) |
|    | tanderson@sheppardmullin.com |
| 11 | 12275 El Camino Real |
|    | Suite 100 |
| 12 | San Diego, CA 92130 |
|    | Telephone: (858) 720-8900 |
| 13 | Facsimile: (858) 509-3691 |
| 14 | Kazim A. Naqvi (SBN 300438) |
|    | knaqvi@sheppardmullin.com |
| 15 | 1901 Avenue of the Stars |
|    | Suite 1600 |
| 16 | Los Angeles, CA 90067 |
| 17 | Telephone: (310) 228-3700 |
|    | Facsimile: (310) 228-3701 |
| 18 | |
| 19 | Attorneys for Plaintiff and Counterdefendant Moog Inc. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Hon. George H. Wu* |
| v. | **DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, | |
| Defendants. | |

| | |
|---|---|
| 1 | [*Filed concurrently with Notice of Motion and Motion; [Proposed] Order*] |
| 2 | |
| 3 | Date: June 19, 2023 |
| 4 | Time: 8:30 a.m.<br>Ctrm.: 9-D |
| 5 | |
| 6 | Complaint Filed: March 7, 2022 |
| 7 | Counterclaims Filed: January 30, 2023 |

**DECLARATION OF KAZIM A. NAQVI**

1. KAZIM NAQVI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2. My name is Kazim Naqvi.  I am an associate at Sheppard, Mullin, Richter & Hampton LLP.   I am over the age of 18 years old.  I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff and counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's Notice of Motion and Motion to for Leave to File Amended Complaint (the "Motion")

3. A true and correct copy of Moog's [Proposed] Amended Complaint is attached hereto as Exhibit 1.

4. A true and correct copy of a redline showing the changes in Moog's [Proposed] Amended Complaint compared to its Original Complaint is attached hereto as Exhibit 2.

5. On May 19, 2023, in an effort to see if the Parties could agree and stipulate to the filing of the Proposed Amended Complaint, I circulated to counsel for all Defendants a draft of Moog's Proposed Amended Complaint and a redline showing the changes made compared to Moog's Original Complaint.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Executed this 22nd day of May, 2023, in Los Angeles, California.

                                              */s/ Kazim Naqvi*
                                              Kazim Naqvi