EXHIBIT D



THE MISSION

Free the world from travel time.



THE PROBLEM

# Time Wasted

## 240-360 hours

is what an average person
spends per year sitting in traffic.

## 30 miles one way

is the average distance that a
person commutes.

# Our transportation system is going through a transformation



**MORE ROADS:**
Building 10% more roads generates 10% more traffic

**RIDESHARE:**
"Uber and Lyft has created a new traffic problem for major U.S. cities"
The Washington Post July 25, 2018

**TRAINS:**
1. $200M-$2,700M per mile
2. Years, if not decades to build

**AUTONOMOUS VEHICLES:**
"Waymo's self-driving cars struggle to turn left and don't understand basic road features"
The Telegraph August 28, 2018

**eVTOL & Uber Elevate:**
1. 7-10 year FAA approval cycle
2. Unproven platform
3. No regulatory pathway for wide approval

4

# Future of mobility will be in the air



"The commercial possibilities of aeromobility are beyond the dreams of avarice."
*Wall Street Journal September 12, 2018*

**MORE ROADS:**
Building 10% more roads generates 10% more traffic

**RIDESHARE:**
"Uber and Lyft has created a new traffic problem for major U.S. cities"
The Washington Post July 25, 2018

**TRAINS:**
1. $200M-$2,700M per mile
2. Years, if not decades to build

**AUTONOMOUS VEHICLES:**
"Waymo's self-driving cars struggle to turn left and don't understand basic road features"
The Telegraph August 28, 2018

**eVTOL & Uber Elevate:**
1. 7-10 year FAA approval cycle
2. Unproven platform
3. No regulatory pathway for wide approval

5



# Starting with a price point that directly replaces UberBlack





## Hacking economics of helicopters to generate Blade-meets-UberPool revenue

| | | |
|---|---|---|
| Price per passenger-mile | $5.0 | UberBlack at $5 / mile - Blade at $18-20 per mile |
| Ground miles per flight | 13 | 13 miles on the ground - 9 miles in the air |
| Price per flight | $65.0 | UberBlack price $60-65 for same distance & route |
| Passengers | 2 - 3 | Pooling demand with pre-scheduled flights |
| Revenue per flight | $130 - $195 | |

# Generating flight hours can lead to a highly profitable operation

SKYRYS≡




## Growth Ramp

| Helicopter Ramp | Unique Passengers | Total Training Miles Flown | Annual Revenue |
|---|---|---|---|
| 2 | 266 | 300K | $3M |
| 10 | 1,328 | 1.4M | $17M |
| 50 | 6,641 | 6.8M | $84M |
| 100 | 13,282 | 13.5M | $169M |

Based on: $5 per mile, 2.5 pax load, 4 daily flight hours, 250 operating days annually, 15 ground-mile trip

## Los Angeles Market

Population: **4.5 million**
Population with $250K+ income: **150,000+**

$100M revenue run rate

**7,905**

(0.17% of LA pop.)

This document does not contain Technical Data or Technology as defined in the ITAR Part 120.10 or EAR Part 772
Case 2:22-cv-09094-GW-MAR   Document 490-6   Filed 05/22/23   Page 10 of 11   Page ID
#:15545

# Our commuter service will pay for itself and build a first-mover moat





**Generate flight hours** demonstrating statistical significance that autonomous flight is as safe as piloted flight

**Aggregate demand** to become a regular commuter service

**Build demand-side data** for route selection, utilization, and ride experience

**Build a playbook** for locking in proprietary landing zones; this is key to blocking out anyone else ever trying to do this, eVTOL or not.

**Deliver an experience riders will love** -- once you travel by air, you will never ever want to drive the same route by car