# EXHIBIT H



March 31, 2020

David Norman
Group Director - Innovation and Technology
Moog Aircraft Group
East Aurora, NY 14052

**Subject:  Cancellation of Fly-by-wire tail rotor system purchase order**

Dear Dave,

As you know, pursuant to Sections 14.1 and 25 of the Terms and Conditions of Sale, the parties are in negotiations to modify the Statement of Work dated May 31, 2019 ("SOW").  Accordingly, please treat this letter as formal notification of the cancellation of the Purchase Order for the fly-by-wire tail rotor system dated May 31, 2019 ("PO").  Please remit an invoice for the remaining amount due under the PO at your earliest convenience.

We look forward to finalizing the modified terms of the SOW shortly.


Sincerely,

*[signature]*

Gonzalo Rey

CTO

Skyryse, Inc.

1