# EXHIBIT J

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL