Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and Counterdefendant Moog Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>    Defendants. | Case No. 2:22-cv-09094-GW-MAR<br>*Hon. George H. Wu*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT**<br><br>[*Filed concurrently with Notice and Motion for Leave to Amend and Declaration of Kazim A. Naqvi In Support Thereof*] |

The Court, having considered Moog, Inc.'s ("Moog") Motion for Leave to Amend to File Amended Complaint (the "Motion"), along with other documents in support of and in opposition to the Motion, being fully advised in the matter, and good cause appearing, hereby **ORDERS THAT**:

1. Moog's Motion is GRANTED;
2. The [Proposed] Amended Complaint attached as Exhibit 1 to the Declaration of Kazim A. Naqvi is hereby entered as of _____.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable George H. Wu
United States District Court Judge