**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Honorable George H. Wu* |
| v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendant. | |
| SKYRYSE, INC., | |

| | |
|---|---|
| 1 | Counter-Claimant, |
| 2 | v. |
| 3 | MOOG, INC., |
| 4 | Counter-Defendant. |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **May 22, 2023**, I caused a true copy of the following document(s) described as:

1. **[SEALED] DECLARATION OF KAZIM NAQVI IN SUPPORT OF APPLICATION TO SEAL**
2. **UNREDACTED COPY OF MOOG'S PROPOSED AMENDED COMPLAINT (EX. 1. TO NAQVI DECLARATION)**
3. **UNREDACTED EXHIBITS F, G, I, J, K TO MOOG'S PROPOSED AMENDED COMPLAINT**
4. **UNREDACTED COPY OF REDLINE OF MOOG'S PROPOSED AMENDED COMPLAINT (EX. 2 TO NAQVI DECLARATION)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **May 22, 2023**:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 22, 2023**, at Los Angeles, California.

/s/ *Kazim A. Naqvi*
Kazim A. Naqvi

# SERVICE LIST

U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone:     650.328.4600<br>Fax:        650.463.2600<br>Douglas E. Lumish<br>Email:      doug.lumish@lw.com<br>Gabriel S. Gross<br>Email:      gabe.gross@lw.com<br>Joseph H, Lee<br>Email:      joseph.lee@lw.com<br>Arman Zahoory<br>Email:      arman.zahoory@lw.com<br>Ryan T. Banks<br>Email:      ryan.banks@lw.com<br>Kelley M. Storey<br>Email:      kelley.storey@lw.com<br>Cassandra M. Baloga<br>Email:      cassandra.baloga@lw.com<br>Julianna C. Osborne<br>Email:      julianne.bruaer@lw.com | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
| **HODGSON RUSS LLP**<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Phone:     716.848.1688<br>Fax:        716.849.0349<br>Robert J. Fluskey, Jr.<br>Email:      rfluskey@hodgsonruss.com | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
| **HALPERN MAY YBARRA GELBERG LLP**<br>Grant B. Gelberg<br>Kevin H. Scott<br>Catherine H. Thompson<br>Alyssa L. Titche<br>550 South Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>Phone: (213) 402-1900<br>Fax:    (213) 402-1901<br>Email:<br>grant.gelberg@halpernmay.com<br>Kevin.scott@halpernmay.com<br>Catherine.thompson@halpernmay.com<br>Alyssa.titche@halpernmay.com | *Attorneys for Defendant MISOOK KIM* |

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **ZWEIBACK FISET AND ZALDUENDO LLP**<br>Scott D. Tenley<br>Rachel L. Fiset<br>315 West 9th Street, Suite 1200<br>Los Angeles, CA 90015<br>Phone: (213) 266-5170<br>Fax:    (213) 289-4025<br>Email:  scott.tenly@zfzlaw.com<br>             Rachel.fiset@zfzlaw.com |

*Attorneys for Defendant ROBERT ALIN PILKINGTON*