**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG, INC., | **CASE NUMBER** |
| PLAINTIFF(S) | CV 22-9094-GW-MARx |
| v. | |
| SKYRYSE, INC., et al., | ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| May 22, 2023 | 488 | *SEALED* Application to file Document |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

   Docket No. 488 is stricken for the reason(s) stated in the Notice [493] filed on May 23, 2023.

Dated: May 23, 2023                    By: _George H. Wu_

                                       HON. GEORGE H. WU,
                                       U.S. DISTRICT JUDGE

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS