Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Ryan T. Banks (SBN 318171)
  ryan.banks@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant and Counterclaimant SKYRYSE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. George H. Wu* <br> Courtroom 9D <br><br> **JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)** <br><br> Complaint Filed: March 7, 2022 <br> Counterclaims Filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on March 16, 2023, Moog filed against Skyryse a Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25) and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Motion to Enforce"), with the hearing originally noticed for April 13, 2023 (Dkts. 399, 400);

WHEREAS, on March 21, 2023, Skyryse filed an *Ex Parte* Application to continue the hearing date on Moog's Motion to Enforce from April 13, 2023 to May 15, 2023 (Dkt. 416), which was granted by the Court on March 23, 2023 (Dkt. 420);

WHEREAS, on April 14, 2023, the Parties filed a joint stipulation to continue the hearing date on Moog's Motion to Enforce from May 15, 2023 to May 22, 2023 (making Moog's reply brief due on May 8, 2023) (Dkt. 437);

WHEREAS, on April 24, 2023, Skyryse filed an Opposition to Moog's Motion to Enforce (Dkt. 453);

WHEREAS, on April 25, 2023, Moog served a notice of deposition and subpoena to Michael R. Bandemer, a Skyryse-retained expert who provided a declaration in support of Skyryse's Opposition to Moog's Motion to Enforce (Dkt. 454-5);

WHEREAS, Moog noticed Mr. Bandemer's deposition for May 3, 2023;

WHEREAS, on April 26, 2023, Skyryse's counsel learned that Mr. Bandemer was dealing with an urgent family health emergency and was unable to proceed with the deposition as noticed on May 3, 2023;

WHEREAS, on April 27, 2023, Skyryse's counsel communicated Mr. Bandemer's unavailability to Moog's counsel;

WHEREAS, the Parties conferred and on May 3, 2023, filed a joint stipulation to continue the hearing date on Moog's Motion to Enforce from May 22, 2023 to June 8, 2023 (continuing the deadline for Moog's reply brief from May 8, 2023 to May 25, 2023), to allow the Parties time to attempt to reschedule Mr. Bandemer's deposition, and to allow the Court at least 14 days to review all filings in connection with the Motion to Enforce in advance of any hearing, pursuant to Civil Local Rule 7-11 (Dkt. 467);

WHEREAS, Mr. Bandemer's deposition was rescheduled to May 22, 2023;

WHEREAS, on May 21, 2023, Skyryse's counsel informed Moog's counsel that Mr. Bandemer again was dealing with an urgent family health emergency and was unable to proceed with the deposition as rescheduled on May 22, 2023;

WHEREAS, the Parties have conferred and Mr. Bandemer's deposition has now been rescheduled for May 26, 2023;

WHEREAS, the Parties have conferred and agree to continue the hearing date on Moog's Motion to Enforce, from June 8, 2023 to June 15, 2023, to allow Moog sufficient time to depose Mr. Bandemer and incorporate his testimony in Moog's reply brief;

WHEREAS, the Parties agree that, pursuant to Civil Local Rule 7-11, the deadline to file Moog's reply brief in support of the Motion to Enforce would be continued from May 25, 2023 to June 1, 2023;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. The hearing date on Moog's Motion to Enforce is continued from June 8, 2023 to June 15, 2023;

2. The deadline for Moog to file its reply brief in support of its Motion to Enforce is continued from May 25, 2023 to June 1, 2023.

**IT IS SO STIPULATED.**

Dated: May 23, 2023

                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    By: */s/ Kazim A. Naqvi*
                                         Kazim A. Naqvi
                                         Counsel for Plaintiff and Counterdefendant Moog Inc.

                                  LATHAM & WATKINS LLP

                                  By: */s/ Gabriel S. Gross*
                                         Gabriel S. Gross
                                         Counsel for Defendant and Counterclaimant Skyryse, Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: May 23, 2023                            */s/ Kazim A. Naqvi*