1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. George H. Wu* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTIO TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The hearing date on Moog's Motion to Enforce (Dkt. 400) is continued from June 8, 2023 to June 15, 2023;
2. The deadline for Moog to file its reply brief in support of its Motion to Enforce is continued from May 25, 2023 to June 1, 2023.

**IT IS SO ORDERED.**

Dated: May_____, 2023

                                              The Honorable George H. Wu
                                              United States District Court Judge