**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and*
*Counterclaimant Skyryse, Inc.*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>        Plaintiff,<br><br>        v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>        Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF DEFENDANT-COUNTERCLAIMANT SKYRYSE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING TSID** |
| SKYRYSE, INC.,<br><br>        Counterclaimant,<br><br>        v<br><br>MOOG INC.,<br><br>        Counterclaim-Defendant. | Hon. Margo A. Rocconi |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2(b), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") hereby applies for an order permitting the following documents filed in connection with Skyryse's Supplemental Memorandum in Support of Motion to Enforce Order Compelling TSID ("Supplemental Memorandum") to be lodged under seal with the Court.

| Document | Designating Party | Text to be Filed/Lodged under Seal |
|---|---|---|
| Defendant-Counterclaimant Skyryse, Inc.'s Supplemental Memorandum in Support of Motion to Enforce Order Compelling TSID | Moog | Highlighted portions in the unredacted version at page:<br><br>3 |

As the Filing Party, Skyryse has provisionally lodged under seal certain portions of the Supplemental Memorandum that Plaintiff and Counterclaim-Defendant Moog, Inc. has designated as Protected Material under the Protective Order entered in this action, dated May 6, 2022 (Dkt. 89), or that Moog has otherwise requested to be sealed. Accordingly, pursuant to paragraph 12.1 of the Protective Order, Skyryse seeks to provisionally lodge these materials under seal until such time as Moog withdraws its confidentiality designations or the Court rules on a forthcoming application from Moog to justify that these documents, or portions of thereof, remain under seal. Skyryse reserves all rights under the Protective Order to challenge Moog's designations of the identified materials as Protected Material.

This application is further based upon the accompanying Declaration of Kelley Storey in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF
SKYRYSE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION TO ENFORCE ORDER COMPELLING TSID

On May 23, 2023, counsel for Skyryse conferred via email with counsel for Moog regarding the supplemental memorandum. On May 23, 2023, counsel for Moog confirmed that certain portions of the supplemental memorandum should be provisionally lodged under seal, as they involve references to sensitive government programs.

Dated:  May 24, 2023                    Respectfully submitted,

                                        LATHAM & WATKINS LLP

                                        By:  */s/ Gabriel S. Gross*

                                        Douglas E. Lumish (SBN 183863)
                                        Gabriel S. Gross (SBN 254672)
                                        Arman Zahoory (SBN 306421)
                                        Rachel S. Horn (SBN 335737)
                                        140 Scott Drive
                                        Menlo Park, California 94025
                                        Telephone: (650) 328-4600
                                        Facsimile: (650) 463-2600
                                        Email: doug.lumish@lw.com
                                        gabe.gross@lw.com
                                        arman.zahoory@lw.com
                                        rachel.horn@lw.com

                                        Joseph H. Lee (SBN 248046)
                                        Ryan Banks (SBN 318171)
                                        650 Town Center Drive, 20th Floor
                                        Costa Mesa, California 92626
                                        Telephone: (714) 540-1235
                                        Facsimile: (714) 755-8290
                                        Email: joseph.lee@lw.com
                                        ryan.banks@lw.com

                                        Russell Mangas (Admitted *Pro Hac Vice*)
                                        330 North Wabash Avenue, Suite 28000
                                        Chicago, Illinois 60611
                                        Telephone: (312) 876-7700
                                        Facsimile: (312) 993-9767
                                        Email: russell.mangas@lw.com

                                        Julianne C. Osborne (SBN 342870)
                                        Alexa Solimano (SBN 335740)
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, California 94111
                                        Telephone: (415) 391-0600
                                        Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

3

APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF SKYRYSE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING TSID

Email: julianne.osborne@lw.com
alexa.solimano@lw.com

Kelley M. Storey (Admitted Pro Hac Vice)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: kelley.storey@lw.com

Cassandra M. Baloga (Admitted Pro Hac Vice)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: cassandra.baloga@lw.com

*Attorneys for Defendant and Counterclaimant, Skyryse, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

4

APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF
SKYRYSE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF MOTION TO ENFORCE ORDER COMPELLING TSID