| | |
|---|---|
| 1 | **LATHAM & WATKINS LLP** |
| 2 | Douglas E. Lumish (SBN 183863) |
|   | *doug.lumish@lw.com* |
| 3 | Gabriel S. Gross (SBN 254672) |
| 4 | *gabe.gross@lw.com* |
|   | Arman Zahoory (SBN 306421) |
| 5 | *arman.zahoory@lw.com* |
| 6 | Rachel S. Horn (SBN 335737) |
|   | *rachel.horn@lw.com* |
| 7 | 140 Scott Drive |
| 8 | Menlo Park, CA 94025 |
|   | Telephone: (650) 328-4600 |
| 9 | Facsimile: (650) 463-2600 |
| 10 | |
| 11 | *Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **PROOF OF SERVICE** |
| v | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | Hon. Margo A. Rocconi |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

## PROOF OF SERVICE

I am employed in Washington, D.C., I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004.

On **May 24, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING TSID**
- **DECLARATION OF KELLEY STOREY IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING TSID**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **May 24, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on **May 24, 2023,** at Washington, District of Columbia.

_____
**Kelley Storey**

# SERVICE LIST
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Rachel L. Fiset**<br>**Scott D. Tenley**<br>**Ben Heller**<br>Zweiback, Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 1200 | Attorneys for Defendants Robert Alin Pilkington and Misook Kim |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Los Angeles, CA 90015<br>213-266-5170<br>Fax: 213-289-4025<br>Email: rachel.fiset@zfzlaw.com<br> scott.tenley@zfzlaw.com<br> ben.heller@zfzlaw.com<br><br>**Grant B. Gelberg**<br>**Catherine H. Thompson**<br>**Alyssa L. Titche**<br>**Kevin H. Scott**<br>Halpern May Ybarra Gelberg LLP<br>550 S. Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>213-402-1900<br>Fax: 213-402-1901<br>Email: grant.gelberg@halpernmay.com<br> catherine.thompson@halpernmay.com<br> alyssa.titche@halpernmay.com<br> kevin.scott@halpernmay.com | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

PROOF OF SERVICE

3