**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. CV 22-9094-GW-MARx <br><br> *Hon. George H. Wu* <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTIO TO ENFORCE COMPLIANCE WITH MARCH 11, 2022 TRO AND FOR SANCTIONS (DKT. 400)** |

1 | The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

    1. The hearing date on Moog's Motion to Enforce (Dkt. 400) is continued from June 8, 2023 to June 15, 2023 at 8:30 a.m.;

    2. The deadline for Moog to file its reply brief in support of its Motion to Enforce is continued from May 25, 2023 to June 1, 2023.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____
The Honorable George H. Wu
United States District Judge