UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>       Plaintiff,<br><br>       v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>       Defendants.<br><br>SKYRYSE, INC.,<br><br>       Counterclaimant,<br><br>       v<br><br>MOOG INC.,<br><br>       Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**ORDER GRANTING DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING TSID**<br><br>Judge:   Hon. Margo A. Rocconi |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

CASE NO. 2:22-cv-09094-GW-MAR

[PROPOSED] ORDER GRANTING APPL. TO LODGE UNDER SEAL CERTAIN PORTIONS OF SKYRYSE'S SUPP MEMO IN SUPPORT OF MOTION TO ENFORCE ORDER COMPELLING

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to Lodge Under Seal Certain Portions of Defendant-Counterclaimant Skyryse's Supplemental Memorandum in Support of Motion to Enforce Order Compelling TSID and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be lodged and remain under seal for 4 days following the filing of the Application:

| Document | Designating Party | Ruling |
| --- | --- | --- |
| Defendant and Counterclaimant Skyryse, Inc.'s Supplemental Memorandum in Support of Motion to Enforce Order Compelling TSID | Moog | Highlighted portions in the unredacted version at page: 3 |

**IT IS SO ORDERED.**

Dated: May 25, 2023

Hon. Margo A. Rocconi
United States Magistrate Judge