**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendant. <br><br> SKYRYSE, INC., | Case No. 2:22-cv-09094-GW-MAR <br><br> *Honorable George H. Wu* <br><br> **PROOF OF SERVICE** |

1 | Counter-Claimant,
2 | v.
3 | MOOG, INC.,
4 | Counter-Defendant.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **May 30, 2023**, I caused a true copy of the following document(s) described as:

1. **DECLARATION OF KAZIM NAQVI IN RESPONSE TO SKYRYSE'S APPLICATION TO FILE UNDER SEAL (DKT. 497)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **May 30, 2023**:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 30, 2023**, at Los Angeles, California.

/s/ *Kazim A. Naqvi*
Kazim A. Naqvi

|   |   |   |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR | |
| 3 | **LATHAM & WATKINS LLP** | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
|   | 140 Scott Drive | |
| 4 | Menlo Park, CA 94025 | |
|   | Phone: 650.328.4600 | |
| 5 | Fax: 650.463.2600 | |
|   | Douglas E. Lumish | |
| 6 | Email: doug.lumish@lw.com | |
|   | Gabriel S. Gross | |
| 7 | Email: gabe.gross@lw.com | |
|   | Joseph H, Lee | |
| 8 | Email: joseph.lee@lw.com | |
|   | Arman Zahoory | |
| 9 | Email: arman.zahoory@lw.com | |
|   | Ryan T. Banks | |
| 10 | Email: ryan.banks@lw.com | |
|   | Kelley M. Storey | |
| 11 | Email: kelley.storey@lw.com | |
|   | Cassandra M. Baloga | |
| 12 | Email: cassandra.baloga@lw.com | |
|   | Julianna C. Osborne | |
| 13 | Email: julianne.bruaer@lw.com | |
| 14 | **HODGSON RUSS LLP** | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
|   | Guaranty Building | |
| 15 | 140 Pearl Street, Suite 100 | |
|   | Buffalo, NY 14202 | |
| 16 | Phone: 716.848.1688 | |
|   | Fax: 716.849.0349 | |
| 17 | Robert J. Fluskey, Jr. | |
|   | Email: rfluskey@hodgsonruss.com | |
| 18 | | |
|   | **HALPERN MAY YBARRA** | *Attorneys for Defendant MISOOK KIM* |
| 19 | **GELBERG LLP** | |
| 20 | Grant B. Gelberg | |
| 21 | Kevin H. Scott | |
|   | Catherine H. Thompson | |
| 22 | Alyssa L. Titche | |
|   | 550 South Hope Street, Suite 2330 | |
| 23 | Los Angeles, CA 90071 | |
| 24 | Phone: (213) 402-1900 | |
|   | Fax: (213) 402-1901 | |
| 25 | Email: | |
| 26 | grant.gelberg@halpernmay.com | |
|   | Kevin.scott@halpernmay.com | |
| 27 | Catherine.thompson@halpernmay.com | |
| 28 | Alyssa.titche@halpernmay.com | |

| | | |
|---|---|---|
| 1 | **ZWEIBACK FISET AND ZALDUENDO LLP** | *Attorneys for Defendant ROBERT ALIN PILKINGTON* |
| 2 | Scott D. Tenley | |
| 3 | Rachel L. Fiset | |
| 4 | 315 West 9th Street, Suite 1200 | |
| | Los Angeles, CA 90015 | |
| 5 | Phone: (213) 266-5170 | |
| 6 | Fax:    (213) 289-4025 | |
| | Email:   scott.tenly@zfzlaw.com | |
| 7 |           Rachel.fiset@zfzlaw.com | |