Rena Andoh (admitted *pro hac vice*)
 randoh@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
 lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
 tanderson@sheppardmullin.com
12275 El Camino Real
Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
 knaqvi@sheppardmullin.com
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Attorneys for Plaintiff and
Counterdefendant Moog Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>    Defendants. | Case No. 2:22-cv-09094-GW-MAR<br>*Hon. George H. Wu*<br><br>**DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF REPLY BRIEF IN SUPPORT OF PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S NOTICE OF MOTION AND MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED** |

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION**

[*Filed concurrently with Reply Brief*]

Date:   June 15, 2023
Time:   8:30 a.m.
Ctrm.:  9-D

Complaint Filed: March 7, 2022
Counterclaims Filed: January 30, 2023

## DECLARATION OF KAZIM A. NAQVI

1.     KAZIM NAQVI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2.     My name is Kazim Naqvi.  I am an associate at Sheppard, Mullin, Richter & Hampton LLP.  I am over the age of 18 years old.  I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein.  I am counsel for plaintiff and counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's Reply in Support of Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 25), and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (the "Reply").

3.     Relevant excerpts from the final deposition transcript of Michael J. Dreikorn, deposed on May 2, 2023, and cited in Moog's Reply are attached hereto as Exhibit "A."

4.     Relevant excerpts from the final deposition transcript of Nikolaus Baer, deposed on May 2, 2023, and cited in Moog's Reply are attached hereto as Exhibit "B."

5.     Relevant excerpts from the final deposition transcript of Stephen Koo, deposed on May 3, 2023, and cited in Moog's Reply are attached hereto as Exhibit "C."

6.     Relevant excerpts from the final deposition transcript of Michael Bandemer, deposed on May 26, 2023, and cited in Moog's Reply are attached hereto as Exhibit "D."

7.     A true and correct copy of e-mail correspondence between counsel for Moog and Skyryse between May 1, 2023 and May 10, 2023, wherein Moog's counsel requests production of certain materials that Skyryse's expert witness Michael Bandemer relied upon in his declaration in support of Skyryse's Opposition to Moog's Motion to Enforce filed on April 24, 2023 (Dkt. 454), is

1  attached hereto as Exhibit "E."

2          I declare that the foregoing is true and correct under penalty of perjury

3  under the laws of the United States of America.

4          Executed this 1st day of June, 2023, in Los Angeles, California.

5

6  Dated:  June 1, 2023

7                                          _____
                                              /s/ Kazim Naqvi
                                              Kazim Naqvi