# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT              00:00:59
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4     MOOG INC.,                    )
                                     )
 5              Plaintiff,           )                    00:00:59
                                     )
 6           vs.                     ) Case No.
                                     ) 2:22-cv-09094-GW-MAR
 7     SKYRYSE, INC., ROBERT ALIN    )
       PILKINGTON, MISOOK KIM, and   )
 8     DOES NOS. 1-50,               )
                                     )
 9              Defendants.          )
       _____)
10                                   )                    00:00:59
       SKYRYSE, INC.,                )
11                                   )
                Counterclaimant,     )
12                                   )
             vs.                     )
13                                   )
       MOOG INC.,                    )
14                                   )
                Counterdefendant.    )
15     _____)                    00:00:59
16
17              VIDEO-RECORDED DEPOSITION OF
18                      NIKOLAUS BAER
19                  Tuesday, May 2, 2023
20                       Volume I
21        *** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***
22     Reported by:
       CARLA SOARES
23     CSR No. 5908
24     Job No. 5886299
25     Pages 1 - 100
```

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MOOG INC.,                        )
                                        )
 5            Plaintiff,                )
                                        )
 6               vs.                    ) Case No.
                                        ) 2:22-cv-09094-GW-MAR
 7    SKYRYSE, INC., ROBERT ALIN        )
      PILKINGTON, MISOOK KIM, and       )
 8    DOES NOS. 1-50,                   )
                                        )
 9            Defendants.               )
      _____    )
10                                      )
      SKYRYSE, INC.,                    )
11                                      )
              Counterclaimant,          )
12                                      )
           vs.                          )
13                                      )
      MOOG INC.,                        )
14                                      )
              Counterdefendant.         )
15    _____    )
16
17
18         VIDEO-RECORDED DEPOSITION OF NIKOLAUS
19    BAER, Volume I, taken on behalf of Plaintiff and
20    Counter-Defendant Moog Inc., beginning at 1:14 p.m.,
21    and ending at 4:35 p.m., on Tuesday, May 2, 2023,
22    before CARLA SOARES, Certified Shorthand Reporter
23    No. 5908.
24
25
```

Page 2

```
 1   APPEARANCES VIA VIDEOCONFERENCE:
 2
 3   For the Plaintiff and Counterdefendant Moog Inc.:
 4        SHEPPARD MULLIN LLP
 5        BY:  LAI YIP, Attorney at Law
 6        Four Embarcadero Center, 17th Floor
 7        San Francisco, California 94111
 8        415.434.9100
 9        lyip@sheppardmullin.com
10
11
12   For the Defendant and Counterclaimant Skyryse, Inc.:
13        LATHAM & WATKINS LLP
14        BY:  GABRIEL S. GROSS, Attorney at Law
15        140 Scott Drive
16        Menlo Park, California 94025
17        650.328.4600
18        gabe.gross@lw.com
19
20
21   ALSO PRESENT:  Keigo Painter, Video Operator
22
23                      --o0o--
24
25
```

Page 3

```
 1   sense of it.                                              13:30:50
 2              And does your declaration evaluate whether
 3   any Moog documents as a whole are public?
 4        A    I mean, I think, as it states here, I
 5   evaluated Mr. Pixley's and Mr. Crozier's                  13:31:10
 6   methodology, and that they didn't sufficiently --
 7   they didn't provide a sufficient basis for whether a
 8   document was Moog's non-public information or not.
 9              And in doing so, I didn't -- I didn't
10   evaluate what a document, to be a public document or     13:31:28
11   not a public document, was.  I looked at the
12   contents of documents and found that there were many
13   instances of public information used within the
14   documents and that, therefore, they didn't provide a
15   sufficient basis for their conclusions.                  13:31:44
16        Q    Can you please go to paragraph 5.  And
17   review that paragraph, and let me know when you're
18   done.
19        A    Okay.
20        Q    So if you go to the top of page 3, which       13:32:46
21   is where paragraph 5 ends, and you see at the top,
22   there's a phrase, "belong to Moog."
23              And I assume you saw that phrase as you
24   reviewed the entire paragraph.  What does it mean to
25   you for a document to "belong to Moog"?                  13:33:04
```

