Grant B. Gelberg (SBN 229454)
Grant.Gelberg@halpernmay.com
Kevin H. Scott (SBN 274605)
Kevin.Scott@halpernmay.com
Alyssa L. Titche (SBN 313296)
Alyssa.Titche@halpernmay.com
Catherine Thompson (SBN 313391)
Catherine.Thompson@halpernmay.com
HALPERN MAY YBARRA & GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900

Attorneys for Defendant
MISOOK KIM

Rachel L. Fiset (SBN 240828)
Rachel.Fiset@zfzlaw.com
Scott D. Tenley (SBN 298911)
Scott.Tenley@zfzlaw.com
ZWEIBACK FISET & ZALDUENDO LLP
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170

Attorneys for Defendant
ROBERT ALIN PILKINGTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., et al., <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **INDIVIDUAL DEFENDANTS MISOOK KIM AND ALIN PILKINGTON'S PARTIAL JOINDER IN DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S OPPOSITION TO MOOG INC.'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> The Honorable George H. Wu <br><br> Hearing Date: June 22, 2023 <br> Time: 8:30 a.m. <br> Courtroom: 9D |

# MEMORANDUM OF POINTS AND AUTHORITIES

Individual Defendants Misook Kim ("Ms. Kim") and Alin Pilkington ("Mr. Pilkington") (collectively the "Individual Defendants") hereby join in part Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") Opposition to Moog Inc.'s ("Moog") Motion for Leave to File Amended Complaint, which was filed on June 1, 2023 (ECF 509). The Individual Defendants hereby incorporate into this Joinder, by this reference, Skyryse's Opposition, the complete files and records in this action, and the arguments and evidence presented at the time of hearing, and reserve the right to supplement Skyryse's Opposition with facts and concerns unique to the Individual Defendants, as appropriate.

The Individual Defendants join in Skyryse's arguments in opposition to Moog's motion to amend its complaint to add a claim for common-law conversion against all defendants (Count II) as such amendment would be futile as the claim is preempted by trade secret law.[1]

For the reasons stated in Skyryse's Opposition, the Individual Defendants request that the Court deny Moog's motion to amend as to Count II (conversion) of Moog's proposed amended complaint.

DATED:  June 2, 2023                    HALPERN MAY YBARRA & GELBERG LLP

By:  /s/ Grant B. Gelberg
     GRANT B. GELBERG

Attorneys for Defendant
MISOOK KIM

---

[1] The Individual Defendants take no position on Skyryse's arguments related to Moog's proposed claim for breach of the implied covenant of good faith and fair dealing against Skyryse.

DATED:  June 2, 2023            ZWEIBACK, FISET & ZALDUENDO LLP

By:    */s/ Scott D. Tenley*
        SCOTT D. TENLEY

Attorneys for Defendant
ROBERT ALIN PILKINGTON

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  June 2, 2023            By:    */s/ Grant B. Gelberg*
        GRANT B. GELBERG