**SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Honorable George H. Wu* |
| v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendant. | |
| SKYRYSE, INC., | |

| | |
|---|---|
| 1 | Counter-Claimant, |
| 2 | v. |
| 3 | MOOG, INC., |
| 4 | Counter-Defendant. |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **June 5, 2023**, I caused a true copy of the following document(s) described as:

1. **MOOG INC.'S IDENTIFICATION OF TRADE SECRETS (NON-CUI) (DKT. 511)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **June 5, 2023**:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 5, 2023**, at Los Angeles, California.

/s/ *Kazim A. Naqvi*
Kazim A. Naqvi

# SERVICE LIST

U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR

**LATHAM & WATKINS LLP**  
140 Scott Drive  
Menlo Park, CA 94025  
Phone: 650.328.4600  
Fax: 650.463.2600  
Douglas E. Lumish  
Email: doug.lumish@lw.com  
Gabriel S. Gross  
Email: gabe.gross@lw.com  
Joseph H, Lee  
Email: joseph.lee@lw.com  
Arman Zahoory  
Email: arman.zahoory@lw.com  
Ryan T. Banks  
Email: ryan.banks@lw.com  
Kelley M. Storey  
Email: kelley.storey@lw.com  
Cassandra M. Baloga  
Email: cassandra.baloga@lw.com  
Julianna C. Osborne  
Email: julianne.bruaer@lw.com  

*Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.*

**HODGSON RUSS LLP**  
Guaranty Building  
140 Pearl Street, Suite 100  
Buffalo, NY 14202  
Phone: 716.848.1688  
Fax: 716.849.0349  
Robert J. Fluskey, Jr.  
Email: rfluskey@hodgsonruss.com  

*Admitted Pro Hac Vice for Plaintiff, MOOG, INC.*

**HALPERN MAY YBARRA GELBERG LLP**  
Grant B. Gelberg  
Kevin H. Scott  
Catherine H. Thompson  
Alyssa L. Titche  
550 South Hope Street, Suite 2330  
Los Angeles, CA 90071  
Phone: (213) 402-1900  
Fax: (213) 402-1901  
Email:  
grant.gelberg@halpernmay.com  
Kevin.scott@halpernmay.com  
Catherine.thompson@halpernmay.com  
Alyssa.titche@halpernmay.com  

*Attorneys for Defendant MISOOK KIM*

| | |
|---|---|
| **ZWEIBACK FISET AND ZALDUENDO LLP**<br>Scott D. Tenley<br>Rachel L. Fiset<br>315 West 9th Street, Suite 1200<br>Los Angeles, CA 90015<br>Phone: (213) 266-5170<br>Fax:     (213) 289-4025<br>Email:   scott.tenly@zfzlaw.com<br>            Rachel.fiset@zfzlaw.com | *Attorneys for Defendant ROBERT ALIN PILKINGTON* |

-5-

Case No. 2:22-cv-09094-GW-MAR
PROOF OF SERVICE