Rena Andoh (admitted *pro hac vice*)
randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Attorneys for Plaintiff and Counterdefendant MOOG INC.

Rachel L. Fiset (SBN 240828)
rachel.Fiset@zfzlaw.com
Scott D. Tenley (SBN 298911)
scott.Tenley@zfzlaw.com
**ZWEIBACK FISET & ZALDUENDO LLP**
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170

Attorneys for Defendant ROBERT ALIN PILKINGTON

Douglas E. Lumish (SBN 183863)
doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
gabe.gross@lw.com
Arman Zahoory (SBN 306421)
arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
rachel.horn@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant and Counterclaimant SKYRYSE, INC.

Grant B. Gelberg (SBN 229454)
grant.Gelberg@halpernmay.com
Kevin H. Scott (SBN 274605)
kevin.Scott@halpernmay.com
Alyssa L. Titche (SBN 313296)
alyssa.Titche@halpernmay.com
Catherine Thompson (SBN 313391)
catherine.Thompson@halpernmay.com
**HALPERN MAY YBARRA & GELBERG LLP**
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900

Attorneys for Defendant MISOOK KIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MOOG INC.,

Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,

Defendants.

Case No. 2:22-cv-09094-GW-MAR

*Hon. George H. Wu*

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT (DKT. 490)**

Complaint Filed: March 7, 2022
Counterclaims Filed: January 30, 2023

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. ("Moog"), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse"), Defendant Misook Kim ("Kim"), and Defendant Robert Alin Pilkington ("Pilkington") (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on May 15, 2023, the Parties met and conferred regarding Moog's anticipated Motion for Leave to Amend to File Amended Complaint (the "Motion for Leave") as required under L.R. 7-3;

WHEREAS, on May 22, 2023, Moog filed its Motion for Leave (Dkt. 490), with the hearing originally noticed for June 19, 2023;

WHEREAS, on May 23, 2023 the Court continued the hearing date on Moog's Motion for Leave from June 19, 2023 to June 22, 2023 (Dkt. 492);

WHEREAS, on June 1, 2023, Skyryse filed its Opposition to Moog's Motion for Leave (Dkt. 509);

WHEREAS, on June 2, 2023, Kim filed a joinder to Skyryse's Opposition (Dkt. 510);

WHEREAS, multiple members of Moog's outside counsel team are traveling over the next few days and Moog requires additional time to prepare its reply brief in support of its Motion for Leave;

WHEREAS, the Parties have conferred and agree to continue the hearing date on Moog's Motion for Leave from June 22, 2023 to June 29, 2023;

WHEREAS, the Parties agree that, pursuant to Civil Local Rule 7-11, the deadline to file Moog's reply brief in support of the Motion for Leave would be continued from June 8, 2023 to June 15, 2023;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. The hearing date on Moog's Motion for Leave is continued from June 22, 2023 to June 29, 2023;

2. The deadline for Moog to file its reply brief in support of its Motion for Leave is continued from June 8, 2023 to June 15, 2023.

**IT IS SO STIPULATED.**

Dated: June 6, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Kazim A. Naqvi*
Kazim A. Naqvi
Counsel for Plaintiff and Counterdefendant Moog Inc.

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*
Gabriel S. Gross
Counsel for Defendant and Counterclaimant Skyryse, Inc.

ZWEIBACK FISET & ZALDUENDO LLP

By: */s/ Scott D. Tenley*
Rachel L. Fiset
Counsel for Defendant Robert Alin Pilkington

HALPERN MAY YBARRA & GELBERG LLP

By: */s/ Grant B. Gelberg*
Grant B. Gelberg
Counsel for Defendant Misook Kim

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: June 6, 2023

*/s/ Kazim A. Naqvi*