1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>  Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>*Hon. George H. Wu*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT (DKT. 490)** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. The hearing date on Moog's Motion for Leave to Amend to File Amended Complaint (Dkt. 490) is continued from June 22, 2023 to June 29, 2023;

2. The deadline for Moog to file its reply brief in support of its Motion for Leave to Amend is continued from June 8, 2023 to June 15, 2023.

**IT IS SO ORDERED.**

Dated: June\_\_\_\_\_, 2023

_____
The Honorable George H. Wu
United States District Court Judge