1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MOOG INC., | Case No. CV 22-9094-GW-MARx |
|---|---|
| Plaintiff, | *Hon. George H. Wu* |
| v. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT (DKT. 490)** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, | |
| Defendants. | |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1.     The hearing date on Moog's Motion for Leave to Amend to File Amended Complaint (Dkt. 490) is continued from June 22, 2023 to June 29, 2023 at 8:30 a.m.;

2.     The deadline for Moog to file its reply brief in support of its Motion for Leave to Amend is continued from June 8, 2023 to June 15, 2023.

**IT IS SO ORDERED.**

Dated:  June 7, 2023

HON. GEORGE H. WU,
United States District Judge