**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DECLARATION OF MICHAEL K. HEINS IN SUPPORT OF MOOG'S OBJECTION TO VINCENT SOCCI** |

| | |
|---|---|
| SKYRYSE, INC., <br><br>    Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br>    Counterclaim-Defendant. | Discovery Cut-Off: April 12, 2024 <br> Pre-Trial Conference: August 12, 2024; 8:30 a.m. <br> Trial: August 27, 2024 <br><br> Hearing:  June 28, 2023 <br> Time:    8:30 a.m. <br> Judge:   Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

I, Michael K. Heins, hereby declare and state as follows:

1. I am an attorney at Sheppard, Mullin, Richter & Hampton LLP, counsel of record for the Plaintiff and Counterdefendant Moog Inc.. I am more than 18 years old and a citizen of the United States, currently residing in California. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify herein. I provide this declaration in support of Moog's Portions of the Joint Stipulation re: Skyryse's Motion to Overrule Moog's Objection to Skyryse's Disclosure of Confidential Information to Vincent Socci.

2. Skyryse has disclosed ten experts to Moog as part of this litigation, not including Mr. Socci. Eight of these experts have a technical background. A true and correct copy of the eight technical expert curriculum vitae Skyryse served on Moog are attached as Exhibit A to my declaration.

3. Attached as Exhibit B is a true and correct copy of correspondence between Skyryse's counsel and the Court.

4. Moog negotiated the Protective Order with Skyryse's previous counsel Gibson Dunn. Moog specifically negotiated the Protective Order to make sure Skyryse could not continue to have an unfair advantage in business and in this litigation by relying on former Moog employees to review confidential Moog documents Skyryse should have never had access to in the first place.

5. Moog identified the names of its trade secret programs as part of Moog's trade secret identification, served to Skyryse on February 21, 2023. *See* Dkts. 475-05 and 475-06. As part of Moog's trade secret identification, Moog also provided an Excel file listing the software files Moog alleged to be part of CUI Program Trade Secret 5.

6. Skyryse's Opposition to Moog's Motion to Enforce Compliance With March 11, 2022 Stipulated TRO and for Monetary and Adverse Inference Sanctions was due on April 24,2023. Skyryse filed its Opposition to that motion on April 24, 2023. Skyryse did not seek leave of court to extend its deadline to file its Opposition

pending its Motion to Overrule Moog's Objection to Skyryse's Disclosure of Confidential Information to Vincent Socci.

7. Skyryse served Moog a draft joint stipulation on this issue on May 25, 2023. Skyryse served Mr. Socci's signed declaration to Moog on May 30, 2023.

8. The parties met and conferred on this issue on March 14, 2023. During that call, I explained that Mr. Socci should be disqualified based on his confidential relationship with Moog. I cited *Space Sys./Loral v. Martin Marietta Corp.*, No. 95-20122, 1995 WL 686369, at *2 (N.D. Cal. Nov. 15, 1995) to Skyryse's counsel as the legal authority for Moog's objection.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 5, 2023 in San Diego County, California.

_____
Michael K. Heins