# Exhibit A

# Curriculum Vitae

### C. Douglass Locke, Ph.D.
### Professor, and Software and Systems Consultant

Locke Consulting LLC.                            704-301-7074 Cell
531 Brentwood Rd, #114                        704-253-4957 Fax
Denver, NC  28037-0269                        doug@douglocke.com
704-746-3647 Office                          www.douglocke.com

## PROFESSIONAL EXPERIENCE

Since 2004, Dr. Locke, President of Locke Consulting LLC., has been a full-time consultant with a variety of clients involved primarily in Military, Aerospace, Industrial Control, and Telecommunications systems.  His extensive technical and business background in areas such as software engineering, software performance, real-time architecture, design, implementation, and deployment, international standards, software engineering maturity, and software development management and organization has made a major impact on organizations creating complex systems. He has used and analyzed more than 25 computer languages, including Java, C, C++, Python, HTML, JavaScript, as well as a variety of computer assembly languages. His clients include over 40 companies and agencies, including the Naval Systems Warfare Center, DoD Office of the Secretary of Defense, Raytheon Corporation, Jet Propulsion Laboratory, Baxter International, Motorola (now Google), and Sun Microsystems (now Oracle).

From 2016 to 2021, he served as a Visiting Professor at Davidson College, Davidson, North Carolina in the Department of Mathematics and Computer Science.  In this capacity, he developed and/or taught courses including Programming and Problem Solving, Software Engineering, Data Structures, and Computer Architecture & Organization.  Previously he also served as an Adjunct Professor at Lenoir-Rhine University in Hickory, North Carolina where, in the department of Mathematics and Computer Science, he taught a class on C++.

In addition to his work with clients involved in specifying, building, and deploying software-intensive systems, including embedded and real-time systems, he also has experience serving as an Expert (including expert reports, depositions and courtroom testimony) in intellectual property-related litigation including patents, copyrights, trade secrets, and contracts.  Recent cases involve patents for computer controls for heavy-duty truck transmissions, patents for safety/control systems for hospital proton beam therapy systems, smartphones, and trade secrets associated with vehicle tracking devices.

Prior to February 2004, Doug served as the Vice President of Technology for TimeSys Corporation, a producer of Embedded Linux distributions and software development tools.  In this position, he had responsibility for defining the technology base for the corporation and extending it to meet customer requirements.  While at TimeSys, he also served as a key consultant and instructor for TimeSys critical projects and classes,

1

provided key customers with systems and software consultation, and provided an external presence for the corporation in the embedded systems community with frequent publications and public presentations.

Prior to January 2000, Dr. Locke served as the Chief Scientist of the Lockheed Martin Systems Solutions organization. His responsibilities there were to define the software and systems technology focus for a new business thrust involving efforts by major industries worldwide transitioning from mainframe-based, "stovepipe" application architectures to distributed architectures. Most of the customers for this formerly exclusively aerospace organization required exploitation of the same kind of real-time, limited footprint, embedded systems experience for which Lockheed Martin is well-known. In addition to his work with major commercial customers, he also consulted extensively with other major Lockheed Martin projects across the corporation.

From September, 1989 to August, 1998, he was the Chief Scientist of IBM's (and Lockheed Martin's after IBM's FSD was acquired by Lockheed Martin) Software & Systems Resource Center. His responsibilities there centered primarily on management, systems, and software consulting across IBM and Lockheed Martin, guiding major projects' management as well as the technology dissemination activities at the SSRC, reviewing / updating the SSRC's educational offerings, and leading / participating in major program reviews / audits. A wide variety of projects were supported such as the Space-Based Infrared System (SBIRS), Sustaining Base Information System (SBIS), Air Traffic Management, GPS, various avionics systems, Close Combat Tactical Trainer (CCTT), Light Airborne Multipurpose System (LAMPS), and *Airborne Warning and Control System (AWACS).*

At IBM and Lockheed Martin, Dr. Locke led and participated in many management and technical review teams evaluating major government projects with respect to their ability to successfully manage and complete complex system development and deployment. At TimeSys Corporation, where Dr. Locke served as VP Technology and VP Engineering, he had an active role in all aspects of the corporate leadership, including CEO recruitment, venture capital interfaces, marketing, sales, technology, engineering, and customer satisfaction.

From 1981 through 1999, Dr. Locke acted as a consultant to all levels of management, senior technical staff, and customers for a wide variety of Lockheed Martin, Loral, IBM, TimeSys, and other system development, research, product development, and standards activities. This consultation covered both management and technical issues related to real-time software development, open systems, object-oriented systems, Ada, C, C++, and Java applications, and general systems performance. Projects on which he has spent substantial amounts of time include the Air Force's Theater Battle Management Core System, the Global Positioning System, Air Traffic Control, the UK Ministry of Defense Merlin System (an Anti-Submarine Warfare helicopter), the Navy's LAMPS ASW helicopter system, the Army's Rotorcraft Pilot's Associate, the Army's Sustaining Base Information System, and the Joint Tactical Radio System.

Throughout his consulting work, he frequently led and participated in major project audits and reviews, especially for major proposals, projects experiencing cost/schedule perturbations, and projects experiencing performance difficulties.

In addition to his other ongoing responsibilities, Dr. Locke has led and/or participated in a number of international standards including the Portable Operating System Interface (POSIX) standard (IEC/ISO 9945, the Real-Time Common Object Request Broker Architecture (CORBA) by the Object Management Group, the Real-Time Specification for Java (RTSJ JSR-1) under the Java Community Process, and the Safety Critical Java (SCJ JSR-302) also under the Java Community Process.

Between 1992 and 1995, he served as a regular instructor for the U.S. Air Force's *Operation Bold-Stroke*, teaching software procurement and management principles to senior officers (Generals, Colonels, and equivalent civilian staff only.)

## EDUCATION

Ph.D., Computer Science, Carnegie-Mellon University, 1986.  Dissertation Title: B*est-Effort Decision Making for Real-Time Scheduling*

B.A., Physics, Kalamazoo College, 1965

## PUBLICATIONS

- *JSR-000302 Safety Critical Java$^{TM}$ Specification*, **EDR-3, Java Community Process**, January, 2017

- *Java for Safety-Critical Applications*, **Proceedings of SafeCert 2009**, York, UK, 2009

- *Java Technology Comes to Real-Time Applications*, **Proceedings of the IEEE**, July, 2003

- *Real-Time Database Applications and System Characteristics, in **Real-Time Database Systems: Architecture and Techniques**, Kluwer Academic Publishers, 2001*

- *Software Architectures for Hard Real-Time Applications: Cyclic Executives vs. Fixed Priority Executives, **Real-Time Systems Journal**, April, 1992*

- *Building a Predictable Avionics Platform in Ada: A Case Study, **Proceedings of the IEEE Real-Time Systems Symposium**, December, 1991*

- *Scheduling in Real-Time, **UNIX Review**, pp. 48-54, Vol 8, No. 9, September, 1990*

3

- *Predictable Real-time Avionics Design Using Ada Tasks and Rendezvous, Fourth International Workshop on Real-Time Ada Issues, ACM-SIGAda **Ada Letters**, June, 1990*

- *Priority Inversion and its Control: An Experimental Investigation, Second International Workshop on Real-Time Ada Issues, ACM-SIGAda **Ada Letters**, June, 1988*

- *A Practical Application of the Priority Ceiling Protocol in a Real-Time System, Second International Workshop on Real-Time Ada Issues, ACM-SIGAda **Ada Letters**, June, 1988*

- *The Avionics Software Architecture Impact on System Architecture, **Proceedings of the AGARD** (Advisory Group for Aerospace Research & Development) Conference, Sponsored by the North Atlantic Treaty Organization, April, 1987*

- *Problems in Ada Runtime Task Scheduling, First International Workshop on Real-Time Ada Issues, ACM-SIGAda **Ada Letters**, May, 1987*

- *A Time-Driven Scheduling Model for Real-Time Operating Systems, **Proceedings of the Real-Time Systems Symposium**, December, 1985*

- *The Ada Programming Support Environment, in **Ada: A Tutorial**, Published by IEEE, 1983 (Previously published in IBM FSD's **Software Engineering Exchange**)*

- *Real-Time Java Moving Into the Mainstream,* **RTC Magazine**, available at http://www.rtcmagazine.com/home/printthis.php?id=100069, 2006

- *Real-Time Architecture—Past, Present, and Future,* Mark Gerhardt and Doug Locke, **2005 Embedded Systems Conference** San Francisco, March 10, 2005

- *Architecture for Predictable Systems,* **2004 Embedded Systems Conference** San Francisco Paper, available at http://www.techonline.com/community/member_company/member/1034/content 40291, 2004

- *Introduction to Open Architecture for Real-Time Systems,* **The Open Group**, available at www.opengroup.org, July 2003

- *Priority Inheritance: The Real Story*, **Linux Devices**, available at http://www.linuxdevices.com/articles/AT5698775833.html, July 16, 2002

- *A TimeSys Response on Real-Time Linux*, **Linux Devices**, available at http://www.linuxdevices.com/articles/AT5625209055.html, May 20, 2002

4

- *What is real-time?*, **Linux Devices**, available at http://www.linuxdevices.comarticles/AT6090565653.html, Sept. 14, 2000

- *IEEE standard for information technology-portable system interface* (POSIX)-part I: *system application program interface (API)-amendment J: advanced realtime extensions [C language],* IEEE Std 1003.1j-2000, pp. 1-88, **IEEE**, 2000

- *IEEE standard for information technology-portable system interface* (POSIX)-part I: *system application program interface (API)-amendment J: advanced realtime extensions [C language],* IEEE Std 1003.1-2000, **IEEE**, 2000.

- *An Architectural Perspective of Real-Time Ada Applications*, Ada-Europe 1999: 1-11., **Springer-Verlag**, 1999

- *A Real-Time, Fault Tolerant CORBA Implementation: A Case Study* (Abstract), C. Douglass Locke and Thomas A. North, **Fourth International Workshop on Object-Oriented Real-Time Dependable Systems** (WORDS '99), 1999

- *Error Propagation Analysis of Real-Time Data Intensive Applications*, Tei-Wei Kuo, Doug Locke, Farn Wan, **IEEE Real Time Technology and Applications Symposium**: 166-171, 1997

- *Future Distributed Embedded and Real-Time Data Intensive Applications Will Be Adaptive:  Meanings, Challenges and Research Paradigms (Panel)*, Aloysius K. Mok, Constance L. Heitmeyer, Kevin Jeffay, Michael B Jones, C. Douglass Locke, Ragunathan Rajkumar, **International Conference on Distributed Computing Systems (ICDCS)**:182-184, 1995

- *Fault Tolerant Applications Systems: A Requirements Perspective, Hardware and Software Architectures for Fault Tolerance*, Fault Tolerant Workshop Proceedings, Le Mont Saint Michel, France, **Springer-Verlag**, Pages: 21 – 25, 1994

5

# Jason A. Janét, Ph.D.

4400 Blossom Hill Court
Raleigh, NC 27613
Mobile: (919) 225-1724
E-mail: jasonajanet@gmail.com

## Education

- Ph.D. Electrical & Computer Engineering, North Carolina State University, 1998
- M.S. Integrated Manufacturing Systems Engineering, North Carolina State University, 1994
- B.S. Mechanical Engineering, University of Virginia, 1990

## Employment History

### Applied Research Associates (ARA): 2018 - present

- **Corporate Director of IP and Product Commercialization (IP to Product—IP2P) | CTO-SSM:** Corporate/Business development, Intellectual Property Portfolio Build-out/Protection, and IP Transition to Product. Evaluate, quantify, present and recommend portfolios of IP, product lines and ventures on the basis of competitive landscapes, addressable markets, sales strategy, resource availability and technology readiness. Design, propose and mentor organizational structure(s), including cross-department and cross-sector relationships. Relevant technologies include medical technologies, augmented reality, non-GPS, synthetic environments, computer vision, machine intelligence, IoT sensors, robotics, automation, security, photogrammetry, weapons systems, unmanned systems, SaaS, BioTech, and precision agriculture for multiple market domains. Clearance Level: TOP SECRET & SCI.

### DeltaFive: 2014 - 2018

- **CEO & Co-Founder:** Lead corporate, business, IP and technical development for spinout focused on IoT sensors, computer vision, machine intelligence, mobile robots, SaaS, and Lure Formulation for hospitality, pest, IT, and security markets. Strategic and tactical direction for sales, marketing and client services teams.
- **Inventor**: Three awarded patents (USPTO) and patents pending.
- **Board of Directors:** Serve on and report to Board of Directors, and chair the Technical Advisory Board.
- See **www.deltafive.com,** https://jgc.outgrow.us/deltafive or www.youtube.com/watch?v=LoQe6_Lxprs.

### Transdigm [TDG] (Avionic Instruments | Acme Aerospace | Aerospace Cooling Solutions): 2002 – 2004, 2013 - 2014

- **VP/Director of Development** (2002-2004), **VP/Director of Sales, Program Management** (2013-2014). See www.transdigm.com, www.avionicinstruments.com, www.acme-aero.com, or www.aerospacecoolingsolutions.com.
  - Manage multiple product lines and cross-functional teams including product line managers (PLMs), account managers, inside sales, international sales, marketing, repair, engineers, technicians, distributors, legal, IP and rep organizations. (270 employees)
  - P&L, strategy, reporting, and forecasting for ~$105M/yr, 50% EBITDA, and 10% YOY growth.
  - Product lines comprised ~600 SKUs for advanced aerospace systems.
  - Epicor ERP for standard resource planning, including inventory optimization and workflow.
  - Change-Agent: Sikorsky S97/JMR programs and supply chain for Aerospace Cooling Solutions.
  - Incubation, launch, growth and exits for **ShelfWorks**, **VortexHC** and **RxMedic** (below).
- **Programs:**
  - **S97 Raider Light Tactical Helicopter –** Autonomy, power distribution and electrical system (PDES) for the Sikorsky S97 LTH, including FAA-compliant software development per DO-178B. (2013 – 2014) See http://www.youtube.com/watch?v=qy-Xb3X-bC0.
  - **Joint Multi-Role (JMR) Helicopter –** Leveraging S97, JMR employs a scaled-up level of autonomy/PDES for Sikorsky-Boeing team, under U.S. Army funding. (2014)
  - **Blue Fans –** Aerospace Cooling Solutions supply chain optimization. (2013 – 2014)
  - **DARPA Distributed Micro-Robotics –** PI/PM for *"Mobile Robots that Climb Vertical and Inverted Surfaces."* sponsored by DARPA – MTO. Develop mobile robots that climb walls and ceilings for surveillance, reconnaissance and breaching. Collaborated with Lockheed-Martin for automatic target recognition and Picatinny Arsenal for *Lamprey* SLAM holder. (2002 – 2004)

### Teledyne Technologies [TDY]: 2011 - 2013

- **Senior Manager**

- o   Lead cross-functional teams of scientists and engineers in CONUS
- o   M&A due-diligence, identification and recommendation (SeaBotix & BlueView)
- o   Lead contingents of cross-division teams to secure ~$352M in funding over 24 months.
- o   Plan and execute CRAD, business development and coordinate with strategic business units
- **ONR/USMC Cargo UGV** – PM for ONR/USMC-sponsored Cargo Unmanned Ground Vehicle (CUGV) Program subcontract (2011-2012). Manage team of engineers and scientists, in coordination with contract prime (Oshkosh) for unmanned combat vehicle control, perception and navigation. Multi-sensor suite included EO/IR Vision, LIDAR, IMU, and GPS.
- **Army LTL** – PM for Army-sponsored Lighten-the-Load (LTL) Program subcontract (2012-2013). Manage team to develop perception system comprised of stereo EO and stereo LWIR cameras to find and track leader(s), perform optical odometry, detect and map obstacles, and enhance SIGINT. Interface with sensors (LIDAR, IMU, GPS), autonomy for ATV-sized unmanned ground vehicles.
- **NASA ESP** – PM for RTP-based tasks for NASA Engineering Services and Prototyping demonstration (2012-2013). Provide Teledyne Engineering Services (lead), SAIC, Oceaneering, and Schafer with robot prototype and vision-based perception to detect, classify and track targets.
- **DARPA EXACTO** – PM for NC-based tasks for DARPA TTO Extreme Accuracy Tasked Ordnance (EXACTO) Program (2012-2013). Program developed first ever guided, small-caliber bullet with MEMS-based actuation, optical bullet tracking, optical target tracking, and bullet guidance to greatly improve accuracy and extend the day and nighttime range over current state-of-the-art sniper systems.
- **DARPA AngelFish/EagleRay** – PI/PM and inventor of the AngelFish Cross-Domain Submersible UAV, a man-portable, floodable airframe with tilt-thrusters capable of operating in and deliberately transitioning between the air, surface and underwater. Designed for optimal balance between hydro-/fluid-dynamics, materials, guidance/navigation/control, power conversion/storage, and perception for wing-in-ground flight.
- **Army PIRST** – Propose and capture the Pursuant In-stride Reconnaissance, Surveillance & Targeting (PIRST) program. By Army Night Vision & Electronics Sensors Directorate (NVESD) in 2013.

