# Exhibit A
# DOCOUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY