# Exhibit C
# DOCOUMENT PROPOSED TO BE FILED UNDER SEAL IN ITS ENTIRETY