**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br>     Plaintiff, <br> v <br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br>     Defendants. <br> SKYRYSE, INC., <br>     Counterclaimant, <br> v <br> MOOG INC., <br>     Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DECLARATION OF VINCENT SOCCI IN SUPPORT OF SKYRYSE'S MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI** <br><br> Discovery Cut-Off: April 12, 2024 <br> Pre-Trial Conference: August 12, 2024; 8:30 a.m. <br> Trial: August 27, 2024 <br><br> Hearing: June 28, 2023 <br> Time:    8:30 a.m. <br> Judge:   Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

I, Vincent Socci, hereby declare and state as follows:

1. I am more than eighteen years of age and a citizen of the United States, currently residing in Florida.

2. I have been retained by counsel for Skyryse, Inc. in connection with the above-captioned matter.

3. I have personal knowledge of the facts and opinions set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of my CV, which I provided to Skyryse for the purposes of my engagement in this action.

5. I am an electrical engineer by education with over thirty years of technical, management, and leadership experience in the aviation and aerospace industries.

6. Attached hereto as Exhibit B is a true and correct copy of my LinkedIn profile, which is publicly available.

7. I am currently the Chief Technical Officer of On Target Motion, of which I am also the founder. My role consists of all business and technical leadership for the engineering services and consulting business. I also perform the engineering services required for all business, with the support of other On Target Motion employees and contractors.

8. On Target Motion is not a competitor to Moog or to Skyryse. Through On Target Motion, and the legacy branding of On Target Technology Development, I have done work for many leading aviation companies, including Saab, Sensis, Northrop Grumman, Thales, Surescan, AAM, Crane Aerospace, Kearfott, and others. I am routinely entrusted with confidential information from these companies as part of my contract work for them.

9. I do not have decision-making authority through On Target Motion for any company on which I consult, including any competitor of Moog.

10. Attached hereto as Exhibit C is a true and correct copy of my Agreement To Be Bound By Protective Order, which I have signed.

11. Through On Target Motion, I did contract work for Moog approximately 15 years ago. This included providing engineering services for control electronics and motor drive systems.

12. I remember the general programs I worked on for Moog, but do not recall the specific technical details.

13. I am not aware of any ongoing confidentiality obligations I owe to Moog as a result of the contract work I did for them fifteen years ago.

14. To the best of my knowledge and memory, I have not retained and do not have possession of any of the Moog information, confidential or otherwise, that I may have had or worked on at the time of my contract work for Moog.

15. If I encounter or recall any confidential information that I obtained through the contract work I did for Moog, I will keep such information confidential and will not share it with Skyryse or use it for any purpose in connection with this litigation or otherwise.

16. The opinions I provide in this case will be based on my general expertise in the field, information provided to me through the discovery process in this case, and/or my independent investigation as part of my work for this case and will in no way be based on any contract work I may have done for Moog.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 25, 2023 in Rockledge, Florida.

_____
Vincent Socci