# Exhibit A

Phone: 607-768-2647; Email: socci@ieee.org

# Vince Socci

**President, CTO, Engineering Director, Business Manager, R&D Leader**
**MBA, MSEE/BSEE, MA, M.Div., FE, PMP Certified, VOSB**

| | |
|---|---|
| **Synopsis** | Cross-disciplined, innovative, executive leader with engineering, business, sales, R&D skills who drives teams, businesses, and technology development. Created and developed $100M+ business segments in aerospace, automotive, and power/energy industries. A proven leader in business development, engineering management, technology innovation, sales, project leadership, product development. Visionary – Strategic – Effective. |
| **Key Business Achievements** *(Solid ability to lead engineering program teams and business units, coach people, and manage technology)* | · **_Turnaround_** – Took over and recovered an $80M engineering program from a red-rated flight control program being cancelled to a green-rated award-winning success, recognized by a global supplier award.<br>· **_Consultant_** – Accomplished problem-solver, troubleshooter, and decision-maker. Closed must-win sales. Advised customers with engineering plans to pursue and win critical $100M's in business.<br>· **_Business Growth_** – Revitalized automotive test business segment by defining key strategies (EV, ADAS), developing offerings, coordinating business pursuit plans, and driving consistent 75% YoY revenue growth.<br>· **_Innovative_** – Created business units and captured opportunities in leading-edge technology industries, advancing from startup to revenue- generating in 1 year to high-growth profit-center units in 2 years.<br>· **_Negotiator_** – Recovered failing vehicle propulsion program by outlining key goals, negotiating customer schedule and internal resources, and directing international teams of over 60 diverse personnel.<br>· **_Strategic_** – Evaluated market needs and architected technologies to meet them. Led strategic planning and execution to drive out incumbent competitor and win major programs with new customers.<br>· **_Engineered Products_** – Created advanced technology UAV flight systems, including control algorithms, motor commutation, power drive, diagnostics, and system comms to deliver products in a new industry. |
| **Professional** *(30+ years of progressive technical, management, and leadership experience bringing consistent value to my customers)* | 8/2000–Present     On Target Motion, www.ontargetmotion.com     Endicott, NY<br>**_CTO, Director Adv Tech, Chief Engineer, Principal Investigator, Co-founder_**<br>· Founded engineering design company developing high reliability embedded power and control systems for aerospace and automotive vehicle platforms, medical systems, and communication electronics.<br>· Directed business units, P/L, contracts, program performance, strategic development & services.<br>· DSP-based electro-hydraulic motor control system for aircraft fueling application<br>· Hybrid and Electric vehicle motor controls, battery systems, and power management electronics<br>· Pulsed power control and delivery system for medical, MRI, radar, C3ISR, and industrial applications<br>· Rugged, real-time circuit design and mission-critical software control algorithms.<br>· Directed R&D investment programs, strategic planning, and technology roadmaps.<br>· DSP/FPGA redundant actuator control system, hardware, software used in aircraft and personal transporter<br>· Electrical design of ground and air vehicle navigation/communication systems with DO178B/DO254.<br>· Biosensor-based, prognostic and control instrumentation for medical applications through FDA certification.<br>· Military vehicle power systems engineering for pulsed-power radar platforms.<br>· Radar T/R, sensing, analysis, communication, cyber-security, ISR and spatial mapping system.<br>· High power system (>250 kW) design and control, including grounding and arc flash fault management<br>· Consulting for high-reliability applications and UAS/UAV technical/business services.<br><br>5/2022–Present     Blue Origin     Endicott, NY<br>**_Director, Product Cost_**<br>· Cross-functional leader or product cost engineering and management,<br>· Responsible for leading the development and implementation or product cost strategies<br>  · Developed product cost processes, models, and improvement initiatives to exceed cost targets.<br>  · Defined best practices and methods to measure current and estimate future costs for program management<br><br>5/2017–6/2022     National Instruments     Endicott, NY<br>**_Systems Engineering Consultant, Solution Architect, Business Development Manager_**<br>· Subject-matter expert and cross-functional consultant for vehicle electrification and ADAS technologies.<br>· Delivered expert business and technical acumen required in customer engagements to build credibility and increase revenue in automotive and off-highway, aerospace, and power HIL applications.<br>· Developed electric vehicle powertrain validation methods, SiC product solutions, and test processes to enable customers to validate and certify their electric vehicle powertrains 100kW-500kW.<br>· Took accountability; raised the value delivered to customers and partners; achieved 50-75% YoY growth.<br>· Assessed customer applications and delivered successful custom solutions for battery, power transfer, inverter, motor validation and production test, engaging partners and acquisitions where needed. |

