# Exhibit B

## Contact

www.linkedin.com/in/vsocci (LinkedIn)
www.ontargetmotion.com (Company)

## Top Skills

Systems Engineering
Engineering Management
Embedded Systems

## Languages

Spanish (Limited Working)
French (Elementary)
Portuguese (Elementary)
English (Native or Bilingual)

## Certifications

PDGA Player
Project Management Professional
Accounting Foundations: Managerial Accounting
FCC Amateur Extra Class License

## Honors-Awards

IEEE Region 1 Award
Boeing Silver Eagle Award
Wood Badge
Boeing Golden Eagle Award
IEEE William Terry Award

## Publications

System Design Considerations for Vehicle-based Mobile Electric Power Applications
Actuator Control Design for Safety-Critical Applications
Adaptive Product Management: Adjust, Adapt, Overcome in Today's Customer-Centric Environment
Actuator Control Design for Safety-Critical Medical Applications

# Vince Socci

CTO | VP | Engineering Director | Program Manager | Business Developer | R&D | Turnaround Specialist | Consultant
Endicott, New York, United States

## Summary

I lead people to strategically prepare and courageously perform in an ever-changing high-tech world using expertise in program management, engineering development, business leadership, technology innovation, and professional development.

Business/Technology:
• Reputation for turning around "Red" programs with "Go-To-Green" program recovery.
• Led safety-critical programs for electronics & software designs exceeding $250M.
• Built technology businesses and sustainable product lines from the ground up with ROI realized within 1-2 years.
• Proven success in product development and engineering services businesses, including start-ups, turnarounds, and leading-edge innovation.
• Technology expertise in model-based design, power electronics, embedded controllers, medical systems, analog/digital electronics, communications, sensors and signal processing, avionics, power control and management systems, and diagnostics. .
• Expert, cross-disciplined product engineer developing electronic systems, HW, and SW.
• Satisfied customers as a proven leader in systems architecture, project management, product development.
• Achieved global recognition for innovation leadership and turnaround program management.
• Led biomechatronic research for health diagnostics, prosthetics, and rehabilitation and therapy devices through FDA certification.
• Specialties: CTO, Engineering director, business leadership, product engineering, program management, R&D, embedded systems, sensors, power management, medical devices, RCCA, engineering program turnaround and recovery.
• Build, lead, and manage international engineering teams to optimize program cost and schedule

## Patents

Exhaust gas recirculation control system

• Developing business partnerships and executing M&A
• Life-cycle systems engineering and integration, software development, hardware design, production

Professional Development:
• Create and deliver training programs in business start-up, project management, risk mitigation, innovation management, safety-critical systems development, and engineering processes.
• Consulting in business turnarounds, process improvements, root-cause and corrective actions, and engineering design and analysis.
• Mentoring business leaders through professional counsel.
• Design-to-cost model and life-cycle cost analysis

Service:
• IEEE Board of Directors, SAE, PMI
• Pastor
• Coach/Counselor

Other: PMP, MBA, MSEE, MAPC, MDiv, FE-PE, Engineering Expert Witness.

———

## Experience

On Target Motion
Chief Technology Officer
June 2014 - Present (9 years)
Endicott, NY

See www.ontargetmotion.com for focus areas and project examples.
Engineering consulting for safety-critical and high-reliability applications in industries such as aerospace, defense, medical, energy, and automotive.
Program recovery consulting - Assessing "RED" programs, defining "Go-To-GREEN" plans, mitigating risks, executing program turnaround.
Systems engineering and integration, software development, hardware design, test engineering.
MBSE process development, tools implementation, and reference workflows/architectures.
Engineering program management, RFQ/RFP
Performing independent engineering analysis and design reviews.

UAS/UAV/Drone technical and business services, including consulting, photography, asset inspection, training, innovation management, and industry advocacy.
Expert consulting in mission-critical application domains.
Application-based training in drones/UAS, electric vehicles, and biomedical instrumentation.

