# Exhibit C

## EXHIBIT A

## Agreement To Be Bound By Protective Order

I, **Vincent P. Socci**, have been informed that on **6 May 2022**, the U.S. District Court for the Western District of New York entered a protective order in the consolidated litigation captioned *Moog, Inc. v. Skyryse, Inc. et al.*, No. 22-cv-00187 (W.D.N.Y.). I have read the protective order, I agree to abide by the obligations of the protective order as they apply to me. In the event that I am shown HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" materials pursuant to the provisions contained in Section 6 of the protective order, I understand that I must refrain from taking screenshots or pictures of any such materials I am shown via videoconference, I will not be permitted to make or retain any printouts, screenshots or copies of the materials, and any and all notes, annotations, or other records created by me during the disclosure of the materials shall be immediately surrendered to the custody of my counsel, and shall automatically be treated as though any such materials were themselves material designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the terms of the protective order.

Dated: **17 Feb 2023**     By: *(signature)*
                                   **Vincent P. Socci**
                                   Print Name: