1

**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and*
*Counterclaimant Skyryse, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>              Plaintiff,<br><br>       v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>              Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DECLARATION OF KELLEY STOREY IN SUPPORT OF SKYRYSE'S MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI** |
| SKYRYSE, INC.,<br><br>              Counterclaimant,<br><br>       v<br><br>MOOG INC.,<br><br>              Counterclaim-Defendant. | Discovery Cut-Off: April 12, 2024<br>Pre-Trial Conference: August 12, 2024; 8:30 a.m.<br>Trial: August 27, 2024<br><br>Hearing:  June 28, 2023<br>Time:      8:30 a.m.<br>Judge:     Hon. Margo A. Rocconi<br>Location: Courtroom 790, 7th Floor |

I, Kelley Storey, hereby declare and state as follows:

1.      I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify to all facts set forth herein. I provide this declaration in support of Skyryse's Portions of the Joint Stipulation re: Defendants' Motion to Enforce Order Compelling Trade Secret Identification.

2.      Attached hereto as Exhibit A is a true and correct copy of the parties' correspondence regarding the disclosure of information designated as confidential by Moog under the protective order to Vincent Socci.

3.      The parties participated in discussions regarding the disclosure of confidential materials to V. Socci from March 2 to March 30, 2023, and attempted to resolve this dispute.

4.      On March 14, 2023, the parties met and conferred to discuss Moog's position that there is a significant risk of harm if materials Moog designated under the protective order are disclosed to Socci, after which the parties were still at an impasse.

5.      Attached hereto as Exhibit B is a true and correct copy of the parties' correspondence with the Court regarding this dispute.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 25, 2023 in Washington, District of Columbia.

Kelley Storey

STOREY DECL. ISO SKYRYSE'S MOTION TO OVERRULE
MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF
CONFIDENTIAL INFORMATION TO VINCENT SOCCI