**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
 *doug.lumish@lw.com*
Gabriel S. Gross (SBN 254672)
 *gabe.gross@lw.com*
Arman Zahoory (SBN 306421)
 *arman.zahoory@lw.com*
Rachel S. Horn (SBN 335737)
 *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI** <br><br> Hearing: June 28, 2023 <br> Time: 8:30 a.m. <br> Judge: Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CASE NO. 2:22-cv-09094-GW-MAR

[PROPOSED] ORDER GRANTING DEFENDANTS' MOT. TO OVERRULE MOOG'S OBJ TO SKYRYSE DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI

| | |
|---|---|
| 1 | Joseph H. Lee (SBN 248046) |
| 2 | Ryan Banks (SBN 318171) |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626 |
| | Telephone: (714) 540-1235 |
| 4 | Facsimile: (714) 755-8290 |
| | Email: joseph.lee@lw.com |
| 5 | ryan.banks@lw.com |
| 6 | |
| | Russell Mangas (Admitted *Pro Hac Vice*) |
| 7 | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, Illinois 60611 |
| 8 | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| 9 | Email: russell.mangas@lw.com |
| 10 | |
| | Julianne C. Osborne (SBN 342870) |
| 11 | Alexa Solimano (SBN 335740) |
| | 505 Montgomery Street, Suite 2000 |
| 12 | San Francisco, California 94111 |
| | Telephone: (415) 391-0600 |
| 13 | Facsimile: (415) 395-8095 |
| | Email: julianne.osborne@lw.com |
| 14 | alexa.solimano@lw.com |
| 15 | |
| 16 | Kelley M. Storey (Admitted *Pro Hac Vice*) |
| | 555 Eleventh Street NW, Suite 1000 |
| 17 | Washington, D.C. 20004 |
| | Telephone: (202) 637-2200 |
| 18 | Facsimile: (202) 637-2201 |
| | Email: kelley.storey@lw.com |
| 19 | |
| 20 | Cassandra M. Baloga (Admitted *Pro Hac Vice*) |
| | 1271 Avenue of the Americas |
| 21 | New York, New York 10020 |
| | Telephone: (212) 906-1200 |
| 22 | Facsimile: (212) 751-4864 |
| | Email: cassandra.baloga@lw.com |
| 23 | |
| 24 | *Attorneys for Defendant and Counterclaimant, Skyryse, Inc* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOT. TO OVERRULE MOOG'S OBJ TO SKYRYSE DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI

Having considered Defendants' Motion to Overrule Moog's Objection to Skyryse's Disclosure of Confidential Information to Vincent Socci, and all briefing, evidence, and arguments of counsel from all parties, and good cause appearing therefor, the Court hereby **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             Hon. Margo A. Rocconi
                                             United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOT. TO OVERRULE MOOG'S OBJ TO SKYRYSE DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI