**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **PROOF OF SERVICE** <br><br> Hon. Margo A. Rocconi |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | |

## PROOF OF SERVICE

I am employed in New York, NY, I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020.

On **June 7, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI**

- **UNREDACTED COPY OF DECLARATION OF KEITH PIERONI IN SUPPORT OF MOOG'S OBJECTION TO VINCENT SOCCI**

- **UNREDACTED COPIES OF EXHIBITS A-C TO THE DECLARATION OF KEITH PIERONI IN SUPPORT OF MOOG'S OBJECTION TO VINCENT SOCCI**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **June 7, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on **June 7, 2023,** at New York, New York.

_Cassie Baloga_
**Cassandra Baloga**

# SERVICE LIST
United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>Sheppard Mullin Richter and Hampton LLP<br>333 South Hope Street 43rd Floor<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 200<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |
| **Rachel L. Fiset**<br>**Scott D. Tenley**<br>**Ben Heller**<br>Zweiback, Fiset & Zalduendo LLP<br>315 W. 9th Street, Suite 1200 | Attorneys for Defendants Robert Alin Pilkington and Misook Kim |

| | |
|---|---|
| Los Angeles, CA 90015<br>213-266-5170<br>Fax: 213-289-4025<br>Email: rachel.fiset@zfzlaw.com<br> scott.tenley@zfzlaw.com<br> ben.heller@zfzlaw.com<br><br>**Grant B. Gelberg**<br>**Catherine H. Thompson**<br>**Alyssa L. Titche**<br>**Kevin H. Scott**<br>Halpern May Ybarra Gelberg LLP<br>550 S. Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>213-402-1900<br>Fax: 213-402-1901<br>Email: grant.gelberg@halpernmay.com<br> catherine.thompson@halpernmay.com<br> alyssa.titche@halpernmay.com<br> kevin.scott@halpernmay.com | |