UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:22-CV-09094-GW (MAR)                          Date: June 7, 2023

Title   Moog, Inc. v. Skyryse, Inc. et al

Present: The Honorable:  Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | CS 06/07/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi | Gabriel S. Gross |
| Lai L. Yip | Rachel S. Horn |

**Proceedings:**   MOTION FOR ORDER FOR ENFORCEMENT OF ORDER COMPELLING TRADE SECRET IDENTIFICATION (ECF 474)

Case called. Counsel state their appearances for the record. The Court hears oral argument from counsel. The matter is taken under submission.

                                                  **Initials of Preparer**   1.30 / vv