1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| --- | --- |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT SKYRYSE, INC.'S APPLICATION FOR LEAVE TO LODGE UNDER SEAL CERTAIN PORTIONS OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI AND ACCOMPANYING DECLARATIONS AND EXHIBITS |
| v | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | |
| v | Hon. Margo A. Rocconi |
| MOOG INC., | |
| Counterclaim-Defendant. | |

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to Lodge Under Seal Joint Stipulation Re: Defendants' Motion to Overrule Moog's Objection to Skyryse's Disclosure of Confidential Information to Vincent Socci, and accompanying declarations and exhibits and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be lodged and remain lodged under seal for 4 days following the filing of the Application:

| Document | Designating Party | Ruling |
| --- | --- | --- |
| Highlighted portions of Joint Stipulation Re: Defendants' Motion to Overrule Moog's Objection to Skyryse's Disclosure of Confidential Information to Vincent Socci at pages: 18-20, 23, 25-26, 28 | Moog | Provisionally lodged under seal. |
| Highlighted portions of Declaration of Keith Pieroni at pages: 3-6 | Moog | Provisionally lodged under seal. |
| Exhibits A, B, and C to Declaration of Keith Pieroni | Moog | Provisionally lodged under seal. |

**IT IS SO ORDERED.**

Dated: June 8, 2023

Hon. Margo A. Rocconi
United States Magistrate Judge