1  **LATHAM & WATKINS LLP**
2  Douglas E. Lumish (SBN 183863)
    doug.lumish@lw.com
3  Gabriel S. Gross (SBN 254672)
    gabe.gross@lw.com
4
   Arman Zahoory (SBN 306421)
5   arman.zahoory@lw.com
   Rachel S. Horn (SBN 335737)
6   rachel.horn@lw.com
7  140 Scott Drive
   Menlo Park, California 94025
8  Telephone: (650) 328-4600
9  Facsimile: (650) 463-2600

10
   *Attorneys for Defendant and*
11 *Counterclaimant Skyryse, Inc.*

12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**
14

15 | | |
|---|---|
| MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| Plaintiff, | |
| v | **DEFENDANTS' NOTICE OF LODGING OF SLIDES PRESENTED AT HEARING ON SKYRYSE'S MOTION TO ENFORCE ORDER COMPELLING TRADE SECRET IDENTIFICATION** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |
| SKYRYSE, INC., | |
| Counterclaimant, | Judge: Hon. Margo A. Rocconi |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

**TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant and Counterclaimant Skyryse, Inc. hereby lodges with the Court a true and accurate copy of the slides Skyryse's counsel presented at the hearing on Skyryse's Motion to Enforce Order Compelling Trade Secret Identification held on June 7, 2023.

Dated: June 8, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By */s/ Gabriel S. Gross*
　　Douglas E. Lumish (SBN 183863)
　　Gabriel S. Gross (SBN 254672)
　　Arman Zahoory (SBN 306421)
　　Rachel S. Horn (SBN 335737)
　　Menlo Park, California 94025
　　Telephone: (650) 328-4600
　　Facsimile: (650) 463-2600
　　Email: doug.lumish@lw.com
　　gabe.gross@lw.com
　　arman.zahoory@lw.com
　　rachel.horn@lw.com

　　Joseph H. Lee (SBN 248046)
　　Ryan Banks (SBN 318171)
　　650 Town Center Drive, 20th Floor
　　Costa Mesa, California 92626
　　Telephone: (714) 540-1235
　　Facsimile: (714) 755-8290
　　Email: joseph.lee@lw.com
　　ryan.banks@lw.com

　　Julianne C. Osborne (SBN 342870)
　　Alexa Solimano (SBN 335740)
　　505 Montgomery Street, Suite 2000
　　San Francisco, California 94111
　　Telephone: (415) 391-0600
　　Facsimile: (415) 395-8095

| | |
|---|---|
| 1 | Email: julianne.osborne@lw.com |
| 2 | alexa.solimano@lw.com |
| 3 | Kelley M. Storey |
| 4 | (Admitted *Pro Hac Vice*) |
| 5 | 555 Eleventh Street NW, Suite 1000 |
| | Washington, D.C. 20004 |
| 6 | Telephone: (202) 637-2200 |
| 7 | Facsimile: (202) 637-2201 |
| | Email: kelley.storey@lw.com |
| 8 | Cassandra M. Baloga |
| 9 | (Admitted *Pro Hac Vice)* |
| | 1271 Avenue of the Americas |
| 10 | New York, New York 10020 |
| 11 | Telephone: (212) 906-1200 |
| | Facsimile: (212) 751-4864 |
| 12 | Email: cassandra.baloga@lw.com |
| 13 | |
| 14 | Russell Mangas |
| | (*Admitted Pro Hac Vice*) |
| 15 | 330 North Wabash Avenue, |
| | Suite 2800 |
| 16 | Chicago, IL 60611 |
| 17 | Telephone: (312) 876-7700 |
| | Facsimile: (312) 993-9767 |
| 18 | Email: russell.mangas@lw.com |
| 19 | |
| 20 | *Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |