# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC <br><br> Plaintiff(s), <br><br> v. <br><br> SKYRYSE, INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:22–cv–09094–GW–MAR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/6/2023

Document No.:   517

Title of Document:   NOTICE OF MOTION AND MOTION for Order for Overruling Moogs Objection to Skyryses Disclosure of Confidential Information to Vincent Socci

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

Date, time, and location in caption does not match the information found in the body of the motion.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 9, 2023          By:  /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.