**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS NOTICE OF LODGING OF SLIDES PRESENTED AT JUNE 7, 2023 HEARING** |

SMRH:4890-1103-5753

| | |
|---|---|
| SKYRYSE, INC.,<br>    Counterclaimant,<br>vs.<br>MOOG INC.,<br>    Counter-Defendant. | Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Margo A. Rocconi |

SMRH:4890-1103-5753

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal portions of its Notice of Lodging of Slides Presented at June 7, 2023 Hearing on Skyryse's Motion to Enforce Order Compelling Trade Secret Identification (the "Designated Materials").

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include portions of documents that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89). Specifically, the Designated Materials contain pictures and excerpts from Moog's Trade Secret Identification, served on February 21, 2023 and designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL & EXPERTS' EYES ONLY" under the Protective Order. The material that Moog requests to file under seal is the type of information that Moog does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Moog's competitors to secure unfair competitive advantage and cause irreparable business harm.

Specifically, Moog seeks to file the following Designated Materials under seal: highlighted portions of slides 4, 6, and 7 from the slide presentation attached as Exhibit A to the Notice of Lodging of Slides Presented at June 7, 2023 Hearing on Skyryse's Motion to Enforce Order Compelling Trade Secret Identification.

This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

| | |
|---|---|
| 1   Dated:  June 12, 2023 | |
| 2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 4 | By  _/s/ Kazim Naqvi_ |
|   |       Kazim Naqvi |
| 6 | Attorney for Plaintiff and Counter-Defendant MOOG INC. |

-2-

SMRH:4890-1103-5753