**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant
Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS NOTICE OF LODGING OF SLIDES PRESENTED AT JUNE 7, 2023 HEARING** |

SMRH:4872-2209-9561

| | |
|---|---|
| SKYRYSE, INC., <br>    Counterclaimant, <br>  vs. <br> MOOG INC., <br>    Counter-Defendant. | Judge: Hon. George H. Wu <br> Magistrate Judge: Hon. Margo A. Rocconi |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:4872-2209-9561

The Court, having considered Plaintiff and Counter-Defendant Moog Inc.'s Application for Leave to File Documents Under Seal Designated Materials From its Notice of Lodging of Slides Presented at June 7, 2023 Hearing, and all evidence and argument in support and opposing it, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following materials identified in Moog's Application be filed under seal:

| MATERIAL | DESIGNATING PARTY | RULING |
| --- | --- | --- |
| Highlighted portions of slides 4, 6, and 7 from the slide presentation attached as Exhibit A to the Notice of Lodging of Slides Presented at June 7, 2023 Hearing | Moog | Sealed |

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
The Honorable Margo A. Rocconi
United States Magistrate Judge

SMRH:4872-2209-9561