**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF MOOG INC.'S NOTICE OF LODGING OF SLIDES PRESENTED AT JUNE 7, 2023 HEARING** |

SMRH:4863-0709-0281

| | |
|---|---|
| SKYRYSE, INC.,<br>   Counterclaimant,<br> vs.<br>MOOG INC.,<br>   Counter-Defendant. | Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Margo A. Rocconi |

SMRH:4863-0709-0281

| | |
|---|---|
| 1 | **TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES** |
| 2 | **AND THEIR ATTORNEYS OF RECORD:** |
| 3 | **PLEASE TAKE NOTICE** that Plaintiff and Counter-Defendant Moog Inc. |
| 4 | hereby lodges with the Court a true and accurate copy of the slides Moog's counsel |
| 5 | presented at the hearing on Skyryse's Motion to Enforce Order Compelling Trade |
| 6 | Secret Identification held on June 7, 2023, attached to this Notice as Exhibit A. |
| 7 | |
| 8 | Dated: June 12, 2023 |
| 9 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 10 | |
| 11 | By    */s/ Kazim Naqvi* |
| 12 |         Kazim Naqvi |
| 13 | Attorney for Plaintiff and Counter-Defendant |
| 14 | MOOG INC. |

-1-

SMRH:4863-0709-0281