# EXHIBIT A

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Sheppard**Mullin

# Moog's Trade Secret Identification is Sufficient Under the Transferor Court's Order and the Law Governing Early Discovery Identification of Trade Secrets

This document contains technical data as defined in the International Traffic in Arms Regulations "ITAR" at 22 CFR § 120.10. Such technical data may not be exported, disclosed, or transferred to any foreign person, as defined in the ITAR at 22 CFR § 120.16, without first complying with all the requirements of the ITAR (22 CFR § 120-130) including those for obtaining a specific export authority. Diversion contrary to U.S. law is prohibited

Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

**Sheppard**Mullin

# Skyryse itself conceded that Moog is not required to identify source code line-by-line

Case 2:22-cv-09094-GW-MAR   Document 194   Filed 07/12/22   Page 13 of 15   Page ID #:3679

Moog also argues that providing a narrative response "would require Moog to list each and every line of code from the tens of thousands of source code files." (Opp. at 4.) Interrogatory No. 1 requires no such thing. It asks Moog to identify its trade secrets, not "every single line of non-public source code." (*Id*. at 10.) Moog cannot seriously contend that "each and every line" of its

Citation from Skyryse's Reply in Support of its Motion to Compel before Judge McCarthy

Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

**Sheppard**Mullin

## *WeRide Corp. v. Kun Huang*
## 379 F. Supp. 3d 834 (N.D. Cal. 2019)

- The defendant, like Skyryse, argued that "when the alleged trade secret is source code, the plaintiff must identify the specific code."  The court held that  "this argument is wrong on the law."  *Id*. at 846.

- "WeRide is not required to identify the specific source code to meet the reasonable particularity standard."  *Id*.

- The court found the identification sufficient where "WeRide describes the functionality of each trade secret" and "names numerous files in its code base . . . that reflect the source code specific to each trade secret."

Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

**Sheppard**Mullin

# *WeRide Corp. v. Kun Huang*
# 379 F. Supp. 3d 834 (N.D. Cal. 2019)

### WeRide's Trade Secret Identification
(Naqvi Decl. Ex. 2)

### Moog's Non-CUI Trade Secret Identification
(Storey Decl. Ex. D)





While WeRide's description for Trade Secret 9 is fully redacted in the publicly available identification, its narrative description is less than six lines, followed by a list of file names

Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

4

**Sheppard**Mullin

# *WeRide Corp. v. Kun Huang*
# 379 F. Supp. 3d 834 (N.D. Cal. 2019)

The most descriptive of Moog's identifications are of substantially more detail than WeRide's most descriptive identifications.

## WeRide's Trade Secret Identification: Trade Secret 1 (Naqvi Decl. Ex. 2)

9    **Trade Section 1: WeRide's Implementation of Sensor Fusion-Based Localization.** As
10   described above, a key component of "perception" is "localization," which means that the autonomous
11   vehicle must know where it is currently located. The autonomous vehicle's computer accomplishes
12   localization (i.e. determines the vehicle's current location) by examining inputs from various sensors
13   installed on the vehicle. ████████████████████████
14   Certain sensors may be less reliable in certain circumstances (i.e. cameras may be less reliable in the
15   dark), while other sensors may provide limited information based on how they are mounted on the
16   vehicle (i.e. a radar mounted on the front of the vehicle will provide different information than a radar
17   mounted on the side of the vehicle). Making sense of the mixture of inputs from these various
18   sensors, and accounting for the sensors' locations, strengths, and weaknesses, is a process referred to
19   as "sensor-fusion" (because the inputs are "fused" together into a single data stream).
20        Sensor-fusion is a necessary component of localization, because the vehicle must fuse the data
21   from its various sensors in order to determine its current location. However, individual
22   implementations of sensor-fusion, if derived independently, should differ between autonomous car
23   developers, because sensor-fusion is based on multiple, independent choices. For example there is no
24
1    single required set of sensors that must be used—different developers may choose to use cameras and
2    radar and LIDAR, or just cameras and LIDAR, or even just LIDAR, and the developer's
3    implementation of sensor fusion will be based on this choice of sensors. Likewise, even after sensors
4    are chosen, the brand and configuration of sensors—more choices made by the developer—also
5    determines the kinds of data collected, and again will impact sensor-fusion. Finally, even if

6    developers (improbably) independently elected to use identical sensors configured in an identical
7    manner, the sensor-fusion code should still differ according to the goals of the autonomous vehicle
8    developer and the overall design of the autonomous vehicle program; for example, different prediction
9    modules (which exists separately from the sensor-fusion code) will respond differently to the same
10   sensor-fusion code, and thus differences in the overall code base should be reflected in differences in
11   the sensor-fusion code (again, unless the entire code base was stolen wholesale).
12        WeRide is not—and does not claim to be—the inventor of the concepts of localization or
13   sensor-fusion. However, WeRide is the creator of—and claims as a trade secret—the unique
14   implementation of sensor fusion localization found in WeRide's code, and used in WeRide's
15   autonomous vehicles, which is comprised of ████████████████████████████
16   ████████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████████
18   ████████████████████████████
19        The code WeRide created to accomplish its unique implementation of sensor-fusion
20   localization was developed using (i) the specific sensors that WeRide has chosen to mount on its
21   autonomous vehicles, as well as the configuration of those sensors, and (ii) the data generated by
22   WeRide's extensive autonomous vehicle testing, using a fleet of over 20 cars over a period of many
23   months. Based on its own proprietary data and experimentation, WeRide has developed unique code
24   to fuse the data from the sensors on its autonomous vehicles. This code is reflected in the following
25   files that can be found in WeRide's code base:
26   ■ ████████████████████████████████████████████████

**Sheppard**Mullin

## Moog's Non-CUI Trade Secret Identification: Trade Secret 7 (Excerpts)
(Storey Decl. Ex. D)



Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

6

**Sheppard**Mullin

## Moog's Non-CUI Trade Secret Identification: Trade Secret 8 (Excerpts)
### (Storey Decl. Ex. D)

WeRide's most detailed identification contains less than two pages of narrative description before listing file names. Moog's detailed identifications contain much more detail, subcategories, and files specifically keyed to each category or subcategory.

Contains Technical Data as Defined in the ITAR and Subject to Legend on Cover Page

7