**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI** <br><br> Discovery Cut-Off: April 12, 2024 <br> Pre-Trial Conference: August 12, 2024; 8:30 a.m. <br> Trial: August 27, 2024 <br><br> Hearing:  June 28, 2023 <br> Time:      11:00 a.m. <br> Judge:    Hon. Margo A. Rocconi <br> Location: Courtroom 790, 7th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
TO OVERRULE MOOG'S OBJ. TO SKYRYSE'S
DISCOSURE OF CONF INFO TO VINCENT SOCCI

**TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 11:00 a.m. on June 28, 2023, or as soon thereafter as the matter may be heard before the Honorable Judge Margo A. Rocconi in Courtroom 790 of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Defendant and Counterclaimant Skyryse, Inc. will and hereby does move for an order overruling Moog's objection to, and thus permitting, Skyryse's disclosure of information Moog has designated as confidential under the protective order to Skyryse's expert, Vincent Socci.

Pursuant to Local Civil Rule 37-1, the parties conducted a conference of counsel on March 14, 2023. After the parties determined they had reached impasse, pursuant to the Honorable Judge Rocconi's discovery motion procedures, Skyryse emailed the courtroom deputy on March 30, 2023, seeking a telephone conference with the Court. On April 18, 2023, the courtroom deputy emailed the parties instructing that Skyryse may file this motion without a telephonic conference.

This motion is based on this notice of motion and Skyryse's portion of the accompanying Joint Stipulation, the accompanying Declaration of Kelley M. Storey and its exhibits, the records and papers on file in this action, any material of which this Court takes judicial notice, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
TO OVERRULE MOOG'S OBJ. TO SKYRYSE'S
DISCOSURE OF CONF INFO TO VINCENT SOCCI

| | | |
|---|---|---|
| 1 | Dated: June 14, 2023 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By */s/ Gabriel S. Gross* |
| 4 | | Douglas E. Lumish (SBN 183863) |
| 5 | | Gabriel S. Gross (SBN 254672) |
| | | Arman Zahoory (SBN 306421) |
| 6 | | Rachel S. Horn (SBN 335737) |
| 7 | | Menlo Park, California 94025 |
| | | Telephone: (650) 328-4600 |
| 8 | | Facsimile: (650) 463-2600 |
| 9 | | Email: doug.lumish@lw.com |
| | | gabe.gross@lw.com |
| 10 | | arman.zahoory@lw.com |
| | | rachel.horn@lw.com |
| 11 | | |
| 12 | | Joseph H. Lee (SBN 248046) |
| | | Ryan Banks (SBN 318171) |
| 13 | | 650 Town Center Drive, 20th Floor |
| 14 | | Costa Mesa, California 92626 |
| | | Telephone: (714) 540-1235 |
| 15 | | Facsimile: (714) 755-8290 |
| 16 | | Email: joseph.lee@lw.com |
| | | ryan.banks@lw.com |
| 17 | | |
| 18 | | Julianne C. Osborne (SBN 342870) |
| | | Alexa Solimano (SBN 335740) |
| 19 | | 505 Montgomery Street, Suite 2000 |
| 20 | | San Francisco, California 94111 |
| | | Telephone: (415) 391-0600 |
| 21 | | Facsimile: (415) 395-8095 |
| 22 | | Email: julianne.osborne@lw.com |
| | | alexa.solimano@lw.com |
| 23 | | |
| 24 | | Kelley M. Storey |
| | | (Admitted *Pro Hac Vice*) |
| 25 | | 555 Eleventh Street NW, Suite 1000 |
| 26 | | Washington, D.C. 20004 |
| | | Telephone: (202) 637-2200 |
| 27 | | Facsimile: (202) 637-2201 |
| 28 | | Email: kelley.storey@lw.com |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
TO OVERRULE MOOG'S OBJ. TO SKYRYSE'S
DISCOSURE OF CONF INFO TO VINCENT SOCCI

| | |
|---|---|
| 1 | Cassandra M. Baloga |
| 2 | (Admitted *Pro Hac Vice)* |
| 3 | 1271 Avenue of the Americas |
|   | New York, New York 10020 |
| 4 | Telephone: (212) 906-1200 |
|   | Facsimile: (212) 751-4864 |
| 5 | Email: cassandra.baloga@lw.com |
| 6 | |
| 7 | Russell Mangas |
|   | (*Admitted Pro Hac Vice*) |
| 8 | 330 North Wabash Avenue, |
|   | Suite 2800 |
| 9 | Chicago, IL 60611 |
| 10 | Telephone: (312) 876-7700 |
|    | Facsimile: (312) 993-9767 |
| 11 | Email: russell.mangas@lw.com |
| 12 | |
| 13 | *Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION
TO OVERRULE MOOG'S OBJ. TO SKYRYSE'S
DISCOSURE OF CONF INFO TO VINCENT SOCCI