# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-9094-GW-MARx | Date | June 15, 2023 |
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi<br>Rena Andoh | Gabriel S. Gross<br>Rachel S. Horn<br>Russell Mangas |

**PROCEEDINGS:** **PLAINTIFF MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION [400]**

The Court's Tentative Ruling on Plaintiff's Motion [400] was issued on June 13, 2023 [532]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is continued to June 29, 2023 at 8:30 a.m. The parties will have until June 22, 2023 to file a joint document regarding outstanding issues that need to be resolved by the Court.

| | : | 50 |
|---|---|---|
| | Initials of Preparer | JG |