UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| 1a. Contact Person for this Order | Shirley L. James | 2a. Contact Phone Number | 310.228.6142 | 3a. Contact E-mail Address | SlJames@sheppardmullin.com |
| 1b. Attorney Name (if different) | Kazim Naqvi | 2b. Attorney Phone Number | 424.288.5336 | 3b. Attorney E-mail Address | knaqvi@sheppardmullin.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

| 5. Name & Role of Party Represented | Plaintiff and Counter-Defendant, Moog Inc. |
| 6. Case Name | Moog Inc. v. Skyryse, Inc., et al. |
| 7a. District Court Case Number | cv-22-9094-GW-MAR | 7b. Appeals Court Case Number |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form):*

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR:    ☐ Appeal   ☒ Non-Appeal    |    ☐ Criminal   ☒ Civil    |    ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

10. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) REQUESTED *(Specify portion(s) and date(s) of proceedings(s) for which transcript is requested, format(s), and delivery type):*

| HEARING DATE | Minute Order Docket (if available) | JUDGE | PROCEEDING TYPE / PORTION *(If requesting, less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.)* | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)* | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 06/15/2023 | 538 | George Wu | Plt Moog Mtn to Enforce Compliance w/3-11-22 Stip TRO | ● | ○ | ○ | ○ | ○ | ● | ● | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: *Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Plaintiff's require the transcript to comply with Judge Wu's order to file a joint scheduling report and provide the trade secret identifications to Defendants.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

| Date | June 15, 2023 | Signature | /s/ Kasim A. Naqvi |

G-120 (06/18)