# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Hannah Kim | 2a. Contact Phone Number: 714.755.8043 | 3a. Contact E-mail Address: hannah.kim@lw.com |
| 1b. Attorney Name (if different): Arman Zahoory | 2b. Attorney Phone Number: 650.470.4985 | 3b. Attorney E-mail Address: arman.zahoory@lw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

**5. Name & Role of Party Represented:** Defendant and Counterclaimant Skyryse, Inc.

**6. Case Name:** Moog Inc. v. Skyryse, Inc. et al.

**7a. District Court Case Number:** 2:22-cv-09094-GW-MAR

**7b. Appeals Court Case Number:** N/A

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:**
[ ] Appeal   [X] Non-Appeal   [ ] Criminal   [X] Civil   [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/07/2023 | 520 | MAR | Motion for Order for Enforcement of Order Compelling Trade Secret Identification | ● | ● | ○ | ○ | ○ | ○ | ● _____ | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 27, 2023     Signature: /s/ Arman Zahoory

G-120 (06/18)