UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:22-CV-09094-GW (MAR)                              Date: June 28, 2023

Title  Moog, Inc. v. Skyryse, Inc. et al

Present: The Honorable: Margo A. Rocconi, United States Magistrate Judge

| Valerie Velasco | CS 06/28/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Rena Andoh | Gabriel S. Gross |
| Michael K. Heins | |

**Proceedings:**  **MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI (ECF 517)**

Case called. Counsel state their appearances for the record. The Court hears oral argument from counsel. The matter is taken under submission.

.50

**Initials of Preparer**   vv