**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>Plaintiff,<br><br>v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>Defendants.<br><br>SKYRYSE, INC.,<br><br>Counterclaimant,<br><br>v<br><br>MOOG INC.,<br><br>Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S NON-DISPOSITIVE ORDER (DKT. 534)**<br><br>Discovery Cut-Off: April 12, 2024<br>Trial: August 27, 2024<br><br>Hearing: August 24, 2023<br>Time:    8:30 a.m.<br>Judge:   Hon. George H. Wu<br>Location: Ctrm. 9-D |

**TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 8:30 a.m. on August 24, 2023, or as soon thereafter as the matter may be heard before the Honorable George H. Wu in Courtroom 9-D of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, California, 90012, Defendant and Counterclaimant Skyryse, Inc. will and hereby does move for review and reconsideration of Magistrate Judge Rocconi's order (Dkt. 534, the "Order") denying in part Skyryse's motion to enforce the transferor court's order compelling Plaintiff Moog Inc. to provide a specific, particularized trade secret identification (Dkt. 205).

Skyryse objects to the Order under Rule 72(a) of the Federal Rules of Civil Procedure on the ground that it is contrary to law and clearly erroneous. Magistrate Judge Rocconi incorrectly concluded that, where Moog alleges misappropriation of source code trade secrets, the transferor court's order did not require Moog to identify the specific lines of code or programs it claims to be its trade secrets. This is contrary to the Order's express instruction that when "the plaintiff alleges misappropriation of source code, it should identify the specific lines of code or programs claimed to be secret." (Dkt. 205 at 4.) As a result, the Order erroneously ruled that Moog's CUI Trade Secret no. 1 and non-CUI Trade Secrets nos. 1-8, which do not identify source code by line, were identified with sufficient particularity. This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the records and papers on file in this action, any material of which this Court takes judicial notice, and such other written or oral argument as may be presented at or before the time this Motion is taken under submission by the Court.

This Motion is made pursuant to Local Rule 72-2.1, which directs motions for review of a magistrate judge's order to be filed within 14 days of service of the written ruling. This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on June 21, 2023.

Dated: June 28, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*

>Douglas E. Lumish (SBN 183863)
>Gabriel S. Gross (SBN 254672)
>Arman Zahoory (SBN 306421)
>Rachel S. Horn (SBN 335737)
>Menlo Park, California 94025
>Telephone: (650) 328-4600
>Facsimile: (650) 463-2600
>Email: doug.lumish@lw.com
>gabe.gross@lw.com
>arman.zahoory@lw.com
>rachel.horn@lw.com
>
>Joseph H. Lee (SBN 248046)
>Ryan Banks (SBN 318171)
>650 Town Center Drive, 20th Floor
>Costa Mesa, California 92626
>Telephone: (714) 540-1235
>Facsimile: (714) 755-8290
>Email: joseph.lee@lw.com
>ryan.banks@lw.com
>
>Russell Mangas (Admitted *Pro Hac Vice*)
>330 North Wabash Avenue, Suite 2800
>Chicago, Illinois 60611
>Telephone: (312) 876-7700
>Facsimile: (312) 993-9767
>Email: russell.mangas@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SKYRYSE'S NOTICE OF MOTION &
MOTION FOR REVIEW OF
NON-DISPOSITIVE ORDER (DKT. 534)

Julianne C. Osborne (SBN 342870)
Alexa L. Solimano (SBN 335740)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: julianne.osborne@lw.com
alexa.solimano@lw.com

Kelley M. Storey (Admitted *Pro Hac Vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: kelley.storey@lw.com

Cassandra M. Baloga (Admitted *Pro Hac Vice)*
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: cassandra.baloga@lw.com

*Attorneys for Defendant and Counter-claimant, Skyryse, Inc.*