**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on next page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S NON-DISPOSITIVE ORDER (DKT. 534)** <br><br> Discovery Cut-Off: April 12, 2024 <br> Trial: August 27, 2024 <br><br> Hearing: August 24, 2023 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Location: Ctrm. 9-D |

| | |
|---|---|
| 1 | Joseph H. Lee (SBN 248046) |
| 2 | Ryan Banks (SBN 318171) |
|   | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626 |
|   | Telephone: (714) 540-1235 |
| 4 | Facsimile: (714) 755-8290 |
|   | Email: joseph.lee@lw.com |
| 5 | ryan.banks@lw.com |
| 6 | |
|   | Russell Mangas (Admitted *Pro Hac Vice*) |
| 7 | 330 North Wabash Avenue, Suite 2800 |
|   | Chicago, Illinois 60611 |
| 8 | Telephone: (312) 876-7700 |
|   | Facsimile: (312) 993-9767 |
| 9 | Email: russell.mangas@lw.com |
| 10 | |
|    | Julianne C. Osborne (SBN 342870) |
| 11 | Alexa Solimano (SBN 335740) |
|    | 505 Montgomery Street, Suite 2000 |
| 12 | San Francisco, California 94111 |
|    | Telephone: (415) 391-0600 |
| 13 | Facsimile: (415) 395-8095 |
|    | Email: julianne.osborne@lw.com |
| 14 | alexa.solimano@lw.com |
| 15 | |
|    | Kelley M. Storey (Admitted *Pro Hac Vice*) |
| 16 | 555 Eleventh Street NW, Suite 1000 |
|    | Washington, D.C. 20004 |
| 17 | Telephone: (202) 637-2200 |
|    | Facsimile: (202) 637-2201 |
| 18 | Email: kelley.storey@lw.com |
| 19 | |
|    | Cassandra M. Baloga (Admitted *Pro Hac Vice*) |
| 20 | 1271 Avenue of the Americas |
|    | New York, New York 10020 |
| 21 | Telephone: (212) 906-1200 |
|    | Facsimile: (212) 751-4864 |
| 22 | Email: cassandra.baloga@lw.com |
| 23 | |
| 24 | *Attorneys for Defendant and Counterclaimant, Skyryse, Inc.* |

Having considered Defendant and Counterclaimant Skyryse, Inc.'s Objections to and Motion for Review of Magistrate Judge's Non-Dispositive Order (Dkt. 534), and all briefing, evidence, and arguments of counsel from all parties, and good cause appearing therefor, the Court hereby **GRANTS** the Motion; **SUSTAINS** Skyryse's objection to Magistrate Judge Rocconi's Order (Dkt. 534); finds that Moog's trade secret identifications for CUI TSID no. 1 and non-CUI TSID nos. 1-8 fail to comply with the Court's order compelling a particularized trade secret identification (Dkt. 205); and **ORDERS** Plaintiff and Counterclaim-Defendant Moog Inc. to comply in full with that order (*id.*), including by identifying in its Amended TSID the specific lines in its source code or software programs that it alleges are its misappropriated trade secrets, for any such trade secrets it intends to assert in this action.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George H. Wu
United States District Judge