1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
 randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
 lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
 tanderson@sheppardmullin.com 12275
El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
 knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Moog Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MOOG INC.,<br><br>           Plaintiff,<br><br>                 v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>           Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**SUPPLEMENTAL FILING RE JOINT STIPULATION RE: DEFENDANTS' MOTION TO OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF** |
| --- | --- |

SUPPLEMENTAL FILING RE JOINT STIPULATION RE DEFS' MOTION TO OVER-
RULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL IN-
FORMATION TO VINCENT SOCCI

1  SKYRYSE, INC.,

2            Counterclaimant,

3            v

4  MOOG INC.,

5            Counterclaim-Defendant.

**CONFIDENTIAL INFORMATION TO VINCENT SOCCI**

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Discovery Cut-Off: April 12, 2024
Pre-Trial Conference: August 12, 2024
Trial: August 27, 2024

Hearing:   June 28, 2023
Time:        11:00 a.m.
Judge:      Hon. Margo A. Rocconi
Location: Courtroom 790, 7th Floor

        Pursuant to Magistrate Judge Rocconi's request during today's hearing to pro-
vide exemplars of agreements that its engineering employees and contractors signed
when working for Moog since the parties have not been able to locate the exact
agreements executed by Vincent Socci, Moog submits the following four agree-
ments.  Based on Moog's due diligence, these four types of agreements were in use
by Moog at the time Mr. Socci worked for Moog as a contractor from 2005-2009.

        Ex. A is sample Technical Services Agreement Moog used with contractors
working for Moog circa 2007.  Section  6B states "███████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████."  Section  10A states
that "█████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████."

SUPPLEMENTAL FILING RE JOINT STIPULATION RE DEFS' MOTION TO OVER-
RULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL IN-
FORMATION TO VINCENT SOCCI

1    Ex. B is Moog's External User Statement of Responsibilities referenced in

2    Section 4 of Ex. A.  Section 2.5 states: "█████████████████████████

3    ████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████

5    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████."

7    Ex. C is a sample NDA referenced in Section 2.11 of Ex. B.  Section  4 states

8    "█████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████

11   █████."  While Section 6 explains that the NDA lasts for 10 years, it also states

12   that all "██████████████████████████████████████" and

13   "███████████████████████████████████████████████████

14   █████."

15   Ex. D is a sample of Moog's Form of Employee Nondisclosure and Intellec-

16   tual Property Assignment Agreement circa 2009.  Section 1.2 states: "███████

17   ████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████

22   ████████████████████████████████████████."  Section 10, Sur-

23   vival, states that Sections 1-5 of the Agreement shall "████████████████

24   ████████████████████████████████████████████████████

25   ███."

26

27

28

Dated:  June 28, 2023

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By */s/ Kazim A. Naqvi*
Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

Rena Andoh (*pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Case No. 2:22-cv-09094-GW-MAR
SUPPLEMENTAL FILING RE JOINT STIPULATION RE DEFS' MOTION TO OVER-
RULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE OF CONFIDENTIAL IN-
FORMATION TO VINCENT SOCCI