1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
2 | A Limited Liability Partnership
Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
3 | randoh@sheppardmullin.com
30 Rockefeller Plaza
4 | New York, NY 10112
Telephone:  212.653.8700
5 | Facsimile:   212.653.8701

6 | LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
7 | Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
8 | Telephone:  415.434.9100
Facsimile:   415.434.3947

9 |
TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
10 | tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
11 | San Diego, CA 92130
Telephone:  858.720.8900
12 | Facsimile:   858.509.3691

13 | KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
14 | 1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
15 | Telephone:  310.228.3700
Facsimile:   310.228.3701

16 |
Attorneys for Plaintiff and
17 | Counter-Defendant, MOOG, INC.

18 | **UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA**

20 |

21 | MOOG, INC.,                            Case No. 2:22-cv-09094-GW-MAR

22 |            Plaintiff,                  *Honorable George H. Wu*

23 |       v.                              **PROOF OF SERVICE**

24 | SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and
25 | DOES NOS. 1-50,

26 |            Defendant.

27 | SKYRYSE, INC.,

28 |

-1-

1              Counter-Claimant,

2       v.

3 MOOG, INC.,

4              Counter-Defendant.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4855-3427-6973.1

1

## **PROOF OF SERVICE**

2

3    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

4

5    On **June 28, 2023**, I caused a true copy of the following document(s) described as:

6    1. **[SEALED] DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF**
7       **MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**
        **DESIGNATED MATERIALS FROM ITS SUPPLEMENTAL FILING**
8       **RE: JOINT STIPULATION RE: DEFENDANTS' MOTION TO**
        **OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE**
9       **OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI**

10
     2. **UNREDACTED COPY OF MOOG'S SUPPLEMENTAL FILING RE:**
11      **JOINT STIPULATION RE: DEFENDANTS' MOTION TO**
        **OVERRULE MOOG'S OBJECTION TO SKYRYSE'S DISCLOSURE**
12      **OF CONFIDENTIAL INFORMATION TO VINCENT SOCCI**

13
     3. **EXHIBITS A-D TO SUPPLEMENTAL FILING**
14

15   to be served in the following manner:

16                        ## **BY ELECTRONIC MAIL**

17   The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **June 28, 2023**:
18

19                        **SEE ATTACHED SERVICE LIST**

20   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
21

22   Executed on **June 28, 2023**, at Los Angeles, California.

23

24                                    /s/ *Kazim A. Naqvi*
                                      Kazim A. Naqvi
25

26

27

28

SMRH:4855-3427-6973.1                                    PROOF OF SERVICE

## SERVICE LIST

U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR

**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Phone:        650.328.4600
Fax:        650.463.2600
Douglas E. Lumish
Email:        doug.lumish@lw.com
Gabriel S. Gross
Email:        gabe.gross@lw.com
Joseph H, Lee
Email:        joseph.lee@lw.com
Arman Zahoory
Email:        arman.zahoory@lw.com
Ryan T. Banks
Email:        ryan.banks@lw.com
Kelley M. Storey
Email:        kelley.storey@lw.com
Cassandra M. Baloga
Email:        cassandra.baloga@lw.com
Julianna C. Osborne
Email:        julianne.bruaer@lw.com

*Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.*

**HODGSON RUSS LLP**
Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202
Phone:        716.848.1688
Fax:        716.849.0349
Robert J. Fluskey, Jr.
Email:    rfluskey@hodgsonruss.com

*Admitted Pro Hac Vice for Plaintiff, MOOG, INC.*

**HALPERN MAY YBARRA GELBERG LLP**

Grant B. Gelberg

Kevin H. Scott

Catherine H. Thompson

Alyssa L. Titche

550 South Hope Street, Suite 2330

Los Angeles, CA 90071

Phone: (213) 402-1900

Fax:    (213) 402-1901

Email:

grant.gelberg@halpernmay.com

Kevin.scott@halpernmay.com

Catherine.thompson@halpernmay.com

Alyssa.titche@halpernmay.com

*Attorneys for Defendant MISOOK KIM*

SMRH:4855-3427-6973.1

**ZWEIBACK FISET AND ZALDUENDO LLP**
Scott D. Tenley
Rachel L. Fiset
315 West 9th Street, Suite 1200
Los Angeles, CA 90015
Phone: (213) 266-5170
Fax:     (213) 289-4025
Email:   scott.tenly@zfzlaw.com
            Rachel.fiset@zfzlaw.com

*Attorneys for Defendant ROBERT ALIN PILKINGTON*

Case No. 2:22-cv-09094-GW-MAR
PROOF OF SERVICE

SMRH:4855-3427-6973.1