UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | June 29, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi<br>Rena Andoh<br>Lai L. Yip, by telephone | Gabriel S. Gross<br>Rachel S. Horn<br>Douglas E. Lumish, by telephone<br>Alyssa L. Titche, by telephone<br>Scott D. Tenley, by telephone |

**PROCEEDINGS:** **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT [490]**

The Court's Tentative Ruling on Plaintiff's Motion [490] was issued on June 28, 2023 [553]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is TAKEN UNDER SUBMISSION.

: 13

Initials of Preparer   JG