# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-9094-GW-MARx | Date | June 29, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi<br>Rena Andoh<br>Lai L. Yip, by telephone | Gabriel S. Gross<br>Rachel S. Horn<br>Douglas E. Lumish, by telephone<br>Alyssa L. Titche, by telephone<br>Scott D. Tenley, by telephone |

**PROCEEDINGS:** **PLAINTIFF MOOG INC.'S MOTION TO ENFORCE COMPLIANCE WITH THE MARCH 11, 2022 STIPULATED TRO (DKT. 25), AND FOR MONETARY AND ADVERSE INFERENCE SANCTIONS FOR CONTEMPT AND SPOLIATION [400]**

The Court's Tentative Ruling on Plaintiff's Motion [400] was issued on June 28, 2023 [552]. Oral argument is held. For reasons stated on the record, Plaintiff's Motion is TAKEN UNDER SUBMISSION.

|  | : | 25 |
|---|---|---|
|  | Initials of Preparer | JG |