# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Crystal Boyle | 2a. Contact Phone Number: 202.350.5037 | 3a. Contact E-mail Address: crystal.boyle@lw.com |
| 1b. Attorney Name (if different): Arman Zahoory | 2b. Attorney Phone Number: 650.470.4985 | 3b. Attorney E-mail Address: arman.zahoory@lw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

| | |
|---|---|
| 5. Name & Role of Party Represented | Defendant and Counterclaimant Skyryse, Inc. |
| 6. Case Name | Moog Inc. v. Skyryse, Inc. et al. |
| 7a. District Court Case Number | 2:22-cv-09094-GW-MAR |
| 7b. Appeals Court Case Number | N/A |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2023 | 561 | George Wu | Moog's Motion for Leave to Amend to File Amended Complaint [490] | ● | ● | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| 06/29/2023 | 562 | George Wu | Moog Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO [Dkt 25] and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation [400] | ● | ● | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 29, 2023   Signature: /s/ Arman Zahoory

G-120 (06/18)