# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Mary Tom-Hum |
| 2a. Contact Phone Number | 415-774-2916 |
| 3a. Contact E-mail Address | mtom-hum@sheppardmullin.com |
| 1b. Attorney Name (if different) | Kazim A. Naqvi |
| 2b. Attorney Phone Number | 310-228-3700 |
| 3b. Attorney E-mail Address | knaqvi@sheppardmullin.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Sheppard, Mullin, Richter & Hampton
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

**5. Name & Role of Party Represented:** Plaintiff and Counterdefendant Moog Inc.
**6. Case Name:** Moog Inc. v. Skyryse, Inc., et al.
**7a. District Court Case Number:** 2:22-cv-09094-GW-MAR
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/2023 | 561 | George Wu | Moog Motion for Leave to Amend to File Amended | ● | ● | ○ | ○ | ○ | ● | ● | DAILY (Next day) |
| 06/29/2023 | 562 | George Wu | Moog Motion to Enforce Compliance with March 11, 2022 Stipulated TRO (Dkt.25) and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation | ● | ● | ○ | ○ | ○ | ● | ● | DAILY (Next day) |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 30, 2023    Signature: /s/ Kazim A. Naqvi

G-120 (06/18)