UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-9094-GW-MARx | Date | July 3, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - FINAL RULING ON PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S MOTION FOR LEAVE TO AMEND TO FILE AMENDED COMPLAINT [490]

The Court's Tentative Ruling on Plaintiff and Counterdefendant Moog Inc.'s Motion [490] was issued on June 28, 2023 [553]. Oral argument was held on June 29, 2023. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is GRANTED. Plaintiff shall file an amended complaint by July 21, 2023. As delineated in the Tentative Ruling, Plaintiff is permitted to (1) add various substantive allegations, (2) remove the causes of action for misappropriation of trade secrets and tortious interference with prospective economic advantage, (3) add Kim as a defendant to the existing cause of action for aiding and abetting breach of fiduciary duty, (4) conform the existing cause of action for unfair competition such that it is asserted under California's Unfair Competition Law (Bus. & Prof. Code §§ 17200 et seq.), and (5) add causes of action for conversion and breach of the implied covenant of good faith and fair dealing. Defendant and Counterclaimant Skyryse, Inc. is not precluded from raising its same objections, which were previously raised in opposition to Moog's Motion [490], to Plaintiff's conversion and breach of the implied covenant of good faith and fair dealing claims in a motion to dismiss Plaintiff's forthcoming amended complaint.

|  | : |
|---|---|
| Initials of Preparer | JG |