| | |
|---|---|
| Rena Andoh (admitted *pro hac vice*)<br>randoh@sheppardmullin.com.com<br>**SHEPPARD, MULLIN, RICHTER &**<br>**HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br><br>Lai L. Yip (SBN 258029)<br>lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>Travis J. Anderson (SBN 265540)<br>tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br><br>Kazim A. Naqvi (SBN 300438)<br>knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700 | Douglas E. Lumish (SBN 183863)<br>doug.lumish@lw.com<br>Gabriel S. Gross (SBN 254672)<br>gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>arman.zahoory@lw.com<br>Rachel S. Horn (SBN 335737)<br>rachel.horn@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>Attorneys for Defendant and<br>Counterclaimant SKYRYSE, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>            Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION TO CONTINUE PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S DEADLINE TO FILE AMENDED TRADE SECRET IDENTIFICATION**<br><br>Complaint Filed:    March 7, 2022<br>Counterclaims Filed: January 30, 2023<br><br>District Judge:      Hon. George H. Wu<br>Magistrate Judge:    Hon. Margo A. Rocconi |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on February 21, 2023, Moog served its Trade Secret Identification (the "TSID"), filed with the Court at Dkts. 475-05, 475-06, and 475-09;

WHEREAS, on June 14, 2023, Magistrate Judge Rocconi issued an order granting-in-part and denying-in-part Skyryse's Motion to Enforce Order Compelling Trade Secret Identification (the "TSID Order"), through which Skyryse had challenged the sufficiency of Moog's TSID (Dkt. 534);

WHEREAS, the TSID Order requires: 1) Moog to serve an amended trade secret identification (the "Amended TSID") on or before July 14, 2023; 2) Skyryse to challenge the adequacy of Moog's Amended TSID on or before August 4, 2023; and 3) Moog to file on or before August 18, 2023 an opposition to Skyryse's challenge to the Amended TSID;

WHEREAS, on June 28, 2023, Skyryse filed with District Court Judge Wu objections to and a motion for review of certain aspects of Magistrate Judge Rocconi's TSID Order, with a hearing noticed for August 24, 2023 (the "Objections") (Dkt. 555);

WHEREAS, the Court's ruling on Skyryse's Objections to the TSID Order may impact the manner and timing in which Moog amends its TSID and in which Skyryse may challenge the sufficiency of an amended TSID;

WHEREAS, the Parties seek to conserve judicial and party resources, and to continue deadlines set by the TSID Order pending the Court's review of the TSID Order to avoid duplicative amendments and potential challenges to Moog's TSID;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. Moog's deadline to file its Amended TSID in response to the TSID Order is continued from July 14, 2023 as follows:

    a. if Judge Wu denies Skyryse's Objections, 7 days after Judge Wu rules on Skyryse's Objections;

    b. if Judge Wu sustains Skyryse's Objections, the date upon which Judge Wu or Judge Rocconi orders Moog to file its Amended TSID; or

    c. if Judge Wu sustains Skyryse's Objections but does not provide a date upon which Moog must file its Amended TSID, the Parties shall confer on a date for Moog to file its Amended TSID and if they are unable to reach a resolution, they shall file a joint request with the Court to set a deadline for Moog to file its Amended TSID.

2. Upon the filing of Moog's Amended TSID, the other procedures and deadlines in the TSID Order shall remain in effect (including in connection with any Skyryse challenge to Moog's Amended TSID, and Moog's opposition thereto).

**IT IS SO STIPULATED.**

Dated: July 7, 2023

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By: */s/ Kazim A. Naqvi*
            Kazim A. Naqvi
            Counsel for Plaintiff and Counterdefendant Moog Inc.

        LATHAM & WATKINS LLP

        By: */s/ Gabriel S. Gross*
            Gabriel S. Gross
            Counsel for Defendant and Counterclaimant Skyryse, Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: July 7, 2023        */s/ Kazim A. Naqvi*