1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13 | MOOG INC.,

14            Plaintiff,

15 v.

16 SKYRYSE, INC., ROBERT
ALIN PILKINGTON, MISOOK
17 KIM, and DOES NOS. 1-50,

18

19            Defendants.

Case No. 2:22-cv-09094-GW-MAR

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S DEADLINE TO FILE AMENDED TRADE SECRET IDENTIFICATION**

District Judge:    Hon. George H. Wu
Magistrate Judge:   Hon. Margo A.
                             Rocconi

20
21
22
23
24
25
26
27
28

1    The Court, having reviewed the stipulation submitted concurrently herewith,
2  and good cause appearing therefore, hereby **ORDERS THAT:**

3    1.    Moog's deadline to file its Amended TSID in response to the TSID
4          Order (Dkt. 534) is continued from July 14, 2023 as follows:

5              a. if Judge Wu denies Skyryse's Objections (Dkt. 555), 7 days
6                 after Judge Wu rules on Skyryse's Objections;

7              b. if Judge Wu sustains Skyryse's Objections, the date upon which
8                 Judge Wu or Judge Rocconi orders Moog to file its Amended
9                 TSID; or

10             c. if Judge Wu sustains Skyryse's Objections but does not provide
11                a date upon which Moog must file its Amended TSID, the
12                Parties shall confer on a date for Moog to file its Amended
13                TSID and if they are unable to reach a resolution, they shall file
14                a joint request with the Court to set a deadline for Moog to file
15                its Amended TSID.

16   2.    Upon the filing of Moog's Amended TSID, the other procedures and
17         deadlines in the TSID Order shall remain in effect (including in
18         connection with any Skyryse challenge to Moog's Amended TSID,
19         and Moog's opposition thereto).

20

21  **IT IS SO ORDERED.**

22  Dated: July _____, 2023

23

24                                          _____
25                                          The Honorable Margo A. Rocconi
                                            United States Magistrate Judge
26

27

28