**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S DEADLINE TO FILE AMENDED TRADE SECRET IDENTIFICATION <br><br> District Judge:    Hon. George H. Wu <br> Magistrate Judge: Hon. Margo A. Rocconi |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. Moog's deadline to file its Amended TSID in response to the TSID Order (Dkt. 534) is continued from July 14, 2023 as follows:

   a. if Judge Wu denies Skyryse's Objections (Dkt. 555), 7 days after Judge Wu rules on Skyryse's Objections;

   b. if Judge Wu sustains Skyryse's Objections, the date upon which Judge Wu or Judge Rocconi orders Moog to file its Amended TSID; or

   c. if Judge Wu sustains Skyryse's Objections but does not provide a date upon which Moog must file its Amended TSID, the Parties shall confer on a date for Moog to file its Amended TSID and if they are unable to reach a resolution, they shall file a joint request with the Court to set a deadline for Moog to file its Amended TSID.

2. Upon the filing of Moog's Amended TSID, the other procedures and deadlines in the TSID Order shall remain in effect (including in connection with any Skyryse challenge to Moog's Amended TSID, and Moog's opposition thereto).

**IT IS SO ORDERED.**

Dated: July __12__, 2023

The Honorable Margo A. Rocconi
United States Magistrate Judge