**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS AMENDED COMPLAINT** <br><br> Judge: Hon. George H. Wu |

1  SKYRYSE, INC.,
2
3              Counterclaimant,
          vs.
4  MOOG INC.,
5              Counter-Defendant.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal certain excerpts and documents (the "Designated Materials") from Moog's Amended Complaint (the "Amended Complaint").

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include documents that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89), which are quoted in or referenced in excerpts from the Amended Complaint. Moog further seeks to file under seal Exhibits F, I, J and K attached to the Amended Complaint. The material that Moog requests to file under seal is the type of information that Moog does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Moog's competitors to secure unfair competitive advantage and cause irreparable business harm.

Specifically, Moog seeks to file the following Designated Materials under seal: (1) highlighted portions of Moog's Amended Complaint at pages 12:1-14:8, 15:3-18:5, 19:12-22:2, 22:8-23:12, 35:10-24, 39:19-25, 39:27-40:1, 40:3-12, 40:15-18, 40:21-26, 41:1-14, 41:18-25, 44:2-7, 65:28-66:4, 69:18-24, 70:3-11, 70:17-19, 70:21-24, 70:25-71:1, 71:3-4, 72:14-15, 81:22-82:1, 82:5-9; and (2) Exhibits F, G, I, J, and K to Moog's Amended Complaint.

Moog also seeks to provisionally lodge under seal the following Designated Materials, which refer to, describe, or quote documents that Skyryse has identified as Protected Material under the Protective Order, or which Moog believes that Skyryse may consider to be Skyryse's own confidential information: highlighted portions of Moog's Amended Complaint at pages 36:25, 43:21-24, 48:22-24, 66:13-14, 72:6-8, 72:24-25, 72:28-73:2, 73:11-13, 74:5, 74:10-11, 77:3-5, 77:9-11, 77:17,

77:24-25, 77:28, 78:5, 78:20-22, 79:7-8, 80:10-12. Accordingly, pursuant to paragraph 12.1 of the Protective Order, Moog seeks to provisionally lodge these documents under seal until such time as Skyryse withdraws its confidentiality designations or the Court rules on a forthcoming application from Skyryse to justify that these documents, or portions of thereof, remain under seal.

This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

Moog's counsel conferred with Skyryse's counsel via e-mail on July 18, 2023 regarding all of the Skyryse Designated Materials referenced above. Moog's counsel noted that for many of the Skyryse Designated Materials, Moog had previously conditionally lodged such materials under seal (Dkt. 358) and Skyryse had already filed a supporting declaration specifying which portions of those materials it believes should be filed under seal (Dkt. 366). Moog request that Skyryse's counsel advise if its positions regarding sealing had changed since filing Dkt. 366, and whether any of the other Skyryse Designated Materials should be made publicly available.  Moog also advised that it had already applied for sealing the same materials in connection with Moog's Motion for Leave to Amend (Dkt. 487), which was granted by the Court at Dkt. 489. As of 10:00 a.m. PT on July 21, 2023, Skyryse had not provided its positions.  Accordingly, Moog will conditionally lodge under seal all Skyryse Designated Materials and any quotes or references thereto, and consistent with Dkts. 366 and 487.

1  Dated: July 21, 2023

2                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                          By        */s/ Kazim A. Naqvi*
                                                        Kazim A. Naqvi
5

6                                               Attorney for Plaintiff and Counter-Defendant
                                                                MOOG INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28