# EXHIBIT A1

# EXHIBIT A1

EXHIBIT A1
Page 103



## EMPLOYEE HANDBOOK

Here is your copy of the Moog Employee Handbook. The Handbook provides you with information that will be important to you as a Moog Inc. employee.

Please review the contents carefully and keep the Handbook as a resource should any questions arise in the future.

Moog reserves the right to modify, amend, or change any policy in the Handbook. You will be kept informed of any new or updated policies.

If you have any questions about the information and policies described in the Handbook, please ask your supervisor or Human Resource Representative.

I have received the Moog Employee Handbook, and understand that it is my responsibility to read the entire Handbook and review any questions that I may have with my supervisor or Human Resource Representative.

_Misook J. Kim_
Print Name

_[signature]_
Signature

_1-21-2013_
Date

# EXHIBIT A2

# EXHIBIT A2

EXHIBIT A2
Page 105



## EMPLOYEE HANDBOOK

Here is your copy of the Moog Employee Handbook. The Handbook provides you with information that will be important to you as a Moog Inc. employee.

Please review the contents carefully and keep the Handbook as a resource should any questions arise in the future.

Moog reserves the right to modify, amend, or change any policy in the Handbook. You will be kept informed of any new or updated policies.

If you have any questions about the information and policies described in the Handbook, please ask your supervisor or Human Resource Representative.

I have received the Moog Employee Handbook, and understand that it is my responsibility to read the entire Handbook and review any questions that I may have with my supervisor or Human Resource Representative.

Robert Alin Pilkington
Print Name

*[signature]*
Signature

07/30/2012
Date