# EXHIBIT B

# EXHIBIT B



# MOOG

# Employee Handbook

## People and technology
A partnership for success



EXHIBIT B
Page 109

**Employee Handbook**



## WELCOME TO MOOG

The Moog Philosophy is the same today as it was in the early years of our Company. It is a simple philosophy. We believe in the people who work for us. We believe work can be a more rewarding and satisfying experience for everyone in an atmosphere of mutual trust and confidence.

That means each one of us must take individual responsibility for our performance. Moog provides a working environment that enables you to assume that responsibility and rewards you for your successful accomplishments. Our profit sharing plan offers an incentive for each eligible employee to provide his or her personal best, so that collectively we can achieve our corporate objectives and reap the rewards of mutual success.

It has always been our hope that Moog employees would respect and appreciate our way of doing things. We have never had any reason to doubt that this has been the case. As Moog has grown, it has been rewarding to see that this system remains effective in what is now a large Company.

In order to provide the highest level of service and to achieve the shipment of quality products on schedule, our work flow must be organized, and supervisors and managers must see that their groups meet established objectives. It is our hope that direction can be clear, but minimal, so that each of us can exert a maximum of personal initiative in our work. This can be challenging, particularly as a Company grows or changes; however, in terms of personal satisfaction, we believe this is the best way.

At Moog, our policies are stated as general guidelines so that the specifics of each situation can be taken into account and each employee can be treated fairly and as an individual. We do have established procedures regarding seniority, rates of pay, promotions, and other matters where consistency is of prime importance.

Having trust and confidence in our people is the only way we know. We are pleased that it has permitted us to achieve both continued success and a fine reputation. We hope you consider employment with Moog a great opportunity where you can enjoy both personal and professional success.

Welcome to Moog!

1

**Employee Handbook**

........................................................................................

### EMPLOYEE HANDBOOK

This Handbook has been designed to answer questions that employees often ask about work policies and procedures, benefits and other practices.

It has been prepared to introduce you to the Company and to provide you with valuable information that applies to your employment. We hope you will read it carefully and keep it in a safe place for future reference.

Please note that this version of the Employee Handbook, which is applicable to all employees of Moog Controls Ltd, supersedes all previous versions.

Please refer to the HR Intranet site for the current version of the Handbook and related policies and procedures. Hard copies of this Handbook are also available from the HR Department. It is the responsibility of each employee

to ensure that he/she has access to the most up to date version of this Handbook.

New information and updated policies will be communicated to employees from time to time. In line with this, the Handbook is reviewed every twelve months to ensure this is up to date.

Moog retains the right to revise, change, suspend or discontinue any section of this Handbook in whole or part at any time. Certain employee benefits referred to in this Handbook that are covered by a Moog Plan document will, in all instances, be interpreted exclusively in accordance with the plan document which will control, notwithstanding anything to the contrary in this Handbook.

2





## CONTENTS

Welcome to Moog ............................ 1

**SECTION ONE**
**Introduction and History**

The Moog Story .............................. 6

Milestones .................................. 11

Moog Worldwide Business Policy ............ 13

Working with Moog .......................... 14

Moog Corporate Culture .................... 15

Moog Products .............................. 15

**SECTION TWO**
**General Information**

Equal Opportunities ........................ 16

Hours of Work .............................. 16
 *Meal Breaks* .............................. 17

Overtime ................................... 17

Time Off in Lieu ........................... 17

Timesheets ................................. 17

Call Out Pay ............................... 17

Job Classification and Rating ............. 18

Personal Records and Information .......... 18
 *Change to Personal Records* .............. 18

Holiday Entitlement ........................ 18
 *Holiday Booking* .......................... 19
 *Pay in Lieu of Holiday* ................... 19
 *Long Service Holidays* .................... 19

Termination of Employment ................. 19
 *Retirement* ............................... 20
 *Return of Property* ....................... 20
 *Final Pay and Outstanding*
 *Holiday Entitlement* ...................... 20
 *Exit Interviews* .......................... 20

Sickness Absence ........................... 20
 *Eligibility* .............................. 21

Care of Company property .................. 21

Housekeeping ............................... 21

Employment outside the Company ........... 21

Dress Code ................................. 22

Travel Compensation ....................... 22

Travel Insurance ........................... 23

**SECTION THREE**
**Policies and Procedures**

Dignity at Work Policy .................... 24

Grievance Policy ........................... 24

Disciplinary Policy ........................ 24

Sickness and Absence
Management Policy .......................... 25

Personal Time Guidelines .................. 25
 *Medical, Hospital and*
 *Dental Appointments* ...................... 25
 *Domestic/Bereavement*
 *Absence* .................................. 26

Time off To Take Care of Dependants ...... 26



## Employee Handbook

Maternity Leave                                      26

Paternity Leave                                      27

Parental Leave                                       27

Adoption leave                                       27

Shared Parental Leave                                27

Flexible Working                                     27

Retirement                                           28

Jury Service/Court Attendance                        28
  *Procedure for payment
  of Jury Service*                                    28

Travel Time Policy for International
and European Business Travel                         29

Electronic Communications Policy                     29

Moog Statement of Business Ethics                    29

### SECTION FOUR
### Problem Solving Mechanisms

Role of the Supervisor/Manager                       30

Role of Human Resources                              30

### SECTION FIVE
### Development Opportunities

Recruitment                                          31

New Employee Orientation                             31

Performance Planning and Review                      31

Training and Development                             32
  *Internal Training*                                32
  *External Training*                                32
  *Educational Assistance*                           33
  *Time off for Study*                               34
  *Institute Fees and
  Professional Subscriptions*                        34

### SECTION SIX
### Benefits

Company Pension Scheme                               34

Life Assurance Cover                                 35

Private Healthcare Insurance                         35

Employee Assistance
Programme (EAP)                                       35

All Employee Share Ownership Plan                    36

Flexible Benefit Programme                           36

Childcare Vouchers                                   36

Profit Share                                         37

Anniversary Awards                                   37

### SECTION SEVEN
### Health & Safety

Policy Statement                                     38

Organisation & Responsibilities                      38

Health & Safety Policies,
Procedures and Work instructions                     39
  *Hosting of Visitors*                              39
  *Smoking and Vaping*                               39
  *Working from Home*                                40
  *Control of Contractors*                           40
  *Procuring New and
  Used Machinery*                                    40
  *Driving on Company Business*                      40
  *Display Screen Equipment Policy*                  41
  *Working Off-Site*                                 41
  *Good Housekeeping*                                41
  *International Travel*                              42
  *Lone Working*                                     42
  *Employee Wellbeing*                               42
  *New and Expectant Mothers*                        42
  *Young Persons, 16-18 year olds*                   42

4

**MOOG**

AIDs Policy                                    42
Alcohol and Drugs Policy                       43
Personal Protective Equipment                  43
Safety Glasses Policy                          43
Safety Footwear Policy                         44
Ear Defenders                                  44
Overalls                                       44
Use of Personal Music Players                  44
Use of Mobile Phones at Work                   45
Code of Safe Conduct                           45
Safety Devices and
Machine Guards                                 45
Safety Audits/Safety Inspections               46
Occupational Health Service                    46
Health Surveillance                            46
Emergency Procedures                           46
First Aid                                      46
Urgent Assistance                              47
Accidents and Accident Reporting               47
Fire Discovery and Evacuation
Procedure                                      48

Managing Risk at Moog                          48
Manual Handling                                49
Noise                                          50
Working at Height                              50
Mechanical Lifting Equipment                   50
Chemicals & Substances                         50
Dermatitis                                     51
Display Screen Equipment                       51
Workbench Ergonomics                           52
Prevention of Slips and Trips                  53
Use of Tools and Work Equipment                54
Electricity and Electrical
Appliances                                     54
Fire Safety                                    55
Workplace Transport                            55

SECTION EIGHT
Miscellaneous

Company Events                                 56

Sports & Social Events                         56

Personal Property                              56

Restaurant Facilities                          56

Car Parking                                    56

Environment                                    57

Access Control                                 57

Visitors to the Company                        57
  Health & Safety/Security                     57
  In House Meetings/Plant Tours                58
  Confidentiality of Information               58
  Proprietary Information                      59

Intellectual property                          59

Inventions and discoveries                     59

Gambling, Private Trading
and Collections                                59

Gifts and Gratuities                           60

Communication                                  60

A Final Note                                   60

**5**

**Employee Handbook**

## SECTION 1

## INTRODUCTION AND HISTORY

## THE MOOG STORY

In the middle of the 20th Century, our Company began as a designer and supplier of components used on aircraft and missiles. In the ensuing years, Moog's motion control technology has enhanced performance in a wide variety of applications in aerospace and industrial markets. From commercial aircraft cockpits to power generation turbines to Formula One racing, Moog employees have made a difference. Our culture supports and nurtures these talented people, encouraging them to approach their work with enthusiasm and optimistic prospects for success.

Moog's history begins with its founder, William C. Moog, Jr., an inventor, entrepreneur and visionary. In 1951, Bill developed the electro-hydraulic servovalve, a device that translates a tiny electrical impulse into precise, powerful movement within a hydraulic system. His invention revolutionised the aerospace industry and led to the creation of the company we know today as Moog Inc.

At the time of his invention, Bill worked as a design engineer for Cornell Aeronautical Labs (CAL) in Buffalo, New York. While working at CAL, Bill had his first inspiration for the electro-hydraulic servovalve.

Initially, CAL wasn't very interested in Bill's idea and offered the license to manufacture the valve to a number of other companies. None of them expressed interest. Bill was confident in his idea and decided to take a leave of absence from CAL to produce and market the valve himself.

Working out of cramped basement quarters, Bill lacked both the capital and manufacturing facilities needed to produce the valve. Eventually, he persuaded a small machine shop in Batavia, NY, to produce the parts for his valve on speculation. Bill eventually sold four valves to Bendix Aviation. Larger orders followed from Boeing and Convair.

In July, 1951, Bill and his brother Art Moog, along with a fellow engineer from CAL named Lew Geyer, rented a corner of the abandoned Proner Airport in East Aurora and formed the Moog Valve Company. Starting from scratch, the three co-founders and a small group of employees worked long hours to build the fledgling business that they sensed might become something special.



6



From his own experience, Bill knew that the work environment played a huge role in any company's success. So, from the beginning he espoused some unique ideas about a "better way" to run a company. It involved treating employees with trust and respect. These simple ideas laid the foundation for what would eventually become Moog's much-acclaimed corporate culture.

The journey wasn't an easy one, though. There were business hardships, setbacks, and risks. At times, they struggled to heat the building and meet the weekly payroll. The most notable disruption was a 1952 fire that completely destroyed the young Company's test facilities.

Despite such setbacks, the Company remained willing to gamble to achieve its objective of business success. For example, Bill accepted a contract to supply the steering controls for the Matador missile produced by the Martin Company of Baltimore. The contract specified that if Moog didn't meet the challenging delivery schedule, the license to produce the valve would revert to Martin. The ambitious delivery schedule required tight deadlines, but the gamble paid off.

By 1954, Moog valves were standard equipment on about half of all US fighter planes and more than 70% of all guided missiles.

