# EXHIBIT D

# EXHIBIT D



THE MISSION

Free the world from travel time.



# Our transportation system is going through a transformation



MORE ROADS:
Building 10% more roads generates 10% more traffic

RIDESHARE:
"Uber and Lyft has created a new traffic problem for major U.S. cities"
The Washington Post July 25, 2018

TRAINS:
1. $200M-$2,700M per mile
2. Years, if not decades to build

AUTONOMOUS VEHICLES:
"Waymo's self-driving cars struggle to turn left and don't understand basic road features"
The Telegraph August 28, 2018

eVTOL & Uber Elevate:
1. 7-10 year FAA approval cycle
2. Unproven platform
3. No regulatory pathway for wide approval

4







# Future of mobility will be in the air

MORE ROADS:
Building 10% more roads generates 10% more traffic

RIDESHARE:
"Uber and Lyft has created a new traffic problem for major U.S. cities"
The Washington Post July 25, 2018

TRAINS:
1. $200M-$2,700M per mile
2. Years, if not decades to build

AUTONOMOUS VEHICLES:
"Waymo's self-driving cars struggle to turn left and don't understand basic road features"
The Telegraph August 28, 2018

eVTOL & Uber Elevate:
1. 7-10 year FAA approval cycle
2. Unproven platform
3. No regulatory pathway for wide approval

# Generating flight hours can lead to a highly profitable operation





## Growth Ramp

| Helicopter Ramp | Unique Passengers | Total Training Miles Flown | Annual Revenue |
|---|---|---|---|
| 2 | 266 | 300K | $3M |
| 10 | 1,328 | 1.4M | $17M |
| 50 | 6,641 | 6.8M | $84M |
| 100 | 13,282 | 13.5M | $169M |

Based on: $5 per mile, 2.5 pax load, 4 daily flight hours, 250 operating days annually, 15 ground-mile trip

## Los Angeles Market

Population: **4.5 million**
Population with $250K+ income: **150,000+**

$100M revenue run rate

**7,905**

(0.17% of LA pop.)

This document does not contain Technical Data or Technology as defined in the ITAR Part 120.10 or EAR Part 772

## Our commuter service will pay for itself and build a first-mover moat





**Generate flight hours** demonstrating statistical significance that autonomous flight is as safe as piloted flight

**Aggregate demand** to become a regular commuter service

**Build demand-side data** for route selection, utilization, and ride experience

**Build a playbook** for locking in proprietary landing zones; this is key to blocking out anyone else ever trying to do this, eVTOL or not.

**Deliver an experience riders will love** -- once you travel by air, you will never ever want to drive the same route by car

