# EXHIBIT L

# EXHIBIT L

EXHIBIT L
Page 224

Employee Name: **Misook Kim**

Employee Number: **0015872**

**MOOG**

## Supervisor Termination Checklist
### Voluntary Resignation

*Please follow the steps below and return this form to Employee Engagement upon completion. If you have any questions, please contact Employee Support by phone at 1 (844) 367-5787 or by email at employeesupport@moog.com.*

| | | |
|---|---|---|
| ☒ | Contact Employee Support and Employee Engagement | Please contact Employee Support and Employee Engagement to notify them of the anticipated resignation date. If the employee provides a written notice, please send this to Employee Support. |
| ☒ | Initiate a Termination Employee Status Record (ESR) through Manager Self-Service | *How to Terminate an Employee* instructions on the Knowledgebase. You can also contact Employee Support if you would like assistance. Please ensure the ESR is completed in a timely manner, to avoid overpayment of the employee. |
| ☒ | Notify appropriate department personnel | This step is optional, and the supervisor can use his/her discretion as to the best way to inform others. |
| ☒ | Review Autotime | Please ensure the last week of the employee's timecard is correct. If an employee is going out on Retirement Leave, HR will complete their timecard during that time. |
| ☒ | Complete outstanding company charges (TERs) such as expense reports/cash advances | Contact Bethany Gerardi in Travel Services |
| ☒ | Collect Moog property | Please complete the next checklist below to ensure everything has been accounted for, and please ensure the attached acknowledgements are signed. |

### Moog Property to be Returned by Terminating Employee

**EQUIPMENT \*:**  **Indicate Date Returned**

☐ MOBILE PHONE  Return to IT or Local HR _____

☐ MOBILE PHONE CANCELLATION/TRANSFER  Contact Mobility Helpdesk _____

☒ LAPTOP, iPAD, COMPUTER EQUIPMENT  Return to IT or Local HR √ 12/17/21 RV

*If you have a mobile phone and/or iPad, you will need to turn off "Find my iPhone" and then remove your iTunes account from the device(s) before turning them in.*

☒ REMOTE ACCESS CARD (VPN)  Return to IT or Local HR √ 12/17/21 RV

☒ KEYS/SECURITY CARDS  Return to Facilities or Local HR √ 12/17/21
(Desk, files, badges, vehicle, etc.)

☐ QUALITY AUDIT STAMPS  Return to Quality Auditor _____

☒ YUBIKEY  Return to IT or Local HR √ ~~test~~ 1/21/22

☐ RECOVER SUPPLIER/CUSTOMER TOKENS  Return to IT or Local HR _____
**Be sure to also notify supplier or customer to remove access.**

EXHIBIT L
Page 225

**CARDS:**

☒ CORPORATE CREDIT CARDS (VISA, P-Card)  Return to Travel Dept. or Local HR _____

■ PARKING PASS (Airport, other)  Return to Travel Dept. or Local HR  _Lost_

☐ BUILDING ACCESS BADGE  Return to Employee Support or Local HR _____

**MISCELLANEOUS:**

☐ BOXES IN STORAGE? (EA only-Transfer, Destroy, Return)  Contact Jesse Smith_____

■ DOD GOVERNMENT/SECURITY CLEARANCE  Contact Chantel Burns, FSO _12/17/21_
*An out-briefing with the FSO is required prior to employee's last day*

☐ TERMINATE BUSINESS SYSTEM ACCESS  Notify Employee Support or Local HR _____

■ TRADE SECRET/COMPANY CONFIDENTIAL INFO  Return to Direct Supvr. _12/17/21_

☐ C & E-ROLL VACATION TIME USED  Notify Employee Support or Local HR _____

☐ PRESCHEDULED BUSINESS TRIPS (Dates/Destination):  Contact Travel Dept. or Local HR _____

☐ SET STANDARD OUT OF OFFICE MESSAGE FOR EMPLOYEE

☐ COPY DIGITAL ASSETS (KEY ITEMS ON DRIVES, EMAILS, ETC.)
*If you need to keep assets for more than three months, contact IT.*

☐ TURN OVER IT ADMIN ACCOUNT IF EMPLOYEE IS IT SYSTEM ADMIN

☐ CURRENT ADDRESS/TELEPHONE NUMBER:

☐ TUITION REIMBURSEMENT - PRORATED PAYBACK IF WITHIN 18 MONTHS
*Contact Employee Support for details*
☐ SIGN-ON BONUS PAYBACK - CHECK TERMS OF AGREEMENT IF APPLICABLE

**OTHER IMPORTANT ITEMS:**

☐ OUTSTANDING WORK DELIVERABLES _____

■ LAST DAY WORKED _12/17/21_   ESR PROCESS DATE _12/17/21_

*You have been advised that you are required to immediately return all property and confidential documents belonging to the Company prior to final salary settlement.*

