**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
RENA ANDOH (admitted *Pro Hac Vice*)
  randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

*Attorneys for Plaintiff and Counter-Defendant*
MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Honorable George H. Wu* <br><br> **PROOF OF SERVICE** |

| | |
|---|---|
| 1 | SKYRYSE, INC., |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | MOOG, INC., |
| 5 | Counter-Defendant. |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **July 21, 2023**, I caused a true copy of the following document(s) described as:

1. **[SEALED] DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS AMENDED COMPLAINT**

2. **[SEALED] MOOG'S UNREDACTED AMENDED COMPLAINT**

3. **[SEALED] EXHIBITS F, G, I, J, AND K TO MOOG'S AMENDED COMPLAINT**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **July 21, 2023**:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **July 21, 2023**, at Los Angeles, California.

                /s/ *Kazim A. Naqvi*
                Kazim A. Naqvi

| | |
|---|---|
| | **SERVICE LIST** |
| | U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR |

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone:      650.328.4600<br>Fax:         650.463.2600<br>Douglas E. Lumish<br>Email:       doug.lumish@lw.com<br>Gabriel S. Gross<br>Email:       gabe.gross@lw.com<br>Joseph H, Lee<br>Email:       joseph.lee@lw.com<br>Arman Zahoory<br>Email:       arman.zahoory@lw.com<br>Ryan T. Banks<br>Email:       ryan.banks@lw.com<br>Kelley M. Storey<br>Email:       kelley.storey@lw.com<br>Cassandra M. Baloga<br>Email:       cassandra.baloga@lw.com<br>Julianna C. Osborne<br>Email:       julianne.bruaer@lw.com | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
| **HODGSON RUSS LLP**<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Phone:      716.848.1688<br>Fax:         716.849.0349<br>Robert J. Fluskey, Jr.<br>Email:       rfluskey@hodgsonruss.com | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
| **HALPERN MAY YBARRA GELBERG LLP**<br>Grant B. Gelberg<br>Kevin H. Scott<br>Catherine H. Thompson<br>Alyssa L. Titche<br>550 South Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>Phone: (213) 402-1900<br>Fax:    (213) 402-1901<br>Email:<br>grant.gelberg@halpernmay.com<br>Kevin.scott@halpernmay.com<br>Catherine.thompson@halpernmay.com<br>Alyssa.titche@halpernmay.com | *Attorneys for Defendant MISOOK KIM* |

| | | |
|---|---|---|
| 1 | **ZWEIBACK FISET AND ZALDUENDO LLP** | *Attorneys for Defendant ROBERT ALIN PILKINGTON* |
| 2 | Scott D. Tenley | |
| 3 | Rachel L. Fiset | |
| 4 | 315 West 9th Street, Suite 1200 | |
| | Los Angeles, CA 90015 | |
| 5 | Phone: (213) 266-5170 | |
| 6 | Fax:     (213) 289-4025 | |
| | Email:   scott.tenly@zfzlaw.com | |
| 7 |          Rachel.fiset@zfzlaw.com | |