**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. CV 22-9094-GW-MARx <br><br> **AMENDED ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS AMENDED COMPLAINT** <br><br> Judge: Hon. George H. Wu |

| | |
|---|---|
| 1 | SKYRYSE, INC., |
| 2 |         Counterclaimant, |
| 3 |   vs. |
| 4 | MOOG INC., |
| 5 |         Counter-Defendant. |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having considered Plaintiff and Counterdefendant Moog Inc.'s
2  Application for Leave to File Documents Under Seal in Support of Moog's
3  Amended Complaint, and all evidence and argument in support and opposing it, and
4  with compelling reason being shown, hereby GRANTS the Application and
5  ORDERS that the following documents or portions thereof identified in Moog's
6  Application be filed under seal:

| DOCUMENT | DESIGNATING PARTY | RULING |
| --- | --- | --- |
| Highlighted portions of Moog's Amended Complaint at pages 11:6-13:23, 14:5-16:26, 18:7-20:16, 20:22-22:2, 33:6-19, 37:3-9, 37:11-22, 37:25-28, 38:3-20, 38:24-39:3, 41:4-8, 61:16-20, 64:21-26, 65:7-14, 65:20-27, 66:2-4, 66:6, 67:6-8, 67:13-14, 67:22-24, 69:1, 69:6, 76:3-9, 76:13-17 | Moog | Sealed |
| Exhibits F, G, I, J, and K to the Amended Complaint | Moog | Sealed |
| Highlighted portions of Moog's Amended Complaint at pages 34:15-16, 40:24-26, 45:16-18, 61:28-62:1, 67:27-28, 68:9-11, 71:19-21, 71:24-27, 72:5, 72:12-13, 72:15-16, 72:21, 73:8-9, 73:21, 74:22-23 | Skyryse | Provisionally lodged under seal |

**IT IS SO ORDERED.**

DATED: July 25, 2023

_____
HON. GEORGE H. WU,
United States District Judge