Rena Andoh (admitted *pro hac vice*)
　randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
　lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
　tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
　knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

Douglas E. Lumish (SBN 183863)
　doug.lumish@lw.com
Gabriel Gross (SBN 254672)
　gabe.gross@lw.com
Arman Zahoory (SBN 306421)
　arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
　rachel.horn@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　Counterclaimant,<br><br>　　　v<br><br>MOOG INC.,<br><br>　　　Counterdefendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION REGARDING DEADLINE TO AGREE TO SEARCH TERMS**<br><br>Complaint filed: March 7, 2022<br>Counterclaims filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on June 30, 2023, the Court issued its final ruling (Dkt. 564) (the "Final Ruling") granting in part and denying in part Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (Dkt. 400);

WHEREAS, in the Final Ruling, the Court ordered the Parties to agree to a finalized set of search terms to be run across Skyryse's Polarion Repository, Git Repository, and Google Drive Account folders by July 31, 2023 (Dkt. 564 at 10);

WHEREAS, the Parties require additional time to continue to meet and confer regarding appropriate search terms and searching protocols, and have agreed to a seven-day continuance of the Court's July 31, 2023 deadline to August 7, 2023, subject to the Court's approval;

WHEREAS, if the Parties are not able to reach complete agreement on all search terms and searching protocols by the continued deadline, the Parties intend to submit a joint report on August 7, 2023 setting forth their respective positions on any outstanding issues;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that the Parties' deadline to agree to a finalized set of search terms and searching protocols will be extended by one week from July 31, 2023 to August 7, 2023.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 28, 2023 | **SHEPPARD, MULLIN, RICHTER &HAMPTON LLP** |
| 2 | | |
| 3 | | By: */s/ Kazim A. Naqvi* |
| 4 | | Kazim A. Naqvi |
| 5 | | Counsel for Plaintiff and Counter-Defendant Moog Inc. |
| 6 | | **LATHAM & WATKINS LLP** |
| 7 | | By: */s/ Joseph H. Lee* |
| 8 | | Joseph H. Lee |
| 9 | | Counsel for Defendant and Counterclaimant Skyryse, Inc. |

### ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Joseph Lee, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: July 28, 2023                                */s/ Joseph H. Lee*