# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO AGREE TO SEARCH TERMS** <br><br> Judge: Hon. George H. Wu <br> Crtrm: 9D |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | |

Having considered the stipulation submitted concurrently herewith and finding good cause therefore,

**IT IS HEREBY ORDERED** that the deadline for Moog and Skyryse to agree to a finalized set of search terms to be run across Skyryse's Polarion Repository, Git Repository, and Google Drive Account folders, and related searching protocols, pursuant to the Court's Final Ruling on Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO (Dkt. 564) will be extended by one week from July 31, 2023 to August 7, 2023.

Dated: July 31, 2023

_____
Hon. George H. Wu
United States District Judge