**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
RENA ANDOH (admitted *Pro Hac Vice*)
  randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

*Attorneys for Plaintiff and Counter-Defendant*
MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | *Honorable George H. Wu* |
| v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | |

| | |
|---|---|
| 1 | SKYRYSE, INC., |
| 2 | Counter-Claimant, |
| 3 | v. |
| 4 | MOOG, INC., |
| 5 | Counter-Defendant. |

-2-

Case No. 2:22-cv-09094-GW-MAR

PROOF OF SERVICE

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **August 3, 2023**, I caused a true copy of the following document(s) described as:

1. **[SEALED] DECLARATION OF KAZIM A. NAQVI IN SUPPORT OF MOOG'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS OPPOSITION TO SKYRYSE'S MOTION OBJECTING TO JUDGE ROCCONI'S JUNE 14, 2023 ORDER**

2. **[SEALED] PLAINTIFF MOOG INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT SKYRYSE, INC.'S MOTION OBJECTING TO JUDGE ROCCONI'S JUNE 14, 2023 ORDER AT DKT. 534**

to be served in the following manner:

### BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **August 3, 2023**:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 3, 2023**, at Los Angeles, California.

/s/ *Kazim A. Naqvi*
Kazim A. Naqvi

**SERVICE LIST**

U.S.D.C. – Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone: 650.328.4600<br>Fax: 650.463.2600<br>Douglas E. Lumish<br>Email: doug.lumish@lw.com<br>Gabriel S. Gross<br>Email: gabe.gross@lw.com<br>Joseph H, Lee<br>Email: joseph.lee@lw.com<br>Arman Zahoory<br>Email: arman.zahoory@lw.com<br>Ryan T. Banks<br>Email: ryan.banks@lw.com<br>Kelley M. Storey<br>Email: kelley.storey@lw.com<br>Cassandra M. Baloga<br>Email: cassandra.baloga@lw.com<br>Julianna C. Osborne<br>Email: julianne.bruaer@lw.com | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
| **HODGSON RUSS LLP**<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Phone: 716.848.1688<br>Fax: 716.849.0349<br>Robert J. Fluskey, Jr.<br>Email: rfluskey@hodgsonruss.com | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
| **HALPERN MAY YBARRA GELBERG LLP**<br>Grant B. Gelberg<br>Kevin H. Scott<br>Catherine H. Thompson<br>Alyssa L. Titche<br>550 South Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>Phone: (213) 402-1900<br>Fax: (213) 402-1901<br>Email:<br>grant.gelberg@halpernmay.com<br>Kevin.scott@halpernmay.com<br>Catherine.thompson@halpernmay.com<br>Alyssa.titche@halpernmay.com | *Attorneys for Defendant MISOOK KIM* |

| | | |
|---|---|---|
| 1 | **ZWEIBACK FISET AND ZALDUENDO LLP** | *Attorneys for Defendant ROBERT ALIN PILKINGTON* |
| 2 | | |
| 3 | Scott D. Tenley | |
| | Rachel L. Fiset | |
| 4 | 315 West 9th Street, Suite 1200 | |
| | Los Angeles, CA 90015 | |
| 5 | Phone: (213) 266-5170 | |
| 6 | Fax:     (213) 289-4025 | |
| | Email:   scott.tenly@zfzlaw.com | |
| 7 |          Rachel.fiset@zfzlaw.com | |

-5-   Case No. 2:22-cv-09094-GW-MAR

PROOF OF SERVICE