**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| MOOG, INC.,<br><br>                                                **PLAINTIFF(S)**<br>v.<br><br>SKYRYSE, INC., et al.,<br><br>                                        **DEFENDANT(S).** | CASE NUMBER:<br><br>CV 22-9094-GW-MARx<br><br>------<br><br>**NOTICE TO FILER OF DEFICIENCIES**<br>**IN  FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your  filed document:

| August 3, 2023 | 590 | Application for Leave to File Under Seal |
|---|---|---|
| Date Filed | Document  No. | Title of Document |

**DOCKETING AND FORMATTING ERRORS:**

☐ Local Rule 11-3.8 title page is missing, incomplete, or incorrect
☐ Document lacks required signature
☐ Document linked incorrectly to the wrong document/docket entry
☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Proposed document was not submitted or was not submitted as a separate attachment
☐ Other: _____

**MOTION-RELATED ERRORS:**

☐ Local Rule 7-3 compliance statement missing
☐ Local Rules 7-9, 7-10 opposition or reply papers untimely
☐ Hearing information is missing, incorrect, or untimely
☐ Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

**OTHER ERRORS:**

☐ Local Rule 83-2.5 no letters to the Judge
☐ Fed. R. Civ. P. 5 no proof of service attached
☐ Local Rule 7-1.1 no notice of interested parties
☑ Other:  No proposed order in Word or WordPerfect provided to chambers' email address pursuant to Local
Rule 5-4.4.2.

**Note:** **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  August 4, 2023                         By:  Javier Gonzalez
                                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**