UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOOG, INC., <br><br> PLAINTIFF(S) <br> v. <br> SKYRYSE, INC., et al., <br><br> DEFENDANT(S). | CASE NUMBER <br> **CV 22-9094-GW-MARx** <br><br> ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| August 3, 2023 | 590 | Application for Leave to File Under Seal |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

Docket No. 590 is stricken for failure to comply with the Court's Local Rules as stated in the Notice to Filer of Deficiencies in Filed Document, filed on August 4, 2023.

Pursuant to L.R. 5-4.4.2, email the proposed order in either Word or WordPerfect to Judge Wu's email address at GW_chambers@cacd.uscourts.gov. Failure to do so will result in your application being stricken for failure to comply with the Court's Local Rules.

Dated: August 4, 2023

By: /s/ George H. Wu
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS