| | |
|---|---|
| Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>**SHEPPARD, MULLIN, RICHTER**<br>**& HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>Travis J. Anderson (SBN 265540)<br>  tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br><br>Kazim A. Naqvi (SBN 300438)<br>  knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant Moog Inc.* | Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Rachel S. Horn (SBN 335737)<br>  rachel.horn@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>*Attorneys for Defendant and*<br>*Counterclaimant Skyryse, Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>  Defendants.<br><br>SKYRYSE, INC.,<br><br>  Counterclaimant,<br><br>  v<br><br>MOOG INC.,<br><br>  Counterdefendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION REGARDING DEADLINE TO AGREE TO SEARCH TERMS**<br><br>Complaint filed: March 7, 2022<br>Counterclaims filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on June 30, 2023, the Court issued its final ruling (Dkt. 564) (the "Final Ruling") granting in part and denying in part Moog's Motion to Enforce Compliance with the March 11, 2022 Stipulated TRO and for Monetary and Adverse Inference Sanctions for Contempt and Spoliation (Dkt. 400);

WHEREAS, in the Final Ruling, the Court ordered the Parties to agree to a finalized set of search terms to be run across Skyryse's Polarion Repository, Git Repository, and Google Drive Account folders by July 31, 2023 (Dkt. 564 at 10);

WHEREAS, on July 31, 2023, the Court granted a joint stipulation by the Parties agreeing that their deadline to agree to a finalized set of search terms and searching protocols would be extended by one week, from July 31, 2023 to August 7, 2023 (Dkt. 589);

WHEREAS, the Parties require additional time to continue to meet and confer regarding appropriate search terms and searching protocols, and have agreed to a continuance of the August 7, 2023 deadline to August 11, 2023, subject to the Court's approval;

WHEREAS, if the Parties are not able to reach complete agreement on all search terms and searching protocols by the continued deadline, the Parties intend to submit a joint report on August 11, 2023 setting forth their respective positions on any outstanding issues;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree that the Parties' deadline to agree to a finalized set of search terms and searching protocols will be extended from August 7, 2023 to August 11, 2023.

**IT IS SO STIPULATED.**

Dated: August 4, 2023

**SHEPPARD, MULLIN, RICHTER &HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Kazim A. Naqvi
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: */s/ Joseph H. Lee*
Joseph H. Lee
Counsel for Defendant and Counterclaimant Skyryse, Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Joseph Lee, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: August 4, 2023                    */s/ Joseph H. Lee*