**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM ITS OPPOSITION TO SKYRYSE'S MOTION OBJECTING TO JUDGE ROCCONI'S JUNE 14, 2023 ORDER** <br><br> Judge: Hon. George H. Wu |

-1-

Case No. 2:22-cv-09094-GW-MAR

MOOG INC.'S APPLICATION TO SEAL DESIGNATED MATERIALS FROM ITS OPPOSITION TO SKYRYSE'S MOTION RE: JUDGE ROCCONI'S JUNE 14, 2023 ORDER

| | |
|---|---|
| 1 | SKYRYSE, INC., |
| 2 | Counterclaimant, |
| 3 | vs. |
| 4 | MOOG INC., |
| 5 | Counter-Defendant. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal certain excerpts and documents (the "Designated Materials") from Moog's Opposition to defendant Skyryse, Inc.'s ("Skyryse") motion objecting to Judge Rocconi's June 14, 2023 order regarding Moog's trade secret identification (the "Opposition").

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include documents that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89), which are referenced and/or depicted in the Opposition. Specifically, the Opposition references and depicts contents from Moog's trade secret identification served on February 21, 2023, which is designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL AND EXPERTS' EYES ONLY." The material that Moog requests to file under seal is the type of information that Moog does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Moog's competitors to secure unfair competitive advantage and cause irreparable business harm.

Specifically, Moog seeks to file the following Designated Materials under seal: highlighted portions of Moog's Opposition at page 21:25 and the embedded figure on the top half of page 22.

This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

Dated: August 7, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Kazim A. Naqvi*
         Kazim A. Naqvi

Attorney for Plaintiff and Counter-Defendant
MOOG INC.