**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DECLARATION OF KELLEY STOREY IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S REPLY IN SUPPORT OF OBJECTIONS TO AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S NON-DISPOSITIVE ORDER (DKT. 534)** <br><br> Discovery Cut-Off: April 12, 2024 <br> Trial: August 27, 2024 <br><br> Hearing: August 24, 2023 <br> Time: 8:30 a.m. <br> Judge: Hon. George H. Wu <br> Location: Ctrm. 9-D |

I, Kelley Storey, hereby declare and state as follows:

1. I am an attorney at Latham & Watkins LLP, counsel of record for the Defendant and Counterclaimant Skyryse, Inc. in the above-titled action. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify to all facts set forth herein. I provide this declaration in support of Defendant and Counterclaimant Skyryse, Inc.'s Reply in Support of Objections to and Motion for Review of Magistrate Judge's Non-Dispositive Order (Dkt. 534).

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Proceedings, dated June 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 10, 2023 in Saint Louis, Missouri.

_____
Kelley Storey