# EXHIBIT 1

Exhibit 1
Page 3

```
 1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
 2                    WESTERN DIVISION - LOS ANGELES

 3

 4   MOOG INC.,                    )  Case No. CV 22-9094-GW (MARx)
                                   )
 5        Plaintiff,               )  Los Angeles, California
                                   )  Wednesday, June 7, 2023
 6             v.                  )  11:46 A.M. to 1:00 P.M.
                                   )
 7   SKYRYSE, INC., et al.,        )
                                   )
 8        Defendants.              )
                                   )
 9

10

11

12                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE MARGO A. ROCCONI
13                UNITED STATES MAGISTRATE JUDGE

14

15   Appearances:              See Page 2

16   Deputy Clerk:             Valerie Velasco

17   Court Reporter:           Recorded; CourtSmart

18   Transcription Service:    JAMS Certified Transcription
                                16000 Ventura Boulevard #1010
19                              Encino, California  91436
                                (661) 609-4528
20

21

22

23

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

Exhibit 1
Page 4

```
 1   APPEARANCES:

 2

 3   For the Plaintiff:        Sheppard, Mullin, Richter and Hampton
                               LLP
 4                             By:  LAI L. YIP
                               4 Embarcadero Center, 17th Floor
 5                             San Francisco, California  94111
                               (415) 434-9100
 6                             lyip@sheppardmullin.com

 7                             Sheppard, Mullin, Richter and Hampton
                               LLP
 8                             By:  KAZIM A. NAQVI
                               333 South Hope Street, 43rd Floor
 9                             Los Angeles, California  90071
                               (310) 288-3700
10                             knaqvi@sheppardmullin.com

11                             Sheppard, Mullin, Richter and Hampton
                               LLP
12                             By:  RENA ANDOH
                               30 Rockefeller Plaza
13                             New York, New York  10112
                               (212) 653-8712
14                             randoh@sheppardmullin.com

15

16   For the Defendants:       Latham and Watkins LLP
                               By:  GABRIEL S. GROSS
17                                  RACHEL S. HORN
                               140 Scott Drive
18                             Menlo Park, California  94025
                               (650) 328-4600
19                             gabe.gross@lw.com
                               rachel.horn@lw.com
20

21

22

23

24

25
```

Exhibit 1
Page 5

3

```
 1   LOS ANGELES, CALIFORNIA, WEDNESDAY, JUNE 7, 2023, 11:46 A.M.
 2           THE CLERK:  Calling Case No. LA 22-CV-09094-GW-MAR,
 3   Moog Inc. v. Skyryse, Inc., et al.
 4           Starting with the plaintiff's counsel, please state
 5   your appearances.
 6           LAI L. YIP:  Good morning, Your Honor.  My name is
 7   Lai Yip with the Sheppard Mullin firm here on behalf of Moog,
 8   and with me is my colleague Kazim Naqvi, my colleague
 9   Rena Andoh is joining us by Zoom, and we may have a
10   representative from Moog on the line, Joe Polniak.
11           THE COURT:  Good morning.
12           MS. YIP:  Good morning.
13           GABRIEL S. GROSS:  Good morning, Your Honor.
14   Gabe Gross, Latham and Watkins.  My associate Rachel Horn and
15   I are here representing Skyryse, the defendant and
16   counterclaimant.
17           THE COURT:  Good morning.
18           MR. GROSS:  Good morning.
19           THE COURT:  All right.  Let me go ahead and hear
20   from plaintiff -- movant, I should say, on this motion.
21           MR. GROSS:  Thank you, Your Honor.  And I just
22   wanted to thank the Court for holding this in-person hearing.
23   ==The case, as the Court well knows, has been pending for some==
24   ==time, but this is the first opportunity we've had to be in==
25   ==this court and before Your Honor; so thank you for setting==
```

Exhibit 1
Page 6

1  Interrogatory No. 1 to require something that Skyryse itself
2  said on the record was not required by the interrogatory.
3          We also believe that implicit in Skyryse's
4  admission in its reply brief is the recognition that to
5  require something like that, a line-by-line identification
6  for tens of thousands of source code files, would be
7  extremely burdensome and unreasonable, and in actuality, it
8  would take many months to do something like that.
9          And what would occur here is because we have this
10 procedural mechanism whereby discovery is stayed until a
11 trade -- this trade secret dispute is resolved, it would
12 functionally grind this case to a halt, and that's very
13 problematic for Moog because we have a need for relief here.
14 We have had our trade secrets taken from us, and they include
15 highly sensitive government and military data, and we need
16 protection for that information.
17         Skyryse's other arguments regarding the supposed
18 deficiency of our trade secret identification is largely
19 premised on a mischaracterization of our trade secret
20 identification.  It's like as if Skyryse is talking about
21 some other trade secret identification that's out there,
22 rather than the one that's before us and before the Court.
23 For example, they say over and over again that we merely
24 pointed to documents, but even a cursory review of the trade
25 secret identification shows that's not true.  What we have

Exhibit 1
Page 7

```
 1
 2
 3
 4
 5                         CERTIFICATE
 6      I certify that the foregoing is a correct transcript
 7  from the electronic sound recording of the proceedings in the
 8  above-entitled matter.
 9  /s/ Julie Messa              June 24, 2023
    Julie Messa, CET**D-403      Date
10  Transcriber
11
```

Exhibit 1
Page 8