**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
Rachel S. Horn (SBN 335737)
  *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on next page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S MOTION TO DISMISS PLAINTIFF MOOG INC.'S AMENDED COMPLAINT** |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | Discovery Cut-Off: April 12, 2024 <br> Trial: August 27, 2024 <br><br> Hearing:  October 5, 2023 <br> Time:    8:30 a.m. <br> Judge:   Hon. George H. Wu <br> Location: Ctrm. 9-D |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

[PROPOSED] ORDER GRANTING SKYRYSE'S
MOT. TO DISMISS MOOG'S AM. COMPLAINT
CASE NO. 2:22-cv-09094-GW-MAR

1  Joseph H. Lee (SBN 248046)
2  Ryan Banks (SBN 318171)
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626
   Telephone: (714) 540-1235
4  Facsimile: (714) 755-8290
   Email: joseph.lee@lw.com
5  ryan.banks@lw.com

6  Russell Mangas (Admitted *Pro Hac Vice*)
7  330 North Wabash Avenue, Suite 2800
   Chicago, Illinois 60611
8  Telephone: (312) 876-7700
   Facsimile: (312) 993-9767
9  Email: russell.mangas@lw.com

10
   Julianne C. Osborne (SBN 342870)
11 Alexa Solimano (SBN 335740)
   505 Montgomery Street, Suite 2000
12 San Francisco, California 94111
   Telephone: (415) 391-0600
13 Facsimile: (415) 395-8095
   Email: julianne.osborne@lw.com
14 alexa.solimano@lw.com

15
   Kelley M. Storey (Admitted *Pro Hac Vice*)
16 555 Eleventh Street NW, Suite 1000
   Washington, D.C. 20004
17 Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
18 Email: kelley.storey@lw.com

19
   Cassandra M. Baloga (Admitted *Pro Hac Vice*)
20 1271 Avenue of the Americas
   New York, New York 10020
21 Telephone: (212) 906-1200
22 Facsimile: (212) 751-4864
   Email: cassandra.baloga@lw.com
23

24 *Attorneys for Defendant and Counterclaimant, Skyryse, Inc.*

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

[PROPOSED] ORDER GRANTING SKYRYSE'S
MOT. TO DISMISS MOOG'S AM. COMPLAINT
CASE NO. 2:22-cv-09094-GW-MAR

Having considered Defendant and Counterclaimant Skyryse, Inc.'s Motion to Dismiss Plaintiff Moog Inc.'s Amended Complaint ("Motion"), and all briefing, evidence, and arguments of counsel from all parties, and good cause appearing therefor, the Court hereby **GRANTS** the Motion and **DISMISSES** with prejudice Counts II, V, VI, and IX–XII of Moog's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George H. Wu
United States District Judge