Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | |
| v | **JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE ON THE PARTIES' RESPONSIVE PLEADINGS** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendants. | Complaint Filed:      March 7, 2022 |
| SKYRYSE, INC., | Counterclaims Filed:  January 30, 2023 |
| Counterclaimant, | |
| v | |
| MOOG INC., | |
| Counterclaim-Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on April 27, 2023, the Parties' filed a Joint Stipulation Regarding Deadline for Moog's Motion for Leave to File Amended Complaint, and Defendants' Responses Thereto (the "Stipulation") (Dkt. 461);

WHEREAS, the Parties' agreed that "Defendants would have 21 days to respond to any Amended Complaint filed by Moog, including any amended counterclaims responsive to the Court's MTD Order, with the 21 day period commencing upon the later of: 1) the Court's ruling on Moog's forthcoming Motion for Leave to File an Amended Complaint; or 2) the entry of any Amended Complaint filed by Moog." (Dkt. 461 at 5);

WHEREAS, on July 21, 2023, Moog filed its Amended Complaint (Dkt. 579);

WHEREAS the Stipulation was made "without prejudice to Defendants' ability to seek leave for additional time to respond to Moog's Amended Complaint." (Dkt. 461 at n.1.)

WHEREAS, Moog has raised the possibility it will move to dismiss Skyryse's Amended Counterclaims;

WHEREAS, to set a schedule for the Parties' respective motions to dismiss and to provide Skyryse additional time to file its Amended Counterclaims, the Parties' agreed to the following schedules on Skyryse's Amended Counterclaims, Skyryse's Motion to Dismiss Moog's Amended Complaint, and Moog's contemplated Motion to Dismiss Skyryse's Amended Counterclaims;

WHEREAS, Skyryse's Motion to Dismiss Moog's Amended Complaint is due on August 11, 2023.

NOW THEREFORE, subject to the Court's approval, the Parties stipulate

SMRH:4861-5096-5623.1

and agree that:

1. Moog's Opposition to Skyryse's Motion to Dismiss Moog's Amended Complaint is due on September 5, 2023.

2. Skyryse's Reply in Support of its Motion to Dismiss Moog's Amended Complaint is due on September 18, 2023.

3. The hearing on Skyryse's Motion to Dismiss Moog's Amended Complaint will take place on October 5, 2023 (or anytime thereafter that is convenient for the Court).

4. Skyryse's Amended Counterclaims are due on August 25, 2023.

5. Moog's responsive pleading to Skyryse's Amended Counterclaims, including any Motion to Dismiss, is due on September 21, 2023.

6. Skyryse's Opposition to Moog's Motion to Dismiss, if any, is due on October 12, 2023.

7. Moog's Reply in Support of its Motion to Dismiss, if any, is due on October 26, 2023.

8. The hearing on Moog's Motion to Dismiss Skyryse's Amended Counterclaims, if any, will take place on November 13, 2023 (or anytime thereafter that is convenient for the Court).

**IT IS SO STIPULATED.**

Dated: August 11, 2023

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Kazim A. Naqvi
Counsel for Plaintiff and Counterdefendant
Moog Inc.

SMRH:4861-5096-5623.1

**LATHAM & WATKINS LLP**

By: */s/ Gabriel S. Gross*
     Gabriel S. Gross
     Counsel for Defendant and Counterclaimant
     Skyryse, Inc.

## ATTESTATION

    Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: August 11, 2023                 */s/ Gabriel S. Gross*

US-DOCS\144217375.1

Case No: 2:22-cv-09094-GW-MAR
JOINT STIPULATION REGARDING BRIEFING
AND HEARING SCHEDULE ON THE PARTIES'
AMENDED PLEADINGS

SMRH:4861-5096-5623.1