Rachel L. Fiset (Cal. Bar No. 240828)
Scott D. Tenley (Cal. Bar No. 298911)
Ben Heller (Cal. Bar No. 320277)
**ZWEIBACK, FISET & ZALDUENDO, LLP**
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170
rachel.fiset@zfzlaw.com
scott.tenley@zfzlaw.com
ben.heller@zfzlaw.com

Attorneys for Defendant
ROBERT ALIN PILKINGTON

Grant B. Gelberg (Cal. Bar No. 229454)
Kevin H. Scott (Cal. Bar No. 274605)
Alyssa L. Titche (Cal. Bar No. 313296)
Catherine Thompson (Cal. Bar No. 313391)
**HALPERN MAY YBARRA & GELBERG LLP**
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900
Grant.Gelberg@halpernmay.com
Kevin.Scott@halpernmay.com
Alyssa.Titche@halpernmay.com
Catherine.Thompson@halpernmay.com

Attorneys for Defendant
MISOOK KIM

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYRYSE, INC., et al,<br><br>　　　　Defendants. | No. 2:22-cv-09094-GW-MAR<br><br>**JOINDER OF DEFENDANTS ROBERT ALIN PILKINGTON AND MISOOK KIM IN DEFENDANT AND COUNTERCLAIMANT SKYRYSE INC.'S MOTION TO DISMISS MOOG INC.'S AMENDED COMPLAINT**<br><br>Hearing Date: October 5, 2023<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom 9D |

# MEMORANDUM OF POINTS AND AUTHORITIES

Individual Defendants Robert Alin Pilkington and Misook Kim (collectively "Individual Defendants") hereby join in part Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") Motion to Dismiss the Amended Complaint of Plaintiff, Moog Inc. ("Moog") (Dkt No. 602). Individual Defendants hereby incorporate into their Joinder, by this reference, Skyryse's Notice of Motion, Memorandum of Points and Authorities, the complete files and records in this action, and all argument and evidence presented at the time of hearing. Individual Defendants reserve the right to present additional evidence and argument in support of this joinder, whether in reply briefing or during oral argument, as appropriate.

Individual Defendants join in Skyryse's arguments in support of dismissing the following counts from Moog's Amended Complaint (Dkt. No. 579): Conversion (Count II), Conspiracy (Count V), Unjust Enrichment (Count X), and Constructive Trust (Count XI). For the reasons set forth in Skyryse's Memorandum of Points and Authorities, Moog has failed to state a claim upon which relief may be granted pursuant to Federal Rule of Criminal Procedure 12(b)(6) as to these counts.

Accordingly, Individual Defendants respectfully request that the Court dismiss with prejudice Counts II, V, X, and XI of Moog's Amended Complaint as to the Individual Defendants.[1]

///
///
///

---

[1] Pursuant to Rules 12 and 15 of the Federal Rules of Civil Procedure, Individual Defendants intend to answer Moog's amended complaint after the Court enters a ruling on the pending motion to dismiss and has so advised Moog, without objection.

1

| | | |
|---|---|---|
| DATED: August 11, 2023 | | ZWEIBACK, FISET & ZALDUENDO LLP |
| | | By: /s/ *Scott D. Tenley* |
| | |     SCOTT D. TENLEY |
| | | Attorneys for Defendant |
| | | ROBERT ALIN PILKINGTON |
| DATED: August 11, 2023 | | HALPERN MAY YBARRA & GELBERG LLP |
| | | By: /s/ *Grant B. Gelberg* |
| | |     GRANT B. GELBERG |
| | | Attorneys for Defendant |
| | | MISOOK KIM |

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record of defendant Robert Alin Pilkington, certifies that this brief contains 242 words, which:

✖  complies with the word limit of L.R. 11-6.1.

___  complies with the word limit set by Court order dated _____.

DATED: August 11, 2023                    ZWEIBACK, FISET & ZALDUENDO LLP

                                          By: /s/ *Scott D. Tenley*
                                              SCOTT D. TENLEY

                                          Attorneys for Defendant
                                          ROBERT ALIN PILKINGTON

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I, Scott D. Tenley, attest that concurrence in the filing of this document has been obtained by all its signatories.

DATED: August 11, 2023          ZWEIBACK, FISET & ZALDUENDO LLP

By: /s/ *Scott D. Tenley*
       SCOTT D. TENLEY

Attorneys for Defendant
ROBERT ALIN PILKINGTON