1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE ON THE PARTIES' RESPONSIVE PLEADINGS** |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. Moog's Opposition to Skyryse's Motion to Dismiss Moog's Amended Complaint is due on September 5, 2023.
2. Skyryse's Reply in Support of its Motion to Dismiss Moog's Amended Complaint is due on September 18, 2023.
3. The hearing on Skyryse's Motion to Dismiss Moog's Amended Complaint is set for October 5, 2023.
4. Skyryse's Amended Counterclaims are due by August 25, 2023.
5. Moog's responsive pleading to Skyryse's Amended Counterclaims, including any Motion to Dismiss, is due on September 21, 2023.
6. Skyryse's Opposition to Moog's Motion to Dismiss Skyryse's Amended Counterclaims, if any, is due on October 12, 2023.
7. Moog's Reply in Support of its Motion to Dismiss Skyryse's Amended Counterclaims, if any, is due on October 26, 2023.
8. The hearing on Moog's Motion to Dismiss Skyryse's Amended Counterclaims, if any, is set for November 13, 2023.

**IT IS SO ORDERED.**

Dated: August 14, 2023

By: *George H. Wu*
The Honorable George H. Wu
United States District Judge