**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
 doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
 gabe.gross@lw.com
Arman Zahoory (SBN 306421)
 arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
 rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT IN SUPPORT OF SKYRYSE'S PORTION OF JOINT REPORT (DKT. 601)**<br><br>Judge:　Hon. George H. Wu<br>Location: Ctrm. 9-D |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

SKYRYSE'S *EX PARTE* APPLICATION FOR LEAVE
TO FILE SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

**TO THE ABOVE-CAPTIONED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule (L.R.) 7-19 of the Civil Local Rules of the United States District Court for the Central District of California, Defendant and Counter-claimant Skyryse, Inc. respectfully submits this *ex parte* application for leave to file a supplemental statement in support of Skyryse's portion of the Joint Report Regarding Meet and Confer On Search Terms and Other Issues Set Forth in the Court's Order at Dkt. 564 ("Joint Report"), filed jointly with Plaintiff and Counterdefendant Moog, Inc. ("Moog") on Friday, August 11, 2023. (Dkt. 601.)

## MEMORANDUM OF POINTS AND AUTHORITIES

Skyryse respectfully requests the opportunity to respond to arguments Moog raised for the first time in the Joint Report, leaving Skyryse no opportunity to respond before filing. Specifically, Moog complained for the first time in the Joint Report, and not in any of the parties' many prior exchanges as they met and conferred, that the image of Mr. Raithel's laptop, which Skyryse produced to the neutral discovery vendor, iDS, pursuant to the Court's order (Dkt. 564) on July 28, 2023, was purportedly missing email files, and claimed that Moog had raised this issue with Skyryse in advance. Both statements are incorrect.

Had Moog raised this issue earlier, Skyryse would have explained to Moog, and to the Court in Skyryse's portion of the Joint Report, that Mr. Raithel's laptop was not "missing" email files and that Moog was mistaken. But because Moog had never raised this issue in the course of the parties' meeting and conferring, Skyryse did not have a chance to address it, either then or in the parties' Joint Report. Accordingly, Skyryse now respectfully seeks the Court's leave to file a brief supplemental statement on the issue.

Pursuant to Local Rule 7-19, Skyryse's undersigned counsel advised counsel for Moog on August 15 that Skyryse intended to file a supplemental statement, asked if Moog would stipulate to Skyryse doing so, and attempted unsuccessfully to confer

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

SKYRYSE'S *EX PARTE* APPLICATION FOR LEAVE
TO FILE SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

with Moog over the phone on August 16. (*See* Decl. of J. Osborne ¶¶ 7-8.) Counsel for Moog responded that they objected to Skyryse filing such a supplement.

As required by Local Rule 7-19, opposing counsel's name, email address, address, and telephone number are as follows:

>Rena Andoh
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>30 Rockefeller Plaza
>New York, NY 10112
>Tel: (212) 653-8700
>Email: randoh@sheppardmullin.com

For the reasons described above, Skyryse respectfully seeks the Court's leave to file the supplemental statement attached as **Exhibit A** in support of its portion of the Joint Report.

Dated: August 17, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*

Douglas E. Lumish (SBN 183863)
Gabriel S. Gross (SBN 254672)
Arman Zahoory (SBN 306421)
Rachel S. Horn (SBN 335737)
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
gabe.gross@lw.com
arman.zahoory@lw.com
rachel.horn@lw.com

Joseph H. Lee (SBN 248046)
Ryan Banks (SBN 318171)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

SKYRYSE'S *EX PARTE* APPLICATION FOR LEAVE
TO FILE SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

ryan.banks@lw.com

Russell Mangas (Admitted *Pro Hac Vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: russell.mangas@lw.com

Julianne C. Osborne (SBN 342870)
Alexa L. Solimano (SBN 335740)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: julianne.osborne@lw.com
alexa.solimano@lw.com

Kelley M. Storey (Admitted *Pro Hac Vice*)
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: kelley.storey@lw.com

Cassandra M. Baloga (Admitted *Pro Hac Vice)*
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: cassandra.baloga@lw.com

*Attorneys for Defendant and Counter-claimant, Skyryse, Inc.*

US-DOCS\144318838.3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

SKYRYSE'S *EX PARTE* APPLICATION FOR LEAVE
TO FILE SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR