# Exhibit A

**LATHAM & WATKINS LLP**
Douglas E. Lumish (SBN 183863)
 doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
 gabe.gross@lw.com
Arman Zahoory (SBN 306421)
 arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
 rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br> v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>  Defendants. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S SUPPLEMENTAL STATEMENT IN SUPPORT OF SKYRYSE'S PORTIONS OF JOINT REPORT (DKT. 601)** |
| SKYRYSE, INC.,<br><br>  Counterclaimant,<br><br> v<br><br>MOOG INC.,<br><br>  Counterclaim-Defendant. | Judge:    Hon. George H. Wu<br>Location: Ctrm. 9-D |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

SKYRYSE'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

Exhibit A
6

In the Joint Report filed by Moog and Skyryse (the "Parties") on August 11, 2023 (Dkt. 601), Moog raised for the first time a new claim that email files are purportedly "missing" from the image of Mr. Raithel's laptop that Skyryse produced to iDS on July 28, 2023. (*See, e.g.*, *id.* at 2, 5 ("Mr. Raithel's e-mail files are missing.").) Despite extensive meeting and conferring, Moog had never raised that issue with Skyryse in advance of the Parties' exchange of their final portions of the Joint Report, instead making this surprising—and incorrect—claim for the first time in the joint submission. As a result, Skyryse did not have an opportunity to investigate this issue in advance and address it in its portions of the Joint Report, and so Skyryse submits this brief supplemental statement to correct the record.[1]

Contrary to Moog's representations to the Court, Skyryse has not withheld email files from Mr. Raithel's laptop. In fact, as Moog would have learned from Skyryse before the joint filing had it raised the issue earlier (and as Moog now knows), Skyryse uses Google Workspace, which has a cloud-based infrastructure and includes cloud-based applications such as Gmail for email. Mr. Raithel, like many Gmail users, accessed his Skyryse Gmail account over the internet and primarily via a web browser, rather than through a third party email application that saves emails locally. For that reason, Mr. Raithel's laptop had very few locally stored emails. The few it did have—such as 32 Apple Mail draft emails from his first month at Skyryse—were included on the image that was produced to Moog. Mr. Raithel's email files are not "missing" from his laptop as Moog inaccurately reported to the Court.

In the Joint Report, Moog attempts to contrast the image of Mr. Raithel's laptop with another image Skyryse produced of Lori Bird's Skyryse-issued laptop,

---

[1] Although parties typically exchange drafts of joint submissions sufficiently in advance of filing so they can adjust their portions to fully respond to one another's positions, Moog has refused to do so for much of this case. As a result, the Parties exchanged only final portions of the Joint Report, without an opportunity to make responsive adjustments to their own positions before filing.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

SKYRYSE'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

Exhibit A
7

1  which includes more locally stored email files. But as Moog also would have
2  learned from Skyryse had it raised this issue in advance (and as Moog now knows),
3  Ms. Bird *did* routinely use a third party email application that saves emails locally
4  (Apple Mail), which is why her laptop has more copies of emails than Mr. Raithel's.

5  On August 15, 2023 Skyryse explained this to Moog. Skyryse advised Moog
6  that Moog's representations that Mr. Raithel's emails were purportedly "missing"
7  from the image of his laptop were incorrect, and also that Moog's claim that it had
8  "raised these issues with Skyryse" in advance was false, for Moog had never men-
9  tioned these emails. Skyryse informed Moog that Skyryse intended to submit this
10 supplemental statement to correct and complete the record on this point, and asked
11 if Moog would object to or oppose Skyryse making such a submission.

