**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant.. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **DECLARATION OF JULIANNE OSBORNE IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT IN SUPPORT OF SKYRYSE'S PORTION OF JOINT REPORT (DKT. 601)** <br><br> Judge: Hon. George H. Wu <br> Location: Ctrm. 9-D |

I, Julianne Osborne, hereby declare and state as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP, counsel of record for Defendant and Counterclaimant Skyryse, Inc. in the above captioned case.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

3. Pursuant to the Court's June 30, 2023 Order (Dkt. 564), Skyryse produced images of both Reid Raithel's and Lori Bird's Apple laptops to the neutral discovery vendor, iDS, on July 28.

4. On August 7, Moog informed Skyryse that Moog believed the image of Reid Raithel's laptop appeared to be missing certain logs and files maintained by the operating system. Moog did not mention any missing email files on the image of Mr. Raithel's laptop. (*See* Dkt. 601-1 at 3-4.)

5. Counsel for Skyryse met and conferred with Moog regarding the logs and files Moog had asserted were missing from Mr. Raithel's laptop on August 10. Skyryse's counsel explained that Skyryse had produced as complete an image of Mr. Raithel's laptop as could be captured by its third party e-discovery and forensic vendor, FTI, using Cellebrite Digital Collector ("DC"), an industry-standard tool, and that DC is limited to collecting an image at a logical level when used to image Apple computers such as Mr. Raithel's running the 12.0 version of macOS. On this call and in subsequent pre-filing communications between the parties, Moog did not raise any issue regarding email files that were purportedly missing from the image of Mr. Raithel's laptop.

6. On August 11, the Parties filed a Joint Report at Dkt. 601, in which Moog raised with the Court, for the first time, its claim that the image of Mr. Raithel's laptop was purportedly missing email files. (*See* Dkt. 601 at 5 ("Mr. Raithel's e-mail files are missing.").)

7. In response to this new claim by Moog, Skyryse advised Moog on

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

OSBORNE DECL. ISO SKYRYSE'S
*EX PARTE* APPLICATION FOR SUPP. STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR

August 15 that there are very few locally stored emails on the Mr. Raithel's laptop because he accessed his email account primarily via a web browser rather than a third party email application that would save emails locally.  Skyryse also explained to Moog that Skyryse intended to submit a supplemental statement to correct and complete the record by addressing Moog's incorrect statements about purportedly missing email files, which had never been raised with Skyryse prior to submission of the Joint Report. (*See* August 15, 2023 J. Osborne email, a true and correct copy of which is attached hereto as Exhibit 1.)  Skyryse's counsel attempted unsuccessfully to confer by phone with Moog's counsel on August 16.

8.    Moog responded to Skyryse that it objected to Skyryse making such a supplemental submission.  Moog did not dispute that it had never raised the purported issue regarding email files on Mr. Raithel's laptop with Skyryse before the parties' joint filing, claiming instead that "[w]e were not required to enumerate every single thing that was missing from the Raithel image during the meet and confer process." (*See id.*)

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 17, 2023, in San Francisco, California

Julianne Osborne

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

OSBORNE DECL. ISO SKYRYSE'S
*EX PARTE* APPLICATION FOR SUPP. STATEMENT
CASE NO. 2:22-cv-09094-GW-MAR