**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
  Ryan T. Banks (SBN 318171)
  *ryan.banks@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>  Defendants.<br><br>SKYRYSE, INC.,<br><br>  Counterclaimant,<br><br>  v<br><br>MOOG INC.,<br><br>  Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**[PROPOSED] ORDER GRANTING SKYRYSE, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUPPLEMENTAL STATEMENT IN SUPPORT OF SKYRYSE'S PORTIONS OF JOINT REPORT (DKT. 601)**<br><br>Judge: Hon. George H. Wu<br>Crtrm: 9D |

Having considered Skyryse's *Ex Parte* Application for Leave to File a Supplemental Statement in Support of Skyryse's portions of the Joint Report Regarding Meet and Confer On Search Terms and Other Issues Set Forth in the Court's Order at Dkt. 564 (Dkt. 601), the Court hereby orders as follows:

1. Skyryse's application is GRANTED.
2. Within five days of this order, Skyryse shall file its Supplemental Statement attached as Exhibit A to the Declaration of Julianne Osborne.

Dated: August ____, 2023

_____
Hon. George H. Wu