| | |
|---|---|
| 1 | Rena Andoh (admitted *pro hac vice*) |
|   | randoh@sheppardmullin.com.com |
| 2 | **SHEPPARD, MULLIN, RICHTER** |
|   | **& HAMPTON LLP** |
| 3 | 30 Rockefeller Plaza |
|   | New York, NY 10112 |
| 4 | Telephone: (212) 653-8700 |
|   | Facsimile: (212) 653-8701 |
| 5 | |
| 6 | Lai L. Yip (SBN 258029) |
|   | lyip@sheppardmullin.com |
| 7 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, CA 94111 |
| 8 | Telephone: (415) 434-9100 |
|   | Facsimile: (415) 434-3947 |
| 9 | |
| 10 | Travis J. Anderson (SBN 265540) |
|    | tanderson@sheppardmullin.com |
| 11 | 12275 El Camino Real |
|    | Suite 100 |
| 12 | San Diego, CA 92130 |
|    | Telephone: (858) 720-8900 |
| 13 | Facsimile: (858) 509-3691 |
| 14 | Kazim A. Naqvi (SBN 300438) |
|    | knaqvi@sheppardmullin.com |
| 15 | 1901 Avenue of the Stars |
|    | Suite 1600 |
| 16 | Los Angeles, CA 90067 |
| 17 | Telephone: (310) 228-3700 |
|    | Facsimile: (310) 228-3701 |
| 18 | |
| 19 | Attorneys for Plaintiff and Counterdefendant Moog Inc. |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 22 | MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| 23 | Plaintiff, | *Hon. George H. Wu* |
| 24 | v. | **DECLARATION OF MICHAEL K. HEINS IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT MOOG INC.'S OPPOSITION TO DEFENDANT AND COUNTERCLAIMANT SKYRYSE, INC.'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A** |
| 25 | | |
| 26 | SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, | |
| 27 | | |
| 28 | Defendants. | |

|   |   |
|---|---|
| 1 | **SUPPLEMENTAL STATEMENT IN SUPPORT OF SKYRYSE'S PORTION OF JOINT REPORT (DKT. 601)** |
| 2 | |
| 3 | |
| 4 | [*Filed concurrently with Opposition to Ex Parte Application*] |
| 5 | |
| 6 | Judge:   Hon. George H. Wu<br>Ctrm.:   9D |

**DECLARATION OF MICHAEL K. HEINS**

1. I, Michael K. Heins, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

2. My name is Michael K. Heins. I am an associate at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for Plaintiff and Counterdefendant Moog Inc. ("Moog") and I provide this declaration in support of Moog's opposition (the "Opposition") to Defendant and Counterclaimant Skyryse, Inc.'s ("Skyryse") *Ex Parte* Application (the "Application") for Leave To File a Supplemental Statement in Support of Skyryse's Portion of Joint Report (Dkt. 601).

3. The parties exchanged their respective sections of the Joint Report on August 11, 2023 at approximately 5:00pm Pacific. Moog filed the Joint Report (Dkt. 601) approximately one hour later at 6:02pm Pacific. Skyryse first raised the issue of purportedly needing to correct the record with Moog on Tuesday, August 15, 2023 at 6:18pm Pacific. Skyryse demanded a response to its correspondence by 9:00am Pacific, the next business day, on Wednesday, August 16, 2023. On Wednesday, August 16, 2023, the parties exchanged written correspondence regarding Skyryse's purported need to file supplemental briefing. A true and correct copy of the e-mail correspondence between Moog's counsel and Skyryse's counsel is attached as Ex. 1 to this declaration.

4. The last meet and confer correspondence between the parties before Skyryse filed its supplemental brief was exchanged on Wednesday, August 16, 2023 at 5:43pm Pacific. (Ex. 1 at pp. 7-8). In that correspondence, Moog asked the following:

> To be clear, are you representing that when Skyryse finally complies with the Court's order and produces a complete image of Mr. Raithel's laptop, there will

be no more emails produced to Moog, including no .pst file?  If you are representing this, please advise why Skyryse has this information but has not produced a complete image of Mr. Raithel's laptop to Moog.  If Skyryse is not willing to make any such representation, please explain how Skyryse purportedly knows there are absolutely no missing emails despite not being in possession of a complete copy of Mr. Raithel's laptop as of April 2022.
(*Id.* at 8.)

5. Skyryse did not respond to Moog's email, and instead filed its *ex parte* application 25 hours later.  Skyryse never mentioned an intent to file *ex parte* during its meet and confer correspondence with Moog.  (*See generally id.*)  Skyryse later responded to Moog's meet and confer email almost two days later—after Skyryse filed its *ex parte* application.  (*See id.* at 7.)  And even in this correspondence, Skyryse did not respond to Moog's question asking whether Skyryse was affirmatively representing that Mr. Raithel's laptop had no additional emails that had not yet been collected by Skyryse or produced to Moog.  (*Id.*)

6. On August 7, 2023, Moog counsel for Moog sent correspondence to counsel for Skyryse regarding Skyryse's incomplete Mr. Reid Raithel Laptop image.  A true and correct copy of the e-mail correspondence from Moog's counsel to Skyryse's counsel is attached as Ex. 2 to this declaration.

7. The parties met and conferred regarding Skyryse's incomplete Mr. Reid Raithel Laptop image between August 7, 2023 and the filing of the Joint Report (Dkt. 601).  During the meet and confer process, I am advised and believe that counsel for Moog advised its experts' analysis of the missing files was ongoing and advised there were many types of missing files.  Moog identified many examples of the missing files.

8. I am advised and believe that during the meet and confer, the parties agreed to exchange respective portions of the Joint Report on Friday, August 11 at 3:00pm Pacific.  Counsel for Moog advised that "3 PM is the latest I could do for

the exchange" based on prior commitments.  At approximately 2:36pm Pacific on August 11th, counsel for Skyryse indicated that it would not meet the agreed upon deadline, and stated that it would "push our exchange time to 6 PM."  Counsel for Moog indicated it could not do a 6:00pm exchange, but would agree to 5:00pm. Counsel for Skyryse then "agree[d] to an exchange at 5 pm."  A true and correct excerpt copy of the e-mail correspondence chain between Moog's counsel and Skyryse's counsel is attached as Ex. 3 to this declaration.

        I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

        Executed this 18th day of August, 2023, in San Diego County, California.

Dated:  August 18, 2023

                                    Michael K. Heins