# EXHIBIT 3

# EXHIBIT 3

EXHIBIT 3
Page 17

| | |
|---|---|
| **From:** | julianne.osborne@lw.com |
| **To:** | Kazim Naqvi; Arman.Zahoory@lw.com; Cassandra.Baloga@lw.com; SKYRYSEMOOG.LWTEAM@lw.com |
| **Cc:** | Grant.Gelberg@halpernmay.com; scott.tenley@zfzlaw.com; catherine.thompson@halpernmay.com; alyssa.titche@halpernmay.com; rachel.fiset@zfzlaw.com; Ben.Heller@zfzlaw.com; Rena Andoh; Travis Anderson; Lai Yip; Michael Heins |
| **Subject:** | RE: Moog/Skyryse - Proposed Search Terms |
| **Date:** | Friday, August 11, 2023 3:07:40 PM |

Kazim,

We agree to an exchange at 5 pm.

Thank you,
Juli

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Friday, August 11, 2023 2:56 PM
**To:** Osborne, Juli (Bay Area) <julianne.osborne@lw.com>; Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>; Baloga, Cassandra (NY) <Cassandra.Baloga@lw.com>; #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>
**Cc:** Grant.Gelberg@halpernmay.com; scott.tenley@zfzlaw.com; catherine.thompson@halpernmay.com; alyssa.titche@halpernmay.com; rachel.fiset@zfzlaw.com; Ben.Heller@zfzlaw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Michael Heins <MHeins@sheppardmullin.com>
**Subject:** RE: Moog/Skyryse - Proposed Search Terms

Counsel:

I advised on August 8 that I had a commitment this afternoon and 3 PM is the latest I could do for the exchange. Skyryse agreed to that deadline on August 9, and again on our call yesterday.

Now, 24 minutes before the agreed upon exchange deadline, Skyryse is asking to push it back by 3 hours. This not only impacts my schedule and family commitments, but also secretarial staff to assist with the filing. This repeated practice by Skyryse in connection with joint filings (which also includes blowing agreed-upon exchange deadlines, altering submissions after the exchange, and exceeding agreed-upon page limits) is unprofessional and unacceptable.

We cannot do 6 PM but will agree to an exchange time of 5 PM. Please confirm.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

**SheppardMullin**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** julianne.osborne@lw.com <julianne.osborne@lw.com>
**Sent:** Friday, August 11, 2023 2:36 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>; Arman.Zahoory@lw.com; Cassandra.Baloga@lw.com; SKYRYSEMOOG.LWTEAM@lw.com
**Cc:** Grant.Gelberg@halpernmay.com; scott.tenley@zfzlaw.com; catherine.thompson@halpernmay.com; alyssa.titche@halpernmay.com; rachel.fiset@zfzlaw.com; Ben.Heller@zfzlaw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Michael Heins <MHeins@sheppardmullin.com>
**Subject:** RE: Moog/Skyryse - Proposed Search Terms

Kazim,

We need to push our exchange time to 6 PM. Please confirm that works for Moog.

Thank you,
Juli

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Friday, August 11, 2023 1:51 PM
**To:** Osborne, Juli (Bay Area) <julianne.osborne@lw.com>; Zahoory, Arman (Bay Area) <Arman.Zahoory@lw.com>; Baloga, Cassandra (NY) <Cassandra.Baloga@lw.com>; #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>
**Cc:** Grant.Gelberg@halpernmay.com; scott.tenley@zfzlaw.com; catherine.thompson@halpernmay.com; alyssa.titche@halpernmay.com; rachel.fiset@zfzlaw.com; Ben.Heller@zfzlaw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Michael Heins <MHeins@sheppardmullin.com>
**Subject:** RE: Moog/Skyryse - Proposed Search Terms

Hi Juli:

Thank you for the updated hit counts. We disagree that the represented new total volume based on Moog's revised search terms (approximately 113,000 documents) is unreasonably burdensome for Skyryse to review given the facts and circumstances of this case and the underlying order.

We look forward to receiving Skyryse's portions of the joint statement at 3 PM today.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

**SheppardMullin**
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter

EXHIBIT 3
Page 18