# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Hannah Kim | 2a. Contact Phone Number: 714.755.8043 | 3a. Contact E-mail Address: hannah.kim@lw.com |
| 1b. Attorney Name (if different): Arman Zahorry | 2b. Attorney Phone Number: 650.470.4985 | 3b. Attorney E-mail Address: arman.zahoory@lw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

**5. Name & Role of Party Represented:** Defendant and Counterclaimant Skyryse, Inc.

**6. Case Name:** Moog Inc. v. Skyryse, Inc. et al.

**7a. District Court Case Number:** 2:22-cv-09094-GW-MAR

**7b. Appeals Court Case Number:** N/A

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2023 | 610 | George Wu | Skyryse Motion for Review of Magistrate Judge's Non-Dispositive Order Dkt. 534 | ● | ● | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |
| 08/24/2023 | 611 | George Wu | Status Conference re M&C on Search Terms and Other Issues Set Forth in the Court's Order at Dkt. 564 | ● | ● | ○ | ○ | ○ | ○ | ● | DAILY (Next day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 24, 2023   Signature: /s/ Arman Zahoory

G-120 (06/18)