# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Mary Tom-Hum | 2a. Contact Phone Number: 415.774.2916 | 3a. Contact E-mail Address: mtom-hum@sheppardmullin.com |
| 1b. Attorney Name (if different): Kazim Naqvi | 2b. Attorney Phone Number: 424.288.5336 | 3b. Attorney E-mail Address: knaqvi@sheppardmullin.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017

**5. Name & Role of Party Represented:** Plaintiff and Counterdefendant Moog Inc.
**6. Case Name:** Moog Inc. v. Skyryse, Inc., et al.
**7a. District Court Case Number:** 2:22-cv-09094-GW-MAR
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal     ☐ Criminal  ☒ Civil     ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/2023 | 610 | GHW | Motion for Review of Magistrate Judge Nondispositive Order | ● | ● | ○ | ○ | ○ | ● | ● | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: August 24, 2023     Signature: /s/ Kazim Naqvi

G-120 (06/18)