**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS** <br><br> Judge: Hon. George H. Wu |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5.2.2, Defendant and Counterclaimant Skyryse, Inc. hereby applies for an order permitting the following documents filed in connection with Skyryse's First Amended Answer, Defenses, and Counterclaims to be filed under seal with the Court.

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Skyryse | Highlighted portions in the unredacted version at pages 53:13-54:6; 54:8-14; 54:17-55:5; 55:7; 55:10; 55:20-21; 56:6-13; 56:15-17; 56:25-57:2; 57:16; 58:7; 59:5; 59:9; 60:10-11; 64:22-27; 65:11-12; 67:19; 67:21-68:2; 68:7-12; 68:18-25; 68:27-69:6; 69:8-9; 69:11-15; 69:19-22. |
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Moog | Highlighted portions in the unredacted version at pages 14:27-28; 50:5-7; 50:10-23; 50:25-51:7; 51:21-22; 62:18-20; 63:13-17; 63:19-22; 64:13-15; 34:17-19; 66:1; 66:9-16; 66:18; 66:20-26; 67:2-5; 67:12-14; 67:19-20; 68:3-4; 68:7; 68:13-17. |
| Ex. C to Baloga Decl. (May 31, 2019 Statement of Work (the "SOW 1")) | Skyryse | Sealed in its entirety. |

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Skyryse | Highlighted portions in the unredacted version at pages 5, 8. |
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Moog | Sealed in its entirety. |

The material Skyryse requests to file under seal is the type of information that Skyryse does not make public, does not share with competitors, and keeps confidential in its business. If disclosed publicly, it could be used by Skyryse's competitors to secure an unfair competitive advantage against Skyryse and cause irreparable business harm. The material Skyryse seeks to file under seal includes portions of the Answer, Defenses, and Counterclaims and Exhibit D (Terms and Conditions), which contain Skyryse's confidential information regarding its business plans and strategies, development roadmaps, confidential contract terms, trade secrets, and other confidential business and technical information. Skyryse has proposed narrowly-tailored redactions to those documents and requests that the Court grant this application to file under seal the redacted portions. Exhibit C (SOW 1) contains highly confidential business and technical information and Skyryse requests that the Court grant this application to seal that document in its entirety.

Skyryse also has provisionally lodged under seal portions of its Answer, Defenses, and Counterclaims and accompanying documents that refer to, describe, or quote documents that Plaintiff and Counterclaim-Defendant Moog, Inc. has designated as Protected Material under the Protective Order entered in this action, dated May 5, 2022 (Dkt. No. 89), or that Skyryse believes may be considered confidential information by Moog. Accordingly, pursuant to paragraph 12.1 of the Protective Order, Skyryse seeks to provisionally lodge these documents under seal

until such time as Moog withdraws its confidentiality designations or the Court rules on a forthcoming application from Moog to justify that these documents, or portions thereof, remain under seal.

This application is further based upon the accompanying Declaration of Cassandra Baloga in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

On August 22, 2023, counsel for Skyryse conferred via email with counsel for Moog regarding this Application, and identified the documents Skyryse had proposed to file under seal, in whole or in part. On August 22, 2023, counsel for Moog informed Skyryse "Moog maintains its sealing positions regarding the below-referenced documents."

Dated: August 25, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Gabriel S. Gross*

    Douglas E. Lumish (SBN 183863)
    Gabriel S. Gross (SBN 254672)
    Arman Zahoory (SBN 306421)
    Menlo Park, California 94025
    Telephone: (650) 328-4600
    Facsimile: (650) 463-2600
    Email: doug.lumish@lw.com
    gabe.gross@lw.com
    arman.zahoory@lw.com

    Joseph H. Lee (SBN 248046)
    Ryan Banks (SBN 318171)
    650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626
    Telephone: (714) 540-1235
    Facsimile: (714) 755-8290
    Email: joseph.lee@lw.com
    ryan.banks@lw.com

    Julianne C. Osborne (SBN 342870)
    Alexa Solimano (SBN 335740)
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8095

1  Email: julianne.osborne@lw.com
2  alexa.solimano@lw.com

3  Kelley M. Storey (Admitted *Pro Hac Vice*)
4  555 Eleventh Street NW, Suite 1000
   Washington, D.C. 20004
5  Telephone: (202) 637-2200
   Facsimile: (202) 637-2201
6  Email: kelley.storey@lw.com

7  Cassandra M. Baloga (Admitted *Pro Hac Vice*)
8  1271 Avenue of the Americas
   New York, New York 10020
9  Telephone: (212) 906-1200
   Facsimile: (212) 751-4864
10 Email: cassandra.baloga@lw.com

11 Attorneys for Defendant and Counterclaimant, Skyryse, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

5

APPL. TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS