**LATHAM & WATKINS LLP**
  Douglas E. Lumish (SBN 183863)
  *doug.lumish@lw.com*
  Gabriel S. Gross (SBN 254672)
  *gabe.gross@lw.com*
  Arman Zahoory (SBN 306421)
  *arman.zahoory@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　　　v<br><br>MOOG INC.,<br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**DECLARATION OF CASSANDRA BALOGA IN SUPPORT OF SKYRYSE, INC.'S FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

# DECLARATION

I, Cassandra Baloga, hereby declare and state as follows:

1. I am an attorney at the law firm of Latham & Watkins LLP, counsel of record for Defendant and Counterclaimant Skyryse, Inc. in the above captioned case.

2. I submit this declaration in support of Skyryse's First Amended Answer, Defenses, and Counterclaims to Plaintiff, Counterclaim-Defendant Moog, Inc.'s Amended Complaint.

3. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify thereto.

4. Attached hereto as **Exhibit A** is a true and correct copy of the October 24, 2018 Proprietary Information and Nondisclosure Agreement.

5. Attached hereto as **Exhibit B** is a true and correct copy of the March 15, 2019 Proprietary Information and Nondisclosure Agreement.

6. Attached hereto as **Exhibit C** is a true and correct copy of the May 31, 2019 Statement of Work.

7. Attached hereto as **Exhibit D** is a true and correct copy of the June 3, 2019 Terms and Conditions.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 25, 2023, in New York, New York.

_____
Cassandra M. Baloga