UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　Plaintiff,<br><br>　　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　Defendants.<br>SKYRYSE, INC.,<br><br>　　　Counterclaimant,<br><br>　　　v<br><br>MOOG INC.,<br><br>　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**[PROPOSED] ORDER GRANTING SKYRYSE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS FILED WITH SKYRYSE'S FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS** |

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to File Documents Under Seal in Support of Defendant and Counterclaimant Skyryse's First Amended Answer, Defenses, and Counterclaims, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be filed under seal:

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Skyryse | Highlighted portions in the unredacted version at pages 53:13-54:6; 54:8-14; 54:17-55:5; 55:7; 55:10; 55:20-21; 56:6-13; 56:15-17; 56:25-57:2; 57:16; 58:7; 59:5; 59:9; 60:10-11; 64:22-27; 65:11-12; 67:19; 67:21-68:2; 68:7-12; 68:18-25; 68:27-69:6; 69:8-9; 69:11-15; 69:19-22. |
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Moog | Highlighted portions in the unredacted version at pages 14:27-28; 50:5-7; 50:10-23; 50:25-51:7; 51:21-22; 62:18-20; 63:13-17; 63:19-22; 64:13-15; 34:17-19; 66:1; 66:9-16; 66:18; 66:20-26; 67:2-5; 67:12-14; 67:19-20; 68:3-4; 68:7; 68:13-17. |
| Ex. C to Baloga Decl. (May 31, 2019 Statement of Work) | Skyryse | Sealed in its entirety. |

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Skyryse | Highlighted portions in the unredacted version at pages 5, 8. |
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Moog | Sealed in its entirety. |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. George H. Wu
United States District Court Judge