**LATHAM & WATKINS LLP**
　Douglas E. Lumish (SBN 183863)
　*doug.lumish@lw.com*
　Gabriel S. Gross (SBN 254672)
　*gabe.gross@lw.com*
　Arman Zahoory (SBN 306421)
　*arman.zahoory@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br>　　　　Plaintiff, <br><br>　　　v <br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br>　　　　Defendants. <br> SKYRYSE, INC., <br><br>　　　　Counterclaimant, <br><br>　　　v <br><br>MOOG INC., <br><br>　　　　Counterclaim-Defendant. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **PROOF OF SERVICE** <br><br> Hon. George H. Wu |

# PROOF OF SERVICE

I am employed in New York, New York, I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020.

On **August 25, 2023,** I caused the service of a true copy of the following document described as:

- **UNREDACTED COPY OF DEFENDANT SKYRYSE, INC.'S FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS**

- **UNSEALED COPY OF EXHIBITS C AND D TO DECLARATION OF CASSANDRA BALOGA IN SUPPORT OF SKYRYSE, INC.'S FIRST ANSWER, DEFENSES, AND COUNTERCLAIMS**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document was transmitted via electronic mail to the following party pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **August 25, 2023:**

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under that the foregoing is true and correct. Executed on **August 25, 2023,** at New York, NY.

*Cassie Baloga*

**Cassandra M. Baloga**

# SERVICE LIST

United States District Court
Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **Kazim A Naqvi**<br>**Tyler E. Baker**<br>Sheppard Mullin Richter and Hampton LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90071<br>310-288-3700<br>Email: Knaqvi@sheppardmullin.com<br>tbaker@sheppardmullin.com<br><br>**Lai Lam Yip**<br>Sheppard Mullin Richter and Hampton LLP<br>4 Embarcadero Center 17th Floor<br>San Francisco, CA 94111<br>415-434-9100<br>Fax: 415-434-3946<br>Email: lyip@sheppardmullin.com<br><br>**Rena Andoh**<br>Sheppard Mullin Richter and Hampton LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>212-653-8712<br>Fax: 212-653-8701<br>Email: randoh@sheppardmullin.com<br><br>**Travis J. Anderson**<br>**Michael K. Heins**<br>Sheppard Mullin Richter and Hampton LLP<br>12275 El Camino Real Suite 100<br>San Diego, CA 92130<br>858-720-8900<br>Fax: 858-509-3691<br>Email: tanderson@sheppardmullin.com<br>mheins@sheppardmullin.com | Attorneys for Plaintiff Moog, Inc. |
| **Robert J. Fluskey , Jr.**<br>Hodgson Russ LLP<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>716-848-1688<br>Fax: 716-849-0349<br>Email: rfluskey@hodgsonruss.com | Pro Hac Vice Attorneys for Plaintiff Moog, Inc. |

| | |
|---|---|
| **Halpern May Ybarra Gelberg LLP**<br>Grant B. Gelbert<br>Kevin H. Scott<br>Catherine H. Thompson<br>Alyssa L. Titche<br>550 South Hope Street, Suite 2330<br>Los Angeles, CA 90074<br>Phone: (213) 402-1900<br>Fax:    (213) 402-1901<br>Email:<br>grant.gelberg@halpernmay.com<br>kevin.scott@halpernmay.com<br>catherine.thompson@halpernmay.com<br>alyssa.titche@halpernmay.com | Attorneys for Defendant Misook Kim |
| **Zweiback Fiset and Zalduendo LLP**<br>Scott D. Tenley<br>Rachel L. Fiset<br>Ben Heller<br>315 West 9th Street, Suite 1200<br>Los Angeles, CA 90015<br>Phone: (213) 266-5170<br>Fax:    (213) 289-4025<br>Email:<br>scott.tenley@zfzlaw.com<br>rachel.fiset@zfzlaw.com<br>ben.heller@zfzlaw.com | Attorneys for Defendant Robert Alin Pilkington |