1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 MOOG INC., | CASE NO. CV 22-9094-GW-MARx |
| 13            Plaintiff, | **ORDER GRANTING SKYRYSE,** |
| 14            v | **INC.'S APPLICATION FOR LEAVE** |
| 15 SKYRYSE, INC., ROBERT ALIN | **TO FILE UNDER SEAL** |
|    PILKINGTON, MISOOK KIM, and | **DOCUMENTS FILED WITH** |
| 16 DOES NOS. 1-50, | **SKYRYSE'S FIRST AMENDED** |
|    | **ANSWER, DEFENSES, AND** |
| 17            Defendants. | **COUNTERCLAIMS** |
| 18 SKYRYSE, INC., | |
| 19            Counterclaimant, | |
| 20            v | |
| 21 MOOG INC., | |
| 22            Counterclaim-Defendant. | |

23

24

25

26

27

28

The Court, having considered Defendant and Counterclaimant Skyryse, Inc.'s Application for Leave to File Documents Under Seal in Support of Defendant and Counterclaimant Skyryse's First Amended Answer, Defenses, and Counterclaims, and with compelling reason being shown, hereby GRANTS the Application and ORDERS that the following documents or portions thereof identified in Skyryse's Application be filed under seal:

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Skyryse | Highlighted portions in the unredacted version at pages 53:13-54:6; 54:8-14; 54:17-55:5; 55:7; 55:10; 55:20-21; 56:6-13; 56:15-17; 56:25-57:2; 57:16; 58:7; 59:5; 59:9; 60:10-11; 64:22-27; 65:11-12; 67:19; 67:21-68:2; 68:7-12; 68:18-25; 68:27-69:6; 69:8-9; 69:11-15; 69:19-22. |
| Skyryse's First Amended Answer, Defenses, and Counterclaims | Moog | Highlighted portions in the unredacted version at pages 14:27-28; 50:5-7; 50:10-23; 50:25-51:7; 51:21-22; 62:18-20; 63:13-17; 63:19-22; 64:13-15; 34:17-19; 66:1; 66:9-16; 66:18; 66:20-26; 67:2-5; 67:12-14; 67:19-20; 68:3-4; 68:7; 68:13-17. |
| Ex. C to Baloga Decl. (May 31, 2019 Statement of Work) | Skyryse | Sealed in its entirety. |

| Document | Designating Party | Text to be Sealed |
|---|---|---|
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Skyryse | Highlighted portions in the unredacted version at pages 5, 8. |
| Ex. D to Baloga Decl. (June 3, 2019 Terms and Conditions) | Moog | Sealed in its entirety. |

**IT IS SO ORDERED.**

Dated:  August 28, 2023

Hon. George H. Wu,
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING
SKYRYSE''s APPL. TO SEAL