**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
RENA ANDOH (admitted *Pro Hac Vice*)
randoh@sheppardmullin.com
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.653.8700
Facsimile:  212.653.8701

LAI L. YIP, (Cal. Bar No. 258029)
lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  415.434.9100
Facsimile:  415.434.3947

TRAVIS J. ANDERSON, (Cal. Bar No. 265540)
tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:  858.720.8900
Facsimile:  858.509.3691

KAZIM A. NAQVI, (Cal. Bar No. 300438)
knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

Attorneys for Plaintiff and
Counter-Defendant, MOOG, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG, INC., | Case No. 2:22-cv-09094-GW-MAR |
|     Plaintiff, | *Honorable George H. Wu* |
|     v. | **PROOF OF SERVICE** |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
|     Defendant. | |
| SKYRYSE, INC., | |

-1-

SMRH:4881-5053-3245.1

Case No. 2:22-cv-09094-GW-MAR
PROOF OF SERVICE

1          Counter-Claimant,
2      v.
3   MOOG, INC.,
4          Counter-Defendant.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, CA 90067-6055.

On **August 29, 2023**, I caused a true copy of the following document(s) described as:

**[SEALED] DECLARATION OF KAZIM NAQVI IN RESPONSE TO SKYRYSE'S APPLICATION TO FILE UNDER SEAL (DKT. 614)**

to be served in the following manner:

## BY ELECTRONIC MAIL

The above-described document(s) were transmitted via electronic mail to the following party participants pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E) on **August 29, 2023**:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 29, 2023**, at Los Angeles, California.

/s/ *Kazim A. Naqvi*
Kazim A. Naqvi

## SERVICE LIST

U. S. District Court – Case No. 2:22-cv-09094-GW-MAR

| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Douglas E. Lumish, Esq.<br>Email:  Doug.lumish@lw.com<br>Gabriel S. Gross, Esq.<br>Email:  Gabe.gross@lw.com<br>Joseph H, Lee, Esq.<br>Email:  Joseph.lee@lw.com<br>Arman Zahoory, Esq.<br>Email:  Arman.zahoory@lw.com<br>Ryan T. Banks, Esq.<br>Email:  Ryan.banks@lw.com<br>Kelley M. Storey, Esq.<br>Email:  Kelley.storey@lw.com<br>Cassandra M. Baloga, Esq.<br>Email:  Cassandra.baloga@lw.com<br>Julianna C. Osborne, Esq.<br>Email:  Julianne.bruaer@lw.com<br>Phone:       650.328.4600<br>Fax:          650.463.2600 | *Attorneys for Defendant and Counter-Claimant SKYRYSE, INC.* |
| **HODGSON RUSS LLP**<br>Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Robert J. Fluskey, Jr., Esq.<br>Email: Rfluskey@hodgsonruss.com<br>Phone:       716.848.1688<br>Fax:          716.849.0349 | *Admitted Pro Hac Vice for Plaintiff, MOOG, INC.* |
| **HALPERN MAY YBARRA GELBERG LLP**<br>550 South Hope Street, Suite 2330<br>Los Angeles, CA 90071<br>Grant B. Gelberg, Esq.<br>Email:  Grant.gelberg@halpernmay.com<br>Kevin H. Scott, Esq.<br>Email:  Kevin.scott@halpernmay.com<br>Catherine H. Thompson, Esq.<br>Email:  Catherine.thompson@halpernmay.com<br>Alyssa L. Titche, Esq.<br>Email: Alyssa.titche@halpernmay.com<br>Phone:       213.402.1900<br>Fax:          213.402.1901 | *Attorneys for Defendant MISOOK KIM* |

**ZWEIBACK FISET AND ZALDUENDO LLP**
315 West 9th Street, Suite 1200
Los Angeles, CA 90015
Scott D. Tenley, Esq.
Email: Scott.tenly@zfzlaw.com
Rachel L. Fiset, Esq.
Email: Rachel.fiset@zfzlaw.com
Phone:     213 266.5170
Fax:       213 289.4025

*Attorneys for Defendant*
*ROBERT ALIN PILKINGTON*