1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  MOOG INC., | CASE NO. 2:22-cv-09094-GW-MAR |
| 14        Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
| 15   v. | |
| 16  SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| 18        Defendants. | |
| 19 SKYRYSE, INC., | |
| 20        Counterclaimant, | |
| 21   v. | |
| 22 MOOG INC., | |
| 23        Counterclaim-Defendant. | |

24
25
26
27
28

The Court, having reviewed the Stipulation Regarding Discovery of Electronically Stored Information (the "Stipulation") submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

The stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
The Honorable Margo A. Rocconi
United States Magistrate Judge