**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3701

*Attorney for Plaintiff and Counter-Defendant Moog Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC,, <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> **PLAINTIFF AND COUNTER-DEFENDANT MOOG INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DESIGNATED MATERIALS FROM AMENDED TRADE SECRET IDENTIFICATION** <br><br> Judge: Hon. George H. Wu <br> Magistrate Judge: Hon. Margo A. Rocconi |

| | |
|---|---|
| 1 | SKYRYSE, INC., |
| 2 | Counterclaimant, |
| 3 | vs. |
| 4 | MOOG INC., |
| 5 | Counter-Defendant. |

SMRH:4890-9644-7100

-2-   Case No. 2:22-cv-09094-GW-MAR
MOOG INC.'S APPLICATION TO SEAL DESIGNATED MATERIALS FROM ITS AMENDED TRADE SECRET IDENTIFICATION

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 79-5 *et seq.*, Plaintiff and Counter-Defendant Moog Inc. ("Moog") hereby submits this application for an order permitting it to file under seal certain excerpts and documents (the "Designated Materials") from Moog's Amended Trade Secret Identification ("Amended TSID"), filed pursuant to Magistrate Judge Margo A. Rocconi's June 14, 2023 Order (Dkt. 534), and the Parties' Joint Stipulation filed on July 7, 2023 (Dkt. 573).

Moog submits that compelling reasons exist to permit the Designated Materials to be filed under seal. The Designated Materials include documents and information that have been identified as Protected Material pursuant to the Protective Order entered in this action on May 6, 2022 (the "Protective Order") (Dkt. 89), which are referenced and/or set forth in the Amended TSID. Here, the Designated Material at issue constitutes Moog's comprehensive Amended TSID and attachments thereto, which are all designated as "HIGHLY CONFIDENTIAL—OUTSIDE COUNSEL AND EXPERTS' EYES ONLY" under the Protective Order (Dkt. 89). Moog's Amended TSID contains a detailed explanation and identification of Moog's various trade secrets at issue in this case, and Moog keeps this information secret. The names of Moog's sensitive government programs are also kept secret from the public. Public disclosure of this information would cause Moog competitive harm. The Designated Materials contain Moog's confidential and proprietary intellectual property, technical information, internal information, materials, and processes; marketing and business information; and/or financial information, which Moog designated as Protected Material pursuant to the Protective Order. If this information were to be made available to the public, Moog's competitors would be given deep insight into Moog's technical capabilities and business plans, and could gain an unfair competitive advantage.

SMRH:4890-9644-7100

-3-

Case No. 2:22-cv-09094-GW-MAR
MOOG INC.'S APPLICATION TO SEAL DESIGNATED MATERIALS FROM ITS AMENDED TRADE SECRET IDENTIFICATION

Specifically, Moog seeks to file the following Designated Materials under seal:

| DOCUMENT | Designating Party | Text to be Filed/Lodged under Seal |
|---|---|---|
| Moog's Amended Trade Secret Identification (Non-CUI) | Moog | Sealed in its entirety. |
| Exhibits 1-2 to Moog's Amended Trade Secret Identification (Non-CUI) | Moog | Sealed in its entirety. |
| Moog's Amended Trade Secret Identification (CUI) | Moog | Sealed in its entirety. |
| Exhibit A to Moog's Amended Trade Secret Identification (CUI)[1] | Moog | Sealed in its entirety. |

This application is further based upon the accompanying Declaration of Kazim Naqvi in Support of this Application; any pleadings, files, and records in this action; and any further evidence or argument as this Court may consider.

---

[1] Because Exhibit 2 to Moog's Amended TSID (Non-CUI) and Exhibit A to Moog's Amended TSID (CUI) are voluminous, native excel spreadsheets with multiple tabs that cannot be readily filed in PDF format on the Court's CM/ECF system, Moog will separately lodge those attachments with the Court via encrypted hard drive.

Dated: August 31, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Kazim A. Naqvi*
Kazim A. Naqvi

Attorney for Plaintiff and Counter-Defendant
MOOG INC.