| | |
|---|---|
| 1 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Rena Andoh (admitted *pro hac vice*) |
| 2 | randoh@sheppardmullin.com<br>30 Rockefeller Plaza |
| 3 | New York, NY 10112<br>Telephone:  (212) 653-8700 |
| 4 | Facsimile:   (212) 653-8701 |
| 5 | Lai L. Yip, (Cal. Bar No. 258029)<br>lyip@sheppardmullin.com |
| 6 | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 7 | Telephone:  (415) 434-9100<br>Facsimile:   (415) 434-3947 |
| 8 | |
| 9 | Travis J. Anderson, (Cal. Bar No. 265540)<br>tanderson@sheppardmullin.com |
| 10 | 12275 El Camino Real, Suite 100<br>San Diego, CA 92130 |
| 11 | Telephone:  (858) 720-8900<br>Facsimile:   (858) 509-3691 |
| 12 | Kazim A. Naqvi, (Cal. Bar No. 300438)<br>knaqvi@sheppardmullin.com |
| 13 | 1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055 |
| 14 | Telephone:  (310) 228-3700<br>Facsimile:   (310) 228-3701 |
| 15 | |
| 16 | *Attorneys for Plaintiff and Counter-Defendant,*<br>*MOOG INC.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., | Case No. 2:22-cv-09094-GW-MAR |
| Plaintiff, | **NOTICE OF LODGING OF USB DRIVE CONTAINING EXHIBITS 2 AND A TO MOOG'S AMENDED TRADE SECRET IDENTIFICATION (PROPOSED TO BE FILED UNDER SEAL IN THEIR ENTIRETY PURSUANT TO L.R. 79-5.2)** |
| v. | |
| SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, | |
| Defendant. | Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Margo A. Rocconi |

1  SKYRYSE, INC.,,
2          Counterclaimant,
3      v.
4  MOOG INC.,
5          Counter-Defendant.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 5-4.2, the following items are exempt from electronic filing, and therefore will be manually lodged with the Court:

1. Encrypted USB Drive containing Exhibit 2 and Exhibit A to Plaintiff Moog Inc.'s ("Moog") Amended Trade Secret Identification (proposed to be filed under seal in their entirety pursuant to L.R. 79-5.2).

Good cause exists to manually lodge the above referenced items since the above-referenced Exhibits consist of large, multi-tab excel spreadsheets containing too much data to convert to a comprehensible usable format conducive to standard e-filing using the Court's ECF system.

Dated: August 31, 2023

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  /s/ Kazim A. Naqvi
     KAZIM A. NAQVI

Attorneys for Plaintiff and Counter-Defendant,
MOOG, INC.