1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

13  MOOG INC.,

14              Plaintiff,

15      v.

16  SKYRYSE, INC., ROBERT ALIN
    PILKINGTON, MISOOK KIM, and
17  DOES NOS. 1-50,

18              Defendants.

19
20  SKYRYSE, INC.,

              Counterclaimant,
21
        v.
22
    MOOG INC.,
23
              Counterclaim-Defendant.
24
25
26
27
28

CASE NO. 2:22-cv-09094-GW-MAR

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

-1-

| | |
|---|---|
| 1 | The Court, having reviewed the Stipulation Regarding Discovery of |
| 2 | Electronically Stored Information (the "Stipulation") submitted concurrently |
| 3 | herewith, and good cause appearing therefore, hereby **ORDERS THAT:** |
| 4 | The stipulation is GRANTED. |

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
The Honorable Margo A. Rocconi
United States Magistrate Judge