## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-9094-GW-MARx | Date | September 18, 2023 |
|---|---|---|---|
| Title | *Moog, Inc. v. Skyryse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kazim A. Naqvi<br>Lai L. Yip | Douglas E. Lumish<br>Gabriel S. Gross |

**PROCEEDINGS:**     **TELEPHONIC CONFERENCE**

The Court's Response to Joint Report Regarding Meet and Confer on Search Terms and Reid Raithel's Laptop Set Forth in the Court's Order at Docket No. 611, was issued on September 15, 2023 [631]. Counsel inform the Court resolutions were made in writing. For reasons stated on the record, the matters are deemed MOOT.

                                               :    02

Initials of Preparer    JG