Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br>v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants.<br><br>SKYRYSE, INC.,<br><br>    Counterclaimant,<br><br>v<br><br>MOOG INC.,<br><br>    Counterdefendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULES**<br><br>Complaint filed: March 7, 2022<br>Counterclaims filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. ("Moog") and Defendant and Counterclaimant Skyryse, Inc. ("Skyryse") (Moog and Skyryse are collectively referred to as the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on June 14, 2023, Magistrate Judge Rocconi ordered Moog to amend its trade secret identification within 30 days, and ordered that Skyryse would have 21 days from the date Moog filed its amended trade secret identification ("Amended TSID") to file any motion challenging the adequacy of the Amended TSID, or alternatively to file a motion to lift the discovery stay (Dkt. 534) (the "TSID Order");

WHEREAS, on June 28, 2023, Skyryse filed objections to and a motion for review of Magistrate Judge Rocconi's TSID, with a hearing noticed for August 24, 2023 (Dkt. 555) (the "Objections");

WHEREAS, on July 12, 2023, the Court granted a joint stipulation by the Parties agreeing to continue Moog's deadline to file its Amended TSID, such that if Judge Wu denied Skyryse's Objections, Moog's deadline to file its Amended TSID would be 7 days after Judge Wu ruled on Skyryse's Objections, and upon the filing of Moog's Amended TSID, the other procedures and deadlines in the TSID Order would remain in effect (Dkt. 576);

WHEREAS, on August 24, 2023, the Court denied Skyryse's Objections (Dkt. 610), making Moog's Amended TSID due on August 31, 2023;

WHEREAS, on August 31, 2023, Moog filed its Amended TSID, making Skyryse's motion challenging the adequacy of the Amended TSID due on September 21, 2023;

WHEREAS, on July 21, 2023, Moog filed an Amended Complaint (Dkt. 579);

WHEREAS, on August 14, 2023, the Court granted a joint stipulation by the Parties agreeing that Skyryse's Amended Counterclaims would be due on August

25, 2023, and that Moog's deadline to file any responsive pleading to Skyryse's Amended Counterclaims (including any Motion to Dismiss) would be September 21, 2023 (Dkt. 605);

WHEREAS counsel for Moog and Skyryse have conferred and agreed that, in order to accommodate the parties' and counsel's schedules and negotiations, a one-week extension of these deadlines is appropriate and will not prejudice any party;

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. Skyryse's deadline to file a motion challenging the adequacy of Moog's Amended TSID or a motion to lift the discovery stay will be extended by one week, from September 21, 2023 to September 28, 2023. Upon the filing of Skyryse's motion, the other procedures and deadlines in the TSID Order shall remain in effect.

2. Moog's deadline to file a responsive pleading to Skyryse's Counterclaims (including any Motion to Dismiss) will be extended by one week, from September 21, 2023 to September 28, 2023.

**IT IS SO STIPULATED.**

Dated: September 19, 2023

**SHEPPARD, MULLIN, RICHTER &HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Kazim A. Naqvi
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: */s/ Gabriel S. Gross*
Gabriel S. Gross
Counsel for Defendant and Counterclaimant Skyryse, Inc.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: September 19, 2023 　　　　　　　　　　　　　　 */s/ Gabriel S. Gross*