1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULES** |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. Skyryse's deadline to file a motion challenging the adequacy of Moog's Amended TSID or a motion to lift the discovery stay will be extended by one week, from September 21, 2023 to September 28, 2023. Upon the filing of Skyryse's motion, the other procedures and deadlines in the TSID Order shall remain in effect.

2. Moog's deadline to file a responsive pleading to Skyryse's Counterclaims (including any Motion to Dismiss) will be extended by one week, from September 21, 2023 to September 28, 2023.

**IT IS SO ORDERED.**

Dated: September _____, 2023

By: _____
The Honorable George H. Wu
United States District Judge