Rena Andoh (admitted *pro hac vice*)
  randoh@sheppardmullin.com.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Lai L. Yip (SBN 258029)
  lyip@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100

Travis J. Anderson (SBN 265540)
  tanderson@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-8900

Kazim A. Naqvi (SBN 300438)
  knaqvi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone: (310) 228-3700

Attorneys for Plaintiff and Counterdefendant MOOG INC.

Rachel L. Fiset (SBN 240828)
  rachel.Fiset@zfzlaw.com
Scott D. Tenley (SBN 298911)
  scott.Tenley@zfzlaw.com
**ZWEIBACK FISET & ZALDUENDO LLP**
315 W. 9th Street, Suite 1200
Los Angeles, California 90015
Telephone: (213) 266-5170

Attorneys for Defendant ROBERT ALIN PILKINGTON

Douglas E. Lumish (SBN 183863)
  doug.lumish@lw.com
Gabriel S. Gross (SBN 254672)
  gabe.gross@lw.com
Arman Zahoory (SBN 306421)
  arman.zahoory@lw.com
Rachel S. Horn (SBN 335737)
  rachel.horn@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant and Counterclaimant SKYRYSE, INC.

Grant B. Gelberg (SBN 229454)
  grant.Gelberg@halpernmay.com
Kevin H. Scott (SBN 274605)
  kevin.Scott@halpernmay.com
Alyssa L. Titche (SBN 313296)
  alyssa.Titche@halpernmay.com
Catherine Thompson (SBN 313391)
  catherine.Thompson@halpernmay.com
**HALPERN MAY YBARRA & GELBERG LLP**
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900

Attorneys for Defendant MISOOK KIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>　　　　　Defendants. | Case No. 2:22-cv-09094-GW-MAR<br><br>*Hon. George H. Wu*<br><br>**JOINT STIPULATION TO VACATE ALL HEARING DATES, BRIEFING DEADLINES, AND CASE SCHEDULE PENDING COMPLETION OF SETTLEMENT**<br><br>Complaint Filed:　　March 7, 2022<br>Counterclaims Filed: January 30, 2023 |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant Moog Inc. ("Moog"), Defendant and Counterclaimant Skyryse, Inc. ("Skyryse"), Defendant Misook Kim ("Kim"), and Defendant Robert Alin Pilkington ("Pilkington") (collectively, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on September 22, 2023, the Parties executed a binding settlement term sheet and reached an agreement that contemplates the negotiation and execution of a final, long-form settlement agreement;

WHEREAS, there are a number of upcoming briefing deadlines and hearings, as well as existing case deadlines pursuant to the Scheduling Order issued by the Court on April 19, 2023 (Dkt. 446);

WHEREAS, the Parties agreed that they would stipulate that the Court vacate all pending hearing dates, briefing deadlines, and all dates in the Scheduling Order, and that such stipulation would be filed within 3 days of the date of the term sheet's execution;

WHEREAS, the Parties are now working on negotiating the final, long-form settlement agreement;

WHEREAS, the Parties therefore respectfully request an order vacating all pending hearing dates, briefing deadlines, and all dates in the Scheduling Order;

WHEREAS, the Parties intend to file requests for dismissal of their respective claims within the next two weeks as long as certain other preconditions contained in the term sheet are met, and therefore request that the Court schedule a status conference at least 45 days out.

NOW THEREFORE, subject to the Court's approval, the Parties stipulate and agree as follows:

1. All pending hearing dates, briefing deadlines, and dates in the Scheduling Order are vacated;

2. The Court shall schedule a status conference no earlier than 45 days from the date of this filing, and if the Court receives requests for dismissal of all claims and counterclaims before the scheduled status conference, then the Court shall take the status conference off calendar.

**IT IS SO STIPULATED.**

Dated: September 25, 2023

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By: */s/ Kazim A. Naqvi*
                        Kazim A. Naqvi
                        Counsel for Plaintiff and Counterdefendant Moog Inc.

                    LATHAM & WATKINS LLP

                    By: */s/ Gabriel S. Gross*
                        Gabriel S. Gross
                        Counsel for Defendant and Counterclaimant Skyryse, Inc.

                    ZWEIBACK FISET & ZALDUENDO LLP

                    By: */s/ Scott D. Tenley*
                        Scott D. Tenley
                        Counsel for Defendant Robert Alin Pilkington

                    HALPERN MAY YBARRA & GELBERG LLP

                    By: */s/ Grant B. Gelberg*
                        Grant B. Gelberg
                        Counsel for Defendant Misook Kim

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4, I, Kazim A. Naqvi, attest that concurrence in the filing of this document has been obtained by all its signatories.

Dated: September 25, 2023                    */s/  Kazim A. Naqvi*