# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50, <br><br> Defendants. | Case No. 2:22-cv-09094-GW-MAR <br><br> *Hon. George H. Wu* <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE ALL HEARING DATES, BRIEFING DEADLINES, AND CASE SCHEDULE PENDING COMPLETION OF SETTLEMENT** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. All pending hearing dates, briefing deadlines, and dates in the Scheduling Order (Dkt. 446) are hereby vacated;

2. The Court shall schedule a status conference on _____. If the Court receives requests for dismissal of all claims and counterclaims before the scheduled status conference, then the Court shall take the status conference off calendar.

**IT IS SO ORDERED.**

Dated: September\_\_\_\_\_, 2023

_____
The Honorable George H. Wu
United States District Court Judge