# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS.1-50,<br><br>  Defendants. | Case No. CV 22-9094-GW-MARx<br><br>*Hon. George H. Wu*<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE ALL HEARING DATES, BRIEFING DEADLINES, AND CASE SCHEDULE PENDING COMPLETION OF SETTLEMENT** |

-1-

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. All pending hearing dates, briefing deadlines, and dates in the Scheduling Order (Dkt. 446) are hereby vacated;

2. The Court shall schedule a status conference on November 9, 2023 at 8:30 a.m. If the Court receives requests for dismissal of all claims and counterclaims before the scheduled status conference, then the Court shall take the status conference off calendar. The parties are to file a joint status report by noon on November 6, 2023.

**IT IS SO ORDERED.**

Dated: September 26, 2023

_____
HON GEORGE H. WU,
United States District Judge