| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Rena Andoh (admitted *pro hac vice*)<br>  randoh@sheppardmullin.com.com<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br><br>Lai L. Yip (SBN 258029)<br>  lyip@sheppardmullin.com<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*<br><br>*Additional counsel listed after caption page* | **LATHAM & WATKINS LLP**<br>Douglas E. Lumish (SBN 183863)<br>  doug.lumish@lw.com<br>Gabriel Gross (SBN 254672)<br>  gabe.gross@lw.com<br>Arman Zahoory (SBN 306421)<br>  arman.zahoory@lw.com<br>Rachel S. Horn (SBN 335737)<br>  rachel.horn@lw.com<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br><br>*Attorneys for Defendant and Counterclaimant Skyryse, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC.,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　Defendants.<br><br>SKYRYSE, INC.,<br><br>　　　　Counterclaimant,<br><br>　　v<br><br>MOOG INC.,<br><br>　　　　Counterdefendant. | CASE NO. 2:22-cv-09094-GW-MAR<br><br>**JOINT STIPULATION REGARDING DISMISSAL**<br><br>Complaint filed: March 7, 2022<br>Counterclaims filed: January 30, 2023 |

| | |
|---|---|
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Travis J. Anderson (SBN 265540)<br>　tanderson@sheppardmullin.com<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Facsimile: (858) 509-3691<br><br>Kazim A. Naqvi (SBN 300438)<br>　knaqvi@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067<br>Telephone: (310) 228-3700<br>Facsimile: (310) 228-3701<br><br>**HODGSON RUSS LLP**<br>Robert J. Fluskey (*pro hac vice* forthcoming)<br>　rfluskey@hodgsonruss.com<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>Telephone: (716) 856-4000<br>Facsimile: (716) 819-4718<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant Moog Inc.*<br><br>**ZWEIBACK FISET & ZALDUENDO LLP**<br>Rachel L. Fiset (SBN 240828)<br>　rachel.fiset@zfzlaw.com<br>Scott D. Tenley (SBN 298911)<br>　scott.tenley@zfzlaw.com<br>315 W. 9th Street, Suite 1200<br>Los Angeles, California 90015<br>Telephone: (213) 266-5170<br>Facsimile: (213) 289-4025<br><br>*Attorneys for Defendant Robert Alin Pilkington* | **LATHAM & WATKINS LLP**<br>Joseph H. Lee (SBN 248046)<br>　joseph.lee@lw.com<br>Ryan T. Banks (SBN 318171)<br>　ryan.banks@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290<br><br>Russell Mangas<br>　russell.mangas@lw.com<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br><br>*Attorneys for Defendant and Counterclaimant Skyryse, Inc.*<br><br>**HALPERN MAY YBARRA & GELBERG LLP**<br>Grant B. Gelberg (SBN 229454)<br>　grant.gelberg@halpernmay.com<br>Kevin H. Scott (SBN 274605)<br>　kevin.scott@halpernmay.com<br>Alyssa L. Titche (SBN 313296)<br>　alyssa.titche@halpernmay.com<br>Catherine Thompson (SBN 313391)<br><br>catherine.thompson@halpernmay.com<br>550 South Hope Street, Suite 2330<br>Los Angeles, California 90071<br>Telephone: (213) 402-1900<br>Facsimile: (213) 402-1901<br><br>*Attorneys for Defendant Misook Kim* |

IT IS HEREBY STIPULATED by and between Plaintiff and Counterdefendant Moog Inc. and Defendant and Counterclaimant Skyryse, Inc., Defendant Robert Alin Pilkington, and Defendant Misook Kim, (collectively, the "Parties"), through their respective attorneys of record, that all Parties' claims and counterclaims in the above-captioned action are dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and an agreement by and between the Parties. Each party shall bear its own attorneys' fees, costs, and expenses relating to this action, unless otherwise mandated by the Parties' agreement.

**IT IS SO STIPULATED.**

Dated: October 2, 2023

**SHEPPARD, MULLIN, RICHTER &HAMPTON LLP**

By: */s/ Kazim A. Naqvi*
Counsel for Plaintiff and Counter-Defendant Moog Inc.

**LATHAM & WATKINS LLP**

By: */s/ Gabriel S. Gross*
Counsel for Defendant and Counterclaimant Skyryse, Inc.

**ZWEIBACK FISET & ZALDUENDO LLP**

By: */s/ Scott D. Tenley*
Counsel for Defendant Robert Alin Pilkington

**HALPERN MAY YBARRA & GELBERG LLP**

By: */s/ Grant B. Gelberg*
Counsel for Defendant Misook Kim

### ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Gabriel S. Gross, attest that concurrence in the filing of this document has been obtained by all signatories.

Dated: October 2, 2023                    */s/ Gabriel S. Gross*