1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | CASE NO. 2:22-cv-09094-GW-MAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL** |
| SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. All Parties' claims and counterclaims in the above-captioned action are dismissed with prejudice.
2. Each party shall bear its own attorneys' fees, costs, and expenses relating to this action, unless otherwise mandated by the Parties' agreement.

**IT IS SO ORDERED.**

Dated: October _____, 2023     By: _____
　　　　　　　　　　　　　　　　　 The Honorable George H. Wu
　　　　　　　　　　　　　　　　　 United States District Judge