JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> v <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. <br><br> SKYRYSE, INC., <br><br> Counterclaimant, <br><br> v <br><br> MOOG INC., <br><br> Counterclaim-Defendant. | CASE NO. CV 22-9094-GW-MARx <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL** |

The Court, having reviewed the stipulation submitted concurrently herewith, and good cause appearing therefore, hereby **ORDERS THAT:**

1. All Parties' claims and counterclaims in the above-captioned action are dismissed with prejudice.
2. Each party shall bear its own attorneys' fees, costs, and expenses relating to this action, unless otherwise mandated by the Parties' agreement.

**IT IS SO ORDERED.**

Dated: October 3, 2023

By: _____
HON. GEORGE H. WU,
United States District Judge