Page 19

| | | |
|---|---|---|
| 1 | A   Well, again, I'm not providing a legal | 13:33:43 |
| 2 | definition there.  And what I'm responding to there | |
| 3 | is the assumption by Mr. Crozier and Mr. Pixley -- | |
| 4 | or the apparent assumption -- that documents -- | |
| 5 | certain documents did belong to Moog. | 13:33:58 |
| 6 | And so I'm referring to that one cannot | |
| 7 | simply assume that something would belong to Moog, | |
| 8 | and I'm not providing a legal interpretation of what | |
| 9 | that would mean. | |
| 10 | But there were things, and I have many | 13:34:21 |
| 11 | examples of documents that originated outside of -- | |
| 12 | outside of Moog, either in the public domain or by | |
| 13 | people outside of their employment with Moog. | |
| 14 | And those were some things that I | |
| 15 | considered as not belonging to Moog, or at least | 13:34:41 |
| 16 | considered as items that Mr. Crozier and Mr. Pixley | |
| 17 | did not account for in their methodology. | |
| 18 | Q   What do you mean by "documents that | |
| 19 | originated outside of Moog"? | |
| 20 | Do you provide -- sorry.  Let me start | 13:35:01 |
| 21 | over. | |
| 22 | ==Do you provide an evaluation in your== | |
| 23 | ==declaration as to whether a document as a whole from== | |
| 24 | ==Moog originated outside of Moog?== | |
| 25 | ==MR. GROSS:   Objection.   Vague.== | 13:35:15 |

Page 20

```
 1            THE WITNESS:  No.  I'm, again, talking        13:35:22
 2   about the contents of documents being connected or
 3   being from the publicly available sources; documents
 4   that I saw that were available before
 5   Mr. Pilkington's employment, what I understood to be   13:35:42
 6   his employment at Moog, different -- different
 7   files.
 8            So I didn't -- I'm not necessarily
 9   evaluating that on a -- as an entire document basis,
10   but there were connections and contents that were     13:35:58
11   available in the public domain and that I saw in
12   sources that were -- that I understood to be, yes,
13   in the public domain or originated before
14   Mr. Pilkington began his employment at Moog.
15   BY MS. YIP:                                            13:36:23
16       Q   Do you provide any opinions in your
17   declaration as to whether or not a document as a
18   whole belongs to Moog?
19            MR. GROSS:  You should feel free, if you
20   need to to answer any of her questions, to refer to   13:36:42
21   the declaration.
22            THE WITNESS:  Thank you.
23   BY MS. YIP:
24       Q   If it's going to take you a while, we can
25   return to the question more towards the end, when    13:37:50
```

Page 21

```
 1    we've gone through a bit of your declaration.              13:37:52
 2         A    Okay.
 3         Q    We'll come back to it.
 4              So I'd like to refer you to paragraph 6.
 5              Can you please read to yourself the last         13:38:07
 6    sentence of paragraph 6?
 7              MR. GROSS:  Lai, I notice that 6 looks
 8    like it's broken down into some subparagraphs.  Are
 9    you intending to direct him to one?
10              MS. YIP:  Oh, right.  Just the 6a.  Thank        13:38:27
11    you.
12              THE WITNESS:  Okay.
13    BY MS. YIP:
14         Q    What are the bases for your opinion that
15    Skyryse is no longer using SDTE?                           13:38:49
16         A    So as I state here in 6a, I reviewed
17    Skyryse's current source code.  So I reviewed what I
18    understood was updated source code, according to
19    what had been produced previously by Skyryse for
20    Mr. Crozier's review, and, yes, updated -- reviewed        13:39:13
21    updated versions of what had been previously
22    produced, and was able, in reviewing that, to
23    confirm that there was no SDTE code as stated in
24    here.
25         Q    What updated version of the code did you         13:39:28
```

Page 22

| | | |
|---|---|---|
| 1 | review? | 13:39:30 |
| 2 | A   I received directories of updated source | |
| 3 | code that I understood to be updates of what had | |
| 4 | been previously provided, and I understood it to | |
| 5 | have been, I guess, collected in April of this year. | 13:39:46 |
| 6 | Q   So the updated versions that you reviewed | |
| 7 | to confirm that Skyryse is no longer using SDTE were | |
| 8 | collected in April of 2023? | |
| 9 | A   That was my understanding, yes. | |
| 10 | Q   Okay.  And your understanding is that the | 13:40:07 |
| 11 | source code was the April 2023 version of the source | |
| 12 | code? | |
| 13 | A   Yes.  My understanding is it was the | |
| 14 | April 2023 version of the source code directories or | |
| 15 | the -- and that that was an update of what I | 13:40:25 |
| 16 | understood to have been previously provided, I | |
| 17 | believe, to Mr. Crozier and Mr. Pixley. | |
| 18 | Q   Even if Skyryse is no longer using SDTE, | |
| 19 | according to your investigation, is it possible that | |
| 20 | Skyryse is still using documents derived from -- | 13:40:51 |
| 21 | documents taken from Moog? | |
| 22 | MR. GROSS:  Objection.  Foundation, calls | |
| 23 | for speculation. | |
| 24 | THE WITNESS:  I haven't considered that | |
| 25 | question.  I don't have -- I don't have -- I haven't | 13:41:13 |