## RxMedic Systems: 2003 – 2011 (*spinout from Avionic Instruments*)
- **Co-Founder/General Manager/Board Member** (2004-2007), **CTO** (2007-2010), and **Director of Robotic/Automated Systems** post-acquisition by JM Smith (2010-2011).
  - o   Manage launch from **Avionic Instruments** (2004)
  - o   Build and lead nationwide growth of cross-functional teams to 75+ employees
  - o   Direct product development, manufacturing, field support, sales and marketing
  - o   Manage IP Portfolio & Legal: Patents include USPTO# 7,726,514 and 8,091,733
  - o   Oversee P&L, accounting, raising of capital, and accounts receivable
- **RxMedic ADS**: Invent, develop, market and support automated pharmacy dispensation and packaging systems for retail, hospital, mail order and industrial fulfillment organizations.
- **RxMedic ACS**: Integrate, refine, market and support automated pharmacy-counting systems for retail and hospital fulfillment organizations.
- Co-negotiated the acquisition of RxMedic Systems by JM Smith, Inc. in May of 2010, established RxMedic as a division, and coordinated 12-month transition. Supported evaluation and integration of automated systems for JM Smith business units including Smith Drug.

## Vortex HC: 2002 - 2009 (*spinout from Avionic Instruments*)
- **Vice President** (2004-2006), and **Facilities Security Officer (FSO)** (2005-2006)
  - o   Manage spin-out from **Avionic Instruments** (2004)
  - o   Lead cross-functional teams for product development, manufacturing, support, sales and marketing
  - o   Manage business and corporate strategy, execution, licensing, and ITAR/EAR-compliance
  - o   Support domestic and international legal and IP portfolio management, P&L, AP/AR
- **DARPA ARTEMIS** – PI and PM for *"Vortex-Based AUVs for Counter-Mine and Counter-Obstacle Operations"* sponsored by DARPA – ATO. Managed development of holonomic AUVs for landing on mines and performing soft-kill neutralization. Integrated CFD, rugged materials, MEMS-sensors for guidance, navigation and control. Collaborated with UT-ARL for development of circular synthetic aperture sonar and Teledyne RD Instruments for DVL. Developed high-precision acoustic underwater tracking system.
- **Products**: Managed development, manufacturing, world-wide marketing, and support of the following to military, law-enforcement, security, rescue, nuclear and entertainment customers:
  - o   VMRP Wall-Climbing Robot – Man-portable mobile robots that climb walls and ceilings.
  - o   Submersible Attractor – Rad-hardened attractor for nuclear energy market, BWR inspection
  - o   Submersible VMRP Robot – Man-portable underwater robots for bulkheads and tank interiors.

- o   Lamprey SLAM Holder – Surface-agnostic instant placement mechanism for Picatinny Arsenal's Selectable Land- and Anti-personnel Mine (SLAM) breaching charge.
- **Licensing**: As part of exit strategy, instituted licensing and transition of VRAM technologies:
  - o   SeaBotix LBC – Little Benthic Crawler Remotely Operated Vehicle (ROV).
  - o   SeaRobotics HullBUG – Autonomous hull-grooming robot.
  - o   BDT – Attractors for high-speed, high-efficiency, low-overhead paper & fabric handling.
  - o   TMI – Attractors for inspection of nuclear boiler water reactor (BWR) facilities
- **ONR & NAVSEA HullBUG VRAM –** PI/Consultant for "Attractor Design for the Hull Biomimetic Underwater Grooming (HullBUG) Technology" and "HullBUG VRAM Design Optimization". (2006–2009).

## ShelfWorks Technologies: 2002 – 2006 (*spinout from Avionic Instruments*)
- **Charter Officer** (2004-2006).
  - o   Supported launch from **Avionic Instruments** (2002-2004)
  - o   Direct military product development, support commercial product development, sales & marketing
    - ▪   Bed, Bath & Beyond
    - ▪   Home Depot
  - o   Support IP Portfolio & Legal

## Nekton Research (iRobot [IRBT]): 1998 - 2002
- **Vice President of R&D** (1998-2000) and **Director of Business Development** (2000-2002).
  - **Lead:** Cross-functional teams in marine-focused product/business development, production, deployment.
  - **IP Portfolio:** Co-inventor on USPTO# 6,378,801 (2002)
  - **Spinout:** Support incubation/launch of Parata Systems, a pharmacy automation company (1999-2002)
  - **M&A:** Provided early-stage due-diligence and introductions for acquisition by iRobot (2006)
- **Principal Investigator and Program Manager:**
  - **DARPA LSALS-SP3** – PI/PM for "3D Plume Tracing using Ranger™ MicroAUVs," sponsored by DARPA – MTO.  Joint effort with Sandia National Labs, and Woods Hole Oceanographic Institute. Developed multiple collaborative MicroAUVs that search for and localize plume sources and aircraft blackbox, to rescue and/or recover humans and assets.
  - **DARPA Distributed Micro-Robotics** – PI/PM for "Swimming Arrays for Anti-Submarine Warfare", sponsored by DARPA – ATO. Joint effort with Draper Labs, Johns Hopkins University Applied Physics Lab, and Solers.  Mobile acoustic array formations of multiple MicroAUVs.  In contrast to towed arrays (e.g., TB-29), *Swimming Arrays* decouple tactical maneuvers from sensing maneuvers; enable protracted sensing, strong source direction discrimination, forward end-fire view, and dynamic array beamforming.
  - **DARPA Distributed Micro-AUVs** – PI/PM for "Aquatic Microbots", sponsored by DARPA – MTO. Under *Distributed Robotics* program, design, build and demonstrate ultra-small AUVs, called "MicroHunters™", which maneuver in 3D using only one moving part. Resulting navigation, called "Helical Klinotaxis" was validated on three different platforms and demonstrated to DARPA.  Co-inventor on patent "3D Orientation for Aquatic Robots Using Helical Klinotaxis", USPTO in April 2002.
  - **Forensics ROV** – PM and inventor of porthole-size ROV to perform forensic analyses of sunken assets. Based on a diametrically-opposed, large-diameter, low-velocity, vector thrusters, provide underwater telepresence to search for remains, assets and root-cause indicators.   Unique design minimized silt disturbance, and maximized options for ingress and egress.  (Private customer)
  - **Deepwater Towfish** – 6500m depth-rated towfish to carry sensor suite for applications in energy sector, telecommunications sector, sub-bottom profiling, and terrain mapping.  (Private customer – EdgeTech)
  - **DARPA APLA/MGM** – PI/PM for "MicroHunter Guidance and Control of 60mm Mortars", sponsored by DARPA – ATO.  Under *Anti-Personnel Landmine Alternative/Minimally Guided Munitions* (APLA/MGM) program, collaborate with Battelle Memorial Institute to demonstrate feasibility, integrate microelectronic GNC sensors and actuators, and validate performance of single-actuator control force producer and guidance algorithm for indirect-fire munitions.  Performance exceeded specifications.

## Parata Systems: 1999 – 2002 (*spinout from Nekton Research serving as VP of Eng and Dir of BD*)
- o   Supported incubation and launch from **Nekton Research** (1999-2002)
- o   Robotic System for Retail & Mass-Fulfillment Pharmacy
- o   Technical & Business Development of Alpha- and Beta-level Products
- o   Supported initial IP Portfolio

**Duke University, Pratt School of Engineering:** 1999 - 2021
- **Adjunct Associate Professor** (2005-2021) and **Adjunct Assistant Professor** (1999-2005).
  - Courses Taught Include:
    - Entrepreneurship & Tech Transition (Special Topics)
    - Robotics & Automation (MAE 442, ECE 383, ECE 142/442)
    - Control Theory (ECE 141/441)
- **MS Committee Member:** Serve on graduate student committees and advise research.
- **Advisor** and sponsor for Duke's Wall-Climbing Robot Team, which earned 1st place in the 2004 and 2005 International Climbing and Walking Robot (CLAWAR) Competitions in Madrid, Spain and London, England.  Sponsored by the LORD Corporation and VortexHC.
- **Advisor** for Duke's DARPA Grand Challenge Team, in support of the Carnegie Melon Red Team(s), which earned 2nd and 3rd places. Perception included RADAR, LIDAR, IMUs and GPS.
- **Advisor** and sponsor for Duke's Autonomous Underwater Vehicle (AUV) team, which earned finalist standings five times in the AUVSI/ONR International Autonomous Underwater Vehicle Competition. Participated in multiple annual competitions since 2001, with the following rankings: 2nd in 2006, 4th in 2005, 5th in 2004, 3rd in 2003, 4th in 2002, and 7th in 2001.  Sponsored by LORD, VortexHC, and SeaBotix.

**North Carolina State University, School of Engineering:** 1992 - 2021
- **Adjunct Assoc Professor** (2009-2020), **Board Integrated Manufacturing Systems Engineering Institute** (1998 – 2020), **Adjunct Asst Professor** (2000-2009), **Instructor** (1996-1999), **Researcher** (1992-1996).
  - Teaching Experience:
    - Robotics & Automation (ECE 444, ECE 591)
    - Control Theory (ECE 435)
    - Distributed (Non-Deterministic, Network- & Statistics-based) Controls (ECE 492Z)
  - **MS Committee Member:** Serve on graduate student committees, sponsor and advise research.
  - **Advisor** & **Corporate Sponsor** for NCSU's Autonomous Underwater Vehicle (AUV) team, which began participating in the AUVSI/ONR International AUV Competition.  Participated in 2005 and 2006.
- **NASA-HELIOS** – PM for development and demonstration of semi-autonomous robotic system for lunar habitation and transport.  Under NASA's Exploration Office, and funding from United Technologies, Caterpillar, and North Carolina Space Grant Consortium.  Managed team of 40+ people to build and competitively demonstrate lunar exploration and habitation mission including deployment of lunar lander, UGV, and personnel habitat modules.  Mission was demonstrated in full and earned first place and NASA's *1998 Extra Terrestrial Award*. January 1996 to April 1998.
- **DARPA/ONR Outdoor Landmark Recognition** – Researcher for "Outdoor Landmark Recognition Using Hybrid Fractal Vision System and Neural Networks", by DARPA and ONR. Validate new approach to detecting and recognizing outdoor landmarks using the Region-Feature Neural Network.  (1993–1996)
- **Other Systems**: Bipedal robot (*Jenner*), a hexapod colony, an autonomous mobile robot (*Lazarus*), home automation & security based on decentralized control networks.

**TMI Robotics:** 1998 - 2013
- **President**
  - **Robotic & Automation Systems:** Submersible Robotic Hull Crawlers & Attractors for *General Electric*, *Hitachi*, *Framatome/Areva*, *SeaRobotics*, *SeaBotix*, etc. (2009-2018); wall-climbing robots for *SignalScape* (2009-2013); Pioneer mobile robot end-effector and bipedal robot for *Adept MobileRobots* (1998-2004); decentralized fuel pump control systems for *Gilbarco* (1998); Autonomous Following Golf Caddy for *Caddy Master* (1998-1999); Universal rotary actuator system for *Real World Interface* (*RWI*) and *iRobot* (*IS Robotics*) (1998-2000), etc.
  - **Artificial Intelligence Software and Textbook:** "Computational Intelligence: Supervised and Unsupervised Learning with Neural Networks", J.A. Janét and J.C. Sutton III.  Copyright © 1998-2013. ISBN #0-9678493-0-6.  Textbook included a time-limited single-user license for neural network software by TMI Robotics, Inc.  Software included data, the Region-Feature Neural Network and the Hyper-Ellipsoid Clustering Neural Network for pattern analysis and machine intelligence.  End-users/clients include *NCSU*, *National Technological University* (*NTU*) and *Video Based Engineering Education* (*VBEE*), IBM, etc.