|  |  |
|---|---|
|  | · OEM application consulting; developed partnerships; defined go-to-market and sales strategy; created strategic architectures; led business and technical development teams; delivered customer-centric solutions.<br><br>*5/2014–5/2017*  *LHP Engineering Solutions*  *Columbus, IN*<br><u>President, Product Platform Division and Director, R&D</u><br>· Created and operated the products division of LHP, developing engineering tools and services to accelerate embedded controls engineering in a variety of industries such as automotive, aerospace, medical devices, energy systems, and industrial controls. Built LPP from empty room to multi-million-dollar business.<br>· Launched value streams in systems, software, electronics, manufacturing, engineering services<br>· Designed model-based design software, rapid prototyping environments, hardware-in-loop test platforms, IOT systems, diagnostic/prognostic analyzers, calibration tools, test platforms, and control software.<br>· Managed engineering development teams using agile methods for control systems, model-based design processes, training, consulting, turn-key system development, and model design and integration.<br>· Responsibilities include division leadership, P/L management; business strategy, planning, operations; product line strategic planning; engineering leadership; customer coordination, technical sales.<br>· Industry pioneering in controls, model-based design, test automation, telematics, rapid prototyping.<br><br>*8/2011–1/2014*  *Parker Hannifin*  *Hauppauge, NY*<br><u>Director, Large Transport Fuel Systems; Business Unit Leader; Principal Investigator, Power & Controls</u><br>· Product line director for aircraft fuel systems business team, responsible for P/L, performance, and growth.<br>· Lead AS9100 product development efforts of an international team of 50+ people.<br>· Manage cost, schedule, performance of $50M global engineering program to highest-profile customer.<br>· Directed international team to develop high-performance, complex aircraft electronics and software.<br>· Program turnaround, corrective actions, and recovery for critical business unit.<br>· Drove change in organization, work processes, optimized team dynamics and behavior.<br>· Develop and maintain key customer business and technical relationships.<br><br>*6/1994–8/2000*  *Lockheed Martin Control Systems*  *Johnson City, NY*<br><u>Principal Project Engineering Manager</u><br>· Electronic, power, mechanical and hydraulic modeling and simulation.<br>· Project manager for avionics, data communications, power system, automotive and military projects.<br>· R&D management for HEV, aerospace, PHM, and engine control programs.<br>· Systems engineering lead on aerospace/automotive programs and proposals<br>· C-17 advanced avionics road-mapping, planning, development, and leadership<br>· Embedded system and FPGA development in compliance with DO178B/DO254<br>· Test equipment design for integration, qualification, EMI, certification<br><br>*5/1992–6/1994*  *Cummins Electronics Company*  *Columbus, IN*<br><u>Systems Engineer</u><br>· Developed control algorithms for diesel engine, power generators, and fuel pump controllers.<br>· Patented advanced control algorithms and electronic controls to achieve emissions standards.<br>· Designed HW and SW for embedded systems and diagnostic tools.<br><br>*8/1990–5/1992*  *Pennsylvania Power and Light*  *Scranton, PA*<br><u>Distribution Engineer</u><br>· Responsible for maintenance and voltage quality analysis of distribution lines.<br>· Managed division operations to include load projections and power quality.<br><br>*8/1988–8/1990*  *CertainTeed*  *Mountaintop, PA*<br><u>R&D Engineer (Internship)</u><br>· Developed visual computer system to automatically scan insulation, measure quality control parameters, perform SPC and control manufacturing process. |
| **Education**<br><br>*(Business, technology, relationship expertise)* | **MBA / Technology Management** – University of Phoenix, 2000      Phoenix, AZ<br>**MS Electrical Engineering** – State University of New York, 1996     Binghamton, NY<br>**MA Counseling** – Liberty University, 2011                Lynchburg, VA<br>**M. Div. Chaplaincy** – Liberty Seminary, 2011            Lynchburg, VA<br>**BS Electrical Engineering** – Wilkes University, Summa Cum Laude, 1992   Wilkes-Barre, PA<br>**Continuing Education** – IEEE, PE, PMI, UOP Faculty, SUNY Proj Mgmt Instructor, US Army PLDC<br>**US Veteran** – Military training and leadership, with distinguished awards. |
| **Expert Witness**<br><br>*(Consulting expert for litigation,* | · <u>Product Liability</u><br>Testifying, depositions, expert reports. Incident analysis and forensics; product design review and development investigation; scene reconstruction; product simulations and performance benchmarking.<br>· <u>Patents and Intellectual Property</u><br>Testifying, prior art investigation, trade secret misappropriation, patent infringement analysis (including source code). Recreation of engineered designs. Audit and validation of engineering work and quality. |