National Instruments
Principal Solution Architect, Consultant, Business Development Manager - Automotive and Power
May 2017 - Present (6 years 1 month)
Endicott, NY

I am the National Instruments business development manager for automotive validation in North and South America. I bring leading technologies and best practices from across the industry to solve our customers applications in electric powertrains, autonomous vehicles, and chassis electronics. I study technology needs across the automotive and power industries and drive NI innovation to build effective technology and business solutions. I focus our resources, define clear accountability and raise the bar in the value we deliver to innovating customers.  Working directly with customer leadership, we apply domain expertise to assess the applications and tailor solutions of the highest value and impact. I have developed and deployed solutions for hardware-in-the-loop, battery, inverter, motor, and various sensor and actuator systems.

LHP Engineering Solutions
President, Platform Division
May 2014 - April 2017 (3 years)
Columbus, IN / Endicott, NY

Created, developed, and operated the products division of LHP, developing engineering tools and services to accelerate embedded controls engineering in a variety of industries such as automotive, aerospace, medical devices, energy systems, and industrial controls.
Launched value streams in systems, software, electronics, manufacturing, engineering services
Designed model-based design software, rapid prototyping environments, hardware-in-loop test platforms, connected (IOT) systems, diagnostic/prognostic analyzers, calibration tools, test platforms, and control software.
Managed engineering teams in control system development, model-based design process development, training, consulting, turn-key system development, and model design and integration.

Responsibilities include division leadership, P/L management; business strategy, planning, operations; product line strategic planning; engineering leadership; customer coordination, technical sales, and business growth. Industry pioneering in controls, model-based design, test automation, telematics, rapid prototyping.

Products include model-based design software, rapid prototype units, desktop test environments, hardware-in-the-loop (HIL) test platforms, system integration platforms, diagnostic/prognostic analyzers, calibration tools, configuration analyzers, hardware test interfaces, and control software. Services include control system development, model-based design process development, training, consulting, turn-key system development, and model design and integration.

My responsibilities include division leadership, P/L management; business strategy, planning, and operations; product line strategic development; engineering leadership; customer coordination, and business growth.

A demonstration of some of the products can be reviewed at http://platform.lhpes.com

Binghamton University
Instructor
July 2000 - August 2016 (16 years 2 months)

Instructor for corporate and continuing education courses in Project Management, Strategic Management, Negotiating, Communications, etc. Created 40-hour certification course for Project Management and PMP certification.

On Target Technology - Engineering Design Services
14 years

CEO, Director - Advanced Technology Projects
January 2010 - May 2014 (4 years 5 months)
Endicott, NY

Primary consultant leading engineering design services programs, embedded systems designs, business development and mangement, bids and proposals, engineering planning and design, project engineering and program management.

Principal investigator for biomechatronics applications and products (through TRL 9), including: tonometer, MRI power control system, ultrasonic imaging, x-ray controller, vibromyography muscle monitor, respiratory therapy vest, circulation actuator.

Developed On Target's power system management product line, including
- Flight-critical avionics
- DO-178B certified motor control system
- DO-254 certified FPGA controls
- Portable power harvester and energy management system
- Vehicle power conversion and distribution system
- Power and drive train model toolset for simulation and performance evaluation
- Radar power control processor
- Avionics electrical system model blockset

Developed innovative technologies for energy transfer and management in high voltage systems using pulsed power and high current solid state switching.

Designed wireless communication system to control driver-less vehicle platforms.

Developed GPS-guided autonomous cargo delivery system for military air drops.

Performed engineering management consulting services, deploying new product development and introduction processes, root cause and corrective action analyses, product improvement focus studies, turnaround program management and recovery, and technology business development.

Chief Operating Officer
2000 - May 2012 (12 years)

Lead technologist and business manager.  Developed business unit focused on power management and control for safety-critical embedded systems.