In the next phase of its growth, the Company expanded into the industrial and international markets. The industrial valve was an overwhelming success, and by 1960 total Company sales had grown to more than $10 million. During the 1960s, subsidiaries were opened in Germany and England. The Company also formed the Hydra-Point division, which manufactured numerically controlled (punch-tape) drilling machines. The machine boasted a unique positioning system capable of automatically producing a part to tolerances of ± 0.001 inch.

In the aerospace arena, developments were equally dramatic. In September 1962, President John F. Kennedy issued a difficult challenge to the people of the United States to land a man on the moon by the end of the decade. In one of the Company's proudest achievements, Moog went on to develop and provide actuators on the Saturn C-5 rocket. That was the same rocket that carried Neil Armstrong to his historic first step on the moon.



7

**Employee Handbook**

........................................................................................................

The 1970s saw even more growth. Moog continued its international expansion in Japan, France, Italy, Sweden, and Australia, and acquired Carleton Controls, a manufacturer of pneumatic valves and control systems.

The Plastic Controls Division took Moog into the growing market for injection and blow molding process controls. And there was more involvement in the US space program. Moog was awarded a large contract to supply hardware on NASA's Space Shuttle, which flew in 1981. The Shuttle contract was the first application of Moog's groundbreaking "Fly-by-Wire" technology. Thousands of hours of research and development in the 1970s paid off in wins on major programs in the 1980s.

During the 1980s, Moog continued its international expansion by acquiring subsidiaries in Ireland, Finland, Hong Kong, Korea, and Spain and by setting up manufacturing operations in the Philippines. The Company began to receive domestic recognition for its "better way" of running a Company, and in 1984 Moog was included in the best-selling book, The 100 Best Companies to Work For in America.

During the late 1980s, Moog began to transition its market focus under new leadership. Severe cutbacks in the aerospace industry in the 1980s resulted in an effort to diversify and reduce the reliance on military and aerospace business.

At about this time, Bill Moog exchanged his equity in Moog Inc. for the domestic industrial operations, forming Moog Controls Inc. Bob Brady, Aircraft Group President, was named CEO in 1988. The Company continued to grow as sales at the end of the decade reached $282 million.

By the mid-1990s operations were established in India, and the Torrance, California Aircraft Operation was added through acquisition from Allied Signal. In 1996, Moog Controls Inc. was reacquired and became the Industrial Controls Division, and in 1998 Moog acquired Schaeffer Magnetics Inc. in Chatsworth, California. Subsidiaries opened in Singapore and China. By the end of 1999, revenues grew to more than $630 million.

More acquisitions followed: Raytheon Montek, Schenck Pegasus, and Wright Components in the U.S.; and Ultra Valves, Hydrolux, Microset, Vickers Electrics, Bosch Radial Pumps, and Whitton in Europe.

8



In 2000 The Boeing Company named Moog "Supplier of the Year" and the first flight of Lockheed Martin's Joint Strike Fighter X-35 demonstrator aircraft flew with an array of Moog controls on board. A $50 million dollar Space Shuttle refurbishment contract came along in 2001 and shares of Moog stock started trading on the New York Stock Exchange. Moog was named designer and supplier for the flight control systems for the F-35 production aircraft and provider of the primary flight controls for Boeing's 787 Dreamliner program.

For 2002-2003 revenues continued to climb above 700 million and in 2004 the Company broke the 900 million mark as it integrated its newest acquisition, Litton Poly- Scientific, renamed Moog Components Group (MCG). In 2005 we added MCG's neighbour and largest competitor, Kaydon and also supplemented our Naval Systems product line with the addition of Flo- Tork in Ohio. In 2006, Moog established a presence in the medical devices market with the acquisition of Curlin Medical, a manufacturer of infusion therapy pumps.

So, from a humble beginning to a current status as a globally growing enterprise, Moog has come to be widely recognized as a highly diverse world leader in the design and manufacture of precision control components and systems.

Bill Moog's sense of innovation went far beyond product design. From the very beginning, Bill believed that work should be a special place. He believed that people would be more creative, committed, and productive in a work environment where they felt trusted, respected and rewarded. This set of ideas came to be known as the "Moog Philosophy." It is a set of principles which guides our Company even today. It states that "work can be a more rewarding and satisfying experience for everyone in an atmosphere of mutual trust and confidence." Even as the Company continued to grow, it remained true to this workplace philosophy. Fortune magazine's inaugural list of the "100 Best Companies to Work For in America" included Moog. In a press release,Bob Brady stated, "our philosophy that the best and most satisfying work is done in an atmosphere of mutual trust and confidence has withstood the test of time and many challenges. Our culture is as strong today as it was when we started."

With its strong employee orientation, sophisticated technology, and emphasis on product quality, Moog is indeed a great place to work. What other companies are now just discovering. Moog has advocated from its beginning—that people work best in an environment where they feel valued, involved and empowered.

**9**

## Employee Handbook

As Bill Moog once said, "We believe in the people who work here.... having trust and confidence in our people is the only way we know." And over the years, that trust and confidence has paid off. Today we see a highly successful Company built upon a community of hardworking, talented and dedicated people.

In the autumn of 1997, Bill Moog passed away. Shortly after his death, a commemorative gathering of employees and guests was held on the East Aurora campus, just outside the old airplane hanger where Bill and his cohorts started it all in 1951. In a special tribute to

Bill, Bob Brady had this to say about our Company:

> "Every day an extraordinary group of people come together to devote their time and energy to build the best product of its type built anywhere in the world...and to deliver that product to the most demanding customers in the world.
>
> Those customers can be assured that the product bearing Bill's name is the best product that mankind can make...and it will be better next month, and better next year.
>
> This is our lasting tribute to Bill."

We think that says it all



10



## MILESTONES

| | |
|---|---|
| 1951 | Bill Moog starts the Little Gem Valve Company (basement operation) First Order = $800 Became Moog Valve Company Rent Proner Airport Hangar (Plt.1) |
| 1954 | Moog valves standard equipment on over half of all U. S. fighter planes and 70% of guided missiles |
| 1959 | Name changed to Moog Servocontrols Inc. Industrial Division formed Moog stock offered for first time. Sales surpass $10 million |
| 1960 | Hydra-Point Division established |
| 1965 | Name changed to Moog Inc. First International Subsidiary established Moog GmbH (Germany). Sales surpass $100 million |
| 1968 | Moog Controls Limited formed (UK) |
| 1970 | Moog Japan formed |
| 1972 | Moog SARL formed (France) |
| 1974 | First Space Shuttle contract |
| 1975 | Moog Italy established |
| 1976 | Acquired Carleton Controls - Plastic Controls Division formed |
| 1977 | Moog Brazil established 1978   Moog Sweden established 1979 Moog Australia established 1980   Moog Ireland established 1983 Hydra-Point Division spun-off - Sales surpass $200 million |
| 1984 | Moog Spain established. Moog included in book, 100 Best Companies To Work For In America Manufacturing operation established in Baguio City, Philippines |
| 1986 | Engine Controls Div. formed (Clearwater, Fla.) - Moog Korea established |
| 1987 | Sales surpass $300 million - Carleton Controls sold to FR Group |
| 1988 | Bob Brady named President and CEO of Moog Inc. Industrial Division becomes Moog Controls Inc, owned by Bill Moog |



11

**Employee Handbook**

......................................................................................................

| 1989 | Manufacturing operation established in Bangalore, India. Moog Hong Kong and Finland established |
| 1992 | Engine Controls Division relocated to East Aurora. Moog Denmark established |
| 1993 | Moog Singapore established - Moog named to second edition of "100 Best Companies To Work For In America" book |
| 1994 | Moog acquires product lines from AlliedSignal - becomes Moog Aircraft Group Torrance Operations |
| 1996 | Moog re-acquires Moog Controls Inc. - renames it Industrial Controls Division. Moog Inc Sales = $450 million |
| 1997 | Moog China established. ULTRA Staverton acquired and integrated with Moog Controls Limited (UK) |
| 1998 | Moog acquires Schaeffer Magnetics, Inc. Moog named to Fortune Magazine's list of the "100 Best Companies To Work For in America". Moog acquires Raytheon Aircraft Montek Company. Moog acquires a major holding in Hydrolux s.a.r.l Luxembourg |

| 1999 | Moog Inc.sales $660 million |
| 2000 | Boeing name Moog 'Supplier of the year' |
| 2001 | Move to the New York Stock Exchange |
| 2004 | Litton Polyscientific renamed Moog Components Group |
| 2005 | Moog Inc sales $1 billion 2006   Medical devices Segment established: Purchased Curlin Medical, McKinley Medical |
| 2007 | Zevex International purchased |
| 2008 | The Moog acquisition story continues to this day operating in 26 countries worldwide |
| 2010 | Moog Inc. sales $2 billion John Scannell elected President and COO of Moog Inc. Bob Brady remains Chairman and CEO |
| 2011 | John Scannell named CEO. Bob Brady continues as Executive Chairman. |

**12**



### MOOG WORLDWIDE BUSINESS POLICY

We are committed as a company to the delivery of Products and Services that exceed customer expectations and achieve customer satisfaction.

We promote mutual trust and confidence between Moog employees.

We strive to continuously improve our business processes.

Each employee is responsible for the quality of their work.

**13**

**Employee Handbook**

## WORKING WITH MOOG

We have a unique working culture at Moog – one that's collaborative, friendly and truly supportive. Above all, it's a culture that inspires a bond of trust between all employees. In fact, we believe that work can be a more productive and rewarding experience for everyone if we have trust and confidence in one another and our products.

We're an organisation that communicates openly, regularly and honestly with each other. We encourage problem-solving and the search for solutions and we discourage apportioning blame.

Above all, you'll notice that we empower employees to initiate changes and suggest improvements – meaning that whatever level of the organisation you're at, you'll have the independence to make your own decisions. At Moog everyone takes responsibility for the achievement of objectives.

This spirit of inclusiveness and involvement is reflected in our diverse workforce. People at Moog come from all sorts of backgrounds – professionally and personally – and every employee is valued and respected for their distinctive talents.

The innovation that results when people who have different experiences and perspectives work together is one of our organisation's greatest strengths – and something we're determined to build on.

Of course we work hard and innovatively, but we recognise that people also have a life outside of the Company. That's why we actively encourage a work/life balance and offer a benefits package that delivers genuine financial security and includes a competitive salary, shift allowance (where appropriate), company pension scheme, life assurance, health cover, flexible benefits programme and the option to purchase Moog shares.

The unique culture at Moog – which we believe really is unique – is our single most important asset. In some cases, it's what brings people to our company. In many cases it's the reason that the best people stay with us.



14



### MOOG CORPORATE CULTURE

A separate booklet entitled 'Culture & Philosophy' outlines the major elements of Moog culture. The booklet offers helpful descriptions of the shared core value system and behavioral norms that have sustained our unique working environment.

### MOOG PRODUCTS

Today Moog sells a wide range of products, systems and services including servovalves, servoactuators, programmable servo-controllers, electro- mechanical actuators, motors, drives, customised products, complete systems and a variety of services.

Moog is engaged in the business of providing motion-control components and systems to customers who need precise control of movement or load. The technology that is applied is a mixture of hydraulic, mechanical, electric, electronic,

and software engineering. This combination of technologies is another reason why Moog is a fascinating company to work for.

The range of skills and methods which must be applied to design, develop, manufacture and support the products are many and varied, offering broad opportunities to staff to demonstrate their capabilities.