*Be reminded that as a Moog employee, you were provided access to proprietary information, including, but not limited to, intellectual property, plans, strategies and other trade secret which are, and continue to be, the sole property of Moog. In addition, during your employment with Moog, you may have been exposed to various corporate opportunities presented to Moog by third-party businesses. As an employee, you owe a fiduciary duty to Moog to not usurp any such corporate opportunity for your own benefit. Accordingly, any use of proprietary information of Moog by you, or any usurping of a corporate opportunity, would be pursued by Moog using all available means.*

**Signature of Manager or HR Manager/Date** _____

**Signature of Terminating Employee/Date** _____ _12/17/21_

* These items are the property of the department from which the employee is being terminated. If they are going to be reassigned to another employee, the department manager should collect, hold for reassignment, and notify the Help Desk upon reassignment. If they are not going to be reassigned, the department manager should collect and return them to IT

EXHIBIT L
Page 226



Employee Name: Misook Kim

Employee Number: 0015872

### Exit Acknowledgment Regarding Moog IP

*Please complete and return this form to Employee Support for filing in a case.*

**Background.**

*Intellectual Property (IP) is among the most important and valuable assets owned by Moog. As a Moog employee, you were provided access to (and in some cases, you may have created, developed or participated in the development of) various forms of IP including proprietary information, trade secrets, copyrights, source code, drawings and other manufacturing information, Moog customer proprietary information, information sensitive to the United States Government, business marketing plans and strategies, confidential financial information, and confidential IT or security related information. In addition, during your employment with Moog, you may have been exposed to various corporate or business opportunities presented to Moog by third-party businesses on a confidential basis.*

**Acknowledgment of Continuing Obligation.**

*I hereby acknowledge that the duties of confidentiality imposed by law and/or agreed to by me as a Moog employee shall survive past the period of my employment. I affirm that I have not asserted-and to my knowledge do not have-any legal rights to such IP, including rights to patents or copyrights, except as has otherwise been specifically agreed to in writing between Moog and myself. I further affirm that I do not maintain access to, or have possession of, any tangible or digital record of Moog IP-whether in hard copy or digital form- on any device, cloud, or digital storage facilities.*

*To the extent allowable by law, I affirm that I owed a duty to Moog to not usurp any of Moog's corporate opportunity for my own benefit by unauthorized use of Moog IP.*

**Exceptions Allowing for Limited Disclosure.**

*I acknowledge that I have been informed that pursuant to the Federal Defend Trade Secrets Act of 2016, I shall not have criminal or civil liability under any federal or state trade secret law for the disclosure of a trade secret that (A) is made (i) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney and (ii) solely for the purpose of reporting or investigating a suspected violation of law; or (B) is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal. In addition, if I file a lawsuit for retaliation by Moog for reporting a suspected violation of law, I may disclose the trade secret to my attorney and may use the trade secret information in the court proceeding, if I file any document containing the trade secret under seal and Moog does not disclose the trade secret, except pursuant to court order.*

**Enforcement.**

*I agree that if any part of this Declaration is deemed to be unenforceable by a court of competent jurisdiction, that part may be deemed to have been amended and shall be construed by such court to have the broadest type, scope, and duration permissible under applicable law and, if no validating construction is possible, shall be severable from the rest of this declaration, and the validity, legality or*



*enforceability of the remaining provisions of this acknowledgment shall not in any way be affected or impaired thereby.*

*I acknowledge that Moog may use any legal means at its own discretion to prevent or prosecute the unauthorized use of any Moog IP. I also acknowledge that I understand and have read this document and the declaration provided for above and have had the opportunity, if I so chose, to obtain advice of counsel before signing this document.*

**Signature of Terminating Employee:** _____ Date: 12/17/21

### Intellectual Property and Surviving Duties of Confidentiality
*Please Check the Boxes Accordingly*

☑ I Signed Exit Acknowledgment Regarding Intellectual Property Declaration

☐ I Returned (1) all Trade Secret/Company Confidential Information

**Returned IP to Direct Supervisor:** _____ Date: _____

**HR Witness:** _____ Date: _____

☐ Signed Exit Intellectual Property Declaration

(1) Return may include the return of physical documents, the identification and destruction of digital files on any personal device, personal email inboxes or cloud sharing platforms, and/or the removal of access to any web site that that may include Moog IP. Effectively, the exiting employee must not have possession or access to any Moog IP.

**Signature of Terminating Employee:** _____ Date: 12/17/21

**Signature of Manager or HR Manager:** _____ Date: 1/21/22

Page 2 of 2

EXHIBIT L
Page 228