12 Moog stated it would object. Its counsel did not dispute that Moog had not
13 raised this specific issue about Mr. Raithel's email in the course of the Parties'
14 meeting and conferring. Instead, they responded that they "were not required to
15 enumerate every single thing that was missing from the Raithel image during the
16 meet and confer process," and that they would object to Skyryse making a supple-
17 mental submission. (*See* Ex. 1 to the Osborne Decl. at 1.) Remarkably, Moog then
18 raised even more issues it had never raised before, claiming that the image of Mr.
19 Raithel's laptop was missing certain other data, including Mac Unified Logs and
20 virtual computer files, and provided "additional analysis" regarding Mr. Raithel's
21 laptop image that it previously had not shared with Skyryse. (*Id*. at 2.) Again, these
22 are all issues Moog could have, and should have, raised on the Parties' meet and
23 confer calls.  Nonetheless, Skyryse will work with its forensic vendor to investigate
24 Moog's new complaints, and will meet and confer again as necessary to attempt to
25 reach resolution with Moog before burdening the Court with an additional dispute.
26 In all events, as Skyryse had previously explained to Moog, Skyryse produced as
27 complete an image of Mr. Raithel's laptop as could be captured by its third party
28 vendor using the industry-standard tool, Cellebrite Digital Collector.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

SKYRYSE'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

Exhibit A
8

| | | |
|---|---|---|
| 1 | Dated: August 17, 2023 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | By: */s/ Gabriel S. Gross* |
| 4 | | Douglas E. Lumish (SBN 183863) |
| 5 | | Gabriel S. Gross (SBN 254672) |
| | | Arman Zahoory (SBN 306421) |
| 6 | | Rachel S. Horn (SBN 335737) |
| 7 | | Menlo Park, California 94025 |
| | | Telephone: (650) 328-4600 |
| 8 | | Facsimile: (650) 463-2600 |
| 9 | | Email: doug.lumish@lw.com |
| | | gabe.gross@lw.com |
| 10 | | arman.zahoory@lw.com |
| | | rachel.horn@lw.com |
| 11 | | |
| 12 | | Joseph H. Lee (SBN 248046) |
| 13 | | Ryan Banks (SBN 318171) |
| | | 650 Town Center Drive, 20th Floor |
| 14 | | Costa Mesa, California 92626 |
| 15 | | Telephone: (714) 540-1235 |
| | | Facsimile: (714) 755-8290 |
| 16 | | Email: joseph.lee@lw.com |
| | | ryan.banks@lw.com |
| 17 | | |
| 18 | | Russell Mangas (Admitted *Pro Hac Vice*) |
| 19 | | 330 North Wabash Avenue, Suite 2800 |
| 20 | | Chicago, Illinois 60611 |
| | | Telephone: (312) 876-7700 |
| 21 | | Facsimile: (312) 993-9767 |
| 22 | | Email: russell.mangas@lw.com |
| 23 | | |
| 24 | | Julianne C. Osborne (SBN 342870) |
| 25 | | Alexa L. Solimano (SBN 335740) |
| | | 505 Montgomery Street, Suite 2000 |
| 26 | | San Francisco, California 94111 |
| 27 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |
| 28 | | Email: julianne.osborne@lw.com |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

SKYRYSE'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

Exhibit A
9

| | |
|---|---|
| 1 | alexa.solimano@lw.com |
| 2 | |
| 3 | Kelley M. Storey (Admitted *Pro Hac Vice*) |
| 4 | 555 Eleventh Street NW, Suite 1000 |
| 5 | Washington, D.C. 20004<br>Telephone: (202) 637-2200 |
| 6 | Facsimile: (202) 637-2201 |
| 7 | Email: kelley.storey@lw.com |
| 8 | Cassandra M. Baloga (Admitted *Pro Hac Vice)* |
| 9 | 1271 Avenue of the Americas |
| 10 | New York, New York 10020<br>Telephone: (212) 906-1200 |
| 11 | Facsimile: (212) 751-4864 |
| 12 | Email: cassandra.baloga@lw.com |
| 13 | *Attorneys for Defendant and Counter-claimant, Skyryse, Inc.* |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

SKYRYSE'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

Exhibit A
10