Page 23

| | | |
|---|---|---|
| 1 | publicly available concepts, and that essentially | 13:48:59 |
| 2 | Mr. Crozier and Mr. Pixley didn't differentiate from | |
| 3 | publicly available sources.  And then I do point to | |
| 4 | this example of lear.h, which was a pre-existing -- | |
| 5 | what I understand to be a pre-existing file. | 13:49:12 |
| 6 |     Q   You'd agree there's a difference between a | |
| 7 | concept and source code, right? | |
| 8 |     A   It depends on the context, but there could | |
| 9 | be a difference, yes. | |
| 10 |     Q   So I'm not asking you whether or not eRTOS | 13:49:31 |
| 11 | involves publicly available concepts.  I'm asking | |
| 12 | whether or not you've seen any publicly available | |
| 13 | source code in eRTOS. | |
| 14 |     A   So that wasn't something I looked for. | |
| 15 | I -- it's the type of source code that involves a | 13:49:57 |
| 16 | lot of public domain and publicly available code, so | |
| 17 | I didn't look for that in particular. | |
| 18 |        And I noted that neither Mr. Crozier or | |
| 19 | Mr. Pixley looked for or differentiated what -- or | |
| 20 | even really identified what the eRTOS code was and | 13:50:17 |
| 21 | didn't identify it as being something -- or the | |
| 22 | files being something that wasn't available in the | |
| 23 | public domain. | |
| 24 |     Q   I'd like you to go to paragraph 6c, lines | |
| 25 | 25 through 26. | 13:50:34 |

Page 27

| | | |
|---|---|---|
| 1 | known. | 14:17:41 |
| 2 | So I don't think that that has been ruled | |
| 3 | out, but there's -- there are -- it represents just | |
| 4 | well-known information. | |
| 5 | BY MS. YIP: | 14:17:56 |
| 6 | Q   Is it your position that these paragraphs | |
| 7 | under "Identification" and "System Overview" in the | |
| 8 | sRTOS document was derived independently of the | |
| 9 | eRTOS document? | |
| 10 | MR. GROSS:  Object to the extent it goes | 14:18:11 |
| 11 | beyond the scope of the parties' agreement as to the | |
| 12 | deposition being limited to the declarations.  I'll | |
| 13 | object to the extent it calls for speculation as | |
| 14 | well. | |
| 15 | THE WITNESS:  I don't think that's what I | 14:18:33 |
| 16 | just represented. | |
| 17 | These are texts that are very connected to | |
| 18 | what's in the public domain and represent what's in | |
| 19 | the public domain and what's publicly known. | |
| 20 | I don't -- I don't think Mr. Crozier | 14:18:51 |
| 21 | differentiated it from what's known in the public | |
| 22 | domain. | |
| 23 | BY MS. YIP: | |
| 24 | Q   Where in the public domain is this -- is | |
| 25 | this exact text that's excerpted in 104?  Where can | 14:19:03 |

Page 41

```
 1   it be found?                                          14:19:08
 2           MR. GROSS:  Foundation.
 3           THE WITNESS:  Again, the information
 4   represents what's in the public domain.  I recognize
 5   it as what someone in this field would generally      14:19:22
 6   know.
 7           The exact text I haven't identified in the
 8   public domain, but it's the type of description that
 9   is of information that's well-known.  And I don't
10   believe that it's been identified as -- or            14:19:41
11   designated as not being in the public domain.  I
12   don't -- I don't have an identification of where it
13   is there at this time.
14   BY MS. YIP:
15       Q   You reviewed the document it came from,       14:19:55
16   MOOG30814, right?  You refer to it in your
17   declaration.  The eRTOS design document is what I'm
18   referring to.
19       A   Yeah, I reviewed exhibits.  I understood
20   those to be -- those exhibits to be matching this     14:21:04
21   designation.
22       Q   Okay.  And do you have an opinion as to
23   whether or not this design document, bearing this
24   Bates number, is or is not public as a whole?
25           MR. GROSS:  Vague as to "this document."     14:21:25
```