**Other Professional Highlights:**

- **Patent Litigation Expert Witness**: Provided reports, descriptive imagery and testimony for litigation regarding intellectual property, contracts and trade secrets. Cases are listed below, clients in **bold**:
  - **IQRIS** v Point Blank (2022-pres) [21-CV-61976-BB, , Southern District of FL]
  - **Opex** v HC Robotics/Invata (2022-pres) [337-TA-1293, U.S. International Trade Commission]
  - Cayago v **iAqua** (2022-pres) [21-CV-61035, Southern District of FL]
  - Cayago v **iAqua** (2022-pres) [Civil No. 21-1212, Puerto Rico]
  - **AutoStore** v Ocado (2021) [IPR2022-00443 USPTO]
  - Bacon Sons v **Perception Robotics** (2021-2022) [Case No: 30-2018-01000372, Orange Co, CA]
  - **AutoStore** v Ocado (2021-2022) [IPR2022-00443 USPTO) (pre-institution)
  - **AutoStore** v Ocado (2021-2022) [IPR2022-00673 USPTO) (pre-institution)
  - **AutoStore** v Ocado (2021-pres) [IPR2021-00274 USPTO]
  - **AutoStore** v Ocado (2021-pres) [IPR2021-00311 USPTO]
  - **AutoStore** v Ocado (2021-pres) [IPR2021-00398 USPTO) (pre-lit)
  - **AutoStore** v Ocado (2021-2022) [IPR2021-00412 USPTO) (pre-lit)
  - **AutoStore** v Ocado (2021-2022) [PGR2021-00038 USPTO) (pre-lit)
  - **AutoStore** v Ocado (2021-pres) [HP-2020-000035, United Kingdom]
  - **AutoStore** v Ocado (2021-pres) [Spain – Pre-lit]
  - **AutoStore** v Ocado (2021-pres) [Case No. 2:20-cv-494, Eastern District of VA]
  - Ocado v **AutoStore** (2021-pres) [1-21-cv-00041, USDC - DNH]
  - Ocado v **AutoStore** (2021-pres) [1-21-cv-00806, USDC - DNH]
  - **iRobot** v SharkNinja (2021-pres) [337-TA-1252, U.S. International Trade Commission]
  - **Airborne Systems** v Wamore – Steerable parachute systems (2019-pres) [Arbitration – NJ]
  - **AutoStore** v Ocado (2020-2021) [337-TA-1228, U.S. International Trade Commission]
  - Interactive Play Devices v **Spin Master** (2020-pres) [Civil Action File No. 6:20-cv-00066, W.D. TX]
  - **DJI** v Autel – (2017-2021) RC UAV Systems [C.A. No. 16-706-LPS-CJB, District Court of DE]
  - Velodyne v **RoboSense** (2019-2020) [337-TA-1173, U.S. International Trade Commission]
  - Odyssey Marketing v **Spin Master** (2018) Unmanned Air Vehicles [IPR, USPTO]
  - Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01672, USPTO]
  - Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01673, USPTO]
  - Mattel v **Spin Master** (2018) Transformable Devices [IPR2018-01674, USPTO]
  - MPV v **DJI** – (2018) [Case No. 2:18-cv-02210-RGK-AGR, Central District Court of CA]
  - **Samsung** v Cywee – (2017) IMU Pose & AR [Case No. 2:2017cv00140, Eastern District of TX]
  - **DJI** v Autel – (2017-2018) [2:17-cv-00776-RAJ, Western District of WA]
  - Synergy Drone v **DJI**– (2017-2018) [Case No. 1:17-cv-00242, TX Western District Court]
  - **iRobot** v Bissell – (2017-2018) [337-TA-1057, U.S. International Trade Commission]
  - **Hayward Industries** – (2015-2016) Evaluate IP and Enabling Technologies for Submersible Systems
  - Choirock v **Spin Master** (2016-2018) Transformable Devices [Case No. IPR2017-00030, USPTO]
  - **Spin Master** v Sphero, Inc. (2016-2017) [Case No. IPR2017-01272, USPTO]
  - Sphero, Inc. v **Spin Master Ltd**. (2017) [New York Southern District Court, Case No. 1:17-cv-05428]
  - Razor/Chen/Inventist v **Jetson Electric Bikes** (2016-2017) [337-TA-1000, U.S. Int. Trade Commission]
  - Razor/Chen/Inventist v **Powerboard** (2016-2017) [337-TA-1000, U.S. International Trade Commission]
  - Segway/DEKA/Ninebot v **Jetson** (2016-2017) [337-TA-1007, U.S. Int. Trade Commission]
  - Segway/DEKA/Ninebot v **Powerboard** (2016-2017) [337-TA-1007, U.S. Int. Trade Commission]
  - Segway/DEKA/Ninebot v **Jetson** (2016-2017) [337-TA-1021, U.S. Int. Trade Commission]
  - Segway/DEKA/Ninebot v **Powerboard** (2016-2017) [337-TA-1021, U.S. Int. Trade Commission]
  - **DJI** v Yuneec [No. 5:16-cv-595, U.S. District Court, Central District of CA]
  - Rehco LLC v **Spin Master Ltd**. (2015-2020)  [No. 1:2013cv02245, Northern District of IL]
  - Segway/DEKA v **Ninebot** [Inv. No. 337-TA-935, U.S. International Trade Commission]
  - Segway v **Shenzen Inmotion** – [Inv. No. 337-TA-935, U.S. International Trade Commission]
  - ScriptPro v **Innovation** – Pharmacy Automation (2015) [2:06-cv-2468-CM-JPO U.S. Dist Court, KS]
  - ScriptPro v **Innovation** – Pharmacy Automation (2011-2015) [06-2468-CM U.S. District Court, KS]
  - Spinmaster v **YourStoreOnline** – Wall-Climbers (2009-2010) [CV 09-5803 CAS]
  - SpinMaster v **YourStoreOnline** – RC Helicopters (2009-2010) [CV 09-2121 CAS]
- **Patent Inventorship:** Other patents pending
  - 6,378,801: Devices and methods for orienting and steering in three-dimensional space.

- 7,726,514: Automated article dispensation mechanism.
- 8,091,733: Automated article dispensation mechanism.
- 8,751,035: Automated laundry drop-off and retrieval system.
- 9,664,813: Automated Insect Monitoring
- 9,999,211: Automated Insect Monitoring (Removable Chambers with Transparent Sides for Inspection)
- 9,999,212: Automated Insect Monitoring (Signal Processing to Detect and Recognize Invasive Pest)
- **Board of Directors/Advisors Experience:** Provide strategic technology, business and corporate expertise.
  - **Delta Five** – Distributed unattended sensors, automation, SaaS and IoT.
  - **Panacea BioMatx Inc** - Automated customized medications and nutraceuticals. (www.panacea.me)
  - **Lealear** – Automated storage and retrieval systems.
  - **RxMedic** – Automation for preparing prescription orders in retail, government, and hospital pharmacies.
  - **VortexHC** – Non-dexterous gripping, robot climbers (air and underwater), and 6DOF holonomic AUVs.
  - **NCSU Integrated Manufacturing Systems Engineering Institute** – Multi-disciplinary graduate school

# Selected Publications (of ~40)

- IoT Solutions Enabling Hotelier's to Monitor for Bed Bugs, www.deltafive.com/wp-content/uploads/2018/06/DeltaFive_BedBugAwarenessWeek2018_PressRelease.pdf, June 2018.
- New York City Challenged by Bed Bugs, www.newswire.com/news/new-york-city-challenged-by-bed-bugs-delta-five-offers-green-solution-20043137, November 2017.
- On the Heels of the Largest Bed Bug Lawsuit Judgement, Delta-Five Has a Proven Green Solution for Hotels, www.newswire.com/news/on-the-heels-of-the-largest-bed-bug-lawsuit-judgement-delta-five-has-a-19990567, October 2017.
- Hoteliers Find Delta Five's Innovative Bed Bug Solution Catches Bugs Faster and More Consistently, www.newswire.com/news/hoteliers-find-delta-fives-innovative-bed-bug-solution-catches-bugs-19940513, September 2017.
- As Hoteliers Look to Combat Bed Bug Rise Delta Five Offers Researched Solution, www.newswire.com/news/as-hoteliers-look-to-combat-bed-bug-rise-delta-five-offers-researched-19846348, August 2017.
- Green Approach to Prevention and Early Detection, www.eprnews.com/delta-five-highlights-green-approach-to-prevention-and-early-detection-during-bed-bug-awareness-week-138925/, June 2017
- Delta Five Raises the Bar in Battle Against Bed Bugs, www.newswire.com/news/delta-five-raises-the-bar-in-battle-against-bed-bugs-19547330, May 2017.
- Automated Bed Bug and Insect Monitoring System, www.newswire.com/news/delta-five-launches-automated-bed-bug-and-insect-19224593, April 2017.
- "Think It, Build It, Win It: Vision-Based Robot Design Secures Teledyne a $350M NASA Engineering Contract" H. Neale. *NASA Tech Briefs* 2013/2014.
- "Automation is Changing Pharmacy: How Reducing Repetition Behind the Counter Improves Over the Counter Care" J. Janét. October 2010. *Insight Magazine.*
- "Automate Your Profits" J. Janét. October 2009. *Insight Magazine.*
- DTIC #ABV 299170 (NATICK/TR-04/013L): "Vortex Regenerative Air Movement: Attraction and Attachment on Vertical and Inverted Surfaces— A Simple Method for Static and Mobile Robots for Climbing Walls and Ceilings" J. Janét, D. Reinfeld, B. Wiedeman. October 2003. (Contract No. DAAD16-00-C-9259; US Army Soldier Systems Command, Natick, MA)
- DTIC #AD B267 288 (NATICK/TR-01/009L): "MicroHunter Control Applications for Elimination of Anti-Personnel Landmines: Low-Cost, Minimally Guided Munitions – A Simple Method for Controlling the Trajectory of Spinning Projectiles" M. Kemp, J. Janét, and C. Pell. May 2001. (Contract No. DAAN02-98-C-4030; US Army Soldier Systems Command, Natick, MA)
- "Development of a Micro Autonomous Underwater Vehicle for Complex 3-D Sensing", *IEEE/MTS Oceans 2001 Conference*; Honolulu, HI; Nov 2001; B. Hobson, B. Schulz, J. Janet, R. Moody, C. Pell, and H. Pinnix.
- "MicroAUVs I: Platform Design and Multi-Agent System Deployment", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; B. Schulz, B. Hobson, B. Janét, M. Kemp, R. Moody, C. Pell, H. Pinnix, J. Pollard, and H. Crenshaw.
- "Assessing the Performance of Oscillating Fin Thruster Vehicles", *Unmanned Untethered Submersible Technology (UUST)*; August 2001; Durham, NH; M. Kemp, B. Hobson, J. Janét, C. Pell, and E. Tytell.

- "Using Control Networks to Control Multiple Autonomous Mobile Robots: Biped, a Hexapod Colony, and a Complex Autonomous Mobile Robot", *IEEE Int'l Conf. on Robotics & Automation*; Detroit, MI; May 1998; J. Janet, B. Wiseman, R. Michelli, S. Scoggins, and A. Walker.

- "Autonomous Mobile Robot Global Self-Localization Using Kohonen and Region-Feature Neural Networks", *Jnl of Robotic Systems*; Vol. 14, No.4, 1997; J. Janet, R. Gutierrez, T. Chase, M. White, J. Sutton.

- "Combining Self-Organizing Geometric Certainty Maps with the Unscented Kalman Filter", Proc. of *IEEE Int'l Conf. on Robotics & Automation*; Leuven, Belgium; May 1998; J. Janét, J. Brickley, M. Kay, M. White, and J. Sutton.

- "Modeling of Sonar Sensors for Localization of Autonomous Mobile Robots", *IEEE Transactions on Industrial Electronics*; October 1998; R. Gutierrez, J. Janet, and R. Luo.

- "Autonomous Mobile Robot Global Motion Planning and Geometric Beacon Collection Using Traversability Vectors", *IEEE Trans on Robotics & Automation*; Vol.13, No.1, 1997, Pages:132–140; J. Janét, M. Kay, and R. Luo.

## Skills Brief

- *Executive Leadership.* Provided fiscal, strategic, IP and operational leadership in application and development of heavily engineered systems for software, robotics and automation, medical, pharmacy, maritime, aviation, government, military, law enforcement, security, entertainment, hospitality, analytics, pattern analysis, and energy markets. Demonstrated ability to develop and implement business plans, integrate emerging technologies, raise capital, be an effective change agent, and transition product and client service concepts to commercial viability. Effective collaborator with companies, academic institutions, military, government and foreign entities. Experienced with legal aspects of launch, operations, equity, M&A, intellectual property & litigation. Successful manager of sales, marketing and finance including, ROI tool development, market research, prospecting, sales presentations, competitive analysis, brand development, multi-media advertising, contract negotiation, deal closure, A/P and A/R.

- *Board Member.* Effective strategic contributor and communicator on behalf of corporations (Delta Five, RxMedic, Panacea Biomatix, Lealear, and VortexHC) and an academic institution (NCSU IMSEI).

- *Engineering and Product Development.* Demonstrated ability to develop and deploy hardware and software products, including automated retrieval systems, fixed-base robots, medical systems, mobile robots, autonomous and remote-control unmanned ground robots, wall-climbing robots, hull inspection & cleaning robots, nuclear vessel inspection robots, autonomous underwater vehicles, non-destructive inspection robots, retail automation, and mine neutralization robots.

## Additional

- **Security Clearance.** Personal clearance level – TOP SECRET & SCI. Facilities Security Officer (FSO) for Vortex HC. Coordinated processing of SECRET level Facility Clearances (FCL) and Personnel Clearances (PCL).

- **Institute of Electrical & Electronic Engineers (IEEE):** Robotics, Controls & Pattern Analysis.

- **Autonomous Unmanned Vehicle Systems International (AUVSI)**

- **American Society for Engineering Education (ASEE)**

- **American Society of Mechanical Engineers (ASME)**

- **PADI SCUBA:** Professional diver for underwater mobile robots, hull inspection, underwater video, counter-mine, ASW, etc.

- **Commercial Driver's License:** Class-A CDL, base registrations in North Carolina (and Virginia).

- **USPA Skydiving:** (1991 – 1997) USPA Jumpmaster certification in 1996. D-license with 400 jumps including instruction, tandem master training support, demonstrations, accuracy, and freefall relative work (RW). National collegiate RW championship team in 1994 (Richmond, IN). Carolina Sky Sports Accuracy Champion in 1993 (Louisburg, NC).

- **Pyrotechnician:** Class-A/B levels.

- **Master Mason:** Foundation of ~20 years of construction experience, primarily with ornamental stone, brick, and concrete. Experience initially gained as a youth within family-owned and operated business (Dogwood

Quarries) in DC-metropolitan area; summers and school breaks from 1981 until 1997.  Since 1998, all work has been *pro bono* including for Habitat for Humanity.

## Computer Tools

**Proficient:** SalesForce, PowerPoint, Excel, Word, Project, MATLAB
**Prior experience:** Epicor ERP, QuickBooks, AutoCAD, SolidWorks, OrCAD, LabView, C/C++, Assembly



# DR. MICHAEL J. DREIKORN
# CURRICULUM VITAE
02/23/2023

Name:          Michael J. Dreikorn, Ed.D.

Location:      POB 1457, Vieques, PR 00765

DoB:           08/05/1961

Languages:     English and German

Citizenship:   USA

Area of Expertise:

With 43 years of global industry experience, Dr. Michael Dreikorn has unique capabilities to provide leadership and technical investigation into complex issues related to civil regulatory requirements, military contract requirements, mergers and acquisitions, global business development, design, production, aircraft operations, maintenance, supply-chain, certification and knowledge-management within the Aviation, Space, Defense, Maritime and regulated high-tech industries.

Education:

Doctorate of Education in Human Resource and Organizational Development; The George Washington University, Washington, D.C. (2009)

Dissertation: *Exploring the application of process mapping in the ontological engineering of a body of knowledge for the supplier quality engineer profession.*

UTC Executive Program (Certificate); Darden School of Business, University of Virginia, Charlottesville, VA (2002)

Masters of Science in Management; Friends University, Wichita, KS (1994)

Thesis: *Developing a model of harmonization: ISO9000 and the Federal Aviation Regulations.*

Bachelor of Science in Professional Aeronautics; Embry-Riddle Aeronautical University, Daytona Beach, FL (1988)

Employment:

2002 – Present

PRESIDENT

The IPL Group, LLC; *Aerospace and Defense Consulting, Auditing, Training, and Engineering* (Bokeelia, FL) and ASD Experts, LLC; *Expert Witness Services* ('09-present) (Vieques, PR)

Executive in-charge of the organizational and business development of a program management, engineering, consulting, training, and auditing firm to the aviation, space, defense, and maritime industries.  Responsible for all services and products provided to clients of the firm.  Examples of products and services include: due diligence in mergers and acquisitions; troubleshooting complex organizational challenges; development of design control, production and repair systems; conduct FAA and EASA supplemental type certification projects; execution of supplier quality management and technical process risk assessments and audits for major aerospace manufacturers; risk/gap assessments between quality standards; valuation of intellectual properties for acquisition; design and deployment of professional knowledge management systems; and certification (FAA, EASA, CASA, NASA, DoE, MoD and DoD) support of various aviation, defense, and nuclear products and organizational systems.

The diversity of products and services requires the ability to rapidly understand new and evolving technologies and applications; network with industry experts to identify possible solutions and leverage common resources; manage fiscal and human resources to leverage execution of parallel projects; negotiate contracts with suppliers and customers; and expert knowledge of the aviation, space, defense, and maritime industries.

1998 – 2002

VICE PRESIDENT QUALITY ASSURANCE AND PRODUCT INTEGRITY/REGULATORY COMPLIANCE

Pratt & Whitney; *Aircraft Engines and Space Propulsion* (Hartford, CT)

Executive responsible for the compliance of the design, production and repair systems and product conformance of turbine propulsion systems at Pratt & Whitney and its extended supplier base, including risk mitigation for mergers and acquisitions. Managing an annual organizational budget of $26-million and a direct professional workforce of over 400, provided quality, supplier control, and laboratory services to ensure the effective program execution of new and existing product lines.  Examples include the production support of the RL-10 rocket motor; development and testing of the F-135 engines for the Joint Strike Fighter (F-22 and F-35); and development, production, and certification support for the PW6000 turbo-fan for Airbus and Boeing installations, as well as various other engine models.  Dreikorn was a member of the organizational safety board and material review board and was the ultimate organizational authority for airworthiness determination.  In response to urgent

Exhibit A, Page 20

industry-wide issues, Dreikorn regularly represented the corporation to the industry and government to develop industry-wide solutions (e.g., Fastener Quality Act).