| | |
|---|---|
| *testimony, advice, forensic services, and related expert witness services)* | · ***Industries and Areas of Expertise***<br>EV and ADAS technologies, medical devices, aerospace/automotive electronics/software, safety-critical systems, real-time embedded controls, electromechanical power conversion, avionics modeling.<br>· ***Case List Examples (deposition and testimony list available separately)***<br>Electric vehicles, radar, biomechatronic devices, power systems liability; energy management; control system robustness; patent protection and IP infringement; accident investigation; trade secret disclosure. |
| **Technical Skills**<br><br>*(Diverse skills applied across applications over project life-cycles)* | **Applications** – Automotive powertrains, embedded systems, model-based, design, mechatronics, aerospace, avionics, automotive, radar, UAV, communications, hybrid electric vehicles, robotics, military and defense systems, radio/navigation, medical devices, locomotives, power electronics, autonomous systems<br>**Management** – New product development, portfolio management, technology/R&D leadership, agile Project Management, product roadmaps, Lean & Six Sigma, customer requirements development, technical marketing, operations management, SWOT, sales forecasts, operations management. Graduate School Adjunct Faculty.<br>**Systems** – MBSE, Platform integration, safety-critical development, data communication, RF, trade studies, requirements management, architecture, electrical systems, DSP, FPGA, CAN, electromechanical, sensors, production, aftermarket, Python, DOORS, Saber, C/C++, MATLAB, Simulink, LabVIEW, Solidworks, LTSpice<br>**Standards** – Various IEEE, DO-, SAE, ISO standards; ISO9001/AS9100, IEEE12207, DO-178C, ARP-4761/4754, DO-254, DO-260, SAE-J1939/J1708/J1772, IEC60601, MISRA, CMMI, ISO26262, ARINC |
| **Patents** | Patent Invention 5533489 – Exhaust Gas Recirculation Control System |
| **Papers and Research** | Presented papers in Vehicle Test Strategies, Embedded Development Workflow, Hardware-in-Loop Testing, Autonomous Systems, Power management, Embedded Controls, Adaptive Product Management; Safety-Critical Systems Engineering; Medical devices, Electrical system simulation, New Venture/Partnership Development; Knowledge Management and Collaboration; Remote Project Development; Program Recovery; Power Systems; Digital Communications; Project Management; Technical Teaming Practices; IEEE Smart Micro grids team. Chair of many technical conferences on medical technology, electric vehicles, power systems and controls. |
| **Selected Publications** | Technology Overview of Autonomous Vehicles (2021); Drone Design, Build, Operation (2020); Electric Vehicle Engineering (2019); Accelerating Embedded Controls Development with an Integrated Workflow (2016); Rapid Controls Prototyping for Complex Automotive Controls (2016); Model-Based Development of a Real-Time Prototype of an Automotive Engine Control (2015); The Myths and Magic of Autonomous Vehicles (2015); Performance-Enhancing Biomechatronics: A Competitive Advantage? (2013); So You Want to be a Consultant? 12 Steps to Success (2011); Electric Vehicle Power Management (2010); Actuator Control Design for Safety-Critical Medical Applications (2009); Performance Requirements & Simulation of Aircraft Power Systems (2006); Power System Modeling, Simulation and Performance Evaluation (2005); System Design of Vehicle-based Mobile Electric Power Applications (2005); Failsafe Avionics Control Algorithms (2004); Aircraft Structural Health Management Data Parameters (2003); Avionics Communication Workshop: Mil-Std-1553, ARINC429, RS485 (2002) |
| **Awards received** | Boeing Golden Eagle Award, Boeing Silver Eagle Award, Lockheed Martin Tradition of Excellence Award, UAS/UAV Technical Panel Award. Exemplary performance reviews by employers. Supplier awards from several customers. US Army leadership awards. Lockheed Martin Advanced Course in Engineering Instructor of the Year Award. IEEE Regional and Lifetime Leadership Awards. Several community service awards. |
| **Teaching, Mentoring and Training** | Adjunct Faculty, MBA – Faculty for graduate and undergraduate courses, trained and approved for R&D mgmt, strategic mgmt, business consulting, project mgmt, programming and global business courses. Leader for MBA Capstone Course and innovation management curriculum<br>Binghamton University Continuing Education adjunct faculty for project management and corporate training.<br>IEEE Instructor – Developed and taught graduate-level courses in UAVs, autonomous systems, electric vehicles, biomechatronics, radar, safety-critical embedded controls, and signal processing systems.<br>Developed/delivered professional courseware in product management, embedded systems development, control system design, systems engineering, debugging embedded systems, digital data communication, power systems design, technical business development, engineering development processes and signal processing. |
| **Certifications and Professional Associations** | IEEE Board of Directors (2014-15), IEEE AES Board, UAV/UAS Tech Panel Chair, Educational activities leader SAE board member and conference chair, FAA liaison; UAV standards; Project Management Professional (PMP #1503011), Project Management Institute (PMI),<br>Certified First Aid responder and instructor. Certified LM Project Manager. Certified UOP Faculty, SEI.<br>Licensed amateur radio operator (Extra Class – AC2NA), ARRL,<br>Senior Member of IEEE (Aerospace and Electronics, Power Electronics, Robotics & Automation, Engineering in Medicine and Biology, Power & Energy, Communications, Computer, Engineering Management Societies) Previously held Secret clearance, no obstacles to reinstatement.<br>Licensed pastor, chaplain, and pastoral counselor. Pastor/Leader for New Life Ministries. |

| **Personal Interests** | Piano/keyboards, disc golf, drone pilot, worship leader, biking, coaching, robotics, outdoor sports |