Parker Aerospace
Director of Large Transport Fuel Systems
August 2011 - February 2014 (2 years 7 months)
Hauppauge, NY

• Product line director for aircraft fuel systems business team, responsible for P/L, performance, and growth.
• Directed product engineering of advanced fuel and inerting systems for A350XWB, A320, A380, and others.
• Lead AS9100 product development efforts of an international team of 50+ people.
• Delivered mission critical systems to highest-profile division customer.
• Manage cost, schedule, performance of $50M global engineering program.
• Directed international development of high-performance, complex aircraft electronics and software.
• Program turnaround, corrective actions, and recovery for critical business unit.
• Drove change in organization, work processes, dynamics and behavior.
• Develop and maintain key customer business and technical relationships.
• Engineering Root Cause and Corrective Action for field reliability product issues, including product improvements, qualification, and production releases.
• IR&D development of key power electronic technologies and products.
• High Performance Team management for power electronics technology development and cost reduction.

University of Phoenix
Facilitator in School of Business
March 2004 - December 2010 (6 years 10 months)

Developed/Facilitated courses throughout the School of Business, including Technology Management, R&D and Innovation Management, Strategic Planning, Project Management, Technology Transfer, and several others.

On Target Technology
Chief Engineer
October 2001 - January 2010 (8 years 4 months)

Engineering consulting and design services: Systems and software engineering, Analog and digital electronics, Embedded power controls, Modeling and simulation

Flight control actuation system design, development, integration
SABER model development services and system verification
A350 XWB, A400M, A320, A380, C-17, F-35, UAV

Evolved On Target's tools and processes, including

- SABER, Matlab, Simulink, Simpowersystems, VisSim, Opal-RT, MATRIXx, DOORS, Slate, Rhapsody, Rational, UML, LabVIEW, Clearcase
- DO-178B, DO-254, ARP4761, ARP4754, J1939, J1708, J1587, CMMI

Electronic counter measure systems design
Threat detection, identification and defeat
High-speed communication systems

Electric vehicle design and integration
Energy conversion and management, power drives, fault-tolerant, safety-critical architectures, failure analysis, expert witness analysis and reports.

Engineering design contracting services for companies such as Northrop Grumman, Moog, Parker, Honeywell, Goodrich, Boeing, Airbus, Lockheed Martin, Hamilton Sundstrand, Curtiss-Wright, GE, Eaton, etc.

BAE Systems
Principal Project Engineer
1999 - 2001 (2 years)

See Lockheed Martin description - the company changed through mergers from GE to Martin Marietta to Lockheed Martin to BAE Systems during my time there.

Lockheed Martin
Principal Project Engineer
1994 - 2000 (6 years)

Project manager for avionics, power system, automotive and military projects.
R&D management for HEV, aerospace, PHM, and engine control programs.
Systems engineering lead on aerospace/automotive programs and proposals
C-17 advanced avionics roadmapping, planning, development and leadership
Embedded system and FPGA development in compliance with DO178B/DO254
Test equipment design for integration, qualification, EMI, certification

GE
Senior Systems Engineer
1994 - 1995 (1 year)

See Lockheed Martin description - the company changed through mergers from GE to Martin Marietta to Lockheed Martin to BAE Systems during my time there.

Cummins, Inc
Systems Engineer
1992 - 1994 (2 years)

Developed control algorithms for diesel engine and fuel pump controllers. Designed HW and SW for embedded electronic control modules and diagnostic tools.

US Army
Motor Pool Leader
March 1987 - April 1993 (6 years 2 months)
Pennsylvania and Indiana

Served in the U.S. Army as a maintenance manager and motor pool leader. Coordinated howitzer weapons and personnel carrier assets. Maintained tracked and wheeled vehicles.  Managed motor pool operations.  Led the automotive supplies and parts department.

Pennsylvania Power & Light Co
Distribution Engineer
April 1990 - May 1992 (2 years 2 months)

Responsible for the maintenance of voltage quality along distribution lines. Managed division operations to include load projections and power quality.

CertainTeed Corporation
Process Engineer
1988 - 1990 (2 years)

Developed SPC and quality testing.  Implemented process improvements to improve yield and quality.

―――

## Education

State University of New York at Binghamton
MS, Electrical Engineering · (1994 - 1997)

Liberty University
M.Div., Chaplaincy · (2009 - 2011)

Liberty University
Master of Arts (MA), Counseling · (2009 - 2011)

UOP

MBA, Technology Management · (1998 - 2000)

Wilkes University

BS, Electrical Engineering · (1988 - 1992)