Moog products and systems are used in areas such as flight controls, braking, steering and fuel control for both civil and military aircraft, helicopters, missiles and spacecraft. In addition to this there are also many ground based applications where Moog's products are found, such as Wimbledon where we are controlling the opening of the roof, through to films where we are controlling Harry Potter's broom stick. From the Formula 1 world racing cars through to underwater exploration vehicles.

Our wide range of Markets that require our products, systems or services gives us good financial security and is one of our greatest strengths.



15

**Employee Handbook**

........................................................................................................

## SECTION 2

### GENERAL INFORMATION

The Content of this Handbook and any subsequent amendments are for general information. Employees should refer to their individual Contract of Employment for their terms and conditions of employment. If there is ever a conflict between this general information and your Contract of Employment, the Contract of Employment will take precedence.

### EQUAL OPPORTUNITIES

Moog is committed to equality of opportunity in all its employment practices, policies and procedures.

No employee or potential employee will receive less favourable treatment due to his/her race, creed, colour, nationality, ethnic origin, religion, age, language. gender, gender reassignment, sexual orientation, marital or civil partnership status, pregnancy and maternity, trade union membership or disability.

Moog also undertakes not to discriminate unfairly on the basis of a criminal conviction or other information revealed to the company through the application process (in accordance with the Rehabilitation of Offenders Act 1974/Rehabilitation of Offenders Act (Northern Ireland) Order 1978) or as a result of a disclosure provided through the Disclosure and Barring Service.

### HOURS OF WORK

The normal working week is defined in order to determine the base pay, overtime, shift premium, etc. The working week starts with the first scheduled shift on Monday, normally 7.30 am, and runs through the five consecutive twenty four hour periods that follows.

Typical start and finish times are specified in the Contract of Employment, or if otherwise notified by your supervisor.

16



### *MEAL BREAKS*

The lunch break is a thirty minute unpaid break for all employees unless otherwise agreed with their supervisor. A lunch break must be taken after six hours of work. There is also a 15 minute paid break for all production workers to be taken between the start of work and the lunch break. Employees are required to stay on site for any paid break.

Should any employees wish to leave site for exceptional reasons during paid breaks, they may do so with the approval of their Manager/Supervisor.

Employees should refer to their Supervisor for confirmation of break and lunch arrangements.

### OVERTIME

Employees should refer to their individual Contract of Employment regarding their entitlement to paid overtime.

If an employee has any personal time during a week where overtime has been worked, this time will be deducted from the minimum overtime rate and paid
flat rate.

Overtime is not paid when an employee attends a training course.

### TIME OFF IN LIEU

If an employee works unpaid overtime, they can in exceptional circumstances and with prior agreement of the department Manager/Supervisor, take time off in lieu of hours worked. Time off in lieu is always at flat rate. Normally the time in lieu should be taken within 4 weeks of overtime being worked.

### TIMESHEETS

All overtime paid employees are required to record their hours worked, sickness, holidays and personal time on a weekly basis. Non-overtime paid employees are required to record sickness, holidays and personal time.

Employees are responsible for filling in their own timecards or completing Autotime each week. All people managers are responsible for checking and approving timecards or Autotime.

### CALL OUT PAY

Where applicable the company may pay 'Call Out' allowance in order to compensate an employee for the inconvenience of making an unscheduled extra trip to the plant after completing their regular shift.

Please refer to the Call Out Policy and guidelines which can be accessed on the HR intranet site.

17

**Employee Handbook**

....................................................................................................

### JOB CLASSIFICATION AND RATING

Jobs are evaluated and reviewed using an evaluation system.

The systems provide method for establishing job grades on a careful analysis involving the Supervisor/ Manager and the UK Compensation and Benefits Manager.

### PERSONAL RECORDS AND INFORMATION

Records are kept of all relevant correspondence, transactions or other business in respect of each employee of the Company. These records are confidential and are not released to anyone other than the employee or their Supervisor/ Manager. The company is concerned that only relevant information is retained on employees. Whilst you remain an employee of the company you may view the content of your file.

The exceptions will be for references supplied to and by the company in confidence and other information confidential to the company. Employees should make a written request to the HR Department if they wish to view the content of their file, stating the reason for their request.

You are allowed to have access to personal data about you held on computer under the Data Protection Act 1984. Periodically we may send a copy of your personal data to you for verification.

You should read this information carefully and inform the HR Department at the earliest opportunity if you believe any of your personal data is inaccurate or requires updating.

### *CHANGE TO PERSONAL RECORDS*

You can update your home address and telephone numbers via Employee Direct Access. It is your responsibility to inform the HR Department of any changes to the following personal details:

- Marital status (including name change)
- Dependants
- Next of kin
- Bank account details
- Qualifications obtained and training certificates

### HOLIDAY ENTITLEMENT

The holiday year runs from 1st January to 31st December each year. An employees holiday entitlement is based on their length of service on that date.



**18**



Employees commencing or leaving employment during the year will receive a pro-rata entitlement to holiday.

1 - < 5 years' service          = 25 days

5 years' plus service          = 26 days

All employees are entitled to the Statutory Bank holidays in addition to their Company holiday entitlement. Part time employees will receive a pro-rata amount for bank holidays that will be added to their annual holiday allowance. Should a bank holiday fall on one of your normal working days, you will book that time off in the normal way. The amount of hours booked must reflect your normal working hours for that particular day.

### HOLIDAY BOOKING

Holidays may be booked by advance agreement with your Supervisor or Manager with reasonable notice .

### PAY IN LIEU OF HOLIDAYS

Employees may have the option to take pay in lieu or carry over of holidays benefits accrued. Pay in lieu of holiday will normally be paid at the current rate of pay in the December of the holiday year to which it relates.

The number of days which may be cashed in and/or carried over will be notified to employees each year in accordance with the legislation requirements and the Working Times Directive  Employees are encouraged to take their holidays each year, as the Company continues to place a high level of importance on the benefits of holidays to their employees.

### LONG SERVICE HOLIDAYS

If an employee has 10, 15, 20, 25 etc years' service on 1st January they will receive an additional 5 days holiday in that particular year.

These additional days may be cashed in at any time or carried over to the next holiday year.

### TERMINATION OF EMPLOYMENT

If you decide to resign from the Company you should inform your Supervisor/Manager immediately in writing, giving an indication of your departure date. Employees should refer to their individual Contracts of Employment regarding notice periods.



19

**Employee Handbook**

......................................................................................................................

### RETIREMENT

We do not operate a compulsory retirement age for our employees. We believe that you should, wherever possible, be able to continue working for as long as you wish to do so. You may choose to retire at any time and we would encourage you to discuss your intentions with your manager as far in advance as possible. This will help with your transition to retirement and will assist us with succession planning.

### RETURN OF PROPERTY

On leaving the Company, for whatever reason, all Company property must be returned. This includes, but is not limited to:

- All keys
- Company car
- Manuals, files, books and documents
- Documents or Data that may be stored on PC should be deleted
- Computer equipment including laptop, printer, USBs, memory sticks, headphones, etc
- Company Credit Cards
- Security passes
- Mobile phones and PDAs

### FINAL PAY AND OUTSTANDING HOLIDAY ENTITLEMENT

On leaving the Company, your entitlement to paid holiday will be calculated on a pro rata basis dependent on the number of actual days that you will have worked for the Company in that year.

**20**

Payment will be made for any holiday entitlement accrued but not taken. If the holiday taken exceeds your accrued entitlement, the Company will deduct the difference in holiday pay from your final pay. Your final payslip and P45 will be posted to you or given to you on your date of departure if appropriate.

### EXIT INTERVIEWS

On leaving the Company you will be invited to attend an Exit Interview conducted by a member of the HR Department. This interview provides the Company with valuable feedback on, for example, your working environment, pay and conditions and reason for leaving.

### SICKNESS ABSENCE

The Company provides a non-contributory sick pay scheme, the purpose of which is to supplement the Statutory Sick Benefit up to normal salary. You will be entitled to Company sick pay for the period shown below. When this is exhausted you may continue to receive Statutory Sick Pay or State Incapacity Benefit. Your entitlement to Statutory Sick Pay will end after 28 weeks sickness. At this stage, form SSP1 needs to be completed for transfer to State Incapacity Benefit. These forms are available from the gov.uk website.



### ELIGIBILITY

In a 12 month period, an employee is eligible to receive the following entitlement to paid sick leave.

All employees will be paid for any sick leave at flat rate.

**During Probationary Period:**

Maximum of 5 days

**Up to 12 months' service:**

4 weeks @ full pay
10 weeks @ 1/2 pay

**Up to 2 years' service:**

9 weeks @ full pay
17 weeks @ 1/2 pay

**After 2 years' service:**

13 weeks @ full pay
13 weeks @ 1/2 pay

Please refer to the Sickness and Absence Management Policy and Procedure No 101-005-503 or your Supervisor/Manager for further information.

### CARE OF COMPANY PROPERTY

Employees should take reasonable care with any Company property. If it is perceived that an employee is negligent or reckless with Company property, they may be subject to the Disciplinary policy. Employees should report any loss or damage to the Company as soon as practicably possible.

### HOUSEKEEPING

It is the policy of the Company to keep the workplace tidy and hygienic by providing a high standard of working facilities and equipment so that they are safe and efficient to use.

The Company has frequent visitors, suppliers and other associates, so it is important that the Company premises presents a clean and professional appearance at all times. Each employee is expected to do their part to keep the facilities tidy and professional in appearance.

### EMPLOYMENT OUTSIDE OF THE COMPANY

It is a condition of employment that employees should not accept any other employment or be interested in any other business activity which could be construed as prejudicial in any way to the Company.

The general circumstances, which could be construed as prejudicial are as follows:

- If you work for another employer or conduct a separate business during your contracted working hours.

- If you are engaged by a third party to work in competition with the Company and there is a real risk of conflict of interest and/or confidential information being used to the Company's detriment.

21

**Employee Handbook**

If you are proposing to carry out work which is inherently hazardous and where risk of injury is high and /or the extra work is likely to cause undue fatigue, stress etc which will affect job performance with the Company.

## DRESS CODE

In general, we rely on employees to exercise their good judgment in dressing appropriately. This judgment is affected by the nature of their work, the environment in which it is performed, their level of contact with others, and safety considerations for themselves and others. Obvious differences between the production areas and offices influence the respective dress standards that apply.

While safety and comfort are valid concerns, so too is the image we portray to our customers, visitors and co-workers.

## TRAVEL COMPENSATION

Employees are encouraged to use Company cars, pool cars or hire cars when travelling on Company Business. Please refer to the Driving on Company Business Policy and Procedure number 106-022-503 which can be accessed on the Health and Safety intranet site.

- Where an employee working authorised overtime requires an extra trip to the factory after completing the normal shift they will be compensated for mileage travelled between home and factory at the current established rate.

- If an employee is requested to remain in the factory and work overtime, but elects to go home and return later, no compensation for mileage travelled will be paid.

- Employees claiming mileage should submit their expenses claim via the Databasics online tool.



22



### TRAVEL INSURANCE

All employees travelling on authorised Company business are covered for accidental death or injury. This coverage is paid for by Moog and is in force whilst travelling anywhere in the world. The insurance covers business travel in transport provided by common carriers, private vehicles, rental cars, etc. It excludes however motor cycles. Coverage is automatic and you are not required to give notice in advance of any authorised business trip. Please refer to Company Travel Procedure Number 100-003-503 for further details.