Page 42

```
 1    his answer.                                              15:35:42

 2            MS. YIP:  There's no question pending.

 3            MR. GROSS:  You asked him a question --

 4    BY MS. YIP:

 5        Q   You're not being responsive to my                15:35:44

 6    question.

 7            I specifically said I'm not asking you

 8    about the concept.  So I withdraw the prior question

 9    so that I can make it more clear to you.

10            I'm not asking you whether or not the            15:35:53

11    routine's concepts are available in the public

12    domain.  I'm asking you whether or not you're aware

13    of this text, the actual code that's written here,

14    being in the public domain.  I'm not asking about

15    concepts.                                                15:36:08

16            MR. GROSS:  Just a second.

17            Object to the extent it's argumentative

18    and interrupted the witness while he was in the

19    middle of an answer.

20            You may answer the next question.  If you        15:36:19

21    have anything you needed to finish saying, you're

22    free to do so.

23            MS. YIP:  There was no question pending

24    before the one I just asked.

25            MR. GROSS:  I disagree.  I think the             15:36:28
```

| | | |
|---|---|---|
| 1 | record will reflect otherwise.  You interrupted the | 15:36:29 |
| 2 | witness in the middle of his answer.  So if he'd | |
| 3 | like to finish it, he has the opportunity to do so. | |
| 4 |      And then you may answer Ms. Yip's | |
| 5 | question. | 15:36:38 |
| 6 |      THE WITNESS:  So I reviewed this file and | |
| 7 | this function in response to Mr. Crozier's | |
| 8 | declaration.  He did not distinguish it from the | |
| 9 | public domain. | |
| 10 |      I haven't identified this exact text in | 15:36:51 |
| 11 | the public domain, but the -- again, the general | |
| 12 | concepts of this file are present in the public | |
| 13 | domain.  It even alludes to, in portions of this | |
| 14 | file, the use of pulling from open source, and my | |
| 15 | evaluation of this file and of its function is in | 15:37:11 |
| 16 | response to Mr. Crozier in that he failed to | |
| 17 | consider or evaluate or identify the public domain | |
| 18 | and the generally known concepts expressed in this | |
| 19 | file. | |
| 20 |      MS. YIP:  I'd like to enter as Exhibit 7 a | 15:37:33 |
| 21 | document bearing Bates No. SKY_IDS_0001654. | |
| 22 |      (Exhibit 7 was marked for identification | |
| 23 |   and is attached hereto.) | |
| 24 | BY MS. YIP: | |
| 25 |    Q   I'd like you to go to paragraph 58 of your | 15:38:24 |

| | | |
|---|---|---|
| 1 | I, the undersigned, a Certified Shorthand | 16:36:08 |
| 2 | Reporter of the State of California, do hereby | |
| 3 | certify: | |
| 4 | That the foregoing proceedings were taken | |
| 5 | before me at the time and place herein set forth; | 16:36:08 |
| 6 | that any witnesses in the foregoing proceedings, | |
| 7 | prior to testifying, were administered an oath; that | |
| 8 | a record of the proceedings was made by me using | |
| 9 | machine shorthand which was thereafter transcribed | |
| 10 | under my direction; that the foregoing transcript is | 16:36:08 |
| 11 | a true record of the testimony given. | |
| 12 | Further, that if the foregoing pertains to | |
| 13 | the original transcript of a deposition in a Federal | |
| 14 | Case, before completion of the proceedings, review | |
| 15 | of the transcript [ ] was [X] was not requested. | 16:36:08 |
| 16 | I further certify I am neither financially | |
| 17 | interested in the action nor a relative or employee | |
| 18 | of any attorney or any party to this action. | |
| 19 | IN WITNESS WHEREOF, I have this date | |
| 20 | subscribed my name. | 16:36:08 |
| 21 | | |
| 22 | Dated: May 8, 2023 | |
| 23 | *Carla Soares* (signature) | |
| 24 | | |
| 25 | CARLA SOARES | 16:36:08 |
| | CSR No. 5908 | |