Dreikorn was responsible for management system compliance to AS9100 and customer/government requirements, performed as company liaison with airline and military customers, as well as, with various regulatory agencies, and ensured organizational resources were capable of meeting business needs.  As part of developing a world-class workforce, Dreikorn led company efforts to define business-based knowledge and skill requirements, conduct measurement of existing talent, and develop solutions to fill identified gaps.  He was also directly responsible for many of the organization's lean/six-sigma (ACE and high-impact teams) and the quality ERP (SAP) deployment.

1995 – 1998

ASSISTANT DIVISION MANAGER, PRODUCTION AND AIRWORTHINESS (AIR-201)

Federal Aviation Administration; *USA civil aviation regulatory authority* (Washington, D.C.)

As Assistant Division Manager, of the FAA's Production and Airworthiness Division (AIR-201), Dreikorn was responsible for supporting the division manager in the development of policy and regulation related to aircraft design and production systems for the U.S. civil aviation industry.  Responsibilities included, managing organizational budget of this headquarters role, which also provided core resources to the various regional and field offices.  These resources included the development of central IT solutions; training of the professional workforce; and development of an ISO9001 compliant management system.

While at the FAA, Dreikorn managed the national production surveillance program (ACSEP).  This entailed establishing an annual risk-based evaluation schedule; assignment of audit resources; performance of risk-response audits; analysis of evaluation data; and development and publishing of an annual industry evaluation report.  In efforts to harmonize production oversight practices, Dreikorn assisted the civil aviation authorities of Brazil, Israel, France, and UK in the deployment of their own national production oversight programs.

1995 – 1995

DIRECTOR QUALITY AND OPERATIONS

Edge Technologies; *Advanced Positioning/Sensor Systems* (Ames, IA)

As the Director of Operations and Quality for a high-tech micro-positioning research and development organization, Dreikorn was responsible for the development of production methods, quality control processes, development and compliance of management systems, and the commercialization of products.  The products utilized

rare-earth magnets to establish micro-positioning qualities for application in space, aviation, defense, intelligence, automotive, and printing industries.

1991 – 1994

### DIRECTOR QUALITY AND OPERATIONS

Buderus Sell Aviation; *Commercial Aircraft Interior Structures* (Wichita, KS)

Dreikorn was responsible for the development of design, production, and quality systems for the green-field start-up and full-production operations of a European commercial aircraft interior manufacturer.  As a member of a two-member executive team, located and constructed production facilities to enable cost-effective production of European designs in the United States.  Dreikorn, ensured facility construction met production flow and rate requirements, ensure the design and production of manufacturing and test equipment were conforming and delivered on-time and within budget, ensure knowledge transferred was successfully delivered to new-hire staff and professional personnel, and ensure that product production and inspection/test processes were capable and efficient.

Within 12 months of site selection, the organization obtained Boeing and FAA production approval.  Within 18 months, the organization received certification as an FAA-approved 14 CFR 145 repair station.  Within 24 months, the organization received the Boeing President's Award for 100% on-time delivery with 100% quality.

1987 – 1991

### QUALITY SECTION MANAGER/QUALITY PROCUREMENT SPECIALIST

McDonnell Douglas Aircraft; *T-45 and Commercial Programs (MD-90/MD-11)* (Long Beach, CA and Switzerland)

While at McDonnell Douglas, Dreikorn performed as a Section Manager in Development Quality of the T-45 jet-trainer aircraft and as a Quality Procurement Specialist for commercial programs in central and northern Europe.  As Section Manager, Dreikorn was responsible for program quality through development and flight testing.  This required the ability to lead a team of quality inspectors and quality engineers in the planning and deployment of product verification and validation methods and alignment of professional skill sets.  These included the planning of tool control methods, performance of first article and conformity inspections, management of material review activities, oversight and performance of validation tests such as drop and test flight, and coordination with onsite AFPRO/NAVPRO representatives.

As Quality Procurement Specialist, stationed in Europe, Dreikorn was responsible for the product and system compliance of 36 suppliers in 12 countries and the coordination of technical resources to ensure on-time quality delivery.  In addition to traditional quality methods, Dreikorn was also responsible for FAA product certification, monitoring of export controls, ensuring compliant technology transfer, and supplier cost compliance.

1987 – 1987

QUALITY ENGINEER

<u>Northrop Electronics Division</u>; *MX Missile Program* (Hawthorne, CA)

As a quality engineer in a class 1000 clean room environment, performed product verification activities on the guidance system of the ICBM MX (Peacekeeper) missile.

1983 – 1983

HELICOPTER MECHANIC

<u>Airspur Helicopters</u>; *Westland 30 commuter helicopter operations based at LAX* (Los Angeles, CA)

As a certified airframe and powerplant mechanic, Dreikorn conducted light and medium maintenance and repairs on commuter helicopters operating between LAX and regional airports.  In this role, Dreikorn also provided ramp support, including baggage control and aircraft refueling.

1980 – 1987

NONCOMISSIONED OFFICER IN CHARGE (NCOIC)

<u>US Army</u>; *Helicopter Operations, Maintenance, and Inspection* (W. Germany)

Served over 7 years in the U.S. Army, mostly in West Germany (1st Armored Division), performing the responsibilities of helicopter mechanic, crew chief, and technical inspector on OH-58A, UH-1H, and AH-1 helicopters.  Dreikorn was also responsible for providing leadership, as the non-commissioned officer in charge, of a remotely located flight detachment and airport operations.  Management and leadership responsibilities included planning and performance of routing and phased maintenance, planning and control of parts inventory and fuel, coordination of flight planning, and ensuring organizational skills were appropriately aligned to assigned tasks.  While in the Army, Dreikorn attended various technical schools and leadership courses, including the noncommissioned officer academy.

Certificates:

Federal Aviation Administration: Airframe and Powerplant Mechanic (1983 - Present)

Federal Aviation Administration: Inspection Authorization (1987 - Present)

Federal Aviation Administration:   Designated Airworthiness Representative – Unlimited Manufacturing Ratings (DAR) (2003-2008)

International Register of Certificated Auditors: Lead Auditor – Aerospace Quality Management Systems (1993-1999)

International Civil Aviation Organization (ICAO): Trainair Plus Certified Training Developer (2013 – Present)

US Department of Labor:  Journeyman Helicopter Mechanic (1986 - Present)

**ASD**
EXPERTS
*Responsive. Credible. Relevant.*

Exhibit A, Page 23

Special Appointments:

> Co-evaluator (SME) for the Sheik Mohammed bin Rashid Government Excellence Award of the UAE federal agencies Space Agency, General Civil Aviation Authority, and Telecommunications and Digital Regulatory Agency (2021)

> Co-evaluator (SME) for the Abu Dhabi Excellence Award (2017) of the Abu Dhabi Ports

> Co-evaluator (SME) for the Sheik Mohammed bin Rashid Government Excellence Award of the General Civil Aviation Authority of the UAE (2016)

> Appointed by the Secretary of the Navy to the Expert Consulting Team to the Secretary of the Navy Advisory Committee to Investigate U.S. Navy Acquisition Processes (2009)

> Leader of Blue Ribbon Investigation Panel for the Lycoming Engines Crankshaft Failures (2002-2005)

Professional Awards:

> Fellow: American Society for Quality (2013)

> The William Goeller Award of Excellence: American Society for Quality, Aviation, Space & Defense Division (03/2009)

> Service Award: International Aerospace Quality Group (2004)

> Various military medals and awards: U.S. Army (1980-1987)

Listing of Publications:

- <u>The Standard of Knowledge for the Aviation, Space and Defense Industry Quality Practitioner:  The AS&D Quality Body of Knowledge (BoK): Version 1</u> (The CPK Publishing, 2012) Book

- <u>Development and Sustainment of Process-Based Ontological Engineering based Bodies of Knowledge: KMS 10001:2011</u> (The Center for Professional Knowledge, 2011) Standard

- <u>The Aviation, Space and Defense Industry Quality Body of Knowledge (BoK) – General Narrative of the AS&D Quality Profession: ADLI-Q001:2011</u> (The Aerospace and Defense Learning Institute, 2011) Standard

- <u>What's on the horizon: More changes in the air for the U.S. aviation industry</u> (Quality Progress, November, 2009) Journal Article

- <u>Exploring the application of process mapping in the ontological engineering of a Body of Knowledge of the Supplier Quality Engineer profession</u> (The George Washington University, December 5, 2008) Dissertation

- <u>Operationalizing Communities of Practice</u> (Chief Learning Officer, October 2007) Journal Article

Exhibit A, Page 24

- The Synergy of One: Creating High Performing Sustainable Organizations through Integrated Performance Leadership; (Quality Press 2004) Book

- Turbulence Forecasted for AS&D Industry: (Quality Progress, March 2004) Journal Article

- ASQ Comment on Columbia Shuttle Accident Report (Quality Progress, September 2003)  Journal Article

- Aviation Industry Quality Systems: ISO9000 and The Federal Aviation Regulations; (Quality Press/TSI, 1995) Book


Listing of Major Conference Presentations:

- Understanding Product Liability Risks Associated with Special Conditions in Civil Aviation Design Approvals; The 10th Annual McGill Conference on International Aviation Liability & Insurance; Montreal, Canada (Jun 2017)

- Personal Responsibility for Professional Growth and Performance; The American Society for Quality Technical Communities Conference; Orlando, FL (Oct 2014)

- Identifying and Managing Risk in the Aviation and Aerospace Industry:  Evolving Compliance Challenges; Product Liability Conference of the Defense Review Institute; Las Vegas, Nevada (Apr 2012)

- Understanding and Managing Changes in the Aviation Industry; The 18th International Conference of the Israel Society for Quality (Nov 2010); Tel Aviv, Israel

- "The Synergy of One" as it Applies to the Aerospace Industry; 17th Annual International Conference on ISO 9000 (Mar 2009); Orlando, Florida

- The Aging AS&D Workforce: Developing a Process-Based Body of Knowledge for the AS&D Industry; 2008 Conference on Quality for the Space and Defense Industries (Mar 2008); Cape Canaveral, Florida

- Leading in a Climate of Change (Keynote Address); American Society for Quality – Management Division Conference (Feb 2008); Orlando, Florida

- Managing Value Stream Risk; Society of Automotive Engineers AeroTech Congress (Sep 2007); Los Angeles, California

- Applying Root Cause and Corrective Action in the Aerospace and Defense Industry; NASA Quality Leadership Forum (Mar 2007); Cape Canaveral, Florida

- Developing an Industry Certification Scheme: An update to the Development of the Aviation, Space & Defense Body of Knowledge ; 2007 Conference on Quality for the Space and Defense Industries (Mar 2007); Cape Canaveral, Florida

- Integrating Reliability and Building a Safety Culture: Systems and People; 2006 Aviation Week Lean Six Sigma Forum (Nov 2006); Phoenix, Arizona

- Managing Knowledge in the Aviation, Space, and Defense Industry; NASA Quality Leadership Forum (Sep 2006); Los Angeles, California

Exhibit A, Page 25

- The Aviation, Space & Defense Body of Knowledge; 2006 Conference on Quality for the Space and Defense Industries (Mar 2006); Cape Canaveral, Florida

- Body of Knowledge for the Quality Practitioner; American Society for Quality World Quality Congress (May 2006); Milwaukee, Wisconsin

- Integrated Knowledge Management; American Society for Quality World Quality Congress (May 2005); Seattle, Washington

- Waiting for the Right Queue: Cultivating a Quality Culture That Could Keep The Maritime Industry Afloat; American Society for Quality World Quality Conference (May 2005) Seattle Washington

- Leading for Performance; Korea 2005 International Aviation Symposium (May 2005); Seoul, Korea

- Applying AS9100B; NASA Quality Leadership Forum (Dec 2004); Lake Buena Vista, Florida

- Cost Effectiveness and Productivity: Focusing on Safety, Reliability, Maintenance and Cost Effectiveness in Today's Environment (Panelist); 2004 Civil Aviation Safety Symposium (Sep 2004); Dallas, Texas

- Leading for Integration; 2004 Civil Aviation Safety Symposium (Sep 2004); Dallas, Texas

- VISION Process, Centers, and Networks; American Society for Quality World Quality Congress (May 2004); Toronto, Canada

- The Synergy of One; American Society for Quality – Management Division Conference (Mar 2004); Orlando, Florida

- Introducing Integrated Performance Leadership; American Society for Quality World Quality Congress (May 2003); Kansas City, Missouri

- Leading for Sustainable Performance; American Society for Quality – Flight into the Future Conference (Oct 2003), Van Nuys, CA

- Achieving Competitive Advantage; 7th Annual Florida Sterling Quality Conference (Jul 1999); Orlando, Florida


Professional Affiliations

- American Society for Quality: Fellow (1993-present)

   Aviation, Space & Defense Division: Board Member (1996-2006); Chairman (2001-2006); Executive champion for the Body of Knowledge (BoK) development project (2005-2009); Education Chair (2006-2016)

- Performance Review Institute – Nadcap (SAE): Board Member (1998-2002)

   Responsible for bringing the UTC family of aerospace companies into the Nadcap process

- KPMG Quality Registrar:  Technical Advisory Committee (1996-2002)

- International Aerospace Quality Group – Founding Council Member (1998-2002); Member (1998-present)

    One of the original authors of AS9100, AS9110, and AS9102

- The Aviation, Space & Defense Learning Institute – Founder/Executive Director (2005–present)

    Author of the ADLI AS&D Body of Knowledge

- Society for Organizational Learning (at MIT):  Founding Research Committee Member (1998-2002); Member (1998-2009)

- Government and Industry Quality Liaison Panel: FAA representative for implementation of Single Process Initiative (SPI) (1996-1998)

    SPI lead to the process of block changes allowing ISO9001 to replace MIL-STD-9858A in government contracts

- American Institute for Aeronautics and Astronautics: Senior Member (1993-present)

- Aeronautical Repair Station Association: Member (2004-present)

- Society for Automotive Engineers: Member (2007-present)

- Professional Aircraft Mechanics Association: Member (1987–present)

- Society of Naval Architects Quality Committee – Founding Member (2010-present)


Civic Engagment:

- President of the Bokeelia Civic Association (2007-present)

- Board Member Freedom and Virtue Institute (501(c)3) (2016-2018)

- Commissioner for Matlacha/Pine Island Fire Control District (2015-2022)

- Board Member, Greater Pine Island Water Association (2015-present)

- Candidate for Florida State Senate (2014)

- Candidate for U.S. Congress – FL CD-19 (2014)


Prior Testimony (7):

- <u>MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc.</u>, June 21-22, 2021, Federal (Jury) Trial Testimony in Dallas, TX (Engaged by MAG through Jackson Walker, LLP); U.S. District Court Northern District of Texas, Dallas Division, In Cause 3:9-CV-01378-S.

- <u>TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc.</u>, 02/26/2021, Testimony to International Tribunal (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

- Gershfeld vs. Champion Aerospace, Inc.; March 18-19, 2019, Bench Trial in Santa Ana, CA (Engaged by Champion through Jones Day); Superior Court of the State of California, County of Orange; In Case 30-2012-00621608-CU-MT-CXC.