23

**Employee Handbook**

........................................................................................................

## SECTION 3

## POLICIES AND PROCEDURES

## DIGNITY AT WORK POLICY

Moog is firmly committed to the prevention of all forms of harassment in the workplace. You have the right to be treated with dignity and respect. Harassment of any description violates that right. Moog is committed to ensuring that you are free to perform your duties in an environment free of harassment from other employees. Harassment (including sexual harassment) will not be tolerated at Moog.

Please refer to The Dignity At Work Policy and Procedure Number 101-006-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

## GRIEVANCE POLICY

Moog recognises that from time to time, you may wish to seek redress for grievance relating to your employment. In this respect, the Company's policy is to encourage free communication between employees and managers to ensure that questions and problems arising during the course of employment can be aired, and where possible resolved quickly and to the satisfaction of all concerned.

The purpose of a grievance procedure is to allow employees to take up issues which affect them personally through a formal procedure. It is not designed to replace the normal informal day to day problem solving carried out between employees and their colleagues or their Supervisor/Manager.

Please refer to Grievance Policy and Procedure Number 101-007-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

## DISCIPLINARY POLICY

Moog employees are expected to meet high standards of personal conduct and performance throughout the business. Employees are expected to behave responsibly and professionally and in accordance with the law at all times.

Guidelines for acceptable conduct of employees are necessary for the orderly operation of business and for the benefit and protection of rights and safety of all employees.

However there may be times when these expectations are not met and a process of corrective action must be taken. The primary aim of the procedure is to help the employee whose performance or conduct falls below Company requirements to achieve the necessary improvement.

24



The purpose of this procedure is to ensure consistent and fair treatment of disciplinary and performance issues and to help and encourage employees to achieve and maintain appropriate standards of conduct and performance.

Please refer to the Disciplinary Policy and Procedure Number 101- 008-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

## SICKNESS AND ABSENCE MANAGEMENT POLICY

The purpose of this policy is to assist managers and employees to achieve and maintain an optimum level of attendance at work. It also ensures that attendance is managed effectively and that the sickness scheme is used appropriately, whilst ensuring that employees with genuine illness are treated sensitively and supported through their rehabilitation. This policy and its' procedures communicate an approach, which is designed to ensure consistency and fairness.

Please refer to the Sickness and Absence Management Policy and Procedure Number 101-005-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

## PERSONAL TIME GUIDELINES

Personal time may be paid in circumstances where an employee is forced to be absent from work for compelling reasons where an employee has no choice. Personal time whether paid or unpaid must be agreed with the department Manager/Supervisor prior to taking time off. However where possible employees should arrange external appointments in their own time, e.g. medical appointments.

Employees have a statutory right to take unpaid time off for dependants. Please refer to the section 'Time off for Dependants' for further information.

### *MEDICAL, HOSPITAL AND DENTAL APPOINTMENTS*

Reasonable paid absence for medical, hospital or dental appointments is allowed, however, wherever practicable you should make an appointment for the beginning or end of your working day. The exception will be for emergency treatment, which will be considered as sick leave. Requests for leave for medical, hospital or dental appointments, other than emergency treatment, should be made to your line manager with reasonable notice.

**25**

**Employee Handbook**

### DOMESTIC/BEREAVEMENT ABSENCE

You may be granted a number of paid days leave at the discretion of your Supervisor/Manager as a result of death, serious illness or other emergencies in your immediate family. If any additional time is requested beyond what your manager believes to be essential, leave should be taken from your annual holiday entitlement. If however, your holiday entitlement for the year has been exhausted employees should discuss special additional unpaid absence leave. Each case will be looked at sympathetically and on an individual basis.

Please refer to the Personal Time Guidelines which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

### TIME OFF TO TAKE CARE OF DEPENDANTS

Employees are permitted to take unpaid reasonable time off to take action where necessary;

- To arrange for an ill or injured dependant to be cared for;

- To address unexpected changes to a dependant's care arrangements;

- As a result of the death of a dependant; and

- To deal with an incident involving a child which occurs unexpectedly in school time.

The Company reserves the right to apply discretion to taking time off in this regard.

Please refer to Time off for Dependants Policy and Procedure Number 101-010-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

### MATERNITY LEAVE

The Company operates a maternity policy. This policy sets out the legislative requirements for paid maternity leave and pay.

The legal guidelines are complex and subject to change by law, and if at any time during or after your pregnancy you want further help or advice, please contact your Supervisor or the HR Department.

Further details are provided in the Maternity Policy and Procedure Number 101-011-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.



26



## PATERNITY LEAVE

An employee whose wife, civil partner or partner gives birth to a child may be entitled to paid paternity leave.

Please refer to the Paternity Leave Policy and Procedure Number 101-012-503 which can be accessed on the HR intranet site, or contact your Supervisor/Manager.

## PARENTAL LEAVE

Employees who have completed one year's service with the Company may be entitled to 18 weeks' unpaid parental leave for each child born or adopted.

Please refer to Parental Leave Policy and Procedure Number 101- 013-503 which can be accessed on the HR intranet site or contact your Supervisor/Manager.

## ADOPTION LEAVE

An employee who adopts a child through an approved adoption agency may be entitled to up to

52 weeks' adoption leave provided that certain service conditions have been met.

Please refer to Adoption Leave Policy and Procedure Number 101- 014-503 which can be accessed on the HR intranet site for more details, or contact your Supervisor/Manager.

## SHARED PARENTAL LEAVE

The Company operates a Shared Parental Leave policy, which enables eligible mothers, fathers, partners and adopters to choose how to share time off work after their child is born or placed for adoption.

The procedure and legal guidelines are complex. If you are considering this option, please contact your supervisor or HR department for help and advice.

Further details are provided in the Shared Parental Leave Policy and Procedure Number 2800-001-203 which can be accessed on the HR intranet site or you can contact your supervisor/manager.

## FLEXIBLE WORKING

Moog recognises the importance of helping its employees balance their work and home life by offering flexible working arrangements that enable them to balance their work with other priorities. In turn, it recognises that staffing levels must remain in line with the demands of the business. It is Moog's policy to endeavour to be flexible on working patterns for all employees, not just those who have the statutory right to submit such requests bearing in mind the business needs.



**Employee Handbook**

Nevertheless, precedence will be given to employees who have the statutory right to request flexible working in order to ensure that Moog is complying with its legal obligations.

Please refer to Flexible Working Policy and Procedure Number 101-015-503 which can be accessed on the HR intranet site for more details, or contact your Supervisor/Manager.

## JURY SERVICE/COURT ATTENDANCE

If you have to attend Court, either on Jury Service or as a witness in Court, the Company will ensure that you incur no loss of earnings.

Jury/Court Service is not counted as unauthorised absence or holiday. If your absence would be particularly difficult for the Company to accommodate the Company may request you to seek to be excused from the Jury Service.

### PROCEDURE FOR PAYMENT OF JURY SERVICE

1. You should inform your Supervisor/ Manager and HR as soon as you receive a Jury Notice or Court Summons.

2. You will receive information from the Court setting out dates of your attendance, amounts claimable for loss of earnings and a certificate for loss of earnings.

3. You should ask HR to complete the Certificate of Loss of Earnings, which you should give to the court on the first day of attendance. The HR Department will enter your daily rate of pay.

28



## TRAVEL TIME POLICY FOR INTERNATIONAL & EUROPEAN BUSINESS TRAVEL

The purpose of the policy is to define 'hours worked' as they apply for travel time. Please refer to Procedure Number 101-017-503 which can be accessed on the HR intranet site or contact your Supervisor/Manager.

## ELECTRONIC COMMUNICATIONS POLICY

### E-MAIL, VOICE MAIL, INTRANET, INTERNET

Moog E-Mail, Voice Mail, Intranet and Internet resources are provided for Moog business purposes.

Employees who misuse Company resources may be subject to disciplinary action which may lead to dismissal. In particular, any illegal use will result in dismissal without warning.

Please refer to guidelines set out in the IT policy entitled 'Acceptable Use of IT Resources and Information Systems Policy', which can be accessed on the Intranet.

## MOOG STATEMENT OF BUSINESS ETHICS

Moog is committed to complying with the law and regulations of the countries in which it conducts business. The Statement of Moog's Business Ethics contains principles that apply to all of Moog's facilities around the world.

The 'Statement of Business Ethics' is available from HR. You will also find information regarding the procedure for handling questionable situations.

**29**

**Employee Handbook**

## SECTION 4

### PROBLEM SOLVING MECHANISMS

Here at Moog we take pride in our progressive employment practices. These practices help to make our Company such a good place to work. However, there may be times when you feel unfairly or improperly treated, or that some wrong-doing has occurred in the workplace. If this happens, it is essential that you have a means of presenting a problem or concern and receive a prompt, fair and reasonable response.

### ROLE OF THE SUPERVISOR/ MANAGER

Your Supervisor/Manager is your first, and most important,

problem-solving resource. They are normally the first person you turn to when faced with a problem. In most cases, with appropriate help from your Supervisor/Manager, your concerns can be resolved quickly and satisfactorily. However, if you feel uncomfortable or feel it inappropriate to approach your Supervisor/Manager you may go directly to another Supervisor/ Manager or to the HR Department.

### ROLE OF THE HUMAN RESOURCES TEAM

The HR team is also a resource you can use in problem solving. Therefore, you are encouraged to contact a member of the HR team if problems or concerns arise.

In most cases the HR team will offer immediate guidance or assistance or will refer you to someone else who can help. HR also serves as mediator if difficulties arise between you and your fellow employees, or between you and your Supervisor/Manager.

When normal problem-solving efforts fail, you may wish to use the Moog Grievance Procedure to address your concerns. The procedure is a formal complaints process available to all employees.

Please refer to the Grievance Policy and Procedure no 101-007-503 or your Manager/Supervisor for further information.




30



## SECTION 5

## DEVELOPMENT OPPORTUNITIES

## RECRUITMENT

In order to continue to grow and develop our business we have a continuing need to recruit staff in all areas of the business.

Where appropriate, all vacancies will be advertised internally. All employees are welcome to apply for these job opportunities if they meet the minimum requirements of the posting. All applications will be carefully evaluated by the nominated selectors. Selectors will normally consist of the Supervisor/ Departmental Manager and a member of the HR Department.

## NEW EMPLOYEE ORIENTATION

Our New Employee Orientation programme is designed to help new employees to feel welcome and provides information on the Company. It enables employees to feel part of the team. Every new employee will receive a comprehensive induction which is designed to ensure that the settling in process is made easier and that staff feel equipped to cope in their new environment.

## PERFORMANCE PLANNING AND REVIEW

Managers and Supervisors are responsible for providing ongoing feedback to employees regarding their job performance. Additionally performance of all employees is reviewed at least once annually.



31

**Employee Handbook**

The function of the Annual Performance Planning and Review includes the following:-

- To evaluate performance against employee and company expectation/objectives.

- To maximise results and minimise problems.

- To explore ideas and agree objectives.

- To facilitate full employee contribution and development.

- To record appropriate praise/ recognition.

- To discuss and agree performance constructively.

- To assess training needs.

- To agree future work objectives.

- To discuss development, job change, promotion prospects.

- To discuss problems and find solutions.

- To have an open and frank discussion on all issues with the relevant Supervisor/Manager.