- Skurka Aerospace vs. Eaton Aerospace;  April 5, 2012, Federal (Jury) Trial Testimony in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Raytheon Co. vs. Anixter, Inc.; August 24-25, and September 30, 2010, Arbitration Trial Testimony in Tucson, AZ (Engaged by Anixter through Cozen O'Connor); American Arbitration Association, Case No.: AAA 76 125 Y 000158 JMLE

- Skurka Aerospace vs. Eaton Aerospace;  December 15-16, 2009, Federal Trial Testimony in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Huck International, Inc. vs. Southwire Company; March 24-26, 2004;  Arbitration Testimony in Los Angeles, CA (Engaged by Huck Intl/Alcoa through Leboeuf, Lamb, Greene & McRae, LLP)  Judicial Arbitration and Mediation Services


Prior Depositions (23):

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Virtual Deposition on 02/24/2023 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Estate of William Goldman et. al vs Cirrus Design Corporation et. al, Deposition on 02/20/2023 (Engaged by Reed Smith, LLP on behalf of Lycoming), Superior Court of the State of California for the County of San Mateo, Case Number: 19-CIV-03871.

- United States of America, Ex Rel. Peter J. Bonzani, Jr., vs. Raytheon Technologies Corp, Pratt & Whitney Division, Virtual Deposition on 07/19/2022 (Engaged by Day Pitney, LLP on behalf of Pratt & Whitney), United States District Court District of Connecticut, Civil Action No., 3:16-cv-1730.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Virtual Deposition on 01/31/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf of Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Byrd el al. vs Lycoming Engines, et al., Deposition in Providence, RI on 11/02/2021 (Engaged by Womble Bond Dickson, LLP on behalf of Lycoming); State of North Caroline County of Buncombe in the General Court of Justices, Superior Court Division, in civil action 17 CVS 1977.

- MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc., Deposition in Dallas, TX on 02/03/2021, (Engaged by MAG through Jackson Walker, LLP); U.S. District Court Northern District of Texas, Dallas Division, In Cause 3:9-CV-01378-S.

- Kevin Murphy vs Precision Castparts Corp, Deposition in New York City on 07/23/2019 (Engaged by Labaton Sucharow LLP on behalf of Murphy (Class)); United States District Court, District of Oregon, Portland Division, in case 3:16-CV-00521.

- MD Helicopters, Inc. vs The Boeing Company, Deposition in Phoenix, AZ on 01/15/2019 (Engaged by LeClair Ryan on behalf of MD Helicopters); United States District Court for the State of Arizona, in Case No. 2:17-cv-02598-JAT.

- Gershfeld vs. Champion Aerospace, Inc.; Deposition in Ft. Myers Beach, FL on June 13, 2017 (Engaged by Champion through Jones Day); Superior Court of the State of California, County of Orange; In Case 30-2012-00621608-CU-MT-CXC.

- Avco Corp, et al. vs. Turn & Bank Holdings, LLC et al.; Deposition in Ft. Myers, FL on February 03, 2017 (Engaged by Avco through Chamberlain, Hrdlicka, White, Williams & Aughtry, LLP); U.S. District Court, Middle District of Pennsylvania; In Case No. 4:12-CV-01313-MWB.

- Stewart, et al. vs. American Eurocopter Inc, et al.; Deposition in Ft. Myers, FL on January 26, 2017 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. CV2010-051913, CV2010-033223, CV2012-003839, and CV2012-003920 (Consolidated).

- Jerome Louis Spaulding vs. State Farm Mutual Automobile Insurance Company; Deposition in Ft. Myers, FL on September 28, 2016 (Engaged by State Farm through Lewis, Brisbois, Bisgaard & Smith, LLP); U.S. District Court for Washington in Seattle; in Civil Action No. 2:14-cv-00307 SMJ

- Spirit AeroSystems, Inc v. SPS Technologies, LLC et al., October 04, 2012 (Engaged by SPS Technologies, LLC, through Stoel Rives, LLP); Deposition in Chicago, IL; United States District Court for the District of Kansas, in Civil Action No. 09-cv-1144-EFM-DWB

- The United States of America ex rel vs. The Boeing Co., et al.; June 25-26, 2012, Deposition in Chicago, IL (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Skurka Aerospace vs. Eaton Aerospace; December 19, 2011, Deposition in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- The United States of America, ex rel. vs. Lockheed Martin, Corp.; September 27, 2011 Deposition in Cincinnati, OH (Engaged by Lockheed Martin through Vorys, Sater, Seymour and Pease LLP); U.S. District Court, Southern District of Ohio, Western Division; In Case No. 1:99-CV-285

- Scott vs. MD Helicopters, Inc.; June 28, 2011 Deposition in Ft. Myers, FL (Engaged by Scott through Monsees, Miller, Mayer, Presley and Amick, P.C.); U.S. District Court, Middle District of Florida; Case 8:09-CV-00986-VMC

- Raytheon Co. vs. Anixter, Inc.; August 10, 2010, Deposition in Tucson, AZ (Engaged by Anixter through Cozen O'Connor); In American Arbitration Association, Case No.: AAA 76 125 Y 000158 JMLE

- Skurka Aerospace vs. Eaton Aerospace;  December 08, 2009, Deposition in Cleveland, OH (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Romeo Bravo, Inc, et al. vs. Lycoming Engines; 13 February, 2008 Deposition in Cleveland, OH; Class action certified in the Eastern District of California; (Engaged by Lycoming Engines through Ryan & Fong, LLP; and Jones Day, LLP)

- Dean & Weiler vs. Raytheon Aircraft Company; November 06, 2006; Deposition in Ft. Myers, Florida (Engaged by Raytheon Aircraft Company through Martin, Pringle, Oliver, Wallace & Bauer, LLP)

- New Piper vs. Textron Lycoming;  May 23 2006 Deposition in Taipei, Taiwan; Arbitration filed in Pittsburg, PA; (Engaged by Textron Lycoming through Jones Day, LLP)

- Huck International, Inc. (division of Alcoa) vs. Southwire Company; March 19, 2004; Judicial Arbitration and Mediation Services in Los Angeles, California (Engaged by Huck Intl/Alcoa through Leboeuf, Lamb, Greene & McRae, LLP)


Prior Expert Reports/Affidavits/Declarations (62)

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Expert Report Revision on 01/30/2023 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Starr Indemnity & Liability Co, (Starr) vs. StandardAero Business Aviation Services, LLC, Expert Report on 11/13/2022 (Engaged by Siboni Law Firm on behalf of Starr), United States District Court Middle District of Florida Fort Myers Division, Case No. 2:21-CV-00747-JLB-NPM.

- Colombian Air Force Purchasing Agency (ACOFA) vs. Union Temporal OVL-CVRA Helicopteros 2018 LLC, Revised Preliminary Expert Report on 10/29/2022 (Engaged by Rodriguez-Albizu Law on behalf of ACOFA).

- United States of America, Ex Rel. Peter J. Bonzani, Jr., vs. Raytheon Technologies Corp, Pratt & Whitney Division, Expert Report 06/21/2022 (Engaged by Day Pitney, LLP on behalf of Pratt & Whitney), United States District Court District of Connecticut, Civil Action No., 3:16-cv-1730.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Declaration on 03/21/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Declaration on 03/18/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Revised Expert Report on 01/30/2022 (Engaged by Lane Powell, PC and Murphy, Pearson, Bradley & Feeney, PC on behalf Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Expert Rebuttal Report on 01/22/2022 (Engaged by Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Spearman Corporation and Spearman Corporation Kent Division vs. The Boeing Company, Expert Report on 12/21/2021 (Engaged by Spearman), United States District Court Western District of Washington at Seattle, Cause No., 2:20-cv-00013-RSM.

- Colombian Air Force Purchasing Agency (ACOFA) vs. Union Temporal OVL-CVRA Helicopteros 2018 LLC, Preliminary Expert Report on 10/12/2021 (Engaged by Rodriguez-Albizu Law on behalf of ACOFA).

- TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc., Supplemental Expert Report on 12/01/2020 (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

- MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc., Rebuttal Expert Report on 10/12/2020 (Engaged by Jackson Walker L.L.P on behalf of MAG Aerospace); United States District Court for the Northern District of Texas, Dallas Division, Cause No.: 3:9-CV-01378-S.

- MAG DS Corp. dba MAG Aerospace vs. King Aerospace Commercial Corporation, Inc., Expert Report on 08/24/2020 (Engaged by Jackson Walker L.L.P on behalf of MAG Aerospace); United States District Court for the Northern District of Texas, Dallas Division, Cause No.: 3:9-CV-01378-S.

- MD Helicopters, Inc vs. The Boeing Company, Expert Report on 07/13/2020 (Engaged by LeClair Ryan, LLP on behalf of MD Helicopters); United States District Court for the State of Arizona, Case No.: 2:17-cv-02598-JAT.

- TUSAŞ – Türk Havacılık ve Uzay Sanayii A.Ş. vs. MD Helicopter Helicopters, Inc., Expert Report on 05/15/2020 (Engaged by MD Helicopters); International Chamber of Commerce, International Court of Arbitration, ICC Case No.: 20932/GFG/FS.

ASD EXPERTS
Responsive. Credible. Relevant.

- Byrd el al. vs Lycoming Engines, Expert Report on 01/30/2020 (Engaged by Womble Bond Dickson, LLP on behalf of Lycoming); State of North Caroline County of Buncombe in the General Court of Justices, Superior Court Division, in civil action 17 CVS 1977.

- Turn and Bank Holdings, LLC and Precision Airmotive, LLC vs AVCO Corporation and Avstar Fuel Systems, Inc, Affidavit on 10/11/2019 (Engaged by Crowell & Moring, LLP on behalf of Avstar); United States District Court, Middle District of North Carolina, in case 1:19-CV-0503-CCE-LPA.

- Raven's Holdings Aviation, LLC vs Dallas Airmotive, Expert Report on 09/11/2019 (Engaged by Siboni & Buchanan, PLLC on behalf of Raven's); United States District Court, Middle District of Florida, Ocala Division, in case 5:18-cv-00547-JSM-PRL.

- Kevin Murphy vs Precision Castparts Corp, Expert Report on 03/22/2019 (Engaged by Labaton Sucharow LLP on behalf of Murphy (Class)); United States District Court, District of Oregon, Portland Division, in case 3:16-CV-00521.

- Jetsuite vs Textron Aviation, et al., Submission for Mediation on 01/22/2019 (Engaged by Shook, Hardy & Bacon L.L.P. behalf of Jetsuite); Superior Court of the State of California for the County of Orange.

- MD Helicopters, Inc. vs The Boeing Company, Expert Report on 07/13/2018 (Engaged by LeClair Ryan on behalf of MD Helicopters); United States District Court for the State of Arizona, in Case No. 2:17-cv-02598-JAT.

- MAG Aerospace Industries, Inc. vs. Aveox, Inc., Expert Report on 06/05/2018 (Engaged by Kilpatrick Townsend & Stockton, LLP on behalf of MAG); Superior Court of the State of California for the County of Los Angeles, in Case No. BC62919.

- Robinson vs. Bell Helicopter Textron, Inc., Expert Report on 01/24/2018 (Engaged by Baum, Hedlund, Aristei & Goldman PC on behalf of Robinson); United States District Court for the Central District of California, in Case No. 2:17-cv-05709-R-AFM.  LAFD Fire 3 matter.

- Stewart, et al. vs. American Eurocopter Inc, et al.; Affidavit on 09/04/2017 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. CV2010-051913, CV2010-033223, CV2012-003839, AND CV2012-003920 (Consolidated).

- Gershfeld vs. Champion Aerospace, Inc.; Expert Report on 04/07/2017 (Engaged by Champion through Jones Day, LLP); Superior Court of the State of California, County of Orange, Civil Complex Center; Class Action; Case No. 30-2012-00621608-CU-MT-CXC.

- Skybolt Aeromotive Corp. vs. MilSpec Products, Inc. et al.; Affidavit on 04/07/2017 (Engaged by MilSpec through South Milhausen, LLP); United States District Court, Middle District of Florida, Ocala Division; In Civil Action Case No.: 5:16-CV-616-OC-30PRL.

- Avco Corp, et al. vs. Turn & Bank Holdings, LLC et al.; Expert Report on 12/12/2016 (Engaged by Avco through Chamberlain, Hrdlicka, White, Williams &

Aughtry, LLP); U.S. District Court, Middle District of Pennsylvania; In Case No. 4:12-CV-01313-MWB.

- <u>Stewart, et al. vs. American Eurocopter Inc, et al.</u>; Expert Report on 06/30/2016 (Engaged by Stewart through Kreindler & Kreindler LLP); Superior Court of Arizona; in Civil Action Nos. CASE NO.:  CV2010-051913, CV2010-033223, CV2012-003839, AND CV2012-003920 (Consolidated).

- <u>Rotor Maxx Support, Ltd vs. Minister of Transport;</u> Expert Affidavit on 03/29/2016 (Engaged by Rotor Maxx through Parlee McLaws, LLP); Canadian Federal Court in Action No. T-2586-14

- <u>Jerome Louis Spaulding vs. State Farm Mutual Automobile Insurance Company</u>; Expert Report on 07/07/2015 (Engaged by State Farm through Lewis, Brisbois, Bisgaard & Smith, LLP); U.S. District Court for Washington in Seattle; in Civil Action No. 2:14-cv-00307 SMJ

- <u>The United States of America <i>ex rel vs.</i> The Boeing Co.</u>, et al. ; Expert Declaration on 04/11/2013 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- <u>The United States of America <i>ex rel vs.</i> The Boeing Co.</u>, et al. ; Expert Rebuttal Report on 10/31/2012 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- <u>Spirit AeroSystems, Inc v. SPS Technologies, LLC et al.</u>, Expert Report on 08/24/2012 (Engaged by SPS Technologies, LLC, through Stoel Rives, LLP); United States District Court for the District of Kansas, in Civil Action No. 09-cv-1144-EFM-DWB

- <u>The United States of America, <i>ex rel.</i> v. DSE, Inc. et al.,</u> Declaration on 07/19/2012 (Engaged by Kaman Precision Products, Inc. through Crowell & Moring LLP); United States District Court for the Middle District of Florida, in Case No. 8:08-cv-02416-SDM-EAJ

- <u>The United States of America, <i>ex rel.</i> v. DSE, Inc. et al.,</u> Expert Report on 04/02/2012 (Engaged by Kaman Precision Products, Inc. through Crowell & Moring LLP); United States District Court for the Middle District of Florida, in Case No. 8:08-cv-02416-SDM-EAJ

- <u>The United States of America, <i>ex rel.</i> vs. Lockheed Martin, Corp.</u>; Expert Report on 07/21/2011 (Engaged by Lockheed Martin through Vorys, Sater, Seymour and Pease LLP); U.S. District Court, Southern District of Ohio, Western Division; In Case No. 1:99-CV-285

- <u>Enpat, Inc. vs. Harry Shannon</u>; Declaration on 05/31/2011 (Engaged by Enpat through Hayworth, Chaney & Thomas, PA); U.S. District Court, Middle District of Florida; In Case No. 8:10-cv-02013-VMC-AEP

- <u>Enpat, Inc. vs. Harry Shannon</u>; Expert Report on 03/31/2011 (Engaged by Enpat through Hayworth, Chaney & Thomas, PA); U.S. District Court, Middle District of Florida; In Case No. 8:10-cv-02013-VMC-AEP

Exhibit A, Page 33

- The United States of America *ex rel vs.* The Boeing Co., et al. ; Declaration on 03/23/2011 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Scott vs. MD Helicopters, Inc.; Expert Report on 02/21/2011 (Engaged by Scott through Monsees, Miller, Mayer, Presley and Amick, P.C.); U.S. District Court, Middle District of Florida; Case 8:09-CV-00986-VMC