## TRAINING AND DEVELOPMENT

The Company is committed to providing high quality, appropriate and timely training and development for all employees, where appropriate, to ensure that the Company has people with the requisite knowledge and skills to achieve current and future objectives.

### INTERNAL TRAINING

Opportunities are available to enable employees to acquire the skills needed to do their specific jobs, to help continually improve these skills and learn new ones to cope with changing technology and to encourage use of abilities for a greater job satisfaction.

We place strong emphasis on both formal and informal learning of job skills and encourage employees to share knowledge and experience with others. Within our Company there are people of exceptional skills and experience who can help and are willing to do so.

### EXTERNAL TRAINING

Employee attendance at training programmes both inside and outside the Company is determined by Individual Development Plans and/or business requirements.

32



Employees should submit a training request by completing a 'Training Needs Analysis Form' to their Supervisor for approval. If approved the form should be forwarded to the HR Department and on completion of the training course employees should complete an Evaluation of Training Form.

Training Needs Analysis Forms and Training Evaluation Forms can be obtain from the HR intranet site.

The Company may at times require employees to attend various conferences or seminars that would benefit them in their work.

### EDUCATIONAL ASSISTANCE

Moog encourages all employees to advance their education. This invariably means undertaking a course that will result in a qualification. The Company will pay up to 100% of fees provided that the employee completes the course satisfactorily and has prior approval. Courses should be related to the employee's present job or their potential for the future.

Training offered or supported by the Company will often have significant cost implications. Prior to commencing specific training courses we may require employees to sign a Learning Agreement for Sponsorship of Training. This is to protect our training investment if an employee leaves our employment during the training period or in the 18 months following completion of the course.

The Company may provide financial assistance of up to £200 per academic year to assist with the purchase of text books.

Should an employee leave Moog for any reason during the period of sponsorship, they may be bound to reimburse the Company such costs as follows:-

12 months after completing the course: **100% of all expenditure**

12 to 18 months after completing the course: **50% of all expenditure**

18 months after completing the course: **0% of all expenditure**

Employees should refer to their individual learning agreements for further information.

**33**

**Employee Handbook**

........................................................................................................

### TIME OFF FOR STUDY

The Company will give time off for study as long as there is approval from both their Manager and Human Resources. Employees on day release may be required to make up 50% of their time at no cost to the Company. All employees whose course includes exams will be given a 1/2 day revision and 1/2 day for the exam as paid study leave.

### INSTITUTE FEES AND PROFESSIONAL SUBSCRIPTIONS

All employees are encouraged to seek membership and participate in Professional Institutions. The Company will pay any relevant Professional subscriptions fees that are related to your job and membership fee of an authorised Institution of your choice.

Employees are encouraged to attend local meetings which these Professional Institutions may hold, and become actively involved in Continuous Professional Development. A copy of the applications should be forwarded to the HR Department to maintain up to date records.

### SECTION 6

### BENEFITS

### COMPANY PENSION SCHEME

The Company operates its own pension scheme and you are eligible to join the scheme with effect from your hire date and in line with Auto Enrolment legislation. Details for pension enrolment will be supplied during your induction. Full Terms and Conditions of the Scheme and how to join can be found on My Rewards.

In April 2019, Government Auto Enrolment legislation will take effect which will mandate that a minimum total pension contribution rate of 9% must be met. Therefore, with effect from 2019 a new pension contribution structure will be implemented in line with Government Auto-enrolment legislation.

The 2019 pension contribution structure will be:

| Company service | Your Gross Contribution | Company Contribution | Total Contribution |
|---|---|---|---|
| Any | 3% | 6% | 9% |
| 5 to 10 years* | 4% | 8% | 12% |
| 10 years plus* | 6% | 10% | 16% |

NB: *The service related increases over 3% will continue to be voluntary



34



To aid this transition prior to 2019 we would like to encourage employees who do not currently contribute to their pension scheme to enroll at a rate of 1% per year from May 2016, with a further 1% increase each year until 2019 when the minimum employee contribution will be 3%. This option is completely voluntary and is proposed as a way of easing the transition to a 3% employee contribution rate.

## LIFE ASSURANCE COVER

Life assurance is payable to your dependants or personal representatives on your death in service. This cover is effective from your start date with the Company. Full details are available on My Rewards.

Access to the scheme and benefits provided by the scheme are subject to scheme rules and are amended from time to time. Scheme rules can be obtained on My Rewards.

## PRIVATE HEALTHCARE INSURANCE

After completion of the initial probationary period the Company offers to pay for all employees to be covered by private health care insurance based on the following criteria at 1st December each year.

| Length of service | Level of membership |
| --- | --- |
| 0 to 3 years | Individual membership |
| 3 to 5 years | Couple membership |
| 5 years and above | Family membership |

Access to the scheme and benefits provided by the scheme are subject to scheme rules and are amended from time to time. Scheme rules can be obtained from My Rewards.

## EMPLOYEE ASSISTANCE PROGRAMME (EAP)

As a company we recognise that all of us could benefit at some time in our lives from some professional advice or information, whether to do with a work or personal matter.



35

**Employee Handbook**

If we have issues that go unresolved for any length of time, they can start to have an impact on our quality of life and even our performance at work. This is where the EAP can help.

It provides an impartial and completely confidential advice, information and support resource, available 24 hours a day, 7 days a week. The service is accessible via a freephone number and is completely free of charge to you and your immediate family household. Further details are available from the HR Department or on My Rewards

### ALL EMPLOYEE SHARE OWNERSHIP PLAN

The Moog Controls Limted All-Employee Share Ownership Plan is a HMRC (Her Majesty's Revenue & Customs) approved Share Incentive Plan (SIP). It's a flexible and easy way of buying shares in Moog Incorporated (Moog) directly from pre-tax pay.

Employees are entitled to join the All Employee Share Ownership Plan after completing their probationary period. Full details are available on My Rewards.

### FLEXIBLE BENEFIT PROGRAMME

The Company operates a Flexible Benefit Programme that allows employees to flex some of the benefits . Employees are entitled to join this scheme after completing their probationary period and are required to reaffirm or make any changes during the annual enrolment period. Scheme rules can be obtained from My Rewards.

Access to the scheme and benefits provided by the scheme are subject to scheme rules and are amended from time to time. Scheme rules can be obtained from the HR Department.

### CHILDCARE VOUCHERS

Childcare Vouchers have become the recognised payment method for childcare.

Childcare Vouchers are tax-free and National Insurance exempt for employees and offer National Insurance reductions to employers. All eligible working parents, with children up to the age of 16, are entitled to Childcare Vouchers regardless of tax status.

Childcare Vouchers are a Government Scheme and are subject to Government change. **Note - Childcare Vouchers may have an impact on Working Tax Credit, Statutory Maternity Pay and Minimum Wage.**

For further information please refer to My Rewards.

36



## PROFIT SHARE

Each fiscal year in which Moog makes a profit, the Company may at its discretion, pay a Profit Share to eligible employees.

The employee Profit Share Programme is based on worldwide Company performance. During the first year of employment profit share is pro-rated so that the employee receives a proportionate share based on the number of months in the fiscal year.

Employees should refer to the HR Department for Profit Share rules as they are amended from time to time.

## ANNIVERSARY AWARDS

Anniversary Awards are given to honour those employees who have reached their 5th, 10th, 15th, and subsequent five year anniversaries with the Company. Each employee will be contacted during the year prior to their anniversary to select their desired award from the appropriate year category. It should be noted that once a selection has been made it cannot be changed. The awards will be given to employees after attaining their anniversary.

In addition to Anniversary Awards employees receive additional vacation in recognition of their long service.

Please refer to section 2 of the Handbook for further information.

37

**Employee Handbook**

## SECTION 7

### HEALTH & SAFETY (H&S)

Moog is committed to the development of a positive health and safety culture by promoting high standards, developing competent people, providing effective communication, consultation and training on all matters related to health and safety throughout the organisation.

### POLICY STATEMENT

The Company's Health & Safety Policy Statement is Moog's written commitment to provide safe and healthy working conditions for employees, and to ensure that any work undertaken by the Company does not adversely affect the health and safety of other persons.

This statement includes the aims and objectives of the organisation in respect of health and safety. It is signed by the Senior Manager responsible for health and safety on site and is posted on all Company Notice boards. It can also be viewed on the H&S intranet site.

### ORGANISATION AND RESPONSIBILITIES

Moog regards managing health and safety as a key individual responsibility and a prime objective. All Managers and Supervisors will promote positive attitudes to health and safety and are expected to apply Moog's Health and Safety Policy to achieve that objective in the area(s) for which they are responsible.

Managers and Supervisors will carry out risk assessment of activities as appropriate, implement control measures and workplace precautions and provide employees with training and information to minimise risk.

The General Risk Assessment Procedure, 106-015-503 can be viewed on the H&S intranet site.

Each employee has a legal duty under statutory legislation and through common law to observe agreed standards and practices, take reasonable care of themselves and others and to cooperate with the Company on all aspects necessary to provide a healthy and safe working environment.



38



Safe working ultimately depends on each employee. At Moog every employee has a certain amount of discretion as to how work is organised. With this discretion goes the responsibility of performing in a safe manner. Any issues whilst at work that may affect health and safety should be reported to your Supervisor immediately.

Further advice and assistance is available to all employees from the Health and Safety Advisor.

The Company consults with and communicates to employees on matters affecting health and safety in Employee Meetings, Team Briefings and the Employee Safety Committee. Current names and contact details of members can be found on the H&S intranet site and on the HSE Health & Safety Information Posters.

Full organisation and responsibilities are contained within: Statement of Health & Safety Policy, 106-000-503. A copy of which can be viewed on the H&S intranet site.

This policy is reviewed annually to reflect internal and external changes.

## HEALTH AND SAFETY POLICIES, PROCEDURES AND WORK INSTRUCTIONS

Full details of all Health & Safety Policies can be accessed on the H&S intranet site.

### HOSTING OF VISITORS

The Moog employee, who a visitor signs in to see, is responsible for ensuring that their visitors comply with all aspects of the Health and Safety policy for the duration of their visit.

Please refer to Section 8 of the Employee Handbook for further information.

### SMOKING/VAPING

Smoking and vaping are prohibited throughout the entire site (indoor and outdoor) with the exception of the designated shelters. Smoking/vaping is not permitted in a company-owned, leased or hired vehicle at any time or in a personal vehicle whilst on company business and accompanied by a colleague.



39

**Employee Handbook**

This policy applies to all employees, consultants, contractors, customers and visitors.  Please refer to the company's smoking/vaping policy 2800-002-203, which sets out the company's expectations on this issue.

This is enforceable through the company's disciplinary procedure.

### WORKING FROM HOME

An employee who works from home must get prior permission from their Supervisor and ensure the completion of the required risk assessments.

### CONTROL OF CONTRACTORS

Moog is committed to ensure that the employment of contractors on any Moog site will be managed effectively in order to minimise the risks to health and safety of Moog employees, contractors with whom Moog are sharing a workplace, and others affected by the conduct of the undertaking and fulfil Moog's legal responsibilities.

Any employee who engages the services of a contractor is responsible for ensuring compliance with the Control of Contractors Procedure 106-010-503 which can be accessed on the H&S intranet site.

All contractors must sign in and out at Reception and wear a Contractor's badge for the duration of their visit.