- The United States of America *ex rel vs.* The Boeing Co., et al.; Declaration on 02/11/2011 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- The United States of America *ex rel vs.* The Boeing Co., et al. ; Expert Report on 12/22/2010 (Engaged by Relators through Clausen Miller, LLP); U.S. District Court for the District of Kansas; In Civil Action No. 05-1073-WEB

- Skurka Aerospace vs. Eaton Aerospace; Expert Report on 12/13/2010 (Engaged by Skurka through Porter Wright Morris and Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- Eagle Helicopter AG vs. McTurbine, Inc et al.; Expert Report on 11/18/2010 (Engaged by McTurbine through Brown, Dean, Wiseman, Proctor, Hart, & Howell L.L.P.); In the United States District Court, Southern District of Texas, Corpus Christi Division, Civil Action No. 09-262

- Paullus vs. McTurbine, Inc et al.; Expert Report on 06/25/2010 (Engaged by McTurbine through Hartline, Dacus, Barger, Dreyer & Kern, L.L.P); In the Court of Law No. 2, Nueces County, Texas, Cause No. 08-60524-2

- Raytheon Co. vs. Anixter, Inc.; Expert Disclosure on 06/18/2010 (Engaged by Anixter through Cozen O'Connor); In American Arbitration Association, Case No. AAA 76 125 Y 000158 JMLE

- BCM Majestic Corp. vs. PATS Aviation, LLC; Expert Report on 04/28/2010 (Engaged by BCM through Conner & Winters, LLP); In the United States District Court for the District of Delaware, Case No. 1:09-CV-0058-SLR

- Cherry et al., vs. Lycoming Engines et al., Expert Report on 04/08/2010 (Engaged by Lycoming Engines through Cozen O'Connor); In the Circuit Court of the County of Chesterfield, Virginia, Case No. CL-09-11981

- Pridgen et al. vs. Lycoming Engines et al.; Affidavit on 03/15/2010 (Engaged by Lycoming Engines through Cozen O'Connor); In the Court of Common Pleas of Philadelphia County; July Term 2001; Case No. 003838 and 004008

- McCarty vs. Precision Airmotive et al.; Expert Report on 11/09/2009 (Engaged by Lycoming Engines through Banker Lopez Gassler P.A.); In the Twelfth District Judicial Court in and for Sarasota County, State of Florida; Case No. 2006CA4596NC

- Skurka Aerospace vs. Eaton Aerospace; Supplemental Affidavit on 05/27/2010 and Affidavit on 11/04/2009 (Engaged by Skurka through Porter Wright Morris and

Exhibit A, Page 34

Arthur, LLP ); U.S. District Court Northern District of Ohio Eastern Division; Case No. 1:08-CV-01565

- <u>Melissa Air vs. Big Sky Aviation, et al.</u>; Expert Report on 06/02/2009 (Engaged by Melissa Air through L. Duffy, PA)

- <u>Stewart vs. Precision Airmotive, et al.</u>; Expert Report on 05/04/2009 (Engaged by Precision Airmotive through Perkins Coie); Court of Common Pleas Philadelphia County; 2007; Case No. 003200

- <u>Berenholz (Titov) vs. Precision, et al.</u>; Expert Report on 19 February, 2009 (Engaged by Precision Airmotive through Perkins Coie); Court of Common Pleas of Philadelphia County, March Term 2007, Case No. 001017

- <u>Estate of Robert James Little, et al. vs. Piper Aircraft Company, et al.</u>; Expert report on 16 January, 2009 (Engaged by Precision Airmotive through Perkins Coie); U.S. District Court Central District of California, Case No. CV 07-1815 VFB(FFMx)

- <u>Estate of John O. Swanstrom, et al. vs. Teledyne Continental Motors, et. al.</u>; Affidavit on 03 October, 2008 (Engaged by Continental through McKenna, Long & Aldridge, LLP); Circuit Court of Mobile County, Alabama, Case No. CV-04-730

- <u>Estate of Michael Young, Deceased, et al. vs. Precision Airmotive, Lycoming Engines, et al.</u>; Expert report 30 September, 2008 (Engaged by Precision and Lycoming through Perkins Coie; and Wiles, Boyle, Burkholder & Bringardner Co., LPA); Cuyahoga County Court of Common Pleas, Ohio, Case No. CV 07 618137

- <u>Romeo Bravo, Inc, et al. vs. Lycoming Engines</u>; Expert report 25 January, 2008; Class action certified in the Eastern District of California (Engaged by Lycoming Engines through Ryan & Fong, LLP; and Jones Day, LLP)

- <u>Nenov vs. Richardson, Weinstein, Chromalloy Gas Turbine Corp., and Sequa Corp.</u>; Expert report July 06, 2007 (Engaged by Nenov) U.S. Dept. of Labor Administrative Court

- <u>Dean & Weiler vs. Raytheon Aircraft Company</u>; Expert report 25 August, 2006; (Engaged by Raytheon Aircraft Company through Martin, Pringle, Oliver, Wallace & Bauer, LLP)

- <u>Bradley Haubrich, et al. vs BTS Enterprises, Inc, et. al</u>; Expert report June 15, 2006 (Engaged by Textron Lycoming through Cowles & Thompson, LLP) 67th Judicial District Court of Tarrant County, Texas

- <u>New Piper vs. Textron Lycoming</u>;  Expert report May 15, 2006; Arbitration, (Engaged by Textron Lycoming through Jones Day, LLP)

- <u>Michael Robinson vs. Textron Lycoming</u>; May 15, 2006 (Engaged by Textron Lycoming through Hagerty & Brady, LLP) U.S. Federal Court in New York

Listing of specialized aviation related training available upon request.

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

## *EXPERIENCE*

### Baer Consulting, Mountain View, CA
JUN 2012 - Present

Principal

Intellectual Property Technical Advisor
- Testifying expert witness and technical analyst and for software intellectual property (IP) litigations including patents, trade secrets, and copyright matters
- Court appointed Special Master
- Evidence of use, prior art, invalidity, and non-infringement patent analysis
- Software source code functional and literal analysis for active litigation and pre-litigation matters
- Reverse engineering, decompiling, disassembling, and testing of computer software and hardware circuits
- Patent prosecution
- Software design and development

### Zeidman Consulting, Cupertino, CA
FEB 2008 - JUN 2012

Project Manager — MAR 2010 - JUN 2012

Research Engineer — FEB 2008 - MAR 2010
- Managed software development and analysis projects
- Over 20 software intellectual property (IP) litigations
  - □ Managed software IP analysis and composed expert reports regarding patents, trade secrets, and copyright matters
  - □ Composed claim charts for patent invalidity, infringement, and non-infringement
  - □ Scoured academic papers, books, articles, and software manuals, as well as installed software over 20 years old on even older computers to find prior art
  - □ Testified in deposition for software IP litigation
- Increased security of our client's valuable materials by developing an internal asset tracking web application
- Created a customer relationship management tool that exponentially increased the number of potential customers contacted
- Independently developed a report automation tool that became an integral part of the company workflow and a key selling point of the consulting services
- Developed source code comparison relational filtering and analysis tool
- Authored seven published papers and articles based upon detailed research in several aspects of software comparison technologies

### Theranos, Inc., Palo Alto, CA
AUG 2006 - FEB 2008

Firmware Developer
- Lead developer of device control system that provided a static interface and API to users while concurrently allowing interchangeability of multiple communication and device drivers to match actual hardware
- Designed and built multi-threaded system initialization, movement control, and communications
- Performed product development, including prototype design, implementation, and testing in pre-clinical settings on a multiprocessor system with Java J2ME in the communication environment and real-time C in the device control environment
- Responsible for development and documentation of use cases, test cases, system requirements, class models, safety, and critical systems analysis

### Zeidman Technologies, San Jose, CA
MAR 2006 - AUG 2006

Software Developer
- Developed multifaceted GUI in VB for Ethernet networking emulation software
- Upgraded complex multi-threaded DLL in VC++
- Designed and built large data post-processing methodology
- Researched and developed data-passing algorithms between multi-threaded VC++ and VB applications

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

### Nascent Systems Technology, Monterey, CA             JAN 2005 - MAR 2006
Software Developer
- Ported line-of-sight terrain database desktop application onto mobile devices with RS232, Bluetooth, Wi-Fi, and USB communication
- Managed and recruited software consultants to reduce development time and increase profit
- Built and maintained marketing website using HTML and JavaScript with Flash Demo
- Wrote and published complex applications' demonstrations and tutorials
- Developed search solution in Java for making extensive documentation user-friendly which reduced a month-long documentation job to a few hours

### Vareda Engineering, Santa Barbara, CA             APR 2003 - JAN 2005
Project Engineer/Programmer
- Designed and built specialized testing and research equipment using Orcad, PADS, LabView, Assembly, Flash, Eagle, C, C++, and Java
- Built embedded circuits and matching custom drivers for PC control and setup
- Engaged directly with customers to customize products to their needs
- Supervised embedded programming of commercial product

### Organic Photometrics, Santa Barbara, CA             JUN 2002 - SEP 2002
Product Development Engineer
- Led the development of new commercial testing equipment addressing the unique needs of organic LED developers
- Developed drivers for light spectrum/strength meters and power supply
- Integrated complex hardware sensors with a user-friendly interface

## EDUCATION

- B.S. Computer Engineering (Honors), UC Santa Barbara 2004
- Technology Entrepreneurship Certificate, UC Santa Barbara 2004

## AWARDS

- First place ($10,000) Start Cup 2004 Business Plan Competition
- UCSB's Regents Scholarship, Chancellors Award, Honors, Dean's Honors
- Tau Beta Pi: Engineering Honor Society

## PAPERS AND PRESENTATIONS

- Baer, N., and Ahuja, J., "Protecting and Tracking Confidential Materials," Intellectual Property Today, May 2012.
- Baer, N. and Zeidman, B., "Measuring Whitespace Pattern Sequences as an Indication of Plagiarism," Journal of Software Engineering and Applications, 2012, April 2012.
- Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns in Computer Source Code as an Indication of Plagiarism," Intellectual Property Today, October 2010.
- Shay, I., Baer, N., and Zeidman, R., "Measuring Whitespace Patterns as an Indication of Plagiarism," ADFSL Conference on Digital Forensics, Security and Law, May 20, 2010.
- Baer, N. and Zeidman, B., "Measuring Changes in Software with CLOC," Embedded.com (www.embedded.com), July 28, 2009.
- Baer, N. and Zeidman, B., "Measuring Changes in Software IP," Intellectual Property Today, May 2009.
- Baer, N. and Zeidman, B., "Measuring Software Evolution with Changing Lines of Code," 24th International Conference on Computers and Their Applications (CATA-2009), April 10, 2009.
- Baer, N., "Discovering Software Trade Secret Theft," Silicon Valley CodeCamp, 11/2008

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

- Baer, N. and Zeidman, B., "What, Exactly, Is Software Trade Secret Theft?" Intellectual Property Today, March 2008.
- Baer, W., Baer, N., and Campbell, T., "Battlefield Visualization and Database Creation System Using One Meter Terrain," Proceedings of the ITEA Modeling and Simulation Workshop, 12/2005.

## PATENTS

- Baer, N. and Baer, W., Interest-Attention Feedback System for Separating Cognitive Awareness into Different Left and Right Sensor Displays, U.S. Patent 9,805,612.
- Baer, N., Marini, F., Lodi, A., and Faetani, S., Portable Unit for Determining the Position With Respect to a Reference, Particularly for Substantially Shielded Environments, USPTO application number 11/282,832 and EPO application number 20050110937.

## MEMBERSHIP

- Alumni aid officer, past-president, webmaster, and student advisor of the Northern California Scholarship Foundation (NCSF) Alumni Association
- IEEE, member
- Volunteer with the Lucile Packard Children's Hospital
- Volunteer with the Mid-Peninsula Boys & Girls Club

# Nikolaus Baer

1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

## *LITIGATION CONSULTING*

**2/2022 - present: Allscripts Healthcare, LLC, a North Carolina LLC, Health Grid Holding Company, LLC, Health Grid, LLC, Health Grid Coordinated Care Solutions, Inc., and Mahathi Software, LLC, v. Andor Health, LLC, a Delaware Corporation; Mahathi Software Pvt., Ltd.; Raj Toleti, individually and as Representative of the Participating Equity Holders the Merger Agreement; Paul Tyriver, individually; and Amar Bulsara, individually**
Law Firm: Barnes & Thornburg
Client: Allscripts
Court: U.S. District Court, District of Delaware
Case: 1:21-CV-00704-MAK G
Alleged copying and reverse engineering

**11/2021 – Present:  BearBox LLC and Austin Storms v.  Lancium LLC, Michael T. McNamara, and Raymond E. Cline, Jr.**
Law Firm: Barnes & Thornburg
Client: Lancium LLC
Court: U.S. District Court, District of Delaware
Case:  1:21-cv-00534-MN-CJB
Alleged patent inventorship claims of cryptocurrency mining technology
Provided expert report
Testified in deposition

**6/2021 – Present: The Chamberlain Group, Inc. v. Overhead Door Corporation, et al.**
Law Firm: Latham & Watkins
Client: Overhead Door Corporation
Court: U.S. District Court, Eastern District of Texas, Marshall Division
Case:  2:21-CV-0084-JRG
Alleged patent infringement of garage door opener systems and components thereof
Provided expert report and declaration
Testified in deposition

**4/2021 – Present:  Delta T LLC, d/b/a Big Ass Fans v. MacroAir Technologies, Inc.**
Law Firm: Vedder Price
Client: Delta T LLC, d/b/a Big Ass Fans
Court: U.S. District Court, Central District of California, Eastern Division
Case:  5:20-cv-00728-GW-GJS
Alleged patent infringement of fan systems
Provided expert report
Testified in deposition

# Nikolaus Baer

**1/2021 – 9/2021:  Jaguar Land Rover Limited and Jaguar Land Rover North America, LLC, v. Dr. Ing. h.c. F. Porsche AG, Porsche Cars North America, Inc., Volkswagen AG, Volkswagen Group of America, Inc., Automobili Lamborghini S.p.A, Automobili Lamborghini America, LLC, Audi AG, and Audi of America, LLC**
Law Firm: Latham & Watkins
Client: Jaguar Land Rover Limited and Jaguar Land Rover North America, LLC
Court: United States International Trade Commission
Investigation: 337-TA-1235
Alleged patent infringement certain vehicle control systems, vehicles containing the same, and components thereof
Provided expert report
Testified in deposition

**2/2020 – Present:  Masimo Corporation and Cercacor Laboratories, Inc., v. True Wearables, Inc. and Marcelo Lamego**
Law Firm: Merchant & Gould, P.C.
Client: True Wearables, Inc. and Marcelo Lamego
Court: U.S. District Court, Central District of California, Southern Division
Case: 8:18-cv-2001-JVS-JDE
Alleged trade secret misappropriation
Provided expert declaration
Testified in deposition
Testified in trial

**10/2020 – Present: AMO Development, LLC, AMO Manufacturing USA, LLC and AMO Sales and Service, Inc v. Alcon LenSx, Inc., Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC**
Law Firm: Latham & Watkins
Client: AMO Development, LLC, AMO Manufacturing USA, LLC and AMO Sales and Service, Inc.
Court: U.S. District Court, District of Delaware
Case: 20-842 (CFC)
Alleged copyright infringement
Provided expert declaration and reports
Testified in deposition

**12/2019 - Present: EcoFactor v. ecobee**
Law Firm: Russ August & Kabat
Client: EcoFactor
Court: United States International Trade Commission
Investigation: 337-TA-1258
Alleged patent infringement of smart thermostats, smart HVAC systems, smart HVAC control systems, and components thereof