Any employee who witnesses any unsafe practice by a contractor should inform the Health & Safety Advisor immediately.

### PROCURING NEW AND USED MACHINERY

To ensure the Company meets all legal requirements and minimises risk to employees, the procurement of new and used machinery must comply with the Procuring New and Used Machinery Procedure 106- 017-503 which can be accessed on the H&S Intranet site.

### DRIVING ON COMPANY BUSINESS

Moog aims to control the risks involved in driving on company business. This includes use of any Company vehicle, use of own car and use of hire cars when used on company business.

Motorcycles are not to be used on company business.All drivers who drive whilst on company business must have a full, valid driving licence for the class of vehicle to be driven.

When driving on company business, whether your car is fitted with a hands-free device or not, pull over and switch off your vehicle to use your mobile phone.

**40**



Prior to using a company vehicle you must make yourself familiar with the Driving on Company Business Procedure, 106-020-503 which can be accessed on the H&S intranet site.

## DISPLAY SCREEN EQUIPMENT POLICY

The Company organises the assessment of work stations in line with current legislation.

If you are a frequent or essential user of a computer within your job, you are entitled to an eye test funded by the Company. We recommend that you have an eye test at least once every two years. Where glasses are prescribed solely for DSE work, the Company will pay for basic glasses. Where glasses are prescribed for any other purpose, the Company will pay for the sight test only. You can access the Eye Test Request Form to book an appointment on the H&S intranet site.

Practical advice that you can follow to minimise risk can be found later in this Handbook.

If you have any questions regarding the set up of your workstation or if you experience any pain when using your computer, please refer to your Supervisor/Manager.

## WORKING OFF-SITE

Employees who are required to work off-site must ensure that they are familiar with the risk assessments for the work to be undertaken and adhere to the workplace precautions required at the third party site. If in doubt, consult your Supervisor/ Manager before starting work.

Please refer to the Off-Site Working Procedure, 106-021-503 on the H&S intranet site.

## GOOD HOUSEKEEPING

Cleanliness and orderliness is essential to the quality of our products and the safety of our employees. Each employee is responsible for maintaining a clean and neat work area clear of obstructions and maintaining the agreed standard of hygiene.

Employees are expected to take reasonable care in the use of company equipment and facilities. Losses, breakages, leaks or other damage must be reported immediately to the Supervisor.

41

**Employee Handbook**

........................................................................................

### INTERNATIONAL TRAVEL

The Company will take all reasonable steps to ensure the health, safety and welfare of employees when they travel overseas as part of their work.For early, late and overnight and/or long-haul flights, the Company strongly recommends that employees organise a taxi to and from the airport and where necessary an overnight stay. TIREDNESS KILLS – Do not drive if not fit to drive.

Please refer to the Driving on Company Business Procedure 106-020-503 which can be accessed on the H&S intranet site.

### LONE WORKING

Working alone can bring additional risks to work activity. Where possible Lone Working should be avoided. Where it is unavoidable employees should refer to their Supervisor to extend the risk assessment and put additional controls in place.

### EMPLOYEE WELLBEING

Moog is committed to managing risks to maintain the mental health and wellbeing of all staff. The Company aims to minimise stress at work. If, at any time, you require help or support, please refer to your Supervisor/Manager or the HR Department.

In addition, we provide access to all employees to an Employee Assistance Provider to enable employees to gain support, assistance and counselling. For further information, please refer to Section 6 of this Handbook and the HR intranet site.

### NEW AND EXPECTANT MOTHERS

Our duty of care is greater for new and expectant mothers than for other employees and as and when you notify us that you are pregnant (with a written note, usually from your doctor) we will complete a risk assessment.  Where risks to you or your unborn child cannot be avoided, then we will take reasonable steps to adjust your hours or shift, offer alternative work or offer paid leave.

### YOUNG PERSONS, 16-18YR OLDS

Anyone employed under 18 years of age requires a risk assessment and some additional supervision.  This is because they are more likely to have less experience of working environments and may be still developing physically and therefore more prone to injuries from manual handling or chemicals. Please refer to your Health and Safety Advisor for further guidance.

### AIDS POLICY

We recognise that HIV and AIDS constitute a very misunderstood threat to health, thus we aim to create an atmosphere of understanding in which anyone who is HIV positive or has an AIDS related illness will be able to feel free to come forward in the knowledge that they will meet with care and understanding and that appropriate support will be offered. l disclosures will be treated in the strictest confidence.



42



**MOOG**

### ALCOHOL AND DRUGS POLICY

There is a clear link between misuse of alcohol and drugs and reduced safety and efficiency.

Moog is committed to achieving a safe working environment that is free from the influence of drugs or alcohol.

Moog strictly prohibits unauthorised use, possession, manufacture, distribution, dispensation or sale of illegal drugs, drugs paraphernalia, controlled substances or alcohol on Company premises, during Company business, in company vehicles, and/or during working hours. Employees are required to be free from the influence of illegal drugs and alcohol while working.

Moog will take corrective action, up to and including termination, for violations of this policy. The full Alcohol and Drugs Policy, 106-023-503 can be accessed on the H&S intranet site.

### PERSONAL PROTECTIVE EQUIPMENT

The Company will determine the requirement to wear personal protective equipment through risk assessment.

Personal protective equipment is provided by the Company and it is the employee's duty to use such equipment and ensure that damaged equipment is reported to their Supervisor. The Company will enforce the using of such equipment where deemed mandatory; non- compliance may result in disciplinary action being taken.

### Safety glasses policy

The wearing of safety glasses is mandatory for personnel involved in or observing the following types of work and equipment.

a   All cutting or grinding machinery; whether guarded or not.

b   When setting up and operating all hydraulic and pneumatic test equipment.

c   When using hazardous materials and chemicals.

d   Using hand tools, typically lock tie wiring, soldering, hack sawing, chiseling, blow guns.

e   When using a fly mower.

f   Any area within the Company that is defined by blue lines on the floor or painted walkways.

g   Line Managers may make the wearing of safety glasses mandatory on any process where they recognise a risk. Such processes will be indicated by safety glasses signs.

Moog provides non-prescription safety glasses for all employees.

Employees who require safety glasses fitted with prescription lenses are tested and fitted by the Company Optician. To ensure compliance, prescription safety glasses must be replaced every two years. An Eye Test Request Form is available on the H&S intranet site.



43

**Employee Handbook**

### Safety footwear policy

The Company provides safety footwear for all direct employees working in an area where there is a recognised risk determined by risk assessment. The Company will replace footwear when there are faults, damage, wear and tear, due to any fit issue or the footwear is no longer suitable for the tasks carried out. The provision to indirect employees will be determined by risk assessment. All employees who have been issued with protective footwear must wear them.

All employees working within the Company are expected to wear suitable shoes. Anyone visiting areas where there is a recognised risk, such as Assembly & Test, Stores, Engineering and Maintenance must wear shoes that meet the following minimum standards:

- Strong upper of shoe, ideally leather or suitable equivalent (not canvas or fabric)

- Upper covering all of the foot, including the toe (no open-toe shoes or sandals)

- A non-slip sole.

Anyone visiting the Manufacturing Machine Shop (Plant 4) must wear safety footwear in all areas defined by blue lines and when stepping off the blue painted walkway.

In Assembly & Test clean rooms the safety footwear must conform to contamination control policies.

A Footwear Issue Request Form is available on the H&S intranet site.

**44**

### Ear defenders

The Company provides ear protection for all individuals where defined as required in a risk assessment. Ear defenders are mandatory in the pump rooms.

### Overalls

The Company provides overalls for all employees working in shop floor areas.

### USE OF PERSONAL MUSIC PLAYERS

In our work environment we make use of alarms, emergency broadcasts and other audible signals and warnings on vehicles and work equipment. Consequently, to minimise risk to employees and other parties on site we have concluded that the use of such equipment when carrying out the following tasks exposes the employee and others to an unacceptable level of risk and is therefore not permitted:

- Operating Machinery and Test Rigs.

- Operating Vehicles on site (including Fork Lift Trucks).

- Working in Plant Rooms and Pump Rooms.

- Carrying out Maintenance activities.

- Moving around the Site.

Employees must not wear or use such equipment in any of the above circumstances.

This is enforceable through the Company's Disciplinary Procedure.



### USE OF MOBILE PHONES AT WORK

- When operating machinery, hydraulic rigs, fork lift trucks or hand tools, the use of a mobile phone is forbidden, even in case of emergency. If the call is urgent and must be taken please stop the machine where practical and safe to do so and remove yourself from the working area.

- All mobile phones should be stored in an appropriate way according to your working environment and kept away from flammable sources e.g. IPA Booths. Please see the relevant risk assessment for the area/equipment.

- During working hours use of personal mobile phones should be kept to a minimum.  Use of the internet via a personal mobile phone, including use of social networking sites, should only be during paid/unpaid break times.

- Please also refer to the Global IT policy Acceptable Use of Data, Electronic Property & Assets in relation to use of business devices and Section 9 of the Company Car policy (100-002-503).

### CODE OF SAFE CONDUCT

All employees are expected to:

- Respect each other in matters of conduct that involve mutual health and safety.

- Conform to the health and safety policy at work policy, all health and safety rules, signs and emergency procedures.

- Ensure understanding and follow the safe operation of duties; questioning any lack of understanding of any aspect of these.

- To advise the Company of any individual factors that may compromise safety.

- Not to interfere with or misuse anything provided for the health and safety of employees.

- Not to act in a way that could endanger themselves or others.

- Not to play practical jokes that may endanger others.

- Take care when moving around the site, especially on stairs or steps.

Any behaviour that jeopardises the safety of employees is not acceptable and may result in application of the Company's Disciplinary Procedure.

### SAFETY DEVICES AND MACHINE GUARDS

On no account shall unauthorised persons tamper or remove safety devices or guards on work equipment. This is a disciplinary offence. Machines shall not be operated without guards in place. Always report damaged or broken guards immediately.

45

**Employee Handbook**

### SAFETY AUDITS/SAFETY INSPECTIONS

The Company uses both internal and external health and safety audits and workplace inspections to complement monitoring activities. The main objectives are:

- To ensure that standards achieved conform as closely as possible to the objectives set out in the safety policies.

- To provide information to justify continuation of the same strategy, or a change of course.

- To identify shortfalls in the workplace that requires corrective action.

Your assistance may be requested.

### OCCUPATIONAL HEALTH SERVICE

During your employment at Moog it may be necessary to refer you to the Company's Occupational Health Service to provide medical advice in respect of your health and safety. Your Supervisor will explain fully the reason for the referral and the process. If you have any questions, please refer to the HR Department. All Occupational Health referrals will comply with Data Protection and Access to Medical Records legislation.

### HEALTH SURVEILLANCE

For some identified hazards, the Company will need to carry out Health Surveillance to monitor the effectiveness of control measures. All feedback will be handled in confidence by the Occupational Health Service, only releasing group anonymised data to the Company.

### EMERGENCY PROCEDURES

#### First aid

The Company will ensure that adequate qualified First Aid personnel are available on site. In addition, first aid facilities are provided.

The First Aid personnel are trained to deal with "first aid" and their decision should prevail until professional help arrives.

Each First Aider is issued with a First Aid Kit.

A list of First Aid Personnel is displayed on the Company Notice boards and on the H&S intranet site.

Please make sure that you know who your nearest First Aider is.