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**6/2019 – Present: LIION, LLC v. Vertiv Group Corporation, et al.**
Law Firm: Benesch, Friedlander, Coplan & Aronoff LLP
Client: Vertiv Group Corporation, et al.
Court: U.S. District Court, Northern District of Illinois, Eastern Division
Case: 1:18-CV-06133
Alleged trade secret misappropriation

**7/2019 – 3/2021: Neodron v. Samsung, Microsoft, Amazon, Lenovo, Motorola, Dell, and HP**
Law Firm: Russ, August & Kabat
Client: Neodron Ltd
Forum: United States International Trade Commission
Investigation: 337-TA-1162
Alleged patent infringement of capacitive touch screens

**6/2020 – 1/2021: In re: Tiktok, Inc.,**
Law Firm: Freed Kanner London & Millen / Carlson Lynch
Client: Plaintiffs
Court: U.S. District Court, Northern District of Illinois, Eastern Division
Case: 20-cv-4699
Class action lawsuit

**5/2019 – 5/2020: ECI Software Solutions. v. John Plyler Plumbing and Hardware, Olshan Lumber Company, Prosperity Computer Solutions, Greg Matatall, Wade Frazier, and Ed Baldridge**
Law Firm: Lewis Brisbois Bisgaard & Smith LLP
Client: Prosperity Computer Solutions
Court: U.S. District Court, Northern District of Texas
Case: 3:18-cv-02758-S
Alleged copyright infringement and trade secret misappropriation

**3/2019 – 5/2021: CallRail, Inc. v. PhoneWagon Inc. and Ryan Shank**
Law Firm: Nelson Mullins Riley & Scarborough LLP
Client: CallRail, Inc.
Court: U.S. District Court, Northern District of Georgia, Atlanta Division
Case: 1:18-cv-02207-AT
Alleged copyright infringement

**3/2019 – 5/2021: The County of Alameda v. Asif Ahsan**
Law Firm: Summit Defense
Client: Asif Ahsan
Court: Superior Court of California, County of Alameda
Case: 154286
Provided expert report
Testified in trial

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**2/2019 – 9/2021: Overhead Door Corporation and GMI Holdings Inc. v. The
Chamberlain Group, Inc.**
Law Firm: Latham & Watkins
Client: Overhead Door Corporation and GMI Holdings Inc.
Forum: United States International Trade Commission
Investigation: 337-TA-1209
Alleged patent infringement of movable barrier operator systems and components thereof
Provided expert report
Testified in deposition
Testified in hearing

**11/2018 – Present: ECIMOS, LLC v. Carrier Corporation**
Court: U.S. District Court, Western District of Tennessee
Case: 2:15-CV-2726-JPM-cgc
Appointed by the Court as Special Master

**2/2020 – 3/2021: Slingshot Printing LLC v. HP Inc.**
Law Firm: Morgan, Lewis, Bockius LLP
Client: HP Inc.
Court: U.S. District Court, Western District of Texas
Case: 6:19-CV-00362, 00363, 00364, and 00549
Alleged patent infringement of printer components

**8/2019 – 5/2020: O Web Technologies, LTD. v. Bloomin Brands, Inc.**
Law Firm: GrayRobinson, P.A.
Client: Bloomin Brands, Inc.
Forum: American Arbitration Association
Investigation: 01-1-0001-0180
Alleged trade secret misappropriation
Contract dispute
Provided expert report
Testified in arbitration

**9/2018 – 5/2019: CardioNet, LLC v. InfoBionic, Inc.**
Law Firm: Latham & Watkins
Client: InfoBionic, Inc.
Forum: American Arbitration Association
Case: AAA Case No. 01-17-00044742
Alleged trade secret misappropriation
Provided expert report
Testified in deposition
Testified in arbitration

# Nikolaus Baer

**6/2018 – 7/2019: VKGS, LLC v. Planet Bingo, LLC, et al**
Law Firm: Stinson Leonard Street LLP
Client: VKGS, LLC
Court: District Court of Douglas County, Nebraska
Case: CI 11-8953
Alleged trade secret misappropriation
Provided expert report
Testified in deposition
Testified in trial

**4/2018 – 5/2018: The State of Missouri v. Eric Greitens**
Attorney Office: St. Louis Circuit Attorney's Office
Client: The State of Missouri
Court: 22nd Judicial Circuit Court, Missouri
Case: 1822-CR00642
Alleged invasion of privacy

**1/2018 – 9/2019: Video Gaming Technologies, Inc. v. Castle Hill Studios, LLC, et al**
Law Firm: Saul Ewing Arnstein & Lehr LLP
Client: Castle Hill Studios
Court: U.S. District Court, Northern District of Oklahoma
Case: 17-cv-454-GKF-JF
Alleged trade secret misappropriation

**10/2016 – 5/2018: One World Technologies, Inc. d/b/a Techtronic Industries Power Equipment v. The Chamberlain Group, Inc., Inter Partes Review**
Law Firm: Morgan, Lewis & Bockius LLP
Client: One World Technologies, Inc.
Forum: Patent Trial and Appeal Board (PTAB)
Proceeding: IPR2017-00214
Inter partes review
Provided expert report
Testified in deposition

**12/2017 – 9/2018: Uchytil Ex Rel. U.S. v. Avanade Inc et al**
Law Firm: Lowe Graham Jones, PLLC
Client: Uchytil Ex Rel. U.S.
Court: U.S. District Court, Western District Washington, Seattle
Case: C12-2091-JCC
Alleged fraud in procurement of government contracts

**12/2016 – 9/2019: Papst Licensing v. Apple, LG Electronics, ZTE Corporation, Samsung Electronics, Lenovo, Motorola Mobility, Huawei Technologies**
Law Firm: DiNovo Price Ellwanger
Client: Papst Licensing
Court: U.S. District Court, Eastern District of Texas, Tyler Division
Case: 6:15-CV-1095
Alleged patent infringement of mobile phones

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**9/2016 – 10/2016: CSS v. Christopher Herrington, Gene Yoho and Compiled Technologies**
Law Firm: Robinson & McElwee
Client: Christopher Herrington, Gene Yoho and Compiled Technologies
Court: U.S. District Court, Southern District of West Virginia, Charleston Division
Case: 2:16-CV-01762
Alleged copyright infringement

**8/2016 – 1/2020: Optumsoft, Inc. v. Arista Networks, Inc.**
Law Firm: Latham & Watkins
Client: Arista Networks, Inc.
Location: Santa Clara County Superior Court
Case: 1-14-CV-263257
Alleged breach of license agreement and trade secret misappropriation

**1/2016 – 6/2016: Verasonics v. Alpinion Medical Systems**
Law Firm: Davis Wright Tremaine
Client: Verasonics
Location: American Arbitration Association, International Centre for Dispute Resolution
Case: 01-15-0002-9484
Alleged trade secret misappropriation

**12/2015 – 2/2017: ACI Worldwide v. MasterCard Technologies**
Law Firm: Faegre Baker Daniels; Robins Kaplan
Client: ACI Worldwide
Court: U.S. District Court, District of Nebraska
Case: 8:14-CV-00031
Alleged trade secret misappropriation

**11/2015 – 2/2016: SalesForceOne LLC. v. Salesforce.com, Inc.**
Law Firm: Wilson Sonsini Goodrich & Rosati
Client: Salesforce.com, Inc.
Court: U.S. District Court, Northern District of California
Case: 4:2015-CV-02174
Alleged trademark infringement

**2/2015 – 1/2016: NNG, Kft. v. Ava Enterprises, Inc.**
Law Firm: Lewis Roca Rothgerber Christie LLP
Client: NNG, Kft
Court: U.S. District Court, Central District of California
Case: 2:2014-CV-00220
Alleged copyright infringement

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**10/2014 – 4/2018: ObjectiVision v. Visionsearch Pty Ltd and University of Sydney**
Law Firm: K&L Gates / Marque Lawyers / Allens
Client: ObjectiVision
Court: Federal Court of Australia
Case: NSD 385 of 2014
Alleged copyright infringement

**10/2014 – 1/2016: Cross Mediaworks, LLC and Telamerica Media, LLC v. EMT Holdings, LLC and EMT & S Incorporated**
Law Firm: Maxwell & Anderson, LLC
Client: EMT Holdings, LLC
Court: U.S. District Court, Southern District of New York
Case:  14 Civ. 561 (VSB)
Alleged trade secret misappropriation
Testified in deposition
Testified at a hearing

**9/2015 - 12/2015: Good Technology Corporation et al v. MobileIron, Inc.**
Law Firm: Orrick, Herrington & Sutcliffe LLP.
Client: MobileIron, Inc.
Court: U.S. District Court, District of Delaware
Case: 1:14-CV-01308-LPS-CJB
Alleged patent infringement of mobile device management

**10/2014 - 12/2015: Good Technology Corporation et al v. Airwatch, LLC**
Law Firm: Kilpatrick, Townsend, & Stockton LLP.
Client: Airwatch, LLC
Court: U.S. District Court, California Central District Court
Case: CV12-05827-EJD
Alleged patent infringement of mobile device management

**10/2014 - 8/2015: Good Technology Corporation et al v. MobileIron, Inc.**
Law Firm: Orrick, Herrington & Sutcliffe LLP.
Client: MobileIron, Inc.
Court: U.S. District Court, Northern District of California, San Jose Division
Case: CV12-05826-EJD
Alleged patent infringement of mobile device management

**11/2014 - 8/2015: Allure Energy Inc. v. Nest Labs, Inc. et al**
Law Firm: White and Case LLP
Client: Nest Labs, Inc.
Court: U.S. District Court, Eastern District of Texas
Case: 9:13-CV-102
Alleged patent infringement of smart thermostats
Provided expert report
Testified in deposition

# Nikolaus Baer

1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**6/2014 - 10/2016: Delphix Corp. v. Actifio, Inc.**
Law Firm: Latham & Watkins
Client: Actifio, Inc.
Court: U.S. District Court, California Northern District Court
Case: 5:14-CV-04613-BLF, 5:14-CV-01047
Alleged patent infringement of data management

**1/2014 - 3/2015: Trebro Manufacturing v. Firefly Equipment et al**
Law Firm: Antoinette M. Tease, P.L.L.C.
Client: Trebro Manufacturing
Court: U.S. District Court, Montana District Court, Billings Division
Case:  CV -13-36-BLG-SEH
Alleged copyright infringement
Provided expert report
Testified in deposition

**12/2013 – 12/2016: InfoSpan Inc et all v. Emirates NBD Bank PJSC**
Law Firm: Latham & Watkins
Client: Emirates NBD Bank PJSC
Court: U.S. District Court, California Central District Court
Case: 8:2011cv01062
Alleged copyright infringement and trade secret misappropriation
Provided expert report
Testified in deposition

**6/2013-1/2014: Cellebrite Mobile Synchronization v. Micro Systemation**
Law Firm: Pearl Cohen Zedek Latzer Baratz LLP
Client: Cellebrite Mobile Synchronization
Court: U.S. District Court, Virginia Eastern District Court, Alexandria Division
Case: 1:13-CV-01014
Alleged copyright infringement and trade secret misappropriation

**2/2013 – 5/2017: Metropolitan Health Corporate v. Neil Harvey Associates**
Law Firm: Attorneys Zumpt and Kritzinger & Co
Client: Metropolitan Health Corporate
Court: Western Cape High Court, Cape Town, South Africa
Case: 10264/2010
Alleged copyright infringement

**1/2012-7/2013: Robin Antonick v. Electronic Arts**
Law Firm: Keker & Van Nest LLP
Client: Electronic Arts
Court: U.S. District Court, Northern District of California
Case: 3:11-CV-01543
Alleged copyright infringement

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**1/2012-6/2012: ThinkOptics v. Nintendo of America, et al.**
Law Firm: Nix Patteron & Roach LLP
Client: ThinkOptics
Court: U.S. District Court, Eastern District of Texas
Case: 6:2011CV00454
Alleged patent infringement of handheld controllers

**1/2012-6/2012: E-Micro Corporation v. Google, et al.**
Law Firm: Nix Patteron & Roach LLP
Client: E-Micro
Court: U.S. District Court, Eastern District of Texas
Case: 6:11-CV-465
Alleged patent infringement of mobile payment

**8/2011-6/2012: Bally Technologies, Inc. v. Business Intelligence Systems Solutions**
Law Firm: Morgan, Lewis, Bockius LLP
Client: Business Intelligence Systems Solutions
Court: U.S. District Court, District of Nevada
Case: 2:2010cv00440
Alleged patent infringement of data visualization system
Provided expert report
Testified in deposition

**4/2011-6/2012: Motorola Mobility v. Microsoft**
Law Firm: Sidley Austin
Client: Microsoft
Court: U.S District Court, Southern District of Florida
Case: 1:10-CV-2406J
Alleged patent infringement of voice processing

**4/2010 – 8/2012: Brocade v. A10 Networks**
Law Firm: Orrick, Herrington & Sutcliffe and McDermott, Will & Emery
Client: Brocade
Court: U.S. District Court, Northern District of California, San Jose Division
Case: C 10-03428 LHK (PSG)
Alleged copyright infringement

**8/2010 – 3/2011: Cross Match Technologies v. Suprema and Mentalix**
Law Firm: Latham & Watkins
Client: Cross Match Technologies
Forum: United States International Trade Commission
Investigation: 337-TA-720
Alleged patent infringement of fingerprint scanning software

# Nikolaus Baer

1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**3/2010 – 9/2010: Datamaxx v. Computer Products of Illinois**
Law Firm: Ausley & McMullen
Client: Computer Products of Illinois
Court: U.S. District Court, Northern District of Florida, Tallahassee Division
Case: 4:09CV435-RH/WCS
Alleged copyright infringement

**2/2010 – 7/2010: SplitFish v. Bannco**
Law Firm: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Client: SplitFish
Court: U.S. District Court, Northern Easter District of Virginia, Alexandria Division
Case: l:10CV297
Alleged copyright infringement

**10/2009-11/2009: Sigma Six Technologies and Sigma Six Consulting. v. Nagarro and T-Systems**
**Enterprise Services.**
Law Firm: Ropers, Majeski, Kohn & Bentley PC
Client: Nagarro
Court: U.S. District Court, Northern District of California, San Jose Division
Case: C 08-05633 JW
Alleged trade secret misappropriation
Provided expert report

**8/2009 – 11/2010: Zynga v. Green Patch**
Law Firm: Quinn Emanuel Urquhart & Sullivan
Client: Zynga
Court: U.S. District Court, Northern District of California
Case: CV-09-3636 SC (EMC)
Alleged copyright infringement

**8/2009 – 12/2009: De Lage Landen Operational Services v. Third Pillar Systems**
Law Firm: Wilson Sonsini Goodrich & Rosati
Client: Third Pillar Systems
Court: U.S. District Court, Eastern District of Pennsylvania
Case: 09-cv-02439-HB
Alleged trade secret misappropriation

**3/2009 – 2/2011: Financial Systems Technology v. Oracle Corporation**
Law Firm: Orrick, Herrington & Sutcliffe
Client: Oracle
Court: U.S. District Court, Eastern District of Texas
Case: 2:08-CV-371
Alleged patent infringement

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**2/2009 – 10/2009: Minden Schipper & Associates v. Cancercare Manitoba (Varian Medical Systems)**
Client: Varian Medical Systems
Court: Queen's Bench, Winnipeg Centre, Canada
Case: CI 05-01-45377
Alleged copyright infringement

**11/2008 – 1/2010: Applied Materials v. Advanced Micro-Fabrication Equipment Co.**
Law Firm: Goodwin Procter
Client: Applied Materials
Court: U.S. District Court, Northern District of California
Case: C07 05248 JW (PVT)
Alleged copyright infringement