46



### Urgent Assistance – Plants 1, 2 & 4

To gain urgent First Aid assistance when Main Reception is occupied, dial '0' (zero). Within normal Reception hours the switchboard operator will broadcast an emergency message. Outside of these hours dial 7007 to gain direct access to the PA system. In both cases, please state clearly your exact location and Plant.

### Urgent Assistance – Plant 3

Within day shift hours, press the yellow button on any of the 8 transmitters located on the shop floor and in the office. Outside of day shift hours, dial 7007 to gain direct access to the PA system to broadcast an emergency message, clearly stating that first aid assistance is required in Plant 3.

### Accidents and accident reporting

All injuries sustained at work, no matter how small, must be reported to a Moog First Aider. The First Aider will then take the appropriate action. Injuries sustained when working off-site or when driving on company business must also be reported.

The Company has a legal duty to record and in certain circumstances, report all accidents that occur on site. First Aid personnel will ensure that all accidents are recorded in the accident book (Ref BI 510) and forwarded to the Health & Safety Department.

You are actively encouraged to report 'Near Misses'. Please complete a Near Miss form or email to the Health and Safety Advisor. Near Miss forms are available from the H&S intranet site or at locations around the site.

A full investigation of all accidents and near misses will be made by the Departmental Manager & the Health & Safety Department.

### Fire evacuation procedure

Every employee is responsible for ensuring that they observe regulations and minimise the risk of fire.

Fire Marshals are appointed for each area of the premises to facilitate the evacuation of their areas, and control designated assembly points.

An employee leaving the site during normal working hours must inform their Supervisor or in their absence their Fire Marshal. This is to ensure that in case of fire the Supervisor can liaise with the Fire Marshal and all employees can be accounted for.

Disciplinary action may be taken against anyone who tampers with or reduces the effectiveness of structural fire precautions or fire equipment. In particular, designated fire doors must not be fixed open.

All fire exits will be clearly marked and access gangways kept clear at all times. Fire exits will be regularly maintained and operable at all times.



47

**Employee Handbook**

........................................................................................

*Fire discovery and evacuation procedure*

### IF YOU DISCOVER A FIRE

1   Immediately operate the nearest alarm call point.

2   If possible, tackle fire with portable appliances provided but **WITHOUT** taking any personal risks.

3   When the fire alarm sounds, employees should:

- Turn off their process/equipment (where practical).

- Immediately evacuate the building **BY THE NEAREST FIRE EXIT.**

- Do not stop to collect personal belongings.

- Assemble at the designated Assembly Point and report to their Fire Marshal.

### *ASSEMBLY POINT*

Your assembly point will be shown to you at your induction and posted on the Company Noticeboards.

4   Call the Fire Brigade. From the Moog telephone system dial 9 999. State clearly which Plant is affected.

5   Under no circumstances are employees to re-enter the buildings until permission is given by the Person in Charge or the Fire Brigade.

6   At the Assembly Point Fire Marshals will take a roll call and then report to the Person in Charge that the roll call is complete or give details of anyone unaccounted for and (where applicable) of areas not checked.

7   Reception will inform the Person in Charge of any visitors who are on site and the Fire Marshals will inform of any visitors assembled in their area.

### MANAGING RISK AT MOOG

The activities carried out on Moog's site are varied and diverse in nature, including a range of engineering disciplines and technologies. The facilities include accommodation of offices, production operations, engineering development and maintenance activities.

Prior to carrying out a new activity or visiting an area for the first time, you should refer to your Supervisor for instructions to minimise risk to health and safety. Never attempt a task without the appropriate training and information.

**48**



We have provided below information and guidance in respect of generic hazards across the site. This does not replace specified training and instruction.

## MANUAL HANDLING

More than a third of all over-three- day injuries reported each year to Health & Safety Executive are caused by manual handling – the transporting or supporting of loads by hand or by bodily force.

Manual Handling is not only the lifting of items but also the pushing, pulling or other movement of items from one place to another. Although often associated with the movement of heavier items in shop floor areas, injuries due to poor manual handling techniques can be caused in all areas including office areas. The focus should not just be on the weight of the load but also the task, the individual and the environment. If the risk is significant it should be the subject of a manual handling assessment.

Please read the guidance below before carrying out manual handling:

### Lifting

- Do you really need to move the load? If no, don't
- Use mechanical aids if possible
- Clear the route of obstacles in advance

- Is the final destination area clear for the load to be set down?
- Size-up the load
- Does it require help to move?

If you are carrying out a manual lift, follow the recommended handling techniques. Further information can be gained directly from the Health & Safety Department and the H&S intranet site.

### Pushing

- Before pushing a trolley, position one foot in front of the other.
- Grip the handle using both hands, keeping the elbows slightly flexed.
- Bend the forward knee; the other knee will also bend slightly.
- Straightening the back leg will give enough momentum to start forward movement.

### Pulling

- To pull a trolley, position one foot behind the other.
- Grip the handle using both hands, again keeping the elbows slightly flexed.
- Bend the rear knee; the other one will always bend slightly.
- Straightening the forward leg will give enough momentum to start backward movement.

**49**

**Employee Handbook**

........................................................................................................

### *NOISE*

Noisy machines, processes or environments can impact on your hearing and general health causing temporary or permanent hearing loss and they are also stressors.  You must follow the instructions given to you and signage displayed if you enter or work in an identified 'noise' area or zone.

Quite often simple but effective changes can be made to reduce the amount of noise or your exposure to it.  A detailed risk assessment will be carried out to identify and reduce noise levels.

### *WORKING AT HEIGHT*

We should always avoid working at height by working at ground level as much as possible.  Where there is a requirement to work at height, please refer to the working at height risk assessment.

### *MECHANICAL LIFTING EQUIPMENT*

Prior to using mechanical handling equipment you must receive the relevant training in the safe use of such equipment. Please refer to your Supervisor.

### *CHEMICALS AND SUBSTANCES*

Moog uses chemicals and substances across the site including oils, lubricants, paints, solvents and other preparations. These vary in the type of hazard presented. As far as possible, use must be minimised and where in use the safest options must be selected. All new substances are subject to risk assessment prior to introduction.

Prior to using a chemical or substance you should obtain details of the required control measures and workplace precautions to take when using the chemical or substance by referring to the relevant COSHH Assessment and Material Safety Data sheet. These are available from your Supervisor or directly from the H&S intranet site.

- Food and drink must not be prepared, stored or consumed in areas where chemicals and substances are in use.

- Good Hygiene practices must be followed. The Company provides pre-work creams, soaps and after work creams for use by employees to minimise the risks to skin.

The Company's Control of Substances Hazardous to Health Procedure 106-012-503 can be viewed on the H&S intranet site.



50



### DERMATITIS

Many people who work with chemicals or have wet hands as part of their day to day work develop this skin condition. The symptoms are most commonly noticeable on your hands and face but can develop on any part of your body. They include:

- Dryness
- Itching
- Blisters
- Redness
- Flaking skin

The effects can be very severe and you must inform your manager of any symptoms. These must be investigated to ascertain what might be causing the symptoms – it could be something you are doing at home. If occupational dermatitis is diagnosed by your doctor, this is RIDDOR reportable  and we will work with you to mitigate the effects of the substances involved and consider alternative ways of working.

### DISPLAY SCREEN EQUIPMENT

Poor posture and workstation design can cause problems when using computers e.g. backache, tiredness, wrist conditions and eye complaints.

Here are some practical tips that you can follow to minimise risk:

### Getting comfortable

- Adjust your chair and VDU to find the most comfortable position for your work. As a broad guide, your forearms should be approximately horizontal and your eyes the same height as the top of the VDU.

- Make sure you have enough workspace to take whatever documents or other equipment you need.

- Try different arrangements of keyboard, screen, mouse and documents to find the best arrangement for you. A document holder may help you avoid awkward neck and eye movements.

- Arrange your desk and VDU to avoid glare, or bright reflections on the screen. This will be easiest if neither you nor the screen is directly facing windows or bright lights. Adjust curtains or blinds to prevent unwanted light.

- Make sure there is space under your desk to move your legs freely. Move any obstacles such as boxes or equipment.

- Avoid excess pressure from the edge of your seat on the backs of your legs and knees. A footrest may be helpful, particularly for smaller users.



51

**Employee Handbook**

### Keying in

- Adjust your keyboard to get a good keying position. A space in front of the keyboard is sometimes helpful for resting the hands and wrists when not keying.

- Try to keep your wrists straight when keying. Keep a soft touch on keys and don't overstretch your fingers. Good keyboard technique is important.

### Using a mouse

- Position the mouse within easy reach, so it can be used with the wrist straight. Sit upright and close to the desk, so you don't have to work with your mouse arm stretched. Move the keyboard out of the way if it is not being used.

- Support your forearm on the desk, and don't grip the mouse too tightly.

- Rest your fingers lightly on the buttons and do not press them hard.

### Reading the screen

- Adjust the brightness and contrast controls on the screen to suit lighting conditions in the room.

- Make sure the screen surface is clean.

- Choose text that is large enough to read easily on your screen. Select colours that are easy on the eye.

- Individual characters on the screen should be sharply focused and should not flicker or move.

### Posture and breaks

- Don't sit in the same position for long periods. Make sure you change your posture as often as practicable. Some movement is desirable but avoid repeated stretching to reach things you need.

- Plan your day to combine computer and non-computer duties to ensure breaks from the screen.

### WORKBENCH ERGONOMICS

Ergonomics is about ensuring a good "fit" between people and the things they use.

For any sustained physical activity, the most appropriate posture for the performance of a task is that which involves least muscular effort.

- Workbenches in shared areas can vary somewhat in height, so it is important to use an appropriate chair adjusted for height and tilt.

- Adjust the seat height to ensure that a 90-degree angle exists at the elbow when resting your hand on the bench top.

- Adjust the backrest to ensure that it is vertical or slightly forward and its height allows support in the lower back region.

**52**



- Do not allow your feet to dangle, use a footstool.

- Do not perch on the end of the seat.

- Do not leave parts on the floor which are frequently used for production. If something must be retrieved from floor height, get off the chair and carefully lift it to the bench.

- Do not reach sideways or downward while still seated, this is a common cause of back problems.

- Locate the component bins in front of you so that those containing the parts most frequently used are within easy reach, with those less frequently used in the outer reach area.

- Avoid stretching, twisting and forward inclination of the trunk.

- Avoid working in a cold draught.

- Adjust your position regularly, at least once every 50 – 60 minutes.

- Position your work to avoid bending your neck for long periods.

- Most work at Moog is in small batches but if the task is repetitive and the workload is high, rotate with other tasks regularly.

- Avoid the application of force. Where unavoidable, take advice regarding the recommended tools to use. Where muscular force must be exerted the limbs should be in a position of greatest strength.

- Postures which require a joint to be used for long periods at the limit of its range of motion should be avoided.

- If worktop space is inadequate, position some parts on a flat trolley next to you.

### PREVENTION OF SLIPS & TRIPS

HSE statistics tell us that 50% of all trip accidents are caused by bad housekeeping. Most floors only become slippery once they become contaminated. Prevent contamination and you reduce or even eliminate the slip risk.

Everyone in the workplace has a part to play when it comes to preventing slips and trips

A 'See it, Sort it!' mentality can reduce the risk of slip and trip accidents e.g. dealing with a spillage, instead of waiting for someone else to deal with it.