**9/2008 – 3/2010: Personnel Department v. CareerBuilder**
Law Firm: Jones, Day, Reavis & Pogue
Client: CareerBuilder
Court: U.S. District Court, District of Vermont
Case: 2:08-CV-59-wks
Alleged trade secret misappropriation

**9/2008 – 9/2009: Abanco Investments LLC v. GuestLogix Inc.**
Law Firm: Patterson, Thuente, Skaar & Christensen
Client: GuestLogix
Court: U.S. District Court, Northern District of Illinois
Case: 07 C 1071
Alleged trade secret misappropriation

**7/2008-10/2008: Facebook, Inc. v. StudiVZ Ltd.**
Law Firm: Orrick, Herrington & Sutcliffe
Client: Facebook
Court: U.S. District Court, Northern District of California
Case: 5:08-CV-03468 JF
Alleged copyright infringement

**4/2008 – 12/2010: Esbin & Alter v. Zappier, et al.**
Law Firm: Alter & Alter
Client: Esbin & Alter
Court: U.S. District Court, Southern District of New York
Case: 08 Civ. 313
Contract dispute

**04/2008 – 11/2008: Intelligraphics, Inc. v. Marvell Semiconductor, Inc.**
Law Firm: Sommers and Schwartz
Client: Intelligraphics
Court: U.S. District Court, Northern District of California – San Francisco Division
Case number: C-07-2499 JCS
Contract dispute

# Nikolaus Baer
1864 Walnut Dr. • Mountain View, CA • (650) 933-5292 • Nik@BaerIP.com

**03/2008 – 08/2008: Carl Zeiss Meditec v. Optovue**
Law Firm: Nixon Peabody
Client: Carl Zeiss Meditec
Court: U.S. District Court, Northern District of California - Oakland Division
Case number: C 07-03010 CW
Alleged copyright infringement and trade secret misappropriation

**2/2008 – 7/2008: Symantec v. Commissioner of Internal Revenue**
Law Firm: Baker & McKenzie
Client: Symantec
Court: US Tax Court
Case: 12075-06
Software tax dispute

**08/2006 – 08/2007: AdTech RFID v. Adept Identification Technologies**
Law Firm: Wilson Sonsini Goodrich & Rosati
Client: Adept Identification Technologies
Court: Santa Clara County Superior Court
Case: 1-06-CV-057464
Alleged trade secret misappropriation



THINK**BRG**.COM

# Michael R. Bandemer

**EnCE, CITP, PI, CPA, CFF, CMA**
Managing Director

P: 619.823.8867
mbandemer@thinkbrg.com

## Summary

Michael Bandemer is a Managing Director with Berkeley Research Group and leader of its Discovery and Forensic Technology Services group.  He provides expert witness and strategic consulting services to law firms and corporate clients in the areas of Computer Forensics, Investigations, eDiscovery, Data Analytics and Data Privacy/Data Breach.  Prior to joining Berkeley Research Group, Mr. Bandemer was a Managing Director with Huron Legal, an international advisory and business services firm, and previously served as the national practice leader of LECG's Legal Technology and Analytics Consulting group (LTAC).

For over 20 years, Mr. Bandemer has led the preservation, forensic collection, analysis and search of electronically stored information ("ESI") and forensic artifacts in over 1,000 matters ranging from corporate/federal investigations to commercial litigation.  For several years he has been recognized in the Who's Who Legal: Global Leader, Investigations Digital Forensic Experts.

Mr. Bandemer has provided expert testimony in declarations, reports, depositions, and at trial. He has also served many times as a neutral computer forensics examiner, either by court appointment or stipulation.  He has also served and testified as a 30(b)(6)/1442 corporate representative in the areas of Digital Forensics, Data Systems and eDiscovery.

Mr. Bandemer's case experience includes areas such as theft of trade secrets, spoliation of evidence, internal investigations, employment disputes, government/regulatory inquiries, and fraud.

Page **1** of **3**



THINK**BRG**.COM

## Professional Experience:

| | | |
|---|---|---|
| Berkeley Research Group, LLC | Managing Director | 2014 to Present |
| Huron Consulting Group | Managing Director | 2011 to 2014 |
| LECG (Mack\|Barclay, Inc.) | Partner | 1994 to 2011 |
| Peterson Consulting, L.P. | Senior Consultant | 1990 to 1994 |
| Phelps Dodge Corporation | IT Associate | 1988 to 1990 |

## Education and Certifications:

Bachelor of Science in Finance, Arizona State University 1990, Cum Laude graduate.
Awarded member of the Golden Key Honor Society and selected for Who's Who Among Students in American Universities and Colleges

Certificate Blockchain Essentials, 2021, Cornell University

Licensed Private Investigator – Texas, 2020

Certified EnCase Computer Examiner, 2003

Certified Financial Forensics, 2008

Certified Information Technology Professional, 2001

Certified Public Accountant - California, 1998 License Inactive

Certified Management Accountant, 1995

Continuing education as lecturer and participant to law firms and corporations.

## Patent Held:

System and Method for Managing Observational Information Items; United States 7,107,278 B1, Issued September 12, 2006 - Structural relational database and interface developed for managing electronic information, photos, and digitized field drawings/notes and other information in construction defect matters.

Exhibit A, Page 52



## Professional Associations:

High Technology Crime Investigation Association, Chapter President; International Board Member
The Sedona Conference:
>   Working Group 1: Electronic Document Retention and Production
>   Working Group 12: Forensic Issues in Trade Secret Disputes

American Institute of Certified Public Accountants
California State Society of Certified Public Accountants
Association of Certified Fraud Examiners
Institute of Management Accountants

## Publications:

Digital Forensics in Trade Secret Investigations - Trade Secret Litigation and Protection in California
>   Section Co-contributor, State Bar of California, Third Edition, December 2014

The Changing ESI Landscape: How a Proactive eDiscovery Program can Control Litigation Costs
>   XPRT Forum Magazine, March 2010

The Rising Costs of Litigation
>   Fox Business Channel, March 2010

Anatomy of an IP Theft: A Case Study of a Forensic Computer Investigation
>   e-Discovery Law & Strategy, September 2007, Volume 4, Number 5

You Want Me to do What? A Practical Look at the Question of Proper Preservation of Electronically
Stored Information in Today's Business Litigation Environment with Sergio D Kopelev
>   Nevada Lawyer, October 2006

Computer Forensics, an Effective HR Tool
>   Employers Group People & Productivity Newsletter, April/May 2002, Volume 59

## Board Experience:

International Board of Directors - High Technology Crimes Investigation Association (HTCIA)

Youth Tennis San Diego–Board of Directors, Past President

# Curriculum Vitae



**David Jimenez**
**Senior Managing Consultant**
BERKELEY RESEARCH GROUP, LLC
700 Louisiana, Suite 2600 | Houston, TX 77002

Direct: 713.493.2553
djimenez@thinkbrg.com

**SUMMARY**

David Jimenez is a Senior Managing Consultant in the Houston office of Berkeley Research Group (BRG). He has over 20 years of experience and expertise advising both corporate and law firm clients on litigation technology issues. He specializes in performing legally defensible electronic collections and conducting digital forensic investigations and he has testified in several matters in state civil and federal litigation matters. .

Mr. Jimenez has approximately 17 years of experience as a computer forensics examiner, has attained an EnCE (Encase Certified Examiner) certificate, and has received Ethical Hacking training. He has extensive experience preserving, collecting, and analyzing data from computers, servers, mobile devices, websites, databases, email systems and cloud storage repositories.

Mr. Jimenez has received formal education in computer networking architecture and computer networking administration and has attained a CCNA (Cisco Certified Network Associate) certificate. He has been an IT administrator for approximately 3 years.

Mr. Jimenez also has experience collecting and analyzing data from uncommon data sources including geolocation and seismic equipment, physical access control systems, medical devices, legacy mainframes, and air quality monitoring instruments.

Mr. Jimenez has managed hundreds of computer forensic investigations, cyber security breaches, and large ESI collections to assist legal counsel in response to civil litigation, government inquiries, and internal investigations.

**PROFESSIONAL EXPERIENCE**

| | | |
|---|---|---|
| Berkeley Research Group | Senior Managing Consultant | 2014 - Present |
| Huron Consulting Group | Manager | 2012 – 2014 |
| LCG Discovery Experts | Manager | 2008 – 2012 |
| Huron Consulting Group | Associate | 2007 – 2008 |
| Baker Robbins & Co. | Associate | 2005 – 2007 |
| Beirne, Maynard & Parsons LLP | Network Administrator | 2002 – 2005 |



## EDUCATION AND CERTIFICATIONS

Licensed Private Investigator in Texas
Ethical Hacking training
EnCase Certified Examiner (ENCE)
60+ course hours at San Jacinto College
Cisco Certified Network Associate (CCNA)

**EXPERT TESTIMONY**

US District Court: Southern District of Texas: Vincent Edward Roach Sr. vs. Compass Manufacturing
        International LLC
61st District Court of Texas: Catalyst Services Inc. vs Caskey, Paul
113th District Court of Texas: Amerigas Propane vs. Texas Star Propane Inc.
61st District Court of Texas: Square D Company vs. Dashiell LLC

## Curriculum Vitae



**Geoffrey "Geo" Brown**
Director

BERKELEY  RESEARCH  GROUP, LLC
12636 High Bluff Drive, Suite 120 | San Diego, CA 92130

Direct: 858-209-0065
gbrown@thinkbrg.com

### SUMMARY

Geo Brown is a Director in Berkeley Research Group's Discovery and Forensic Technology Services Group. He practices, specializes and opines in electronic discovery, digital forensics and data analytics. He provides expert witness and consulting services to law firms and corporate clients in the areas of Computer Forensics, Investigations, eDiscovery, Data Analytics and Data Privacy/Data Breach.

Geo has more than 20 years of experience in information technology and over 17 years of experience in digital forensic collection and analysis, data analytics, investigations, and eDiscovery. Geo has performed hundreds of computer forensic investigations, performed on-site analysis of cyber security breaches, and has assisted both corporate and law firm clients with the preservation and management of large volumes of data in response to civil litigation, government inquiries and internal investigations. He has significant experience leading highly sensitive and complex matters ranging from misappropriation of trade secrets, internal investigations, breach of contract, business interruption, employment disputes, fraud investigations and wage and hour class actions among others in a wide variety of industries. He brings extensive success and experience in providing cost effective, defensible analysis, and consulting in areas including:

- Forensic preservation including cloud accounts, computers, servers and mobile devices.
- Forensic analysis on Windows, mobile devices, cloud accounts and Apple devices.
- Trade secret / wage hour investigations.
- eDiscovery data analytics.
- IP theft and employee investigations.
- Time-line analysis and reporting.



- Server log analysis.
- Spoilation of evidence.
- Incident Response computer forensics.
- Forensic Data analytics and analysis from computers and mobile devices.
- E-discovery processing, search-term analysis, and review consulting.
- Project management.
- Expert witness testimony.

**EDUCATION**

- Business Administration, B.A. University of Anglia UK          1998
- Microsoft Certified Systems Engineer, MCSE          2001
- Cisco Certified Network Associate, CCNA (Expired)          2002
- EnCase Certified Examiner, EnCE          2005
- Certified Computer Forensics Examiner, CFCE (Expired)          2013
- Nuix eDiscovery Specialist          2016
- Nuix Data Discovery Master          2021
- Magnet Certified Forensic Examiner          2021
- Magnet Forensics ongoing training          2020-2021
    - Internet & Cloud
    - Mac Operating Systems
    - Advanced Mobile Forensics

**PRESENT EMPLOYMENT**

- Director at Berkeley Research Group LLC          2014- Present

**PREVIOUS POSITIONS**

- Senior Internet Agent at ClientLogic          1999-2000
- Systems Administrator at Zoomedia          2001-2002
- Systems Administrator at Cardiff Software          2002-2004
- Network manager at Mack|Barclay          2004-2006
- Managing Consultant at LECG          2006-2012
- Senior Manager of eDiscovery and Forensics at Zynga          2012-2013
- Manager at Huron Consulting Group          2013-2014

**PROFESSIONAL AFFILIATIONS**

- High Technology Crime Investigation Association

2

# James Pooley

+1 650 285 8520
james@pooley.com

## IP strategy and dispute management, information security, ADR

Advisor and co-counsel on intellectual property strategy and dispute resolution, particularly regarding trade secrets and patents.  Pre-litigation investigation and analysis, including multinational issues.  Expert consultant and witness.  ADR neutral and special master for complex trade secret, patent and technology-related commercial matters.

## Private attorney, California (1973-2009 and 2015-present)

Civil trial practice in state and federal courts, focusing on commercial technology-related litigation in a variety of areas such as securities, R&D contracts and software, but ultimately with a heavy concentration in trade secret and patent matters.  Extensive lead counsel trial experience, including jury trials, as well as ADR, acting as counsel and as neutral.  Served frequently as temporary judge.

## World Intellectual Property Organization, Switzerland (2009-2014)

Deputy Director General for Innovation and Technology, responsible for operation of the international patent system (PCT), as well as programs for global development of patent laws and of innovation policy.  Managed diverse staff from more than 60 countries, processing over 200,000 confidential patent applications annually.  Served as diplomat working with national government agencies and NGOs in every region of the world.

## Education

J.D. Columbia University 1973 (Harlan Fiske Stone Scholar)
B.A. with honors (International Affairs) Lafayette College 1970
Certificate, Université de Paris 1969

## Teaching and Public Speaking

Adjunct Professor, Boalt Hall Law School, University of California (1998-2009 and 2016-2019)
Adjunct Professor, Santa Clara University School of Law (1983-1986)
Lecturer, Federal Judicial Center IP course for Federal Judges (1999-2009 and currently)
Numerous presentations to government, industry and professional organizations

## Publications

*Secrets*: *Managing Information Assets in the Age of Cyberespionage* (Verus Press 2015)
*Trade Secrets* (legal treatise), Law Journal Press 1997-2020 (updated semiannually)
*Patent Case Management Judicial Guide* (co-author), Federal Judicial Center 2009, 2017
*Introduction to Patents* (video for juries), Federal Judicial Center 2002, 2013
*Trade Secrets* (a book for non-lawyers), McGraw-Hill 1982, Amacom 1989
"Information Security in the Modern Enterprise," in *Computer and Information Security Handbook Third Ed.* (Morgan Kaufmann 2017)
Contributing Editor, *Trade Secrets Practice in California*
Scores of articles in law reviews and in professional and trade journals

## Honors and Awards
2017 Lifetime Achievement Award, Managing Intellectual Property
2016 Inductee, Intellectual Property Hall of Fame
Listed in: *The World's Leading IP Strategists, Guide to the World's Leading Patent Law Experts*, *Best Lawyers in America*, Chambers' *America's Leading Business Lawyers*, California *Super Lawyers*
2003 Lawyer of the Year, *California Lawyer* magazine
Senior Fellow, California Council on Science and Technology
Eagle Scout

## Leadership
Sedona Conference
      Chair, Working Group 12 on Trade Secrets
International Chamber of Commerce
      Co-Chair, Trade Secrets Task Force
American Intellectual Property Law Association (1999-2009)
      President, Board Member
National Inventors Hall of Fame (2002-2009 and 2015-2018)
      Board Chairman, Board Member
National Academies of Science (2000-2004)
      Member, Committee on IP Rights in the Information-Based Economy
California Council on Science and Technology (2005-2006)
      Member, Intellectual Property Study Group
Boy Scouts of America
      Member, National Advisory Council (2010-present); Baden-Powell Fellow
      Pacific Skyline Council, President (2019-present), Board Member
Chairman, Board of Directors of American Friends of the Academy of St Martin in the Fields (2000-2009)
Member, various local nonprofit boards (1980-2009 and current)

## Languages
English (mother tongue)
French (advanced)

## Miscellaneous
Born: October 4, 1948
U.S. citizen