**53**

**Employee Handbook**

A useful checklist to help improve safety for you and your colleagues in the workplace:

- Use your initiative.
- Suggest ways of preventing contamination (water, oils, cardboard, waste etc.) from getting onto the floor.
- Make sure the floor is clean and dry.
- Clear up spillages immediately.
- Dispose of waste materials.
- Remove any obstructions.
- Avoid causing trailing cables.
- Store goods safely.
- Keep workstations clear of obstacles.
- Wear sensible footwear.
- Do not store items on the floor unless in a designated storage area, marked appropriately.
- Never leave items in corridors or main walkways.
- Keep your work area tidy.

## USE OF TOOLS AND WORK EQUIPMENT

Moog activities involve the use of a wide range of work equipment from hand tools to complex machinery. They present a variety of hazards.

You must refer to your Supervisor to obtain all relevant training and safe systems of work prior to using work equipment within your job.

At the start of each shift, check guarding. If damaged or broken, report to maintenance immediately.

If equipment becomes worn or damaged, report it to your Supervisor immediately

## ELECTRICITY & ELECTRICAL APPLIANCES

- Ensure any new electrical equipment brought onto site has been safety checked (including any personally owned items)
- Visually check leads and plugs.
- Avoid trailing wires.
- Do not overload sockets by using adaptors or excessive number of devices on one point.
- Ensure equipment has an 'in date' test label.





- Report any damage to your Supervisor immediately. Ensure that suspect or faulty equipment is taken out of use, labelled "**DO NOT USE**" and kept secure until examined by a competent person.

- Ensure that tools and power socket-outlets are switched off before plugging in or unplugging.

- Ensure equipment is switched off and/or unplugged before cleaning or making adjustments.

- Switch off electrical equipment when not is use and at the end of the shift (unless advised by your Supervisor otherwise)

The Company's Switching Off Policy can be accessed from the H&S intranet site.

### FIRE SAFETY

- Keep your working area free from waste as far as possible.

- Keep all combustible materials a safe distance from heating appliances.

- Do not place anything on heaters.

- Minimise use of flammable liquids.

- Always store flammable substances in a Flammables Cabinet and keep away from ignition sources.

- Check equipment used with flammable solutions is grounded and in good working order.

- Keep containers closed when not in use.

- Avoid decanting flammable substances, where possible.

- Keep fire exits, routes and access to fire fighting equipment clear from any obstructions; do not wedge fire doors open.

- Switch off electrical equipment when not in use.

### WORKPLACE TRANSPORT

Vehicles of various types operate on our Site. e.g. Fork Lift Trucks, Cars, Vans and Lorries.

You can minimise risk by observing the following rules:

- No employee is permitted to drive a forklift truck unless they have been authorised by the Company to do so. This authorisation is controlled by the Health & Safety Department.

- Pedestrians must observe any restrictions introduced on site.

- Pedestrians must keep to designated routes and road crossings.

- All drivers must observe the site speed limit of 5 mph.

- Vehicles must be parked in designated parking spaces. Do not park on yellow lines or yellow-hatched boxes.



55

**Employee Handbook**

···································································································

## SECTION 8 – MISCELLANEOUS

### COMPANY EVENTS

Moog funds occasional social events. Details of these events are posted on the Company Noticeboards at the appropriate times.

### SPORTS & SOCIAL EVENTS

Moog gives every employee on the Moog payroll an opportunity to contribute into a Sports and Social Fund. Any employee who wishes to organise or has a suggestion for an event or function should approach the Sports and Social Committee. The committee will assess whether the event would merit sponsorship from the Sports and Social Fund.

Events are posted on the Company Noticeboards.

Deductions from employee's pay will be arranged for the Sports and Social Club and individuals can obtain forms from the HR Department or HR intranet site.

Any employee who is not a member of the Sports and Social Club will not be entitled to any subsidy and will be requested to pay the full cost of any sponsored event.

### SOCIAL MEDIA

Moog's Social Media Guidelines (G2500-3) are intended to help you understand in part what you can't do, but more importantly, to understand what you can do and how to do it well. The guidelines can be found on the HR intranet.

Please also read and follow the Acceptable Use of Data, Electronic Property & Assets Policy (BMDL-12-25) which applies to your social media activities. This policy gives practical advice and lays out the consequences of inappropriate online behaviour.

### PERSONAL PROPERTY

We will take reasonable precautions to ensure security of personal belongings; however, we cannot accept responsibility for lost, stolen or damaged personal items on our premises. Please inform the HR Department if you have any worries about safety or security. If you have lost something, ask our receptionist or HR department if it has been handed in.

### RESTAURANT FACILITIES

There are Restaurant Facilities on site which provide food and beverage services. There are also beverage machines located around the company. Please respect these areas and clear up any spillages etc if they occur. The catering services are for the exclusive use of Moog employees and service personnel as authorised by the Company.

**56**



....................................................................

## CAR PARKING

A certain number of car parking spaces are available. If you do park in the space provided it is at your own risk, so please ensure that you do not leave belongings or items inside the car that are easily visible to passers by.

## ENVIRONMENT

Through the Company's environmental management system we aim to put in place measures to conduct our business in order to minimise the effects on the environment. We ask our employees to work together to minimise the effect on the environment and reduce waste and energy usage.

## ACCESS CONTROL

All employees are issued with an identity card to gain access to the premises. In order to use this card you will be given a personal pin number which should remain confidential to you. These identity cards must be worn and easily visible at all times when on site. Any lost cards should be reported immediately to the Facilities Department.

## *VISITORS TO THE COMPANY*

Prior to the arrival of visitors, the receiving host should register their visitor(s) on the electronic visitor system or inform Reception. All visitors, whether they are external/ contractor or from another Moog site, must report to Reception, be signed in via the electronic visitor system and

be provided with an appropriate badge that must be worn at all times whilst on MCL premises.

If visitors arrive outside of the normal Reception opening times (7am to 7pm Monday to Friday), it is the responsibility of the hosting employee to ensure that their visitor is signed in. These formalities are necessary for both security and fire regulation requirements.

Should the visitors be likely to visit a production area of the Company, they will be issued with safety glasses in Reception.

## *HEALTH AND SAFETY / SECURITY*

The host or accompanying employees are responsible for the conduct, and health and safety of their visitors whilst on Moog premises.

Staff visiting from other Moog facilities may have the freedom to move around the site without being escorted, but they must still wear their badge to signify they are not a permanent employee of this site.

Contractors may work unaccompanied in the areas agreed for them to conduct their business, whilst other external visitors must be accompanied at all times. All staff are encouraged to challenge any person or groups of people who are alone and not recognised as employees of Moog. This provides the first line of effective security for our company.

**57**

**Employee Handbook**

### IN HOUSE MEETINGS / PLANT TOURS

It is the host's responsibility to ensure the appropriate meeting room(s) and facilities have been organised for their visitors and that visitors are away from commercially sensitive areas. Remember that each visit is a unique opportunity for MCL to project a professional image; hence all necessary preparation should be in place to capture maximum advantage.

This encompasses prior planning of Plant tours (engaging with all personnel that need to be involved) and ensuring that all rooms and tour routes are free from items that would not portray the Company in the best manner.

At the beginning of meetings with visitors, there are a few domestic items that should be addressed, as follows:

- What to do in the event of a fire alarm.
- How to access first aid.
- The need to abide by the escort guidelines (see Health & Safety section above).
- Responsibility for health and safety; e.g. emphasising the need for safety wear when crossing blue lines in the Production area.

- The Smoking Policy.
- Make it clear that this is a Company engaged in the Aerospace and Defence Industry and that visitors may be entering areas containing proprietary information, products and processes. Cameras (including those in mobile phones) may only be used with the express agreement of their host.

It is normal practice for visitors who stay over lunch to be taken to the canteen, where charging codes have been established for the cost of their meals.

Alternatively, working lunches can be accommodated by the provision of pre-arranged buffets.

### CONFIDENTIALITY OF INFORMATION

In the course of your employment with us, you may come into possession of confidential information. Unless acting in the proper performance of your duties, or required by law, you must not disclose to any person or body, including work colleagues, or use any confidential information that you obtain during the course of your employment. These restrictions will continue after your employment has been terminated.



58



Confidential information belonging to the company will remain the property of the company and you must not retain any copies of this information.

Any breach of confidentiality, including the imparting of information to other employees, except on a "need to know" basis, will be considered grounds for summary dismissal and breach of contract for which damages may be claimed.

### *PROPRIETARY INFORMATION*

It is the responsibility of employees to protect the best interest of the company whilst hosting visitors.

Intellectual property rights must be guarded at all times, details of financial and operational performance should be kept at a very high level and in the situation where military contracts are under discussion, due note must be taken of Export Licensing and Technical Assistance Agreement requirements.

### INTELLECTUAL PROPERTY

Any Intellectual Property which you may devise, write or make, either solely or jointly with others, for the Company during your employment will be and will remain the property of the Company. All rights, title and interests in any Intellectual Property will be assigned to the company.

### INVENTIONS & DISCOVERIES

During your employment you are required to disclose to your Supervisor/Manager or assignee the results of progress of any work you are engaged on at Moog which an invention, discovery or innovation of any kind might reasonably be expected to arise.

An invention, innovation or discovery which is made in the course of duties assigned to you during your employment will belong to the Company.

### GAMBLING, PRIVATE TRADING & COLLECTIONS

Any form of gambling on Company property is strictly forbidden.

Private trading is not allowed on Company premises.

At Moog we try to maintain an environment which promotes maximum individual responsibility for work and conduct. Employees frequently selling products, services or requesting donations can create an uncomfortable infringement on other employees. Some employees may feel compelled to respond to sales offers made by their co-workers.

To enjoy the kind of work environment we have, Moog employees should be free from this kind of pressure.



59

EXHIBIT B
Page 168

**Employee Handbook**

....................................................................................................................

Persons not employed by Moog are not permitted anywhere on Moog property at any time for the purposes of soliciting, distributing literature or selling products, unless they have explicit permission to do so from the site lead.

### GIFTS AND GRATUITIES

Moog's policy of conducting business activities according to high ethical standards depends on its adherence to, and enforcement of, proper business conduct principles. It is imperative that all employees make sound judgment about their business conduct consistent with these principles.

Where there is any doubt as to a proper course of action, the matter should be referred through supervisory levels for decision. Employees should refer to their Business Ethics booklet and training for further information.

### COMMUNICATION

Moog is committed to keeping employees as well informed about company affairs as is possible.

Managers and Supervisors hold monthly team briefings where the opportunity exists for questions to be answered. There are also noticeboards in a number of prominent positions throughout the Company and a weekly newsletter is emailed to all employees.

The Company holds Employee Meetings to discuss business related topics and provide information on the performance of the business.

Employees are invited to participate by raising questions either in writing (before the meeting) or in person at the meeting.

### A FINAL NOTE

Please keep this Handbook accessible so that it can serve as a useful reference for you throughout your time at Moog. We hope that the environment and practices described will continue towards making your work experience here pleasant, productive and stimulating. If you have any queries on any of the items included in this Handbook, please ask either your Supervisor/Manager or HR department for clarification or further information.

**60**

# MOOG

**NOTES**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**61**



Moog Employee Handbook
Oyster/PDF/Rev B, March 2017,